FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2020 FEB 25 A 10: 31

CLERK'S OFFICE
AT GREENBELT
BY ____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Kiesha Danielle Lewis

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

Department of Treasury
Internal Revenue Service
see attached

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. GLS 20CV0494
*(to be filled in by the Clerk's Office)*

Jury Trial: ☐ Yes ■ No
*(check one)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Kiesha D Lewis |
| Street Address | 2305 Prima Rd |
| City and County | Bowie, PG |
| State and Zip Code | Maryland, 20721 |
| Telephone Number | 240-346-8398 |
| E-mail Address | kieshalewis@hotmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Department of the Treasury |
| Job or Title (if known) | |
| Street Address | 1500 Pennsylvania Ave., N.W. |
| City and County | Washington |
| State and Zip Code | D.C. 20220 |
| Telephone Number | (202) 622-2000 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Internal Revenue Service |
| Job or Title (if known) | |
| Street Address | 1111 Constitution Ave., NW |
| City and County | Washington |
| State and Zip Code | D.C. 20224 |
| Telephone Number | (202) 622-2000 |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | Bureau of the Fiscal Service |
| Job or Title (if known) | |
| Street Address | 3201 Pennsy Drive, Building E |
| City and County | Landover, PG |
| State and Zip Code | MD 20785 |
| Telephone Number | 202-504-3502 |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | Treasury Inspector General for Tax Administ |
| Job or Title (if known) | Ben Franklin Station |
| Street Address | P.O. Box 589 |
| City and County | Washington |
| State and Zip Code | DC 20044-0589 |
| Telephone Number | 800-589-3718 |
| E-mail Address (if known) | |

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

■ Federal question ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Privacy Act of 1974, 5 U.S.C. § 552a et seq.

Freedom of Information Act, 5 U.S.C. § 552(a) et seq.

Federal Declaratory Judgment Act, 28 U.S.C. § 2201

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

a. If the plaintiff is an individual

The plaintiff, *(name)* ______________________, is a citizen of the State of *(name)* ______________________.

b. If the plaintiff is a corporation

The plaintiff, *(name)* ______________________, is incorporated under the laws of the State of *(name)* ______________________, and has its principal place of business in the State of *(name)* ______________________.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

The defendant, *(name)* ______________________, is a citizen of the State of *(name)* ______________________. *Or* is a citizen of *(foreign nation)* ______________________.

b. If the defendant is a corporation

The defendant, *(name)* Department of Treasury, is incorporated under the laws of the State of *(name)* District of Columbia, and has its principal place of business in the State of *(name)* District of Columbia. *Or* is incorporated under the laws of *(foreign nation)* ______________________, and has its principal place of business in *(name)* ______________________.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$300,000.00

**2. The Defendant(s)**

b. If the defendant is a corporation
The defendant, (name) Internal Revenue Service_, is incorporated under the laws of the State of (name) District of Columbia, and has its principal place of business in the State of (name) Maryland_.

The defendant, (name) Treasury Inspector General for Tax Administration _, is incorporated under the laws of the State of (name) District of Columbia, and has its principal place of business in the State of (name) District of Columbia __.

The defendant, (name) Bureau of Fiscal Services, is incorporated under the laws of the State of (name) District of Columbia _, and has its principal place of business in the State of (name) District of Columbia __.

The defendant, (name) Bureau of Engraving and Printing _, is incorporated under the laws of the State of (name) District of Columbia _, and has its principal place of business in the State of (name) District of Columbia __.

The defendant, (name) U.S. Department of Veterans Affairs, is incorporated under the laws of the State of (name) District of Columbia _, and has its principal place of business in the State of (name) District of Columbia _.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

see enclosed sheet

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

See enclosed sheet

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/22, 2020.

Signature of Plaintiff [signature]

Printed Name of Plaintiff Kiesha D. Lewis

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B. For Attorneys

Date of signing: __________, 20__.

