Kiesha D. Lewis
2305 Prima Rd.
Bowie, MD 20721

28 FEB 2020 PM 6 L

BLACK HERITAGE
GREGORY HINES
usa forever

FILED ___ ENTERED
LODGED ___ RECEIVED

MAR 02 2020

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

United States District Court
Office of the Clerk
6500 Cherrywood Lane
Greenbelt, MD 20770

20770-720350