# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KIESHA DANIELLE LEWIS, | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. GLS-20-494 |
| DEPARTMENT OF THE TREASURY, *et al.*, | * | |
| Defendants | * | |
| | *** | |

## ORDER

Self-represented Plaintiff Kiesha Danielle Lewis filed the above-captioned Complaint with the full filing fee, and therefore she bears the responsibility for effecting service of process on Defendants. ECF No. 1. Plaintiff may effectuate service by presenting summons to the Clerk for signature and seal and then serving a copy of the summons and Complaint on Defendants. Plaintiff has provided summons to the Clerk; however, they appear to be incorrectly completed. *See* ECF No. 1-2.

Under Fed. R. Civ. P. 4(i), Plaintiff must effect service on a federal agency by serving the summons and Complaint by registered or certified mail on the agency, the United States Attorney General, and the United States Attorney for the District of Maryland. Under Fed. R. Civ. P. 4(j), service upon a state, municipal corporation or other state-created governmental organization subject to suit shall be effected by delivering a copy of the summons and complaint to its chief executive officer; or by serving the summons and complaint in the manner prescribed by the law of the state for the service of summons or other like process upon any such Defendant. Plaintiff will therefore be granted 21 days to provide correct summons forms for all of the named Defendants.

Pursuant to Fed. R. Civ. P. 4(c)(2), service of a summons and Complaint may be effected by any person who is not a party and who is at least 18 years of age.  Plaintiff is reminded that under Fed. R. Civ. P. 4(l), the person effecting service of the summons and Complaint must promptly notify the Court, through an affidavit, that he or she has served Defendants.  If Plaintiff does not use a private process server, and instead uses certified mail, restricted delivery, return receipt requested, to make service, Plaintiff must file with the Clerk the United States Post Office acknowledgment as proof of service.

If there is no record that service was effectuated on Defendants, Plaintiff risks dismissal of this case.  Pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a., if a party demanding affirmative relief has not effectuated service of process within 90 days of filing the Complaint, the Court may enter an order asking the party to show cause why the claims should not be dismissed.  If the party fails to show cause within the time as set by the Court, the Complaint shall be dismissed without prejudice.

Accordingly, it is this __18th__ day of May, 2020, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Plaintiff SHALL SUBMIT completed summons forms to the Clerk within 21 days of the date of this Order;

2. Upon receiving the corrected summons forms, the Clerk SHALL ISSUE summons and return summons to Plaintiff; and

3. The Clerk SHALL SEND a copy of this Order to Plaintiff.

Gina L. Simms
United States Magistrate Judge