ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATION...

# USPS Tracking®

FAQs >



Track Another Package +

Tracking Number: 70191640000084141879

Remove X

Your item was delivered at 4:32 am on June 1, 2020 in WASHINGTON, DC 20220.

✓ **Delivered**

June 1, 2020 at 4:32 am
Delivered
WASHINGTON, DC 20220

Get Updates ∨



Text & Email Updates

Tracking History

Product Information

See Less ∧

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATION...

# USPS Tracking®

FAQs >

Track Another Package +



Tracking Number: 70200090000103137432

Remove ✕

Your item was delivered at 4:59 am on June 1, 2020 in WASHINGTON, DC 20530.

## ✓ Delivered

June 1, 2020 at 4:59 am
Delivered
WASHINGTON, DC 20530

**Get Updates** ⌄

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

WASHINGTON, DC 20530  OFFICIAL USE

| Certified Mail Fee | $3.55 | | 0715 |
| --- | --- | --- | --- |
| $ | $2.85 | | 04 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ $0.00
☐ Return Receipt (electronic)        $ $0.00           Postmark
☐ Certified Mail Restricted Delivery $ $0.00            Here
☐ Adult Signature Required           $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage   $1.40
$

Total Postage and Fees
$  $7.80                                05/23/2020

Sent To  US Dept of Justice
Street and Apt. No., or PO Box No.
950 Pennsylvania Ave, NW
City, State, ZIP+4®
Washington, DC 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**Text & Email Updates** ⌄

**Tracking History** ⌄

**Product Information** ⌄

See Less ⌃

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATION...

# USPS Tracking®

FAQs >

Track Another Package +



Remove ✕

**Tracking Number:** 70200090000103137418

Your item was delivered to the front desk, reception area, or mail room at 11:05 am on June 1, 2020 in WASHINGTON, DC 20228.

## ✓ Delivered

June 1, 2020 at 11:05 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20228

Get Updates ⌄

Text & Email Updates

Tracking History

Product Information ⌄

See Less ⌃

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

WASHINGTON, DC 20228  OFFICIAL USE

| Certified Mail Fee | $3.55 | | 0715 |
| $ | $2.85 | | 04 |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | | |
| ☐ Return Receipt (electronic) | $ $0.00 | | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | | Here |
| ☐ Adult Signature Required | $ $0.00 | | |
| ☐ Adult Signature Restricted Delivery $ | | | |
| Postage $1.40 | | | |
| $ | | | 05/23/2020 |
| Total Postage and Fees $7.80 | | | |

Sent To BEP
Street and Apt. No., or PO Box No. 300 14th Street, SW
City, State, ZIP+4® Washington, DC 20228

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATION...

USPS Tracking®

FAQs >



Tracking Number: 70200090000103137425

Remove X

Your item was delivered at 5:02 am on June 1, 2020 in WASHINGTON, DC 20420.

### Delivered

June 1, 2020 at 5:02 am
Delivered
WASHINGTON, DC 20420

Get Updates ∨

Text & Email Updates

Tracking History

Product Information

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.
WASHINGTON, DC 20420

| Certified Mail Fee | $3.55 | | |
|---|---|---|---|
| | | $2.85 | 0715 04 |
| Extra Services & Fees (check box, add fee as appropriate) | | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | | |
| ☐ Return Receipt (electronic) | $ $0.00 | | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | | Here |
| ☐ Adult Signature Required | $ $0.00 | | |
| ☐ Adult Signature Restricted Delivery | $ | | |
| Postage | $1.40 | | |
| $ | | | 05/23/2020 |
| Total Postage and Fees | $7.80 | | |

Sent To: VA Office of Inspector General
Street and Apt. No., or PO Box No.: 810 Vermont Ave NW
City, State, ZIP+4®: Washington, DC 20420

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

See Less ∧

ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATION...

# USPS Tracking®

FAQs >

Track Another Package +



JUN 1 5 2020

DEPUTY

Tracking Number: 70200090000103137388

Remove ✕

Your item was delivered to the front desk, reception area, or mail room at 8:31 am on June 1, 2020 in WASHINGTON, DC 20224.

## ✓ Delivered

June 1, 2020 at 8:31 am
Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20224

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
WASHINGTON, DC 20224          0715 04
Certified Mail Fee  $3.55
$                    $2.85
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00       Postmark
☐ Certified Mail Restricted Delivery $ $0.00      Here
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $
Postage  $1.40
$                                               05/23/2020
Total Postage and Fees
$  $7.80
Sent To  JRS
Street and Apt. No., or PO Box No.
1111 Constitution Ave, NW
City, State, ZIP+4®
Washington, DC 20224
PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

**Text & Email Updates**

Select what types of updates you'd li[ke]

Text    Email

☐   ☐  All Below Updates

☐   ☐  Expected Delivery Updates ⓘ

☐   ☐  Day of Delivery Updates ⓘ




ALERT: DUE TO LIMITED TRANSPORTATION AVAILABILITY AS A RESULT OF NATION...

# USPS Tracking®

FAQs >

Track Another Package +

JUN 15 2020
AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

**Tracking Number:** 70200090000103137395   Remove ✕

Your item was picked up at a postal facility at 11:14 am on June 1, 2020 in WASHINGTON, DC 20227.

✓ **Delivered**

June 1, 2020 at 11:14 am
Delivered, Individual Picked Up at Postal F...
WASHINGTON, DC 20227

Get Updates ⌄



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

WASHINGTON, DC 20227   0715 04

| | |
|---|---|
| Certified Mail Fee | $3.55   $2.85 |
| Extra Services & Fees | $0.00 |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | |
| ☐ Adult Signature Restricted Delivery | |
| Postage | $1.40 |
| Total Postage and Fees | $7.80 |

Postmark Here   05/23/2020

Sent To: Bureau of Fiscal Service
Street and Apt. No., or PO Box No.: 401 14th St SW
City, State, ZIP+4®: Washington, DC 20227

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Text & Email Updates

Tracking History

Product Information ⌄

See Less ⋀

