IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KIESHA DANIELLE LEWIS,                    )
                                          )    Case No. 8:20-cv-00494-GLS
              Plaintiff,                  )
                                          )
        v.                                )
                                          )
DEPT. OF TREASURY, ET AL.,                )
                                          )
              Defendants.                 )
_____   )

**TREASURY DEFENDANTS' MOTION FOR AN EXTENSION OF TIME**

Kiesha Lewis has brought this action under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, and the Privacy Act of 1974, 5 U.S.C. § 552a, naming as Defendants, the Department of Treasury (Department), Internal Revenue Service (Service), Bureau of the Fiscal Service (BFS), Treasury Inspector General for Tax Administration (TIGTA), and Bureau of Engraving and Printing (BEP) (collectively, "Treasury Defendants"), as well as the Department of Veterans Affairs.  While the United States Attorney's Office for the District of Maryland has been served with a copy of the summons and complaint, neither the appropriate agencies, nor the United States Attorney General have received a copy of the summons and complaint, as required by Rule 4(i)(2).

Without conceding the sufficiency of service of process, the Treasury Defendants[1] hereby move for an extension of time, up to and including Friday, October 16, 2020, to answer or otherwise file a responsive pleading.  Rule 6(b) permits a court to extend time if good cause exists to do so.  While "good cause" is necessarily factual and unique to each case, courts have

---

[1] The Treasury Defendants are represented by the undersigned.  Assistant United States Attorney Rebecca Koch has filed a simultaneous motion for extension of time on behalf of the Department of Veterans Affairs.

1

considered whether the moving party has acted diligently or made reasonably efforts, whether the non-moving party will be prejudice, and whether the delay is outside of the moving party's control.  *See, Scott v. Maryland State Dept. of Labor*, 673 F.App'x 299, 306 (4th Cir. 2016).

Here, Ms. Lewis has filed suit regarding numerous alleged FOIA and Privacy Act requests from multiple agencies.  The broad scope of the complaint requires the undersigned to confer with the offices of multiple agencies and secure detailed information regarding each of Ms. Lewis's alleged requests.  The undersigned has begun her investigation as to the facts for each of those offices, however, various employees necessary for obtaining and verifying the facts leave at various times throughout the summer.  Additionally, undersigned counsel has had a sudden increase in workload resulting from recently departed colleagues, which has placed unexpected demands on counsel's time.  While the undersigned has made significant efforts to prepare a responsive pleading, these situations are beyond the control of the undersigned. Furthermore, given Ms. Lewis's *pro se* status, the Treasury Defendants have not consulted her concerning this motion, but the Treasury Defendants do not envision any prejudice Ms. Lewis from the brief extension of time they request.

(*Continued on following page*.)

2

Thus, "good cause" supports an extension of time in this case.  The Treasury Defendants therefore request that its deadline to file an answer or otherwise responsive pleading be extended up to and including October 16, 2020.

Dated: August 17, 2020                                  Respectfully submitted,

                                                        RICHARD E. ZUCKERMAN
                                                        Principal Deputy Assistant Attorney General


                                                        */s/ Emily K. Miller*
                                                        EMILY K. MILLER
                                                        Trial Attorney, Tax Division
                                                        U.S. Department of Justice
                                                        P.O. Box 227
                                                        Washington, D.C.  20044
                                                        202-353-7509 (v)
                                                        Emily.K.Miller@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of August, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to those parties registered to receive it.  Additionally, I hereby certify that on the same date I have mailed the document by United States Postal Service to the following non-CM/ECF participants:

> KIESHA D. LEWIS
> 2305 Prima Way
> Bowie, Maryland 20721
> *Plaintiff*

> */s/ Emily K. Miller*
> EMILY K. MILLER
> Trial Attorney
> United States Department of Justice, Tax Division