IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KIESHA DANIELLE LEWIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPT. OF TREASURY, ET AL., )<br>)<br>Defendants. )<br>_____ ) | Case No. 8:20-cv-00494-GLS |

**ORDER**

This matter is before the Court on the motion of the Treasury Defendants for an extension of time to file an answer or otherwise responsive pleading. Accordingly, and the Court being sufficiently advised, the Treasury Defendants' Motion to for Extension of Time is **GRANTED** and the Treasury Defendants are directed to file an answer or otherwise responsive pleading **on or before October 16, 2020**.

Dated this the _____ day of _____, 2020.

_____
United States Magistrate Judge
District of Maryland