IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **KEISHA D. LEWIS,** | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | Case No. 20-cv-0494-GLS |
| | * | |
| **DEPARTMENT OF TREASURY, et al.** | * | |
| | * | |
| Defendants. | * | |

\*\*\*\*\*\*

## MOTION FOR EXTENSION OF TIME

The United States Department of Veterans Affairs (the "VA"), by and through counsel, Robert K. Hur, United States Attorney for the District of Maryland, and Rebecca Koch, Assistant United States Attorney for that District, hereby requests the Court extend its time to respond to Plaintiff's Complaint by sixty days through and including October 16, 2020, and in support thereof states as follows:

1. On February 25, 2020, Plaintiff filed a complaint against numerous federal agencies, including the VA, arising from numerous alleged FOIA and Privacy Act requests.

2. The Office of the United States Attorney received a copy of the summons and complaint on July 17, 2020.

3. The VA requests an extension of sixty days, through and including October 16, 2020, to answer, move, or otherwise respond to the Complaint.

4. Undersigned counsel requests additional time to consult the agency, to identify and gather any information pertaining to Plaintiff's alleged FOIA requests to the VA and any responses by the VA, to review the merits of Plaintiff's claims and the VA's defenses, and to prepare the

VA's responsive pleading.

5.    Given Plaintiff's *pro se* status, the VA has not consulted Plaintiff concerning this motion, but the VA does not envision any prejudice to Plaintiff from the brief extension of time requested herein.

**WHEREFORE**, the VA respectfully requests that this Court enter an Order extending its deadline to answer, move, or otherwise respond to Plaintiff's Complaint up through and including October 16, 2020.

                                        Respectfully submitted,

                                        Robert K. Hur
                                        United States Attorney

By:    /s/
                                        Rebecca A. Koch (Bar No. 802108)
                                        Assistant United States Attorney
                                        6406 Ivy Lane, Suite 800
                                        Greenbelt, Maryland 20770
                                        Telephone: 301-344-4433
                                        Facsimile: 410-962-2310
                                        Rebecca.Koch@usdoj.gov

                                        *Counsel for Defendant Dept. of VA*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of Augst, 2020, a copy of the foregoing Motion for Extension of Time was sent to Plaintiff through the Court's CM/ECF.

                                               /s/
                                      Rebecca A. Koch
                                      Assistant United States Attorney