# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **KEISHA D. LEWIS** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil No. 20-cv-0494-GLS |
| | * | |
| **DEPARTMENT OF TREASURY, et al.** | * | |
| | * | |
| | * | |
| Defendants. | * | |
| | ****** | |

## ORDER

Upon consideration of United States Department of Veterans Affairs' (the "VA") Motion for Extension of Time and there being good cause therefore, it is hereby:

ORDERED that the time for the VA to answer, move, or otherwise respond to the Complaint is extended through and including October 16, 2020.

Dated: _____

_____
Gina L. Simms
United States Magistrate Judge