IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **KEISHA D. LEWIS,** | * |
| Plaintiff, | * |
| v. | * Case No. 20-cv-0494-GLS |
| **DEPARTMENT OF TREASURY, et al.** | * |
| Defendants. | * |

\*\*\*\*\*\*

## NOTICE OF RELATED CASES

Pursuant to Local Rule 103.1(b)(ii), the United States Department of Veterans Affairs (the "VA"), by and through counsel, Robert K. Hur, United States Attorney for the District of Maryland, and Rebecca Koch, Assistant United States Attorney for that District, hereby notifies the Clerk that the above-captioned action is related to other civil actions pending in this Court: Lewis v. United States of America, Case No. 20-cv-59-TDC, Lewis v. United States of America, Case No. 20-cv-354-TDC, and Lewis v. United States of America, Case No. 20-cv-2253-PWG.

*Keisha D. Lewis v. United States of America, Case No. 20-cv-354-TDC*

Keisha D. Lewis v. United States of America, Case No. 20-cv-354-TDC involves a complaint against the United States concerning allegedly defamatory remarks about Plaintiff by Plaintiff's supervisors in connection with a Treasury Inspector General for Tax Administration ("TIGTA") investigation while Plaintiff was employed by the Internal Revenue Service. Plaintiff recently amended her complaint to add a claim under 18 U.S.C. § 1621 for perjury.

*Keisha D. Lewis v. United States of America, Case No. 20-cv-59-TDC*

Keisha D. Lewis v. United States of America, Case No. 20-cv-59-TDC involves a complaint against the United States concerning allegedly defamatory remarks about Plaintiff by Plaintiff's supervisors in connection with a TIGTA investigation while Plaintiff was employed by the Internal Revenue Service.  Plaintiff recently amended her complaint to add a claim under 18 U.S.C. § 1621 for perjury.[1]

*Keisha D. Lewis v. Department of Treasury, et al., 20-cv-494-GLS*

Keisha D. Lewis v. Department of Treasury, et al., Case No. 20-cv-494-GLS involves a complaint under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and the Privacy Act of 1974, 5 U.S.C. § 552a, naming as Defendants, the Department of Treasury, Internal Revenue Service, Bureau of the Fiscal Service, TIGTA, and Bureau of Engraving and Printing, as well as the Department of Veterans Affairs.  Plaintiff's alleged FOIA and Privacy Act requests appear to pertain, at least in part, to Plaintiff's employment with the Internal Revenue Service and a TIGTA investigation

*Keisha D. Lewis v. United States of America, Case No. 20-cv-2253-PWG*

In Keisha D. Lewis v. United States of America, Case No. 20-cv-2253-PWG, Plaintiff brings a civil action under the Racketeer Influenced and Corrupt Organizations Act ("RICO") against the United States concerning allegedly illegal and unethical practices followed by Internal Revenue Service management observed by Plaintiff during her employment with the Internal Revenue Service.

Respectfully submitted,

---

[1] The United States has moved to consolidate Keisha D. Lewis v. United States, Case No. 20-cv-354-TDC with Keisha D. Lewis v. United States, Case No. 20-cv-59-TDC.

Robert K. Hur

United States Attorney

By: _____/s/_____

Rebecca A. Koch (Bar No. 802108)
Assistant United States Attorney
6406 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
Telephone: 301-344-4433
Facsimile: 410-962-2310
Rebecca.Koch@usdoj.gov

*Counsel for Defendant Dept. of VA*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of August, 2020, a copy of the foregoing Notice of Related Cases was sent to Plaintiff through the Court's CM/ECF.

/s/

Rebecca A. Koch
Assistant United States Attorney