# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **KIESHA DANIELLE LEWIS,** | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | *     Civil No. **PJM 20-494** |
| | * |
| **U.S. DEPARTMENT OF THE** | * |
| **TREASURY** *et al.*, | * |
| | * |
| Defendants. | * |

## ORDER

Upon consideration of Defendants' Motions for Extension of Time, ECF Nos. 6 and 7, it is, this 1st day of September 2020,

**ORDERED**, that the Motions for Extension of Time are **GRANTED**. Defendants shall file an answer or otherwise responsive pleading on or before October 16, 2020.

/s/
_____
**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**