# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| KEISHA D. LEWIS,<br><br>    Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF THE TREASURY,<br>INTERNAL REVENUE SERVICE,<br>BUREAU OF THE FISCAL SERVICE,<br>TREASURY INSPECTOR GENERAL FOR<br>TAX ADMINISTRATION,<br>*Ben Franklin Station*,<br>BUREAU OF ENGRAVING AND<br>PRINTING and<br>U.S. DEPARTMENT OF VETERANS<br>AFFAIRS,<br><br>    Defendants. | Civil Action No. TDC-20-0494 |

## NOTICE

A Pre-Motion Conference is scheduled for **March 8, 2021 at 3:00 p.m.** to discuss the Defendants' Notices of Intent to File a Motion to Dismiss. *See* ECF No. 15; ECF No. 16. In addition to the proposed motions, the parties should be prepared to address whether they consent, pursuant to 28 U.S.C. § 636(c), to have all further proceedings before a Magistrate Judge and whether they wish to participate in a mediation session with a Magistrate Judge, whether before, during, or after discovery. The parties are expected to consult with their clients and confer with each other on these issues in advance of the Pre-Motion Conference and, if possible, present joint views to the Court.

To join the call at the scheduled time:

1. Dial **1-888-557-8511**.

    2.    Enter access code **3008173**, followed by the # key.  You will then be placed on hold until Chambers dials into the call, at which point you will be prompted to enter a security code.

    3.    When prompted, enter security code **03080300** followed by the # key.

The call will be recorded, so please do not use speakerphones as they compromise sound quality.

Also, we ask that parties not remain on the conference line after the Judge has left the call, to ensure that the line is free for other calls that may be on the Judge's calendar.


Date:  February 22, 2021                                      /s/ *Theodore D. Chuang*
                                                                       THEODORE D. CHUANG
                                                                       United States District Judge