UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| KIESHA D. LEWIS,<br><br>　　Plaintiff,<br><br>v.<br><br>DEPARTMENT OF THE TREASURY,<br>INTERNAL REVENUE SERVICE,<br>BUREAU OF THE FISCAL SERVICE,<br>TREASURY INSPECTOR GENERAL FOR<br>TAX ADMINISTRATION,<br>*Ben Franklin Station*,<br>BUREAU OF ENGRAVING AND<br>PRINTING and<br>U.S. DEPARTMENT OF VETERANS<br>AFFAIRS,<br><br>　　Defendants. | Civil Action No. TDC-20-0494 |

## ORDER

For the reasons stated during the March 8, 2021 Case Management Conference, it is hereby ordered that:

1. The United States Department of the Treasury, Internal Revenue Service, Bureau of the Fiscal Service, Treasury Inspector General for Tax Administration, and the Bureau of Engraving and Printing (collectively, "Treasury Defendants"), and the United States Department of Veterans Affairs ("V.A.") are GRANTED leave to file a Motion to Dismiss.

2. In support of the Motion to Dismiss, the Treasury Defendants and the V.A. shall file one, consolidated brief.

3. The Motion to Dismiss is due **March 29, 2021**.

4. Keisha Lewis's brief in opposition is due **April 15, 2021**.

5. The Treasury Defendants and V.A. shall file one, consolidated reply brief by **May 3, 2021**.

Date: March 8, 2021


THEODORE D. CHUANG
United States District Judge