IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KIESHA DANIELLE LEWIS, | ) | |
| | ) | Case No. 8:20-cv-00494-TDC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DEPT. OF TREASURY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' MOTION TO DISMISS**

Defendants Department of Treasury (Department), Internal Revenue Service (Service), Bureau of the Fiscal Service (BFS), Treasury Inspector General for Tax Administration (TIGTA), and Bureau of Engraving and Printing (BEP) (collectively, "Treasury Defendants") move to dismiss Plaintiff's Complaint (Doc. No. 1) for insufficient service pursuant to Rule 12(b)(5) and for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6). Defendant United States Department of Veterans Association moves to dismiss pursuant to Rule 12 (b)(6). In support of this motion, Defendants file a memorandum of law and accompanying declarations.

Dated: March 29, 2021                              Respectfully submitted,

DAVID A. HUBBERT
Acting Assistant Attorney General


_____/s/_____
EMILY K. MILLER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
202-353-7509 (v)
Emily.K.Miller@usdoj.gov

*Counsel for the Treasury Defendants*



Jonathan F. Lenzner
Acting United States Attorney

_____/s/_____
Rebecca A. Koch (Bar No. 802108)
Assistant United States Attorney
6406 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
Telephone: 301-344-4433
Facsimile: 410-962-2310
Rebecca.Koch@usdoj.gov

*Counsel for the VA*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of March, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to those parties registered to receive it.

/s/
_____

Rebecca A. Koch
Assistant United States Attorney