IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KIESHA DANIELLE LEWIS, | ) |
| | ) Case No. 8:20-cv-00494-TDC |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DEPT. OF TREASURY, et al., | ) |
| | ) |
| Defendants. | ) |

**EXHIBIT INDEX**

| Ex. No. | Description |
|---|---|
| 1 | Declaration of Angela J. Winters |
| 2 | Declaration of Mary Larson |
| 3 | Declaration of Alexis Turner |
| 4 | Declaration of R. Gowins-Bellamy |
| 5 | VA *Vaughn* Index |

1