IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KIESHA DANIELLE LEWIS,            )
                                  )    Case No. 8:20-cv-00494-PJM
          Plaintiff,              )
                                  )
     v.                           )
                                  )
DEPT. OF TREASURY, ET AL.,        )
                                  )
          Defendant.              )
_____ )

**DECLARATION OF ANGELA J. WINTERS**

I, Angela J. Winters, pursuant to the provisions of 28 U.S.C. § 1746(2) declare as follows:

1.      I am an attorney in Branch 8 within the Office of Chief Counsel for Procedure & Administration (P&A), a national office practice group within the Internal Revenue Service's Office of Chief Counsel in Washington, D.C.  I have been employed by the Internal Revenue Service (IRS) since March 5, 2018.

2.      As part of my official duties, I am responsible for assisting the Department of Justice with the IRS' views on defending against claims made pursuant to the Freedom of Information Act, 5 U.S.C. § 552 (FOIA).  These duties require that I have knowledge of the procedures and requirements for making FOIA requests.

3.      On February 25, 2020, Kiesha Danielle Lewis filed a civil Complaint against the IRS and other defendants.  In her complaint, Ms. Lewis asserts several causes of action related to alleged FOIA requests, including the following:

> a.      "First Cause of Action – Privacy Act/Freedom of Information Act-Denial of Access to Records; TIGTA Reports; this violation involves Treasury officials improperly denying Kiesha D. Lewis complete, non-redacted FOIA responses for requested TIGTA reports."  Doc. No. 1 at 10.

**EXHIBIT 1**

b.      "Second Cause of Action – Privacy Act/Freedom of Information Act-Denial of Access to Records; HR Connect System Information; this violation involves Treasury and IRS officials improperly denying access to and/or modifying Kiesha D. Lewis' HR Connect System Information." *Id*.

c.      "Fourth Cause of Action – Privacy Act/Freedom of Information Act-Denial of Access to Records; Non-responsive to FOIA request for Emails to the Criminal Investigations (CI) organization; this violation involves Treasury officials improperly being non-responsive to Kiesha D. Lewis' FOIA request to the IRS Criminal Investigations (CI) unit." *Id*.

d.      "Sixteenth Cause of Action – Freedom of Information Ac [sic] violation: Altered Email Response – Linda Gilpin; this violation involves Treasury officials improperly providing altered information in an official FOIA response." *Id*. at 11.

4.      Ms. Lewis's Complaint did not include any information to indicate when she purportedly made these FOIA requests.  Doc. No. 1 at 10–11.  My knowledge of the twenty-nine requests for records stem from my communications with the personnel who processed the underlying requests, and based upon my review of administrative record for each request.  *See, infra*, ¶¶ 47–54.

**<u>Plaintiff's FOIA Requests</u>**

5.      Between February 2018 and February 2020, Ms. Lewis made twenty-nine distinct FOIA requests for records from the IRS.

6.      Of those twenty-nine requests, ten FOIA requests were for information related to the HR Connect System, Criminal Investigations (CI) organization, and/or emails.

<u>Request Number F18057-0060</u>

7.      On February 25, 2018, Ms. Lewis submitted a FOIA request for HR Connect System audit trail from September 2017 through November 2017.

8.      The IRS assigned this request number F18057-0060.

9.      The IRS partially denied this request through an interim response and a subsequent response.  By letter dated May 22, 2018, the IRS released to Ms. Lewis eleven pages

in response to her request.   The IRS' determination in response to request number F18057-0060 was by letter dated October 30, 2019,.

10.     On October 30, 2019, the IRS released eighty-five pages responsive to her request.  Of those eighty-five pages, fifty-two pages were released in full and thirty-three pages were released in part.  The IRS notified Ms. Lewis they withheld three additional pages in full pursuant to FOIA exemptions (b)(6) and (b)(3), in a partial denial of request number F18057-0060.  (*See* Exhibit A*, Determination to FOIA Request Number F18057-0060.*)

11.      The IRS Determination to Plaintiff included the following paragraph:

> You have the right to file an administrative appeal within 90 days of the date of this letter.  By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision.   I've enclosed Notice 393, *Information on an IRS Determination to Withhold Records Exempt from the Freedom of Information Act – 5 U.S.C. § 552*, to explain your appeal rights.

## Request Number F18057-0061

12.     On February 25, 2018, Ms. Lewis submitted a FOIA request for HR Connect System audit trail from September 2017 through November 2017.

13.     The IRS assigned this request number F18057-0061.

14.     The IRS determined request number F18057-0061 to be a duplicate of request number F18057-0060. The IRS closed request number F18057-0061.

15.     The IRS did not send a response to Ms. Lewis regarding request number F18057-0061.

## Request Number F18155-0031

16.     On June 3, 2018, Ms. Lewis submitted a FOIA request for HR Connect System audit trail from September 2017 through November 2017.

17.     The IRS assigned this request number F18155-0031.

18.     The IRS determined request number F18155-0031 to be a duplicate of request number F18057-0060. The IRS closed request number F18155-0031.

19.     On August 9, 2018, the IRS denied request number F18155-0031 as duplicate, and the IRS sent Ms. Lewis a notice of denial and appeal rights.  (*See* Exhibit B, *Determination to FOIA Request Number F18155-0031*.)

20.     The IRS Determination to Plaintiff included the following paragraph:

> You have the right to file an administrative appeal within 90 days of the date of this letter.  By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision.  I've enclosed Notice 393, *Information on an IRS Determination to Withhold Records Exempt from the Freedom of Information Act – 5 U.S.C. § 552*, to explain your appeal rights.

## Request Number F19218-0137

21.     On August 2, 2019, Ms. Lewis submitted a FOIA request for any Criminal Investigation emails regarding her from November 2017 to present.

22.     The IRS assigned this request number F19218-0137.

23.     On September 23, 2019, IRS denied request number F19218-0137 as too burdensome and for failure to comply with FOIA and agency requirements.  *See* Exhibit C, *Determination to FOIA Request Number F19218-0137*.)

## Request Number F19239-0002

24.     On August 23, 2019, Ms. Lewis submitted a FOIA request for emails between her and seven IRS employees from February 2017 through October 2017.

25.     The IRS assigned this request number F19239-0002.

26.     On December 31, 2019, the IRS issued a determination that granted request number F19239-0002 and released in full thirty-six pages of responsive records to Ms. Lewis.

4

Request Number F20294-0078

27.     On October 20, 2019, Ms. Lewis submitted a FOIA request for HR Connect

Helpdesk Tickets from five custodians.

28.     The IRS assigned this request number F20294-0078.

29.     The IRS found no records responsive to this request.

30.     On January 24, 2020, the IRS denied request number F20294-0078, and the IRS

sent Ms. Lewis a notice of denial and appeal rights.  (*See* Exhibit D, *Determination to FOIA*

*Request Number F20294-0078.*)

31.     The IRS Determination to Plaintiff included the following paragraph,:

> You have the right to file an administrative appeal within 90 days of the
> date of this letter.  By filing an appeal, you preserve your rights under FOIA
> and give the agency a chance to review and reconsider your request and the
> agency's decision.   I've enclosed Notice 393, *Information on an IRS*
> *Determination to Withhold Records Exempt from the Freedom of*
> *Information Act – 5 U.S.C. § 552*, to explain your appeal rights.

Request Number F20295-0063

32.     On October 20, 2019, Ms. Lewis submitted a FOIA request for HR Connect

Helpdesk Tickets from five custodians.

33.     The IRS assigned this request number F20295-0063.

34.     The IRS determined request number F20295-0063 to be a duplicate of request

number F20294-0078. The IRS closed request number F20295-0063.

35.     The IRS did not send a response to Ms. Lewis regarding request number F20295-

0063.

Request Number F20297-0001

36.     On October 20, 2019, Ms. Lewis submitted a FOIA request for HR Connect

notifications from September 2017 through March 2019.

5

37.     The IRS assigned this request number F20297-0001.

38.     On January 29, 2020, the IRS issued a determination granting Ms. Lewis's request in full and sent her one document responsive to request number F20297-0001.  On February 11, 2020, the IRS sent Ms. Lewis a notice that no additional responsive records were found and included a notice of her appeal rights.  (*See* Exhibit E, *Determination to FOIA Request Number F20297-0001.*)

39.     The IRS Determination to Plaintiff included the following paragraph:

> You have the right to file an administrative appeal within 90 days of the date of this letter.  By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision.  I've enclosed Notice 393, *Information on an IRS Determination to Withhold Records Exempt from the Freedom of Information Act – 5 U.S.C. § 552*, to explain your appeal rights.

### Request Number F20297-0002

40.     On October 20, 2019, Ms. Lewis submitted a FOIA request for application history reports.

41.     The IRS assigned this request number F20297-0002.

42.     On November 18, 2019, the IRS granted Ms. Lewis's request and sent her thirteen pages responsive to request number F20297-0002.

### Request Number F20324-0135

43.     On November 22, 2019, Ms. Lewis submitted a FOIA request for HR Connect notifications from three custodians from September 2017 to March 2019.

44.     The IRS assigned this request number F20324-0135.

45.     On December 5, 2019, the IRS denied request number F20324-0135, pursuant to FOIA exemption (b)(6), and the IRS sent Ms. Lewis a notice of denial and appeal rights.  (*See* Exhibit F, *Determination to FOIA Request Number F20324-0135.*)

46.     The IRS Determination to Plaintiff included the following paragraph:

> You have the right to file an administrative appeal within 90 days of the date of this letter.  By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision.  I've enclosed Notice 393, *Information on an IRS Determination to Withhold Records Exempt from the Freedom of Information Act – 5 U.S.C. § 552*, to explain your appeal rights.

### The Internal Revenue Service did not receive an Administrative Appeal from Plaintiff

47.      On March 30, 2020, I emailed Irma Rentas, a Government Information Specialist in the IRS's Disclosure Office, informing her that the IRS was notified about a FOIA complaint filed by Keisha Danielle Lewis and asking for information about the Plaintiff's FOIA requests.

48.     On March 30, 2020, Irma Rentas responded with an email stating that she searched the Automated Freedom of Information Act (AFOIA) system and found the Plaintiff had filed twenty-nine unique FOIA requests to the IRS. The email attached case notes and correspondences for all twenty-nine cases.

49.     The (AFOIA) system is the IRS's computerized database which is used to maintain FOIA case file information and secure documents responsive to FOIA requests.  Data is retrievable in AFOIA by the requester's name, case number, case name, and taxpayer's tax identification number.

50.     On April 13, 2020, I emailed Patricia Perez, a specialist in the IRS Independent Office of Appeals, informing her that the IRS was notified about a FOIA complaint and inquired about any records of the Plaintiff's FOIA appeals.

51.     On April 13, 2020, Patricia Perez responded with an email stating that she searched the Appeals Centralized Database (ACDS) system and did not find any records of the Plaintiff filing a FOIA appeal for any of the requests submitted by Ms. Lewis.

52.     The ACDS is the IRS's computerized case control system used to track cases throughout the appeal process.  The ACDS contains any and all records relating to an appeal of a FOIA determination.  Data is retrievable in the ACDS system by requester's name, tax identification number (Social Security number for individuals), and AFOIA number.

53.     The procedure for submitting FOIA requests and FOIA appeals to the IRS is publicly available.  *See, e.g.*, https://www.irs.gov/privacy-disclosure/freedom-of-information-act-foia-guidelines.

54.     Ms. Lewis did not file an administrative appeal for any of her twenty-nine FOIA requests.

I declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on September 30, 2020, in Washington, D.C.

Angela J. Winters

Digitally signed by Angela J. Winters
Date: 2020.09.30 15:15:19 -04'00'

ANGELA J. WINTERS
Office of Chief Counsel
Procedure and Administration
Internal Revenue Service



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**WASHINGTON, DC 20224**



PRIVACY, GOVERNMENTAL
LIAISON AND DISCLOSURE

October 30, 2019

Kiesha Lewis
2305 Prima Way
Bowie, MD 20721

Dear Ms. Lewis:

This is a corrected final response to your Freedom of Information Act (FOIA) request dated February 25, 2018, that we received on February 25, 2018.

You asked for the following:

- A copy of "the UNREDACTED System Audit Trail (also known as the System Audit Log') information for the HR Connect system, and

- IT HRB emails and reports for Kiesha Danielle Lewis for the time period of September 1, 2017 to November 13, 2017.

On May 22, 2018, an interim response was issued pertaining to IT HRB emails and reports for Kiesha Danielle Lewis for the time period of September 1, 2017 to November 13, 2017.  We located and provided 11 pages responsive to your request. These documents were granted in full.

On October 2, 2019, a second interim response was issued pertaining to the UNREDACTED System Audit Trail (also known as the System Audit Log.
We directed you to the Department of Treasury who has primary jurisdiction over the requested records.

We have located an additional 88 pages responsive to your request for IT HRB emails and reports for Kiesha Danielle Lewis for the time period of September 1, 2017 to November 13, 2017.

Of the 88 pages located in response to your request, I am enclosing 85 pages. I am withholding 33 pages in part and three pages in full for the following reasons:

The withheld portions are the tax information of other taxpayers. FOIA exemption (b)(3) requires us to withhold information that is specifically exempted from disclosure by another law. The law supporting this exemption is Internal Revenue Code section 6103(a).

FOIA exemption (b)(6) exempts from disclosure files that, if released, would clearly be an unwarranted invasion of personal privacy. These include medical, personnel, and similar files. We base the determination to withhold on a balancing of interests between the protection of an individual's right to privacy and the public's right to access government information.

The Supreme Court ruled that Congress intended the "similar files" provision to be construed broadly, so that all information which applies to a particular individual qualifies for consideration under exemption (b)(6).

FOIA exemption (b)(7)(E) exempts from disclosure records or information compiled for law enforcement purposes to the extent their production would reveal:

- Techniques and procedures for law enforcement investigations or prosecutions
- Guidelines for law enforcement investigations or prosecutions, if release could reasonably be expected to risk circumvention of the law.

The redacted portions of each page are marked by the applicable FOIA exemptions. This constitutes a partial denial of your request.

The enclosed CD contains your documents and is encrypted. The password to open the files is being mailed separately.

You may contact our FOIA Public Liaison David Nimmo to discuss your request at:

Internal Revenue Service
24000 Avila Road, M/S 2201 (Rm 3156),
Laguna Niguel, CA 92677-3405
Telephone: (949) 575-6328

The FOIA Public Liaison responds to FOIA and Privacy Act requests for copies of documents maintained by the IRS. There is no provision in either Act to resolve tax, collection, or processing issues and our staff is not trained to answer questions regarding those issues. If you need assistance with tax related issues, you may call the IRS toll free number at 1-800-829-1040.

If you are unable to resolve your FOIA dispute through the FOIA Public Liaison, the Office of Government Information Services (OGIS), the Federal FOIA Ombudsman's Office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road--OGIS
College Park, MD 20740-6001
202-741-5770

3

877-684-6448
ogis@nara.gov
ogis.archives.gov

You have the right to file an administrative appeal within 90 days of the date of this letter. By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision. I've enclosed Notice 393, *Information on an IRS Determination to Withhold Records Exempt From the Freedom of Information Act - 5 U.S.C. 552,* to explain your appeal rights.

There are no search fees due for this request since we did not complete the processing within the statutory timeframe.

If you have any questions, please call Tax Law Specialist Lauri Takeguchi, ID # 1000682891, at 408-283-1465 , or write to: Internal Revenue Service, Centralized Processing Unit, P.O. Box 621506, Stop 211, Atlanta, GA  30362-3006.  Please refer to case number F18057-0060.

Sincerely,

David S Nimmo
Disclosure Manager
Disclosure Office 13

Enclosure
  Responsive documents
  Notice 393



**Privacy, Governmental
Liaison and Disclosure**

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

Government
Exhibit
B

August 9, 2018

Kiesha Lewis
2305 Prima Way
Bowie, MD 20721

Dear Kiesha Lewis:

This is our final response to your Freedom of Information Act (FOIA) request dated June 3, 2018, that we received on June 3, 2018.

You asked for the following "demographic Human Resource" information for January 2016 through June 2018.
- o How many employees have left the IRS.
- o Of those departures, how many were resignations, retirements, or transfers.
- o Of these departures, what is the demographic breakdown for each category, e.g. what percentage were Caucasian, African American, Asian, etc. and what percentage were male or female.
- o For detail opportunities, how many were approved, how many were denied.
- o For detail opportunities, what is the demographic breakdown for each category, e.g. what percentage were Caucasian, African American, Asian, etc. and what percentage were male or female.

I found no documents responsive to your request.  IRS does not track demographic information for employees or application candidates.  In addition, IRS does not track information on detail opportunities, how many were approved, how many were denied. There is no way to identify all detail positions for each business unit as most are not required to be documented with an SF-50.

Your request also asked for copies of the following IRS policies and processes.
- The IRS' policy and process for employees who resign.
- The IRS' policy and process, as it pertains to the HR Connect System and SF-50 artifact, as it pertains to employees who resign.

The above requested information is a duplicate of information sought in your FOIA request dated June 17, 2018 that we received on June 17, 2018.  We assigned case number F18169-0022 to that request and provided 11 pages of records in our final response to you dated July 12, 2018.

Your request also asked for a copy of "the UNREDACTED System Audit Trail (also known as the 'System Audit Log') information for the HR Connect system and IT HRB

emails and reports for Kiesha Danielle Lewis for the time period of September 1, 2017 to November 13, 2017."

The above requested information is a duplicate of information sought in your FOIA request dated February 25, 2018 that we received on February 25, 2018.  We assigned case number F18057-0060 to that request.  On May 22, 2018, we sent you an interim response, with 11 pages of records enclosed, and explained that we are still working on that request and are continuing to search for additional responsive records.

## APPEAL RIGHTS

You have the right to file an administrative appeal within 90 days of the date of this letter. By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision. I have enclosed Notice 393, *Information on an IRS Determination to Withhold Records Exempt From the Freedom of Information Act - 5 U.S.C. 552,* to explain your appeal rights.

If you would like to discuss our response before filing an appeal to attempt to resolve your dispute without going through the appeals process, you may contact me, the FOIA Public Liaison, for assistance at:

David Nimmo
Internal Revenue Service
Disclosure Office 13
24000 Avila Road, M/S 2201
Laguna Niguel, CA 92677
949-575-6328

The FOIA Public Liaison responds to FOIA and Privacy Act requests for copies of documents maintained by the IRS.  There is no provision in either Act to resolve tax, collection, or processing issues and our staff is not trained to answer questions regarding those issues. If you need assistance with tax related issues you may call the IRS toll free number at 1-800-829-1040.

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison, the Office of Government Information Services (OGIS), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road--OGIS
College Park, MD 20740-6001
202-741-5770
877-684-6448

ogis@nara.gov
ogis.archives.gov

If you have any questions please call Tax Law Specialist, Michael C. Young, ID # 1000436696, at 949-575-6406 or write to: Internal Revenue Service, HQ FOIA – Stop 211, PO Box 621506, Atlanta, GA  30362.  Please refer to case number F18155-0031.

Sincerely,

David Nimmo
Disclosure Manager
Disclosure Office 13

Enclosure
  Notice 393



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**WASHINGTON, DC 20224**



Government
Exhibit
C

PRIVACY, GOVERNMENTAL
LIAISON AND DISCLOSURE

September 23, 2019

Kiesha Lewis
2305 Prima Way
Bowie, MD 20721

Dear Ms. Lewis:

I am responding to your Freedom of Information Act (FOIA) request dated August 2, 2019 that we received on August 6, 2019.

You asked for copies of all emails sent to, from or copied to anyone in the Criminal Investigation organization from November 1, 2017 to present day containing the non-case-sensitive key-phrase "Keisha Lewis".

Unfortunately, we are unable to process your request as it does not meet the requirements of the FOIA or the applicable agency regulations.  The FOIA requires that requests (1) "reasonably describe" the records sought and (2) be made in accordance with published agency rules. 5 U.S.C. 552(a)(3)(A).  IRS regulations as Treas. Reg. 601.702(c)(5)(i) require that the request describe the documents in sufficient detail to enable us to locate the records "without placing an unreasonable burden upon the IRS."  A request for all communications pertaining to multiple computer systems over a two-year period would be unreasonably burdensome for the IRS to process, given the amount of data to be searched.   A request of the type you have submitted seeking "any and all" records of "any office or employee of the IRS" over such a broad subject matter and such an expansive time period is not valid.  See, for example, Dale v. IRS, 238 F. Supp. 2d 99 (D.D.C. 2002), where the court held that a request seeking "any and all documents … that refer or relate in any way" to the requester failed to reasonably describe records sought and "amounted to an all-encompassing fishing expedition of files at CI offices across the country, at taxpayer expense."

You may contact the FOIA Public Liaison, P. Sharisse Tompkins, to discuss your request at:

Disclosure Office 09
P.O. Box 2986
MS 7000 AUSC
Austin, TX  78768
(214) 413-5293

The FOIA Public Liaison responds to FOIA and Privacy Act requests for copies of documents maintained by the IRS.  There is no provision in either Act to resolve tax, collection, or processing issues and our staff is not trained to answer questions regarding those issues. If you need assistance with tax related issues you may call the IRS toll free number at 1-800-829-1040.

If you have any questions please call me, at 206-946-3530 or write to: Internal Revenue Service, Disclosure Scanning Operation – Stop 93A, PO Box 621506, Atlanta, GA 30362.  Please refer to case number F19218-0137.

Sincerely,

Ocie G Baker
ID # 1000226542
Senior Disclosure Specialist
Disclosure Office 09



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**WASHINGTON, DC 20224**



**PRIVACY, GOVERNMENTAL**
**LIAISON AND DISCLOSURE**

January 24, 2020

Kiesha Lewis
2305 Prima Way
Bowie, MD 20721

Dear Ms. Lewis:

This is a final response to your Freedom of Information Act (FOIA) request dated October 20, 2019 that we received on October 21, 2019.

You asked for HR Connect Helpdesk tickets from September 2017 to March 2019 that were generated by Kevin McCreight, Ramona Henby, Linda Gilpin, Marla Sommerville, and S. Gina Garza pertaining to Kiesha D. Lewis.

We searched our files and found no documents specifically responsive to your request.

You may contact me, the FOIA Public Liaison, David Nimmo, to discuss your request at:

24000 Avila Road, M/S 2201
Laguna Niguel, CA 92677
949-575-6328

The FOIA Public Liaison responds to FOIA and Privacy Act requests for copies of documents maintained by the IRS. There is no provision in either Act to resolve tax, collection, or processing issues and our staff is not trained to answer questions regarding those issues. If you need assistance with tax related issues, you may call the IRS toll free number at 1-800-829-1040.

If you are unable to resolve your FOIA dispute through the FOIA Public Liaison, the Office of Government Information Services (OGIS), the Federal FOIA Ombudsman's Office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road--OGIS
College Park, MD 20740-6001
202-741-5770
877-684-6448
ogis@nara.gov
ogis.archives.gov

You have the right to file an administrative appeal within 90 days of the date of this letter. By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision. I've enclosed Notice 393, *Information on an IRS Determination to Withhold Records Exempt From the Freedom of Information Act - 5 U.S.C. 552,* to explain your appeal rights.

If you have any questions please call Tax Law Specialist Lauri Takeguchi ID # 1000682891, at 408-283-1465 or write to: Internal Revenue Service, Disclosure Scanning Operation – Stop 93A, PO Box 621506, Atlanta, GA 30362.  Please refer to case number F20294-0078.

Sincerely,

David S Nimmo
Disclosure Manager
Disclosure Office 13

Enclosure
  Notice 393





Government
Exhibit

E

**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**WASHINGTON, DC 20224**

**PRIVACY, GOVERNMENTAL
LIAISON AND DISCLOSURE**

February 11, 2020

Kiesha Lewis
2305 Prima Way
Bowie, MD 20721

Dear Ms. Lewis:

This is a final response to your Freedom of Information Act (FOIA) request dated October 20, 2019 that we received on October 21, 2019.

You asked for a copy of all HR Connect System generated notifications sent to IRS employees: Kevin McCreight, Ramona Henby and Linda Gilpin, in reference to appellant from September 2017 through March 2019.

On January 29, 2020, I issued an Interim response and provided one page sent to IRS employee: Kevin McCreight.  This is a full grant to this portion of your request.

We have further researched and found no additional documents responsive to your request sent to IRS employees: Ramona Henby and/or Linda Gilpin.

There are no fees associated with this request.

You may contact the FOIA Public Liaison, Summer Sutherland at (801) 620-2149, to discuss your request.

The FOIA Public Liaison responds to FOIA and Privacy Act requests for copies of documents maintained by the IRS. There is no provision in either Act to resolve tax, collection, or processing issues and our staff is not trained to answer questions regarding those issues. If you need assistance with tax related issues, you may call the IRS toll free number at 1-800-829-1040.

If you are unable to resolve your FOIA dispute through the FOIA Public Liaison, the Office of Government Information Services (OGIS), the Federal FOIA Ombudsman's Office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is:

2

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road--OGIS
College Park, MD 20740-6001
202-741-5770
877-684-6448
ogis@nara.gov
ogis.archives.gov

You have the right to file an administrative appeal within 90 days of the date of this letter. By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision. I've enclosed Notice 393, *Information on an IRS Determination to Withhold Records Exempt From the Freedom of Information Act - 5 U.S.C. 552,* to explain your appeal rights*.*

If you have any questions please call Tax Law Specialist Lauri Takeguchi ID # 1000682891, at 408-283-1465 or write to: Internal Revenue Service, Disclosure Scanning Operation – Stop 93A, PO Box 621506, Atlanta, GA 30362.  Please refer to case number F20297-0001.

Sincerely,

David S Nimmo
Disclosure Manager
Disclosure Office 13

Enclosure
  Notice 393



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**WASHINGTON, DC 20224**



Government
Exhibit

F

PRIVACY, GOVERNMENTAL
LIAISON AND DISCLOSURE

December 5, 2019

Kiesha Lewis
2305 Prima Way
Bowie, MD 20721

Dear Ms. Lewis:

I am responding to your Freedom of Information Act (FOIA) request dated
October 21, 2019 that we received on November 20, 2019.

You asked for personnel records of Kevin McCreight, Ramona Henby and Linda Gilpin.
The U.S. Office of Personnel Management (OPM) designated six items of information
about federal employees that are generally available to the public. OPM excludes
certain information associated with employees in sensitive positions from disclosure and
the IRS handles personnel information pertaining to cyber security designated
personnel similarly. Therefore, all personnel information requested is being withheld
under FOIA exemption (b)(6).

FOIA exemption (b)(6) exempts from disclosure files that, if released, would clearly be
an unwarranted invasion of personal privacy.  These include medical, personnel, and
similar files.  We base the determination to withhold on a balancing of interests between
the protection of an individual's right to privacy and the public's right to access
government information.

The Supreme Court ruled that Congress intended the "similar files" provision to be
construed broadly, so that all information which applies to a particular individual
qualifies for consideration under exemption (b)(6).

You may contact our FOIA Public Liaison, Celeste Neal, to discuss your request at:

Internal Revenue Service
Disclosure Office 14
1301 Clay Street, Ste. 840S
Oakland, CA  94612-5217
510-907-5338

The FOIA Public Liaison responds to FOIA and Privacy Act requests for copies of
documents maintained by the IRS. There is no provision in either Act to resolve tax,
collection, or processing issues and our staff is not trained to answer questions

regarding those issues. If you need assistance with tax related issues, you may call the IRS toll free number at 1-800-829-1040.

If you are unable to resolve your FOIA dispute through the FOIA Public Liaison, the Office of Government Information Services (OGIS), the Federal FOIA Ombudsman's Office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road--OGIS
College Park, MD 20740-6001
202-741-5770
877-684-6448
ogis@nara.gov
ogis.archives.gov

You have the right to file an administrative appeal within 90 days of the date of this letter. By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision. I've enclosed Notice 393, *Information on an IRS Determination to Withhold Records Exempt From the Freedom of Information Act - 5 U.S.C. 552,* to explain your appeal rights.

If you have any questions please call Disclosure Specialist Nykeya Powell-Lee ID # 1000247707, at 510-907-5579 or write to: Internal Revenue Service, Centralized Processing Unit – Stop 93A, PO Box 621506, Atlanta, GA 30362.  Please refer to case number F20324-0135.

Sincerely,

*C. Neal*

Celeste Neal
Disclosure Manager
Disclosure Office 14

Enclosure:
  Notice 393