IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KIESHA DANIELLE LEWIS, | ) | |
| | ) | Case No. 8:20-cv-00494-TDC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DEPT. OF TREASURY, ET AL., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**DECLARATION OF MARY LARSON**

I, Mary Larson, pursuant to the provisions of 28 U.S.C. § 1746(2) declare as follows:

1.     I am an attorney advisor within the Office of Chief Counsel at the Bureau of Engraving and Printing (the BEP) in the Western Currency Facility in Fort Worth, Texas.  I have been employed by the BEP since 2001.

2.     As part of my official duties, I have been tasked to serve as a liaison between the BEP and the Department of Justice regarding the BEP's position on defending against the causes of action in the complaint.

3.     It is my understanding that on or about February 25, 2020, Kiesha Danielle Lewis (Ms. Lewis) filed a civil Complaint against the Department and other defendants, including the BEP.  In her complaint, Ms. Lewis asserts several causes of action related to alleged Privacy Act/FOIA requests, including:

 a.  "First Cause of Action – Privacy Act/Freedom of Information Act-Denial of Access to Records; TIGTA Reports; this violation involves Treasury officials improperly denying Kiesha D. Lewis complete, non-redacted FOIA responses for requested TIGTA reports."  Doc. No. 1 at 10.

 b.  "Second Cause of Action – Privacy Act/Freedom of Information Act-Denial of Access to Records; HR Connect System Information; this violation involves

1

EXHIBIT 2

Treasury and IRS officials improperly denying access to and/or modifying Kiesha D. Lewis' HR Connect System Information." *Id.*

c.   "Fourth Cause of Action – Privacy Act/Freedom of Information Act-Denial of Access to Records; Non-responsive to FOIA request for Emails to the Criminal Investigations (CI) organization; this violation involves Treasury officials improperly being non-responsive to Kiesha D. Lewis' FOIA request to the IRS Criminal Investigations (CI) unit." *Id.*

d.   "Sixteenth Cause of Action – Freedom of Information Ac [sic] violation: Altered Email Response – Linda Gilpin; this violation involves Treasury officials improperly providing altered information in an official FOIA response." *Id.* at 11.

4.   The BEP has no knowledge of or information pertaining to the Privacy Act/FOIA requests identified in the complaint.  Additionally, the BEP played no role in the receipt, processing or response, if any, of the Privacy Act/FOIA requests identified as causes of action 1, 2, 4, and 16 the Complaint.

### Plaintiff's FOIA/Privacy Act Requests

5.   A review of the BEP's records indicate that between May 2019 and November 2019, the BEP received two FOIA requests from Ms. Lewis.

6.   The BEP did not receive any requests from Ms. Lewis pursuant to the Privacy Act.

7.   Per the Department of the Treasury's regulation and BEP's Disclosure Services policy, requests made by individuals for records about themselves are processed under the Privacy Act and the Department's Privacy Act regulation, 31 C.F.R. Part C as well as under the FOIA and the Department's FOIA regulation, 31 C.F.R. Part A.  Requests are processed in this manner to provide requesters with the greatest access to records.

<u>FOIA/PA Request Number 2019-05-195</u>

8.      On or about May 12, 2019, Ms. Lewis submitted a FOIA request to General Services Administration (GSA) for an accounting and history of her Personal Identity Verification (PIV) credentials.

9.      Because Ms. Lewis had been a contractor employee with the BEP, GSA referred the request to the BEP on or about May 23, 2019.

10.      This request is identified as FOIA/PA Request Number 2019-05-195.

11.      On June 20, 2019, the BEP issued its determination in response to her records request.  BEP fully granted her request and provided Ms. Lewis with ten pages of responsive, unredacted documents.

12.      Ms. Lewis responded to the BEP stating the response was "exactly what I was looking for."  (*See* Exhibit G, *Response to FOIA/PA Request Number 2019-05-195*.)

13.      The BEP determination informed Ms. Lewis of her appeal rights.

14.      Based on my review of the electronic case file for FOIA request number 2019-05-195, the BEP did not receive an administrative appeal from Ms. Lewis regarding FOIA/PA Request Number 2019-05-195.

<u>FOIA/PA Request Number 2019-10-116</u>

15.      On or about November 20, 2019, Ms. Lewis submitted a FOIA request to the Department of the Treasury (Treasury) for HR Connect System audit trail from September 2017 through November 2019.

16.      When the Treasury receives a request for records in the possession or the control of the BEP, the request for the record is routed to the BEP.

17.     Because Ms. Lewis had been a contractor employee with the BEP, the BEP had access to any HR Connect System Records.  Thus, the Treasury routed the FOIA/PA request to the BEP on or about November 29, 2019.

18.     This request is identified as FOIA/PA Request Number 2019-10-116.

19.     On December 17, 2019, the BEP issued a determination that fully granted her request and provided Ms. Lewis with the one page responsive unredacted document.  (*See* Exhibit H, *Response to FOAI/PA Request Number 2019-10-116*.)

20.     The BEP determination informed Ms. Lewis of her appeal rights.

21.     In a letter dated December 21, 2019, Ms. Lewis appealed the BEP's determination of her FOIA/PA Request Number 2019-10-116 asserting the information was not complete.

22.     In a letter dated February 21, 2020, the BEP responded to Ms. Lewis's appeal and determined that based on upon Ms. Lewis being previously provided a full release of the responsive document without redactions, she did not have appeal rights.  The BEP provided Ms. Lewis with a second copy of the unredacted responsive document.  (*See* Exhibit I, *Response to December 21, 2019, Letter*.)

23.     The BEP granted both FOIA requests sent by Ms. Lewis.

24.     The Treasury's regulations and BEP procedures and policies for submitting FOIA

and Privacy Act requests and FOIA and Privacy Act appeals to the Bureau are publicly available.

*See, e.g.*, https://www.moneyfactory.gov/foia.html.

I declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is

true and correct to the best of my knowledge.

Executed on October 5, 2020, in Fort Worth, TX.

Mary A.
Larson

Digitally signed by Mary
A. Larson
Date: 2020.10.06
07:30:28 -05'00'

MARY LARSON
Attorney Advisor
Office of Chief Counsel
Bureau of Engraving and Printing
Western Currency Facility
9000 Blue Mound Road
Fort Worth, Texas 76131

**Miller, Emily K. (TAX)**

| | |
|---|---|
| **From:** | Kiesha Lewis <kieshalewis@hotmail.com> |
| **Sent:** | Thursday, June 20, 2019 6:23 PM |
| **To:** | Larson, Mary |
| **Subject:** | Re: FOIA Request No. 2019-05-195 |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**Government
Exhibit**

_____
G
_____

Hello Ms. Larson,


I have no questions; this was exactly what I was looking for.  However, i wanted to know if you could answer a question for me.  I noticed that GSA transferred this request to BEP; however, would BEP have access to the PIV credentials logs prior, when I was an IRS and Administrative Offices of the US Courts employee?


Thanks again!


Kiesha D. Lewis
kieshalewis@hotmail.com


_____

From: Larson, Mary <Mary.Larson@bep.gov>
Sent: Thursday, June 20, 2019 3:10 PM
To: kieshalewis@hotmail.com
Subject: FOIA Request No. 2019-05-195

Ms. Lewis,

Attached herewith please find the Agency's response letter, including attached documents, pertaining to FOIA request number 2019-05-195.

Regards,
Mary Larson
Disclosure Officer





DEPARTMENT OF THE TREASURY
**BUREAU OF ENGRAVING AND PRINTING**
**WESTERN CURRENCY FACILITY**
FORT WORTH, TEXAS 76131

December 17, 2019

Kiesha D. Lewis
2305 Prima Rd
Bowie, Maryland 20721

**RE:  FOIA Request No.  2019-10-116**

Dear Ms. Lewis:

On December 3, 2019, the undersigned Disclosure Officer, Office of the Chief Counsel -
FOIA and Transparency Services, received your Freedom of Information Act
(FOIA)/Privacy Act request to obtain the following records:  "the UNREDACTED
System Audit Trail (also known as the 'System Audit Log') information for the HR
Connect system for Kiesha Danielle Lewis for the time period of September 1, 2017 to
present."

Enclosed are the records that you requested.  No fees will be charged for processing your
request.

If you are dissatisfied with this decision, you can file an appeal within 90 calendar days
from the date of this letter to:

Director
Bureau of Engraving and Printing
14th and C Streets, S.W.,
Washington, D.C. 20228

If you decide to appeal, please include the assigned request number, a copy of your
request, the BEP response letter, and any other correspondence associated with your
request.  Both the letter and envelope should be clearly marked "FOIA Appeal".

For further assistance concerning preparing a FOIA appeal, please go to our website at
money-factory.gov, and click on "FOIA" at the bottom of the page.

In addition, the Office of Government Information Services (OGIS), the Federal FOIA
Ombudsman, offers mediation services to resolve disputes between FOIA requesters and
Federal agencies as a non-exclusive alternative to litigation.  Using OGIS services does

not affect your right to pursue litigation.  Contact information for OGIS is set forth below:

*Office of Government Information Services National Archives*
*and Records Administration*
*8601 Adelphi Road–OGIS*
*College Park, MD 20740-6001*
*ogis@nara.gov*
*ogis.archives.gov*
*202-741-5770*
*1-877-684-6448*

Sincerely,

*Mark Hoggan*

Mark Hoggan
Disclosure Officer

## CERTIFICATE OF SERVICE

**FOIA Request No.  2019-10-116**

I certify that on this day the attached letter and records were sent via email to the following:

**Requester**
Kiesha D. Lewis
2305 Prima Rd
Bowie, Maryland 20721
kieshalewis@hotmail.com

*Mark Hoggan*                              **December 17, 2019**

Mark Hoggan
Disclosure Officer
Bureau of Engraving and Printing
Office of the Chief Counsel
FOIA and Transparency Services

2



DEPARTMENT OF THE TREASURY
**BUREAU OF ENGRAVING AND PRINTING**
**WESTERN CURRENCY FACILITY**
FORT WORTH, TEXAS 76131



**Government
Exhibit**

February 21, 2020

Kiesha D. Lewis
2305 Prima Rd
Bowie, Maryland 20721

        RE: FOIA Request No. 2019-10-116

Dear Ms. Lewis:

This letter is in response to your letter dated December 21, 2019. You were previously provided a full release of all responsive records without any redactions (attached herewith again). Therefore, upon further review, based on you being previously provided a full release of all responsive records without any redactions, there are no appeal rights.

If you wish to request any records not previously requested, please submit a new FOIA request. If you have any questions regarding this request, please contact me or our FOIA Public Liaison Leslie Rivera-Pagan at 202-874-2500.

Sincerely,

*Mark Hoggan*

Mark Hoggan
Disclosure Officer

## CERTIFICATE OF SERVICE

**FOIA Request No.  2019-10-116**

I certify that on this day the attached letter and records were sent via email to the following:

**Requester**
Kiesha D. Lewis
2305 Prima Rd
Bowie, Maryland 20721
kieshalewis@hotmail.com


*Mark Hoggan*                            **February 21, 2020**

Mark Hoggan
Disclosure Officer
Bureau of Engraving and Printing
Office of the Chief Counsel
FOIA and Transparency Services

Diane Dworkin - FOIA Elonka Lewis - 12 12 19 .xls

**Contractor records**

| AUDIT_DESCRIPTION | AUDIT_STAMP | AUDIT_ACTION_DESCR | EMPLID | EFF01 | EMPL_STATUS | ACTION | ACTION_REASON | GVT_NOA_CODE | GVT_LEG_AUTH_1 | POSITION_NBR | WPL_STATUS | GRADE | STEP | SAL_ADMIN_PLAN | PAY_PLAN | GVT_LOCALITY_ADJ | GVT_COMPRATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| H4281 | 12/2/2019 9:17:44.000000 AM | | 32304 | 12/02/19 T | | TER | OTP | | | 66179839 | | 00 | 0.0000 | | | | 0 |
| HSP41DES | 11/7/2019 11:24:14.000000 PM | | 32304 | 11/25/19 A | | DTA | DTA | | | 66179839 | | 00 | 0.0000 | | | | 0 |
| H4300M1 | 1/22/2019 10:23:47.000000 AM | | 32304 | 01/22/19 A | | ADD | | | | 66179839 | | 00 | 0.0000 | | | | 0 |

**Federal employee records**

| AUDIT_DESCRIPTION | AUDIT_STAMP | AUDIT_ACTION_DESCR | EMPLID | EFF01 | EMPL_STATUS | ACTION | ACTION_REASON | GVT_NOA_CODE | GVT_LEG_AUTH_1 | POSITION_NBR | GVT_WPL_STATUS | GRADE | STEP | SAL_ADMIN_PLAN | GVT_PAY_PLAN | GVT_LOCALITY_ADJ | GVT_COMPRATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DCPDAA | 12/2/2019 4:17:13.000000 AM | Row Updated, New Value | 32304 | 10/24/19 A | | REH | NPS | 108 | MEM | 662PP567 | HR | 14 | 1.0000 | GG | 26,570 | 90,821 |
| DCPDAA | 12/4/2019 4:17:31.000000 AM | Row Updated, Old Value | 32304 | 10/24/19 A | | REH | NPS | 108 | MEM | 662PP567 | HR | 14 | 1.0000 | GG | 26,570 | 90,821 |
| Miller,Amy J - CS | 12/2/2019 11:37:19.000000 AM | Added new value at row | 32304 | 10/24/19 A | | REH | NPS | 108 | MEM | 662PP567 | HR | 14 | 1.0000 | GG | 26,570 | 90,821 |
| DCPDAA | 10/31/2017 4:39:47.000000 AM | Row Updated, Old Value | 32304 | 10/20/17 T | | TER | RES | 317 | RPM | 63516576 | HR | 04 | 0.0000 | IR | 31,051 | 114,578 |
| DCPDAA | 10/31/2017 4:20:47.000000 AM | Row Updated, New Value | 32304 | 10/20/17 T | | TER | RES | 317 | RPM | 63516576 | HR | 04 | 0.0000 | IR | 31,051 | 114,578 |
| DCPDAA | 9/30/2017 6:26:27.000000 PM | Row Updated, New Value | 32304 | 10/20/17 T | | TER | RES | 317 | RPM | 63516576 | HR | 04 | 0.0000 | IR | 31,051 | 114,578 |
| DCPDAA | 9/30/2017 6:26:27.000000 PM | Row Updated, Old Value | 32304 | 10/20/17 T | | TER | RES | 317 | RPM | 63516576 | HR | 04 | 0.0000 | IR | 31,051 | 114,578 |
| Blais,Esther #501 | 10/9/2017 6:12:50.000000 PM | Row Updated, New Value | 32304 | 10/20/17 T | | TER | RES | 317 | RPM | 63516576 | HR | 04 | 0.0000 | IR | 31,051 | 114,578 |
| Blais,Esther #501 | 10/9/2017 6:12:50.000000 PM | Row Updated, Old Value | 32304 | 10/20/17 T | | TER | RES | 317 | RPM | 63516576 | HR | 04 | 0.0000 | IR | 31,051 | 114,578 |
| Blais,Esther #501 | 10/9/2017 6:12:29.000000 PM | Row Updated, New Value | 32304 | 10/20/17 T | | TER | RES | 317 | RPM | 63516576 | HR | 04 | 0.0000 | IR | 31,051 | 114,578 |
| Blais,Esther #501 | 10/7/2017 6:56:22.000000 AM | Row Updated, Old Value | 32304 | 10/20/17 T | | TER | RES | 317 | RPM | 63516576 | INI | 04 | 0.0000 | IR | 31,051 | 114,578 |
| Lewis,Elonka D - IRES1 DWU | 10/2/2017 2:34:30.000000 PM | Row Updated, New Value | 32304 | 10/20/17 T | | TER | PER | 317 | | 63516576 | WEB | 04 | 0.0000 | IR | 31,051 | 114,578 |
| Lewis,Elonka D - IRES1 DWU | 10/2/2017 2:34:30.000000 PM | Row Updated, New Value | 32304 | 10/20/17 T | | TER | PER | 317 | | 63516576 | WEB | 04 | 0.0000 | IR | 31,051 | 114,578 |
| Lewis,Elonka D - IRES1 DWU | 10/2/2017 3:34:27.000000 PM | Row Updated, Old Value | 32304 | 10/20/17 T | | TER | PER | 317 | | 63516576 | HR | 04 | 0.0000 | IR | 31,051 | 114,578 |
| Lewis,Elonka D - IRES1 DWU | 10/2/2017 4:20:44.000000 AM | Row Updated, New Value | 32304 | 10/20/17 T | | TER | PER | 317 | | 63516576 | HR | 04 | 0.0000 | IR | 31,051 | 114,578 |
| DCPDAA | 10/21/2017 4:20:44.000000 AM | Added new value at row | 32304 | 10/01/17 A | | DTA | DTA | 881 | DPM | 63516576 | HR | 04 | 0.0000 | IR | 31,051 | 114,578 |
| DCPDAA | 10/21/2017 4:20:44.000000 AM | Row Updated, Old Value | 32304 | 10/01/17 A | | DTA | DTA | 881 | DPM | 63516576 | HR | 04 | 0.0000 | IR | 31,051 | 114,578 |
| DCPDAA | 10/21/2017 5:27:04.000000 PM | Row Updated, New Value | 32304 | 10/01/17 A | | DTA | DTA | 881 | DPM | 63516576 | HR | 04 | 0.0000 | IR | 31,051 | 114,578 |
| DCPDAA | 9/31/2017 5:11:59.000000 PM | Row Updated, New Value | 32304 | 10/01/17 A | | DTA | DTA | 881 | DPM | 63516576 | HR | 04 | 0.0000 | IR | 31,051 | 114,578 |
| DCPDAA | 9/31/2017 5:11:55.000000 PM | Row Updated, Old Value | 32304 | 10/01/17 A | | DTA | DTA | 881 | DPM | 63516576 | HR | 04 | 0.0000 | IR | 31,051 | 114,578 |
| Holdsalirusto,Kevin - Dew | 10/31/2017 9:11:56.000000 AM | Added new value at row | 32304 | 10/01/17 A | | DTA | DTA | 881 | DPM | 63516576 | HR | 04 | 0.0000 | IR | 31,051 | 114,578 |