IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KIESHA DANIELLE LEWIS,                    )
                                          )      Case No. 8:20-cv-00494-TDC
          Plaintiff,                      )
                                          )
     v.                                   )
                                          )
DEPT. OF TREASURY, ET AL.,                )
                                          )
          Defendant.                      )
_____      )

**DECLARATION OF ALEXIS TURNER**

I, Alexis Turner, pursuant to the provisions of 28 U.S.C. § 1746(2) declare as follows:

1.      I am an attorney in the Office of Chief Counsel for the Treasury Inspector General

for Tax Administration (TIGTA) in Washington, D.C.  I have been employed by TIGTA, in that

capacity, since December 2007.

2.      As part of my official duties, I process administrative appeals of TIGTA

responses to requests pursuant to the Freedom of Information Act, 5 U.S.C. § 552 (FOIA), and I

am responsible for assisting the Department of Justice in defending litigation filed under the

FOIA against TIGTA.  These duties require that I have knowledge of the procedures and

requirements for making FOIA requests.

3.      On February 25, 2020, Kiesha Danielle Lewis filed a civil complaint against

TIGTA and other defendants.  In her complaint, Ms. Lewis asserts several causes of action

related to alleged FOIA requests, including the following:

> "First Cause of Action – Privacy Act/Freedom of Information Act-Denial of
> Access to Records; TIGTA Reports; this violation involves Treasury officials
> improperly denying Kiesha D. Lewis complete, non-redacted FOIA responses for
> requested TIGTA reports."  Doc. No. 1 at 10.

**EXHIBIT 3**

4.      Ms. Lewis's complaint did not include any information to indicate when she purportedly submitted these FOIA requests, or when TIGTA received them.  Doc. No. 1 at 10–11.

### Plaintiff's FOIA Requests

5.      Between 2017 and 2020, Ms. Lewis made eight separate FOIA requests for records from TIGTA.  My knowledge of the eight requests for records stems from my communications with the personnel who processed the underlying requests, and based upon my review of the administrative record for each request.  *See, infra*, ¶¶ 54–63.

#### Request Number 2017-FOI-00102

6.      On January 30, 2017, TIGTA received a FOIA request from Ms. Lewis seeking the "status and outcome" of "TIGTA Case Numbers: TRN-1701-0215 [and] TRN-1611-00623."

7.      TIGTA assigned this request number 2017-FOI-00102.

8.      TIGTA granted this request in part and denied this request in part.

9.      On February 27, 2017, TIGTA provided Ms. Lewis with one hundred twelve (112) pages in full and twenty-two (22) pages in part responsive to her request.

10.      Also on February 27, 2017, TIGTA notified Ms. Lewis it was withholding four (4) pages in full and twenty-two (22) pages in part pursuant to FOIA exemptions (b)(6) and (b)(7)(C). (*See* Exhibit J, *Determination for FOIA Request Number 2017-FOI-00102.*)

11.      The TIGTA Response to Plaintiff included the following paragraph:

> We have enclosed an Information Sheet that explains the subsections cited above as well as your administrative appeal rights.  If you file an appeal, your appeal must be in writing, signed by you, and postmarked or electronically transmitted within ninety (90) days from the date of this letter.

12.      Ms. Lewis did not appeal TIGTA's determination for Request Number 2017-FOI-00102.

2

Request Number 2018-FOI-00014

13.     On October 23, 2017, TIGTA received a FOIA request from Ms. Lewis seeking the "status" of "TIGTA Case Numbers: TRN-1701-0215 [and] TRN-1611-00623."

14.     TIGTA assigned this request number 2018-FOI-00014.

15.     TIGTA determined this request was a duplicate of Request Number 2017-FOI-00102.

16.     On November 3, 2017, TIGTA advised Ms. Lewis that Request Number 2018-FOI-00014 would not be processed because it was a duplicate.  TIGTA provided Ms. Lewis with a copy of TIGTA's response to her Request Number 2017-FOI-00102.  (*See* Exhibit K, *Determination for FOIA Request Number 2018-FOI-00014.*)

17.     Ms. Lewis did not appeal TIGTA's determination for Request Number 2018-FOI-00014.

Request Number 2018-FOI-00256

18.     On September 6, 2018, TIGTA received a FOIA request from Ms. Lewis seeking records pertaining to TIGTA Case Number TRN-1802-0751.

19.     TIGTA assigned this request number 2018-FOI-00256.

20.     TIGTA granted this request in part and denied this request in part.

21.     On October 4, 2018, TIGTA provided Ms. Lewis with twenty-one (21) pages in full and six (6) pages in part responsive to her request.

22.     Also on October 4, 2018, TIGTA notified Ms. Lewis it was withholding nine (9) pages in full and six (6) pages in part pursuant to FOIA exemptions (b)(6) and (b)(7)(C). (*See* Exhibit L, *Determination for FOIA Request Number 2018-FOI-00256.*)

23.      The TIGTA Response to Plaintiff included the following paragraph:

We have enclosed an Information Sheet that explains the subsections cited above as well as your administrative appeal right.  If you file an appeal, your appeal must be in writing, signed by you, and postmarked or electronically transmitted within ninety (90) days from the date of this letter.

24.    Ms. Lewis did not appeal TIGTA's determination for Request Number 2018-FOI-256.

Request Numbers 2019-FOI-00009 and 2019-FOI-00010

25.    On October 4, 2018, Ms. Lewis asked in an email submitted to the TIGTA FOIA Reading Room "Can someone provide me with the case number TIGTA provided to the IRS" in reference to a letter she attached from her Senate representative.  This request was for information regarding allegations that Ms. Lewis provided to her United States Senator, who forwarded such allegations to the IRS, who finally forwarded them to TIGTA.

26.    TIGTA assigned this request number 2019-FOI-00009.

27.    2019-FOI-00009 was a request for information and not a request for records. TIGTA typically only processes FOIA requests for copies of documents generated by or in possession of TIGTA because the FOIA does not require that an agency respond to interrogatories; however, since the incoming email did not indicate it was a FOIA request specifically, and it came in shortly after her FOIA request logged as 2019-FOI-00010, the decision was made to include an answer in the response to 2019-FOI-00010.

28.    On October 3, 2018, TIGTA received a FOIA request from Ms. Lewis seeking information related to TRN-1801-0751, specifically "all affidavits for individuals interviewed during this investigation."

29.    TIGTA assigned this request number 2019-FOI-00010.

30.    On October 17, 2018, TIGTA notified Ms. Lewis that to the extent she was requesting documents pertaining to a third-party, TIGTA could neither admit nor deny the

existence of responsive records.  In the same letter, TIGTA provided a response to Request

Number 2019-FOI-00009 by advising Ms. Lewis that the only number TIGTA located

responsive to her request was TRN-1802-0751, which was previously provided on October 4,

2018, along with responsive documents releasable under the FOIA.  (*See* Exhibit M*,*

*Determination for FOIA Request Numbers 2019-FOI-00009 and 2019-FOI-00010.*)

31.     The TIGTA Response to Plaintiff included the following paragraph:

> We have enclosed an Information Sheet that explains the subsections cited
> above as well as your administrative appeal right.  If you file an appeal, your
> appeal must be in writing, signed by you, and postmarked or electronically
> transmitted within ninety (90) days from the date of this letter.

32.     Ms. Lewis did not appeal TIGTA's determination for Request Number 2019-FOI-

00009 or 2019-FOI-00010.

<u>Request Number 2019-FOI-00211</u>

33.     On August 12, 2019, TIGTA received a FOIA request from Ms. Lewis seeking

information pertaining to "TIGTA Case Numbers: TRN-1901-0370, TRN-1901-0369, TRN-

1905-0301."

34.     TIGTA assigned this request number 2019-FOI-00211.

35.     TIGTA issued a determination in response to this request in which TIGTA

granted this request in part and denied it in part.

36.     On August 27, 2019, TIGTA provided Ms. Lewis with eleven (11) pages in full

and twelve (12) pages in part responsive to her request.

37.     Also on August 27, 2019, TIGTA notified Ms. Lewis that it was withholding six

(6) pages in full and twelve (12) pages in part pursuant to FOIA exemptions (b)(6) and (b)(7)(C).

(*See* Exhibit N*, Determination for FOIA Request Number 2019-FOI-00211.*)

38.     The TIGTA Response to Plaintiff included the following paragraph:

We have enclosed an Information Sheet that explains the subsections cited above as well as your administrative appeal right.  If you file an appeal, your appeal must be in writing, signed by you, and postmarked or electronically transmitted within ninety (90) days from the date of this letter.

39.     Ms. Lewis did not appeal TIGTA's determination for Request Number 2019-FOI-00211.

Request Number 2019-FOI-00233

40.     On September 16, 2019, TIGTA received a FOIA request from Ms. Lewis seeking records pertaining to "TIGTA Case Numbers: TRN-1909-0052, TRN-1909-0051, TRN-1909-0031, TRN-1908-0565."  On September 18, 2019, TIGTA notified Ms. Lewis in a letter sent via email that her request could not be processed because it did not include all of the information required in the FOIA and Treasury regulations found at 31 C.F.R. §1.1.  On September 23, 2019, TIGTA received Ms. Lewis's perfected request wherein she specifically stated she was making a FOIA request, signed the FOIA request, described the records she was requesting, provided a photocopy of her driver's license as verification of her identity, and cited her agreement to pay FOIA processing fees, as applicable.

41.     TIGTA assigned this request number 2019-FOI-00233.

42.     TIGTA issued a determination in response to this request in which TIGTA granted this request in part and denied it in part.

43.     On October 21, 2019, TIGTA provided Ms. Lewis with forty-four (44) pages in full and nine (9) pages in part responsive to her request.

44.     Also on October 21, 2019, TIGTA notified Ms. Lewis that it was withholding thirty (30) pages in full and nine (9) pages in part pursuant to FOIA exemptions (b)(6) and (b)(7)(C). (*See* Exhibit O, *Determination for FOIA Request Number 2019-FOI-00233.*)

45.     The TIGTA Response to Plaintiff included the following paragraph:

Finally, if you are not satisfied with this determination in response to your request, you may administratively appeal this decision.  We have enclosed an Information Sheet that explains the subsections cited above as well as your administrative appeal rights.  …  Your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of this letter.

46.     Ms. Lewis did not appeal TIGTA's determination for Request Number 2019-FOI-00233.

<u>Request Number 2020-FOI-00023</u>

47.     On November 18, 2019, TIGTA received a FOIA request from Ms. Lewis seeking "full, non-redacted copies of the finalized reports for . . . TIGTA Case Numbers: TRN-1611-0623 and TRN-1701-0215."

48.     TIGTA assigned this request number 2020-FOI-00023.

49.     TIGTA determined this request was a duplicate of Request Number 2017-FOI-00102.

50.     Both Request Number 2017-FOI-00102 and Request Number 2020-FOI-00023 sought reports for TIGTA Case Numbers TRN-1611-0623 and TRN-1701-0215.

51.     On November 26, 2019, TIGTA notified Ms. Lewis that Request Number 2020-FOI-00023 would not be processed because it was determined to be a duplicate.  TIGTA provided Ms. Lewis with a copy of its response to Request Number 2017-FOI-00102.  (*See* Exhibit P*, Determination for FOIA Request Number 2020-FOI-00023.*)

52.     On November 29, 2019, Ms. Lewis emailed TIGTA seemingly in disagreement with TIGTA's decision not to process the request because it was deemed a duplicate.  (*See* Exhibit Q*, Email from Ms. Lewis.*)

53.     TIGTA construed the November 29, 2019, email from Ms. Lewis as an appeal of the determination that the request was a duplicate and assigned the request Appeal Number 2020-APP-00005.

54.     TIGTA reviewed Appeal Number 2020-APP-00005 and upheld the determination that Request Number 2020-FOI-00023 was a duplicate of Request Number 2017-FOI-00102. (*See* Exhibit R*, Determination for Appeal Number 2020-APP-00005.*)

## TIGTA Received Only One Administrative Appeal from Plaintiff

55.      As the TIGTA attorney who processed 2020-APP-00005, relevant information for processing the administrative appeal was provided to me including the final determinations as to 2020-FOI-00023 and 2017-FOI-00102.  I also had the notes from 2020-FOI-00023 which indicated that 2018-FOI-00014 was linked to 2017-FOI-00102.

56.     On June 29, 2020, I emailed Julissa Hurtado, a Government Information Specialist in the Disclosure Branch within TIGTA's Office of Chief Counsel, informing her that TIGTA was notified about a FOIA complaint filed by Keisha Danielle Lewis and asking for a copy of TIGTA's final response to FOIA request 2018-FOI-00014.

57.     On June 29, 2020, Julissa Hurtado responded with an email stating that she found the information I requested and attached copies of the notes and the final response for 2018-FOI-00014.  The email also advised that she was copying Diane Bowers, another Government Information Specialist in the Disclosure Branch within TIGTA's Office of Chief Counsel who processed Request 2018-FOI-00014.

58.     On June 29, 2020, Diane Bowers sent an email to me and Julissa Hurtado informing us that Ms. Lewis filed eight FOIA requests, one Miscellaneous Request (asking for assistance), and one Appeal from January 2017 to 2020.

8

59.     On June 29, 2020, I sent an email to Diane Bowers and Julissa Hurtado requesting that they provide me with a list of all the FOIA request numbers and final disposition for those requests.

60.     On June 30, 2020, Julissa Hurtado emailed a list of all the FOIA requests, the one Miscellaneous Request, and one Appeal.

61.     On June 30, 2020, I emailed Julissa Hurtado and Diane Bowers indicating I already knew the final disposition for 2017-FOI-00102, 2018-FOI-00014, 2020-FOI-00023, and 2020-APP-00005, but needed the final disposition for the remaining FOIA requests submitted by Ms. Lewis.

62.     On June 30, 2020, Diane Bowers sent me an email containing a summary of the final disposition of the remaining FOIA requests and attached copies of the final responses to the email.

63.     On July 1, 2020, I emailed Diane Bowers asking whether she could confirm that all matters pertaining to Ms. Lewis were completed within twenty (20) days, or pursuant to a properly requested and granted extension.

64.     On July 2, 2020, I received an email from Diane Bowers indicating that she ran a report to provide the particulars of all of Ms. Lewis's cases in FOIAXpress.  She confirmed all cases were completed in twenty (20) days or less and attached the report to the email.

65.     TIGTA uses FOIAXpress, an electronic case management platform that allows all actions pertaining to the life-cycle of a FOIA request or a FOIA appeal to be maintained in one location, to include inputting the incoming request, requesting records, and adding, reviewing, redacting, and releasing records.  Information is retrievable in FOIAXpress by searching a

requester's name, FOIA case number, incoming request, or document number.  FOIAXpress also allows content searches.

66.     TIGTA Government Information Specialists search FOIAXpress when requests for information regarding FOIA requests or administrative appeals are received.

67.     The procedure for submitting FOIA requests and FOIA appeals to TIGTA is publicly available.  *See, e.g.*, https://www.treasury.gov/tigta/important_foia.shtml.

68.     Ms. Lewis only filed one administrative appeal after she received the response to the last FOIA request, of eight, that she submitted.


I declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on October 6, 2020, in Washington, D.C.


_____
ALEXIS TURNER
Office of Chief Counsel
Treasury Inspector General for Tax Administration



**DEPARTMENT OF THE TREASURY**

WASHINGTON, D.C.  20005



**Government Exhibit**

_____ J

INSPECTOR GENERAL
FOR TAX
ADMINISTRATION

February 27, 2017

Kiesha D. Lewis
kieshalewis@hotmail.com


Dear Ms. Lewis:

This is in response to your Freedom of Information Act (FOIA) request, dated January 29, 2017 and received on January 30, 2017, seeking access to records maintained by the Treasury Inspector General for Tax Administration (TIGTA).

Specifically, you are seeking "the following TIGTA Case Numbers:  TRN-1701-0215 [and] TRN-1611-0623."  You also state you are requesting "the status and outcome of both these cases."

We have located one hundred two (102) pages pertaining to your complaint, TRN-1701-0215.  We are releasing eighty-eight (88) pages in full and twelve (12) pages in part.  A copy is enclosed.  We are withholding two (2) pages in full.  We are asserting FOIA subsections (b)(6) and (b)(7)(C) as the justification for withholding.

We have located thirty-six (36) pages pertaining to your complaint, TRN-1611-0623.  We are releasing twenty-four (24) pages in full and ten (10) pages in part.  A copy is enclosed.  We are withholding two (2) pages in full.  We are asserting FOIA subsections (b)(6) and (b)(7)(C) as the justification for withholding.

Please note that some of the pages within the records being released contain information that is cutoff or illegible (e.g., attachment notations).  These pages were received by TIGTA in that form.

FOIA subsection (b)(6) permits the withholding of records and information about individuals when disclosure of the information could result in a clearly unwarranted invasion of personal privacy.  The withheld information consists of identifying information compiled with regard to individuals other than you.  Releasing the withheld information would not shed any light into the Agency's performance of its official

2

functions, but instead could result in an invasion into the personal privacy of the individuals whose names and personal information have been withheld.  As a result, the privacy interests of the third parties outweigh the public's interest in having the information released.

FOIA subsection (b)(7)(C) permits an agency to withhold "information compiled for law enforcement purposes the release of which could reasonably be expected to constitute an unwarranted invasion of personal privacy."  The withheld information consists of identifying information compiled with regard to individuals other than you.  Releasing the withheld information would not shed any light into the Agency's performance of its official functions, but instead could result in an invasion into the personal privacy of the individuals whose names and personal information have been withheld.  The information was compiled for law enforcement purposes and the privacy interest of the third parties outweighs the public's interest in having the information released.  As a result, this information has been withheld in response to your request.

To the extent you are requesting documents pertaining to a third party, there is no public interest that outweighs the privacy interests established and protected by the FOIA (5 U.S.C. §§ 552(b)(7)(C) and (b)(6)).

We have enclosed an Information Sheet that explains the subsections cited above as well as your administrative appeal rights.  If you file an appeal, your appeal must be in writing, signed by you, and postmarked or electronically transmitted within ninety (90) days from the date of this letter.  You should address the envelope as follows:

> Freedom of Information Act Appeal
> Treasury Inspector General for Tax Administration
> Office of Chief Counsel
> City Center Building
> 1401 H Street, NW, Suite 469
> Washington, DC  20005

The cost incurred to process your FOIA request was less than $25.00, the threshold set by Treasury's FOIA regulation, so no fees were assessed.

If you have any questions, please contact Diane Bowers, Government Information Specialist, at (202) 927-7043 or Diane.Bowers@tigta.treas.gov and reference Disclosure Case #2017-FOI-00102.

Also, you may contact our FOIA Public Liaison at (202) 622-4068 for any further assistance and to discuss any aspect of your request.  Additionally, you may contact the

3

Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer.  The contact information for OGIS is as follows:  Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

*Diane K Bowers*

Diane K. Bowers
(For)   Amy P. Jones
Disclosure Officer and
FOIA Public Liaison

Enclosures



Government
Exhibit

K



**DEPARTMENT OF THE TREASURY**

WASHINGTON, D.C.  20005

INSPECTOR GENERAL
FOR TAX
ADMINISTRATION

November 3, 2017

Kiesha D. Lewis
kieshalewis@hotmail.com

Dear Ms. Lewis:

This is in response to your Freedom of Information Act (FOIA) request, sent via e-mail on October 22, 2017 and received on October 23, 2017, seeking access to records maintained by the Treasury Inspector General for Tax Administration (TIGTA).

Specifically, you are seeking "the following TIGTA Case Numbers:  TRN-1701-0215 [and] TRN-1611-0623."  You also state you are requesting "the status of both of these cases."

Your request is a duplicate of the request you submitted to TIGTA on January 29, 2017 (FOIA Case #2017-FOI-00102) and that we responded to on February 27, 2017 (copy enclosed).  As you are not seeking anything new in this FOIA request from your previous FOIA request, we will not be re-processing this request.

If you would like to discuss any aspect of your request, please do not hesitate to contact Diane Bowers, Government Information Specialist, at (202) 927-7043 or Diane.Bowers@tigta.treas.gov, or me at 202-622-4068 and refer to Disclosure File #2018-FOI-00014.

Sincerely,

*Diane K Bowers*

Diane K. Bowers
(For)   Amy P. Jones
Disclosure Officer and
FOIA Public Liaison

Enclosure

**DEPARTMENT OF THE TREASURY**

WASHINGTON, D.C.  20005

INSPECTOR GENERAL
FOR TAX
ADMINISTRATION

Government
Exhibit

L

October 4, 2018

Kiesha D. Lewis
2305 Prima Way
Bowie, Maryland  20721

Dear Ms. Lewis:

This is in response to your Freedom of Information Act (FOIA) request, dated
September 5, 2018, seeking access to records maintained by the Treasury Inspector
General for Tax Administration (TIGTA).  Specifically, you have requested the
following TIGTA Case Number: TRN-1802-0751.  "Listed below is the information I
am requesting pertaining to my case, which was submitted February 27, 2018:

- Date the Investigation Started
- Date the Investigation Concluded
- The Date the results of investigations were submitted to IRS management
- How many people were interviewed
- What was the Summary of Findings or Investigation Conclusions Report?
  These types of reports would not violate anyone's privacy, but, would tell me
  what TIGTA found and concluded from the investigation.
- Reports of Investigation. After the investigation concluded, what was TIGTA's
  referral, if any, e.g. criminal prosecution or administrative adjudication promptly."

The TIGTA Disclosure Branch received your request on September 6, 2018.

For your information, Congress excluded three discrete categories of law enforcement
and national security records from the requirements of the FOIA.  *See* 5 U.S.C. § 552(c)
(2006 & Supp. IV 2010).  This response is limited to those records that are subject to
the requirements of the FOIA.  This is a standard notification that is given to all our
requesters and should not be taken as an indication that excluded records do, or do not,
exist.

To the extent you are requesting information maintained by TIGTA with respect solely to
your complaint, TRN-1802-0751, we located a total of thirty-six (36) pages of
documents consisting of the complaint intake records for TRN-1802-0751.  We are
releasing twenty-one (21) pages in full and six (6) pages in part.  A copy is enclosed.
We are withholding nine (9) pages in full.  We are asserting FOIA subsections (b)(6)
and (b)(7)(C) as the justification for withholding.

FOIA subsection (b)(6) permits the withholding of records and information about individuals when disclosure of the information could result in a clearly unwarranted invasion of personal privacy.  The withheld information consists of identifying information compiled with regard to individuals other than you.  Releasing the withheld information would not shed any light into the Agency's performance of its official functions, but instead could result in an invasion into the personal privacy of the individuals whose names and personal information have been withheld.  As a result, the privacy interests of the third parties outweigh the public's interest in having the information released.

FOIA subsection (b)(7)(C) permits an agency to withhold "information compiled for law enforcement purposes the release of which could reasonably be expected to constitute an unwarranted invasion of personal privacy."  The withheld information consists of identifying information of individuals other than you.  Releasing the withheld information would not shed any light into the Agency's performance of its official functions, but instead could result in an invasion into the personal privacy of the individuals whose names and personal information have been withheld.  The information was compiled for law enforcement purposes and the privacy interests of the third parties outweigh the public's interest in having the information released.  As a result, this information has been withheld in response to your request.

To the extent you are requesting documents pertaining to a third-party, TIGTA can neither admit nor deny the existence of responsive records.  Your request seeks access to the types of documents for which there is no public interest that outweighs the privacy interests established and protected by the FOIA (5 U.S.C. §§ 552(b)(7)(C) and (b)(6)).  This response should not be taken as an indication that such records exist; rather it is our standard response to requesters seeking records on third parties.

We have enclosed an Information Sheet that explains the subsections cited above as well as your administrative appeal rights.  If you file an appeal, your appeal must be in writing, signed by you, and postmarked or electronically transmitted within ninety (90) days from the date of this letter.  You should address the envelope as follows:

> Freedom of Information Act Appeal
> Treasury Inspector General for Tax Administration
> Office of Chief Counsel
> City Center Building
> 1401 H Street, NW, Suite 469
> Washington, DC  20005

Since the cost incurred for processing this FOIA request is less than $25.00, the threshold set by Treasury's FOIA regulation, we are not assessing any fees.

If you have any questions, please contact Government Information Specialist Monica Frye at (202) 622-2738 or monica.frye@tigta.treas.gov and refer to Disclosure File

3

#2018-FOI-00165.  Also, you may contact our FOIA Public Liaison at (202) 622-4068 for any further assistance and to discuss any aspect of your request.  Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer.  The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

*Monica Frye*

Monica Frye
(For) Amy P. Jones
Disclosure Officer
*and FOIA Public Liaison*

Enclosure



Exhibit 4

**DEPARTMENT OF THE TREASURY**

WASHINGTON, D.C. 20005



INSPECTOR GENERAL
FOR TAX
ADMINISTRATION

October 17, 2018

Kiesha D. Lewis
2305 Prima Way
Bowie, Maryland  20721

Dear Ms. Lewis:

This is in response to your Freedom of Information Act (FOIA) request, dated
October 2, 2018, seeking access to records maintained by the Treasury Inspector
General for Tax Administration (TIGTA).  Specifically, you have requested the
following pertaining to TIGTA Case Number: TRN-1802-0751:

> "all affidavits for individuals interviewed during this investigation be provided
> to me."

The TIGTA Disclosure Branch received your request on October 3, 2018.

To the extent you are requesting documents pertaining to a third-party, TIGTA can
neither admit nor deny the existence of responsive records.  Your request seeks access
to the types of documents for which there is no public interest that outweighs the privacy
interests established and protected by the FOIA (5 U.S.C. §§ 552(b)(7)(C) and (b)(6)).
This response should not be taken as an indication that such records exist; rather it is
our standard response to requesters seeking records on third parties.

Furthermore , in your email dated October 4, 2018, you asked, "Can someone provide
me with the case number TIGTA provided the IRS" in reference to a letter you had
attached from your Senate representative.  The only number TIGTA located
pertaining to your complaint was TRN-1802-0751, which was previously provided
on October 4, 2018, with responsive documents releasable under the FOIA.

We have enclosed an Information Sheet that explains your administrative appeal rights.
If you file an appeal, your appeal must be in writing, signed by you, and postmarked or

electronically transmitted within ninety (90) days from the date of this letter.  You should address the envelope as follows:

> Freedom of Information Act Appeal
> Treasury Inspector General for Tax Administration
> Office of Chief Counsel
> City Center Building
> 1401 H Street, NW, Suite 469
> Washington, DC  20005

Since the cost incurred for processing this FOIA request is less than $25.00, the threshold set by Treasury's FOIA regulation, we are not assessing any fees.

If you have any questions, please contact Government Information Specialist Monica Frye at (202) 622-2738 or monica.frye@tigta.treas.gov and refer to Disclosure File #2019-FOI-00010.  *Also, you may contact our FOIA Public Liaison at (202) 622-4068 for any further assistance and to discuss any aspect of your request.  Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.*

Sincerely,

Monica Frye
(For) Amy P. Jones
Disclosure Officer
*and FOIA Public Liaison*

Enclosure


Government
Exhibit

N



**D E P A R T M E N T   O F   T H E   T R E A S U R Y**

**WASHINGTON, D.C.  20005**

**INSPECTOR GENERAL
FOR TAX
ADMINISTRATION**

August 27, 2019

Kiesha D. Lewis
2305 Prima Way
Bowie, Maryland  20721

Dear Ms. Lewis:

This is in response to your August 11, 2019 Freedom of Information Act (FOIA) request seeking access to records maintained by the Treasury Inspector General for Tax Administration (TIGTA).  We received your request on August 12, 2019.

Specifically, you requested "TIGTA Case Numbers: TRN-1901-0370, TRN-1901-0369, TRN-1905-0301."  Your request also states:

> Listed below is the information I am requesting pertaining to my case:
> - Date the Investigation Started
> - Date the Investigation Concluded (if it has concluded)
> - The Date the results of investigations were submitted to IRS management
> - The number of people interviewed
> - What was the Summary of Findings or Investigation Conclusions Report? These types of reports would not violate anyone's privacy, but, would tell me what TIGTA found and concluded from the investigation.
> - Reports of Investigation. After the investigation concluded, what was TIGTA's referral, if any, e.g. criminal prosecution or administrative adjudication promptly.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA.  *See* 5 U.S.C. § 552(c) (2006 & Supp. IV 2010).  This response is limited to those records that are subject to the requirements of the FOIA.  This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

To the extent you are requesting information maintained by TIGTA with respect solely to your complaint, TRN-1905-0301, we have located eleven (11) pages pertaining to

2

Complaint TRN-1905-0301 that are responsive to your request.  We are releasing the eleven (11) pages to you in full.  A copy is enclosed.

To the extent you are requesting information maintained by TIGTA with respect solely to your complaint, TRN-1901-0369, we have located nine (9) pages pertaining to Complaint TRN-1901-0369 that are responsive to your request.  We are releasing six (6) pages in part.  A copy is enclosed.  We are withholding three (3) pages in full.   We are asserting FOIA subsections (b)(6) and (b)(7)(C) as the justification for withholding.

To the extent you are requesting information maintained by TIGTA with respect solely to your complaint, TRN-1901-0370, we have located nine (9) pages pertaining to Complaint TRN-1901-0370 that are responsive to your request.  We are releasing six (6) pages in part.  A copy is enclosed.  We are withholding three (3) pages in full.   We are asserting FOIA subsections (b)(6) and (b)(7)(C) as the justification for withholding.

FOIA subsection (b)(6) permits the withholding of records and information about individuals when disclosure of the information could result in a clearly unwarranted invasion of personal privacy.  The withheld information consists of identifying information compiled with regard to individuals other than you.  Releasing the withheld information would not shed any light into the Agency's performance of its official functions, but instead could result in an invasion into the personal privacy of the individuals whose names and personal information have been withheld.  As a result, the privacy interests of the third parties outweigh the public's interest in having the information released.

FOIA subsection (b)(7)(C) permits an agency to withhold "information compiled for law enforcement purposes the release of which could reasonably be expected to constitute an unwarranted invasion of personal privacy."  The withheld information consists of identifying information of individuals other than you.  Releasing the withheld information would not shed any light into the Agency's performance of its official functions, but instead could result in an invasion into the personal privacy of the individuals whose names and personal information have been withheld.  The information was compiled for law enforcement purposes and the privacy interests of the third parties outweigh the public's interest in releasing the information released.  As a result, this information has been withheld in response to your request.

To the extent you are requesting documents pertaining to a third party, TIGTA can neither admit nor deny the existence of responsive records.  Your request seeks access to the types of documents for which there is no public interest that outweighs the privacy interests established and protected by the FOIA (5 U.S.C. §§ 552(b)(6) and (b)(7)(C)).  This response should not be taken as an indication that such records exist; rather it is our standard response to requesters seeking records on third parties.

3

Since the cost incurred to process your FOIA request was less than $25.00, the threshold set by Treasury's FOIA regulation, no fees were assessed.

If you have any questions regarding this response, please contact Diane Bowers, Government Information Specialist, at (202) 927-7043 or Diane.Bowers@tigta.treas.gov and refer to Disclosure File #2019-FOI-00211.  Alternatively, you may contact me, TIGTA's FOIA Public Liaison, at (202) 622-4068 or via email at amy.jones@tigta.treas.gov, for further assistance or to discuss any aspect of your request.

In addition, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration (NARA) to inquire about the FOIA mediation services they offer.  The contact information for OGIS is as follows:  Office of Government Information Services, NARA, 8601 Adelphi Road-OGIS, College Park, MD 20740-6001; e-mail at ogis@nara.gov; telephone at (202) 741-5770; toll free at 1-877-684-6448; or facsimile at (202) 741-5769.

Finally, if you are not satisfied with this determination in response to your request, you may administratively appeal this decision.  We have enclosed an Information Sheet that explains the subsections cited above as well as your administrative appeal rights. Please address the envelope as follows:

> Freedom of Information Act Appeal
> Treasury Inspector General for Tax Administration
> Office of Chief Counsel
> City Center Building
> 1401 H Street, NW, Suite 469
> Washington, DC  20005

Also, you may electronically submit your appeal via Fax or E-mail:

> FAX:  (202) 622-3339
> E-MAIL:  FOIA.Reading.Room@tigta.treas.gov

4

Your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of this letter.

Sincerely,

Diane K. Bowers
(For)   Amy P. Jones
Disclosure Officer and
FOIA Public Liaison

Enclosures

Government
Exhibit

○

**DEPARTMENT OF THE TREASURY**

WASHINGTON, D.C.  20005

INSPECTOR GENERAL
FOR TAX
ADMINISTRATION

October 21, 2019

Kiesha D. Lewis
2305 Prima Way
Bowie, Maryland  20721

Dear Ms. Lewis:

This is in response to your Freedom of Information Act (FOIA) request, sent
September 16, 2019, seeking access to records maintained by the Treasury Inspector
General for Tax Administration (TIGTA).  Specifically, you have requested the following
pertaining to "TIGTA Case Numbers: TRN-1909-0052, TRN1-1909-0051, TRN-1909-
0031, TRN-1908-0565":

- Date the Investigation Started
- Date the Investigation Concluded (if it has concluded)
- The Date the results of investigations were submitted to IRS management
- The number of people interviewed
- What was the Summary of Findings or Investigation Conclusions Report?
- Reports of Investigation. After the investigation concluded, what was TIGTA's
referral, if any, e.g. criminal prosecution or administrative adjudication promptly

The TIGTA Disclosure Branch received your initial request on September 16, 2019 and
perfected request on September 23, 2019.

For your information, Congress excluded three discrete categories of law enforcement
and national security records from the requirements of the FOIA.  *See* 5 U.S.C. § 552(c)
(2006 & Supp. IV 2010).  This response is limited to those records that are subject to
the requirements of the FOIA.  This is a standard notification that is given to all our
requesters and should not be taken as an indication that excluded records do, or do not,
exist.

To the extent you are requesting information maintained by TIGTA with respect solely to
your complaint, TRN-1908-0565, we located a total of thirty-five (35) pages pertaining to
Complaint TRN-1908-0565 that are responsive to your request.  We are releasing six
(6) pages in full and three (3) pages in part.  A copy is enclosed.  We are withholding
twenty-six (26) pages in full.  We are asserting FOIA subsections (b)(6) and (b)(7)(C) as
the justification for withholding.

To the extent you are requesting information maintained by TIGTA with respect solely to
TRN-1909-0031, we have located a total of twenty-four (24) pages pertaining to

Complaint TRN-1909-0031 that are responsive to your request.  We are releasing the twenty-four (24) pages in full and a copy is enclosed.

To the extent you are requesting information maintained by TIGTA with respect solely to your complaint, TRN-1909-0051, we located a total of twelve (12) pages pertaining to Complaint TRN-1909-0051 that are responsive to your request.  We are releasing seven (7) pages in full and three (3) pages in part.  A copy is enclosed.  We are withholding two (2) pages in full.  We are asserting FOIA subsections (b)(6) and (b)(7)(C) as the justification for withholding.

To the extent you are requesting information maintained by TIGTA with respect solely to your complaint, TRN-1909-0052, we located a total of twelve (12) pages pertaining to Complaint TRN-1909-0052 that are responsive to your request.  We are releasing seven (7) pages in full and three (3) pages in part.  A copy is enclosed.  We are withholding two (2) pages in full.  We are asserting FOIA subsections (b)(6) and (b)(7)(C) as the justification for withholding.

FOIA subsection (b)(6) permits the withholding of records and information about individuals when disclosure of the information could result in a clearly unwarranted invasion of personal privacy.  The withheld information consists of identifying information compiled with regard to individuals other than you.  Releasing the withheld information would not shed any light into the Agency's performance of its official functions, but instead could result in an invasion into the personal privacy of the individuals whose names and personal information have been withheld.  As a result, the privacy interests of the third parties outweigh the public's interest in having the information released.

FOIA subsection (b)(7)(C) permits an agency to withhold "information compiled for law enforcement purposes the release of which could reasonably be expected to constitute an unwarranted invasion of personal privacy."  The withheld information consists of identifying information of individuals other than you.  Releasing the withheld information would not shed any light into the Agency's performance of its official functions, but instead could result in an invasion into the personal privacy of the individuals whose names and personal information have been withheld.  The information was compiled for law enforcement purposes and the privacy interests of the third parties outweigh the public's interest in having the information released.  As a result, this information has been withheld in response to your request.

To the extent you are requesting documents pertaining to a third-party, TIGTA can neither admit nor deny the existence of responsive records.  Your request seeks access to the types of documents for which there is no public interest that outweighs the privacy interests established and protected by the FOIA (5 U.S.C. §§ 552(b)(6) and (b)(7)(C)).  This response should not be taken as an indication that such records exist; rather it is our standard response to requesters seeking records on third parties.

Since the cost incurred to process your FOIA request was less than $25.00, the threshold set by Treasury's FOIA regulation, no fees were assessed.

If you have any questions, please contact Government Information Specialist Monica Frye at (202) 622-2738 or monica.frye@tigta.treas.gov and refer to Disclosure File #2019-FOI-00233.

Also, you may contact our FOIA Public Liaison at (202) 622-4068 or via email at amy.jones@tigta.treas.gov, for any further assistance and to discuss any aspect of your request.  Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer.  The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Finally, if you are not satisfied with this determination in response to your request, you may administratively appeal this decision.  We have enclosed an Information Sheet that explains the subsections cited above as well as your administrative appeal rights. Please address the envelope as follows:

> Freedom of Information Act Appeal
> Treasury Inspector General for Tax Administration
> Office of Chief Counsel
> City Center Building
> 1401 H Street, NW, Suite 469
> Washington, DC  20005

Also, you may electronically submit your appeal via Fax or E-mail:

> FAX:  202-622-3339
> E-MAIL:  FOIA.Reading.Room@tigta.treas.gov

Your appeal must be postmarked or electronically transmitted within ninety (90) days of the date of this letter.

> Sincerely,
>
> *Monica Frye*
>
> Monica Frye
> (For) Amy P. Jones
>     Disclosure Officer
>       and FOIA Public Liaison

Enclosures



**Government Exhibit**

P



**DEPARTMENT OF THE TREASURY**

WASHINGTON, D.C.  20005

INSPECTOR GENERAL
FOR TAX
ADMINISTRATION

November 26, 2019

VIA E-MAIL:  kieshalewis@hotmail.com

Kiesha D. Lewis
2305 Prima Road
Bowie, Maryland  20721

Dear Ms. Lewis:

This is in response to your Freedom of Information Act (FOIA) request, dated November 17, 2019, seeking access to records maintained by the Treasury Inspector General for Tax Administration (TIGTA).  TIGTA's Disclosure Branch received your request on November 18, 2019.  Specifically, you stated:

> *I am contacting TIGTA in reference to the following TIGTA Case Numbers: TRN-1611-0623 and TRN-1701-0215.*
>
> *I am requesting to be provided with the full, non-redacted copies of the finalized reports for these two cases. I am also requesting that TIGTA **NOT** withhold **ANY** of this information under Exemption 6 of the FOIA. The Department of Justice FOIA Guidelines (https://www.justice.gov/oip/foia-guide-2004-edition-exemption-6) explicitly state that this exemption "cannot be invoked to withhold from a requester information pertaining only to himself."  All of the information in both of these reports pertain to myself, Kiesha Danielle Lewis.*

Our records indicate that you requested this information previously and you are not requesting any new information.  See enclosed copy of TIGTA's response letter from Disclosure File 2017-FOI-00102.  Therefore, we will not be processing this request, and we are closing our file in this matter.

In addition, your request for expedited processing is not applicable.

2

If you have any questions, please contact Julissa Hurtado, Government Information Specialist, at (202) 622-3087, or via email at Julissa.Hurtado@tigta.treas.gov or me, TIGTA's FOIA Public Liaison, at (202) 622-4068, and refer to Disclosure File 2020-FOI-00023.

Sincerely,

Diane K. Bowers
(FOR)   Amy P. Jones
Disclosure Officer and
FOIA Public Liaison

Enclosure



**DEPARTMENT OF THE TREASURY**

WASHINGTON, D.C. 20005

INSPECTOR GENERAL
FOR TAX
ADMINISTRATION

February 27, 2017

Kiesha D. Lewis
kieshalewis@hotmail.com

Dear Ms. Lewis:

This is in response to your Freedom of Information Act (FOIA) request, dated
January 29, 2017 and received on January 30, 2017, seeking access to records
maintained by the Treasury Inspector General for Tax Administration (TIGTA).

Specifically, you are seeking "the following TIGTA Case Numbers:  TRN-
1701-0215 [and] TRN-1611-0623."  You also state you are requesting "the
status and outcome of both these cases."

We have located one hundred two (102) pages pertaining to your complaint, TRN-1701-
0215.  We are releasing eighty-eight (88) pages in full and twelve (12) pages in part.  A
copy is enclosed.  We are withholding two (2) pages in full.  We are asserting FOIA
subsections (b)(6) and (b)(7)(C) as the justification for withholding.

We have located thirty-six (36) pages pertaining to your complaint, TRN-1611-0623.
We are releasing twenty-four (24) pages in full and ten (10) pages in part.  A copy is
enclosed.  We are withholding two (2) pages in full.  We are asserting FOIA subsections
(b)(6) and (b)(7)(C) as the justification for withholding.

Please note that some of the pages within the records being released contain
information that is cutoff or illegible (e.g., attachment notations).  These pages were
received by TIGTA in that form.

FOIA subsection (b)(6) permits the withholding of records and information about
individuals when disclosure of the information could result in a clearly unwarranted
invasion of personal privacy.  The withheld information consists of identifying
information compiled with regard to individuals other than you.  Releasing the withheld
information would not shed any light into the Agency's performance of its official

2

functions, but instead could result in an invasion into the personal privacy of the individuals whose names and personal information have been withheld.  As a result, the privacy interests of the third parties outweigh the public's interest in having the information released.

FOIA subsection (b)(7)(C) permits an agency to withhold "information compiled for law enforcement purposes the release of which could reasonably be expected to constitute an unwarranted invasion of personal privacy."  The withheld information consists of identifying information compiled with regard to individuals other than you.  Releasing the withheld information would not shed any light into the Agency's performance of its official functions, but instead could result in an invasion into the personal privacy of the individuals whose names and personal information have been withheld.  The information was compiled for law enforcement purposes and the privacy interest of the third parties outweighs the public's interest in having the information released.  As a result, this information has been withheld in response to your request.

To the extent you are requesting documents pertaining to a third party, there is no public interest that outweighs the privacy interests established and protected by the FOIA (5 U.S.C. §§ 552(b)(7)(C) and (b)(6)).

We have enclosed an Information Sheet that explains the subsections cited above as well as your administrative appeal rights.  If you file an appeal, your appeal must be in writing, signed by you, and postmarked or electronically transmitted within ninety (90) days from the date of this letter.  You should address the envelope as follows:

> Freedom of Information Act Appeal
> Treasury Inspector General for Tax Administration
> Office of Chief Counsel
> City Center Building
> 1401 H Street, NW, Suite 469
> Washington, DC  20005

The cost incurred to process your FOIA request was less than $25.00, the threshold set by Treasury's FOIA regulation, so no fees were assessed.

If you have any questions, please contact Diane Bowers, Government Information Specialist, at (202) 927-7043 or Diane.Bowers@tigta.treas.gov and reference Disclosure Case #2017-FOI-00102.

Also, you may contact our FOIA Public Liaison at (202) 622-4068 for any further assistance and to discuss any aspect of your request.  Additionally, you may contact the

3

Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer.  The contact information for OGIS is as follows:  Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

Diane K. Bowers

Diane K. Bowers
(For)   Amy P. Jones
Disclosure Officer and
  FOIA Public Liaison

Enclosures

Government Exhibit
Q

| | |
|---|---|
| From: | *TIGTA Counsel Office |
| To: | Rivera Virgen M TIGTA |
| Subject: | FW: TIGTA FOIA Case # 2020-FOI-00023 (APPEAL) |
| Date: | Monday, December 2, 2019 10:25:23 AM |
| Attachments: | 2020-FOI-00023.pdf |
| | ATT00001.htm |

Virgen,

Please consider this a FOIA appeal by Ms. Lewis and open the appeal in FOIAXpress.

Thanks,

Lori

**From:** Hurtado Julissa M TIGTA <Julissa.Hurtado@tigta.treas.gov>
**Sent:** Monday, December 2, 2019 10:23 AM
**To:** *TIGTA Counsel Office <Counsel.Office@tigta.treas.gov>
**Cc:** Jones Amy P TIGTA <Amy.Jones@tigta.treas.gov>
**Subject:** FW: TIGTA FOIA Case # 2020-FOI-00023 (APPEAL)

Good morning,

Ms. Keisha Lewis is appealing our decision regarding a previous FOIA.  Please see incoming e-mail below and the final response attached.

If you have any questions, please let me know.

Thanks,

*Julissa M. Hurtado*
Government Information Specialist
Office of Chief Counsel, Disclosure Branch
The Treasury Inspector General for Tax Administration
(202) 622-3087- Direct
(202) 622-4068 - Main
(202) 622-3339 - Fax
Julissa.Hurtado@tigta.treas.gov

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Friday, November 29, 2019 9:48 AM
**To:** Hurtado Julissa M TIGTA <Julissa.Hurtado@tigta.treas.gov>
**Cc:** naki_frierson@vanhollen.senate.gov; senator@cardin.senate.gov; Kiesha Lewis <kieshalewis@hotmail.com>
**Subject:** Fwd: TIGTA FOIA Case # 2020-FOI-00023

Good morning Ms. Hurtado,

My name is Kiesha D. Lewis and I am contacting you in reference to my recent TIGTA FOIA request, which is enclosed.

In TIGTA's response, they state that my request will not be processed because this information was already provided to me.  I completely disagree with this assessment. When I first contacted TIGTA to obtain this information, I was only provided the information I provided to TIGTA when the complaint was filed.  TIGTA choose to withhold the remaining files using Exemption 6 and Exemption 7.  I do not believe that either of these Exemptions apply to my request.

As I stated in my request, Exemption 6 does not apply because I am requesting information pertaining to myself; I am not a third party attempting to obtain this information.  Both of these complaints were filed on my behalf to report executive misconduct that I was enduring. TIGTA is not and will not be invading anyone's privacy by providing me with the results of its investigation; that either my complaint was valid or that their was no merit to my complaint.

As to the Exemption 7, this only applies to criminal, civil, and regulatory law enforcement. Both of these cases refer to administrative employee misconduct and are not related to law enforcement.  Therefore, this Exemption does not apply either.

Since neither of these exemptions apply, I am requesting that TIGTA reconsider its decision to withhold these records and provide me with this information.

V/R,

Kiesha D. Lewis
Kieshalewis@hotmail.com
240-346-8398

Sent from my iPad

Begin forwarded message:

> **From:** Hurtado Julissa M TIGTA <Julissa.Hurtado@tigta.treas.gov>
> **Date:** November 27, 2019 at 11:09:34 AM EST
> **To:** "kieshalewis@hotmail.com" <kieshalewis@hotmail.com>
> **Subject: TIGTA FOIA Case # 2020-FOI-00023**
>
> Dear Ms. Lewis,
>
> Please see the attached correspondence in regards a Freedom of Information Act (FOIA) request to the Treasury Inspector General for Tax Administration (TIGTA), dated November 17, 2019.
>
> Best Regards,
>
> *Julissa M. Hurtado*

Government Information Specialist
Office of Chief Counsel, Disclosure Branch
The Treasury Inspector General for Tax Administration

---

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Sunday, November 17, 2019 8:22 PM
**To:** *TIGTA FOIA Reading Room <FOIA.Reading.Room@tigta.treas.gov>
**Cc:** Kiesha Lewis <kieshalewis@hotmail.com>; Frierson, Naki (Van Hollen)
<Naki_Frierson@vanhollen.senate.gov>
**Subject:** TIGTA Case Numbers: TRN-1611-0623 and TRN-1701-0215

Name: Kiesha D. Lewis

**Contact Information:**
*Address:* 2305 Prima Way, Bowie, MD 20721
*Phone:* (240) 346-8398
*Email:* kieshalewis@hotmail.com
*TIGTA Case Numbers:* TRN-1611-0623 and TRN-1701-0215
*Submission Date:* The timeframe between November 2016 to January 2017

I am contacting TIGTA in reference to the following TIGTA Case Numbers:
TRN-1611-0623 and TRN-1701-0215.

I am requesting to be provided with the full, non-redacted copies of the finalized
reports for these two cases. I am also requesting that TIGTA **NOT** withhold **ANY**
of this information under Exemption 6 of the FOIA.  The Department of Justice
FOIA Guidelines (https://www.justice.gov/oip/foia-guide-2004-edition-
exemption-6) explicitly state that this exemption "cannot be invoked to withhold
from a requester information pertaining only to himself."  All of the information
in both of these reports pertain to myself, Kiesha Danielle Lewis.

Moreover, I currently have an open case with the MSPB, case number: DC-1221-
19-0365-W-1. One of the claims being adjudicated in this case if Ms. Marial
Grant retaliated against me for making protected disclosures.  Since this
information was reported to TIGTA to investigate, I am requesting to be provided
with the results of their investigation into this matter.

Lastly, I am requesting that fulfillment of my request be expedited.  I am willing
to pay up to $100.00 to cover the costs of processing my request.  If the cost will
exceed this amount, please contact me first to provide a breakdown of the request
cost.

Enclosed is a copy of my identification to assist with identification.

If I can provide any additional information, please feel free to contact me.

V/R,

Kiesha D. Lewis
kieshalewis@hotmail.com
(240) 346-8398


CC: Congressman Anthony Brown
     Senator Chris Van Hollen



Exhibit 9

**DEPARTMENT OF THE TREASURY**

WASHINGTON, D.C. 20005



**Government Exhibit**

R

INSPECTOR GENERAL
FOR TAX
ADMINISTRATION

December 31, 2019

Kiesha D. Lewis
2305 Prima Road
Bowie, Maryland 20721

Dear Ms. Lewis:

This is in response to your email dated November 29, 2019, in which you sought to appeal the Treasury Inspector General for Tax Administration's (TIGTA) November 26, 2019 response to your Freedom of Information Act (FOIA) request dated November 7, 2019.  Your November 7, 2019 FOIA request sought "the finalized reports" for "TIGTA Case Numbers: TRN-1701-0215 and TRN-1611-0623."

By letter dated November 26, 2019, TIGTA's Disclosure Officer responded to your request indicating that you had previously sought the same records in a FOIA request dated January 29, 2017, and that TIGTA would not be processing your request because you were not seeking any new information from that sought in your January 2017 FOIA request.  In its November 2019 response, TIGTA provided you with a copy of its February 27, 2017 response to your January 29, 2017 FOIA request.

In response to your November 29, 2019 email, TIGTA is upholding the determination that your November 7, 2019 FOIA request is a duplicate request, *i.e.*, duplicated the your January 29, 2017 FOIA request, and that no new or additional records were sought in your November 2019 FOIA request.

This letter constitutes TIGTA's final decision with respect to your FOIA appeal.  The FOIA requires us to advise you of the judicial remedies granted in the Act.  You may file a complaint in the United States District Court for the district in which you reside, or have your principal place of business, or in which the agency records are located, or in the District of Columbia.

In addition, as part of the 2007 FOIA amendments, the Office of Government Information Services (OGIS) was created to offer mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. You may contact OGIS in any of the following ways:

Office of Government Information Services
National Archives and Records Administration
Room 2510

2

8601 Adelphi Road
College Park, MD 20740-6001

E-mail: ogis@nara.gov
Telephone: 301-837-1996
Facsimile: 301-837-0348
Toll-free: 1-877-684-6448

If you have any questions concerning this matter, you may contact Alexis Turner at
(202) 622-4068.

Sincerely,

Lori Creswell
Acting Deputy Chief Counsel

cc: Disclosure Officer