UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KIESHA D. LEWIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 8:20-cv-00494-GLS |
| ) | |
| DEPARTMENT OF TREASURY, ) | |
| INTERNAL REVENUE SERVICE, *et al.*, ) | |
| ) | |
| ) | |

**DECLARATION OF RUTHLEE GOWINS-BELLAMY**

Under penalty of perjury, I, Ruthlee Gowins-Bellamy, do hereby declare the following:

1. I am the Supervisory Government Information Specialist for the Department of Veterans Affairs, Office of Inspector General (VA OIG), Office of Information Release.

2. One of my duties as Supervisory Government Information Specialist is to respond to requests for documents or information made pursuant to the Freedom information Act (FOIA), as amended, 5 U.S.C. § 552, to the VA OIG Office of Information Release.

3. I have been employed by the VA OIG Office of Information Release in this capacity since September 4, 2017. I make the following statements based upon my personal knowledge, which in turn is based on a personal review of the appropriate records in the case file and coordination with relevant FOIA personnel established for processing the subject request and upon information furnished to me in the course of my official duties.

4. Through the exercise of my official duties, I have become familiar with the background of Plaintiff's original FOIA request and VA OIG's response. I have also become familiar with the background of this litigation and have read a copy of the Complaint filed by Plaintiff.

**EXHIBIT 4**

5. On October 23, 2019, by a referral from the Department of Veterans Affairs Central Office FOIA Service (VACO FOIA Service), I received a FOIA request, dated October 20, 2019, from the Plaintiff, marked by the VACO FOIA Service with tracking number 20-00733-F. Included with the October 20, 2019 request was the Plaintiff's signature and proof of identity by a copy of Plaintiff's driver's license. The VA Office of Information Release assigned the referred request tracking number 20-00012-FOIP, indicating the request would be processed under both the Privacy Act and the FOIA.[1]

(*See* Exhibit 1, Referral).

6. The request included the following description of the records sought:

   I request that I be provided the Applicant History Report for each of the following announcement numbers. This report will contain the following information: Date/Time of action, Change/Comment, and the person who made the change. I asking to also be provided with the Evaluation and Section Process information which should include: the selection process in step by step detail as to how candidates were evaluated and selected; the safeguards used, if any, employed and put into place by the Selecting and/or recommending officials and communicated to the supervisors/managers, the criteria given by the Selecting Official and/or selection panel, the reasons that the selectee was selected, and the reason(s) that Kiesha D. Lewis was not selected for each announcement(s). Assistant Inspector General for Management and Administration - Announcement number: 18-VAOIG-1-SES.  Deputy Assistant Inspector General for Management and Administration - Announcement number: 18-VAOIG-18-SES.  Deputy Assistant Inspector General for Management and Administration - Announcement number: 18-VAOIG-97-SES.  Supervisory Executive Assistant -Announcement number: 18-VAOIG-195.

(*See* Exhibit 2, Request).

7. On October 23, 2019, a member of my staff requested any records responsive to Plaintiff's request from the VA OIG Human Resources Office within the Office of Management

---

[1] When VA OIG Office of Information Release receives a FOIA request, the request is entered into FOIAXpress, a FOIA request tracking and management software. Each new request receives an individual tracking number, and no two requests have the same tracking number. To preserve VA OIG independence under the Inspector General Act of 1978 (as amended), VA OIG does not share a tracking system with the VACO FOIA Service, unlike other VA components.

2

and Administration (the "VA OIG HR Office), which maintains records pertaining to hiring for federal employment consistent with General Records Schedule 2.1, Employee Acquisition Records. On October 30, 2019, the VA OIG HR Office responded with responsive records.

8. After my staff processed the records for release, I reviewed the redactions and responded to Plaintiff's request on November 8, 2019, by a letter sent via email, informing Plaintiff that responsive records were enclosed with redactions for information protected by Privacy Act Exemption (k)(6) and FOIA Exemptions 2, 5, and 6, 5 U.S.C. § 552 (b)(2), (b)(5), and (b)(6). In this response letter, I advised the Plaintiff that any administrative appeal of the response must be received within ninety (90) calendar days of the response. (*See* Exhibit 3, Response).

9. I verified that VA OIG received no administrative appeal from the Plaintiff, either within the required 90 calendar days or at any time prior to the Complaint filed by Plaintiff in U.S. District Court.

10. In March 2021, the VA OIG discovered that a record with the file name "18-VAOIG-97-SES ERB Memo DAIG 53 - March 2018.docx" was responsive to Plaintiff's October 2019 FOIA request but was inadvertently not produced by the VA OIG in November 2019.

11. On March 19, 2021, I sent an additional response to Plaintiff by a letter sent via email, informing Plaintiff that this additional one-page responsive record was enclosed with redactions for information protected by FOIA Exemptions 5 and 6, 5 U.S.C. § 552 (b)(5) and (b)(6). (*See* Exhibit 4, Response).

12. Plaintiff filed an administrative appeal on March 12, 2021 concerning the single-page record produced on March 19, 2021.

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of March 2021.

Gowins-Bellamy, Ruthlee (OIG)
Digitally signed by Gowins-Bellamy, Ruthlee (OIG)
Date: 2021.03.24 06:59:42 -04'00'

Ruthlee Gowins-Bellamy
Supervisory Government Information Specialist

# EXHIBIT 1

| | |
|---|---|
| From: | Brown, Barbara (VACO FOIA) |
| To: | kieshalewis@hotmail.com |
| Subject: | Acknowledgement, Freedom of Information Act (FOIA) Request - Kiesha D. Lewis |
| Date: | Wednesday, October 23, 2019 9:18:00 AM |
| Attachments: | image001.png |

Dear Ms. Lewis,

This letter acknowledges receipt of your electronic Freedom of Information Act (FOIA) request to the Department of Veterans Affairs (VA) dated October 20, 2019, requesting "the Applicant History Report for each of the following announcement numbers and the Evaluation and Section Process information:

1. Assistant Inspector General for Management and Administration - Announcement number: 18-VAOIG-1-SES
2. Deputy Assistant Inspector General for Management and Administration - Announcement number: 18-VAOIG-18-SES
3. Deputy Assistant Inspector General for Management and Administration - Announcement number: 18-VAOIG-97-SES
4. Supervisory Executive Assistant - Announcement number: 18-VAOIG-195."

The FOIA Service received your request on October 21, 2019, and assigned it FOIA tracking number 20-00733-F.  Please refer to this number when communicating with the VA about this request.

The records you requested are maintained at the Office of the Inspector General (IG).  Your request has been referred to Ms. Ruthlee Gowins-Bellamy at the following address:

Department of Veterans Affairs
Office of Inspector General (IG)
Attn: Ruthlee Gowins-Bellamy
810 Vermont Avenue, NW (50CI) VACO
Washington, DC 20420
Office: (202) 461-4412
Facsimile: (202) 495-5859
Email: vaoigfoia-pa@va.gov

Questions regarding the status of your request should be directed to Ms. Bellamy.

We appreciate your interest in the VA.  This concludes the FOIA Service's response.

Sincerely,


Barbara J. Brown
Government Information Specialist, FOIA Service
Office of Quality, Performance, and Risk (QPR)

Office of Information and Technology (OI&T)

202-632-7382 (Telephone)
202-400-5958 (Mobile)
202-632-7581 (Fax)
Hotline: 1-877-750-3642

 QPR's Mission Statement:
"To lead a culture of quality and accountability to drive an exceptional Veteran and customer experience."

These messages and attachments are For Official Use Only, not to be shared outside intended parties, and may be exempt from disclosure pursuant to 5 U.S.C. § 552. If you received these messages and attachments in error, you must inform the FOIA Officer and destroy them immediately.

# EXHIBIT 2

Abdelrahman, Esra (TECHOP Solutions International Inc)    20-00733F

| | |
|---|---|
| **From:** | Kiesha Lewis <kieshalewis@hotmail.com> |
| **Sent:** | Sunday, October 20, 2019 7:54 PM |
| **To:** | VACO FOIA Service Inbox |
| **Cc:** | Kiesha Lewis |
| **Subject:** | [EXTERNAL] FOIA Request |
| **Attachments:** | KDL Signature.pdf; KDL ID.pdf |

I request that I be provided the Applicant History Report for each of the following announcement numbers. This report will contain the following information: Date/Time of action, Change/Comment, and the person who made the change. I asking to also be provided with the Evaluation and Section Process information which should include: the selection process in step by step detail as to how candidates were evaluated and selected; the safeguards used, if any, employed and put into place by the Selecting and/or recommending officials and communicated to the supervisors/managers, the criteria given by the Selecting Official and/or selection panel, the reasons that the selectee was selected, and the reason(s) that Kiesha D. Lewis was not selected for each announcement(s).

- Assistant Inspector General for Management and Administration - Announcement number: 18-VAOIG-1-SES
- Deputy Assistant Inspector General for Management and Administration - Announcement number: 18-VAOIG-18-SES
- Deputy Assistant Inspector General for Management and Administration - Announcement number: 18-VAOIG-97-SES
- Supervisory Executive Assistant - Announcement number: 18-VAOIG-195

As proof of identity I am including a photocopy of my driver's license.

I am willing to pay fees for this request up to a maximum of $50.00. If you estimate that the fees will exceed this limit, please inform me first.

Thank you for your consideration of this request. Sincerely,


Kiesha D. Lewis
kieshalewis@hotmail.com
(240) 346-8398

1

*[Signature]*
Kiesha D. Lewis



# EXHIBIT 3



**Department of Veterans Affairs**
**Office of Inspector General**
**Washington, DC  20420**

November 8, 2019

Kiesha D. Lewis
Delivered via email to: kieshalewis@hotmail.com

Dear Ms. Lewis:

This is in response to your Freedom of Information Act (FOIA) and Privacy Act (PA) request dated October 20, 2019, in which you asked for the following:

1) A copy of the applicant history report for vacancy announcements 18-VAOIG-1-SES, 18-VAOIG-18-SES, 18-VAOIG-97-SES and 18-VAOIG-195.
2) The Evaluation and Section Process information for the listed VA OIG vacancy announcements.

Your request was received in this office on October 23, 2019 and we assigned FOIA Tracking Number 20-00012-FOIP to your request. Please refer to it whenever communicating with VA OIG about your request.

We have enclosed a copy of the requested records. However, the Privacy Act of 1974, 5 U.S.C. § 552a exempts disclosure of testing or examination material used solely to determine individual qualifications for appointment or promotion in the federal service, the disclosure of which would compromise the objectivity or fairness of the testing process.  Therefore, we have withheld portions of this information under Privacy Act Exemption (k)(6) and FOIA Exemption 2, 5 U.S.C. § 552 (b)(2), which allows withholding all information related solely to internal personnel rules and practices.

Further, any information that if released, would allow insight into this agency's deliberative process has been withheld under FOIA Exemption 5, 5 U.S.C. § 552 (b)(5). Specifically, frank or candor communications between officials during the deliberative process.

Finally, we are withholding all information which, if disclosed, would constitute a clearly unwarranted invasion of an individual's personal privacy under FOIA Exemption 6, 5 U.S.C. § 552 (b)(6).  Specifically, names, job titles and other information which could reveal the identity of individuals mentioned in the records have been withheld. We do not find any public interest that outweighs the privacy interests of the individuals.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S.C. 552(c) (2006 & Supp. IV 2010). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may appeal the determination made in this response to: Department of Veterans Affairs, Office of Inspector General, Office of Counselor (50C), 810 Vermont Avenue NW, Washington, DC 20420, or by email to: VAOIGFOIA-Appeals@va.gov, or by fax to: (202) 495-5859. If you should choose to make an appeal, your appeal must be sent no later than ninety (90) calendar days after the date of this letter. Your appeal must include the assigned FOIA Tracking Number and any reason(s) why you believe the response was in error. If you choose to appeal only a portion of the determination, you must specify which part of the determination you are appealing. The appeal should include a copy of the request and VA's response. The appeal should be marked, or subject-titled, "Freedom of Information Act Appeal."

Sincerely,

*Ruthlee G. Bellamy*
Ruthlee G. Bellamy
Supervisory Government Information Specialist
VA OIG Release of Information Office

Enclosures

# EXHIBIT 4



**Department of Veterans Affairs**
**Office of Inspector General**
**Washington, DC  20420**

March 19, 2021

Kiesha D. Lewis
Delivered via email to: kieshalewis@hotmail.com

Dear Ms. Lewis:

This is in response to your Freedom of Information Act (FOIA) and Privacy Act (PA) request dated October 20, 2019, in which you asked for the following:

1) A copy of the applicant history report for vacancy announcements 18-VAOIG-1-SES, 18-VAOIG-18-SES, 18-VAOIG-97-SES and 18-VAOIG-195.
2) The Evaluation and Section Process information for the listed VA OIG vacancy announcements.

After a review of our previous response dated November 8, 2019, it was discovered that a record with file name "18-VAOIG-97-SES ERB Memo DAIG 53 - March 2018.docx" was responsive but was inadvertently not produced.

Enclosed is a copy of the memorandum referenced above.  However, we have withheld any information that if released, would allow insight into this agency's deliberative process has been withheld under FOIA Exemption 5, 5 U.S.C. § 552 (b)(5). Specifically, frank or candor communications between officials during the deliberative process.

Finally, we are withholding all information which, if disclosed, would constitute a clearly unwarranted invasion of an individual's personal privacy under FOIA Exemption 6, 5 U.S.C. § 552 (b)(6).  Specifically, names, job titles and other information which could reveal the identity of individuals mentioned in the records have been withheld. We do not find any public interest that outweighs the privacy interests of the individuals.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA and PA. See 5 U.S.C. 552(c) (2006 & Supp. IV 2010). This response is limited to those records that are subject to the requirements of the FOIA and PA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may appeal the determination made in this response to: Department of Veterans Affairs, Office of Inspector General, Office of Counselor (50C), 810 Vermont Avenue NW, Washington, DC 20420, or by email to: VAOIGFOIA-Appeals@va.gov, or by fax to: (202) 495-5859. If you should choose to make an appeal, your appeal must be sent no later than ninety (90) calendar days after the date of this letter. Your appeal must include the assigned FOIA/PA Tracking Number and any reason(s) why you believe the response was in error. If you choose to appeal only a portion of the determination, you must specify which part of the determination you are appealing. The appeal should include a copy of the request and VA's response. The appeal should be marked, or subject-titled, "Freedom of Information Act Appeal."

Sincerely,

*Ruthlee G. Bellamy*

Ruthlee G. Bellamy
Supervisory Government Information Specialist
VA OIG Release of Information Office

Enclosure