Vaughn Index – Office of Inspector General, Department of Veterans Affairs
*Lewis v. Department of Treasury, et al.*, Civil No: 20-cv-00494-GLS
Civil Action No. 16-CV-00672-KPF, U.S. District Court, District of Maryland

As directed by the Court, the Office of Inspector General, Department of Veterans Affairs (VA OIG) prepared this Vaughn Index for the VA OIG response to Plaintiff's FOIA-Privacy Act request, tracking number 20-00012-FOIP. The index describes the processed responsive records grouped by information withheld in full ("WIF"), or in part ("RIP"), or released in full ("RIF"). For this index VA OIG applied Bates numbers to each processed page, and Vaughn coded each category of exemption asserted to withhold information. On its face, coded categories of exemptions indicate the nature of the information withheld pursuant to the provisions of the FOIA and the Privacy Act. The coded categories are provided to assist in the review of the VA OIG's explanations of the FOIA exemptions it has asserted to withhold certain material. Each instance of information withheld on the Bates-numbered document is accompanied by a coded designation that corresponds to the justification categories as listed on a coding chart. For example, if "(b)(6) -1" appears on a document page, the "(b)(6)" designation refers to FOIA Exemption 6 protecting against unwarranted invasions of personal privacy and the "-1" following the "(b)(6)" narrows the main category into the more specific subcategory, of "names and/or identifying information of third parties." Please refer to the coding chart below when reviewing the Vaughn index and the coded production provided separately.

REDACTION JUSTIFICATION CATEGORIES

| FOIA Exemption | Category |
| --- | --- |
| (b)(2) | Information related solely to internal personnel rules and practices. – Cited at times in conjunction with other exemptions, e.g., (b)(2), (b)(6). <br> 1. Internal records used exclusively in the hiring process. |
| (b)(5) | Privileged information. – Cited at times in conjunction with other exemptions, e.g. (b)(5), (b)(6) <br> 1. Deliberative process privilege. |
| (b)(6) | Clearly unwarranted invasion of privacy. – Cited at times in conjunction with other exemptions, e.g. (b)(5), (b)(6) <br> 1. Names and/or identifying information of third parties. <br> 2. Names and/or identifying information of agency employees. |

| Privacy Act Exemption | |
| --- | --- |
| (k)(6) | Exempts testing and evaluation materials from disclosure. <br> 1. Evaluation materials. |

**EXHIBIT 5**

**Office of Inspector General, Department of Veterans Affairs**

| Bates Page | Description/Justification for Withholding | Exemptions Asserted/Coded Category/Bates Page(s) | Disposition |
|---|---|---|---|
| | | | |
| 001 | 12/11/2017 VA OIG memo appointing Senior Executive Service members to serve on the Executive Resources Board for the position of Assistant Inspector General for Management and Administration, to rate and rank applicants and determine the best qualified applicants for referral. | (b)(6)-2, (b)(5)-1 | WIP |
| 002 | 01/22/2018 VA OIG memo appointing Senior Executive Service members to serve on the Executive Resources Board for the position of Assistant Inspector General for Management and Administration, to rate and rank applicants and determine the best qualified applicants for referral. | (b)(6)-2, (b)(5)-1 | WIP |
| 003 – 011 | Rating sheets for Certificate # 18-VAOIG-18-NC. Plaintiff does not appear on this certificate. | (b)(2)-1, (b)(5)-1, (b)(6)-1, (b)(6)-2, (k)(6)-1 | WIP |
| 012 – 029 | Rating sheets for Certificate # 18-VAOIG-18-SME. Relative scores disclosed and Plaintiff's name and scores disclosed on pages 014, 020, 026 | (b)(2)-1, (b)(5)-1, (b)(6)-1, (b)(6)-2, (k)(6)-1 | |
| 030 – 041 | Rating sheets for Certificate # 18-VAOIG-97-NC. Plaintiff does not appear on this certificate. | (b)(2)-1, (b)(5)-1, (b)(6)-1, (b)(6)-2, (k)(6)-1 | WIP |
| 042 – 065 | Rating sheets for Certificate # 18-VAOIG-97-SME. Relative scores disclosed and Plaintiff's name and scores disclosed on pages 045, 053, 061. | (b)(2)-1, (b)(5)-1, (b)(6)-1, (b)(6)-2, (k)(6)-1 | WIP |

**Office of Inspector General, Department of Veterans Affairs**

| 066 – 069 | Total scores by applicant. Relative scores disclosed and Plaintiff's name and scores disclosed on page 068. | (b)(2)-1, (b)(6)-1, (b)(6)-2, (k)(6)-1 | WIP |
|---|---|---|---|
| 070 – 071 | Certificate results showing intended selection action by the selecting official concerning Certificate 18-VAOIG-1-SES-NC and reflecting the selection official's proposal to make no selection concerning the other certificates. | (b)(5)-1, (b)(6)-1 | WIP |
| 072 | 04/06/2018 VA OIG memo appointing Senior Executive Service members to serve on the Executive Resources Board for the position of Deputy Assistant Inspector General for Management and Administration (18-VAOIG-97-SES), to rate and rank applicants and determine the best qualified applicants for referral. | (b)(5)-1, (b)(6)-1 | WIP |

# Memorandum

**Department of
Veterans Affairs**

**Date:**   December 11, 2017

**From:**   (b)(6)

**Subj:**   Executive Resources Board

**To:**   (b)(6)

(b)(5);(b)(6)

# Memorandum

**Department of
Veterans Affairs**

**Date:**   January 22, 2018

**From:**   (b)(6)

**Subj:**   Executive Resources Board

**To:**   (b)(6)

(b)(5);(b)(6)

# SENIOR EXECUTIVE SERVICE AND SENIOR LEVEL RATING GUIDE

POSITION TITLE:  Deputy Assistant Inspector General for Management and Administration

ORGANIZATION:  Office of Management and Administration

VACANCY ANNOUNCEMENT NUMBER:  18-VAOIG-18-NC

(b)(2);(k)(6)

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|------|-------|-------|-------|-------|-------|------|------|-------|----------|
| (b)(2);(b)(6);(k)(6) | | | | | | | | | |

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|------|-------|-------|-------|-------|-------|------|------|-------|----------|
| (b)(2);(b)(6);(k)(6) | | | | | | | | | |

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|------|-------|-------|-------|-------|-------|------|------|-------|----------|
| (b)(2);(b)(6);(k)(6) | | | | | | | | | |

VA OIG 005

(b)(6)

# SENIOR EXECUTIVE SERVICE AND SENIOR LEVEL RATING GUIDE

POSITION TITLE:  Deputy Assistant Inspector General for Management and Administration

ORGANIZATION:  Office of Management and Administration

VACANCY ANNOUNCEMENT NUMBER:  18-VAOIG-18-NC

(b)(2);(k)(6)

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|------|-------|-------|-------|-------|-------|------|------|-------|----------|

(b)(2);(b)(6);(k)(6)

VA OIG 006

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|------|-------|-------|-------|-------|-------|------|------|-------|----------|
| (b)(2);(b)(6);(k)(6) | | | | | | | | | |

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|------|-------|-------|-------|-------|-------|------|------|-------|----------|
| (b)(2),(b)(6),(k)(6) | | | | | | | | | |

(b)(6)

# SENIOR EXECUTIVE SERVICE AND SENIOR LEVEL RATING GUIDE

POSITION TITLE:  Deputy Assistant Inspector General for Management and Administration

ORGANIZATION:  Office of Management and Administration

VACANCY ANNOUNCEMENT NUMBER:  18-VAOIG-18-NC

(b)(2);(k)(6)

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|---|---|---|---|---|---|---|---|---|---|

(b)(2);(b)(6);(k)(6)

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|------|-------|-------|-------|-------|-------|------|------|-------|----------|
| (b)(2);(b)(6);(k)(6) | | | | | | | | | |

VA OIG 010

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|------|-------|-------|-------|-------|-------|------|------|-------|----------|
| (b)(2);(b)(6);(k)(6) | | | | | | | | | |

VA OIG 011

(b)(6)

## SENIOR EXECUTIVE SERVICE AND SENIOR LEVEL RATING GUIDE

POSITION TITLE:  Deputy Assistant Inspector General for Management and Administration

ORGANIZATION:  Office of Management and Administration

VACANCY ANNOUNCEMENT NUMBER:  18-VAOIG-18-SME

(b)(2);(k)(6)

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|---|---|---|---|---|---|---|---|---|---|
| (b)(2);(b)(6);(k)(6) | | | | | | | | 14 | |
| | | | | | | | | 12 | |
| | | | | | | | | 20 | |
| | | | | | | | | 16 | |
| | | | | | | | | 14 | |
| | | | | | | | | 14 | |

**VA OIG 012**

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|------|-------|-------|-------|-------|-------|------|------|-------|----------|
| (b)(2);(b)(6);(k)(6) | | | | | | | | 14 | |
| | | | | | | | | 14 | |
| | | | | | | | | 26 | |
| | | | | | | | | 21 | |
| | | | | | | | | 28 | |
| | | | | | | | | 22 | |
| | | | | | | | | 12 | |
| | | | | | | | | 21 | |

VA OIG 013

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|------|-------|-------|-------|-------|-------|------|------|-------|----------|
| (b)(2),(b)(6),(k)(6) | | | | | | | | 14 | |
| | | | | | | | | 28 | |
| | | | | | | | | 14 | |
| | | | | | | | | 14 | |
| | | | | | | | | 16 | |
| 20. LEWIS, KIESHA (IR-4) Frontline Manager Internal Revenue Service | (b)(2),(k)(6) | | | | | | | 12 | |
| (b)(2),(b)(6),(k)(6) | | | | | | | | 10 | |
| | | | | | | | | 14 | |

VA OIG 014

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|------|-------|-------|-------|-------|-------|------|------|-------|----------|
| (b)(2);(b)(6);(k)(6) | | | | | | | | 14 | |
| | | | | | | | | 14 | |
| | | | | | | | | 14 | |
| | | | | | | | | 18 | |
| | | | | | | | | 14 | |
| | | | | | | | | 16 | |
| | | | | | | | | 14 | |

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|---|---|---|---|---|---|---|---|---|---|
| (b)(2);(b)(6);(k)(6) | | | | | | | | 14 | |
| | | | | | | | | 14 | |
| | | | | | | | | 26 | |
| | | | | | | | | 13 | |
| | | | | | | | | 14 | |
| | | | | | | | | 14 | |
| | | | | | | | | 14 | |
| | | | | | | | | 14 | |

VA OIG 016

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|------|-------|-------|-------|-------|-------|------|------|-------|----------|
| (b)(2);(b)(6);(k)(6) | | | | | | | | 16 | |
| | | | | | | | | 24 | |

(b)(6)

## SENIOR EXECUTIVE SERVICE AND SENIOR LEVEL RATING GUIDE

POSITION TITLE:  Deputy Assistant Inspector General for Management and Administration

ORGANIZATION:  Office of Management and Administration

VACANCY ANNOUNCEMENT NUMBER:  18-VAOIG-18-SME

(b)(2);(k)(6)

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|------|-------|-------|-------|-------|-------|------|------|-------|----------|
| (b)(2);(b)(6);(k)(6) | | | | | | | | 12 | (b)(2);(b)(6);(k)(6) |
| | | | | | | | | 12 | |
| | | | | | | | | 12 | |
| | | | | | | | | 13 | |
| | | | | | | | | 7 | |
| | | | | | | | | 7 | |

**VA OIG 018**

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|---|---|---|---|---|---|---|---|---|---|
| (b)(2);(b)(6);(k)(6) | | | | | | | | 11 | (b)(2);(b)(6);(k)(6) |
| | | | | | | | | 8 | |
| | | | | | | | | 5 | |
| | | | | | | | | 10 | |
| | | | | | | | | 26 | |
| | | | | | | | | 16 | |
| | | | | | | | | 7 | |
| | | | | | | | | 7 | |

VA OIG 019

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|---|---|---|---|---|---|---|---|---|---|
| (b)(2);(b)(6);(k)(6) | | | | | | | | 7 | (b)(2);(b)(6);(k)(6) |
| | | | | | | | | 10 | |
| | | | | | | | | 8 | |
| | | | | | | | | 7 | |
| | | | | | | | | 7 | |
| 20. LEWIS, KIESHA (IR-4) Frontline Manager Internal Revenue Service | (b)(2);(b)(6);(k)(6) | | | | | | | 7 | |
| (b)(2);(b)(6);(k)(6) | | | | | | | | 0 | |
| | | | | | | | | 9 | |

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|---|---|---|---|---|---|---|---|---|---|
| (b)(2);(b)(6);(k)(6) | | | | | | | | 8 | (b)(2);(b)(6);(k)(6) |
| | | | | | | | | 7 | |
| | | | | | | | | 7 | |
| | | | | | | | | 10 | |
| | | | | | | | | 15 | |
| | | | | | | | | 7 | |
| | | | | | | | | 10 | |

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|---|---|---|---|---|---|---|---|---|---|
| (b)(2);(b)(6);(k)(6) | | | | | | | | 7 | (b)(2);(b)(6);(k)(6) |
| | | | | | | | | 10 | |
| | | | | | | | | 10 | |
| | | | | | | | | 7 | |
| | | | | | | | | 9 | |
| | | | | | | | | 7 | |
| | | | | | | | | 7 | |
| | | | | | | | | 7 | |

VA OIG 022

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|------|-------|-------|-------|-------|-------|------|------|-------|----------|
| (b)(2);(b)(6);(k)(6) | | | | | | | | 7 | (b)(2);(b)(6);(k)(6) |
| | | | | | | | | 17 | |

VA OIG 023

(b)(5);(b)(6)

## SENIOR EXECUTIVE SERVICE AND SENIOR LEVEL RATING GUIDE

POSITION TITLE:  Deputy Assistant Inspector General for Management and Administration

ORGANIZATION:  Office of Management and Administration

VACANCY ANNOUNCEMENT NUMBER:  18-VAOIG-18-SME

(b)(2);(k)(6)

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|------|-------|-------|-------|-------|-------|------|------|-------|----------|
| (b)(2);(b)(6);(k)(6) | | | | | | | | 15 | (b)(2);(b)(6);(k)(6) |
| | | | | | | | | 7 | |
| | | | | | | | | 14 | |
| | | | | | | | | 12 | |
| | | | | | | | | 14 | |
| | | | | | | | | 7 | |

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|------|-------|-------|-------|-------|-------|------|------|-------|----------|
| (b)(2);(b)(6);(k)(6) | | | | | | | | 7 | (b)(2);(b)(6);(k)(6) |
| | | | | | | | | 7 | |
| | | | | | | | | 7 | |
| | | | | | | | | 7 | |
| | | | | | | | | 35 | |
| | | | | | | | | 14 | |
| | | | | | | | | 12 | |
| | | | | | | | | 11 | |

VA OIG 025

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|---|---|---|---|---|---|---|---|---|---|
| (b)(2);(b)(6);(k)(6) | | | | | | | | 7 | (b)(2);(b)(6);(k)(6) |
| | | | | | | | | 14 | |
| | | | | | | | | 7 | |
| | | | | | | | | 7 | |
| | | | | | | | | 14 | |
| 20. LEWIS, KIESHA (IR-4) Frontline Manager Internal Revenue Service | (b)(2);(k)(6) | | | | | | | 7 | |
| (b)(2);(b)(6);(k)(6) | | | | | | | | 7 | |
| | | | | | | | | 12 | |

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|------|-------|-------|-------|-------|-------|------|------|-------|----------|
| (b)(2);(b)(6);(k)(6) | | | | | | | | 7 | (b)(2);(b)(6);(k)(6) |
| | | | | | | | | 9 | |
| | | | | | | | | 7 | |
| | | | | | | | | 12 | |
| | | | | | | | | 7 | |
| | | | | | | | | 7 | |
| | | | | | | | | 9 | |

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|---|---|---|---|---|---|---|---|---|---|
| (b)(2);(b)(6);(k)(6) | | | | | | | | 10 | (b)(2);(b)(6);(k)(6) |
| | | | | | | | | 20 | |
| | | | | | | | | 12 | |
| | | | | | | | | 13 | |
| | | | | | | | | 17 | |
| | | | | | | | | 15 | |
| | | | | | | | | 7 | |
| | | | | | | | | 13 | |

VA OIG 028

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|------|-------|-------|-------|-------|-------|------|------|-------|----------|
| (b)(2);(b)(6);(k)(6) | | | | | | | | 12 | (b)(2);(b)(6);(k)(6) |
| | | | | | | | | 32 | |

VA OIG 029

(b)(6)

# SENIOR EXECUTIVE SERVICE AND SENIOR LEVEL RATING GUIDE

POSITION TITLE:  Deputy Assistant Inspector General for Management and Administration

ORGANIZATION:  Office of Management and Administration

VACANCY ANNOUNCEMENT NUMBER:  18-VAOIG-97-NC

(b)(2);(k)(6)

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|------|-------|-------|-------|-------|-------|------|------|-------|----------|

(b)(2);(b)(6);(k)(6)

**VA OIG 030**

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|---|---|---|---|---|---|---|---|---|---|
| (b)(2);(b)(6);(k)(6) | | | | | | | | | |

VA OIG 031

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|------|-------|-------|-------|-------|-------|------|------|-------|----------|
| (b)(2);(b)(6);(k)(6) | | | | | | | | | |

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|---|---|---|---|---|---|---|---|---|---|
| (b)(2);(b)(6);(k)(6) | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

VA OIG 033

(b)(6)

## SENIOR EXECUTIVE SERVICE AND SENIOR LEVEL RATING GUIDE

POSITION TITLE:  Deputy Assistant Inspector General for Management and Administration

ORGANIZATION:  Office of Management and Administration

VACANCY ANNOUNCEMENT NUMBER:  18-VAOIG-97-NC

(b)(2);(k)(6)

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|---|---|---|---|---|---|---|---|---|---|
| (b)(2);(b)(6);(k)(6) | | | | | | | | | |

VA OIG 034

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|---|---|---|---|---|---|---|---|---|---|
| (b)(2);(b)(6);(k)(6) | | | | | | | | | |

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|------|-------|-------|-------|-------|-------|------|------|-------|----------|
| (b)(2);(b)(6);(k)(6) | | | | | | | | | |

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|------|-------|-------|-------|-------|-------|------|------|-------|----------|
| (b)(2);(b)(6);(k)(6) | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

VA OIG 037

## SENIOR EXECUTIVE SERVICE AND SENIOR LEVEL RATING GUIDE

POSITION TITLE:  Deputy Assistant Inspector General for Management and Administration

ORGANIZATION:  Office of Management and Administration

VACANCY ANNOUNCEMENT NUMBER:  18-VAOIG-97-NC

(b)(2);(k)(6)

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|------|-------|-------|-------|-------|-------|------|------|-------|----------|
| (b)(2);(b)(6);(k)(6) | | | | | | | | | |

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|------|-------|-------|-------|-------|-------|------|------|-------|----------|
| (b)(2);(b)(6);(k)(6) | | | | | | | | | |

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|---|---|---|---|---|---|---|---|---|---|
| (b)(2);(b)(6);(k)(6) | | | | | | | | | |

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|------|-------|-------|-------|-------|-------|------|------|-------|----------|
| (b)(2);(b)(6),(k)(6) | | | | | | | | | |

(b)(6)

# SENIOR EXECUTIVE SERVICE AND SENIOR LEVEL RATING GUIDE

POSITION TITLE: Deputy Assistant Inspector General for Management and Administration

ORGANIZATION: Office of Management and Administration

VACANCY ANNOUNCEMENT NUMBER: 18-VAOIG-97-SME

(b)(2),(k)(6)

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|------|-------|-------|-------|-------|-------|------|------|-------|----------|
| (b)(2);(b)(6);(k)(6) | | | | | | | | 8 | (b)(2);(b)(6);(k)(6) |
| | | | | | | | | 11 | |
| | | | | | | | | 26 | |
| | | | | | | | | 19 | |
| | | | | | | | | 26 | |
| | | | | | | | | 25 | |

**VA OIG 042**

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|------|-------|-------|-------|-------|-------|------|------|-------|----------|
| (b)(2);(b)(6);(k)(6) | | | | | | | | 11 | (b)(2);(b)(6);(k)(6) |
| | | | | | | | | 18 | |
| | | | | | | | | 13 | |
| | | | | | | | | 7 | |
| | | | | | | | | 6 | |
| | | | | | | | | 13 | |
| | | | | | | | | 22 | |
| | | | | | | | | 18 | |

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|------|-------|-------|-------|-------|-------|------|------|-------|----------|
| (b)(2);(b)(6);(k)(6) | | | | | | | | 11 | (b)(2);(b)(6);(k)(6) |
| | | | | | | | | 6 | |
| | | | | | | | | 7 | |
| | | | | | | | | 7 | |
| | | | | | | | | 7 | |
| | | | | | | | | 17 | |
| | | | | | | | | 17 | |
| | | | | | | | | 6 | |

VA OIG 044

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|---|---|---|---|---|---|---|---|---|---|
| (b)(2);(b)(6);(k)(6) | | | | | | | | 8 | (b)(2);(b)(6);(k)(6) |
| | | | | | | | | — | |
| | | | | | | | | 7 | |
| | | | | | | | | 7 | |
| | | | | | | | | 9 | |
| | | | | | | | | 13 | |
| 29. LEWIS, KIESHA (?) Management Analyst Administrative Offices of the US Court System | (b)(2);(k)(6) | | | | | | | 8 | (b)(2);(k)(6) |

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|------|-------|-------|-------|-------|-------|------|------|-------|----------|
| (b)(2),(b)(6),(k)(6) | | | | | | | | 7 | (b)(2),(b)(6),(k)(6) |
| | | | | | | | | 11 | |
| | | | | | | | | 7 | |
| | | | | | | | | 7 | |
| | | | | | | | | 7 | |
| | | | | | | | | 7 | |
| | | | | | | | | 17 | |
| | | | | | | | | ↟ | |

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|---|---|---|---|---|---|---|---|---|---|
| (b)(2);(b)(6);(k)(6) | | | | | | | | 13 | (b)(2);(b)(6);(k)(6) |
| | | | | | | | | 7 | |
| | | | | | | | | 7 | |
| | | | | | | | | 7 | |
| | | | | | | | | 7 | |
| | | | | | | | | 26 | |
| | | | | | | | | 7 | |
| | | | | | | | | 21 | |

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|------|-------|-------|-------|-------|-------|------|------|-------|----------|
| (b)(2);(b)(6);(k)(6) | | | | | | | | 7 | (b)(2);(b)(6);(k)(6) |
| | | | | | | | | 7 | |
| | | | | | | | | — | |
| | | | | | | | | 9 | |
| | | | | | | | | 7 | |
| | | | | | | | | 7 | |
| | | | | | | | | 7 | |
| | | | | | | | | 7 | |

VA OIG 048

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|---|---|---|---|---|---|---|---|---|---|
| (b)(2);(b)(6);(k)(6) | | | | | | | | 18 | (b)(2);(b)(6);(k)(6) |
| | | | | | | | | 9 | |
| | | | | | | | | 7 | |
| | | | | | | | | 22 | |
| | | | | | | | | 22 | |
| | | | | | | | | 7 | |

VA OIG 049

(b)(6)

## SENIOR EXECUTIVE SERVICE AND SENIOR LEVEL RATING GUIDE

POSITION TITLE:  Deputy Assistant Inspector General for Management and Administration

ORGANIZATION:  Office of Management and Administration

VACANCY ANNOUNCEMENT NUMBER:  18-VAOIG-97-SME

(b)(2);(b)(6);(k)(6)

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|---|---|---|---|---|---|---|---|---|---|
| (b)(2);(b)(6);(k)(6) | | | | | | | | 12 | (b)(2);(b)(6);(k)(6) |
| | | | | | | | | 12 | |
| | | | | | | | | 32 | |
| | | | | | | | | 21 | |
| | | | | | | | | 26 | |
| | | | | | | | | 26 | |

**VA OIG 050**

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|---|---|---|---|---|---|---|---|---|---|
| (b)(2);(b)(6);(k)(6) | | | | | | | | 14 | (b)(2);(b)(6);(k)(6) |
| | | | | | | | | 21 | |
| | | | | | | | | 14 | |
| | | | | | | | | 7 | |
| | | | | | | | | 7 | |
| | | | | | | | | 14 | |
| | | | | | | | | 21 | |
| | | | | | | | | 20 | |

VA OIG 051

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|------|-------|-------|-------|-------|-------|------|------|-------|----------|
| (b)(2);(b)(6);(k)(6) | | | | | | | | 12 | (b)(2);(b)(6);(k)(6) |
| | | | | | | | | 7 | |
| | | | | | | | | 7 | |
| | | | | | | | | 7 | |
| | | | | | | | | 7 | |
| | | | | | | | | 19 | |
| | | | | | | | | 16 | |
| | | | | | | | | 7 | |

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|---|---|---|---|---|---|---|---|---|---|
| (b)(2);(b)(6);(k)(6) | | | | | | | | 7 | (b)(2);(b)(6);(k)(6) |
| | | | | | | | | 0 | |
| | | | | | | | | 7 | |
| | | | | | | | | 7 | |
| | | | | | | | | 7 | |
| | | | | | | | | 14 | |
| 29. LEWIS, KIESHA (?) Management Analyst Administrative Offices of the US Court System | (b)(2);(k)(6) | | | | | | | 9 | |

Case 8:20-cv-00494-TDC   Document 20-7   Filed 03/29/21   Page 57 of 75

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|---|---|---|---|---|---|---|---|---|---|
| (b)(2);(b)(6);(k)(6) | | | | | | | | 7 | (b)(2);(b)(6);(k)(6) |
| | | | | | | | | 13 | |
| | | | | | | | | 7 | |
| | | | | | | | | 7 | |
| | | | | | | | | 7 | |
| | | | | | | | | 2 | |
| | | | | | | | | 17 | |
| | | | | | | | | | |

**VA OIG 054**

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|------|-------|-------|-------|-------|-------|------|------|-------|----------|
| (b)(2);(b)(6);(k)(6) | | | | | | | | 14 | (b)(2);(b)(6);(k)(6) |
| | | | | | | | | 7 | |
| | | | | | | | | 7 | |
| | | | | | | | | 7 | |
| | | | | | | | | 7 | |
| | | | | | | | | 27 | |
| | | | | | | | | 7 | |
| | | | | | | | | 21 | |

VA OIG 055

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|------|-------|-------|-------|-------|-------|------|------|-------|----------|
| (b)(2);(b)(6);(k)(6) | | | | | | | | 7 | (b)(2);(b)(6);(k)(6) |
| | | | | | | | | 7 | |
| | | | | | | | | 10 | |
| | | | | | | | | 9 | |
| | | | | | | | | 7 | |
| | | | | | | | | 7 | |
| | | | | | | | | 7 | |
| | | | | | | | | 7 | |

**VA OIG 056**

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|------|-------|-------|-------|-------|-------|------|------|-------|----------|
| (b)(2);(b)(6);(k)(6) | | | | | | | | 18 | (b)(2);(b)(6);(k)(6) |
| | | | | | | | | 10 | |
| | | | | | | | | 7 | |
| | | | | | | | | 25 | |
| | | | | | | | | 21 | |
| | | | | | | | | 8 | |

VA OIG 057

## SENIOR EXECUTIVE SERVICE AND SENIOR LEVEL RATING GUIDE

POSITION TITLE:  Deputy Assistant Inspector General for Management and Administration

ORGANIZATION:  Office of Management and Administration

VACANCY ANNOUNCEMENT NUMBER:  18-VAOIG-97-SME

(b)(2);(k)(6)

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|------|-------|-------|-------|-------|-------|------|------|-------|----------|
| (b)(2);(b)(6);(k)(6) | | | | | | | | 7 | (b)(2);(b)(6);(k)(6) |
| | | | | | | | | 9 | |
| | | | | | | | | 7 | |
| | | | | | | | | 33 | |
| | | | | | | | | 14 | |
| | | | | | | | | 18 | |

VA OIG 058

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|---|---|---|---|---|---|---|---|---|---|
| (b)(2);(b)(6);(k)(6) | | | | | | | | 15 | (b)(2);(b)(6);(k)(6) |
| | | | | | | | | 23 | |
| | | | | | | | | 15 | |
| | | | | | | | | 14 | |
| | | | | | | | | 7 | |
| | | | | | | | | 13 | |
| | | | | | | | | 30 | |
| | | | | | | | | 28 | |

VA OIG 059

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|---|---|---|---|---|---|---|---|---|---|
| (b)(2);(b)(6);(k)(6) | | | | | | | | 32 | (b)(2);(b)(6);(k)(6) |
| | | | | | | | | 15 | |
| | | | | | | | | 23 | |
| | | | | | | | | 14 | |
| | | | | | | | | 10 | |
| | | | | | | | | 14 | |
| | | | | | | | | 13 | |
| | | | | | | | | 25 | |

VA OIG 060

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|------|-------|-------|-------|-------|-------|------|------|-------|----------|
| (b)(2);(b)(6);(k)(6) | | | | | | | | 13 | (b)(2);(b)(6);(k)(6) |
| | | | | | | | | 14 | |
| | | | | | | | | 1 | |
| | | | | | | | | 7 | |
| | | | | | | | | 14 | |
| | | | | | | | | 1 | |
| 29. LEWIS, KIESHA (?) Management Analyst Administrative Offices of the US Court System | (b)(2);(k)(6) | | | | | | | 7 | |

VA OIG 061

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|---|---|---|---|---|---|---|---|---|---|
| (b)(2);(b)(6);(k)(6) | | | | | | | | 7 | (b)(2);(b)(6);(k)(6) |
| | | | | | | | | 8 | |
| | | | | | | | | 30 | |
| | | | | | | | | 23 | |
| | | | | | | | | 18 | |
| | | | | | | | | 19 | |
| | | | | | | | | 7 | |
| | | | | | | | | 18 | |

VA OIG 062

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|------|-------|-------|-------|-------|-------|------|------|-------|----------|
| (b)(2);(b)(6);(k)(6) | | | | | | | | 30 | (b)(2);(b)(6);(k)(6) |
| | | | | | | | | 23 | |
| | | | | | | | | 20 | |
| | | | | | | | | 20 | |
| | | | | | | | | 8 | |
| | | | | | | | | 34 | |
| | | | | | | | | 8 | |
| | | | | | | | | 14 | |

VA OIG 063

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|------|-------|-------|-------|-------|-------|------|------|-------|----------|
| (b)(2);(b)(6);(k)(6) | | | | | | | | 7 | (b)(2);(b)(6);(k)(6) |
| | | | | | | | | 12 | |
| | | | | | | | | | |
| | | | | | | | | 23 | |
| | | | | | | | | 29 | |
| | | | | | | | | 19 | |
| | | | | | | | | 20 | |
| | | | | | | | | 7 | |

VA OIG 064

| Name | ECQ 1 | ECQ 2 | ECQ 3 | ECQ 4 | ECQ 5 | TQ 1 | TQ 2 | Total | Comments |
|---|---|---|---|---|---|---|---|---|---|
| (b)(2);(b)(6);(k)(6) | | | | | | | | 10 | (b)(2);(b)(6);(k)(6) |
| | | | | | | | | 24 | |
| | | | | | | | | 24 | |
| | | | | | | | | 29 | |
| | | | | | | | | 31 | |
| | | | | | | | | 24 | |

Name



(b)(2);(b)(6);(k)(6)

VA OIG 066

| | | Name | | Total | (b)(2);(b)(6); (k)(6) |
|---|---|---|---|---|---|
| | | | | 84 | |
| | | | | 77 | |
| | | | | 72 | |
| | | | | 70 | |
| | | | | 65 | |
| | | | | 61 | |
| | | | | 55 | |
| | | | | 53 | |
| | | | | 52 | |
| | | | | 52 | |
| | | | | 52 | |
| | | | | 51 | |
| | | | | 50 | |
| | | | | 49 | |
| | | (b)(2);(b)(6);(k)(6) | | 48 | |
| | | | | 47 | |
| | | | | 47 | |
| | | | | 47 | |
| | | | | 46 | |
| | | | | 45 | |
| | | | | 45 | |
| | | | | 42 | |
| | | | | 41 | |
| | | | | 41 | |
| | | | | 40 | |
| | | | | 40 | |
| | | | | 38 | |
| | | | | 38 | |
| | | | | 38 | |
| | | | | 37 | |
| | | | | 36 | |

VA OIG 067

| | | |
|---|---|---|
| | | 35 | (b)(2);(b)(6);(k)(6) |
| | | 33 |
| | | 32 |
| (b)(2);(b)(6);(k)(6) | | 32 |
| | | 31 |
| | | 29 |
| | | 26 |
| | | 23 |
| 23 | 23. KIESHA LEWIS | 23 |
| (b)(2);(b)(6);(k)(6) | | 22 |
| | | 14 |

VA OIG 068

(b)(2),(b)(6),(k)(6)



## Applicant Listing
Certificate 18-VAOIG-1-SES-SME

Staging Area | Certificate Listing

| | | | |
|---|---|---|---|
| **Certificate:** 18-VAOIG-1-SES-SME | | **Status:** Open, expired | |
| **Expiration Date:** 06/01/2018 | | **Total Score Transmutation:** Off | |

| OO | Annotations |
|---|---|

There is 1 annotation for this certificate!   Annotation Version 1 ▾

Selecting Official: (b)(6)   Selection Date: 01/19/2018   Signed By: (b)(6)   on 01/19/2018   Action: I do not wish to select any of the candidates   (b)(5)

## Applicant Listing
Certificate 18-VAOIG-1-SES-NC

Staging Area | Certificate Listing

| | | | |
|---|---|---|---|
| **Certificate:** 18-VAOIG-1-SES-NC | | **Status:** Audited | |
| **Expiration Date:** 06/01/2018 | | **Total Score Transmutation:** Off | |

| OO | Annotations |
|---|---|

There is 1 annotation for this certificate!   Annotation Version 1 ▾

Selecting Official: (b)(6)   Selection Date: 01/19/2018   Signed By: (b)(6)   on 01/19/2018   Action: Selection(s) made   (b)(5)

## Applicant Listing
Certificate 18-VAOIG-18-SES-SME

| OO | Annotations |
|---|---|

There is 1 annotation for this certificate!   Annotation Version 1 ▾

Selecting Official: (b)(6)   Selection Date: 03/1/2018   Signed By: (b)(6)   on 03/01/2018   Action: I do not wish to select any of the candidates   Comments   (b)(5)

## Applicant Listing
Certificate 18-VAOIG-18-SES-NC

| OO | Annotations |
|---|---|

There is 1 annotation for this certificate!   Annotation Version 1 ▾

Selecting Official: (b)(6)   Selection Date: 03/1/2018   Signed By: (b)(6)   on 03/01/2018   Action: I do not wish to select any of the candidates   Comments   (b)(5)

## Applicant Listing
Certificate 18-VAOIG-97-SES-C-00

| OO | Annotations |
|---|---|

There is 1 annotation for this certificate!   Annotation Version 1 ▾

Selecting Official: (b)(6)   Selection Date: 06/19/2018   Signed By: (b)(6)   on 06/19/2018   Action: I do not wish to select any of the candidates   Comments   (b)(5)

## Applicant Listing
Certificate 18-VAOIG-97-SES-NC-00



| OO | Annotations |

There is 1 annotation for this certificate!   Annotation Version 1 ▾

Selecting Official: (b)(6)   Selection Date: 06/6/2018   Signed By: (b)(6)   on 06/06/2018   Action: Selection(s) made   Comments   (b)(5)

## Applicant Listing
Certificate 18-VAOIG-195-NC-15

| 15 | Annotations |

There are 2 annotations for this certificate!   Annotation Version 1 ▾

Selecting Official: (b)(6)   Selection Date:   Signed By: (b)(6)   on 01/09/2019   Action: I do not wish to fill this position at this time   (b)(5)

## Applicant Listing
Certificate 18-VAOIG-195-NC-15

| 15 | Annotations |

There are 2 annotations for this certificate!   Annotation Version 2 ▾

Selecting Official: (b)(6)   Selection Date:   Signed By: (b)(6)   on 01/10/2019   Action: I do not wish to fill this position at this time   (b)(5)

## Applicant Listing
Certificate 18-VAOIG-195--15

| 15 | Annotations |

There is 1 annotation for this certificate!   Annotation Version 1 ▾

Selecting Official: (b)(6)   Selection Date:   Signed By: (b)(6)   on 01/09/2019   Action: I do not wish to fill this position at this time   (b)(5)

# Memorandum

## Department of
## Veterans Affairs

**Date:**   April 6, 2018

**From:**   (b)(6)

**Subj:**   Executive Resources Board

**To:**   (b)(6)

(b)(5);(b)(6)

VA OIG 072