## EXHIBIT LIST

Plaintiff, Kiesha D. Lewis, herein submits her list of Exhibits in support of her memorandum.

Exhibit 1: Linda Gilpin Email Closing TIGTA Case

Exhibit 2: Dept. of Treasury Late FOIA Response

Exhibit 3: Redacted HR Connect Files

Exhibit 4: BEP HR Connect FOIA Response

Exhibit 5: IRS HR Connect FOIA Response

Exhibit 6: Late IRS FOIA Response

Exhibit 7: Suppressed Ramona Henby Emails

Exhibit 8: Altered Linda Gilpin Email

Exhibit 9: Removed HR Connect Entries

Exhibit 10: HR Connect Suppression Efforts

Exhibit 11: MSPB Documentation Production Request

Exhibit 12: Congressional and OGIS Assistance Requests

Exhibit 13: TIGTA Response to Additional Information Request

Exhibit 14: Responsive FOIA Example

Exhibit 15: Other Agency FOIA Responses

Exhibit 16: Successful TIGTA Submission

Exhibit 17: TIGTA Complaint Removal

Exhibit 18: Security Adjudication Interference

Exhibit 19: BEP PII Request

Exhibit 20: USAJobs Interference