| | |
|---|---|
| From: | Gilpin Linda |
| To: | Pearlman Alan S |
| Cc: | Tolle Julie A; Chambers Deana M |
| Subject: | FW: EMU Case Number 2018-19950 (TIGTA Report of Investigation) |
| Date: | Monday, October 15, 2018 11:54:00 AM |
| Attachments: | 54-1804-0001-I.pdf |
| | Discovery - McCreight Kevin L.pdf |
| | Guide to Penalty Determinations.pdf |
| | 54-1804-0001-I Supplemental Report.pdf |

Stewart,

After reviewing the original TIGTA report, I requested that TIGTA follow up to ask some additional questions. They then provided the supplemental report (attached).

After reviewing all materials and careful consideration, I do not find any evidence supporting the allegations of misconduct and recommend that this case be Closed Without Action.

Please let me know if you and Gina would like to discuss.

Thanks,

Linda

*Linda K. Gilpin*
ACIO, Enterprise Program Management Office
Office  (202 )317-4411
BB #   (240) 271-4788
Cell     (240) 899-0358
linda.gilpin@irs.gov


**From:** Tolle Julie A
**Sent:** Monday, July 02, 2018 2:19 PM
**To:** Gilpin Linda <Linda.Gilpin@irs.gov>
**Cc:** Tolle Julie A <Julie.A.Tolle@irs.gov>; Chambers Deana M <Deana.M.Chambers@irs.gov>; Pearlman Alan S <Alan.S.Pearlman@irs.gov>; Garza Gina <Silvana.G.Garza@irs.gov>
**Subject:** EMU Case Number 2018-19950 (TIGTA Report of Investigation)

**CAUTION: EMPLOYEE INFORMATION**
This communication contains information that is privileged, confidential, and/or exempt from disclosure under applicable law.  It may be shared strictly on a "need to know" basis.  If you have received this communication in error, please notify me immediately at (513) 975-6652.  Thank you.

**Requested Response Date: 07/26/18**

Good afternoon, Linda!

Re:  Treasury Inspector General for Tax Administration (TIGTA)
Report of Investigation (ROI) No. 54-1804-0001-I
Kevin McCreight (IR-01)

**Issues:**

Please carefully evaluate the attached ROI and advise as to whether or not it contains evidence of any form of misconduct.  If the information presented is insufficient for the purpose of making an adjudication recommendation, please let me know.  I'll then ask

TIGTA to address the deficiencies via a supplemental ROI (Please note, additional interview with the subject, or any other party to this investigation, must be performed by TIGTA). If you desire a legal assessment of the ROI, in whole or part, please also let me know. I'll then refer the matter to GLS for opinion.

Attached is the IRS Guide to Penalty Determinations to assist you in determining the appropriate penalty. The suggested penalty range is only a guideline and is not mandatory.

Please submit your recommendation for disposition no later than the requested response date.

Please don't hesitate to contact me if you wish to discuss any aspect of this case.

Thank you for your assistance!


Julie Tolle
Human Resources Specialist
Executive Misconduct Unit
Phone:  513-975-6652