## RE: Transmittal of Final Response (FOIA Case #2017-11-151)

Karen.Edwards@treasury.gov

Fri 11/23/2018, 12:01 AM

To: kieshalewis@hotmail.com <kieshalewis@hotmail.com>
Cc: Karen.Edwards@treasury.gov <Karen.Edwards@treasury.gov>

📎 3 attachments (263 KB)
2017-11-151_Final Response Letter_Final Copy_Signed.pdf; 2017-11-151_FOIA REQUEST_Redacted.pdf; 2017-11-151_Responsive Document Set_Final Redacted Copy_Sent.pdf;

Ms. Lewis …

Attached please find the Department of Treasury's final response in connection with the Freedom of Information Act request you filed with the agency on November 16, 2017 (Treasury FOIA Case #2017-11-151).

If you have any questions, please feel free to call me on the number below. I'm available between the hours of 9:00am and 7:00pm (Monday through Friday).

Karen M. Edwards
FOIA Analyst, FOIA and Transparency
Privacy, Transparency, and Records
U.S. Department of the Treasury
Washington, DC 20020
karen.edwards@treasury.gov
202 927-8989 (work)
202 339-7604 (cell)