

**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C.

November 22, 2018

RE: 2017-11-151

## VIA ELECTRONIC MAIL

Ms. Kiesha Lewis
2305 Prima Way
Bowie, Maryland 20721

Email: kieshalewis@hotmail.com

Dear Ms. Lewis:

This is the final response to your Freedom of Information Act (FOIA) request dated November 16, 2017 to the Department of the Treasury (Treasury). You request "… a complete audit log on all activity on my HR Connect Account from 9/1/2017 to 11/15/2017. This should include: the name of the person accessing my account, the date and time of this event, and details of the action taken during that access event. My IRS HR Connect system information was as follows: SSN: XXX-XX-XXXX, Email: Kiesha.D.Lewis@irs.gov, SEID: 0D7NB."

Your request has been processed under the provisions of the FOIA, 5 U.S.C. § 552. A reasonable search was conducted for records responsive to your request. A search for records resulted in locating three responsive pages. After carefully considering these records, I am releasing all three pages to you in part. The withheld information is protected from disclosure under the FOIA pursuant to 5 U.S.C. § 552(b) (6) and (b) (7) (C).

**FOIA Exemption 6** provides protection for records and information the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. This requires a balancing of the public's right to disclosure against the individual's right to privacy. The privacy interests of the individual in the records you have requested outweigh any minimal public interest in disclosure of the information.

**FOIA Exemption 7(C)** protects records or information compiled for law enforcement purposes that could reasonably be expected to constitute an unwarranted invasion of personal privacy. This exemption takes particular note of the strong interests of individuals, whether they are suspects, witnesses, or investigators, in not being unwarrantably associated with alleged criminal activity. That interest extends to persons who are not only the subjects of the investigation, but those who may have their privacy invaded by having their identities and information about them revealed in connection with an investigation. Based upon the traditional recognition of strong privacy interest in law enforcement records, categorical withholding of information that identifies third parties in law enforcement records is ordinarily appropriate. As such, I have determined that the privacy interest in the identities of individuals in the records you have requested clearly outweigh any minimal public interest in disclosure of the information. Please note that any interest you may have in that information does not factor into this determination.

There are no fees assessed at this time since allowable charges fell below $25.

Since Treasury's response constitutes an adverse action, you have the right to appeal this determination within 90 days from the date of this letter.  By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision.  Your appeal must be in writing, signed by you or your representative, and should contain the rationale for your appeal.  Please also cite the FOIA reference number noted above.  Your appeal should be addressed to:

> Ryan Law, Deputy Assistant Secretary for Privacy, Transparency and Records
> FOIA Appeal
> FOIA and Transparency
> Privacy, Transparency, and Records
> Department of the Treasury
> 1500 Pennsylvania Ave., N.W.
> Washington, D.C. 20220

If you submit your appeal by mail, clearly mark the letter and the envelope with the words "Freedom of Information Act Appeal."  Your appeal must be postmarked or electronically transmitted within **90 days** from the date of this letter.

If you would like to discuss this response before filing an appeal to attempt to resolve your dispute without going through the appeals process, you may contact Paul Levitan, the FOIA Public Liaison, for assistance via email at FOIAPL@treasury.gov, or via phone at (202) 622-8098.

A FOIA Public Liaison is a supervisory official to whom FOIA requesters can raise questions or concerns about the agency's FOIA process. FOIA Public Liaisons can explain agency records, suggest agency offices that may have responsive records, provide an estimated date of completion, and discuss how to reformulate and/or reduce the scope of requests in order to minimize fees and expedite processing time.

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison, the Office of Government Information Services (OGIS) also mediates disputes between FOIA requesters and federal agencies as a non-exclusive alternative to litigation.  If you wish to contact OGIS, you may contact the agency directly at the following address, email address, fax or telephone numbers:

> Office of Government Information Services
> National Archives and Records Administration
> 8601 Adelphi Road – OGIS
> College Park, MD 20740-6001
> Email: ogis@nara.gov
> Telephone: 202 741-5770
> Toll free: 1-877 684-6448
> Fax: 202 741-5769

Please note that contacting any agency official (including the FOIA Analyst, FOIA Requester Service Center, FOIA Public Liaison) and/or OGIS is not an alternative to filing an administrative appeal and does not stop the 90 day appeal clock.

You may reach me via telephone at 202 927-8989 or via email at karen.edwards@treasury.gov. Please reference the FOIA case number at the top of this letter when contacting our office about this request.

Sincerely,

Karen Edwards
FOIA Analyst, FOIA and Transparency
Privacy, Transparency, and Records (PTR)

Enclosures
Original FOIA request
Responsive document set (3 pages)

Case 8:20-cv-00494-TDC   Document 22-4   Filed 04/08/21   Page 4 of 7

 **goFOIA Manager** ▸ **Online FOIA Queue**: (no title)

 
I Like It    Tags & Notes

| | |
|---|---|
| T tle | |
| Online FOIA ID | ea29d0624ed344bb96c43ca7fdc6c4a9 |
| First Name | Kiesha |
| M ddle Initial | D |
| Last Name | Lewis |
| Company Organizat on | N/A |
| Phone Number | (240) 346-8398 |
| Other Phone Number | N/A |
| Fax Number | N/A |
| Street Address Line1 | 2305 Prima Way |
| Street Address Line2 | N/A |
| City | Bowie |
| State | MD |
| Zip | 20721 |
| Country | United States |
| Email Address | kieshalewis@hotmail.com |
| Delivery Method | Electron c Copy |
| Bureau | Departmental Offices (Headquarters) |
| Descript on | I am requesting a complete audit log on all activ ty on my HR Connect Account from 9/1/2017 to 11/15/2017. This should include: the name of the person accessing my account, the date and time of this event, and details of the act on taken during that access event.<br><br>My IRS HR Connect system information was as follows:<br>SSN: ▮▮▮▮▮▮▮▮▮<br>Email: Kiesha.D.Lewis@irs.gov<br>SEID: 0D7NB |
| Fee Category | All Other Requestors |
| Request Type | FOIA |
| Request Fee Waiver | 0 |
| Request Exped ted Processing | 1 |
| Will Pay Up To | 100.00 |
| Enter Electron c Signature Code | ea29d0624ed344bb96c43ca7fdc6c4a9 |
| Full Name | N/A |
| Created Date | 11/16/2017 8:51:11 AM |
| UserRefCode | ea29d0624ed344bb96c43ca7fdc6c4a9 |
| Processed Status | 2017-11-151 site created on 11/22/2017 10:35:08 AM |
| Exped ted Processing Justif cat on | I am requested exped ted handling of this request because this impacts my last performance rating as an IRS employee. |
| Exped ted Request Date | 2017-11-16 08:51:06 |
| Fee Waiver Justif cation | N/A |
| Fee Waiver Request Date | N/A |

Created at 11/16/2017 8:55 AM by SpAdmin
Last modified at 11/22/2017 10:35 AM by Reid, Kathy

Close

| Audit_Description | AUDIT_STAMP | AUDIT_ACTION_DESCR |
|---|---|---|
| | (b)(6), (b)(7)(c) | |
| | (b)(6), (b)(7)(c) | |
| | (b)(6), (b)(7)(c) | |
| | (b)(6), (b)(7)(c) | |
| Lewis,Kiesha D - IRS01 | 10/12/2017 2:34:30.000000 PM | Row Updated, New Value |
| Lewis,Kiesha D - IRS01 | 10/12/2017 2:34:30.000000 PM | Row Updated, Old Value |
| Lewis,Kiesha D - IRS01 | 10/12/2017 2:34:27.000000 PM | Added new value or row |
| | (b)(6), (b)(7)(c) | |

**Record of Last Login to HRConnect for User:**

| OPRID | ACTIONDTTM |
|---|---|
| Lewis,Kiesha D - IRS01 | 10/12/2017 2:29:23.000000 PM |

| EMPLID | EFFDT | EMPL_STA | ACTION | ACTION_R | GVT_NOA | GVT_LEG | POSITION | GVT_WIP |
|--------|-------|----------|--------|----------|---------|---------|----------|---------|
| (b)(6), (b)(7)(c) | | | | | | | | |
| (b)(6), (b)(7)(c) | | | | | | | | |
| (b)(6), (b)(7)(c) | | | | | | | | |
| (b)(6), (b)(7)(c) | | | | | | | | |
| 323044 | 10/20/2017 | T | TER | PER | 317 | | 65931676 | INI |
| 323044 | 10/20/2017 | T | TER | PER | 317 | | 65931676 | WEB |
| 323044 | 10/20/2017 | T | TER | PER | 317 | | 65931676 | WEB |
| (b)(6), (b)(7)(c) | | | | | | | | |

| GRADE | STEP | SAL_ADM | GVT_PAY | GVT_LOC | GVT_COMPRATE |
|---|---|---|---|---|---|
| | | (b)(6), (b)(7)(c) | | | |
| | | (b)(6), (b)(7)(c) | | | |
| | | (b)(6), (b)(7)(c) | | | |
| | | (b)(6), (b)(7)(c) | | | |
| 04 | | 0 0000 | IR | 31051 | 114,578 |
| 04 | | 0 0000 | IR | 31051 | 114,578 |
| 04 | | 0 0000 | IR | 31051 | 114,578 |
| | | (b)(6), (b)(7)(c) | | | |