

DEPARTMENT OF THE TREASURY
**BUREAU OF ENGRAVING AND PRINTING**
**WESTERN CURRENCY FACILITY**
FORT WORTH, TEXAS 76131

December 17, 2019

Kiesha D. Lewis
2305 Prima Rd
Bowie, Maryland 20721

**RE:  FOIA Request No.  2019-10-116**

Dear Ms. Lewis:

On December 3, 2019, the undersigned Disclosure Officer, Office of the Chief Counsel - FOIA and Transparency Services, received your Freedom of Information Act (FOIA)/Privacy Act request to obtain the following records:  "the UNREDACTED System Audit Trail (also known as the 'System Audit Log') information for the HR Connect system for Kiesha Danielle Lewis for the time period of September 1, 2017 to present."

Enclosed are the records that you requested.  No fees will be charged for processing your request.

If you are dissatisfied with this decision, you can file an appeal within 90 calendar days from the date of this letter to:

Director
Bureau of Engraving and Printing
14th and C Streets, S.W.,
Washington, D.C. 20228

If you decide to appeal, please include the assigned request number, a copy of your request, the BEP response letter, and any other correspondence associated with your request.  Both the letter and envelope should be clearly marked "FOIA Appeal".

For further assistance concerning preparing a FOIA appeal, please go to our website at money-factory.gov, and click on "FOIA" at the bottom of the page.

In addition, the Office of Government Information Services (OGIS), the Federal FOIA Ombudsman, offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation.  Using OGIS services does

not affect your right to pursue litigation.  Contact information for OGIS is set forth below:

*Office of Government Information Services National Archives and Records Administration*
*8601 Adelphi Road–OGIS*
*College Park, MD 20740-6001*
*ogis@nara.gov*
*ogis.archives.gov*
*202-741-5770*
*1-877-684-6448*

Sincerely,

*Mark Hoggan*

Mark Hoggan
Disclosure Officer

## CERTIFICATE OF SERVICE

**FOIA Request No.  2019-10-116**

I certify that on this day the attached letter and records were sent via email to the following:

**Requester**
Kiesha D. Lewis
2305 Prima Rd
Bowie, Maryland 20721
kieshalewis@hotmail.com

*Mark Hoggan*                                        December 17, 2019

Mark Hoggan
Disclosure Officer
Bureau of Engraving and Printing
Office of the Chief Counsel
FOIA and Transparency Services

## RE: FOIA/PA Request

**Hoggan, Mark** <Mark.Hoggan@bep.gov>
Wed 12/18/2019 3:33 PM
To: Kiesha Lewis <kieshalewis@hotmail.com>

Ms. Lewis,

If you are dissatisfied with what was provided, you may file an appeal as set forth in the letter.

Sincerely,
Mark Hoggan
Disclosure Officer


From: Kiesha Lewis <kieshalewis@hotmail.com>
Sent: Wednesday, December 18, 2019 1:46 PM
To: Hoggan, Mark <Mark.Hoggan@bep.gov>
Subject: Re: FOIA/PA Request

Hello Mr. Hoggan,

Thank you very much for your assistance with this FOIA request. However, I did have a few followup questions.

First, this information isn't complete. What was provided provides a partial response, not complete. When I requested this information, I requested was Non - REDACTED System information should include ALL actions, that is the series of system activies (by the system and application processes) and the records of computer events and user activies, related to the 'Kiesha Lewis', including the person executing the action.

The System Activity/Transaction Report will require information from multiple tables in the HR Connect System to obtain a complete history of ALL actions, that is the series of system activies (by the system and application processes) and the records of computer events and user activies, related to the Appellant, including the person executing the action. An illustrative example of an SQL statement to obtain this information and the results of executing this type of SQL statement are provided below. NOTE: Because the underlying technology and database schema are unknown, an exact 'Select' statement or database language query cannot be provided. The information provided below is meant to be used for illustrative purposes and not as an exact statement to be used by the system administrators.

**SELECT** Actor (person executing the action), Date (the date the A) Action (the task the Actor executed - update, copy)Value (provides a description of the action executed and the value )
**FROM** Table A, Table B, TableC
**WHERE** *this is where the various search refine, .,..., ation would be provided*

| Audit_Descr | Audit_Stamp | Audit_Action_Des | | Audit_Value |
|---|---|---|---|---|
| Lewis, Kiesha D | 10/12/2017 | Row Updated | | ination Entered |
| Lewis, Kiesha D | 10/1/2017 | Row Updated | | nd of Year Rating Entered - Exceeds |

Secondly, can you confirm that the informaon provided is for the requested me-frame, from 8/2017 - to present.

Lastly, there seems to be two missing entries, one from Kevin McCreight on October 13, 2017 and another from Ramona Henby on November 14, 2017. Is it possible for the database administrator to determine what happened to those entries?

Thanks in advance for your assistance in this maer and please feel free to contact me if I can provide any addional informaon.

Kiesha D. Lewis
Kieshalewis@hotmail.com

---

**From:** Hoggan, Mark <Mark.Hoggan@bep.gov>
**Sent:** Tuesday, December 17, 2019 5:12 PM
**To:** kieshalewis@hotmail.com <kieshalewis@hotmail.com>
**Subject:** FOIA/PA Request

Ms. Lewis,

Please find herewith two aachments in response to your FOIA/PA request.

Sincerely,
Mark Hoggan
Disclosure Officer

Diane Dawkins - FOIA Kiesha Lewis - 12 12 19 .xls

**Contractor records**

| AUDIT_DESCRIPTION | AUDIT_STAMP | AUDIT_ACTION_DESCR | EMPLID | EFFDT | EMPL_STATUS | ACTION | ACTION_REASON | GVT_NOA_CODE | GVT_LEG_AUTH_1 | POSITION_NBR | WIP_STATUS | GRADE | STEP | SAL_ADMIN_PLAN | PAY_PLAN | GVT_LOCALITY_ADJ | COMPRATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HA0261 | 12/2/2019 9:57:44.000000 AM | | 323044 | 12/02/19 | T | TER | OTP | | | 66179839 | | 00 | 0 | 0000 | | | 0 |
| HRSPBENS | 11/27/2019 12:24:16.000000 PM | | 323044 | 11/25/19 | A | DTA | DTA | | | 66179839 | | 00 | 0 | 0000 | | | 0 |
| HADDONL | 1/22/2019 10:23:47.000000 AM | | 323044 | 01/22/19 | A | ADD | | | | 66179839 | | 00 | 0 | 0000 | | | 0 |

**Federal employee records**

| AUDIT_DESCRIPTION | AUDIT_STAMP | AUDIT_ACTION_DESCR | EMPLID | EFFDT | EMPL_STATUS | ACTION | ACTION_REASON | GVT_NOA_CODE | GVT_LEG_AUTH_1 | POSITION_NBR | GVT_WIP_STATUS | GRADE | STEP | SAL_ADMIN_PLAN | GVT_PAY_PLAN | GVT_LOCALITY_ADJ | GVT_COMPRATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DCPOM | 12/3/2019 4:37:33.000000 AM | Row Updated, New Value | 323044 | 10/28/19 | A | REH | NPS | 108 | MEM | 66299567 | HR | 14 | 1 | 0000 | GG | 26,570 | 90,621 |
| DCPOM | 12/3/2019 4:37:33.000000 AM | Row Updated, Old Value | 323044 | 10/28/19 | A | REH | NPS | 108 | MEM | 66299567 | HR | 14 | 1 | 0000 | GG | 26,570 | 90,621 |
| Miller,Amy J - CS | 12/2/2019 11:37:19.000000 AM | Added new value or row | 323044 | 10/28/19 | A | REH | NPS | 108 | MEM | 66299567 | HR | 14 | 1 | 0000 | GG | 26,570 | 90,621 |
| DCPOM | 10/31/2017 4:20:47.000000 AM | Row Updated, New Value | 323044 | 10/20/17 | T | TER | RES | 317 | RPM | 65931676 | HR | 04 | 0 | 0000 | IR | 31,051 | 114,578 |
| DCPOM | 10/31/2017 4:20:47.000000 AM | Row Updated, Old Value | 323044 | 10/20/17 | T | TER | RES | 317 | RPM | 65931676 | HR | 04 | 0 | 0000 | IR | 31,051 | 114,578 |
| | 10/30/2017 6:26:27.000000 PM | Row Updated, New Value | 323044 | 10/20/17 | T | TER | RES | 317 | RPM | 65931676 | HR | 04 | 0 | 0000 | IR | 31,051 | 114,578 |
| | 10/30/2017 6:26:27.000000 PM | Row Updated, Old Value | 323044 | 10/20/17 | T | TER | RES | 317 | RPM | 65931676 | HR | 04 | 0 | 0000 | IR | 31,051 | 114,578 |
| DCPOM | 10/30/2017 6:12:50.000000 PM | Row Updated, New Value | 323044 | 10/20/17 | T | TER | RES | 317 | RPM | 65931676 | HR | 04 | 0 | 0000 | IR | 31,051 | 114,578 |
| DCPOM | 10/30/2017 6:12:50.000000 PM | Row Updated, Old Value | 323044 | 10/20/17 | T | TER | RES | 317 | RPM | 65931676 | HR | 04 | 0 | 0000 | IR | 31,051 | 114,578 |
| Xidas,Katina - IRS01 | 10/30/2017 6:12:29.000000 PM | Row Updated, New Value | 323044 | 10/20/17 | T | TER | RES | 317 | RPM | 65931676 | HR | 04 | 0 | 0000 | IR | 31,051 | 114,578 |
| Xidas,Katina - IRS01 | 10/30/2017 6:12:29.000000 PM | Row Updated, Old Value | 323044 | 10/20/17 | T | TER | RES | 317 | RPM | 65931676 | HR | 04 | 0 | 0000 | IR | 31,051 | 114,578 |
| Xidas,Katina - IRS01 | 10/17/2017 8:56:22.000000 AM | Row Updated, New Value | 323044 | 10/20/17 | T | TER | RES | 317 | | 65931676 | HR | 04 | 0 | 0000 | IR | 31,051 | 114,578 |
| Xidas,Katina - IRS01 | 10/17/2017 8:56:22.000000 AM | Row Updated, Old Value | 323044 | 10/20/17 | T | TER | PER | 317 | | 65931676 | INI | 04 | 0 | 0000 | IR | 31,051 | 114,578 |
| Lewis,Kiesha D - IRS01 DNU | 10/12/2017 2:34:30.000000 PM | Row Updated, New Value | 323044 | 10/20/17 | T | TER | PER | 317 | | 65931676 | INI | 04 | 0 | 0000 | IR | 31,051 | 114,578 |
| Lewis,Kiesha D - IRS01 DNU | 10/12/2017 2:34:30.000000 PM | Row Updated, Old Value | 323044 | 10/20/17 | T | TER | PER | 317 | | 65931676 | WEB | 04 | 0 | 0000 | IR | 31,051 | 114,578 |
| Lewis,Kiesha D - IRS01 DNU | 10/12/2017 2:34:27.000000 PM | Added new value or row | 323044 | 10/20/17 | T | TER | PER | 317 | | 65931676 | WEB | 04 | 0 | 0000 | IR | 31,051 | 114,578 |
| DCPOM | 10/12/2017 4:20:46.000000 AM | Row Updated, New Value | 323044 | 10/01/17 | A | DTA | DTA | 881 | DPM | 65931676 | HR | 04 | 0 | 0000 | IR | 31,051 | 114,578 |
| DCPOM | 10/12/2017 4:20:46.000000 AM | Row Updated, Old Value | 323044 | 10/01/17 | A | DTA | DTA | 881 | DPM | 65931676 | HR | 04 | 0 | 0000 | IR | 31,051 | 114,578 |
| | 10/11/2017 5:27:04.000000 PM | Row Updated, New Value | 323044 | 10/01/17 | A | DTA | DTA | 881 | DPM | 65931676 | HR | 04 | 0 | 0000 | IR | 31,051 | 114,578 |
| | 10/11/2017 5:27:04.000000 PM | Row Updated, Old Value | 323044 | 10/01/17 | A | DTA | DTA | 881 | DPM | 65931676 | HR | 04 | 0 | 0000 | IR | 31,051 | 114,578 |
| DCPOM | 10/11/2017 5:11:59.000000 PM | Row Updated, New Value | 323044 | 10/01/17 | A | DTA | DTA | 881 | DPM | 65931676 | HR | 04 | 0 | 0000 | IR | 31,051 | 114,578 |
| DCPOM | 10/11/2017 5:11:59.000000 PM | Row Updated, Old Value | 323044 | 10/01/17 | A | DTA | DTA | 881 | DPM | 65931676 | HR | 04 | 0 | 0000 | IR | 31,051 | 114,578 |
| Hathaidharm,Kasin - Dev | 10/11/2017 9:11:56.000000 AM | Added new value or row | 323044 | 10/01/17 | A | DTA | DTA | 881 | DPM | 65931676 | HR | 04 | 0 | 0000 | IR | 31,051 | 114,578 |



DEPARTMENT OF THE TREASURY
BUREAU OF ENGRAVING AND PRINTING
WESTERN CURRENCY FACILITY
FORT WORTH, TEXAS 76131

February 21, 2020

Kiesha D. Lewis
2305 Prima Rd
Bowie, Maryland 20721

**RE: FOIA Request No. 2019-10-116**

Dear Ms. Lewis:

This letter is in response to your letter dated December 21, 2019. You were previously provided a full release of all responsive records without any redactions (attached herewith again). Therefore, upon further review, based on you being previously provided a full release of all responsive records without any redactions, there are no appeal rights.

If you wish to request any records not previously requested, please submit a new FOIA request. If you have any questions regarding this request, please contact me or our FOIA Public Liaison Leslie Rivera-Pagan at 202-874-2500.

Sincerely,

*Mark Hoggan*

Mark Hoggan
Disclosure Officer

## CERTIFICATE OF SERVICE

**FOIA Request No. 2019-10-116**

I certify that on this day the attached letter and records were sent via email to the following:

**Requester**
Kiesha D. Lewis
2305 Prima Rd
Bowie, Maryland 20721
kieshalewis@hotmail.com

*Mark Hoggan*          February 21, 2020
Mark Hoggan
Disclosure Officer
Bureau of Engraving and Printing
Office of the Chief Counsel
FOIA and Transparency Services

2

## Re: Kiesha Lewis FOIA Request

**Kiesha Lewis** <kieshalewis@hotmail.com>
Sat 12/28/2019 3:31 PM
To: FOIA@treasury.gov <FOIA@treasury.gov>
Cc: Kiesha Lewis <kieshalewis@hotmail.com>

📎 3 attachments (492 KB)
Treasury Online FOIA Request Form 10 20 2019.pdf; Ack.Final.Letter.Lewis.pdf; BEP Email 12 17 2019.pdf;

Hello,

Attached is information pertaining to the FOIA request.

In October 2019, I submitted an online FOIA request to the Department of Treasury, see attachment number 1. In this request, I requested the HR Connect System Activity information.

I never received a FOIA request number from Treasury.

However, on December 17, 2019, I received an email response from the Bureau of Engraving and Printing (BEP) responding to this FOIA request, see attachments 2 and 3. In the response from BEP, the provided FOIA Request No. 2019-10-116.

Let me know if I can provide any additional information.

Kiesha D. Lewis
kieshalewis@hotmail.com
(240) 346-8398

---

**From:** FOIA@treasury.gov <FOIA@treasury.gov>
**Sent:** Friday, December 27, 2019 2:46 PM
**To:** kieshalewis@hotmail.com <kieshalewis@hotmail.com>; FOIA@treasury.gov <FOIA@treasury.gov>
**Subject:** Kiesha Lewis FOIA Request

Treasury is in receipt of your recently submitted FOIA request. Additional information is required to process your FOIA request. Please provide the FOIA case number that you are referring to in the letter.

Best Regards,

FOIA and Transparency
Department of the Treasury
FOIA@Treasury.gov
Phone: 202-622-0930