Kiesha D. Lewis
2305 Prima Rd.
Bowie, MD 20721
kieshalewis@hotmail.com
(240) 346-8398

Director
FOIA/PA APPEAL
Bureau of Engraving and Printing
14th & C Streets, SW
Washington, D.C. 20228

RE: Freedom of Information Act Appeal

December 21, 2019

To Whom It May Concern:

I am writing this letter both to appeal the information provided in response to my FOIA request and to question the information that I receive.

First, I received a response to this request, however, the response came the Bureau of Engraving and Printing (BEP) and not from Treasury. This is both concerning and confusing to me. Why would BEP be responding to a FOIA request that was sent to Treasury?

Secondly, the information provided isn't complete. What was provided provides a partial response, not complete. When I requested this information, I requested Non - REDACTED System information that should include ALL actions, that is the series of system activities (by the system and application processes) and the records of computer events and user activities, related to the 'Kiesha Lewis', including the person executing the action.

The System Activity/Transaction Report will require information from multiple tables in the HR Connect System to obtain a complete history of ALL actions, that is the series of system activities (by the system and application processes) and the records of computer events and user activities, related to the Appellant, including the person executing the action. An illustrative example of an SQL statement to obtain this information and the results of executing this type of SQL statement are provided below. NOTE: Because the underlying technology and database schema are unknown, an exact 'Select' statement or database language query cannot be provided. The information provided below is meant to be used for illustrative purposes and not as an exact statement to be used by the system administrators.

**SELECT** Actor (person executing the action), Date (the date the A)  Action (the task the

Actor executed - update, copy)Value (provides a description of the action executed and the value )
**FROM** Table A, Table B, TableC                                                    /.
**WHERE** *this is where the various search refine, ..... ation would be provided*

| Audit_Descr | Audit_Stamp | Audit_Action_Des | Audit_Value |
|---|---|---|---|
| Lewis, Kiesha D | 10/12/2017 | Row U dated | i nation Entered |
| Lewis, Kiesha D | 10/1/2017 | Row U dated | nd of Year Rating Entered - Exceeds |

Thirdly, the timeframe for the information provided does not seem accurate. Can someone confirm that the information provided is for the requested time-frame, August 2017 - to present, or December 2019?

Lastly, two entries seem to be missing entries, one from Kevin McCreight on October 13, 2017 and another from Ramona Henby on November 14, 2017.  Can someone, e,g, an HR Connect database/system administrator explain and/or research this incident to determine what happened to those entries?

Thank you in advance for your time and attention to this matter and please feel free to contact me if I can provide any additional information.

Kiesha D. Lewis
kieshalewis@hotmail.com
(240) 346-8398

Enclosures:

BEP FOIA Letter

## RE: Case Number F18057-0060

## Young Michael C <Michael.C.Young@irs.gov>

Wed 3/28/2018 4:03 PM

**To:** Kiesha Lewis <kieshalewis@hotmail.com>

Thank you Kiesha – this informa on is very helpful. I have sent a search request to IT for the audit logs and search requests to IT, HCO, and CFO for the HRB emails – along with a copy of your original FOIA request and the addi onal informa on you provided below. I have to go through the business units, and they should be contac ng the specific employees you iden fied.

Michael


**From:** Kiesha Lewis [mailto:kieshalewis@hotmail.com]
**Sent:** Tuesday, March 27, 2018 6:36 PM
**To:** Young Michael C <Michael.C.Young@irs.gov>; Young Michael E <Michael.Young@irs.gov>
**Cc:** Kiesha Lewis <kieshalewis@hotmail.com>
**Subject:** RE: Case Number F18057-0060


Kiesha D. Lewis

2305 Prima Way

Bowie, MD 20721

Phone: (240) 346 – 8398, Email: kieshalewis@hotmail.com


Date: March 27, 2018


Michael C Young

Tax Law Specialist

Internal Revenue Service, HQ FOIA – Stop 211

PO Box 621506

Atlanta, GA 30362

(fax) 877-807-9215


**RE: Case Number F18057-0060**

Mr. Young,


I am writing in response to the communication I received dated March 23, 2018.  Based on this letter, it seems that your office is having to difficulties locating the information I am requesting in my FIOA request.  As a former IRS, IT employee, I am well-acquainted with the organization and can provide you with contact information for each one of my requests. Moreover, by providing you this information via email, it will assist with eliminating "human error" because information can be copied and pasted from my email and not re-typed.


To obtain the unredacted system audit logs from the HR Connect System, your office would need to contact IT, specifically the Enterprise Operations (EOps) ACIO area.  They should also enter in a Helpdesk ticket to assist with documenting the request.  I am providing a copy of my original request at the end of this correspondence.


To obtain the HRB Emails, an email request should be sent to the following people:

- Mr. A.Stewart Pearlman at Alan.S.Pearlman@irs.gov

- Ms. Ursula Gillis at Ursula.Gillis@irs.gov

- Ms. Katherine M. Coffman

- Ms. Marla Somerville at Marla.L.Somerville@irs.gov

- Ms. Pamela Moise at Pamela.G.Moise@irs.gov

- Ms. Arnette Herring at Arnette.D.Herring@irs.gov

- Ms. Linda Gilpin at Linda.Gilpin@irs.gov

- Ms. Jessica Joerger at Jessica.D.Joerger@irs.gov

- Ms. Ramona Henby at Ramona.C.Henby@irs.gov

- Ms. Deana Chambers at Deana.M.Chambers@irs.gov

- Ms. Lynette Lindy at Lynette.J.Lindy@irs.gov

- Mr. Kevin McCreight at Kevin.L.McCreight@irs.gov

- Mr. Dana W Williams at Dana.W.Williams@irs.gov

I request that a copy of the following documents be provided to me; the **UNREDACTED** System Audit Trail (also known as the 'System Audit Log') information for the HR Connect system and IT HRB emails and reports for Kiesha Danielle Lewis for the time period of September 1, 2017 to November 13, 2017.

For the System Logs, this information should include **ALL** actions, that is the series of system activities (by the system and application processes) and the records of computer events and user activities, related to Kiesha Danielle Lewis, including the person executing the action.

For the IT HRB emails and reports, it should include **ALL UNREDACTED** discussions concerning the FY2017 Performance Rating related to Kiesha Danielle Lewis, including the person making the comment. Discussions concerning other persons, may be redacted.

Thank you for your consideration of this request.

Sincerely,

Kiesha D. Lewis

kieshalewis@hotmail.com