

**PRIVACY, GOVERNMENTAL LIAISON AND DISCLOSURE**

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

October 30, 2019

Kiesha Lewis
2305 Prima Way
Bowie, MD 20721

Dear Ms. Lewis:

This is a final response to your Freedom of Information Act (FOIA) request dated February 25, 2018, that we received [...]

You asked for the following:

- A copy of "the UNREDACTED System Audit Log') information for the [...]

- IT HRB emails and reports for September 1, 2017 to November [...]

*[Handwritten note: Ms. Lewis, The original response ltr. dated Oct. 30, 2019 - required correction of the highlighted area. Please accept my apology and refer to the enclosed "Corrected" letter. Thank you - Lewis]*

On May 22, 2018, an interim response was issued pertaining to IT HRB emails and reports for Kiesha Danielle Lewis for the time period of September 1, 2017 to November 13, 2017. We located and provided 11 pages responsive to your request. These documents were granted in full.

On October 2, 2019, a second interim response was issued pertaining to the UNREDACTED System Audit Trail (also known as the System Audit Log. We directed you to the Department of Treasury who has primary jurisdiction over the requested records.

We have located an additional 99 pages responsive to your request for IT HRB emails and reports for Kiesha Danielle Lewis for the time period of September 1, 2017 to November 13, 2017.

Of the 99 pages located in response to your request, I am enclosing 96 pages. I am withholding three pages in full for the following reasons:

The withheld portions are the tax information of other taxpayers. FOIA exemption (b)(3) requires us to withhold information that is specifically exempted from disclosure by another law. The law supporting this exemption is Internal Revenue Code section 6103(a).

FOIA exemption (b)(6) exempts from disclosure files that, if released, would clearly be an unwarranted invasion of personal privacy. These include medical, personnel, and similar files. We base the determination to withhold on a balancing of interests between the protection of an individual's right to privacy and the public's right to access government information.

The Supreme Court ruled that Congress intended the "similar files" provision to be construed broadly, so that all information which applies to a particular individual qualifies for consideration under exemption (b)(6).

FOIA exemption (b)(7)(E) exempts from disclosure records or information compiled for law enforcement purposes to the extent their production would reveal:

- Techniques and procedures for law enforcement investigations or prosecutions
- Guidelines for law enforcement investigations or prosecutions, if release could reasonably be expected to risk circumvention of the law.

The redacted portions of each page are marked by the applicable FOIA exemptions. This constitutes a partial denial of your request.

The enclosed CD contains your documents and is encrypted. The password to open the files is being mailed separately.

You may contact our FOIA Public Liaison David Nimmo to discuss your request at:

Internal Revenue Service
24000 Avila Road, M/S 2201 (Rm 3156),
Laguna Niguel, CA 92677-3405
Telephone: (949) 575-6328

The FOIA Public Liaison responds to FOIA and Privacy Act requests for copies of documents maintained by the IRS. There is no provision in either Act to resolve tax, collection, or processing issues and our staff is not trained to answer questions regarding those issues. If you need assistance with tax related issues, you may call the IRS toll free number at 1-800-829-1040.

If you are unable to resolve your FOIA dispute through the FOIA Public Liaison, the Office of Government Information Services (OGIS), the Federal FOIA Ombudsman's Office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road--OGIS
College Park, MD 20740-6001
202-741-5770

3

877-684-6448
ogis@nara.gov
ogis.archives.gov

You have the right to file an administrative appeal within 90 days of the date of this letter. By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision. I've enclosed Notice 393, *Information on an IRS Determination to Withhold Records Exempt From the Freedom of Information Act - 5 U.S.C. 552*, to explain your appeal rights.

There are no search fees due for this request since we did not complete the processing within the statutory timeframe.

If you have any questions, please call Tax Law Specialist Lauri Takeguchi, ID # 1000682891, at 408-283-1465 , or write to: Internal Revenue Service, Centralized Processing Unit, P.O. Box 621506, Stop 211, Atlanta, GA 30362-3006. Please refer to case number F18057-0060.

Sincerely,

David S Nimmo
Disclosure Manager
Disclosure Office 13

Enclosure
  Responsive documents
  Notice 393



**PRIVACY, GOVERNMENTAL
LIAISON AND DISCLOSURE**

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

October 30, 2019

*Corrected letter*

Kiesha Lewis
2305 Prima Way
Bowie, MD 20721

Dear Ms. Lewis:

This is a corrected final response to your Freedom of Information dated February 25, 2018, that we received on February 25, 2018

You asked for the following:

- A copy of "the UNREDACTED System Audit Trail (also known as the System Audit Log') information for the HR Connect system, and

- IT HRB emails and reports for Kiesha Danielle Lewis for the time period of September 1, 2017 to November 13, 2017.

On May 22, 2018, an interim response was issued pertaining to IT HRB emails and reports for Kiesha Danielle Lewis for the time period of September 1, 2017 to November 13, 2017. We located and provided 11 pages responsive to your request. These documents were granted in full.

On October 2, 2019, a second interim response was issued pertaining to the UNREDACTED System Audit Trail (also known as the System Audit Log. We directed you to the Department of Treasury who has primary jurisdiction over the requested records.

We have located an additional 74 pages responsive to your request for IT HRB emails and reports for Kiesha Danielle Lewis for the time period of September 1, 2017 to November 13, 2017.

Of the 74 pages located in response to your request, I am enclosing 71 pages. I am withholding 33 pages in part and three pages in full for the following reasons:

The withheld portions are the tax information of other taxpayers. FOIA exemption (b)(3) requires us to withhold information that is specifically exempted from disclosure by another law. The law supporting this exemption is Internal Revenue Code section 6103(a).

FOIA exemption (b)(6) exempts from disclosure files that, if released, would clearly be an unwarranted invasion of personal privacy. These include medical, personnel, and similar files. We base the determination to withhold on a balancing of interests between the protection of an individual's right to privacy and the public's right to access government information.

The Supreme Court ruled that Congress intended the "similar files" provision to be construed broadly, so that all information which applies to a particular individual qualifies for consideration under exemption (b)(6).

FOIA exemption (b)(7)(E) exempts from disclosure records or information compiled for law enforcement purposes to the extent their production would reveal:

- Techniques and procedures for law enforcement investigations or prosecutions
- Guidelines for law enforcement investigations or prosecutions, if release could reasonably be expected to risk circumvention of the law.

The redacted portions of each page are marked by the applicable FOIA exemptions. This constitutes a partial denial of your request.

The enclosed CD contains your documents and is encrypted. The password to open the files is being mailed separately.

You may contact our FOIA Public Liaison David Nimmo to discuss your request at:

Internal Revenue Service
24000 Avila Road, M/S 2201 (Rm 3156),
Laguna Niguel, CA 92677-3405
Telephone: (949) 575-6328

The FOIA Public Liaison responds to FOIA and Privacy Act requests for copies of documents maintained by the IRS. There is no provision in either Act to resolve tax, collection, or processing issues and our staff is not trained to answer questions regarding those issues. If you need assistance with tax related issues, you may call the IRS toll free number at 1-800-829-1040.

If you are unable to resolve your FOIA dispute through the FOIA Public Liaison, the Office of Government Information Services (OGIS), the Federal FOIA Ombudsman's Office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road--OGIS
College Park, MD 20740-6001
202-741-5770

3

877-684-6448
ogis@nara.gov
ogis.archives.gov

You have the right to file an administrative appeal within 90 days of the date of this letter. By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision. I've enclosed Notice 393, *Information on an IRS Determination to Withhold Records Exempt From the Freedom of Information Act - 5 U.S.C. 552*, to explain your appeal rights.

There are no search fees due for this request since we did not complete the processing within the statutory timeframe.

If you have any questions, please call Tax Law Specialist Lauri Takeguchi, ID # 1000682891, at 408-283-1465 , or write to: Internal Revenue Service, Centralized Processing Unit, P.O. Box 621506, Stop 211, Atlanta, GA  30362-3006.  Please refer to case number F18057-0060.

Sincerely,

David S Nimmo
Disclosure Manager
Disclosure Office 13

Enclosure
  Responsive documents
  Notice 393



# DEPARTMENT OF THE TREASURY
## INTERNAL REVENUE SERVICE
### WASHINGTON, DC 20224

**PRIVACY, GOVERNMENTAL LIAISON AND DISCLOSURE**

October 30, 2019

Kiesha Lewis
2305 Prima Way
Bowie, MD 20721

Dear Ms. Lewis:

This is a final response to your Freedom of Information Act (FOIA) request dated February 25, 2018, that we received [...]

You asked for the following:

- A copy of "the UNREDACTED [System] Audit Log") information for the [...]

- IT HRB emails and reports for September 1, 2017 to November [13, 2017], consisting of [...]

*[Handwritten note overlaying letter:]*
> Ms Lewis,
> The original response ltr dated Oct 30 2019, required correction of the highlighted area. Please accept my apology and refer to the enclosed "Corrected" letter.
> Thank You —
> Laura

On May 22, 2018, an interim response was issued pertaining to IT HRB emails and reports for Kiesha Danielle Lewis for the time period of September 1, 2017 to November 13, 2017. We located and provided 11 pages responsive to your request. These documents were granted in full.

On October 2, 2019, a second interim response was issued pertaining to the UNREDACTED System Audit Trail (also known as the System Audit Log. We directed you to the Department of Treasury who has primary jurisdiction over the requested records.

We have located an additional 99 pages responsive to your request for IT HRB emails and reports for Kiesha Danielle Lewis for the time period of September 1, 2017 to November 13, 2017.

Of the 99 pages located in response to your request, I am enclosing 96 pages. I am withholding three pages in full for the following reasons:

The withheld portions are the tax information of other taxpayers. FOIA exemption (b)(3) requires us to withhold information that is specifically exempted from disclosure by another law. The law supporting this exemption is Internal Revenue Code section 6103(a).

FOIA exemption (b)(6) exempts from disclosure files that, if released, would clearly be an unwarranted invasion of personal privacy. These include medical, personnel, and similar files. We base the determination to withhold on a balancing of interests between the protection of an individual's right to privacy and the public's right to access government information.

The Supreme Court ruled that Congress intended the "similar files" provision to be construed broadly, so that all information which applies to a particular individual qualifies for consideration under exemption (b)(6).

FOIA exemption (b)(7)(E) exempts from disclosure records or information compiled for law enforcement purposes to the extent their production would reveal:

- Techniques and procedures for law enforcement investigations or prosecutions
- Guidelines for law enforcement investigations or prosecutions, if release could reasonably be expected to risk circumvention of the law.

The redacted portions of each page are marked by the applicable FOIA exemptions. This constitutes a partial denial of your request.

The enclosed CD contains your documents and is encrypted. The password to open the files is being mailed separately.

You may contact our FOIA Public Liaison David Nimmo to discuss your request at:

Internal Revenue Service
24000 Avila Road, M/S 2201 (Rm 3156),
Laguna Niguel, CA 92677-3405
Telephone: (949) 575-6328

The FOIA Public Liaison responds to FOIA and Privacy Act requests for copies of documents maintained by the IRS. There is no provision in either Act to resolve tax, collection, or processing issues and our staff is not trained to answer questions regarding those issues. If you need assistance with tax related issues, you may call the IRS toll free number at 1-800-829-1040.

If you are unable to resolve your FOIA dispute through the FOIA Public Liaison, the Office of Government Information Services (OGIS), the Federal FOIA Ombudsman's Office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road--OGIS
College Park, MD 20740-6001
202-741-5770

3

877-684-6448
ogis@nara.gov
ogis.archives.gov

You have the right to file an administrative appeal within 90 days of the date of this letter. By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision. I've enclosed Notice 393, *Information on an IRS Determination to Withhold Records Exempt From the Freedom of Information Act - 5 U.S.C. 552*, to explain your appeal rights.

There are no search fees due for this request since we did not complete the processing within the statutory timeframe.

If you have any questions, please call Tax Law Specialist Lauri Takeguchi, ID # 1000682891, at 408-283-1465 , or write to: Internal Revenue Service, Centralized Processing Unit, P.O. Box 621506, Stop 211, Atlanta, GA  30362-3006.  Please refer to case number F18057-0060.

Sincerely,

David S Nimmo
Disclosure Manager
Disclosure Office 13

Enclosure
  Responsive documents
  Notice 393



U.S. DEPARTMENT OF
HOUSING AND URBAN DEVELOPMENT
OFFICE OF INSPECTOR GENERAL

February 14, 2020

Kiesha D. Lewis
2305 Prima Way
Bowie, MD 20721

Via email: kieshalewis@hotmail.com

RE: FOIA Number 20-IGF-OIG-00007

Dear Ms. Lewis:

This letter responds to your Freedom of Information Act (FOIA) request to the U.S. Department of Housing and Urban Development (HUD), Office of the Inspector General (OIG), dated October 28, 2019. You requested records related to Supervisory Budget Officer - Announcement number: 18-HUDIG-71. Specifically, you requested:

> *the Applicant History Report for each of the following announcement numbers. This report will contain the following information: Date/Time of action, Change/Comment, and the person who made the change. I asking to also be provided with the Evaluation and Section Process information which should include: the selection process in step by step detail as to how candidates were evaluated and selected; the safeguards used, if any, employed and put into place by the Selecting and/or recommending officials and communicated to the supervisors/managers, the criteria given by the Selecting Official and/or selection panel, the reasons that the selectee was selected, and the reason(s) that Kiesha D. Lewis was not selected for each announcement(s).*

Enclosed please find 66 pages pertaining to your request, consisting of the Applicant Data, Vacancy Announcement, and Applicant Listing. Certain information is being withheld under 5 U.S.C. §552(b)(6), which protects records or information, the release of which could reasonably be expected to constitute an unwarranted invasion of personal privacy. The information withheld consists of the names of individuals.

Any additional documents pertaining to your request are being withheld under U.S.C. §552(b)(5). This provision protects intra-agency communications subject to the deliberative process privilege. The information withheld consists of personnel documents related to other applicants and internal decision-making documents.

**Office of Legal Counsel**
451 7th Street S.W., Room 8260, Washington, DC 20410
Phone (202) 708-1613, Fax (202) 401-3778
*Visit the Office of Inspector General Website at* www.hudoig.gov

Shawn Johnson, Acting Deputy Inspector General for Management, is the official responsible for this response.

If you are not satisfied with the response to this request, you may administratively submit an appeal pursuant to the Office of Inspector General's Freedom of Information Regulation, 24 CFR § 2002.23 (2018). This regulation provides for administrative review by the Inspector General of any denial of information. Your appeal must be postmarked or electronically transmitted within 90 days of the date of the response to your request. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Your appeal should be addressed to the FOIA Appeal Specialist, Office of Legal Counsel to Inspector General, U.S. Department of Housing and Urban Development, 451 7th Street, SW, Suite 8186, Washington, DC 20410, or sent via email to FOIARequests@hudoig.gov and should be accompanied by a copy of your initial request, a copy of this letter and your statement of circumstances, reasons and arguments supporting disclosure of the requested information.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Should you have any questions concerning the FOIA request, please contact either me or the FOIA Public Liaison, Mercedeh Momeni, on 202-708-1613 or FOIARequests@hudoig.gov. Please reference the above FOIA number when making inquiries about this matter.

Sincerely,

Cheryl L. Stadel-Bevans
Freedom of Information Act Officer

Attachment

## Outstanding April 2018 FOIA Request

Kiesha Lewis <kieshalewis@hotmail.com>
Sun 8/4/2019 7:53 PM

To: David.Nimmo@irs.gov <David.Nimmo@irs.gov>
Cc: Michael.C.Young@irs.gov <Michael.C.Young@irs.gov>; Kiesha Lewis <kieshalewis@hotmail.com>

1 attachments (15 KB)
IRS laptop and email FOIA Request 21Apr2018.docx;

Good Morning Mr. Nimmo,

I am contacting you in reference to the attached FOIA request, which is still outstanding. To assist with the efforts to obtain these records, I am asking if the records could be narrowed to include to obtain all emails and meeting invites sent to, from, or copied for the following names for the time period of March 2017 to October 2017:

Shondraya Levy
Claudine Moses
Braxna Bacon
Shreya Patel
Kevin McCreight
Ramona Henby