# Gilpin Linda

**From:** Gilpin Linda
**Sent:** Thursday, October 12, 2017 9:18 AM
**To:** Henby Ramona C
**Subject:** RE: Resignation Letter

**Categories:** Blue Category

Thanks for heads up.

*Linda K. Gilpin*
ACIO, Enterprise Program Management Office
Office (202) 317-4411
BB # (240) 271-4788
linda.gilpin@irs.gov

(b)(6)

**From:** Henby Ramona C
**Sent:** Thursday, October 12, 2017 10:17 AM
**To:** Chambers Deana M ; Gilpin Linda
**Cc:** Williams Dana W
**Subject:** FW: Resignation Letter

Hi Linda/Deana
Keisha is leaving the IRS so we will need the IR-04 package and I will not need any extra points because when Kevin looked at the write up from her first few months in another organization it appeared to be lower than we were working towards therefore we will go with a Met and our points are balanced. thanks

*Mona*
Ramona C. Henby
Director, Web Applications PMO
(O) 240-613-2346 (C) 703-725-8024
NCFB B4-300

**From:** McCreight Kevin L
**Sent:** Thursday, October 12, 2017 8:08 AM
**To:** Henby Ramona C < Ramona.C.Henby@irs.gov >
**Cc:** Williams Dana W < Dana.W.Williams@irs.gov >; Terlecki Linda L < Linda.L.Terlecki@irs.gov >; Richardson Joyce <Joyce.Richardson@irs.gov >
**Subject:** FW: Resignation Letter

Mona, Kiesha has decided to resign from the IRS.

Linda / Dana, I may need some assistance in processing the paperwork.

Thanks,

1

Kevin McCreight, PMP
Web Applications PMO
Phone: 470.639.3262
Mobile: 404.769.6232
Email: kevin.l.mccreight@irs.gov

From: Lewis Kiesha D
Sent: Thursday, October 12, 2017 6:30 AM
To: McCreight Kevin L <Kevin.L.McCreight@irs.gov>; Williams Dana W <Dana.W.Williams@irs.gov>; Black Carol L <Carol.L.Black@irs.gov>
Subject: Resignation Letter

Good Morning Everyone,

Attached is my digitally signed resignation letter, effective Friday, October 20, 2017.

Kevin, I've attached the Records Management form that needs to completed for separating employees. Please let me know if anything additional needs to be added or updated.

Dana, I've attached the Separating Employee checklist. Please let me know what time on Wednesday we will meet so that I can provide you with all of my government furnished equipment to include my badge, laptop, parking pass, and blackberry. I also need additional guidance on entering my final SETR entry.

Carol, I plan to start the resignation process in HR Connect this morning. Please let me know if there is anything additional I need to do.

If there is anything that I missed, please let me know.

Thanks in advance!

Kiesha D. Lewis
EPMO, Web Apps PM&I Frontline Manager
NCFB 3-458
Office: (240) 613-6431
Cell: (240) 346-8398



**PRIVACY, GOVERNMENTAL LIAISON AND DISCLOSURE**

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

April 6, 2020

Kiesha D. Lewis
2305 Prima Way
Bowie, MD 20721

Dear Ms. Lewis:

I am responding to your Freedom of Information Act (FOIA) request dated February 8, 2020, that we received on February 8, 2020.

Your request asks for copies of email from the IRS HCO office to individuals within the IT organization, and emails sent within the IT Organization that discussed the topic of the Departure rating of Kiesha D. Lewis from Marial Grant. Individuals that may have been part of the email conversations: Julie A. Tolle, Shondrya Levy, Linda Gilpin, Deana Chambers, Ramona Henby, Dana Williams and Kevin McCreight.

I found no documents specifically responsive for: Julie A. Tolle, Shondrya Levy, Linda Gilpin, Deanna Chambers, Dana Williams and Kevin McCreight.

I have located seven pages responsive to your request for Ramona Henby. I am withholding seven pages in full for the following reason:

FOIA exemption (b)(5) exempts from disclosure inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency. The specific privileges covered by this exemption are:

- The attorney work product privilege protects documents prepared by an attorney or other Service employee during litigation or in reasonable contemplation of litigation, and
- The attorney-client privilege protects confidential communications between an attorney and a client relating to a legal matter for which the client has sought professional advice.

You may contact the FOIA Public Liaison, Summer Sutherland at (801) 620-2149, to discuss your request.

The FOIA Public Liaison responds to FOIA and Privacy Act requests for copies of documents maintained by the IRS. There is no provision in either Act to resolve tax, collection, or processing issues and our staff is not trained to answer questions

regarding those issues. If you need assistance with tax related issues, you may call the IRS toll free number at 1-800-829-1040.

If you are unable to resolve your FOIA dispute through the FOIA Public Liaison, the Office of Government Information Services (OGIS), the Federal FOIA Ombudsman's Office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is:

> Office of Government Information Services
> National Archives and Records Administration
> 8601 Adelphi Road--OGIS
> College Park, MD 20740-6001
> 202-741-5770
> 877-684-6448
> ogis@nara.gov
> ogis.archives.gov

You have the right to file an administrative appeal within 90 days of the date of this letter. By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision. I've enclosed Notice 393, *Information on an IRS Determination to Withhold Records Exempt From the Freedom of Information Act - 5 U.S.C. 552,* to explain your appeal rights.

If you have any questions please call Tax Law Specialist Lauri Takeguchi ID # 1000682891, at 408-283-1465 or write to: Internal Revenue Service, Disclosure Scanning Operation – Stop 93A, PO Box 621506, Atlanta, GA 30362.  Please refer to case number F20041-0010.

Sincerely,

*David Nimmo*

David S Nimmo
Disclosure Manager
Disclosure Office 13


Enclosure
 Notice 393