**Gilpin Linda**

**From:** Gilpin Linda
**Sent:** Thursday, October 12, 2017 9:18 AM
**To:** Henby Ramona C
**Subject:** RE: Resignation Letter

**Categories:** Blue Category

Thanks for heads up.

*Linda K. Gilpin*
ACIO, Enterprise Program Management Office
Office (202)317-4411
BB # (240) 271-4788
linda.gilpin@irs.gov

(b)(6)

**From:** Henby Ramona C
**Sent:** Thursday, October 12, 2017 10:17 AM
**To:** Chambers Deana M ; Gilpin Linda
**Cc:** Williams Dana W
**Subject:** FW: Resignation Letter

Hi Linda/Deana
Keisha is leaving the IRS so we will need the IR-04 package and I will not need any extra points because when Kevin looked at the write up from her first few months in another organization it appeared to be lower than we were working towards therefore we will go with a Met and our points are balanced. thanks

*Mona*
Ramona C. Henby
Director, Web Applications PMO
(O) 240-613-2346 (C) 703-725-8024
NCFB B4-300

**From:** McCreight Kevin L
**Sent:** Thursday, October 12, 2017 8:08 AM
**To:** Henby Ramona C < Ramona.C.Henby@irs.gov >
**Cc:** Williams Dana W < Dana.W.Williams@irs.gov >; Terlecki Linda L < Linda.L.Terlecki@irs.gov >; Richardson Joyce <Joyce.Richardson@irs.gov >
**Subject:** FW: Resignation Letter

Mona, Kiesha has decided to resign from the IRS.

Linda / Dana, I may need some assistance in processing the paperwork.

Thanks,

1

Kevin McCreight, PMP
Web Applications PMO
Phone: 470.639.3262
Mobile: 404.769.6232
Email: kevin.l.mccreight@irs.gov

From: Lewis Kiesha D
Sent: Thursday, October 12, 2017 6:30 AM
To: McCreight Kevin L <Kevin.L.McCreight@irs.gov>; Williams Dana W <Dana.W.Williams@irs.gov>; Black Carol L <Carol.L.Black@irs.gov>
Subject: Resignation Letter

Good Morning Everyone,

Attached is my digitally signed resignation letter, effective Friday, October 20, 2017.

Kevin, I've attached the Records Management form that needs to completed for separating employees. Please let me know if anything additional needs to be added or updated.

Dana, I've attached the Separating Employee checklist. Please let me know what time on Wednesday we will meet so that I can provide you with all of my government furnished equipment to include my badge, laptop, parking pass, and blackberry. I also need additional guidance on entering my final SETR entry.

Carol, I plan to start the resignation process in HR Connect this morning. Please let me know if there is anything additional I need to do.

If there is anything that I missed, please let me know.

Thanks in advance!

Kiesha D. Lewis
EPMO, Web Apps PM&I Frontline Manager
NCFB 3-458
Office: (240) 613-6431
Cell: (240) 346-8398