Diane Dawkins - FOIA Kiesha Lewis - 12 12 19 .xls

### Contractor records

| AUDIT_DESCRIPTION | AUDIT_STAMP | AUDIT_ACTION_DESCR | EMPLID | EFFDT | EMPL_STATUS | ACTION | ACTION_REASON | GVT_NOA_CODE | GVT_LEG_AUTH_1 | POSITION_NBR | WIP_STATUS | GRADE | STEP | SAL_ADMIN_PLAN | PAY_PLAN | GVT_LOCALITY_ADJ | COMPRATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HA0261 | 12/2/2019 9:57:44.000000 AM | | 323044 | 12/02/19 | T | TER | OTP | | | 66179839 | | 00 | 0 | 0000 | | | 0 |
| HRSPBENS | 11/27/2019 12:24:16.000000 PM | | 323044 | 11/25/19 | A | DTA | DTA | | | 66179839 | | 00 | 0 | 0000 | | | 0 |
| HADDONL | 1/22/2019 10:23:47.000000 AM | | 323044 | 01/22/19 | A | ADD | | | | 66179839 | | 00 | 0 | 0000 | | | 0 |

### Federal employee records

| AUDIT_DESCRIPTION | AUDIT_STAMP | AUDIT_ACTION_DESCR | EMPLID | EFFDT | EMPL_STATUS | ACTION | ACTION_REASON | GVT_NOA_CODE | GVT_LEG_AUTH_1 | POSITION_NBR | GVT_WIP_STATUS | GRADE | STEP | SAL_ADMIN_PLAN | GVT_PAY_PLAN | GVT_LOCALITY_ADJ | GVT_COMPRATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DCPOM | 12/3/2019 4:37:33.000000 AM | Row Updated, New Value | 323044 | 10/28/19 | A | REH | NPS | 108 | MEM | 66299567 | HR | 14 | 1 | 0000 | GG | 26,570 | 90,621 |
| DCPOM | 12/3/2019 4:37:33.000000 AM | Row Updated, Old Value | 323044 | 10/28/19 | A | REH | NPS | 108 | MEM | 66299567 | HR | 14 | 1 | 0000 | GG | 26,570 | 90,621 |
| Miller,Amy J - CS | 12/2/2019 11:37:19.000000 AM | Added new value or row | 323044 | 10/28/19 | A | REH | NPS | 108 | MEM | 66299567 | HR | 14 | 1 | 0000 | GG | 26,570 | 90,621 |
| DCPOM | 10/31/2017 4:20:47.000000 AM | Row Updated, New Value | 323044 | 10/20/17 | T | TER | RES | 317 | RPM | 65931676 | HR | 04 | 0 | 0000 | IR | 31,051 | 114,578 |
| DCPOM | 10/31/2017 4:20:47.000000 AM | Row Updated, Old Value | 323044 | 10/20/17 | T | TER | RES | 317 | RPM | 65931676 | HR | 04 | 0 | 0000 | IR | 31,051 | 114,578 |
| | 10/30/2017 6:26:27.000000 PM | Row Updated, New Value | 323044 | 10/20/17 | T | TER | RES | 317 | RPM | 65931676 | HR | 04 | 0 | 0000 | IR | 31,051 | 114,578 |
| | 10/30/2017 6:26:27.000000 PM | Row Updated, Old Value | 323044 | 10/20/17 | T | TER | RES | 317 | RPM | 65931676 | HR | 04 | 0 | 0000 | IR | 31,051 | 114,578 |
| DCPOM | 10/30/2017 6:12:50.000000 PM | Row Updated, New Value | 323044 | 10/20/17 | T | TER | RES | 317 | RPM | 65931676 | HR | 04 | 0 | 0000 | IR | 31,051 | 114,578 |
| DCPOM | 10/30/2017 6:12:50.000000 PM | Row Updated, Old Value | 323044 | 10/20/17 | T | TER | RES | 317 | RPM | 65931676 | HR | 04 | 0 | 0000 | IR | 31,051 | 114,578 |
| Xidas,Katina - IRS01 | 10/30/2017 6:12:29.000000 PM | Row Updated, New Value | 323044 | 10/20/17 | T | TER | RES | 317 | RPM | 65931676 | HR | 04 | 0 | 0000 | IR | 31,051 | 114,578 |
| Xidas,Katina - IRS01 | 10/30/2017 6:12:29.000000 PM | Row Updated, Old Value | 323044 | 10/20/17 | T | TER | RES | 317 | RPM | 65931676 | HR | 04 | 0 | 0000 | IR | 31,051 | 114,578 |
| Xidas,Katina - IRS01 | 10/17/2017 8:56:22.000000 AM | Row Updated, New Value | 323044 | 10/20/17 | T | TER | RES | 317 | RPM | 65931676 | HR | 04 | 0 | 0000 | IR | 31,051 | 114,578 |
| Xidas,Katina - IRS01 | 10/17/2017 8:56:22.000000 AM | Row Updated, Old Value | 323044 | 10/20/17 | T | TER | PER | 317 | | 65931676 | HR | 04 | 0 | 0000 | IR | 31,051 | 114,578 |
| Lewis,Kiesha D - IRS01 DNU | 10/12/2017 2:34:30.000000 PM | Row Updated, New Value | 323044 | 10/20/17 | T | TER | PER | 317 | | 65931676 | INI | 04 | 0 | 0000 | IR | 31,051 | 114,578 |
| Lewis,Kiesha D - IRS01 DNU | 10/12/2017 2:34:30.000000 PM | Row Updated, Old Value | 323044 | 10/20/17 | T | TER | PER | 317 | | 65931676 | WEB | 04 | 0 | 0000 | IR | 31,051 | 114,578 |
| Lewis,Kiesha D - IRS01 DNU | 10/12/2017 2:34:27.000000 PM | Added new value or row | 323044 | 10/20/17 | T | TER | PER | 317 | | 65931676 | WEB | 04 | 0 | 0000 | IR | 31,051 | 114,578 |
| DCPOM | 10/12/2017 4:20:46.000000 AM | Row Updated, New Value | 323044 | 10/01/17 | A | DTA | DTA | 881 | DPM | 65931676 | HR | 04 | 0 | 0000 | IR | 31,051 | 114,578 |
| DCPOM | 10/12/2017 4:20:46.000000 AM | Row Updated, Old Value | 323044 | 10/01/17 | A | DTA | DTA | 881 | DPM | 65931676 | HR | 04 | 0 | 0000 | IR | 31,051 | 114,578 |
| | 10/11/2017 5:27:04.000000 PM | Row Updated, New Value | 323044 | 10/01/17 | A | DTA | DTA | 881 | DPM | 65931676 | HR | 04 | 0 | 0000 | IR | 31,051 | 114,578 |
| | 10/11/2017 5:27:04.000000 PM | Row Updated, Old Value | 323044 | 10/01/17 | A | DTA | DTA | 881 | DPM | 65931676 | HR | 04 | 0 | 0000 | IR | 31,051 | 114,578 |
| DCPOM | 10/11/2017 5:11:59.000000 PM | Row Updated, New Value | 323044 | 10/01/17 | A | DTA | DTA | 881 | DPM | 65931676 | HR | 04 | 0 | 0000 | IR | 31,051 | 114,578 |
| DCPOM | 10/11/2017 5:11:59.000000 PM | Row Updated, Old Value | 323044 | 10/01/17 | A | DTA | DTA | 881 | DPM | 65931676 | HR | 04 | 0 | 0000 | IR | 31,051 | 114,578 |
| Hathaidharm,Kasin - Dev | 10/11/2017 9:11:56.000000 AM | Added new value or row | 323044 | 10/01/17 | A | DTA | DTA | 881 | DPM | 65931676 | HR | 04 | 0 | 0000 | IR | 31,051 | 114,578 |

Kiesha D. Lewis
2305 Prima Rd.
Bowie, MD 20721
kieshalewis@hotmail.com
(240) 346-8398

Director
FOIA/PA APPEAL
Bureau of Engraving and Printing
14th & C Streets, SW
Washington, D.C. 20228

RE: Freedom of Information Act Appeal

December 21, 2019

To Whom It May Concern:

I am writing this letter both to appeal the information provided in response to my FOIA request and to question the information that I receive.

First, I received a response to this request, however, the response came the Bureau of Engraving and Printing (BEP) and not from Treasury. This is both concerning and confusing to me. Why would BEP be responding to a FOIA request that was sent to Treasury?

Secondly, the information provided isn't complete. What was provided provides a partial response, not complete. When I requested this information, I requested Non - REDACTED System information that should include ALL actions, that is the series of system activities (by the system and application processes) and the records of computer events and user activities, related to the 'Kiesha Lewis', including the person executing the action.

The System Activity/Transaction Report will require information from multiple tables in the HR Connect System to obtain a complete history of ALL actions, that is the series of system activities (by the system and application processes) and the records of computer events and user activities, related to the Appellant, including the person executing the action. An illustrative example of an SQL statement to obtain this information and the results of executing this type of SQL statement are provided below. NOTE: Because the underlying technology and database schema are unknown, an exact 'Select' statement or database language query cannot be provided. The information provided below is meant to be used for illustrative purposes and not as an exact statement to be used by the system administrators.

**SELECT** Actor (person executing the action), Date (the date the A) Action (the task the

Actor executed - update, copy)Value (provides a description of the action executed and the value )
**FROM** Table A, Table B, TableC
**WHERE** *this is where the various search refine, ..,...., ation would be provided*

| Audit_Descr | Audit_Stamp | Audit_Action_Des | Audit_Value |
|---|---|---|---|
| Lewis, Kiesha D | 10/12/2017 | Row U dated | ination Entered |
| Lewis, Kiesha D | 10/1/2017 | Row U dated | nd of Year Rating Entered - Exceeds |

Thirdly, the timeframe for the information provided does not seem accurate. Can someone confirm that the information provided is for the requested time-frame, August 2017 - to present, or December 2019?

Lastly, two entries seem to be missing entries, one from Kevin McCreight on October 13, 2017 and another from Ramona Henby on November 14, 2017. Can someone, e,g, an HR Connect database/system administrator explain and/or research this incident to determine what happened to those entries?

Thank you in advance for your time and attention to this matter and please feel free to contact me if I can provide any additional information.

Kiesha D. Lewis
kieshalewis@hotmail.com
(240) 346-8398

Enclosures:

BEP FOIA Letter