## Re: Non-redacted Document Request

**Kiesha Lewis** <kieshalewis@hotmail.com>
Mon 5/6/2019 3:06 PM
**To:** Brian.Sonfield@treasury.gov <Brian.Sonfield@treasury.gov>

Hi Mr. Sonfield,

I have submitted a Discovery Request to IRS. However, I am requesting this information from Treasury, not IRS. I obtained the redacted information from Treasury (not the IRS) via the FIOA process and now that I have a court case number am requesting the unredacted version of this information. Is there another method by which I request the unredacted information from Treasury, especially since HR Connect IS a Treasury system.

Thanks in advance!

Kiesha D. Lewis
kieshalewis@hotmail.com

---

**From:** Brian.Sonfield@treasury.gov <Brian.Sonfield@treasury.gov>
**Sent:** Monday, May 6, 2019 2:28 PM
**To:** kieshalewis@hotmail.com
**Subject:** RE: Non-redacted Document Request

Hello Ms. Lewis. It appears that you are asking for discovery in connection with an MSPB matter. I forwarded your inquiry to IRS counsel's office, and I have been informed that you should reach out to Byron Smalley or Mark Wines regarding the matter. Thanks.

**Brian J. Sonfield**
*Assistant General Counsel*
General Law, Ethics and Regulation | Department of the Treasury
1500 Pennsylvania Ave, NW | Washington, DC 20220
202.622.9804 | brian.sonfield@treasury.gov

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Sunday, May 5, 2019 5:08 PM
**To:** Sonfield, Brian <Brian.Sonfield@treasury.gov>
**Cc:** Kiesha Lewis <kieshalewis@hotmail.com>
**Subject:** Re: Non-redacted Document Request

Hello Mr. Sonfield,

I wanted to follow-up on my request because I have not had a response to date. How do I obtain this information for Treasury?

Thanks in advance!

Kiesha D. Lewis
kieshalewis@hotmail.com

---

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Friday, April 19, 2019 3:51 PM
**To:** Brian.Sonfield@treasury.gov
**Subject:** Non-redacted Document Request

Good Afternoon Mr. Sonfield,

I am contacng y ou to fulfill a document request. In 2017, I contacted the Treasury FOIA department, for a FOIA request, FOIA Case # 2017-11-151. The request was parally fulfilled; wha t I was provided was not complete and it was redacted - I was provided what I could be provided under the FOIA rules and regulaons.

Today, I have a MSPB case, Docket No. DC-1221-19-0365-W-1, which entles me t o be able to obtain my performance informaon in full and in a non-r edacted form. As such, I am providing my document request below. I am also enclosing a copy of my original complaint that I filed on MSPB.

Please feel free to contact me if I can provide any addional in formaon t o assist you with compleng this request.

Thanks in advance!

Kiesha D. Lewis
kieshalewis@hotmail.com

**Document Request**
I request that a copy of the following documents be provided to me; the Non-REDACTED System Audit Trail (also known as the 'System Audit Log') informaon f or the HR Connect system and IT HRB emails and reports for Kiesha Danielle Lewis, SEID 0D7NB, for the me period of Sep tember 1, 2017 to November 13, 2017.

For the System Logs, this informaon should include ALL acons, tha t is the series of system acvies (by the system and applicaon pr ocesses) and the records of computer events and user acvies, related to Kiesha Danielle Lewis, including the person execung the acon.

## RE: Non-redacted Document Request

Brian.Sonfield@treasury.gov <Brian.Sonfield@treasury.gov>

Mon 5/6/2019 3:37 PM

**To:** kieshalewis@hotmail.com <kieshalewis@hotmail.com>

Hi Ms. Lewis. If you wish to file a new FOIA request with Treasury, you can do so. However, if the Treasury FOIA office made appropriate redactions previously, its analysis would not change due to the fact that you now have an MSPB case. If you think that you are entitled to additional information due to your MSPB case, the best way to obtain it would be through discovery to IRS in that case.

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Monday, May 6, 2019 3:07 PM
**To:** Sonfield, Brian <Brian.Sonfield@treasury.gov>
**Subject:** Re: Non-redacted Document Request

Hi Mr. Sonfield,

I have submitted a Discovery Request to IRS. However, I am requesting this information from Treasury, not IRS. I obtained the redacted information from Treasury (not the IRS) via the FIOA process and now that I have a court case number am requesting the unredacted version of this information. Is there another method by which I request the unredacted information from Treasury, especially since HR Connect IS a Treasury system.

Thanks in advance!

Kiesha D. Lewis
kieshalewis@hotmail.com

---

**From:** Brian.Sonfield@treasury.gov <Brian.Sonfield@treasury.gov>
**Sent:** Monday, May 6, 2019 2:28 PM
**To:** kieshalewis@hotmail.com
**Subject:** RE: Non-redacted Document Request

Hello Ms. Lewis. It appears that you are asking for discovery in connection with an MSPB matter. I forwarded your inquiry to IRS counsel's office, and I have been informed that you should reach out to Byron Smalley or Mark Wines regarding the matter. Thanks.

**Brian J. Sonfield**
*Assistant General Counsel*
General Law, Ethics and Regulation | Department of the Treasury
1500 Pennsylvania Ave, NW | Washington, DC 20220
202.622.9804 | brian.sonfield@treasury.gov

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Sunday, May 5, 2019 5:08 PM
**To:** Sonfield, Brian <Brian.Sonfield@treasury.gov>

**Cc:** Kiesha Lewis <kieshalewis@hotmail.com>
**Subject:** Re: Non-redacted Document Request

Hello Mr. Sonfield,

I wanted to follow-up on my request because I have not had a response to date. How do I obtain this informaon for Treasury?

Thanks in advance!

Kiesha D. Lewis
kieshalewis@hotmail.com

---

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Friday, April 19, 2019 3:51 PM
**To:** Brian.Sonfield@treasury.gov
**Subject:** Non-redacted Document Request

Good Afternoon Mr. Sonfield,

I am contacng y ou to fulfill a document request. In 2017, I contacted the Treasury FOIA department, for a FOIA request, FOIA Case # 2017-11-151. The request was parally fulfilled; wha t I was provided was not complete and it was redacted - I was provided what I could be provided under the FOIA rules and regulaons.

Today, I have a MSPB case, Docket No. DC-1221-19-0365-W-1, which entles me t o be able to obtain my performance informaon in full and in a non-r edacted form. As such, I am providing my document request below. I am also enclosing a copy of my original complaint that I filed on MSPB.

Please feel free to contact me if I can provide any addional in formaon t o assist you with compleng this request.

Thanks in advance!

Kiesha D. Lewis
kieshalewis@hotmail.com

**Document Request**
I request that a copy of the following documents be provided to me; the Non-REDACTED System Audit Trail (also known as the 'System Audit Log') informaon f or the HR Connect system and IT HRB emails and reports for Kiesha Danielle Lewis, SEID 0D7NB, for the me period of Sep tember 1, 2017 to November 13, 2017.

For the System Logs, this informaon should include ALL acons, tha t is the series of system acvies (by the system and applicaon pr ocesses) and the records of computer events and user acvies, related to Kiesha Danielle Lewis, including the person execung the acon.

RE: Treasury Touhy Request

Wines Mark A <Mark.A.Wines@irscounsel.treas.gov>
Thu 6/27/2019 3:27 PM

To: Kiesha Lewis <kieshalewis@hotmail.com>
Cc: Smalley Byron D <Byron.D.Smalley@irscounsel.treas.gov>; Andrew.Stein@treasury.gov <Andrew.Stein@treasury.gov>

Ms. Lewis,

You have asserted a right to seek discovery from the Departmental Office of the Department of the Treasury under your interpretation of MSPB Discovery rules, § 1201.72 which allow discovery requests to "nonparties and nonparty Federal agencies and employees." This assertion is mistaken, because the Departmental Office of the Department of the Treasury is not a "nonparty Federal Agency". Your pending MSPB appeal (DC-1221-19-0365-W-1) names the Department of the Treasury as the respondent Agency. Byron Smalley and I have been designated as the Department of the Treasury's legal representatives in MSPB case no. DC-1221-19-0365-W-1. Consequently, I am making this response to your recent correspondence with Andrew Stein and Brian Sonfield.

At your insistence, the Agency is treating your May 7, 2019 Touhy request as a discovery request in your pending MSPB appeal. As such, the Agency objects to your May 7, 2019 request, in its entirety, as it was not served within 30 days of the March 20, 2019 Acknowledgement Order and because it expressly duplicates discovery requests you have already made to the Agency and to which the Agency has already responded.

You acknowledged in your June 25, 2019 email that the Agency has objected that your discovery request is not relevant to your claims or to the Agency's defenses in this matter and it is therefore unduly burdensome and not proportional to the needs of this appeal. If you wish to challenge that objection, kindly explain how the information from the HR Connect System Logs would be relevant and material to your claim that your 2017 performance appraisal rating was retaliatory.

Thanks,
**Mark A. Wines**
Phone: 202 317-6027
Facsimile: 202 317-6713

*This e-mail message and its contents may contain attorney-client, attorney-work product or other privileged information, and may not be forwarded, reproduced, disseminated or otherwise communicated without the express permission of the sender.*


**From:** Kiesha Lewis [mailto:kieshalewis@hotmail.com]
**Sent:** Tuesday, June 25, 2019 11:29 AM
**To:** Wines Mark A; Andrew.Stein@treasury.gov
**Cc:** Brian.Sonfield@treasury.gov; Smalley Byron D
**Subject:** Re: Treasury Touhy Request

Good morning Mr. Wines,

Based on the MSPB Procedures, specifically 1201.73, as the Appellant, I can make discovery requests from non parties, especially if the evidence is pertinent to my case.

The information I am requesting is pertinent to my case and was previously provided by Treasury in a redacted form. In the email below, Treasury stated that in its conversations with IRS, I would be

provided this information later this month.

However, the statements provided by the Agency in its response to my discovery, the statements made to Treasury seem misleading and appear to be an obstruction effort to me obtaining neccessary and pertinent information to my case.

Consequently, I am returning to my original diacovery request to Treasury for this information.

V/R

Kiesha D. Lewis

Get Outlook for Android

---

**From:** Wines Mark A <Mark.A.Wines@irscounsel.treas.gov>
**Sent:** Tuesday, June 25, 2019 9:51:40 AM
**To:** Kiesha Lewis; Andrew.Stein@treasury.gov
**Cc:** Brian.Sonfield@treasury.gov; Smalley Byron D; Kiesha Lewis
**Subject:** RE: Treasury Touhy Request

Ms. Lewis,

Your rights to discovery in your pending MSPB litigation do not extend to separately seeking discovery from the Departmental Office of the Department of Treasury or from Treasury bureaus other than the IRS.

Mr Smalley and I represent the Agency in your MSPB matter. Kindly direct your correspondence regarding it to us.

Thanks,

Mark Wines
BB (301) 863-2722
Office (202) 317-6027

---

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Date:** Monday, Jun 24, 2019, 11:17 PM
**To:** Andrew.Stein@treasury.gov <Andrew.Stein@treasury.gov>
**Cc:** Brian.Sonfield@treasury.gov <Brian.Sonfield@treasury.gov>, Wines Mark A <Mark.A.Wines@irscounsel.treas.gov>, Smalley Byron D <Byron.D.Smalley@irscounsel.treas.gov>, Kiesha Lewis <kieshalewis@hotmail.com>
**Subject:** Re: Treasury Touhy Request

Good Evening Mr. Stein, Mr. Sonfield,

I just received the IRS response to my discovery request as it pertains to the HR Connect System Logs, please see below:

**AGENCY RESPONSE:** The Agency objects that this request is not relevant to Appellant's claims or to the Agency's defenses in this matter and is therefore unduly burdensome and not proportional to the needs of this appeal.

I need to know if Treasury is in agreement with the IRS response and is unwilling to comply with my discovery request.

V/R,

Kiesha D. Lewis
kieshalewis@hotmail.com

---

**From:** Andrew.Stein@treasury.gov <Andrew.Stein@treasury.gov>
**Sent:** Friday, June 7, 2019 2:27 PM
**To:** kieshalewis@hotmail.com
**Cc:** Brian.Sonfield@treasury.gov
**Subject:** RE: Treasury Touhy Request

Hi Kiesha-

I followed up with the IRS Counsel attorneys handling your MSPB case, and they have informed me that you requested the same material from them (HR Connect audit trail documentation), they are able to access this material, and expect to make a production in your case by the end of the month. Accordingly, there's no need for Departmental Offices to separately search for and produce these materials.

Please contact IRS Counsel if you have any additional questions.

Best,
Andrew

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Wednesday, May 22, 2019 6:35 PM
**To:** Stein, Andrew <Andrew.Stein@treasury.gov>
**Cc:** Sonfield, Brian <Brian.Sonfield@treasury.gov>
**Subject:** Re: Treasury Touhy Request

Hello Mr. Stein,

Please see the attached Acknowledgement Order (pages 7 - 8) stating that Discovery has commenced. Based on my interpretation of the MSPB Discovery rules, § 1201.72 Explanation and scope of discovery (https://www.mspb.gov/mspbsearch/viewdocs.aspx?docnumber=274862&version=275173&application=HTML#B-Discovery), I can make requests to "nonparties and nonparty Federal agencies and employees", as long as they are are directly related to matters in my case. Due to the fact that one of the key issues in my case is my Performance Rating and the information located in my Performance Rating electronic file, the information I am requesting is directly related to my case.

Please let me know if Treasury is unwilling to comply with my Discovery documentation request.

Thanks in advance!

Kiesha D. Lewis
kieshalewis@hotmail.com

**From:** Andrew.Stein@treasury.gov <Andrew.Stein@treasury.gov>
**Sent:** Wednesday, May 8, 2019 10:52 AM
**To:** kieshalewis@hotmail.com
**Cc:** Brian.Sonfield@treasury.gov
**Subject:** RE: Treasury Touhy Request

Ms. Lewis-

I'm responding on behalf of Brian Sonfield to your purported Touhy request to Treasury. Treasury's Touhy regulation (31 CFR 1.11) is not applicable to this request, as it provides internal housekeeping procedures in response to a demand or request for information pursuant to a request, order, or subpoena issued through a pending legal proceeding. The regulation does not provide an independent vehicle to request Treasury documents outside of an existing proceeding, and the mere fact that you have an open MSPB case is not a sufficient basis for Treasury to process your document request.

Accordingly, the proper ways to request this information would be through a FOIA request (per your email below, I understand that Treasury has provided documents to you in response to a FOIA request in 2017) or through discovery originating from your MSPB case. If you have any questions about the MSPB discovery process, you may contact IRS Counsel attorneys Mark Wine (Mark.A.Wines@irscounsel.treas.gov) or Byron Smalley (Byron.D.Smalley@irscounsel.treas.gov) who are familiar with your case.


Andrew Stein
Attorney Advisor
General Law and Regulation
U.S. Department of the Treasury




**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Tuesday, May 7, 2019 9:53 PM
**To:** Sonfield, Brian <Brian.Sonfield@treasury.gov>
**Cc:** Kiesha Lewis <kieshalewis@hotmail.com>
**Subject:** Treasury Touhy Request

Hello Mr. Sonfield,

Enclosed is my Touhy request for document production and written response from Treasury employees.

Please feel free to contact me with any questions or comments.

Kiesha D. Lewis
kieshalewis@hotmail.com

---

**From:** Brian.Sonfield@treasury.gov <Brian.Sonfield@treasury.gov>
**Sent:** Monday, May 6, 2019 3:37 PM
**To:** kieshalewis@hotmail.com
**Subject:** RE: Non-redacted Document Request

Hi Ms. Lewis. If you wish to file a new FOIA request with Treasury, you can do so. However, if the Treasury FOIA office made appropriate redactions previously, its analysis would not change due to the fact that you now have an MSPB case. If you think that you are entitled to additional information due to your MSPB case, the best way to obtain it would be through discovery to IRS in that case.

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Monday, May 6, 2019 3:07 PM
**To:** Sonfield, Brian <Brian.Sonfield@treasury.gov>
**Subject:** Re: Non-redacted Document Request

Hi Mr. Sonfield,

I have submitted a Discovery Request to IRS. However, I am requesting this information from Treasury, not IRS. I obtained the redacted information from Treasury (not the IRS) via the FIOA process and now that I have a court case number am requesting the unredacted version of this information. Is there another method by which I request the unredacted information from Treasury, especially since HR Connect IS a Treasury system.

Thanks in advance!

Kiesha D. Lewis
kieshalewis@hotmail.com

---

**From:** Brian.Sonfield@treasury.gov <Brian.Sonfield@treasury.gov>
**Sent:** Monday, May 6, 2019 2:28 PM
**To:** kieshalewis@hotmail.com
**Subject:** RE: Non-redacted Document Request

Hello Ms. Lewis. It appears that you are asking for discovery in connection with an MSPB matter. I forwarded your inquiry to IRS counsel's office, and I have been informed that you should reach out to Byron Smalley or Mark Wines regarding the matter. Thanks.

**Brian J. Sonfield**
*Assistant General Counsel*
General Law, Ethics and Regulation | Department of the Treasury
1500 Pennsylvania Ave, NW | Washington, DC 20220
202.622.9804 | brian.sonfield@treasury.gov

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Sunday, May 5, 2019 5:08 PM
**To:** Sonfield, Brian <Brian.Sonfield@treasury.gov>
**Cc:** Kiesha Lewis <kieshalewis@hotmail.com>
**Subject:** Re: Non-redacted Document Request

Hello Mr. Sonfield,

I wanted to follow-up on my request because I have not had a response to date. How do I obtain this information for Treasury?

Thanks in advance!

Kiesha D. Lewis
kieshalewis@hotmail.com

---

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Friday, April 19, 2019 3:51 PM
**To:** Brian.Sonfield@treasury.gov
**Subject:** Non-redacted Document Request

Good Afternoon Mr. Sonfield,

I am contacting you to fulfill a document request. In 2017, I contacted the Treasury FOIA department, for a FOIA request, FOIA Case # 2017-11-151. The request was partially fulfilled; what I was provided was not complete and it was redacted - I was provided what I could be provided under the FOIA rules and regulations.

Today, I have a MSPB case, Docket No. DC-1221-19-0365-W-1, which entitles me to be able to obtain my performance information in full and in a non-redacted form. As such, I am providing my document request below. I am also enclosing a copy of my original complaint that I filed on MSPB.

Please feel free to contact me if I can provide any additional information to assist you with completing this request.

Thanks in advance!

Kiesha D. Lewis
kieshalewis@hotmail.com

**Document Request**
I request that a copy of the following documents be provided to me; the Non-REDACTED System Audit Trail (also known as the 'System Audit Log') information for the HR Connect system and IT HRB emails and reports for Kiesha Danielle Lewis, SEID 0D7NB, for the time period of September 1, 2017 to November 13, 2017.

For the System Logs, this information should include ALL actions, that is the series of system activities (by the system and application processes) and the records of computer events and user activities, related to Kiesha Danielle Lewis, including the person executing the action.