# *Request for Production of Documents*

**Merit Systems Protection Board**
**Washington Regional Office**

_____
**Kiesha D. Lewis,**           )
                               )
    **Appellant,**         )  **Docket Number: DC-1221-19-0365-W-1**
                               )
**vs.**                        )
                               )
**Department of Treasury,**    )
**Internal Revenue Service**   )
                               )
    **AGENCY.**             )
_____)

### APPELLANT'S REQUEST FOR PRODUCTION OF DOCUMENTS

    The Appellant, Kiesha D. Lewis, requests that the Agency respond to the following request for production of documents. You are required to respond to this request no later than twenty (20) calendar days after receipt of this Request for the Production of Documents. Your response(s) and the documents are to be sent to the undersigned at kieshalewis@hotmail.com.

1. Please provide a complete copy of the emails of the Appellant, Kiesha D. Lewis, SEID # 0D7NB from IRS email servers and/or backup storage repositories from November 2016 to November 2017. Said files are to be in its non-purged and non-redacted form and content. In the event any documents of any kind or nature whatsoever have been removed from said device, name the person in whose care, custody or possession such documents are at, and the reason for their removal.

2. Please provide any and all emails, text messages, screenshots, and documents related to the completion and official filing/submission of the Appellant's FY2017 Performance Rating as of 12/1/2017 from backup systems/servers and any file servers, to include the HR Connect system, as well as a copy of the file as of 10/11/2017. These should include the dates each entry was signed, the date of that signature, and the person who made the entry. Said files are to be in its non-purged and non-redacted form and content. In the event any documents of any kind or nature whatsoever have been removed from said device, name the person in whose care, custody or possession such documents are at, and the reason for their removal.

3. Please provide any and all emails, text messages, screenshots, and documents related to the deactivation of the Appellant's IRS email address: Kiesha.D.Lewis@irs.gov. These should include the dates each entry was signed, the date of that signature, and the person who made the entry. Said files are to be in its non-purged and non-redacted form and content. In the event any documents of

any kind or nature whatsoever have been removed from said device, name the person in whose care, custody or possession such documents are at, and the reason for their removal.

4. Please provide any and all emails, text messages, screenshots, and documents related to the deactivation and/or removal of the Appellant from the IRS Discovery Directory Application. These should include the dates each entry was signed, the date of that signature, and the person who made the entry. Said files are to be in its non-purged and non-redacted form and content. In the event any documents of any kind or nature whatsoever have been removed from said device, name the person in whose care, custody or possession such documents are at, and the reason for their removal.

5. Please provide any and all emails, text messages, screenshots, and documents related to the CSIRC request to deactivate the Appellant's IRS email address: Kiesha.D.Lewis@irs.gov that was submitted on 4/18/2019. These should include the dates each entry was signed, the date of that signature, and the person who made the entry. Said files are to be in its non-purged and non-redacted form and content. In the event any documents of any kind or nature whatsoever have been removed from said device, name the person in whose care, custody or possession such documents are at, and the reason for their removal. Please provide any and all emails, text messages, and documents related to the completion and official filing/submission of the FY2017 Performance Rating and Appraisal of Mr. Kevin McCreight's. Said files are to be in its non-purged and non-redacted form and content. In the event any documents of any kind or nature whatsoever have been removed from said device, name the person in whose care, custody or possession such documents are at, and the reason for their removal.

6. Please provide complete copies of IT Human Resources Board (HRB) emails, text messages, and documents related to the filing/submission/completion of the Appellant, Kiesha D. Lewis' FY2017 Performance Appraisal, rating, and awards/results of the Appellant from 8/1/2017 - 12/1/2017 that were sent by or responded by all persons involved to include Mr. Kevin McCreight, Ms. Ramona Henby, MS. Linda Gilpin, Ms. Marla Sommerville, and Ms. Gina Garza . Said files are to be in its non-purged and non-redacted form and content. In the event any documents of any kind or nature whatsoever have been removed from said device, name the person in whose care, custody or possession such documents are at, and the reason for their removal.

7. Please provide system audit logs and screenshots from all related HR systems, to include USAJobs and HRConnect that reflect the entry of the appraisal (with timestamps) from 8/1/2017 to 4/15/2019 for the Appellant, Kiesha D. Lewis. Said files are to be in its non-purged and non-redacted form and content. In the event any documents of any kind or nature whatsoever have been removed from said device, name the person in whose care, custody or possession such documents are at, and the reason for their removal.

8. Please provide a complete copy of HR Connect System Log Files for Kiesha D. Lewis, SEID # 0D7NB from 8/1/2017 - to 12/1/2017, to include screenshots and report documents. The UNREDACTED System Audit Trail (also known as the

      'System Audit Log') information should include ALL actions, that is the series of system activities (by the system and application processes) and the records of computer events and user activities, related to Kiesha Danielle Lewis, including the person executing the action. Said files are to be in its non-purged and non-redacted form and content. In the event any documents of any kind or nature whatsoever have been removed from said device, name the person in whose care, custody or possession such documents are at, and the reason for their removal.

9. Please provide a copy the IRS Policies that were effective during the timeframe of 1/1/2017 - 11/30/2017, to include a Change History record for the specific categories identified below. Said files are to be in its non-purged and non-redacted form and content. In the event any documents of any kind or nature whatsoever have been removed from said device, name the person in whose care, custody or possession such documents are at, and the reason for their removal.
   - Human Resources; specific areas of interest include:
     - Hiring, lateral and detail assignments
     - Performance Management
     - Exit Clearance, specifically SF50 generation, leave balances, PIV Credentials, Employee File
     - Pending Background Applications for persons who have resigned or transferred to another agency
   - Deactivating an employee's IRS Email Account
   - Deactivation and/or removing an employee from the IRS' Discovery Directory Application
   - PIV Credentials
     - Exit Clearance
   - Criminal and Financial Crime Investigations
     - Naming an individual a "Person of Interest"

10. IRS Processes that were effective during the timeframe of 1/1/2017 - 11/30/2017, to include a Change History record for the specific categories identified below. Said files are to be in its non-purged and non-redacted form and content. In the event any documents of any kind or nature whatsoever have been removed from said device, name the person in whose care, custody or possession such documents are at, and the reason for their removal.
    - Human Resources; specific areas of interest
      - Hiring, lateral and detail assignments
      - Performance Management
      - Exit Clearance, specifically SF50 generation, leave balances, PIV Credentials, Employee File
      - Pending Background Applications for persons who have resigned or transferred to another agency
    - Deactivating an employee's IRS Email Account
    - Deactivation and/or removing an employee from the IRS' Discovery Directory Application

- PIV Credentials
  - Exit Clearance
- Criminal and Financial Crime Investigations
  - Naming an individual a "Person of Interest"

11. IRS Standard Operating Procedures (SOPs) that were effective during the timeframe of 1/1/2017 - 11/30/2017, to include a Change History record for the specific categories identified below. Said files are to be in its non-purged and non-redacted form and content. In the event any documents of any kind or nature whatsoever have been removed from said device, name the person in whose care, custody or possession such documents are at, and the reason for their removal.

    - Human Resources; specific areas of interest
      - Hiring, lateral and detail assignments
      - Performance Management
      - Exit Clearance, specifically SF50 generation, leave balances, PIV Credentials, Employee File
      - Pending Background Applications for persons who have resigned or transferred to another agency
    - Deactivating an employee's IRS Email Account
    - Deactivation and/or removing an employee from the IRS' Discovery Directory Application
    - PIV Credentials
      - Exit Clearance
    - Criminal and Financial Crime Investigations
      - Naming an individual a "Person of Interest"

12. Please provide copies of the TIGTA Notification to the IRS pertaining to TIGTA Case Numbers: TRN-1901-0369, TRN-1901-0370, TRN-1802-0751, TRN-1611-0623, and TRN-1701-0215. Said files are to be in its non-purged and non-redacted form and content. In the event any documents of any kind or nature whatsoever have been removed from said device, name the person in whose care, custody or possession such documents are at, and the reason for their removal.

13. Please provide copies of the TIGTA Reports of Investigation to the IRS pertaining to TIGTA Case Numbers: TRN-1901-0369, TRN-1901-0370, TRN-1802-0751, TRN-1611-0623, and TRN-1701-0215. Said files are to be in its non-purged and non-redacted form and content. In the event any documents of any kind or nature whatsoever have been removed from said device, name the person in whose care, custody or possession such documents are at, and the reason for their removal.

14. Please provide copies of any documents referred to or relied upon in your answers to interrogatories.

15. All documents you intend to enter into evidence at a dispositive hearing or trial in this case.

16. Provide emails and documents pertaining to the Web Applications Blanket Purchase Agreement (BPA) that was awarded approximately in May 2017 and for all contracts and/or task orders that provided support for the Web Applications Program since the program began. Said files are to be in its non-purged and non-redacted form and content. In the event any documents of any kind or nature whatsoever have been removed from said device, name the person in whose care, custody or possession such documents are at, and the reason for their removal. For the BPA, this information should include
    - the Written explanation for the delay in contract award (from September 2016 to May 2017), to include: the exact reason WHY the contract was not being awarded, the individuals within the IRS and the Department of Treasury, who were provided with this information, e.g. CIO, Associate CIO, Web Apps Director, etc., what was done to remedy the deficiency so that the contract was awarded, and who approved and/or signed-off for the contract to be awarded,
    - The listing of Technical Evaluation Factors used to rate each vendor/contractor submission
    - During the delay of the contract award, specifically AFTER vendors had submitted their proposals and PRIOR to the BPA being awarded, Senior Manager Kevin McCreight attended several sessions with a subset of these vendors. For each of the sessions provide: the dates of these meetings, Who attended these meetings, The Purpose of these meetings, the Minutes of these discussions, and if the information obtained during these meetings was shared/distributed to ALL the vendors who submitted written proposals: If not, please provide the written justification as to why it wasn't and if that violates any open and fair contracting practices.

17. Please provide copies of the 2017 and 2018 financial cost information pertaining to the Web Applications Program. This information should cover the following: Overtime Costs, Contract Costs, and Program Costs. The Overtime Costs should include a complete accounting of the total funds spent on overtime on fulltime equivalents (FTEs) for the Web Applications program since the program began to April 2018. Also, a complete breakdown of the cost by organization. The Contract Costs should be a complete accounting on the total funds spent on contracts for Web Applications the program since the program began to April 2018, by contractor/vendor. The Program Costs should be a complete accounting on the total funds spent within the Web Applications the program since the program began to April 2018. Also, a complete breakdown of the cost by both FY and by quarter. This should include: Cost Projections (Planned), Cost Actuals, and Any Variances over. For each Cost Variance, the following information should be provided: the Date Variance Occurred, the % of the Variance, How long the variance existed, and How the variance was corrected, e.g. was a contract ended, was additional funding provided, was the baseline of program changed. Said files are to be in its non-purged and non-redacted form and content. In the event any documents of any kind or nature whatsoever have been removed from said device, name the person in whose care, custody or possession such documents are at, and the reason for their removal.

18. Please provide screenshots from the USAJobs system and any emails, text messages or documents for the following job announcement numbers for each

specified timeframe. These screenshots should contain timestamps for each action that was executed for that particular announcement. Said files are to be in its non-purged and non-redacted form and content. In the event any documents of any kind or nature whatsoever have been removed from said device, name the person in whose care, custody or possession such documents are at, and the reason for their removal.
- 18-VAOIG-97-SES. Prior to 3/30/2018 and after 3/30/2018
- 18-VAOIG-18-SES. Prior to 11/29/2017 and after 11/29/2017
- 18-VAOIG-1-SES. Prior to 11/21/2017 and after 11/21/2017
- 17CE1-ITN0243-2210-14-LA. Prior to 9/25/2017, on 9/25/201718-VAOIG-44, and after 12/4/2018
- 18-VAOIG-66. Prior to 2/15/2018 and after 2/15/2018
- 18-DO-488. Prior to 10/15/2018 and after 10/15/2018

Respectfully Submitted,

Date:_____

_____
Kiesha D. Lewis
Appellant

## CERTIFICATION OF SERVICE

I certify that the attached Document(s) was (were) sent as indicated this day to each of the following:

<u>Agency Representative</u>

| | |
|---|---|
| Electronic Mail | Area Counsel<br>Department of the Treasury<br>Office of Chief Counsel<br>General Legal Services<br>1111 Constitution Ave NW<br>Rom 6404 CC:GLS:WAS<br>Washington, DC 20224 |
| Electronic Mail | Byron D. Smalley<br>Department of the Treasury<br>Office of Chief Counsel<br>General Legal Services<br>1111 Constitution Ave NW<br>Rom 6404 CC:GLS:WAS<br>Washington, DC 20224 |
| Electronic Mail | Mark Wines<br>Department of the Treasury<br>Office of Chief Counsel<br>General Legal Services<br>1111 Constitution Ave NW<br>Rom 6404 CC:GLS:WAS<br>Washington, DC 20224 |

April 15, 2019
(Date)

_____
Kiesha D. Lewis
Appellant