

PRIVACY, GOVERNMENTAL
LIAISON AND DISCLOSURE

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

The Honorable Anthony G. Brown
Member, U.S. House of Representatives
9701 Apollo Drive, Suite 103
Upper Marlboro, MD 20774-4785

Dear Representative Brown:

I apologize for the delay responding to your inquiry dated July 31, 2019, on behalf of your constituent Kiesha D. Lewis. Ms. Lewis asked for help in receiving a Merit Systems Protection Board (MSPB) discovery request she sent to the IRS. She requested for specific emails and system activity audit files that support her case, received in our office on September 27, 2019.

As of November 18, 2019, our Disclosure office has received 21 Freedom of Information Act (FOIA) requests from Ms. Lewis.

The following five FOIA requests are currently open and in process. For your reference, I am enclosing a copy of each FOIA request referenced by the Disclosure case numbers below:

F19218-0136   F19239-0002   F20294-0078
F20297-0001   F20297-0002

The following 16 FOIA requests have been processed and closed. I am enclosing a copy of each FOIA request along with the respective final closing letter issued to Ms. Lewis referenced by the Disclosure case numbers below:

F18099-0023   F18099-0024   F18106-0008   F18106-0009
F18113-0044   F18113-0045   F18143-0034   F18149-0012
F18155-0031   F18169-0022   F19214-0064   F19218-0137
F19241-0007   F19241-0010   F18057-0060   F19241-0008

Kiesha D. Lewis
2305 Prima Way
Bowie, MD 20721
Phone: (240) 346 – 8398, Email: kieshalewis@hotmail.com

August 2, 2019

Internal Revenue Service
Central Processing Unit
Stop 211
PO Box 621506
Atlanta, GA 30362-3006
(fax) 877-807-9215

Dear Disclosure Manager:
This is a request under the Freedom of Information Act/Privacy Act.

I am requesting that the IRS provide me with their Standard Operation Procedures (SOPs) and policies related to contract management. Specifically, I am requesting information related to:
- Personal Services Contracts
- Contract Modifications
- Interviewing Contractors, especially before they are hired by a vendor
- Anti-Deficiency Act Violations

I do not wish to inspect the documents first. In order to determine my status for the applicability of fees, you should know that I am a former IRS employee, my last position with the IRS was that of a Frontline Manager.

For the SOP and policy, I am also requesting that exceptions to each (meaning when it is acceptable for an IRS employee to disregard this information) be provided.

As proof of identity I am including a photocopy of my driver's license.

I am willing to pay fees for this request up to a maximum of $50.00. If you estimate that the fees will exceed this limit, please inform me first.

Thank you for your consideration of this request.

Sincerely,

Kiesha D. Lewis
kieshalewis@hotmail.com
(240) 346-8398

Kiesha D. Lewis
2305 Prima Way
Bowie, MD 20721
Phone: (240) 346 – 8398, Email: kieshalewis@hotmail.com

August 23, 2019

Internal Revenue Service
Central Processing Unit
Stop 211
PO Box 621506
Atlanta, GA 30362-3006
(fax) 877-807-9215

Dear Disclosure Manager:
This is a request under the Freedom of Information Act/Privacy Act.

I request that I be provided that a copy of ALL emails, email attachments and meeting invites sent to, from, or copied for the following names for the time period of February 2017 to October 2017 and associated with email address: Kiesha.D.Lewis@irs.gov, SEID 0D7NB:

- Shondraya Levy
- Claudine Moses
- Braxtina Bacon
- Shreya Patel
- Kevin McCreight
- Ramona Henby
- Linda Gilpin

This information can be obtained directly from IT organization, Enterprise Operations (EOps). When I resigned, I returned my laptop to the EOps organization.

I do not wish to inspect the documents first. In order to determine my status for the applicability of fees, you should know that I am a former IRS employee, my last position with the IRS was that of a Frontline Manager. Moreover, I did not work in a classified environment, therefore none of these files are deemed classified.

As proof of identity I am including a photocopy of my driver's license.

I am willing to pay fees for this request up to a maximum of $50.00. If you estimate that the fees will exceed this limit, please inform me first.

Thank you for your consideration of this request.

Sincerely,

Kiesha D. Lewis

RECEIVED BY IRS-EEFAX        10/20/2019 9:09PM (GMT-05:00)

Kiesha D. Lewis
2305 Prima Way
Bowie, MD 20721
Phone: (240) 346 – 8398, Email: kieshalewis@hotmail.com

October 20, 2019

Internal Revenue Service
Central Processing Unit
Stop 211
PO Box 621506
Atlanta, GA 30362-3006
(fax) 877-807-9215

Dear Disclosure Manager:
This is a request under the Freedom of Information Act/Privacy Act.

I request that I be provided a copy of all HR Connect Helpdesk tickets from September 2017 to March 2019 that were generated by Kevin McCreight (IRS Employee), Ramona Henby (IRS Employee), Linda Gilpin (IRS Employee), Marla Sommerville (IRS Employee), and S. Gina Garza (IRS Employee) pertaining to the Kiesha D Lewis.

I do not wish to inspect the documents first. In order to determine my status for the applicability of fees, you should know that I am a former IRS employee, my last position with the IRS was that of a Frontline Manager.

As proof of identity I am including a photocopy of my driver's license.

I am willing to pay fees for this request up to a maximum of $50.00. If you estimate that the fees will exceed this limit, please inform me first.

Thank you for your consideration of this request.

Sincerely,

Kiesha D. Lewis

Kiesha D. Lewis
2305 Prima Way
Bowie, MD 20721
Phone: (240) 346 – 8398, Email: kieshalewis@hotmail.com

October 20, 2019

Internal Revenue Service
Central Processing Unit
Stop 211
PO Box 621506
Atlanta, GA 30362-3006
(fax) 877-807-9215

Dear Disclosure Manager:
This is a request under the Freedom of Information Act/Privacy Act.

I request that I be provided a copy of all HR Connect System generated notifications sent to Kevin Mccreight (IRS Employee), Ramona Henby (IRS Employee), and Linda Gilpin (IRS Employee), in reference to the Appellant from September 2017 to March 2019. These notifications should include the notification content and the date of the notification.

I do not wish to inspect the documents first. In order to determine my status for the applicability of fees, you should know that I am a former IRS employee, my last position with the IRS was that of a Frontline Manager.

As proof of identity I am including a photocopy of my driver's license.

I am willing to pay fees for this request up to a maximum of $50.00. If you estimate that the fees will exceed this limit, please inform me first.

Thank you for your consideration of this request.

Sincerely,

*[signature]*

Kiesha D. Lewis

Kiesha D. Lewis
2305 Prima Way
Bowie, MD 20721
Phone: (240) 346-8583, Email: kieshalewis@hotmail.com

October 20, 2019

Internal Revenue Service
Central Processing Unit
Stop 211
PO Box 621506
Atlanta, GA 30362-3006
(fax) 877-807-9215

Dear Disclosure Manager:
This is a request under the Freedom of Information Act/Privacy Act.

I request that I be provided the Applicant History Report for each of the following announcement numbers. This report will contain the following information: Date/Time of action, Change/Comment, and the person who made the change. I asking to also be provided with the Evaluation and Section Process information which should include: the selection process in step by step detail as to how candidates were evaluated and selected; the safeguards used, if any, employed and put into place by the Selecting and/or recommending officials and communicated to the supervisors/managers, the criteria given by the Selecting Official and/or selection panel, the reasons that the selectee was selected, and the reason(s) that Kiesha D. Lewis was not selected for each announcement(s).

- TECHNICAL ADVISOR - Announcement number: 17CS6-HCN0742-0301-15-JC
- Supervisory Human Resource Specialist (LEADS) - Announcement number: 17CSI-HCM0553-0201-04-GH

I do not wish to inspect the documents first. In order to determine my status for the applicability of fees, you should know that I am a former IRS employee, my last position with the IRS was that of a Frontline Manager.

As proof of identity I am including a photocopy of my driver's license.

I am willing to pay fees for this request up to a maximum of $50.00. If you estimate that the fees will exceed this limit, please inform me first.

Thank you for your consideration of this request.

Sincerely,

Kiesha D. Lewis

 

## For Danny Evans - Additional Information

**Kiesha Lewis** <kieshalewis@hotmail.com>
Wed 4/24/2019 5:24 PM
To: senator@cardin.senate.gov <senator@cardin.senate.gov>

📎 2 attachments (65 KB)
Appellant's Amended First Request for Interrogatories 4 18 2019.docx; Appellant's Amended First Request for Production 4 18 2019.docx;

Hello Senator Cardin,

This email is a follow-up to our phone conversaon pertaining your office assisng me with obtaining Discovery informaon from IRS, TIGTA, Treasury, and FinCEN. I will also aach copies/emails that I sent to each organizaon to assist you with your decision.

Thanks in advance and I look forward to working with you!

Kiesha D. Lewis

For the IRS, I need to obtain the aached documents and responses to these interrogatories.

From TIGTA, I need complete and non-redacted TIGTA Reports of Invesgaons (ROIs) and a status of the CSIRC ckket (this is a ckket that is entered when there is a security breach) to have my IRS email address deacvated.

From FinCEN, I am requesng responses to my FOIA requests.

From the Department of Treasury, I am requesng complete and non-redacted system logs.

## Fw: Non-redacted Document Request

**Kiesha Lewis** <kieshalewis@hotmail.com>
Wed 4/24/2019 5:28 PM
To: senator@cardin.senate.gov <senator@cardin.senate.gov>

📎 1 attachments (439 KB)
MSPB Complaint 14Mar2019.pdf;

This is the informaon pertaining to the informaon pertaining to Main Treasury.

---

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Friday, April 19, 2019 3:51 PM
**To:** Brian.Sonfield@treasury.gov
**Subject:** Non-redacted Document Request

Good Afternoon Mr. Sonfield,

I am contacng you to fulfill a document request. In 2017, I contacted the Treasury FOIA department, for a FOIA request, FOIA Case # 2017-11-151. The request was parally fulfilled; what I was provided was not complete and it was redacted - I was provided what I could be provided under the FOIA rules and regulaons.

Today, I have a MSPB case, Docket No. DC-1221-19-0365-W-1, which entles me to be able to obtain my performance informaon in full and in a non-redacted form. As such, I am providing my document request below. I am also enclosing a copy of my original complaint that I filed on MSPB.

Please feel free to contact me if I can provide any addional informaon to assist you with compleng this request.

Thanks in advance!

Kiesha D. Lewis
kieshalewis@hotmail.com

**Document Request**
I request that a copy of the following documents be provided to me; the Non-REDACTED System Audit Trail (also known as the 'System Audit Log') informaon for the HR Connect system and IT HRB emails and reports for Kiesha Danielle Lewis, SEID 0D7NB, for the me period of September 1, 2017 to November 13, 2017.

For the System Logs, this informaon should include ALL acons, that is the series of system acvies (by the system and applicaon processes) and the records of computer events and user acvies, related to Kiesha Danielle Lewis, including the person execung the acon.

## Fw: Obtaining TIGTA Reports of Investigation

**Kiesha Lewis** <kieshalewis@hotmail.com>
Wed 4/24/2019 5:26 PM
To: senator@cardin.senate.gov <senator@cardin.senate.gov>

📎 1 attachments (439 KB)
MSPB Complaint 14Mar2019.pdf;

Here is the information pertaining to TIGTA.

---

From: Kiesha Lewis <kieshalewis@hotmail.com>
Sent: Sunday, April 21, 2019 6:42 PM
To: Russell.George@tigta.treas.gov
Cc: Gladys.Hernandez@tigta.treas.gov; James.Jackson@tigta.treas.gov; Greg.Kutz@tigta.treas.gov; kieshalewis@hotmail.com
Subject: Obtaining TIGTA Reports of Investigation

Hello Mr. J. Russell George,

I am writing you to request your assistance in obtaining the TIGTA Reports of Investigation (ROIs) for TIGTA cases TRN-1901-0369, TRN-1901-0370, TRN-1802-0751, TRN-1611-0623, and TRN-1701-0215. I have attempted to obtain the complete and non-redacted reports via the FOIA process to no avail. However, I now have an open Court Case with the MSPB (DC-1221-19-0365-W-1), and the information contained in these reports is pertinent to my case. To assist with my request, I am including a copy of the original complaint I filed with the MSPB and am requesting to receive this information within 20 calendar days.

I am also requesting assistance in obtaining status information pertaining to an IRS CSIRC ticket opened on 4/18/2019 to deactivate my IRS email account (I resigned from the IRS in October of 2017, however, my IRS email account was never deactivated).

Please feel free to contact me at (240) 346-8398 or kieshalewis@hotmail.com if I can provide any additional information to assist you with fulfilling this request.

Kiesha D Lewis
Kieshalewis@hotmail.com

Enclosure(s)
Original MSBP Complaint

CC:
Ms. Gladys Hernandez, Chief Counsel
Mr. James Jackson, Deputy Inspector General for Investigations
Mr. Greg Kutz, Deputy Inspector General for Inspections & Evaluations

## IRS FOIA Request

**Kiesha Lewis** <kieshalewis@hotmail.com>
Fri 8/2/2019 9:47 AM

To: ogis@nara.gov <ogis@nara.gov>
Cc: Kiesha Lewis <kieshalewis@hotmail.com>

📎 2 attachments (858 KB)
IRS FOIA Request 25Feb2018.docx; Scan0136.pdf;

Good Morning,

I am contacting your agency in hopes that it can assist me with getting a FOIA request answered. For over a year, I have been waiting for the IRS to fulfill my FOIA request. Attached is the latest correspondence in reference to this request. I am contacting NARA because I anticipate that IRS will contact me again delaying its response. I do understand that I am not the only request on which they are working, however, I believe that 18 months suffices for me to have this request fulfilled.

I am also including my original FOIA request.

If I can provide any additional information, please feel free to contact me at kieshalewis@hotmail.com or (240) 346-8398.

Thanks in advance for any assistance you can provide!

Kiesha D. Lewis
kieshalewis@hotmail.com

## Re: Re: IRS FOIA Request

**OGIS** <OGIS+noreply@nara.gov>
Sun 8/18/2019 8:59 PM
To: Kiesha Lewis <kieshalewis@hotmail.com>

Thank you for contacting the Office of Government Information Services. This is an auto reply message.

If you requested our assistance with resolving a Freedom of Information Act (FOIA) dispute and have not done so already, please send us a brief description of your dispute and copies of your FOIA request, the agency's response to your request, your appeal letter (if you filed an appeal), and the agency's response to your appeal (if received a response).

Send these documents to OGIS by email, fax, or mail. Our contact information is below in the signature block.

Due to an increased demand for our services, there may be a delay in our response. We apologize for any inconvenience and look forward to assisting you.

Sincerely,
The OGIS Staff

--
OFFICE OF GOVERNMENT INFORMATION SERVICES
National Archives and Records Administration
8601 Adelphi Road (OGIS)
College Park, MD 20740-6001
Email: ogis@nara.gov
Phone: 202-741-5770
Fax: 202-741-5769
Website: https://www.archives.gov/ogis

## Re: IRS FOIA Request

**OGIS** <OGIS+noreply@nara.gov>
Fri 8/2/2019 9:49 AM
**To:** Kiesha Lewis <kieshalewis@hotmail.com>

Thank you for contacting the Office of Government Information Services. This is an auto reply message.

If you requested our assistance with resolving a Freedom of Information Act (FOIA) dispute and have not done so already, please send us a brief description of your dispute and copies of your FOIA request, the agency's response to your request, your appeal letter (if you filed an appeal), and the agency's response to your appeal (if received a response).

Send these documents to OGIS by email, fax, or mail. Our contact information is below in the signature block.

Due to an increased demand for our services, there may be a delay in our response. We apologize for any inconvenience and look forward to assisting you.

Sincerely,
The OGIS Staff

--
OFFICE OF GOVERNMENT INFORMATION SERVICES
National Archives and Records Administration
8601 Adelphi Road (OGIS)
College Park, MD 20740-6001
Email: ogis@nara.gov
Phone: 202-741-5770
Fax: 202-741-5769
Website: https://www.archives.gov/ogis

## Congressman Brown_Ms. Lewis_Department of Treasury Response (Intranet Quorum IMA00103846)

**Office of Congressman Anthony Brown (imailagent)** <MD04AB.DistrictServices@mail.house.gov>
Mon 12/2/2019 12:07 PM
To: kieshalewis@hotmail.com <kieshalewis@hotmail.com>

📎 2 attachments (279 KB)
WF Attachment 5143623 Lewis_DOT Response.pdf; IQFormatFile.txt;

**ANTHONY G. BROWN**
4TH DISTRICT, MARYLAND

HOUSE ARMED SERVICES COMMITTEE
VICE CHAIR

TRANSPORTATION &
INFRASTRUCTURE COMMITTEE

NATURAL RESOURCES COMMITTEE

HOUSE ETHICS COMMITTEE

### U.S. House of Representatives

WASHINGTON OFFICE
1323 LONGWORTH HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225-8699

PRINCE GEORGE'S OFFICE
9701 APOLLO DRIVE, SUITE 103
UPPER MARLBORO, MD 20774
(301) 458-2600

ANNE ARUNDEL OFFICE
2666 RIVA ROAD, SUITE 120
ANNAPOLIS, MD 21401
(410) 226-3249

Dear Ms. Lewis:

As you know, my staff and I have been working to assist you. I am enclosing a copy of the final response to the inquiry we made on your behalf. I hope the response will be helpful to you.

Thank you for giving me the opportunity to assist you.

Sincerely,

Anthony Brown