RE: Case # 2018-FOA-00256

Frye Monica L TIGTA <Monica.Frye@tigta.treas.gov>
Wed 4/17/2019 8:04 AM
To: Kiesha Lewis <kieshalewis@hotmail.com>

Good morning,

Unfortunately, I am not sure if this will assist you, however, you could possibly try to file discovery with the Agency you have your open case with.

Thank you and take care.

*Monica Frye*

Monica Frye
Government Information Specialist
Treasury Inspector General for Tax Administration
Office of Chief Counsel/ Disclosure Branch
1401 H. Street, NW, Suite 469
Washington, DC 20005-2110
(202) 622-2738 (office)
(202) 622-3339 (fax)
"There are times when silence has the loudest voice."


**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Wednesday, April 17, 2019 7:24 AM
**To:** Frye Monica L TIGTA <Monica.Frye@ gta.treas.gov>
**Subject:** Re: Case # 2018-FOA-00256

Good morning Ms. Frye,

And thank you so very much for your quick response. However, I don't think I completely expressed my question.

I understand the FOIA process. What I am asking is what is the process for people like me who require IG report info for open court cases. Is the FOIA process the only method. And if you are not the correct person to ask, please direct me to the correct office or person.

Kiesha D Lewis

Get Outlook for Android

---

**From:** Frye Monica L TIGTA <Monica.Frye@ gta.treas.gov>
**Sent:** Wednesday, April 17, 2019 7:00:44 AM
**To:** Kiesha Lewis
**Subject:** RE: Case # 2018-FOA-00256

Good morning,

What was provided is what is releasable under the FOIA. However, appeal rights are stated in our response.

Thank you and take care.

*Monica Frye*

Monica Frye
Government Information Specialist
Treasury Inspector General for Tax Administration
Office of Chief Counsel/ Disclosure Branch
1401 H. Street, NW, Suite 469
Washington, DC  20005-2110
(202) 622-2738 (office)
(202) 622-3339 (fax)
 "There are times when silence has the loudest voice."


**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Tuesday, April 16, 2019 6:26 PM
**To:** Frye Monica L TIGTA <Monica.Frye@ gta.treas.gov>
**Subject:** Re: Case # 2018-FOA-00256

Good Afternoon,

I reached out to your previously concerning obtaining a copy of the TIGTA Report. When my request was fulfilled, I received incomplete and/or redacted informaon.

Now, I have an open court case with the MSPB (MSPB Appeal Docket No. DC-1221-19-0365-W-1) and the complete and non-redacted file and informaon tha t I requested from your organizaon is r elevant to my case. What is the procedure I need to follow to obtain this complete and non-redacted informaon?

Thanks in advance!

Kiesha D. Lewis
kieshalewis@hotmail.com


**From:** Frye Monica L TIGTA <Monica.Frye@ gta.treas.gov>
**Sent:** Tuesday, October 9, 2018 8:26 AM
**To:** Kiesha Lewis
**Subject:** RE: Case # 2018-FOA-00256

Good morning,

The subject FOIA request was processed and our response was mailed to you. Thank you.

*Monica Frye*

Monica Frye
Government Information Specialist
Treasury Inspector General for Tax Administration

Office of Chief Counsel/ Disclosure Branch
1401 H. Street, NW, Suite 469
Washington, DC  20005-2110
(202) 622-2738 (office)
(202) 622-3339 (fax)
 "There are times when silence has the loudest voice."

---

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Friday, October 5, 2018 8:44 PM
**To:** Frye Monica L TIGTA <Monica.Frye@ gta.treas.gov>
**Cc:** Wood Erik T TIGTA <Erik.Wood@ gta.treas.gov>; Aus n Andrew V TIGTA <Andrew.Aus n@ gta.treas.gov>; cigie.informa on@cigie.gov; *TIGTA Whistleblower Protec on Coordinator <WhistleblowerProtec on@ gta.treas.gov>; *TIGTA OIT Webmaster <webmaster@ gta.treas.gov>; Russell.George@ gta.treas.gov; OIGCounsel@oig.treas.gov; Jackson James S TIGTA <James.Jackson@ gta.treas.gov>; Gerald Gilliard <ggilliard@employmentlegalteam.com>; Whistleblower_@ronjohnson.senate.gov; Whistleblowers_Submissions@mccaskill.senate.gov; senator@cardin.senate.gov; Brian_Downey@hsgac.senate.gov; Kiesha Lewis <kieshalewis@hotmail.com>
**Subject:** Re: Case # 2018-FOA-00256

Thank you Ms. Frye for your response, however, I am not clear on what TIGTA has done.

Did TIGTA make a determina on t o approve my request and I will be receiving the requested informa on shortly or w as the determina on NO T to fulfill my request.

Thanks in advance!

Kiesha D. Lewis

---

**From:** Frye Monica L TIGTA <Monica.Frye@ gta.treas.gov>
**Sent:** Friday, October 5, 2018 2:33 PM
**To:** Kiesha Lewis
**Subject:** RE: Case # 2018-FOA-00256

Hello, Ms. Lewis.

Under the FOIA, we have twenty business days to make a determina on on a request.  The subject FOIA request was completed yesterday.

Thank you and have a good weekend.

*Monica Frye*

Monica Frye
Government Information Specialist
Treasury Inspector General for Tax Administration
Office of Chief Counsel/ Disclosure Branch
1401 H. Street, NW, Suite 469
Washington, DC  20005-2110
(202) 622-2738 (office)
(202) 622-3339 (fax)

"There are times when silence has the loudest voice."

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Thursday, October 4, 2018 9:12 PM
**To:** Frye Monica L TIGTA <Monica.Frye@ gta.treas.gov>
**Cc:** Wood Erik T TIGTA <Erik.Wood@ gta.treas.gov>; Aus n Andrew V TIGTA <Andrew.Aus n@ gta.treas.gov>; cigie.informa on@cigie.gov; *TIGTA Whistleblower Protec on Coordinator <WhistleblowerProtec on@ gta.treas.gov>; *TIGTA OIT Webmaster <webmaster@ gta.treas.gov>; Russell.George@ gta.treas.gov; OIGCounsel@oig.treas.gov; Jackson James S TIGTA <James.Jackson@ gta.treas.gov>; Gerald Gilliard <ggilliard@employmentlegalteam.com>; Whistleblower_@ronjohnson.senate.gov; Whistleblowers_Submissions@mccaskill.senate.gov; senator@cardin.senate.gov; Brian_Downey@hsgac.senate.gov
**Subject:** Case # 2018-FOA-00256 (FOIA Request for TIGTA Case number: TRN-1802-0751)

Hello Ms. Frye,

I have received this le er acknowledging my TIGTA FOIA request. However, in the acknowledgement, TIGTA did not provide a meline f or when I could expect to receive a response. Can you provide me with this informaon?

Thanks in advance!

Kiesha D. Lewis

## RE: Transmittal of Final Response (FOIA Case #2017-11-151)

**Karen.Edwards@treasury.gov** <Karen.Edwards@treasury.gov>
Wed 4/17/2019 1:13 PM

To: kieshalewis@hotmail.com <kieshalewis@hotmail.com>
Cc: Karen.Edwards@treasury.gov <Karen.Edwards@treasury.gov>

Ms. Lewis ...

Friday at 9:00am is fine. Please use the cell number noted below.

You can also try me on that same number any me.

Look forward to hearing from you.

Sincerely,
Karen M. Edwards
FOIA Analyst, FOIA and Transparency
Privacy, Transparency, and Records
U.S. Department of the Treasury
Washington, DC 20020
karen.edwards@treasury.gov
202 927-8989 (work)
202 339-7604 (cell)


**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Wednesday, April 17, 2019 12:58 PM
**To:** Edwards, Karen <Karen.Edwards@treasury.gov>
**Subject:** Re: Transmi al of Final Response (FOIA Case #2017-11-151)

Hello Ms. Edwards,

Thanks so much for getting back with me. Unfortunately, I won't be able to call you back anytime soon. How late today or tomorrow can I contact you.

Also, are you available Friday morning around 9?

**From:** Karen.Edwards@treasury.gov <Karen.Edwards@treasury.gov>
**Sent:** Wednesday, April 17, 2019 11:50:47 AM
**To:** kieshalewis@hotmail.com
**Cc:** Karen.Edwards@treasury.gov
**Subject:** RE: Transmi al of Final Response (FOIA Case #2017-11-151)

Good morning Ms. Lewis ...

I just tried to respond to your email via telephone. I le a voicemail message for you to give me a call.

The me to appeal the FOIA determina on in FOIA Case #2017-11-151 has expired. Please give me a ring at your earliest convenience so that we can further discuss the same. I look forward to hearing from you.

Sincerely,

Karen M. Edwards
FOIA Analyst, FOIA and Transparency
Privacy, Transparency, and Records
U.S. Department of the Treasury
Washington, DC 20020
karen.edwards@treasury.gov
202 927-8989 (work)
202 339-7604 (cell)

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Tuesday, April 16, 2019 6:29 PM
**To:** Edwards, Karen <Karen.Edwards@treasury.gov>
**Cc:** Kiesha Lewis <kieshalewis@hotmail.com>
**Subject:** Re: Transmittal of Final Response (FOIA Case #2017-11-151)

Good Afternoon,

I reached out to your previously concerning FOIA Request. When my request was fulfilled, I received incomplete and/or redacted information.

Now, I have an open court case with the MSPB (MSPB Appeal Docket No. DC-1221-19-0365-W-1) and the complete and non-redacted file and information that I requested from your organization is relevant to my case. What is the procedure I need to follow to obtain this complete and non-redacted information?

Thanks in advance!

Kiesha D. Lewis
kieshalewis@hotmail.com

---

**From:** Karen.Edwards@treasury.gov <Karen.Edwards@treasury.gov>
**Sent:** Thursday, November 22, 2018 11:59 PM
**To:** kieshalewis@hotmail.com
**Cc:** Karen.Edwards@treasury.gov
**Subject:** RE: Transmittal of Final Response (FOIA Case #2017-11-151)

Ms. Lewis …

Attached please find the Department of Treasury's final response in connection with the Freedom of Information Act request you filed with the agency on November 16, 2017 (Treasury FOIA Case #2017-11-151).

If you have any questions, please feel free to call me on the number below. I'm available between the hours of 9:00am and 7:00pm (Monday through Friday).

Karen M. Edwards
FOIA Analyst, FOIA and Transparency
Privacy, Transparency, and Records
U.S. Department of the Treasury
Washington, DC 20020

karen.edwards@treasury.gov
202 927-8989 (work)
202 339-7604 (cell)



**INSPECTOR GENERAL
FOR TAX
ADMINISTRATION**

DEPARTMENT OF THE TREASURY

WASHINGTON, D.C. 20005

May 10, 2019

Kiesha Lewis
kieshalewis@hotmail.com

Dear Ms. Lewis,

This letter is in response to your April 21, 2019, e-mail to J. Russell George, the Treasury Inspector General for Tax Administration (TIGTA). In your e-mail you requested assistance in obtaining TIGTA Reports of Investigation (ROI) pertaining to multiple TIGTA Reference Numbers (TRN). You also indicated that you have a case pending before the Merit Systems Protection Board (MSPB).

You previously submitted Freedom of Information Act (FOIA) requests for this information. In response to those requests, TIGTA disclosed information to the extent permitted under the FOIA. Federal disclosure statutes limit TIGTA's authority to disclose information from its records, and TIGTA is unable to provide you with any additional information at this time.

Generally in an MSPB proceeding, the administrative judge assigned to the case will issue an order that initiates discovery. TIGTA is unaware of any pending discovery in the MSPB case you cited, DC-1221-19-0365-W-1. When TIGTA records are subject to a discovery request, TIGTA works with the Government attorney assigned to the case to respond to the request; however, TIGTA is generally unable to respond directly to litigants in matters where TIGTA is not a party.

Please understand that this letter is meant only to provide you with general information. It is not legal advice specific to your case. For further information about discovery in an MSPB proceeding, you may choose to contact the MSPB Clerk's Office or seek private counsel. If you have any questions concerning the content of this letter, please contact Drew Clark at (202) 622-4068.

Sincerely,

Gladys M. Hernández
Chief Counsel