# RATING FACTOR GUIDE
## Staff Assistant
## GS-301-14

| KSA #1 | **Administrative Management: Experience performing administrative and project management functions sufficient to analyze, and resolve/operations program issues.** |
|---|---|
| Best-Qualified<br><br>**5 points** | **Level Definition:**<br>Independent experience, which demonstrates that the applicant has experience managing program completion and correspondence management systems.<br><br>1. Experience with electronic correspondence tracking systems, such as VA's Intranet Quorum (VIEWs), Webcims<br>2. Balance organizational workload and readjusting priorities as needed based on changing demands.<br>3. Maintained effectiveness in varying environments and with varying tasks, responsibilities, or people.<br>4. Persuaded others to accept findings, recommendations, changes or alternative viewpoints.<br>5. Successful in interacting and working with multiple levels of co-worker, supervisors and high-level management. |
| Well-Qualified<br><br>**3 points** | **Level Definition:**<br>Experience that demonstrates the applicant has identified experience and skill managing program completion and correspondence management systems.<br><br>1. Negotiated with others to reach agreement, settlement, consensus, compliance or a solution.<br><br>2. Identified and responded to critical events with diplomacy and action<br><br>3. Dealt with individuals who were difficult, hostile or distressed. |
| Qualified<br><br>**1 point** | **Level Definition:**<br>Experience gained by working in a team setting, which demonstrated skill managing program completion and correspondence management systems.<br><br>1. Stayed with a position or a plan of action until the desired objective was achieved.<br><br>2. Guided individuals (subordinates, peers, superiors) or groups toward task accomplishment. |

| KSA # 2 | Communication: Experience performing project and contract administration activities sufficient to facilitate construction program and planning. |
|---|---|
| Best-Qualified<br>**5 points** | **Level Definition:**<br>Independent experience, which demonstrates that the applicant has experience coordinating and finalizing policy interpretation correspondence.<br><br>1. Work with senior officials to ensure timely responses to all inquiries<br>2. Manage, monitor and edit correspondence for most senior official in program office, ie. Executive Director<br>3. Produced specific guidance in responding to certain priority correspondence<br>4. Assign work to subordinates based on priorities, selective consideration of the difficulty and requirements of assignments.<br>5. Able to work successfully with remote staff to assign and complete tasks.<br>6. Writes and edits responses to Congressional or media inquiries.<br>7. Developed presentation materials and content using electronic presentation media or software<br>8. Writes and edits presentation or briefing materials and content to meet the needs of the audience, such as top policy officials<br>9. Writes and edits briefings and testimonies for Congressional hearings.<br>10. Research and analyze legislative and regulatory requirements and translating them into understandable, achievable policy direction. |
| Well-Qualified<br><br>**3 points** | **Level Definition:**<br>Experience that demonstrates the applicant has identified experience and skill in coordinating and finalizing policy interpretation correspondence.<br><br>1. Work with program and staff officials to ensure timely responses to all inquiries and information is complete, factually correct<br>2. Manage, monitor and edit correspondence for managers and supervisors<br>3. Able to work successfully with remote staff to assign and complete tasks.<br>4. Serve as a team lead for less than 5 staff<br>5. Review and edit issue/position papers or summary reports that include analysis and recommendations<br>6. Review and edit monthly, quarterly, or annual reporting requirements to ensure compliance with policy, rules, regulations, legislations and directives.<br>7. Plan and participate in leadership meetings.<br>8. Reviews and edits responses to GAO, OIG, and OMB inquiries. |
| Qualified<br><br>**1 point** | **Level Definition:**<br>Experience gained by working in a team setting, which demonstrated skill in coordinating and finalizing policy interpretation correspondence.<br>1. Tailored responses to Departmental/Agency inquiries.<br>2. Tailored talking points for agency officials<br>3. Tailored Standard Operating Procedures<br>4. Proofread and edit correspondence assigned to other staff<br>5. Able to work successfully with remote staff to assign and complete tasks |

| KSA # 3 | Project Management: Experience managing program completion and correspondence management systems. |
|---|---|
| Best-Qualified<br>**5 points** | **Level Definition:**<br>Independent experience, which demonstrates that the applicant has experience performing project and contract administration activities sufficient to facilitate construction program and planning improvements.<br><br>1. Experience and knowledge in **construction, leasing services and facility management**.<br>2. Experience with and knowledge of **VA's and Federal acquisition process (e.g. FAR, VAAR)**<br>3. Experience with and knowledge of **VA's and/or VA's Administrations** principles, practices and legislative processes.<br>4. Familiarity with VA's human resources processes and procedures. |
| Well-Qualified<br><br>**3 points** | **Level Definition:**<br>Experience that the applicant has identified skill in performing project and contract administration activities sufficient to facilitate construction program and planning improvements.<br><br>1. Experience with and knowledge of Department/Agency's principles, practices and legislative processes of **Federal Government**.<br>2. General knowledge of federal acquisition process<br>3. Experience and knowledge in an oversight office managing multiple programs.<br>4. Familiarity with Federal human resources processes and procedures. |
| Qualified<br><br>**1 point** | **Level Definition:**<br>Experience gained by working in a team setting that demonstrates the applicant has knowledge in performing project and contract administration activities sufficient to facilitate construction program and planning improvements.<br><br>1. Participated in policy workgroups or organizational task force<br><br>2. Experience with reports of findings. |

| KSA #4 | Problem Solving: Experience coordinating and finalizing communication material to Senior Officials Secretariat and Congressional committees. |
|---|---|
| Best-Qualified<br><br>**5 points** | **Level Definition:**<br>Independent experience, which demonstrated experience performing administrative and project management functions sufficient to analyze, and resolve/operational program issues.<br><br>1. Demonstrated understanding of {the following reports} and its impact to the program office<br>   a. 3yr, 5yr or 10 yr Strategic plans<br>   b. Milestones, Performance measures and Performance Accountability Reports<br>   c. Strategic Capital Improvement Plan<br>   d. OMB and Congressional budget<br>2. Serve as team lead for more than 5 staff |
| Well-Qualified<br><br>**3 points** | **Level Definition:**<br>Experience that the applicant has identified skill in performing administrative and project management functions sufficient to analyze, and resolve/operational program issues.<br><br>1. Conducted research and analysis of data reviewed and collected for audits/evaluations.<br><br>2. Applied working knowledge for compliance of reporting requirements such as after-action reports, OIG, GAO.<br><br>3. Applied understanding of federal budgets. |
| Qualified<br><br>**1 point** | **Level Definition:**<br>Experience gained by working in a team setting that demonstrates the applicant has knowledge in performing administrative and project management functions sufficient to analyze, and resolve/operational program issues.<br><br>1. Annual operating plans<br><br>2. Demonstrated understanding of appropriation law. |

| | PANEL MEMBER | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | DATE | | | | | | | |

SCORE: (5) POINTS: • EXPERT. Best Qualified applications will exemplify demonstrated experience in applying expert levels of the competencies. Supporting documentation indicates superior application of the competence for highly complex and/or unprecedented situations; serves as a resource to others.

SCORE: (4) POINTS: • INDEPENDENTLY PERFORMED & NORMALLY WITHOUT REVIEW. Highly Qualified applications will exemplify demonstrated experience in applying advanced levels of the competencies independently performed and normally without review. Supporting documentation indicates highly developed application of the competency for more complex or difficult situations.

SCORE: (3) POINTS: • PERFORMED UNDER SUPERVISION. Well Qualified applications will exemplify demonstrated experience, performed under supervision, in applying the competencies at sufficient levels. Supporting documentation indicates a solid application of the competency for general situations Identifies causes of problems, brainstorms possible solutions, works with others to develop a resolution; problems are generally common or routine problems.

SCORE: (2) POINTS: • MONITORED CLOSELY. Demonstrated experience in applying the competency at levels requiring supervision.
• Supporting documentation indicates a application of the competency for general situations under supervision.

SCORE: (1) POINT: • EDUCATED/TRAINED. Qualified applications will exemplify demonstrated experience in applying the competencies at levels requiring supervision and/or close monitoring. Supporting documentation indicates an application of the competency for general situations under supervision.

SCORE: (0) POINT: • NO DEMONSTRATED EDUCATION/TRAINING/EXPERIENCE.

| # | APPLICANT LAST NAME | APPLICANT FIRST NAME | 1. Administrative Management: Experience performing administrative and project management functions sufficient to analyze, and resolve/operations program issues. | 2. Communication: Experience performing project and contract administration activities sufficient to facilitate construction program and planning. | 3. Project Management: Experience managing program completion and correspondence management systems. | 4. Problem Solving: Experience coordinating and finalizing communication material to Senior Officials Secretariat and Congressional committees. | 5 | TOTAL POINTS |
|---|---|---|---|---|---|---|---|---|
| 1 | | | 4 | 3 | 2 | 1 | | 10 |
| 2 | | | 4 | 3 | 4 | 1 | | 12 |
| 3 | | | 0 | 0 | 0 | 0 | | 0 |
| 4 | | | 3 | 4 | 3 | 2 | | 12 |
| 5 | | | 3 | 3 | 2 | 1 | | 9 |
| 6 | | R | 4 | 4 | 4 | 3 | | 15 |
| 7 | | | 4 | 4 | 4 | 4 | | 16 |
| 8 | | O'Kieth | | | | | | |
| 9 | | | 4 | 4 | 3 | 1 | | 12 |
| 10 | | D | 4 | 4 | 4 | 3 | | 15 |
| 11 | | | 5 | 4 | 5 | 5 | | 19 |
| 12 | | A | 4 | 3 | 3 | 2 | | 12 |
| 13 | | | 4 | 3 | 3 | 1 | | 11 |
| 14 | | | | | | | | |
| 15 | | | 4 | 3 | 2 | 3 | | 12 |
| 16 | | | 3 | 3 | 2 | 2 | | 10 |
| 17 | | | 3 | 3 | 1 | 1 | | 8 |
| 18 | | | 3 | 3 | 3 | 3 | | 12 |
| 19 | | | 3 | 3 | 3 | 2 | | 11 |
| 20 | | | 3 | 3 | 2 | 3 | | 11 |
| 21 | | | 4 | 4 | 4 | 4 | | 16 |
| 22 | | | 3 | 4 | 4 | 3 | | 14 |
| 23 | | | 4 | 3 | 4 | 4 | | 15 |
| 24 | | | 3 | 3 | 3 | 2 | | 11 |
| 25 | | | 2 | 3 | 3 | 2 | | 10 |
| 26 | | | 4 | 3 | 2 | 3 | | 12 |
| 27 | | | 5 | 4 | 4 | 4 | | 17 |
| 28 | | | 3 | 3 | 3 | 2 | | 11 |
| 29 | | | 3 | 3 | 3 | 2 | | 11 |
| 30 | | A | 4 | 4 | 3 | 2 | | 13 |
| 31 | | | 4 | 3 | 4 | 3 | | 14 |
| 32 | | | 4 | 3 | 4 | 3 | | 14 |
| 33 | | | 3 | 4 | 3 | 4 | | 14 |
| 34 | | | 3 | 3 | 1 | 2 | | 9 |
| 35 | | | 4 | 3 | 3 | 2 | | 12 |
| 36 | | | 5 | 4 | 3 | 4 | | 16 |
| 37 | | | 2 | 2 | 2 | 2 | | 8 |
| 38 | | | 4 | 4 | 3 | 4 | | 15 |
| 39 | | | 3 | 3 | 2 | 3 | | 11 |
| 40 | | | 3 | 4 | 4 | 1 | | 12 |
| 41 | | | 3 | 3 | 4 | 3 | | 13 |
| 42 | | | 3 | 3 | 2 | 1 | | 9 |
| 43 | | | 5 | 4 | 3 | 3 | | 15 |
| 44 | | | 3 | 3 | 3 | 3 | | 12 |
| 45 | | | 3 | 3 | 3 | 2 | | 11 |
| 46 | | | 3 | 3 | 3 | 3 | | 12 |
| 47 | | Delores | 4 | 3 | 3 | 5 | | 15 |
| 48 | | | 5 | 3 | 3 | 3 | | 14 |
| 49 | | | | | | | | |
| 50 | | | | | | | | |
| 51 | | Leigh | 3 | 3 | 3 | 3 | | 12 |
| 52 | | | 4 | 3 | 3 | 2 | | 12 |
| 53 | | | 4 | 4 | 2 | 3 | | 13 |
| 54 | | Lisa | 3 | 3 | 3 | 3 | | 12 |
| 55 | | Andrew | 4 | 3 | 3 | 3 | | 13 |
| 56 | | | 3 | 3 | 3 | 3 | | 12 |
| 57 | | | 4 | 3 | 2 | 2 | | 11 |
| 58 | | | 4 | 3 | 3 | 3 | | 13 |
| 59 | | | 3 | 3 | 2 | 2 | | 10 |
| 60 | | | 4 | 4 | 3 | 2 | | 13 |

Department of Veterans Affairs

000003