| | |
|---|---|
| **From:** | Higbie, Damion |
| **To:** | (b)(6) |
| **Cc:** | |
| **Subject:** | RE: URGENT: FOIA Request for Information (ST-10007299-17-JAL) |
| **Date:** | Friday, November 22, 2019 5:40:17 PM |
| **Attachments:** | image002.png |
| | image003.png |

Hi, (b)(6) Yes, I was very much involved with this hiring action. While providing my responses below, I think it's important to note that, in addition to being the most qualified candidate, (b)(6) is also a disabled veteran.

1. For this position, we were seeking a highly seasoned professional with experience in budget execution, budget formulation, and metrics development. Additionally, given the direct, recurring interface with SES personnel, we were seeking a candidate who was accustomed to briefing top-level officials. Finally, and ideally, we were looking for someone who had operated at a senior enough level in a large, complex organization that they could help inform budget execution/formulation best practices at the enterprise level (NPPD at the time).

2. I'm not certain what safeguards question number 2 is referring to. In terms of process, we conducted two rounds of interviews. I attended all interviews in both rounds. The final selection committee included three senior-level staff, including me.

3. (b)(6) had the most extensive experience in the three areas I outlined in item 1. In his most recent position, he had overseen budget execution/formulation for just under $50 billion as the Budget and Financial Management Director for the Director of Aviation Warfare on the Chief of Naval Operations staff. He was also an expert in DoD's Planning, Programing, Budget and Execution (PPBE) process, which is a model we have been trying to implement in NPPD (and now CISA) for a number of years.

4. Generally speaking, none of the other candidates had the mix of technical acumen (across the three areas), strategic leadership experience, and a proven record of success in complex, *mission-oriented organizations that* (b)(6) *possessed and demonstrated.*

I hope this helps, and please let me know if you have any additional questions.

Best regards,

Damion Higbie

Deputy Chief of Staff
Cybersecurity and Infrastructure Security Agency
(b)(6)



**From:** (b)(6)

**Sent:** Friday, November 22, 2019 2:30 PM
**To:** Higbie, Damion (b)(6)
**Cc:** (b)(6)
**Subject:** URGENT: FOIA Request for Information (ST-10007299-17-JAL)
**Importance:** High

Good afternoon Mr. Higbie,

We've received a FOIA request for information regarding one announcement of which you may have been the hiring manager, Supervisory Program Analyst, Announcement # ST-10007299-17-JAL.  It opened April 24, 2017 and closed May 1, 2017.  Human Capital can provide most of the information requested in the FOIA request; however, there are a few requests that require your input.  We need the information as soon as possible but no later than Tuesday, November 26th.

1. Please advise how the candidates were evaluated and the selection process used.
2. Please advise the safeguards used, if any, employed and put into place by the Selecting and/or recommending officials and communicated to the supervisors/managers.
3. Please provide the reason why the selectee was selected (b)(6)
4. Can you please advise why Kiesha D. Lewis was not selected?

Respectfully,

(b)(6)
Lead Human Resources Specialist, Office of Chief Human Capital Officer
Cybersecurity and Infrastructure Security Agency (CISA)
(b)(6)



## GUIDANCE FOR MAKING SELECTIONS FROM
## MERIT PROMOTION ANNOUNCEMENTS

You have been provided a merit promotion selection package, which contains applications of the best-qualified candidates for your position(s).

For your information, the recruitment and selection process is subject to Merit System Principles.  Please adhere to these principles such as ensuring recruitment actions and selection decisions are based on merit and integrity, and all applicants are receiving fair and equitable treatment.  Information on Merit System Principles: http://www.mspb.gov/meritsystemsprinciples.htm; and Prohibited Personnel Practices: http://www.osc.gov/pppwhatare.htm

### INTERVIEWS

For those candidates referred as **Competitive**, you are encouraged to interview all competitive candidates listed on the certificate.  When one competitive candidate is interviewed, all competitive candidates must be interviewed.  All interviews must be substantially similar.

For those candidates referred as **Non-competitive,** you may use your discretion to determine those candidates you want to interview based upon your review of their applications.  You are encouraged to review the candidates' applications; however, there is no requirement to interview.

### SELECTION

If you wish to review Official Personnel Folders (OPF's), or Employee Performance Files (EPF's), you should notify Employment Services Branch 3.  You are also reminded that in accordance with 5 CFR 335.103 (b), due weight shall be given to award and appraisal information.  As appropriate, you may also choose to check references of any Fiscal Service applicant's previous employer and/or current supervisor.

Once you have made a selection you should document every certificate with the proper action code for the action you took with each available applicant.

a.  To complete the online certificates, log in to CareerConnector and select the appropriate code designation from the drop-down menu:

| | |
|---|---|
| A – Selected | DA – Declined agency |
| NC – Appointed by non-competitive action | DD – Declined until later date |
| NS – Not selected | DG – Declined grade |
| NN – Not selected-not contacted | DL – Declined location |
| CR – Communication returned unclaimed | DP – Declined for the position certified only |

| FR – Failed to respond | DZ – Declined for other reasons |
|---|---|
| CE – Career or career-conditional employee | RM – Removed from certificate – medical |
| TE – Temporary (or term) employee | RQ – Removed from certificate – qualifications |
| | RS – Removed from certificate – conduct |

**b.** Click on each certificate number listed, and use the drop-down menu to note the appropriate action for each applicant (i.e, "A-Selected", "NS-Not Selected", etc).

**c.** **Please click "Add Feedback" (on the right side of the screen), to annotate the interview date, for selectee only. You will need to select the drop-down for "interview date" enter the date the interview was conducted, and click save. Once the interview date has been entered, you can return to the certificate.**

**d.** Click the button for "Submit to HR" for each certificate.

**e.** Type the HR Specialist's email address in the "To" box.

**f.** Type your name (or the name of the selecting official) in the "Selection Official Name" box, choose the appropriate date, and select the appropriate response from the drop-down menu beside "Options".

**g.** Click "Send".

If you are not making a selection from the certificates, please contact your servicing HR specialist for guidance.

## JOB OFFERS

Tentative Job Offers - After making a selection, the HR Specialist will verify that the selection meets all statutory and regulatory requirements. Then the HR Specialist will extend the tentative offer, pending final approval by the security office and other contingencies, and notify the selecting official when the tentative offer has been made.

Official Job Offers - Only the HR Specialist, or other HR designee, is authorized to make an official verbal and/or written job offer. Selecting Officials are not authorized to extend job offers.

Unofficial Job Offers- For internal Fiscal Service selections, the selecting official may extend an unofficial job offer prior to the HR Specialist making the official job offer. The selecting official should coordinate with the HR Specialist if desiring to make an unofficial offer.

## INTERVIEW NOTES

Any interview notes taken as a part of the selection process are considered a part of the merit promotion/competitive examination file and are to be released with the record in the event a complaint is filed. Failure to release these records can result in an adverse

finding against the Bureau.  DO NOT DESTROY THESE NOTES. Keep the notes in your files.

Updated: 12/03/2018

# FS Policy 206-2, Merit Promotion

| | |
|---|---|
| **Original Issue Date:** | February 2014 |
| **Last Review Date:** | April 2019 |
| **Next Review Date:** | April 2023 |

## Table of Contents

Executive Summary ............................................................................................................. 2

Purpose............................................................................................................................... 2

Scope.................................................................................................................................. 2

Cancellation ....................................................................................................................... 3

References .......................................................................................................................... 3

Responsibilities.................................................................................................................. 3

Definitions.......................................................................................................................... 5

Policy ................................................................................................................................. 7

Actions Covered by Merit Promotion Procedures .................................................................. 8

Actions Excluded................................................................................................................ 8

Developing Evaluation Criteria ........................................................................................... 9

Advertising Vacancies...................................................................................................... 10

Notifications to Applicants ............................................................................................... 12

Application Procedures ..................................................................................................... 13

Requirements for Non-Competitive Eligibles ...................................................................... 13

Receipt of Applications .................................................................................................... 14

Basic Eligibility and Qualification Determinations.............................................................. 14

Referral of Applicants ...................................................................................................... 15

Interview Process ............................................................................................................. 15

Selection Procedures ........................................................................................................ 16

Release of Employees and Effective Dates .......................................................................... 17

Disclosure of Merit Promotion Information ........................................................................ 17

Priority Consideration ...................................................................................................... 18

Record Keeping and Destruction........................................................................................ 18

Administrative Grievances................................................................................................. 18

Conflict of Interest ........................................................................................................... 19

Program Review ............................................................................................................... 19

**Executive Summary**

This policy establishes the Bureau of the Fiscal Service's (Fiscal Service) policies and procedures governing promotions and internal placements, and provides a systematic means of selection based on merit. Under this policy, all actions shall be made without regard to race, color, religion, sex (including pregnancy and gender identity or expression), national origin, disability, age, sexual orientation, parental status, protected genetic information, political affiliation, labor organization affiliation or nonaffiliation, previous or current participation in the Equal Employment Opportunity (EEO) process, or any non-merit considerations such as favoritism, personal relationship (nepotism), and patronage. All actions shall be based solely on job- related criteria.

**Purpose**

In accordance with federal regulations, departmental policies, and related directives, this policy establishes the merit promotion plan for Fiscal Service. It explains the policies and procedures for the systematic and equitable selection for promotion and internal placement of employees in the competitive service.

This policy has been developed to achieve the following principal objectives:

1. Provide uniform policies and consistent procedures that will enable Fiscal Service to meet its staffing needs in a timely fashion.
2. Enhance organizational effectiveness by assuring that selections under this policy are made from among the best qualified applicants.
3. Ensure that (a) selection criteria are job related, (b) applicants receive fair and equitable consideration for advancement and developmental opportunities, and (c) selections are based on merit.
4. Provide incentive for employees to improve their performance and develop their knowledge, skills, and abilities.
5. Provide a proper balance between maximum utilization of Fiscal Service employees and the infusion of new talent.
6. Assure that competitive promotions are made only when there is a need for performance of higher graded duties.
7. Provide management the flexibility to staff positions from any appropriate source.

**Scope**

A. The Department of the Treasury (Treasury) delegated authority and responsibility to Bureau heads to establish bureau-level promotion and placement programs. This policy is aligned with Treasury's policies and is established within the authority delegated to Fiscal Service.

B. This policy applies to Non-Bargaining Unit positions. The Master Labor Agreement (MLA) applies to Bargaining Unit employees. Where the MLA is silent, the provisions of this policy control. This policy may be applied to internal placements in the excepted service.

**Cancellation**

Bureau of the Fiscal Service Merit Promotion Plan, dated February 2014

**References**

- 5 U.S.C. Chapter 33
- Title 5 of the United States Code of Federal Regulations (5 C.F.R. Parts 330, 335 and 731)
- Department of the Treasury, Promotion and Placement Programs (TN-95-12)
- Department of the Treasury, Memo on New Government Ethics Program Responsibilities for Human Resources Officials, dated December 30, 2016, and 5 C.F.R. 2638
- Land Management Flexibility Act, (Public Law 114-47, 8/7/2015)

This policy supplements policies and requirements contained in the references cited above; it is not self-contained, and must be read in conjunction with the cited references and any applicable MLA provisions.

**Responsibilities**

A. <u>Human Capital Division will</u>:

1. Oversee the development, publication, implementation, assessment, and revision of this policy, including Fiscal Service-wide training about merit promotion policies and procedures.
2. Ensure that individual rights to privacy are protected and that the servicing Human Resources (HR) Office's merit promotion and related files and records are securely maintained and properly disposed. Access to such files is strictly limited to those with an official "need to know."
3. Report timely and fully to all official recurring and ad hoc inquiries related to this policy.
4. Take appropriate action to ensure that selections are based on merit using job-related criteria.
5. Consult with Fiscal Service management about this policy's continuing ability to meet their near-term and future staffing needs.
6. Coordinate the scheduling, scope, and methodology for merit promotion program reviews.
7. Ensure this policy meets the requirements set forth in Federal regulations and Treasury directives.
8. Provide guidance to the servicing HR office to ensure this policy is administered and implemented accurately and equitably.

B. <u>Servicing Human Resources (HR) Office</u>: In responding to management's staffing needs, the servicing HR office has the primary responsibility for effective and timely implementation and operation of this policy in accordance with its policies and procedures. The servicing HR office will:

1. Provide oversight of the day-to-day operations.
2. Assess and respond to management's priorities.

3. Train and develop the HR staff and coordinating merit promotion training of the workforce.
4. Respond timely and fully to official recurring and ad hoc requests related to merit promotion.
5. Provide operational guidance and assistance to managers and employees.
6. Communicate with management about their immediate and long-term staffing needs and the status of their staffing requests.
7. Develop and post (or otherwise advertise) job opportunity announcements which meet the requirements specified in this policy.
8. Provide employees access to job opportunity announcements.
9. Notify applicants of their status at key stages of the application and selection process.
10. Prior to any competitive processes, check the local commuting area's current Reemployment Priority List (RPL) to determine if there are any displaced Treasury enrollees eligible for referral and selection.
11. Screen, review, and verify rating and ranking of applications for specific vacancies.
12. Adhere to priority consideration and special selection priority referral and selection provisions of this policy and those of the 5 C.F.R. Part 330.
13. Prepare certificates for referral to selecting officials.
14. Ensure, before the effective date of hire, all selections and hires are legally compliant and any applicable agreements or memos of understanding are established.
15. Establish, maintain, and secure all merit promotion files and records to ensure the privacy of applicants and to safeguard the confidentiality of their contents.
16. Dispose of records, according to records retention schedules.
17. Conduct regular and recurring quality reviews to ensure merit promotion processes and selections are in regulatory compliance.
18. Provide suggestions to improve the overall merit promotion process for the Fiscal Service.

C. Managers and Supervisors will:

1. Communicate with their servicing HR office about immediate and long-term recruiting and staffing needs, schedules and recruitment options.
2. Provide the servicing HR office all required documentation specified in this policy and other information that may be needed for the merit promotion process.
3. Ensure that a position description is valid and accurate prior to submitting a recruit request.
4. In consultation with the HR Specialist, develop a job analysis prior to submitting a recruit request, identify quality ranking factors, provide information needed for the job opportunity announcement, and designate the Subject Matter Expert (SME), if needed.
5. Ensure that interviews are conducted in accordance with merit system principles, selecting instructions, and EEO principles.
6. Ensure selections are made in accordance with priority consideration and special selection priorities of this policy and those specified in 5 C.F.R. Part 330.
7. Provide suggestions to improve Fiscal Service's overall merit promotion process.
8. Promptly release employees who are selected for positions, in accordance with this policy.
9. Utilize applicable procedures, tools and job aids that support merit promotion policies and processes.

D. Employees will:

1. Keep informed about this policy and applicable procedures.
2. Submit to the servicing HR office current and accurate applications and all other documentation and forms required in job opportunity announcements.
3. When requested, serve as an SME for job opportunity announcements and/or interview panels.
4. In accordance with the specific provisions of this policy, inform the servicing HR office in advance and in writing of their interest in being considered for vacancies that may occur during approved extended absences from the office or work site.

**Definitions**

The purpose of this section is to provide a basic explanation of the principal terms used in this policy. Terms not specifically listed have the meaning provided as defined in 5 C.F.R. Parts 330, 335 and/or 731.

A. Area of Consideration: The geographic and organizational area in which the search for applicants is conducted, where it is anticipated that a sufficient number of qualified applicants can be located, and where the job opportunity announcement is distributed.

B. Career Ladder Promotion: Promotions without current competition of an employee who was originally appointed by direct hire, by non-competitive appointment or non-competitive conversion, or under competitive promotion procedures for an assignment intended to prepare the employee for the position to be filled. The intent must be made a matter of record and career ladders must be documented.

Career ladder promotions are management decisions that are based on the employee's demonstrated ability to perform at the higher graded level. An employee is eligible for a career ladder promotion provided management certifies that all of the following conditions have been met:

1. The employee has demonstrated the ability to perform the higher graded duties.
2. The employee has completed at least 52 weeks in the current grade.
3. There is sufficient work at the higher graded level.
4. Sufficient funds are available.
5. The employee's current performance rating of record is "Fully Successful" (or equivalent) or higher.

Provided these criteria are met, career ladder promotions will be made effective the first full pay period after an employee meets eligibility.

C. Competency: The competencies, knowledge, skills and abilities that would be expected to enhance performance in the position. Competencies are used to differentiate among applicants to identify the best candidate(s) for the position. An applicant may not be rated ineligible for failing to possess stated ranking criteria.

These criteria should be selected carefully to identify those which are most important and would clearly distinguish differences in performance capability among applicants. Generally, 4 – 6 competencies (with a total of 15 – 20 questions) should be sufficient to permit meaningful ranking of applicants against the most important requirements of a position.

Competencies may also be useful as the basis for subsequent interview questions.

D. Competitive Eligible: An individual eligible to apply for a vacancy through merit promotion procedures based on a competitive authority. For example, through competitive promotion, transfer, reassignment or reinstatement to a position with higher promotion potential, appointment based on the Veterans Employment Opportunity Act (VEOA), or other competitive actions relating to 5 C.F.R. Part 335.

E. Detail: A detail is the temporary assignment of an employee to a different position or set of duties and responsibilities for a specified period of time with the employee returning to his/her original position at the end of the detail. During a detail, there is no official position change and the employee continues to be the incumbent of his or her regular position.

F. Job Analysis: The systematic process of identifying and making judgments about all the pertinent information relating to the nature of a specific position. For merit promotion purposes, a job analysis provides the foundation for developing the assessment used for evaluation and selection purposes. The results of a job analysis are used for many different purposes, including: developing new qualification or classification standards, identifying performance elements and standards, or determining the need for selective factors.

G. Merit Promotion Certificate: A document prepared by the servicing HR office that lists qualified applicants in alphabetical order from which a selection may be made. It is forwarded to the selecting official. The merit promotion certificate serves to document the selecting official's selection decision or reason(s) for non-selection.

H. Non-competitive Eligible: An individual eligible to apply for a vacancy through merit promotion procedures based on a non-competitive authority. For example, through reassignment, reinstatement, or other non-competitive special appointing authority.

I. Priority Consideration: An opportunity to refer an applicant when that applicant failed to receive proper consideration for an equivalent position under another job opportunity announcement. The applicant may or may not be selected, but will receive proper consideration for selection.

J. Promotion Potential: Relates to positions from which career promotions can be made. These include positions filled at a grade (or grades) below the established and documented full performance level (FPL) or anticipated grade level, for career ladder, apprentice, trainee and understudy positions.

K. Selecting Official: Fiscal Service official who has the authority to make a final selection for a vacancy.

L. <u>Selective Factors</u>: Knowledge, skills or abilities that are *essential* for satisfactory performance that cannot be acquired in a reasonable amount of time (typically 90 days). Selective factors represent an addition to the minimum qualification standards for a position, and failure to provide evidence of such factors results in ineligibility for further consideration. Selective Factors must be required by the position and documented in the job opportunity announcement. The following are examples of appropriate selective factors:

   1. Ability to speak, read and/or write a language other than English.
   2. Knowledge, training or ability related to a certain program or mission that cannot be readily acquired after selection.
   3. Skill in a functional or technical area, *e.g.* operation of equipment or experience with alternative computer/accounting systems.

M. <u>Subject Matter Expert (SME)</u>: A person with bona fide expert knowledge about what it takes to perform a job. The first-level supervisor is usually a good SME. Superior incumbents in the same or very similar positions and other individuals, typically at or above the grade level of the position being filled, can also be used as SMEs if they have current and thorough knowledge of the job's requirements.

N. <u>Time-Limited Promotion</u>: (Commonly referred to as a "temporary promotion.") Used to fill temporary positions, accomplish a work project, provide needed temporary support pending a reorganization or during a downsizing, or to meet other temporary needs for a specified period of not more than 5 years, unless OPM authorizes an extension for a longer period. The individual selected must be qualified and eligible for a time-limited promotion. Bargaining unit status of the higher graded position and the duration of the time-limited promotion will determine whether or not merit promotion procedures are required.

**Policy**

A. Each position within the Fiscal Service will be staffed through a systematic, fair, and equitable process. Selections will be made from those determined to be the best qualified to perform the job, whether by promotion, detail, reassignment, transfer, or new appointment. All actions under this policy shall be made strictly on the basis of merit and job-related criteria.

B. The servicing HR office will provide all interested applicants access to job opportunity announcements and merit promotion policies and procedures.

C. Fiscal Service will not discriminate against any person on the basis of race, color, religion, sex (including pregnancy and gender identity or expression), national origin, disability, age, sexual orientation, parental status, protected genetic information, political affiliation, labor organization affiliation or nonaffiliation, or previous or current participation in the EEO process.

D. Qualification standards, quality ranking factors, and ranking procedures may not be modified after the job opportunity announcement has closed unless necessary to correct an error and affected applicants are notified. If the error was likely to have precluded applicants from

applying, or if correction of the error eliminates applicants from consideration, appropriate action, as determined by Fiscal Service, will be taken.

E.  Managers have an obligation to determine which source(s) will most likely attract applicants with the necessary skills and knowledge and produce a quality workforce motivated to (a) accomplish Fiscal Service's mission, (b) reach organizational objectives, (c) contribute innovative ideas, and (d) achieve Fiscal Service's equal employment and diversity goals. As reflected below, management has a variety of recruitment sources and authorities and may make selections from any appropriate source. Merit promotion is only one alternative.  When merit promotion procedures are used, management officials may select or not select from among a group of best qualified candidates.

**Actions Covered by Merit Promotion Procedures**

A.  This policy governs the merit promotion procedures of General Schedule (GS) and Federal Wage System (WG) non-bargaining unit covered positions in all of Fiscal Service's organizations.

B.  This policy applies to filling positions by:

1.  Promotions, transfers, appointments (*e.g.*, VEOA) and reinstatements to a position at either a higher grade, or one with more promotion potential than a position previously held on a permanent basis in the competitive service.
2.  Reassignments or demotions to a position with more promotion potential than a position previously held on a permanent basis in the competitive service, except when allowed under Reduction-in-Force (RIF) regulations.
3.  Time-limited promotions for more than 120 calendar days. (Prior service during the preceding 12 months under all non-competitive time-limited promotions and non-competitive details to higher graded positions count toward this 120-day total.)
4.  Details for more than 120 calendar days to a higher graded position or a position with known promotion potential. (Prior service during the preceding 12 months under all non-competitive time-limited promotions and non-competitive details to higher graded positions count toward this 120-day total.)
5.  Selections for training which are part of an authorized training agreement, part of a promotion program, or required before an employee may be considered for a promotion.

**Actions Excluded**

This policy does not apply to the following:

A.  Career ladder promotions – Promotions without current competition of an employee for an assignment intended to prepare the employee for the position to be filled. The intent must be made a matter of record and career ladders must be documented.

B.  Promotions as a result of an accretion of duties – Promotions resulting from a position being

classified at a higher grade because of additional duties and responsibilities assumed over time and certified by the supervisor. These additional duties and responsibilities are directly related to the employee's major and grade controlling duties. In addition, neither supervisory nor lead duties may be added to a non-supervisory position. Any additional duties and responsibilities must not adversely impact other encumbered positions in the same organization.

C.   Time-limited promotions, or a detail to a higher graded position or a position with known promotion potential, for less than 120 calendar days. (Prior service during the preceding 12 months under non-competitive conditions counts toward the 120-day total).

    1.   A time-limited promotion may be made permanent without further competition provided the time-limited promotion was originally made under competitive procedures and the fact that it might lead to a permanent promotion was made known to all potential applicants on the job opportunity announcement.

    2.   The servicing HR office must provide advance written notice to the intended selectee explaining the terms and conditions of a time-limited promotion.

D.   Promotions to a grade previously held on a permanent basis in the competitive service (or in another OPM approved merit system) from which an employee was separated or demoted for other than performance or conduct reasons.

E.   Promotions, reassignments, demotions, transfers, reinstatements, or details to a position having no greater promotion potential than the promotion potential of a position the employee currently holds or previously held on a permanent basis in the competitive service (or other OPM approved merit system) and did not lose because of performance or conduct reasons.

F.   Promotions resulting from the upgrading of a position without significant change in the duties and responsibilities due to the issuance of a new classification standard or the correction of an initial classification error.

G.   A position change permitted by RIF regulations at 5 C.F.R. Part 351.

H.   Appointments, conversions, selections, or promotions made under other hiring authorities or OPM/Treasury approved programs including, but not limited to:

    1.   Delegated Examining.
    2.   Veterans Recruitment Appointments (VRA).
    3.   Appointments under Schedule A.
    4.   Selections from re-employment priority lists.
    5.   Consideration of a candidate not given proper consideration in a competitive promotion action.

I.   Any other exception to merit promotion procedures provided by Federal regulations. For additional information on the listed exclusions, please contact the servicing HR office.

**Developing Evaluation Criteria**

A. <u>Requirements</u> – When Fiscal Service managers and supervisors use competitive procedures to fill vacancies, they will ensure the criteria used to evaluate applicants are job-related by completing and/or validating a job analysis. With the assistance of the servicing HR Specialist, managers and supervisors will ensure the requirements of positions are clearly and adequately communicated in job opportunity announcements so applicants understand the basis upon which their application will be evaluated.

B. <u>Selective Factors</u> – The selecting official, with the assistance of the servicing HR office, will identify those competencies that must be possessed prior to placement in the position, if applicable. These competencies are essential for satisfactory performance in the position and cannot reasonably be acquired on the job during the customary period of orientation or training for the position being filled (generally 90 calendar days, but may be longer). Any applicant who does not possess these selective factors will be considered ineligible for further consideration. Supporting documentation to justify the selective factor(s) is required in the case file.

C. <u>Evaluation Criteria</u> – Subject matter experts develop the rating criteria, i.e., questions, with assistance from the servicing HR Specialist. Subject matter experts weigh the criteria according to their importance to the vacancy. Due weight must be given to performance appraisals and awards.

**Advertising Vacancies**

A merit promotion job opportunity announcement is used to provide public notice of vacancies being filled according to this policy. In order to advertise a vacancy, the selecting official must submit a completed job analysis and recruit request to the servicing HR office. The servicing HR office will post all job opportunity announcements on Fiscal Service's Intranet and USAJobs.gov.

A. <u>Area of Consideration</u> – In consultation with the servicing HR office, the selecting official will determine the appropriate area of consideration. Selecting officials should take into account the nature and level of the position, the results of past recruitment efforts, and the availability of needed skills, as well as affirmative action and diversity goals.

   1. The minimum area of consideration must be sufficiently broad to ensure the availability of a reasonable number of high quality applicants. The area of consideration will typically be Fiscal Service-wide. This includes Fiscal Service employees who: qualify as status eligibles, are currently serving on a Veterans' Recruitment Appointment (VRA), or are currently on an appointment through the program for the employment of individuals with disabilities. Any further limitation requires a business justification and approval by the servicing HR office (in conjunction with Human Capital Division when needed).

   2. When posting a job opportunity announcement where the area of consideration is limited to Treasury or Fiscal Service employees only, the following must also be considered:
      - Applicants with special selection priority (*e.g.*, Treasury's Career Transition Assistance Plan (CTAP), and
      - Land Management employees eligible under Public Law 114-47.

B.  Minimum Open Period – The minimum open period for vacancies is five (5) business days, unless an applicant limit is utilized. Longer open periods may be established by the selecting official and the servicing HR office. The opening and closing dates of the job opportunity announcement must occur on a business day.

C.  Contents of Job Opportunity Announcements – Treasury-approved job opportunity announcement templates will be used. At a minimum, a job opportunity announcement will contain the information listed below.

1.  Name of issuing agency (*i.e.*, Department of the Treasury, Bureau of the Fiscal Service);
2.  Announcement number;
3.  Opening and closing dates for receipt of applications, including specific information concerning how applications will be considered, such as cut-off dates in open continuous announcements or applicant limits;
4.  Area of consideration;
5.  Position title, pay plan, series, and grade level; and per annum salary rates for GS positions; hourly and per annum salary rates for Wage Grade positions;
6.  Promotion potential, if any;
7.  Organizational and geographic location (including organizational unit and the building);
8.  Brief description of the principal duties of the position;
9.  Minimum qualification requirements (including specialized experience definition), competencies or job elements, and selective factors (if applicable);
10. Definition of "well-qualified";
11. Significant working conditions, if any;
12. Statement of evaluation methods to be used, *i.e.* the basis of rating, the rating criteria, and a link to the job-related questions;
13. Application procedures – how, where, what to file, and when to apply;
14. Statement of Equal Employment Opportunity;
15. Position sensitivity, security clearance, and any requirement for periodic reinvestigations;
16. Special conditions of employment, *e.g.* hours of duty, overtime and travel requirements, including alternative work schedule (AWS) options, and telework, if any;
17. Applicability of payment of relocation expenses;
18. Number of positions expected to be filled;
19. Statement about supervisory probationary period, if applicable;
20. Statement regarding accepting applications from applicants eligible under special hiring authorities;
21. TDD services available for hearing impaired applicants;
22. CTAP and ICTAP eligibility and proof of eligibility requirements, if applicable;
23. Statement regarding reasonable accommodations;
24. Tax checks or financial disclosure requirements, if applicable; and,
25. Contact point (*e.g.*, HR service provider's Applicant Call Center).

D.  Optional Flexibilities Used When Posting Job Opportunity Announcements

1.  Announcements with Applicant Limits – On rare occasions, an applicant limit may be used when there is anticipation of a large number of applications. The job opportunity announcement will close on the day the applicant limit is reached or on the scheduled closing date, whichever occurs first.  A justification, and any relevant supporting

evidence, must be documented. Clear directions must be given in the job opportunity announcement regarding the application limit. The application limit must be a quantity that will ensure a sufficient pool of well-qualified applicants is received.

2. Open Continuous Announcements – On rare occasions, when a number of vacancies for the same position (same title, series, grade, promotion potential, competencies, selective factor, similar duties, commuting area, and similar organizational unit) are anticipated to take place over a period of several months, the use of an open continuous job opportunity announcement may be appropriate. It allows the announcement to stay open until management decides to close it. The need for the open continuous announcement must be documented in the case file. Open continuous announcements may remain open for up to 12 months, but must be reviewed after 6-months to ensure the flexibility is being used properly and should continue. In consultation with the selecting official, the servicing HR office establishes cut-off periods during the life of the announcement. In addition, open continuous announcements will also include a:
   - Statement of the intervals at which applications will be referred, and
   - Statement that applicants will be considered only once (*i.e.*, for the first interval during which they apply), and if they wish to be considered again, they must reapply.

3. Amending – Job opportunity announcements may be amended prior to the closing date of the announcement. Amendments are appropriate in cases where information in the job opportunity announcement needs to be corrected or clarified (*e.g.*, an incorrect duty station was listed, or the number of vacancies has increased). The open period for amended announcements may need to be extended to allow applicants ample time to adjust their applications based on the amended information.

4. Reposting – Job opportunity announcements may be reposted after the original or amended closing date of the announcement as needed. The decision to repost is made in consultation between the selecting official and the servicing HR office. Reposting is appropriate in cases where there is an insufficient number of applicants (less than 3) and no action has been taken, or where substantial changes need to be made to the contents of the job opportunity announcement (specialized experience and assessment questions). Candidates who applied to the original announcement continue to be considered, if appropriate.

5. Cancelling – Job opportunity announcements may be cancelled prior to and after the closing date of the announcement. Cancellations are appropriate in cases where the position is no longer needed. The reason(s) for cancelling an announcement should be documented in the case file and applicants should be notified of the cancellation.

6. Filling Identical Vacancies – Selecting officials may use an existing merit promotion certificate to fill identical vacancies (same title, series, grade, promotion potential, competencies, selective factor, similar duties, commuting area, and similar organizational unit) for a period of 180 calendar days from the date when the certificate was issued.

**Notifications to Applicants**

Throughout the recruitment and placement process, the servicing HR office will ensure timely notification to applicants regarding their status. Notification will occur at the time of receipt of application, qualifications determinations, upon referral, and upon selection or non-selection. If a job opportunity announcement is cancelled, applicants will be notified, including any additional directions if applicable. All notifications are sent electronically and must be sent to applicants within three (3) business days after completion of each stage of the process.

**Application Procedures**

A.  Fiscal Service generally uses a web-based employment application processing and rating system to fill merit promotion vacancies. Applicant scores may be lowered or changed if an SME determines that responses to assessment questions are not supported by an applicant's education and/or experience described in his/her application. Candidates may proceed to other assessments or other methods for evaluation which may include, but are not limited to: structured interviews, and/or SME evaluations. Candidates determined to be best qualified as a result of the assessment(s) are referred to the selecting official.

In rare instances, a manual rating and ranking method may be used. In such instances, non-automated assessment methods (*e.g.*, evaluation panels) may be used. Candidates determined to be best qualified as a result of such assessment(s) are referred to the selecting official.

B.  Required Forms – Applicants must submit the following forms in accordance with the job opportunity announcement when applying for Fiscal Service vacancies:

1.  Application (resume);
2.  A copy of a Notification of Personnel Action (SF-50) that shows eligibility to apply for the position (*e.g.*, grade and competitive status or proof of eligibility for a competitive appointment, if applicable);
3.  If the position requires specific education or coursework, the applicant must submit a copy of an unofficial transcript; statement from the institution's registrar, dean or other appropriate official, or equivalent documentation from the school. An official transcript will be required at the time of selection and prior to appointment;
4.  Documentation to support Career Transition Assistance Plan or Interagency Career Transition Assistance Plan (CTAP/ICTAP) eligibility, if applicable; and,
5.  Any other information specifically required in the job opportunity announcement.

C.  Optional Forms – Applicants have the option to provide other forms or documents to be considered as part of their applications (*e.g.*, cover letter, performance appraisals, etc.) A copy of an applicant's most recent performance appraisal is highly encouraged and may be required at the time of the interview.

**Requirements for Non-Competitive Eligibles**

For purposes of this policy, non-competitive eligibles must meet all of the requirements stated in the job opportunity announcement.

**Receipt of Applications**

A. Applications must be submitted by 11:59 PM Eastern Time on the closing date listed in the job opportunity announcement. The only exception is when a Fiscal Service employee is absent and meets the conditions specified below.

B. Under specific circumstances, applicants may submit applications after the closing date. Such requests must be received by the servicing HR office before the closing date of the job opportunity announcement.

   1. Employees may receive consideration for advertised vacancies during periods of extended absence. Such absences include: military service, service in public international organizations (if employee has reemployment rights), compensable job-related injuries, approved leave, details outside of the Fiscal Service, off-site training courses or work assignments (other than those covered by the Fiscal Service Telework Program), as well as employees at approved off-site locations where the employee does not have access to job opportunity announcements.

   2. When absent under the above conditions, employees must inform the servicing HR office before the closing date of the job opportunity announcement and in writing of their wish to be considered for vacancies announced during their absences. At a minimum, employees must provide the servicing HR office a copy of their application, documentation to support eligibility (*e.g.,* Notification of Personnel Action (SF-50) that shows the current grade and competitive status, DD 214 – Certificate of Release or Discharge from Active Duty, etc.), the dates of their absence, and a listing of all of the Fiscal Service vacancies (titles, series, grades and geographic locations) for which they wish to be considered. Employees must also state if they are entitled to any special selection priority.

**Basic Eligibility and Qualification Determinations**

A. The servicing HR office will review applications to assure they meet all basic eligibility and qualification requirements. Requirements must be met within 30 calendar days after the closing date of the job opportunity announcement. Applicants filing under an open continuous announcement must meet the qualification requirements within 30 calendar days of each cut off period. These requirements may include:

   1. United States citizenship;
   2. Eligibility under Area of Consideration;
   3. Minimum qualification requirements;
   4. Selective Factors, if applicable;
   5. Positive education requirements, if applicable;
   6. Time after Competitive Appointment (TACA) requirements; and,
   7. Time-in-grade requirements.

B. On rare occasion, an SME or rating panel may be used to evaluate candidates when reviewing minimum qualification requirements, selective factors (if used), or when validating applicant responses to the vacancy questions. If a rating panel is used, the servicing HR office will provide guidance and instruction to the selecting official in choosing panel members and to the members themselves in conducting the rating.

**Referral of Applicants**

A. <u>Best Qualified Applicants</u> – After all applicable selection priority and priority consideration candidates have been referred and considered, best qualified candidates may be referred to the selecting official for consideration. From the listing of qualified applicants arranged numerically, the top 10 candidates per grade level and per duty station shall be referred to the selecting official for consideration. They will be placed alphabetically on the merit promotion certificate. If the merit promotion certificate is issued for more than one vacancy, the maximum number on the list may be increased by one applicant for each additional vacancy *(i.e.,* maximum of 11 applicants for two vacancies; 12 for three vacancies, etc.).

B. <u>Multiple Grade and/or Location Vacancies</u> – The servicing HR office will prepare a separate certificate for each grade level and duty station advertised. The servicing HR office will refer the non-competitive eligibles for each grade level and duty station on separate certificates. An applicant's name may appear on more than one certificate when more than one grade level or duty station has been advertised.

C. <u>Tied Scores</u> – When multiple candidates are tied for the last referable slot on the certificate, all the tied candidates will be referred.

D. <u>Life of Certificates</u> –

   1. <u>Merit Promotion Certificates and Non-Competitive Lists of Eligibles</u> – Merit Promotion Certificates and Non-Competitive Lists of Eligibles are issued for a period of 30 calendar days. Extensions may be made up to a maximum of 180 calendar days from the date the merit promotion certificate is issued. Extensions must be documented and included in the case file. However, managers must make every effort to make selections as soon as possible and extensions should be made only when circumstances exists when the selection cannot be made within the first 30 calendar days of the certificate.

   2. <u>Open Continuous Certificates</u> – When an open continuous announcement is posted, certificates are issued after each cutoff date. Existing certificates must be acted upon, completed with selection/non-selection, and returned to the servicing HR office before any subsequent certificates are issued.

**Interview Process**

A. <u>Non-Competitive Eligibles</u> – The selecting official has the discretion to interview or not interview any non-competitive applicant for selection. Therefore, the selecting official can decide to interview some, none, or all of the non-competitive eligibles referred for selection.

B. <u>Competitive Eligibles</u> – All competitive applicants on a certificate must be interviewed if one is interviewed. The selecting official, designee or an interview panel may conduct the interviews.

C. <u>Remote Interviews</u> – When it is not possible to interview one or more applicants in person because of geographic location or other factors, telephone or video conference interviews may be conducted.

D.  Interview Questions – The interview should be structured to assess criteria not ratable from the written record. Interview questions must be job related and consistently applied to all interviewees.  This does not mean that a question asked of one applicant cannot lead to further discussion. However, each interviewed applicant must be asked the same basic questions. If requested, the servicing HR office will assist the selecting official in developing interview questions. Interviewer(s) must keep original interview notes for two years from the selection date.

E.  Interview Panel Composition – Interview panels are optional. If using an interview panel, the selecting official should ensure, to the extent possible, that the panel members reflect the diversity of Fiscal Service.

**Selection Procedures**

A.  Management has the right to select or not select from among a group of best qualified candidates. In addition, the selecting official may select an applicant from any other appropriate source such as a reassignment, transfer, reinstatement, DEU Certificate or non-competitive source.

B.  The selecting official will consider all information such as application, reference checks, interview results, interview panel recommendations, current performance appraisal, and past awards when making a selection. Any selection technique used by the selecting official will be uniformly applied in a fair and objective manner to all candidates referred to him/her. An employee's annual or sick leave balance cannot be considered by selecting officials as a basis for selection or non-selection.

C.  The selecting official must document the actions taken (*i.e.*, interviewed, selected, not selected, declined) for each applicant per certificate, and return the certificate(s) and all applications and materials to the servicing HR office. Failure to return completed certificates may jeopardize selections or any future recruitment efforts including time-to-hire goals.

D.  Job Offers

   1.  Tentative Job Offers – After making a selection, the servicing HR office will verify that the selection meets all statutory and regulatory requirements. The servicing HR office will then extend the tentative offer and notify the selecting official when the tentative offer has been made.

      a.  The tentative offer must be made prior to any specific inquiries concerning an applicant's criminal or credit background.

    b.  The tentative offer letter will specify that the offer is conditional pending meeting all conditions of employment. This may include, for example, verification of citizenship status, Selective Service registration (if applicable), verification of qualifications, suitability for federal employment, and other conditions required of the job.

2.  <u>Official Job Offers</u> – Only the servicing HR office, or other HR designee, is authorized to make an official verbal and written job offer. Selecting officials are not authorized to extend job offers. The written job offer to prospective employees must include compliant language regarding ethics obligations associated with positions.

3.  <u>Unofficial Job Offers</u> – For internal Fiscal Service selections, the selecting official may extend an unofficial job offer prior to the servicing HR office making the official job offer. The selecting official will first coordinate with the servicing HR office before making an unofficial offer.

E.  Selected applicants must meet all conditions of employment at time of entering on duty (*e.g.*, selective service, physical requirements, etc.). If there are applicable agreements or memos of understanding required of the appointment, the servicing HR office will ensure these are provided to the selectee, completed if signatures are required, and properly filed.

## Release of Employees and Effective Dates

A.  To be eligible for promotion or placement, candidates must meet all eligibility requirements and the minimum qualification standards prescribed by the Office of Personnel Management (OPM) by the effective date of the promotion or placement.

B.  After consulting with the selecting official, the servicing HR office will request the release of the selected applicant from the selectee's supervisor or other appropriate point of contact. The effective date of the action will generally be the first day of the pay period immediately following the release date.

1.  <u>Promotion within Fiscal Service</u> – The employee's supervisor will release an employee selected for promotion no later than one full pay period from the date of the official offer and acceptance by the applicant. However, the release date may be delayed to the pay period when the employee meets all requirements.

2.  <u>Reassignment or Change to Lower Grade within Fiscal Service</u> – The employee's supervisor will normally release the employee for reassignment or change to lower grade within two to four weeks from the date of the official offer and acceptance by the applicant. However, the time may be extended upon mutual agreement between the selecting official and releasing official. If disputes arise, the matter should be escalated to the Human Capital Division, Workforce Policy and Programs Branch Manager.

## Disclosure of Merit Promotion Information

A.  Upon request, the servicing HR office will provide feedback to employees regarding the

ranking-rating process and/or the selection process. Applicants may request information from the servicing HR office about:

1. Whether they met the eligibility and minimum qualification requirements, including selective factors, if applicable.
2. Their summary ratings and the designation of the rating, *i.e.* qualified, referred, etc.
3. Whether they were certified to the selecting official for consideration.
4. Ways they might improve their chances for future selection.
5. The selectee's name.

B. If an employee has been determined not qualified or ineligible and the employee believes that the servicing HR office has made an error, the employee may request re-evaluation of his/her application. The servicing HR office will review the request and make a final determination.

C. All those associated with and involved in the rating and selection process must safeguard all information under this policy to protect the privacy of each applicant.

D. Fiscal Service will post the name(s) of the selectee(s) online via the Fiscal Service Intranet if any selections are made.

E. Any employee on the best qualified list who is not chosen by the selecting official shall be provided with an explanation of the reasons for non-selection from the selecting official, upon written request.

**Priority Consideration**

If an applicant has been erroneously omitted from a certificate, steps will be taken to remedy the error as soon as the error is discovered. The servicing HR office must ensure the selecting official gives an applicant a one-time priority consideration for the next available position that is the same title, series, and grade and which is in the same division and geographic location. The selecting official must consider those referred under priority consideration before other applicants. However, selection is not required, and priority consideration is not given prior to applicants with special selection priority (*e.g.*, Treasury's Career Transition Assistance Plan (CTAP)).

**Record Keeping and Destruction**

The servicing HR office will maintain all records for a merit promotion announcement sufficient to allow reconstruction of the promotion or placement action. The servicing HR office typically may destroy these records after two years from the selection date or after the Office of Personnel Management has formally evaluated the program (whichever comes first). As noted previously, interviewer(s) usually must keep original interview notes for two years. However, when there is a complaint or grievance regarding the selection process, all documents must be retained until the Office of the Chief Counsel determines that the retention is no longer necessary.

**Administrative Grievances**

A.  An employee or external applicant who has a concern or question about the outcome of a merit promotion action is encouraged to discuss it with the servicing HR office. While protecting the privacy of others, the servicing HR office may be able to provide useful facts about the action, explain the controlling merit promotion principles and procedures, and correct any misunderstanding. If a corrective action is required, the servicing HR office will coordinate that with the selecting official.

B.  Non-selection from among a group of properly ranked and certified applicants is not an appropriate basis for a formal grievance, and there is no right of appeal to OPM.

**Conflict of Interest**

Supervisors, SMEs, HR Specialists, selecting officials, and other public officials (as defined in 5 C.F.R. Part 310) are prohibited from participating in any part of the rating, ranking, or selection process if they intend to apply for the position or if they know that a relative or household member is under consideration. Notification of recusals must be submitted, in writing, to the servicing HR office.

**Program Review**

To ensure program integrity and compliance with governing laws and regulations, as well as its success in introducing a diverse and high quality workforce, this policy is subject to continuing and periodic review.

Skip to main content
Office of Inspector General
U.S. Department of Housing and Urban Development

- HOME
- ABOUT OIG
- OIG REPORTS
- FRAUD PREVENTION
- HOTLINE

Toggle navigation

- HOME
- ABOUT OIG
- OIG REPORTS
- FRAUD PREVENTION
- HOTLINE

# Vacancy Details

VIEW ELIGIBILITY QUESTIONS VIEW VACANCY QUESTIONS PRINT VACANCY
About

**Announcement Number:**
 18-HUDIG-71
**Hiring Agency:**
 HUD - Office Of Inspector General
**Position Title:**
 Supervisory Budget Officer (Director, Budget Management Division)
**Open Period:**
 09/27/2018 - 10/03/2018
 Format MM/DD/YYYY

**Series/Grade:**
 GS - 0560 15
**Salary:**
 USD $134,789 - USD $164,200
**Work Schedule:**
 Full-time - Career/Career Conditional
**Promotion Potential:**
 GS-15
**Duty Location(s):**
 **1** Vacancy in

Washington, DC, US

**Telework Eligible:**

Yes

**For More Info:**

Applicant Call Center

304-480-7300

HUDIGINQUIRIES@Fiscal.treasury.gov

Overview

**Hiring Path:**

- Individuals with disabilities
- Competitive service
- Career transition (CTAP, ICTAP, RPL)
- Land & base management
- Military spouses
- Special authorities
- Veterans

**Who May Apply/Clarification From the Agency:**

All candidates who are:

1. Within the local commuting area and are current or former federal employees qualifying as Status Candidates, Federal employees currently serving on a VRA, CTAP/ICTAP eligibles, eligible for special hiring authorities (e.g., the Schedule A appointment for persons with disabilities, or covered by an Interchange Agreement); OR

2. Individuals, no matter where you reside, who are VEOA eligibles; OR

3. Land Management employees eligible under Public Law 114-47.

**Security Clearance Required:**

Public Trust - Background Investigation

**Appointment Type**

Permanent

**Appointment Type Details:**

Full-time

**Marketing Statement:**

The Office of the Inspector General (OIG) has as its primary mission the detection and deterrence of fraud, waste, and abuse in the administration of over $40 billion in Federal funds each year by the U.S. Department of Housing & Urban Development (HUD). Through its programs, largely carried out by thousands of approved lenders and public housing authorities throughout the United States, HUD expands housing opportunities for American families by extending such benefits as mortgage insurance and rental subsidies for qualified persons.

**Summary:**

The incumbent is the Director of the Budget Management division for the OIG. The Budget Management Division has responsibility for budget formulation, justification and execution and is recognized as the principal contributor to top management's budgetary decisions.

**Supervisory Position:**
Yes
**Relocation Expenses Reimbursed:**
No
**Travel Required:**
Occasional Travel
Occasional Travel mat be required.

Back to top

Duties

As the Office of Inspector General (OIG) for the U.S. Department of Housing and Urban Development (HUD), we remain an independent and objective organization, conducting and supervising audits, evaluations, and investigations relating to the Department's programs and operations. We promote economy, efficiency, and effectiveness in these programs and operations as we also strive to prevent and detect fraud, abuse, and mismanagement. We are committed to keeping the HUD Secretary, Congress, and our stakeholders fully and currently informed about challenges and deficiencies and the necessity for and progress of corrective actions.  We invite you to join HUD OIG, where we are guided by five shared core values of accountability, courage, respect, stewardship, and trust.  These core values serve as the framework for all of our work.

As a Supervisory Budget Analyst, you will:

- Provide leadership on the OIG budget formulation, justification and execution and is recognized as the principal contributor to top management's budgetary and financial management decisions..

- Manage the workload and staff resources, including the supervision of subordinate employees; and independently plans and integrates overall work operations, set priorities, organizational goals, objectives and standards.

- Direct and manage a variety of high-level special and complex assignments involving matters of policy which requires a close and confidential relationship with the Deputy Assistant Inspector General for Management.

- Provide management advice and assistance to the Inspector General and to other key OIG officials concerning interpretations of Federal and Departmental regulations relating to the OIG budget activities.

Back to top

Qualifications and Evaluations

**Requirements:**
The experience may have been gained in either the public, private sector or volunteer service. One year of experience refers to full-time work; part-time work is considered on a prorated basis. To ensure full credit for your work experience, please indicate dates of employment by month/day/year, and indicate number of hours worked per week on your resume.

**Key Requirements:**
- Please refer to "Conditions of Employment."
- Click "Print Preview" to review the entire announcement before applying.
- Must be U.S. Citizens or U.S. Nationals.

**Education Requirements:**

**Evaluations:**
Your application includes your résumé, responses to the online questions, and required supporting documents. Please be sure that your résumé includes detailed information to support your qualifications for this position; failure to provide sufficient evidence in your résumé may result in a "not qualified" determination.

**Rating**: Your application will be evaluated in the following areas:

- Managerial Skills

- Technical Skills

- Communication Skills

Your application will be rated and ranked among others, based on your responses to the online questions, regarding your experience, education, training, performance appraisals and awards relevant to the duties of this position.  Your rating may be lowered if your responses to the online questions are not supported by the education and/or experience described in your application.

**Referral**: If you are among the top qualified candidates, your application may be referred to a selecting official for consideration.  You may be required to participate in a selection interview.

If you are a displaced or surplus Federal employee (eligible for the Career Transition Assistance Plan (CTAP)/Interagency Career Transition Assistance Plan (ICTAP)) you must receive a score of 85 or better to be rated as "well qualified" to receive special selection priority.

**Qualifications:**

You must meet the following requirements within 30 days of the closing date of this announcement.

**Specialized experience:**  For the GS-15, you must have one year of specialized experience at a level of difficulty and responsibility equivalent to the GS-14 grade level in the Federal service. Specialized experience for this position includes:

- Providing direction and solutions to managers/officials on budget policies and procedures; AND

- Formulating budget requests and ongoing analysis of program performance; AND

- Supervising staff in the development of all budget formulation and execution; AND

- Serving as a first-line supervisor in the area of budget, finance, or travel.

**Time-in-Grade:**  In addition to the above requirements, you must meet the following **time-in-grade requirement**, if applicable:  For the GS-15, you must have been at the GS-14 level for 52 weeks.

**Time After Competitive Appointment:**  Candidates who are current Federal employees serving on a non-temporary competitive appointment must have served at least three months in that appointment.

Back to top

Benefits and Other Info

**Benefits:**
**Agency Benefits:**
Our comprehensive benefits are very generous.  Our benefits package includes:

- Challenging work, opportunities for advancement, competitive salaries, bonuses and incentive awards.
- Ten paid holidays, 13 days of sick leave, and 13 to 26 days of vacation time each year.
- Access to insurance programs that may be continued after you retire.
- A wide choice of health insurance plans, coverage for pre-existing conditions, and no waiting periods. We pay a substantial amount (up to 75%) of the health insurance premiums.
- A retirement program which includes employer-matching contributions.
- Learn more about Federal benefits programs at:
https://help.usajobs.gov/index.php/Pay_and_Benefits

**Other Information:**
- We may select from this announcement or any other source to fill one or more vacancies.
- Relocation expenses are NOT Authorized.
- This is a non-bargaining unit position.


- We offer opportunities for telework.
- We offer opportunities for flexible work schedules.

**CONDITIONS OF EMPLOYMENT**:
- A one year probationary period may be required.
- A one year supervisory or managerial probationary period may be required.

- If you are a male applicant born after December 31, 1959, certify that you have registered with the Selective Service System or are exempt from having to do so.
- Have your salary sent to a financial institution of your choice by Direct Deposit/Electronic Funds Transfer.
- Go through a Personal Identity Verification (PIV) process that requires two forms of identification from the Form I-9. Federal law requires verification of the identity and employment eligibility of all new hires in the U.S.
- Obtain and use a Government-issued charge card for business-related travel.
- File a Confidential Financial Disclosure Report within 30 days of appointment and annually from then on.
- Pass a detailed background investigation.
- Be willing to travel.

Back to top

How to Apply

**How to Apply:**

*HUD OIG has partnered with the Treasury's Bureau of the Fiscal Service to provide certain personnel services to its organization. Fiscal Service's responsibilities include advertising vacancies, accepting and handling applications, and extending job offers.*

The following instructions outline our application process. You must complete this application process and submit any required documents by 11:59 p.m. Eastern Time (ET) on the closing date of this announcement. We are available to assist you during business hours (normally 8:00 a.m. - 5:00 p.m. ET, Monday - Friday). If applying online poses a hardship, please contact us by noon ET on the announcement's closing date.

HUD OIG provides reasonable accommodation to applicants with disabilities on a case-by-case basis. Please contact us if you require this for any part of the application and hiring process.

**To begin**, either click the "Create a New Account" button and follow the prompts to register or if you previously registered, click the "Apply Online" button and follow the prompts.

You will be re-directed to HUD OIG's CareerConnector system to complete your application process; answer the online questions, and submit all required documents. (To submit supporting documents, click one of the available options; Upload; Fax; or Reuse existing documents. To protect your privacy, we suggest you first remove your SSN). Also, go to "My Account" to view and update your information, as necessary.

**To complete**, you must click the "Finish" button located at the bottom of the "Application Review" page.

To verify your application is complete, log into your USAJOBS account, select the **Application Status** link and then select the **more information** link for this position. The Details page will display the status of your application, the documentation received and processed, and any correspondence the agency has sent related to this application.

To return to an incomplete application, log into your USAJOBS account and click **Update Application** in the vacancy announcement. You must re-select your resume and/or other documents from your USAJOBS account or your application will be incomplete.

**If you are experiencing system issues with your application, please contact the CareerConnector Help Desk at careerconnectorhelp@treasury.gov and/or the USAJOBS Help Desk.**

Required Documents:

**A complete application includes 1. A résumé, 2. Vacancy question responses, and 3. Submission of any required documents.** Please note that if you do not provide all required information, as specified in this announcement, you may not be considered for this position (or may not receive the special consideration for which you may be eligible).

**All applicants are required to submit a résumé** either by creating one in USAJOBS or uploading one of their own choosing. (Cover letters are optional.) To receive full credit for relevant experience, please list the month/date/year and number of hours worked for experience listed on your résumé. We suggest that you preview the online questions, as you may need to customize your résumé to ensure that it supports your responses to these questions. Please view résumé tips.

**CURRENT AND FORMER FEDERAL EMPLOYEES -- Documentation Relating to Your Federal Employment**:
- Submit a copy of your SF-50, Notification of Personnel Action, which shows your current (or most recent) grade and competitive service status. (The "position occupied" block on the SF-50 should show a "1" and your "tenure" block should show a "1" or "2".)
- If you are currently on a Veterans Recruitment Appointment (VRA), submit a copy of an SF-50 showing that. Also, you must submit a copy of your DD214 or other documentation showing dates of service and type of discharge and any other applicable documents such as SF-15, VA letters, etc.
- Indicate on your application the highest permanent grade you have held; if this grade is different from your current grade, submit a copy of an additional SF-50 showing this grade.

**PERFORMANCE APPRAISAL**: Submit a copy of your most recent performance appraisal, including the evaluation/rating. If you have not received this

documentation for any reason (not employed, current employer does not give a performance appraisal, etc.) you must explain why in your application.

**CAREER TRANSITION ASSISTANCE PLAN (CTAP) OR INTERAGENCY CAREER TRANSITION ASSISTANCE PLAN (ICTAP) DOCUMENTATION:** If you are a displaced or surplus Federal employee, click CTAP/ICTAP for eligibility and a detailed list of required documents.

**If you are applying under a special hiring authority** (e.g. Military Spouses, Interchange Agreement, VEOA, VRA, Schedule A Disability, etc.), please see applicant guide for required documentation. In order to be eligible under one of these authorities, you must submit all required documentation as outlined in the applicant guide.

**Next Steps:**
To check the status of your application for this position, please follow these steps:

1. Login to your USAJOBS account, select the "Applications" section and click on the vacancy you would like to view and have already applied for.

2. Under "application status," click "additional application information" and you will be taken to the CareerConnector website where you can check your application status.  The "additional application information" link may not be available if your application status says "Unavailable." This indicates that your application is not complete.

If the "additional application information" link is not available and the vacancy is still open, you can click on the job announcement and "Update Application" to be taken back to the CareerConnector portion of the application.

Back to top

For Assistance Contact: mgshelp@monster.com
**POWERED BY MONSTER**

- Privacy

This is a Federal job application system. Providing false information, creating fake IDs, or failing to answer all questions truthfully and completely may be grounds for not hiring, for disbarment from Federal employment, or for dismissal after the applicant begins work. Falsifying a Federal job application, attempting to violate the privacy of others, or attempting to compromise the operation of this system may be punishable by fine or imprisonment (US Code, Title 18, section 1001).

# Applicant Listing Report

**Organization :**  HUD - Office of Inspector General

**Department :**  Office of Management and Policy

**Announcement Number :**  18-HUDIG-71

**Staging Area:**  SA-HUD-OIG-0001

**Certificate Number :**  18-HUDIG-71-C-15

**Certificate Location(s) :**  Washington, DC(US)

**Ranking :**  Last Name

**Series :**  0560

**Pay Plan :**  GS

**Filtered by Location(s) :**  None

**Grade :** 15

| Name | Score | Veterans' Preference | Status |
|------|-------|----------------------|--------|
| (b)(6) | 100.00 | NV | NS |
| (b)(6) | 100.00 | TP | NS |
| (b)(6) | 99.05 | TP | NS |
| (b)(6) | 100.00 | TP | NS |
| (b)(6) | 100.00 | NV | NS |
| (b)(6) | 95.24 | NV | NS |
| (b)(6) | 100.00 | NV | NS |
| (b)(6) | 100.00 | CPS | NS |
| (b)(6) | 100.00 | CPS | NS |
| (b)(6) | 100.00 | NV | NS |
| (b)(6) | 100.00 | NV | NS |
| (b)(6) | 100.00 | CPS | NS |

**Grade : 15**

| Name | Score | Veterans' Preference | Status |
|---|---|---|---|
| (b)(6) | 97.38 | NV | NS |
| (b)(6) | 100.00 | NV | NS |
| (b)(6) | 100.00 | CPS | NS |
| (b)(6) | 98.10 | NV | NS |
| (b)(6) | 99.29 | NV | NS |
| (b)(6) | 100.00 | NV | NS |
| (b)(6) | 100.00 | NV | NS |
| (b)(6) | 99.29 | TP | NS |
| (b)(6) | 100.00 | NV | NS |
| (b)(6) | 99.29 | NV | NS |
| (b)(6) | 100.00 | TP | NS |
| (b)(6) | 93.10 | NV | NS |
| (b)(6) | 94.05 | CPS | NS |
| (b)(6) | 100.00 | NV | NS |
| (b)(6) | 90.95 | TP | NS |
| (b)(6) | 98.10 | NV | NS |
| KIESHA  LEWIS | 100.00 | NV | NS |
| (b)(6) | 100.00 | NV | NS |
| (b)(6) | 100.00 | CPS | NS |

**Grade :** 15

| Name | Score | Veterans' Preference | Status |
|---|---|---|---|
| (b)(6) | 97.86 | NV | NS |
| (b)(6) | 100.00 | CPS | NS |
| (b)(6) | 100.00 | CPS | NS |
| (b)(6) | 99.05 | NV | NS |
| (b)(6) | 95.24 | TP | NS |
| (b)(6) | 99.29 | NV | NS |
| (b)(6) | 93.81 | NV | NS |
| (b)(6) | 98.33 | CP | NS |
| (b)(6) | 99.05 | NV | NS |
| IAN  TUCK | 99.29 | NV | HIRE |
| (b)(6) | 100.00 | NV | NS |
| (b)(6) | 100.00 | NV | NS |
| (b)(6) | 99.52 | NV | NS |
| (b)(6) | 100.00 | NV | NS |

http://www.tigta.gov/
**Treasury Inspector General
for Tax Administration**

**Printed on Thursday, Nov 16, 2017**

Home    About TIGTA    Audit    Investigations    Inspections & Evaluations    Publications    Careers    Contact

**SCAM**
**ALERT**

▶ **LATEST IRS IMPERSONATION SCAM UPDATE:** Do not use iTunes Gift Cards to pay your taxes...
learn more.
▶ If you believe you have been a victim of an IRS Impersonation Scam, contact us.
▶ View this Public Service Announcement video.
▶ Downloadable IRS Scam Files: Warning Flyer, 5X8 Poster & 11X17 Poster.
▶ TIGTA partners with the Department of Justice's Elder Justice Initiative, view webinar.

## Report Form Confirmation

We appreciate you taking the time to provide information that will assist us in improving and strengthening the Internal Revenue Service. The information you provided has been sent to our Complaints Unit via e-mail.

Thank you for your assistance,
TIGTA Complaints Unit

Privacy Policy | Google Privacy | Accessibility | Site Index

Last Updated: March 27, 2014