**http://www.tigta.gov/**
**Treasury Inspector General for Tax Administration**

Printed on Thursday, Nov 16, 2017

Home    About TIGTA    Audit    Investigations    Inspections & Evaluations    Publications    Careers    Contact

**SCAM ALERT**
- ► **LATEST IRS IMPERSONATION SCAM UPDATE:** Do not use iTunes Gift Cards to pay your taxes... learn more.
- ► If you believe you have been a victim of an IRS Impersonation Scam, contact us.
- ► View this Public Service Announcement video.
- ► Downloadable IRS Scam Files: Warning Flyer, 5X8 Poster & 11X17 Poster.
- ► TIGTA partners with the Department of Justice's Elder Justice Initiative, view webinar.

## Report Form Confirmation

We appreciate you taking the time to provide information that will assist us in improving and strengthening the Internal Revenue Service. The information you provided has been sent to our Complaints Unit via e-mail.

Thank you for your assistance,
TIGTA Complaints Unit

Privacy Policy | Google Privacy | Accessibility | Site Index

Last Updated: March 27, 2014