# RE: Retaliation in the form of a Human Resource Management Adverse Action

OIGCounsel <OIGCounsel@oig.treas.gov>

Tue 2/27/2018 9:31 AM

To:'Kiesha Lewis' <kieshalewis@hotmail.com>;

Dear Ms. Lewis:
That is odd. It may be there was a problem in transmission, or they have changed the complaints@tigta.gov address. Let me find someone in that office and ascertain the situation. I'll be back with you shortly.
Sincerely,
AJ Altemus
Office of Counsel

From: Kiesha Lewis [mailto:kieshalewis@hotmail.com]
Sent: Tuesday, February 27, 2018 8:03 AM
To: OIGCounsel <OIGCounsel@oig.treas.gov>
Subject: RE: Retaliation in the form of a Human Resource Management Adverse Action

Good Morning,

Thank you very much for your quick and timely response!

Yesterday, I did speak with a TIGTA investigator, however, the conversation left me very troubled.

The investigator told me there was absolutely NO record of either my submission or the submission provided by your office.

Therefore, I am requesting that your office assist me in launching an independent investigation into the TIGTA organization. The Inspector General's office is supposed to be an independent investigative organization that taxpayers can trust. For me, that trust has been severely compromised. How can two submissions, from two entirely different entities just disappear?

This is a question that only an investigation can answer because I would hate for this to happen to others.

Thanks in advance for time and attention to this matter!

Get Outlook for Android

From: OIGCounsel <OIGCounsel@oig.treas.gov>
Sent: Monday, February 26, 2018 8:26:47 AM
To: 'Kiesha Lewis'

Cc: 'complaints@tigta.gov'
Subject: RE: Retaliation in the form of a Human Resource Management Adverse Action

Dear Ms. Lewis:

Although your complaint was forwarded to TIGTA, we cannot advise you as to the status. We forwarded it to TIGTA because we have no jurisdiction over IRS matters. We recommend you contact that Office directly.

Sincerely,

AJ Altemus
Office of Counsel

From: Kiesha Lewis [mailto:kieshalewis@hotmail.com]
Sent: Sunday, February 25, 2018 2:04 PM
To: Michele.Mackin@gao.gov; contact@gao.gov; spel@gao.gov; fraudnet@gao.gov; ContactOGE@oge.gov; Dale.Christopher@oge.gov; David.Apol@oge.gov; Shelley.Finlayson@oge.gov; cigie.information@cigie.gov; dc.outreach@usdoj.gov; Andrew.Vale@fbi.gov
Cc: WhistleblowerProtection@tigta.treas.gov; TIGTA-webmaster@tigta.treas.gov; Russell.George@tigta.treas.gov; OIGCounsel <OIGCounsel@oig.treas.gov>; James.Jackson@tigta.treas.gov; Kiesha Lewis <kieshalewis@hotmail.com>
Subject: Retaliation in the form of a Human Resource Management Adverse Action

Hello,

My name is Kiesha D. Lewis and I am contacting your office in hopes that you can assist me with a concern that I raised with the IRS and several other agencies.

On November 16, 2017, I submitted the attached email and memo to IRS management, the IG office, and OPM. I received the attached message from the IG office, and contacted TIGTA myself, see attached submission form. However, to date, I have yet to receive anything from TIGTA, not even a case number. Moreover, when I attempted to follow up with IG, I received no response.

Please let me know what other measures I should take to have my concern addressed.

Thank you in advance for your time and attention to this matter!

Kiesha D. Lewis
kieshalewis@hotmail.com