## Treasury/IRS HSPD12/PIV Process

Kiesha Lewis
Thu 1/17/2019, 8:48 PM

To: james.moloney@treasury.gov <james.moloney@treasury.gov>;
Amy.L.Albee-Johnson@irs.gov <Amy.L.Albee-Johnson@irs.gov>
Cc: Kiesha Lewis <kieshalewis@hotmail.com>

Good Evening Mr. Moloney, Ms. Albee-Johnson,

My name Kiesha D. Lewis and I am contacting both of your offices to request information pertaining to the process that both the IRS and Treasury use pertaining to the implementation of HSPD12/PIV. I was a former IRS employee (I left the agency in 2017) and am currently a contract employee with the Bureau of Engraving and Printing (BEP). However, BEP has been having problems getting my PIV credentials transferred from the IRS to BEP; whenever BEP attempts to activate my PIV credentials they obtain an error message.  BEP has contacted the GSA USAccess twice concerning this matter, to which they have been told that Treasury was going to remove the PIV credentials from the IRS, transfer them to Treasury and then transfer to BEP.

Therefore, I am reaching out to both of you in hopes of learning what the standard process is pertaining to PIV credentials, especially when an employee leaves an agency.  I would also like to know what the process is for transferring those PIV credentials to another government agency, if and when that individual decides to accept employment with another agency and the time-frame to complete each of these tasks/actions.

Thank you very much for your time and attention to this matter!

Kiesha D. Lewis
kieshalewis@hotmail.com

## Lewis Kiesha (Contractor)

**From:** Lakeisha.Price-Sillah@treasury.gov
**Sent:** Thursday, January 24, 2019 9:50 AM
**To:** Cevallos Noe; McKnight Roderick
**Cc:** Lewis Kiesha (Contractor); James.Moloney@treasury.gov; Lakeisha.Price-Sillah@treasury.gov
**Subject:** Reactivation

Good morning SSOC Team;

I hope all is well. Please have Ms. Lewis report to SSOC per your scheduling. Her keys have been reactivated and extended. Please have her try the activation again within 29 days.

Thanks for your patience in regards to this matter.

Keisha

1

## Re: Premier Mgmt. Corp - BEP PM Position

Cheryl Queen <Cheryl.Queen@premgtcorp.com>
Thu 12/6/2018 2:49 PM
**To:** Kiesha Lewis <kieshalewis@hotmail.com>

Thanks for the update. I hope it is really soon, too!

Cheryl Queen

Cheryl Queen
443-255-2555
Outlook for Android

---

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Thursday, December 6, 2018 12:41:42 PM
**To:** Cheryl Queen
**Subject:** Re: Premier Mgmt. Corp - BEP PM Posi on

Hello Cheryl - I just got off the phone with the Security Specialist (Ebony Harrison). She stated that my package is with the Adjudicaon Departmen t and that they will be making a decision really soon (she could not give me a me fr ame). She also said that a. er they make their decision that they will be in contact with the COR.

Kiesha

---

**From:** Cheryl Queen <Cheryl.Queen@premgtcorp.com>
**Sent:** Thursday, December 6, 2018 11:31 AM
**To:** Kiesha Lewis
**Subject:** Premier Mgmt. Corp - BEP PM Posi on

Hello Kiesha,

I'm sending the email to check in with you to see if you've heard from BEP security? The last email I received was that you didn't have to fill out the eQuip due to your Treasury clearance. I was expec ng you to be cleared by now. Security will not provide me with informa on nor will they provide the COR with informa on.

Do you mind calling your security contact and ask your status?

Thanks,
*Cheryl Queen, PMP, ITIL*
*Sr. Program Manager*
Cheryl.Queen@premgtcorp.com
**Premier Management Corporaon** | **www.premgtcorp.com**
8894 Stanford Boulevard, Suite 405 | Columbia, MD 21045
**DIRECT:** 443.656.3550 x266 | **CELL:** 443.255.2555 | **FAX:** 443.656.3570



**CONFIDENTIALITY:**

*This e-mail and any a achments are for the intended recipient(s) only and may contain proprietary, confidenal mat erial. If you are not the intended recipient, (even if the email address above is yours) do not use, retain, copy or disclose any part of this communicaon or an y a achment as it is strictly prohibited and may be unlawful. If you believe that you have received this e-mail in error, please nof y the sender immediately and permanently delete. This email may be a personal communicaon from the sender and as such does not represent the views of the company.*

## Continued Retaliation from the IRS

Kiesha Lewis
Thu 1/24/2019 3:33 PM

**To:** plr@opm.gov <plr@opm.gov>; perform-mgmt@opm.gov <perform-mgmt@opm.gov>; ppp@osc.gov <ppp@osc.gov>; OIGCounsel@oig.treas.gov <OIGCounsel@oig.treas.gov>
**Cc:** Kiesha Lewis <kieshalewis@hotmail.com>

In October 2017, I resigned from the IRS. In November 2017, I reported the retaliation I suffered from my then manager of record Kevin McCreight. Since reporting this behavior, I have been subjected to retaliation tactics from the management within the IRS organization. The latest of these actions has been IRS abusing and misusing the presidentially mandated HSPD 12/PIV credentialing system. The IRS has chosen to "freeze" my PIV account under the IRS; attempting to permanently associate me with the IRS even though I ended my association with the agency in 2017. This action taken by the IRS is blocking my ability to obtain/maintain employment with any other agency because it hampers the other agency's ability to be in compliance with the HSPD12/PIV mandate because IRS is choosing not to follow proper and established protocols and procedures as it relates to PIV credentialing. I am requesting that a formal investigation be opened into this matter AND that there be outside oversight and auditing of the IRS HSPD12/PIV program and process.

Kiesha D. Lewis
kieshalewis@hotmail.com

---

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Thursday, November 16, 2017 12:35 PM
**To:** Jeff.Tribiano@irs.gov; Ursula.Gillis@irs.gov; plr@opm.gov; perform-mgmt@opm.gov; mspb@mspb.gov; ppp@osc.gov; OIGCounsel@oig.treas.gov; Julie.A.Tolle@irs.gov
**Cc:** Kiesha Lewis
**Subject:** Retaliation in the form of a Human Resource Management Adverse Action

Please see the attached memorandum to formally dispute the Fiscal Year 2017 End of Year Performance Appraisal assessment provided by my supervisor on record Kevin McCreight.

Kiesha D. Lewis
kieshalewis@hotmail.com

## Treasury/IRS HSPD12/PIV Process

**Kiesha Lewis**
Thu 1/17/2019 8:48 PM

**To:** james.moloney@treasury.gov <james.moloney@treasury.gov>;
Amy.L.Albee-Johnson@irs.gov <Amy.L.Albee-Johnson@irs.gov>
**Cc:** Kiesha Lewis <kieshalewis@hotmail.com>

Good Evening Mr. Moloney, Ms. Albee-Johnson,

My name Kiesha D. Lewis and I am contacting both of your offices to request information pertaining to the process that both the IRS and Treasury use pertaining to the implementation of HSPD12/PIV. I was a former IRS employee (I left the agency in 2017) and am currently a contract employee with the Bureau of Engraving and Printing (BEP). However, BEP has been having problems getting my PIV credentials transferred from the IRS to BEP; whenever BEP attempts to activate my PIV credentials they obtain an error message. BEP has contacted the GSA USAccess twice concerning this matter, to which they have been told that Treasury was going to remove the PIV credentials from the IRS, transfer them to Treasury and then transfer to BEP.

Therefore, I am reaching out to both of you in hopes of learning what the standard process is pertaining to PIV credentials, especially when an employee leaves an agency. I would also like to know what the process is for transferring those PIV credentials to another government agency, if and when that individual decides to accept employment with another agency and the time frame to complete each of these tasks/actions.

Thank you very much for your time and attention to this matter!

Kiesha D. Lewis
kieshalewis@hotmail.com

## Re: [icam@gsa] Fwd: Treasury/IRS HSPD12/PIV Process

Matthew Arnold - M1EI <matthew.arnold@gsa.gov>
Tue 5/7/2019 8:59 AM
To: Kiesha Lewis <kieshalewis@hotmail.com>
Cc: Darlene Gore (QTGBAC) <darlene.gore@gsa.gov>; Jamie Moloney <James.Moloney@treasury.gov>

Ms. Lewis,

I have forwarded your questions to Mrs. Darlene Gore. She is the program manager for USAccess at GSA. DHS does not play in the issuance of PIV credentials for Treasury. Mr. Jamie Moloney is the head of the PIV issuing organization within Treasury.

Matt

Matthew Arnold
703-254-6750 (cell)
matthew.arnold@gsa.gov


On Tue, May 7, 2019 at 8:50 AM Kiesha Lewis <kieshalewis@hotmail.com> wrote:
> Good Morning,
>
> I am contacting your organization because I am having challenges obtaining response to my questions. Can you tell me who in GSA and DHS is responsible for the overall management of the HSPD 12 and PIV card process. Also, I need to know who I should contact if I believe the process has been compromised and/or manipulated to retaliate against current or former employees.
>
> Thanks in advance for your time and attention to this matter!
>
> Kiesha D. Lewis
> Kieshalewis@hotmail.com
>
> Sent from my iPad
>
> Begin forwarded message:
>
>> From: Kiesha Lewis <kieshalewis@hotmail.com>
>> Date: May 5, 2019 at 4:54:59 PM EDT
>> To: "sheila.dawson@gsa.gov" <sheila.dawson@gsa.gov>, "fedidcard@gsa.gov" <fedidcard@gsa.gov>, "james.moloney@treasury.gov" <james.moloney@treasury.gov>, "Amy.L.Albee-Johnson@irs.gov" <Amy.L.Albee-Johnson@irs.gov>
>> Cc: "kieshalewis@hotmail.com" <kieshalewis@hotmail.com>
>> Subject: Re: Treasury/IRS HSPD12/PIV Process
>>
>> Good morning everyone,

I just wanted to follow-up on this request because I have not had a response. If none of you are the correct people to ask, please provide me with the person or agency I should contact.

Thanks in advance!

---

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Thursday, April 25, 2019 11:12 PM
**To:** sheila.dawson@gsa.gov; fedidcard@gsa.gov; james.moloney@treasury.gov; Amy.L.Albee-Johnson@irs.gov
**Cc:** Kiesha Lewis
**Subject:** Fw: Treasury/IRS HSPD12/PIV Process

Hello Everyone,

I wanted to follow-up concerning the HSPD12/PIV issues I experienced.

I have a few follow-up quesons/ concerns.

- I needed to know if this issue has been completely resolved?
- I need to know what steps were taken to resolve the situaon and obtain screenshots or a copy of the report showing what was done to resolve the problem.
- Could an acve IRS email account, Kiesha.D.Lewis@irs.gov contribute to this PIV issue (I recently learned that my IRS email account was never deacvated as it should have been when I resigned October 2017)
- (Sheila) I am requesng the US Access cket numbers and corresponding reports that BEP entered pertaining to this issue on my behalf.

Lastly, I am sll having a few issues pertaining to my PIV card. On occasion, when I a.empt to leave, my card will not work and the guards who are researching the issue will receive an error message saying that my "credenals can not be found." Approx. 10-15 mins later or the next day, the situaon has resolved itself without any further acon; I am researching why this is occurring. On BEP's end, there is nothing they can do because when they check the system; they receive the error message that I quoted earlier and once the situaon is elevated, the error message goes away and the situaon resolves itself without anyone doing anything.

Please feel free to reach out to me if I can provide any addional in formaon or if there are other people with whom I need to speak to obtain this informaon.

Thanks in advance for your assistance in this matter!

Kiesha D. Lewis
kieshalewis@hotmail.com

---

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Thursday, January 17, 2019 8:48 PM
**To:** james.moloney@treasury.gov; Amy.L.Albee-Johnson@irs.gov

**Cc:** Kiesha Lewis
**Subject:** Treasury/IRS HSPD12/PIV Process

Good Evening Mr. Moloney, Ms. Albee-Johnson,

My name Kiesha D. Lewis and I am contacng both of your offices to request informaon pertaining to the process that both the IRS and Treasury use pertaining to the implementaon of HSPD12/PIV. I was a former IRS employee (I le the agency in 2017) and am currently a contract employee with the Bureau of Engraving and Prinng (BEP). However, BEP has been having problems geng my PIV credenals transferred from the IRS to BEP; whenever BEP attempts to acvate my PIV credenals they obtain an error message. BEP has contacted the GSA USAccess twice concerning this matter, to which they have been told that Treasury was going to remove the PIV credenals from the IRS, transfer them to Treasury and then transfer to BEP.

Therefore, I am reaching out to both of you in hopes of learning what the standard process is pertaining to PIV credenals, especially when an employee leaves an agency. I would also like to know what the process is for transferring those PIV credenals to another government agency, if and when that individual decides to accept employment with another agency and the me-frame to complete each of these tasks/acons.

Thank you very much for your me and attenon to this matter!

Kiesha D. Lewis
kieshalewis@hotmail.com