

10:51

**Gail Hall - BEP COR, 14432552555**
12:24 PM, Nov 22

**(No subject)**

No Problem. This is the same information I needed to put you in the system. I do not save it because of the PII. after I submit it electronically I shred the form. So that is why I did not have this info. This is for you to get cleared out of BEP for your PIV card so that you can get a new PIV card at where you are now. Thank you



Copy text              Share