## Re: Fw: MD THINK Project Representation

**Sue Howells -DoIT-** <sue.howells1@maryland.gov>
Mon 10/22/2018 11:14 AM

**To:** Subi Muniasamy -DHS- SSC <subi.muniasamy@maryland.gov>
**Cc:** kieshalewis@hotmail.com <kieshalewis@hotmail.com>

Ms. Lewis,

I am looking into this matter and will get back to you shortly.

Sue Howells

On Mon, Oct 22, 2018 at 10:55 AM, Subi Muniasamy -DHS- SSC <subi.muniasamy@maryland.gov> wrote:
> Kiesha,
>
> Thanks for reaching out to me. I am adding my procurement contact, who can help on this matter.
>
> Sue - Can you please look into this matter ?
>
>
> --
> Regards
> Subi



**Subramanian Muniasamy**
Chief Technology Officer
**Department of Human Services**
Mobile: +1 443 845-8427

Email: Subi.Muniasamy@Maryland.Gov

*For scheduling, please contact*

Annie Dell at Annie.Dell@maryland.gov
*Work: 410-412-7582 | Cell: 443-800-1058*

On Mon, Oct 22, 2018 at 9:08 AM Kiesha Lewis <kieshalewis@hotmail.com> wrote:
> Good Morning Mr. Muniasamy,
>
> My name is Kiesha D. Lewis and I was referred to you by Mr. Sini Jacob as someone who could possible assist me with an issue/problem I am having. On September 28, 2018, I signed with an local company to represent me for a contracng posion supporng the MD THINK project. When the company submi ed my name as a possible resource, they were told that I was already being represented by another company, however, the name of this other organizaon w as withheld. I

have not and did not authorize any other organizaon to represent me and hearing this informaon is very concerning to me because an unauthorized organizaon is using my name and credenals without my knowledge or consent. How would I research this issue and learn the name of this organizaon?

Thank you very much in advance for your me and consideraon in this maer!

Kiesha D. Lewis

---

**From:** Sini Jacob -DoIT- <sini.jacob@maryland.gov>
**Sent:** Monday, October 22, 2018 8:32 AM
**To:** kieshalewis@hotmail.com
**Cc:** Dave DelGaudio -DoIT-
**Subject:** Re: MD THINK Project Representaon

Hi Kiesha,

Please reach out to Subi Muniasamy at the Department of Human Services who manages the MDTHINK project. He can be reached at subi.muniasamy@maryland.gov.

Kind regards,


CHANGING Maryland *for the Better*
DoIT Online



Sini Jacob
Asst. Director of Procurement | ITPO
Dept. of Informaon Technology
100 Community Place
Suite 2.333
Crownsville, MD 21032
410-697-9677 O
sini.jacob@maryland.gov

On Thu, Oct 18, 2018 at 2:48 PM Kiesha Lewis <kieshalewis@hotmail.com> wrote:
> Good Afternoon,
>
> My name is Kiesha D. Lewis. I am contacng both of you to request your assistance with a representaon issue. Recently, I signed with an local company to represent me for a contracng posion supporng the MD THINK project. When the company submied my name as a possible resource, they were told that I was already being represented by another company, however, the name of this other organizaon was withheld. I have not and did not authorize any other organizaon to represent me and hearing this informaon is very concerning to me because an unauthorized organizaon is using my name and credenals without my knowledge or consent. How would I research this issue and learn the name of this organizaon?

Thank you very much in advance for your me and consideraon in this maer!

Kiesha D. Lewis

~~~~~~~~~~~

Click here to complete a short customer satisfaction survey.

~~~~~~~~~~~

ATTENTION: This e-mail (including any attachment) may contain proprietary, legally privileged and/or confidential information. This e-mail is intended solely for the use of the person(s) to which it is addressed. If you are not an intended recipient, or the employee or agent responsible for delivery of this e-mail to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this message in error, please immediately notify the sender and permanently delete this e-mail and any copies.

--
Susan Howells
Procurement
Department of Information Technology
Office - 410-697-9672
Cell - 410-428-2950

## Re: Organizational Change Management Consultant

**Kiesha Lewis**
Wed 10/3/2018 4:07 PM

To: stella <stella@technogeninc.com>

Can you call me?

Because this is very odd. To the best of my knowledge, I have not submitted for another client. I have not been actively submitting applications for any Maryland contracts.

I'm very concerned thst someone is using my information without my knowledge or consent.

Get Outlook for Android

---

**From:** stella <stella@technogeninc.com>
**Sent:** Wednesday, October 3, 2018 4:04:40 PM
**To:** 'Kiesha Lewis'
**Subject:** RE: Organizaonal Change Management Consultant

I got an informaon that you submied for the same client.so,previously for which client did you submied your profile.let me know the client name please.

**From:** Kiesha Lewis [mailto:kieshalewis@hotmail.com]
**Sent:** Thursday, October 04, 2018 1:29 AM
**To:** stella
**Subject:** Re: Organizational Change Management Consultant

No I did not. I only submitted an application with you.

What is or would be the next step or has the position been filled?

Get Outlook for Android

---

**From:** stella <stella@technogeninc.com>
**Sent:** Wednesday, October 3, 2018 3:56:39 PM
**To:** 'Kiesha Lewis'
**Subject:** RE: Organizaonal Change Management Consultant

Ohhk,but I got the reply from manager is you went through another vendor also it seems

**From:** Kiesha Lewis [mailto:kieshalewis@hotmail.com]
**Sent:** Thursday, October 04, 2018 1:25 AM
**To:** stella
**Subject:** Re: Organizational Change Management Consultant

No, just to you.

Get Outlook for Android

**From:** stella <stella@technogeninc.com>
**Sent:** Wednesday, October 3, 2018 3:53:41 PM
**To:** 'Kiesha Lewis'
**Subject:** RE: Organizaonal Change Management Consultant

No, Did you submied your profile to any vendor for the same posion

**From:** Kiesha Lewis [mailto:kieshalewis@hotmail.com]
**Sent:** Thursday, October 04, 2018 1:21 AM
**To:** stella
**Subject:** Re: Organizational Change Management Consultant

I'm a little confused, was I supposed to submit some additional information?

Get Outlook for Android

**From:** stella <stella@technogeninc.com>
**Sent:** Wednesday, October 3, 2018 3:44:34 PM
**To:** 'Kiesha Lewis'
**Subject:** RE: Organizaonal Change Management Consultant

I just wanted to check that did you submied your profile for the same posion

**From:** Kiesha Lewis [mailto:kieshalewis@hotmail.com]
**Sent:** Thursday, October 04, 2018 1:02 AM
**To:** stella
**Subject:** Re: Organizational Change Management Consultant

Hello Stella - I just wanted to check-in and see if I should connue to expect a call this week or has the organizaon/ client decided to go in another direcon.

Thanks in advance!

Kiesha D. Lewis

**From:** stella <stella@technogeninc.com>
**Sent:** Tuesday, October 2, 2018 9:19 AM
**To:** 'Kiesha Lewis'
**Subject:** RE: Organizaonal Change Management Consultant

That's great ,I am going to submit this cerficate aswell

**From:** Kiesha Lewis [mailto:kieshalewis@hotmail.com]
**Sent:** Tuesday, October 02, 2018 6:26 AM
**To:** stella
**Subject:** Re: Organizational Change Management Consultant

Hi Stella - I was able to locate my Lean Six Sigma informaon, it is aached.

Kiesha D. Lewis

**From:** stella <stella@technogeninc.com>
**Sent:** Monday, October 1, 2018 12:37 PM
**To:** 'Kiesha Lewis'
**Subject:** RE: Organiza onal Change Management Consultant

Hi lewis,

You can expect a call by this week.

---

**From:** Kiesha Lewis [mailto:kieshalewis@hotmail.com]
**Sent:** Monday, October 01, 2018 10:03 PM
**To:** stella
**Subject:** Re: Organizational Change Management Consultant

Hello Stella,

Quick question, when should I expect the call from your management?

Get Outlook for Android

---

**From:** stella <stella@technogeninc.com>
**Sent:** Friday, September 28, 2018 5:01:09 PM
**To:** 'Kiesha Lewis'
**Subject:** RE: Organiza onal Change Management Consultant

Firstly,You will get the call from my manager.a er that,the interview details is revealed

---

**From:** Kiesha Lewis [mailto:kieshalewis@hotmail.com]
**Sent:** Saturday, September 29, 2018 2:29 AM
**To:** stella
**Subject:** Re: Organizational Change Management Consultant

Hello,

ok. The call on Monday will be to schedule an interview?

---

**From:** stella <stella@technogeninc.com>
**Sent:** Friday, September 28, 2018 4:52 PM
**To:** 'Kiesha Lewis'
**Subject:** RE: Organiza onal Change Management Consultant

Hi lewis,

Sorry,please ignore that mail.i have submi ed your profile to the client.you will get the call on Monday.

---

**From:** Kiesha Lewis [mailto:kieshalewis@hotmail.com]
**Sent:** Saturday, September 29, 2018 2:17 AM
**To:** stella
**Subject:** Re: Organizational Change Management Consultant

Hello - Did you need me to update this document?

**From:** stella <stella@technogeninc.com>
**Sent:** Friday, September 28, 2018 2:53 PM
**To:** kieshalewis@hotmail.com
**Subject:** Organizational Change Management Consultant

Hi lewis,

Please mention the name of the candidate and position title.

Thanks & Regards,
Stella ||Talent Aquicistion specalist



4229 Lafayette Center Dr, Suite 1880,
Chantilly, VA 20151
Phone: 703-565-2313|Fax: 703-991-5645
Email: stella@technogeninc.com | Web: www.technogeninc.com

Disclaimer: The information contained in this e-mail and any accompanying documents is confidential, may be privileged, and is intended solely for the person and/or entity to whom it is addressed and is a property of TechnoGen, INC (Formerly, Syscom Technologies Inc.) Unauthorized review, use, disclosure, or copying of this communication, or any part thereof, is strictly prohibited and may be unlawful. If you have received this e-mail in error, please return the e-mail and attachments to the sender and delete the e-mail and attachments and any copy from your system. To be removed from our mailing list please click on "REMOVE" with your email address in the body, include complete e-mail address and/or domain/ aliases to be removed.

## Re: MD THINK Project Representation

**Sini Jacob -DoIT-** <sini.jacob@maryland.gov>
Mon 10/22/2018 8:33 AM

**To:** kieshalewis@hotmail.com <kieshalewis@hotmail.com>
**Cc:** Dave DelGaudio -DoIT- <dave.delgaudio@maryland.gov>

Hi Kiesha,

Please reach out to Subi Muniasamy at the Department of Human Services who manages the MDTHINK project. He can be reached at subi.muniasamy@maryland.gov.

Kind regards,



DoIT
Online



Sini Jacob
Asst. Director of Procurement | ITPO
Dept. of Information Technology
100 Community Place
Suite 2.333
Crownsville, MD 21032
410-697-9677 O
sini.jacob@maryland.gov

On Thu, Oct 18, 2018 at 2:48 PM Kiesha Lewis <kieshalewis@hotmail.com> wrote:
> Good Afternoon,
>
> My name is Kiesha D. Lewis. I am contacting both of you to request your assistance with a representation issue. Recently, I signed with an local company to represent me for a contracting position supporting the MD THINK project. When the company submitted my name as a possible resource, they were told that I was already being represented by another company, however, the name of this other organization was withheld. I have not and did not authorize any other organization to represent me and hearing this information is very concerning to me because an unauthorized organization is using my name and credentials without my knowledge or consent. How would I research this issue and learn the name of this organization?
>
> Thank you very much in advance for your me and consideration in this matter!
>
> Kiesha D. Lewis