Case No: 8:20-cv-00494-TDC

Kiesha D. Lewis