UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

KIESHA D. LEWIS,

    Plaintiff,

v.

DEPARTMENT OF THE TREASURY,
INTERNAL REVENUE SERVICE,
BUREAU OF THE FISCAL SERVICE,
TREASURY INSPECTOR GENERAL FOR
TAX ADMINISTRATION,
BUREAU OF ENGRAVING AND
PRINTING and
U.S. DEPARTMENT OF VETERANS
AFFAIRS,

    Defendants.

Civil Action No. TDC-20-0494

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Defendants' Motion to Dismiss, ECF No. 20, is GRANTED IN PART and DENIED IN PART. The Motion is granted as to all claims against Defendant Bureau of Fiscal Services. The Motion is also granted as to all Freedom of Information Act ("FOIA") claims asserted in Counts 1-4 and 16, except (1) the claims relating to Request No. 2020-FOI-00023 to the Treasury Inspector General for Tax Administration ("TIGTA") (Count 1), Request No. 2019-10-116 to the Bureau of Engraving and Printing ("BEP") (Count 2), and the March 2021 response to Request No. 20-00012-FOIP to the U.S. Department of Veterans Affairs

("VA") (Count 3); and (2) any FOIA claims in Counts 2 and 16 based on FOIA requests processed by the U.S. Department of the Treasury ("Treasury") FOIA Office.

2. Defendant Bureau of Fiscal Services is dismissed from this action.

3. The Motion for a More Definite Statement is granted as to all Privacy Act claims in Counts 1-15 and as to the FOIA claims in Counts 2 and 16 based on FOIA requests processed by the Treasury FOIA Office. Plaintiff Kiesha Lewis shall file an Amended Complaint with a more definite statement, including the information described on pages 23 and 24 of the Memorandum Opinion, no later than **Tuesday, October 12, 2021**.

4. Defendants Treasury, the Internal Revenue Service, TIGTA, and the BEP shall file a notice no later than **Tuesday, September 28, 2021** stating whether they accept or waive service. If they do not accept or waive service, Lewis shall effectuate service on these Defendants by **Monday, November 29, 2021** by sending by certified or registered mail copies of her Complaint and a signed and stamped summons issued by the Clerk, ECF No. 40, to each of these Defendants, the United States Attorney for the District of Maryland, and the Attorney General of the United States.

Date: September 21, 2021

THEODORE D. CHUANG
United States District Judge