IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KIESHA DANIELLE LEWIS, | ) |
| Plaintiff, | ) Case No. 8:20-cv-00494-TDC |
| v. | ) |
| DEPT. OF TREASURY, *et al.*, | ) |
| Defendants. | ) |

**NOTICE REGARDING SERVICE**

Defendants Department of Treasury (Department), Internal Revenue Service (Service), Treasury Inspector General for Tax Administration (TIGTA), and Bureau of Engraving and Printing (BEP) (collectively, "Treasury Defendants") file this Notice pursuant to the Court's Order dated September 21, 2021. Doc. No. 25. The Court has already determined service of the complaint and summons was defective and denied the Treasury Defendants' motion to dismiss.[1] Service of pleadings filed after the original complaint, including an amended complaint and more definite statement, may be made pursuant to Rule 5. Therefore, because the Court has ordered the Plaintiff to file an amended complaint and a more definite statement, the Treasury Defendants will accept service of these documents pursuant to Rule 5(b)(2)(E) upon filing the documents with the Court's electronic-filing system.

*[Signature block on the following page.]*

---

[1] Pursuant to Rule 4(d), only individuals, corporations, or associations subject to service under Rule 4(e), (f), or (h) are permitted to wave service. The Federal Rules of Civil Procedure offer no ability for an employee of the United States, including the undersigned, to waive service on behalf of the United States or its agencies.

1

Dated: September 28, 2021    Respectfully submitted,

DAVID A. HUBBERT
Acting Assistant Attorney General


*/s/ Emily K. Miller*
EMILY K. MILLER
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
202-353-7509 (v)
Emily.K.Miller@usdoj.gov
*Counsel for the Treasury Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 28th day of September, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to those parties registered to receive it.

                                                */s/ Emily K. Miller*
                                                EMILY K. MILLER
                                                Trial Attorney, Tax Division
                                                U.S. Department of Justice