# EXHIBIT LIST

Exhibit A: First Cause of Action Supporting Documents

Exhibit B: Second Cause of Action Supporting Documents

Exhibit C: Third Cause of Action Supporting Documents

Exhibit D: Fourth Cause of Action Supporting Documents

Exhibit E: Fifth Cause of Action Supporting Documents

Exhibit F: Sixth Cause of Action Supporting Documents

Exhibit G: Seventh Cause of Action Supporting Documents

Exhibit H: Eighth Cause of Action Supporting Documents

Exhibit I: Ninth Cause of Action Supporting Documents

Exhibit J: Tenth Cause of Action Supporting Documents

Exhibit K: Eleventh Cause of Action Supporting Documents

Exhibit L: Twelfth Cause of Action Supporting Documents

Exhibit M: Thirteenth Cause of Action Supporting Documents

Exhibit N: Fourteenth Cause of Action Supporting Documents

Exhibit O: Fifteenth Cause of Action Supporting Documents

Exhibit P: Sixteenth Cause of Action Supporting Documents