Signature of Attorney ____________________

Printed Name of Attorney ____________________

Bar Number ____________________

Name of Law Firm ____________________

Address ____________________

Telephone Number ____________________

Email Address ____________________

## Additional Information

**Defendant Names**

- Treasury Inspector General for Tax Administration
- Bureau of Fiscal Services
- Bureau of Engraving and Printing
- U.S. Department of Veterans Affairs

**Defendant Addresses**

Bureau of Engraving and Printing
Address: 300 14th St SW, Washington, DC 20228
Phone: (202) 874-3188

U.S. Department of Veterans Affairs
810 Vermont Ave NW, Washington, DC 20420
(800) 827-1000

**Statement of Claim**

- First Cause of Action - Privacy Act/Freedom of Information Act-Denial of Access to Records; TIGTA Reports; this violation involves Treasury officials improperly denying Kiesha D. Lewis complete, non-redacted FOIA responses for requested TIGTA reports.
- Second Cause of Action - Privacy Act/Freedom of Information Act- Denial of Access to Records; HR Connect System Information; this violation involves Treasury and IRS officials improperly denying access to and/or modifying Kiesha D. Lewis' HR Connect System Information.
- Third Cause of Action - Privacy Act/Freedom of Information Act- Denial of Access to Records; Department of Veterans Affairs FOIA non-response; this violation involves VA officials improperly redacting information in response to Kiesha D. Lewis' request for hiring/ranking information.
- Fourth Cause of Action - Privacy Act/Freedom of Information Act- Denial of Access to Records; Non-responsive to FOIA request for Emails to the Criminal Investigations (CI) organization; this violation involves Treasury officials improperly being non-responsive to Kiesha D. Lewis' FOIA request to the IRS Criminal Investigations (CI) unit.
- Fifth Cause of Action - Privacy Act- Improper Dissemination: IRS Email Address; this violation involves Treasury officials improperly keeping Kiesha D. Lewis' IRS email address active, giving the impression that she is still an IRS employee.
- Sixth Cause of Action - Privacy Act- Improper Dissemination: BEP Email Address; this violation involves Treasury officials improperly keeping Kiesha D. Lewis' BEP email address active, giving the impression that she is still a contractor with BEP.
- Seventh Cause of Action - Privacy Act-Improper Dissemination: HR Connect System Records; this violation involves Treasury officials improperly redacting and modifying Kiesha D. Lewis' HR Connect System records.
- Eighth Cause of Action - Privacy Act-Improper Dissemination: BEP PII Request; this violation involves Treasury officials improperly requesting/requiring Kiesha D. Lewis' personally identifiable information to remove me from a BEP system.

- Ninth Cause of Action - Privacy Act-Disclosure Without Consent: Monitoring of USAJOBS account; this violation involved Treasury officials improperly monitoring Kiesha D. Lewis' USAJobs account.
- Tenth Cause of Action - Privacy Act-Improper Dissemination: Interference with job opportunities; this violation involved Treasury officials improperly interfering with other federal government and contracting job opportunities by providing false information.
- Eleventh Cause of Action - Privacy Act-Disclosure Without Consent: Interference with the processing of IRS Fresh Start Application; this violation involved Treasury officials improperly accessing Kiesha D. Lewis' personal tax information in order to interfere with her IRS Fresh Start Program application.
- Twelfth Sixteenth Cause of Action - Privacy Act-Disclosure Without Consent: Removal of TIGTA Complaint; this violation involved Treasury officials improperly removing Kiesha D. Lewis' TIGTA complaint that she submitted in November 2017.
- Thirteenth Cause of Action - Privacy Act-Improper Dissemination: Alteration of PIV Credentials; this violation involves Treasury officials improperly access Kiesha D. Lewis' PIV credentials so that they could to be associated with the IRS and unable to be transferred to another government agency.
- Fourteenth Cause of Action - Privacy Act-Disclosure Without Consent: Interference in Background Investigation; this violation involves Treasury officials improperly accessing and altering information provided to and information required from agencies when they performed background investigations on Kiesha D. Lewis.
- Fifteenth Cause of Action - Privacy Act-Improper Dissemination: Associated my contact information with Michigan Address; this violation Treasury officials accessing Kiesha D. Lewis' contact information and improperly associating her name with a Michigan address.
- Sixteenth Cause of Action – Freedom of Information Ac violation: Altered Email Response - Linda Gilpin; this violation involves Treasury officials improperly providing altered information in an official FOIA response.

**Relief**

My prayer for relief is as follows:

- Equitable Relief:
- Declare that the Department of Treasury, IRS, TIGTA, and BEP violated the Privacy and Freedom of Information Acts;
- Order the Department of Treasury, IRS, TIGTA, BEP, and the VA to immediately disclose the requested records in their entireties to Kiesha D. Lewis: