Exhibit A:

Re: IRS FOIA Request

Kiesha Lewis <kieshalewis@hotmail.com>

Sun, Aug 4, 2019 9:52 AM

To: ogis@nara.gov <ogis@nara.gov>

Cc: Celeste.Neal@irs.gov <Celeste.Neal@irs.gov>; Kiesha Lewis <kieshalewis@hotmail.com>

Hello,

This is a follow-up to the email I sent previously.

As anticipated, enclosed is the latest correspondence from the IRS delaying its response to my FOIA request.  Please let me know if your organization can assist in this matter.

I am also enclosing a letter I sent the IRS asking for an explanation of delay.

Kiesha D. Lewis
kieshalewis@hotmail.com

---

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Friday, August 2, 2019 9:47 AM
**To:** ogis@nara.gov <ogis@nara.gov>
**Cc:** kieshalewis@hotmail.com <kieshalewis@hotmail.com>
**Subject:** IRS FOIA Request

Good Morning,

I am contacting your agency in hopes that it can assist me with getting a FOIA request answered.  For over a year, I have been waiting for the IRS to fulfill my FOIA request.  Attached is the latest correspondence in reference to this request.  I am contacting NARA because I anticipate that IRS will contact me again delaying its response.  I do understand that I am not the only request on which they are working, however, I believe that 18 months suffices for me to have this request fulfilled.

I am also including my original FOIA request.

If I can provide any additional information, please feel free to contact me at kieshalewis@hotmail.com or (240) 346-8398.

Thanks in advance for any assistance you can provide!

Kiesha D. Lewis
kieshalewis@hotmail.com

FOIA Request for TIGTA Cases

Kiesha Lewis <kieshalewis@hotmail.com>

Sun 09/1/2019 11:08 YM

To: FOIA Reading Room@tigta.treas.gov <FOIA.Reading.Room@tigta.treas.gov>; kieshalewis@hotmail.com <kieshalewis@hotmail.com>

Hello,

Enclosed is my signed FOIA request for status and outcome information for TIGTA Case numbers:
TRN-1701-0215
TRN-1611-0623

Thank you in advance for your time and attention to this matter!

Kiesha D. Lewis
kieshalewis@hotmail.com

RE: FOIA Request for TIGTA Cases [2017-FOI-00102]

Kiesha Lewis <kieshalewis@hotmail.com>
Wed 3/1/2017 4:29 PM
To: Bowers Diane K TIGTA <Diane.Bowers@tigta.treas.gov>

Thanks for your response!

Where can I find more information concerning this process, like what happens and when.

Like I stated, these are my complaints, and I'd like to know what information I can expect to receive and when.

Sent from my Sprint Samsung Galaxy® Metal

──────── Original message ────────
From: Bowers Diane K TIGTA <Diane.Bowers@tigta.treas.gov>
Date: 3/1/17 4:22 PM (GMT-05:00)
To: Kiesha Lewis <kieshalewis@hotmail.com>
Subject: RE: FOIA Request for TIGTA Cases [2017-FOI-00102]

Good afternoon Ms. Lewis,

We provided you the information you are entitled to under the Freedom of Information Act (FOIA).  As we stated in our response letter, there is no public interest that outweighs the privacy interests established and protected by the FOIA (5 U.S.C. §§ 552(b)(7)(C) and (b)(6)) in regards to third parties.

I am sorry I cannot provide more assistance.

*Diane K. Bowers*
*TIGTA, Office of Chief Counsel*
*Disclosure Branch*
*202-927-7043 (office)*
*202-622-3339 (fax)*

From: Kiesha Lewis [mailto:kieshalewis@hotmail.com]
Sent: Tuesday, February 28, 2017 6:22 PM
To: *TIGTA FOIA Reading Room <FOIA.Reading.Room@tigta.treas.gov>
Subject: Re: FOIA Request for TIGTA Cases [2017-FOI-00102]

Thank you Ms. Bowers,

I've rec'd and reviewed the information.  What I can't see (or am overlooking) is the status of my two complaints. How do I find out the status and what TIGTA's investigation yielded? I'm especially concerned that my rating was lowered and I'd like this corrected during the mid-year process.

Thanks again for your assistance!

Kiesha D. Lewis kieshalewis@hotmail.com

From: *TIGTA FOIA Reading Room <FOIA.Reading.Room@tigta.treas.gov>
Sent: Tuesday, February 28, 2017 5:39 PM
To: Kiesha Lewis
Cc: Bowers Diane K TIGTA
Subject: RE: FOIA Request for TIGTA Cases [2017-FOI-00102]

Good afternoon Ms. Lewis,

I am sending you TIGTA's response to your FOIA request (which is attached to this email along with the TRN-1611-0623 records).  Please see the next two emails for the other record - TRN-1701-0215, which I broke into 2 parts for size purposes.  I am also sending you a separate email with the passwords you need to access the records.

Please let me know if you have any questions.  Thank you.

Diane

*Diane K. Bowers*
*TIGTA, Office of Chief Counsel*
*Disclosure Branch*
*202-927-7043 (office)*
*202-622-3339 (fax)*

From: Kiesha Lewis [mailto:kieshalewis@hotmail.com]
Sent: Sunday, January 29, 2017 7:00 PM
To: *TIGTA FOIA Reading Room <FOIA.Reading.Room@tigta.treas.gov>; Kiesha Lewis <kieshalewis@hotmail.com>
Subject: FOIA Request for TIGTA Cases

Hello,

Enclosed is my signed FOIA request for status and outcome information for TIGTA Case numbers:
TRN-1701-0215
TRN-1611-0623

Thank you in advance for your time and attention to this matter!

Kiesha D. Lewis
kieshalewis@hotmail.com

TIGTA FOIA Case # 2020-FOI-00023

Hurtado Julissa M TIGTA <Julissa.Hurtado@tigta.treas.gov>
Wed 11/27/2019 11:10 AM
To: kieshalewis@hotmail.com <kieshalewis@hotmail.com>
Dear Ms. Lewis,

Please see the attached correspondence in regards a Freedom of Information Act (FOIA) request to the Treasury Inspector General for Tax Administration (TIGTA), dated November 17, 2019.

Best Regards,

**Julissa M. Hurtado**
Government Information Specialist
Office of Chief Counsel, Disclosure Branch
The Treasury Inspector General for Tax Administration

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Sunday, November 17, 2019 8:22 PM
**To:** *TIGTA FOIA Reading Room <FOIA.Reading.Room@tigta.treas.gov>
**Cc:** Kiesha Lewis <kieshalewis@hotmail.com>; Frierson, Naki (Van Hollen) <Naki_Frierson@vanhollen.senate.gov>
**Subject:** TIGTA Case Numbers: TRN-1611-0623 and TRN-1701-0215

Name: Kiesha D. Lewis

**Contact Information:**
*Address:* 2305 Prima Way, Bowie, MD 20721
*Phone:* (240) 346-8398
*Email:* kieshalewis@hotmail.com
*TIGTA Case Numbers:* TRN-1611-0623 and TRN-1701-0215
*Submission Date:* The timeframe between November 2016 to January 2017

I am contacting TIGTA in reference to the following TIGTA Case Numbers: TRN-1611-0623 and TRN-1701-0215.

I am requesting to be provided with the full, non-redacted copies of the finalized reports for these two cases. I am also requesting that TIGTA **NOT** withhold **ANY** of this information under Exemption 6 of the FOIA. The Department of Justice FOIA Guidelines (https://www.justice.gov/oip/foia-guide-2004-edition-exemption-6) explicitly state that this exemption "cannot be invoked to withhold from a requester information pertaining only to himself." All of the information in both of these reports pertain to myself, Kiesha Danielle Lewis.

Moreover, I currently have an open case with the MSPB, case number: DC-1221-19-0365-W-1. One of the claims being adjudicated in this case if Ms. Marial Grant retaliated against me for making protected disclosures. Since this information was reported to TIGTA to investigate, I am requesting to be provided with the results of their investigation into this matter.

Lastly, I am requesting that fulfillment of my request be expedited. I am willing to pay up to $100.00 to cover the costs of processing my request. If the cost will exceed this amount, please contact me first to provide a breakdown of the request cost.

Enclosed is a copy of my identification to assist with identification.

If I can provide any additional information, please feel free to contact me.

V/R,

Kiesha D. Lewis
kieshalewis@hotmail.com
(240) 346-8398

CC: Congressman Anthony Brown
    Senator Chris Van Hollen

RE: TIGTA FOIA Case # 2020-FOI-00023 (Appeal # 2020-APP-00005)

Turner Alexis B TIGTA <alexis.turner@tigta.treas.gov>
Tue 12/31/2019 11:37 AM
To: Kiesha Lewis <kieshalewis@hotmail.com>

Dear Ms. Lewis,

Please see the attached correspondence regarding your request to appeal the Treasury Inspector General for Tax Administration's (TIGTA) November 26, 2019 response to your Freedom of Information Act (FOIA) request dated November 7, 2019.

Sincerely,

Alexis Buckhannon Turner
Attorney
Office of Chief Counsel
Treasury I.G. for Tax Administration
1401 H St. NW, Suite 469
Washington, DC 20005
Tel.: (202) 927-3893
Fax: (202) 622-3339

---

From: Kiesha Lewis <kieshalewis@hotmail.com>
Sent: Friday, November 29, 2019 9:48 AM
To: Julissa.Hurtado@tigta.treas.gov <Julissa.Hurtado@tigta.treas.gov>
Cc: naki_frierson@vanhollen.senate.gov <naki_frierson@vanhollen.senate.gov>; senator@cardin.senate.gov <senator@cardin.senate.gov>; Kiesha Lewis <kieshalewis@hotmail.com>
Subject: Fwd: TIGTA FOIA Case # 2020-FOI-00023

Good morning Ms. Hurtado,

My name is Kiesha D. Lewis and I am contacting you in reference to my recent TIGTA FOIA request, which is enclosed.

In TIGTA's response, they state that my request will not be processed because this information was already provided to me. I completely disagree with this assessment. When I first contacted TIGTA to obtain this information, I was only provided the information I provided to TIGTA when the complaint was filed. TIGTA choose to withhold the remaining files using Exemption 6 and Exemption 7. I do not believe that either of these Exemptions apply to my request.

As I stated in my request, Exemption 6 does not apply because I am requesting information pertaining to myself; I am not a third party attempting to obtain this information. Both of these complaints were filed on my behalf to report executive misconduct that I was enduring. TIGTA is not and will not be invading anyone's privacy by providing me with the results of its investigation; that either my complaint was valid or that their was no merit to my complaint.

As to the Exemption 7, this only applies to criminal, civil, and regulatory law enforcement. Both of these cases refer to administrative employee misconduct and are not related to law enforcement. Therefore, this Exemption does not apply either.

Since neither of these exemptions apply, I am requesting that TIGTA reconsider its decision to withhold these records and provide me with this information.

V/R,

Kiesha D. Lewis
Kieshalewis@hotmail.com
240-346-8398

Sent from my iPad

Begin forwarded message:

> From: Hurtado Julissa M TIGTA <Julissa.Hurtado@tigta.treas.gov>
> Date: November 27, 2019 at 11:09:34 AM EST
> To: "kieshalewis@hotmail.com" <kieshalewis@hotmail.com>
> Subject: TIGTA FOIA Case # 2020-FOI-00023

Dear Ms. Lewis,

Please see the attached correspondence in regards a Freedom of Information Act (FOIA) request to the Treasury Inspector General for Tax Administration (TIGTA), dated November 17, 2019.

Best Regards,

Julissa M. Hurtado
Government Information Specialist
Office of Chief Counsel, Disclosure Branch
The Treasury Inspector General for Tax Administration

From: Kiesha Lewis <kieshalewis@hotmail.com>
Sent: Sunday, November 17, 2019 8:22 PM
To: *TIGTA FOIA Reading Room <FOIA.Reading.Room@tigta.treas.gov>
Cc: Kiesha Lewis <kieshalewis@hotmail.com>; Frierson, Naki (Van Hollen) <Naki_frierson@vanhollen.senate.gov>
Subject: TIGTA Case Numbers: TRN-1611-0623 and TRN-1701-0215

Name: Kiesha D. Lewis

Contact Information:
Address: 2305 Prima Way, Bowie, MD 20721
Phone: (240) 346-8398
Email: kieshalewis@hotmail.com
TIGTA Case Numbers: TRN-1611-0623 and TRN-1701-0215
Submission Date: The timeframe between November 2016 to January 2017

I am contacting TIGTA in reference to the following TIGTA Case Numbers: TRN-1611-0623 and TRN-1701-0215.

I am requesting to be provided with the full, non-redacted copies of the finalized reports for these two cases. I am also requesting that TIGTA **NOT** withhold **ANY** of this information under Exemption 6 of the FOIA. The Department of Justice FOIA Guidelines (https://www.justice.gov/oip/foia-guide-2004-edition-exemption-6) explicitly state that this exemption "cannot be invoked to withhold from a requester information pertaining only to himself." All of the information in both of these reports pertain to myself, Kiesha Danielle Lewis.

Moreover, I currently have an open case with the MSPB, case number: DC-1221-19-0365-W-1. One of the claims being adjudicated in this case if Ms. Marial Grant retaliated against me for making protected disclosures. Since this information was reported to TIGTA to investigate, I am requesting to be provided with the results of their investigation into this matter.

Lastly, I am requesting that fulfillment of my request be expedited. I am willing to pay up to $100.00 to cover the costs of processing my request. If the cost will exceed this amount, please contact me first to provide a breakdown of the request cost.

Enclosed is a copy of my identification to assist with identification.

If I can provide any additional information, please feel free to contact me.

V/R,

Kiesha D. Lewis
kieshalewis@hotmail.com
(240) 346-8398

CC: Congressman Anthony Brown
    Senator Chris Van Hollen

Exhibit B:

Kiesha D. Lewis
2305 Prima Rd.
Bowie, MD 20721
kieshalewis@hotmail.com
(240) 346-8398

Director
FOIA/PA APPEAL
Bureau of Engraving and Printing
14th & C Streets, SW
Washington, D.C. 20228

RE: Freedom of Information Act Appeal

December 21, 2019

To Whom It May Concern:

I am writing this letter both to appeal the information provided in response to my FOIA request and to question the information that I receive.

First, I received a response to this request, however, the response came the Bureau of Engraving and Printing (BEP) and not from Treasury. This is both concerning and confusing to me. Why would BEP be responding to a FOIA request that was sent to Treasury?

Secondly, the information provided isn't complete. What was provided provides a partial response, not complete. When I requested this information, I requested Non - REDACTED System information that should include ALL actions, that is the series of system activities (by the system and application processes) and the records of computer events and user activities, related to the 'Kiesha Lewis', including the person executing the action.

The System Activity/Transaction Report will require information from multiple tables in the HR Connect System to obtain a complete history of ALL actions, that is the series of system activities (by the system and application processes) and the records of computer events and user activities, related to the Appellant, including the person executing the action. An illustrative example of an SQL statement to obtain this information and the results of executing this type of SQL statement are provided below. NOTE: Because the underlying technology and database schema are unknown, an exact 'Select' statement or database language query cannot be provided. The information provided below is meant to be used for illustrative purposes and not as an exact statement to be used by the system administrators.

**SELECT** Actor (person executing the action), Date (the date the A)  Action (the task the

Actor executed -  update, copy)Value (provides a description of the action executed and the value )

**FROM** Table A, Table B, TableC

**WHERE** *this is where the various search refine, ..... ation would be provided*

| Audit Descr | Audit Stamp | Audit Action Des | Audit Value |
|---|---|---|---|
| Lewis, Kiesha D | 10/12/2017 | Row U dated | i nation Entered |
| Lewis, Kiesha D | 10/1/2017 | Row U dated | nd of Year Rating Entered – Exceeds |

Thirdly, the timeframe for the information provided does not seem accurate. Can someone confirm that the information provided is for the requested time-frame, August 2017 - to present, or December 2019?

Lastly, two entries seem to be missing entries, one from Kevin McCreight on October 13, 2017 and another from Ramona Henby on November 14, 2017.  Can someone, e,g, an HR Connect database/system administrator explain and/or research this incident to determine what happened to those entries?

Thank you in advance for your time and attention to this matter and please feel free to contact me if I can provide any additional information.

Kiesha D. Lewis
kieshalewis@hotmail.com
(240) 346-8398

Enclosures:

BEP FOIA Letter

Kiesha D. Lewis
2305 Prima Rd.
Bowie. MD 20721
kieshalewis@hotmail.com
(240) 346-8398

Director, FOIA & Transparency: Ryan Law
FOIA/PA Request
FOIA and Transparency
Department of the Treasury
Washington, D.C. 20220
Phone: (202) 622-0930
Fax: (202) 622-3895

RE: Freedom of Information Act Request

December 19, 2019

Hello Mr. Law,

I am contacting you in reference to a FOIA request that I had submitted to the
Department of Treasury (Treasury).  I received a response to this request, however, the
response came the Bureau of Engraving and Printing (BEP) and not from Treasury.  This
is both concerning and confusing to me.  Why would BEP be responding to a FOIA
request that was sent to Treasury?

Thank you in advance for your time and attention to this matter and please feel free to
contact me if I can provide any additional information.

Kiesha D. Lewis
kieshalewis@hotmail.com
(240) 346-8398

Enclosures:

BEP FOIA Letter

2.     Please provide any and all emails, text messages, screenshots, and documents related to the completion and official filing/submission of the Appellant's FY 2017 Performance Rating as of 12/1/2017 from backup systems/servers and any file servers, to include the HR Connect system, as well as a copy of the file as of 10/11/2017. These should include the dates each entry was signed, the date of that signature, and the person who made the entry. Said files are to be in its non-purged and non-redacted form and content. In the event any documents of any kind or nature whatsoever have

2

been removed from said device, name the person in whose care, custody or possession such documents are at, and the reason for their removal.

AGENCY RESPONSE: The Agency objects that this request is unduly burdensome and not proportional to the needs of this appeal. The request for any and all emails, text messages, screenshots, and documents related to the completion and official filing/submission of the Appellant's FY 2017 Performance Rating as of 12/1/2017 from backup systems/servers and any file servers, to include the HR Connect system, as well as a copy of the file as of 10/11/2017 is unduly broad and not reasonably confined to the issues in this appeal, especially since Mr. McCreight is producing the actual appraisal, as issued, after Appellant resigned from her position with the Agency. Changes and prior drafts, if any, are not relevant or material to the issues in this case. Moreover, the Agency has limited Electronically Stored Information search resources, which are typically occupied by major tax-related litigation and responses to requests for information by oversight bodies. Consequently, it is a time consuming process to attempt to recover email and other documents, and such an effort would not be proportional to the needs of this appeal.

Re: Perjury Inquiry Request

Kiesha Lewis <kieshalewis@hotmail.com>
Tue 10/MM/YY MM PM

To: Joseph.Cooney@usdoj.gov <Joseph.Cooney@usdoj.gov>; Jonathan.Kravis3@usdoj.gov <Jonathan.Kravis3@usdoj.gov>; Michelle.Zamarin@usdoj.gov <Michelle.Zamarin@usdoj.gov>; Tasha.Harris@usdoj.gov <Tasha.Harris@usdoj.gov>; Ralph.Cox@usdoj.gov
<Ralph.Cox@usdoj.gov>; Kimberly.Rich@usdoj.gov <Kimberly.Rich@usdoj.gov>; oag@oag.state.md.us <oag@oag.state.md.us>; Cynthia.nwokocha@fultoncountyga.gov <Cynthia.nwokocha@fultoncountyga.gov>; oag@dc.gov <oag@dc.gov>
Cc: Charles.Rettig@irs.gov <Charles.Rettig@irs.gov>; Charles.P.Rettig@irs.gov <Charles.P.Rettig@irs.gov>; Lia.Colbert@irs.gov <Lia.Colbert@irs.gov>; FSCDems@mail.house.gov <FSCDems@mail.house.gov>; Alex.Kiles@mail.house.gov <Alex.Kiles@mail.house.gov>;
senator@cardin.senate.gov <senator@cardin.senate.gov>; Naki_Frierson@vanhollen.senate.gov <Naki_Frierson@vanhollen.senate.gov>; whistleblower@ronjohnson.senate.gov <whistleblower@ronjohnson.senate.gov>; Peters_Whistleblower@hsgac.senate.gov
<Peters_Whistleblower@hsgac.senate.gov>; Jeff.Tribiano@irs.gov <Jeff.Tribiano@irs.gov>; Nancy.A.Sieger@irs.gov <Nancy.A.Sieger@irs.gov>; Tommy.Smith@irs.gov <Tommy.Smith@irs.gov>

Good Evening,

I wanted to provide each of your offices with two additional documents that outline the obstructive efforts I have encountered trying to obtain the HR Connect System Activity information.

Thank you in advance for your time and attention to this matter and please feel free to contact me if I can provide any additional information.

Kiesha D. Lewis
kieshalewis@hotmail.com
(240) 346 - 8398

From: Kiesha Lewis <kieshalewis@hotmail.com>
Sent: Monday, October 14, 2019 10:42 PM
To: Joseph.Cooney@usdoj.gov <Joseph.Cooney@usdoj.gov>; Jonathan.Kravis3@usdoj.gov <Jonathan.Kravis3@usdoj.gov>; Michelle.Zamarin@usdoj.gov <Michelle.Zamarin@usdoj.gov>; Tasha.Harris@usdoj.gov <Tasha.Harris@usdoj.gov>;
Ralph.Cox@usdoj.gov <Ralph.Cox@usdoj.gov>; Kimberly.Rich@usdoj.gov <Kimberly.Rich@usdoj.gov>; oag@oag.state.md.us <oag@oag.state.md.us>; Cynthia.nwokocha@fultoncountyga.gov <Cynthia.nwokocha@fultoncountyga.gov>;
oag@dc.gov <oag@dc.gov>
Cc: Charles.Rettig@irs.gov <Charles.Rettig@irs.gov>; Charles.P.Rettig@irs.gov <Charles.P.Rettig@irs.gov>; Lia.Colbert@irs.gov <Lia.Colbert@irs.gov>; FSCDems@mail.house.gov <FSCDems@mail.house.gov>; Alex.Kiles@mail.house.gov
<Alex.Kiles@mail.house.gov>; senator@cardin.senate.gov <senator@cardin.senate.gov>; Naki_Frierson@vanhollen.senate.gov <Naki_Frierson@vanhollen.senate.gov>; whistleblower@ronjohnson.senate.gov
<whistleblower@ronjohnson.senate.gov>; Peters_Whistleblower@hsgac.senate.gov <Peters_Whistleblower@hsgac.senate.gov>; Jeff.Tribiano@irs.gov <Jeff.Tribiano@irs.gov>; Nancy.A.Sieger@irs.gov <Nancy.A.Sieger@irs.gov>;
Tommy.Smith@irs.gov <Tommy.Smith@irs.gov>; Kiesha Lewis <kieshalewis@hotmail.com>
Subject: Perjury Inquiry Request

To Whom It May Concern:

My name is Kiesha D. Lewis. I am former IRS employee and a Whistle-blower who is contacting each of your offices to request that a Perjury investigation and/or Inquiry be opened against Mrs. Ramona Henby and Mr. Kevin McCreight. While employed at the IRS, I made senior IRS management officials aware of the conduct and actions of my second line managers that I perceived to be both illegal and unethical. I also escalated my complaint to the Inspector General (IG) and now have a pending case with the Merit System Protection Board (MSPB), Docket # DC-1221-19-0365-W-1. While participating in the Treasury Inspector General for Tax Administration (TIGTA) investigation and/or the MSPB Discovery process, I believe that both of these individuals provided false and misleading statements while they were under-oath.

Perjury is defined as the "the criminal offense of lying under oath" (https://criminal-law.freeadvice.com/criminal-law/white_collar_crimes/perjury.htm). An individual can be charged with committing perjury if they make "a false statement after being sworn in or promising to tell the truth in a legal situation" (https://criminal-law.freeadvice.com/criminal-law/white_collar_crimes/perjury.htm). To prove that an individual committed perjury, that individual 1) must have been sworn in or made a solemn legal promise to tell the truth; 2) must have intentionally or knowingly made a false statement; and 3) the misstatement made by that individual was material or important to the proceedings in which it was made.

The statements provided by Mrs. Henby and Mr. McCreight meet all three requirements.

**Perjury Requirement 1 - Promise to Tell the Truth**
In both instances, Mrs. Henby and Mr. McCreight made a legal promise to tell the truth. When both individuals were interviewed by the TIGTA investigator, the statements provided were made under oath.

When Mr. McCreight responded to the Appellant's interrogatories, the responses that he provided were provided under oath.

**Perjury Requirement 2 - Intentionally or Knowingly Made a False Statement**
In each instance, Mrs. Henby and Mr. McCreight intentionally and knowingly made statements that were false and/or misleading.

**Perjury Offense 1 – Quid Pro Quo**
In this instance, Mrs. Henby and Mr. McCreight made statements contradicting one another; Ms. Henby stated that there was no Quid Pro Quo while Mr. McCreight remembers the conversations concerning this topic and how the group was still using the processes I developed and implemented.

See Attachment 1, Page 1 for the Statements in Questions

**Perjury Offense 2 – Agile Accounting**
In this instance, Mr. Kevin McCreight and Ms. Ramona Henby 'invented' an accounting methodology as means to demean my work knowledge and the issues that I raised. Both stated that I did not understand the concept of 'Agile Accounting'. However, when I was employed in the Web Applications (Web Apps) organization, 'Agile Accounting' was not an accounting methodology that was sanctioned and approved by the federal government. After much research, I was unable to find any professional accounting or federal government entity that could provide information on this concept, to include a review of the Governmental Accounting Standards Board, GASB (https://www.gasb.org/home). I even reached out to the Federal Accounting Standards Advisory Board ("FASAB") and they were unable to provide me with any information, in fact, they stated that they never heard of Agile Accounting. Moreover, the IRS CFO stated something similar, she had not heard of Agile being associated with accounting.

See Attachment 1, Page 2 for the Statements
See Attachment 2 for Agile Accounting supporting documentation

**Perjury Offense 3 – Performance Assessment**
In this instance, Mr. Kevin McCreight and Mrs. Ramona Henby provide various reasons and rationales for why my Performance Rating was lowered, all of which were false. In Mrs. Henby's TIGTA statements, she stated that I was failing in my performance objectives and that these failures were well documented. However, Ms. Henby failed to provide any such documentation. Moreover, in an email to Ms. Gilpin and Ms. Chambers, Ms. Henby stated that Mr. McCreight decided that the rating given me by a previous manager, Ms. Grant, was "lower than what we were working towards"; therefore, they would just go with a 'Met' and the points would balance, contradicting her TIGTA statement. If the basis for the lowered rating was due to me failing my performance objectives, it should have been stated in this email.

In Mr. McCreight's TIGTA statements, he provides various reasons for the lowered rating. One such reason was that I was a first-time manager and that it was common for first-time managers to receive a rating of 'Met.' In another statement, Mr. McCreight stated that his rating of me was based on his observations of me; that I did something well and other things I didn't do as well.

See Attachment 1, Page 3 for the Statements
See Attachment 3 for Performance Assessment supporting documentation

**Perjury Offense 4 – Job Knowledge**
In this instance, Ms. Henby made the statement that I did not know my job. However, Mr. McCreight provided statements that contradicted Ms. Henby's statement, statements that proved that I knew my job and that many of the processes that I developed and implemented were still being used.

See Attachment 1, Page 4 - 5 for the Statements

**Perjury Offense 5 – FATCA Detail**
In this instance, Mr. Kevin McCreight and Mrs. Ramona Henby provided contradictory statements concerning a detail opportunity within the IRS. In Mrs. Henby's statement, she says that I requested the detail. In Mr. McCreight's statement, he acknowledges that he spoke with Mrs. Henby concerning the detail. Moreover, the email provided in the supporting documentation section shows that I did not request this detail.

See Attachment 1, Page 6 - 7 for the Statements in Questions

**Perjury Offense 6 – Previous Performance Assessment Rating**
In Mr. McCreight's Interrogatory response, he states that I did not have a rating that was different from 'Met' prior to me resigning on October 12, 2017. However, in the email Ms. Henby sent to Ms. Gilpin and Ms. Deana Chambers, on 10/12/2017, Ms. Henby specifically states that Web Apps management was working towards a 'higher' rating and was in the process of obtaining more points so that I could be rated properly. Moreover, in the redacted system audit logs provided to me by the Department of the Treasury for the timeframe of 9/1/2017 – 11/15/2017, prior to my resignation, there are four unaccounted for redacted entries. I believe these system entries will show that the rating was different.

See Attachment 1, Page 8 for the Statements
See Attachment 3 for Previous Performance Assessment Rating supporting documentation

*Perjury Offense 7 – Performance Assessment Input*
In this instance, Ms. Linda Gilpin (an IRS executive) and Mr. Kevin McCreight provide contradictory statements as to who provided input into my Performance Assessment.

See Attachment 1, Page 9-10 for the Statements.

*Perjury Offense 8 – Treasury Detail Denial*
In this instance, Mr. McCreight provided false/misleading information as to why I was denied an employment opportunity. Moreover, the email conversations provided in the supporting documentation section support my assertion that the rationale provided by Mr. McCreight for denying me the detail opportunity were false and/or misleading.

See Attachment 1, Page 11 - 13 for the Statements in Questions

**Perjury Requirement 3 - Misstatement made was Material**
In each instance, the false and/or misleading statements were material to both the TIGTA investigation and the MSPB case. In both cases, the purpose of the misstatements were to cover-up the fact that there was managerial mist-conduct as it relates to managers within the IRS retaliating against me because I made a protected disclosure. The retaliation I endured included actions such as a lowering of my performance rating and management blocking employment opportunities for me. In each instance, if Mrs. Henby and Mr. McCreight had been more forthcoming and honest in their responses, the managerial misconduct would have been exposed and there would have been repercussions for their actions, especially for Mr. McCreight. Mr. McCreight would have been guilty of committing a Section 1203 Violation.

According to section 1203 (https://www.irs.gov/businesses/small-businesses-self-employed/irs-non-retaliation-policy) and (https://www.irs.gov/pub/irs-drop/n-99-27.pdf):

Section 1203 of the IRS Restructuring and Reform Act of 1998 (RRA '98), created a statutory provision requiring termination of IRS employment for misconduct. Section 1203(a) provides that the Commissioner of the Internal Revenue shall terminate the employment of any employee of the Internal Revenue Service if there is a final administrative or judicial determination that such employee committed any act or omission described under subsection (b) in the performance of the employee's official duties. One of the acts described in subsection (b) is retaliation.

Section 1203 (b)(6) provides that:

*Violations of the Internal Revenue Code of 1986, Department of Treasury regulations, or policies of the Internal Revenue Service (including the Internal Revenue Manual) for the purpose of retaliating against, or harassing, a taxpayer, taxpayer representative, or other employee of the Internal Revenue Service.*

is an act or omission requiring termination.

While in IRS employment, two IRS IRMs were violated, IRM 6.335.1.12.16 and IRM 6.430, specifically 6.430.1.5.2. and 6.430.1.5.3. IRM 6.335.1.12.16 was violated because IRS management, specifically Mr. McCreight and Mrs. Henby stopped me from being able to accept positions for which I was selected. In one instance, Mr. McCreight contacted the selecting agency to have them rescind the offer.

The second violation, IRM 6.430, is in reference to my performance rating. In the testimony given by both Ms. Henby and Mr. McCreight, both state that I was failing my commitments and that this failure was well documented, however, neither provided documentation of such. In various understatements by Mr. McCreight, he provides various reasonings for the lowered rating. One such reasoning was that I was a first-time manager and that it was common for first-time managers to receive a rating of 'Met'. 5 U.S. Code § 4302. Establishment of performance appraisal systems and the IRS IRM are very clear; an employee's rating is to be based on a set of standards and not the length of time he/she has been in a position. In another statement, Mr. McCreight stated that his rating of me was based his observations; that I did somethings well and other things I didn't do as well. This too is in violation of 5 U.S. Code § 4302. Establishment of performance appraisal systems and the IRS IRM.

The false and misleading statements provided by Mrs. Henby and Mr. McCreight altered both the direction and the outcome of the TIGTA investigation, to ensure that the IRS failed to take any follow-up actions.

Our judicial system is built on a foundation of honesty and integrity. When individuals decide to taint and disgrace official and legal proceedings by being dishonest, not only does it undermine the entire judicial system, but it also makes it THAT much harder for us law-abiding citizens to obtain and believe in justice. It also provides a mechanism for law-breakers to avoid facing the consequences of their actions. Therefore, I humbly request your assistance in obtaining justice in this matter.

Respectfully Submitted,

Kiesha D. Lewis
kieshalewis@hotmail.com
(240) 346-8398

CC: Mark R. Herring, Virginia State Attorney General
    U.S. Attorney G. Zachary Terwilliger, The United States Attorney's Office for the Eastern District of Virginia
    Robert K. Hur, United States Attorney District of Maryland
    United States Attorney's Office, Southern District of New York

Email and System Record Alteration

Kiesha Lewis <kieshalewis@hotmail.com>

Wed 8/18/2020 10:16 AM

To: Complaints@tigta.treas.gov <Complaints@tigta.treas.gov>
Cc: Kiesha Lewis <kieshalewis@hotmail.com>

Hello,

I am submitting this TIGTA complaint to report IRS officials altering an official document (an email) prior to submitting a FOIA response and IRS officials of either altering or commissioning others to alter my HR Connect files - removing several entries made during the timeframe of August 2017 to December 2017.

**Altered Email by Linda Gilpin**
In the IRS (dated) October 30, 2019 FOIA Response, it appears that Ms. Gilpin or an Agency employee has altered an email conversation between Ms. Gilpin and Ms. Ramona Henby, DC-1221-19-0365-W-1, tab 27, page 57. In this response, Ms. Linda Gilpin responds to Ms. Ramona Henby on Thursday, October 12, 2017 at 9:18 AM. However, Ms. Ramona Henby sent the email, to which Ms. Linda Gilpin is responding, on Thursday, October 12 at 10:17 AM. This email is material because it outlines the logic and methodology used by Ms. Gilpin and Ms. Henby in determining my FY2017 Performance Rating. It is my belief that this alteration was a purposeful attempt to hide material conversations between Ms. Gilpin and Ms. Henby, which would undermine the information provided during a previous TIGTA investigation and in Sworn Statements given during court cases. Therefore, I am requesting that TIGTA investigate this incident to determine what happened to those entries.

**Altered HR Connect Files**
I am forwarding the information I provided to BEP concerning the altered HR Connect files.  At least two entries are missing, one from Kevin McCreight on October 13, 2017 and another from Ramona Henby on November 14, 2017. I asked BEP why these entries were missing and have received no response.  An accurate HR Connect record is very important because it provides a complete accounting of everyone who has accessed my HR Connect file and the actions that each person executed.  As such, I assuming that these, and other entries were purposely removed by someone with high-level access to the HR Connect system to hide actions executed on my file.  Therefore, I am requesting that TIGTA investigate this incident to determine what happened to those entries.

If I can provide any additional information, please let me know.

Kiesha D. Lewis
kieshalewis@hotmail.com
240-346-8398

---

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Saturday, December 21, 2019 11:50 AM
**To:** Kiesha Lewis <kieshalewis@hotmail.com>
**Subject:** Fw: FOIA/PA Request - Print Out

**From:** Hoggan, Mark <Mark.Hoggan@bep.gov>
**Sent:** Tuesday, December 17, 2019 5:12 PM
**To:** kieshalewis@hotmail.com <kieshalewis@hotmail.com>
**Subject:** FOIA/PA Request

Ms. Lewis,

Please find herewith two attachments in response to your FOIA/PA request.

Sincerely,
Mark Hoggan
Disclosure Officer

Exhibit C:

Freedom of Information Act Appeal - 20-00012-FOIP

VA OIG FOIA-Appeals <VAOIGFOIA-Appeals@va.gov>
Tue 3/23/2021 7:54 AM
To: Kiesha Lewis, PMP <kieshalewis@hotmail.com>

Ms. Lewis,

We will not respond to your FOIA appeal because you currently have a case in litigation regarding this FOIA request.

Please note the VA FOIA Service assigned your request tracking number 20-00733-F, but referred it to VA OIG, which assigned it tracking number 20-00012-FOIP.

Respectfully,

Office of Information Release
Office of Inspector General
Department of Veterans Affairs

**From:** Kiesha Lewis, PMP <kieshalewis@hotmail.com>
**Sent:** Saturday, March 20, 2021 12:34 AM
**To:** VA OIG FOIA-Appeals <VAOIGFOIA-Appeals@va.gov>
**Cc:** Kiesha Lewis, PMP <kieshalewis@hotmail.com>
**Subject:** [EXTERNAL] Freedom of Information Act Appeal - FOIA tracking number 20-00733-F

To Whom It May Concern:

I am writing this email/letter to request an appeal of the information provided as a result of my FOIA request, FOIA tracking number 20-00733-F. In the VA response, I was provided with completely redacted files. The VA contends that it needed to completely redact these files based on the following exemptions: Privacy Act Exemption (k)(6), Exemption 2, (b) (2), and Exemption 5, (b) (5). However, I contend that none of these exemptions apply in this situation, especially not to the extent to which the VA has used it.

I am requesting that the VA provide me with documentation showing the factors used to rate each applicant and how the rating was derived for each. I am not requesting that I be provided with ANYONE'S personnel file, resume, SF50 or medical records. Moreover, to ensure that the HR rating and reviewing process is fair - and free from any bias (such as race, gender, or ethnicity), there should be a standard set of criteria by which each applicant is rated, to include how that rating should be derived.

Secondly, I am not requesting information such as performance standards and leave practices, items usually covered under exemption 2. The information I am requesting would be considered Personnel matters of greater public interest, which are typically NOT covered under an exemption.

Lastly, the argument of Deliberative Privilege does not apply either; granting my FOIA request does not increase the prospect of actual harm to anyone's legitimate public or private interests. It simply ensures that there was NO bias involved when my credentials were considered during the rating process for these job announcements.

As proof of my argument, I have provided two screenshots below, displaying the type of information for which I was requesting. A responsive submission from the VA would have provided this information, redacting ONLY the names of the other applicants - not everything.

Therefore, I respectfully request that my original FOIA request be granted. Moreover, as requested, enclosed are all the requested documents to make this appeal.

Respectfully,

Kiesha D. Lewis
kieshalewis@hotmail.com
(240) 346-8398







Freedom of Information Act Appeal - FOIA tracking number 20-00733-F

Kiesha Lewis, PMP <kieshalewis@hotmail.com>
Sat 3/20/2021 12:31 AM
To: VAOIGFOIA-Appeals@va.gov <VAOIGFOIA-Appeals@va.gov>
Cc: kieshalewis@hotmail.com <kieshalewis@hotmail.com>

To Whom It May Concern:

I am writing this email/letter to request an appeal of the information provided as a result of my FOIA request, FOIA tracking number 20-00733-F. In the VA response, I was provided with completely redacted files. The VA contends that it needed to completely redact these files based on the following exemptions: Privacy Act Exemption (k)(6), Exemption 2, (b) (2), and Exemption 5, (b) (5). However, I contend that none of these exemptions apply in this situation, especially not to the extent to which the VA has used it.

I am requesting that the VA provide me with documentation showing the factors used to rate each applicant and how the rating was derived for each. I am not requesting that I be provided with ANYONE'S personnel file, resume, SF50 or medical records. Moreover, to ensure that the HR rating and reviewing process is fair - and free from any bias (such as race, gender, or ethnicity), there should be a standard set of criteria by which each applicant is rated, to include how that rating should be derived.

Secondly, I am not requesting information such as performance standards and leave practices, items usually covered under exemption 2. The information I am requesting would be considered Personnel matters of greater public interest, which are typically NOT covered under an exemption.

Lastly, the argument of Deliberative Privilege does not apply either; granting my FOIA request does not increase the prospect of actual harm to anyone's legitimate public or private interests. It simply ensures that there was NO bias involved when my credentials were considered during the rating process for these job announcements.

As proof of my argument, I have provided two screenshots below, displaying the type of information for which I was requesting. A responsive submission from the VA would have provided this information, redacting ONLY the names of the other applicants - not everything.

Therefore, I respectfully request that my original FOIA request be granted. Moreover, as requested, enclosed are all the requested documents to make this appeal.

Respectfully,

Kiesha D. Lewis
kieshalewis@hotmail.com
(240) 346-8398





Exhibit D:

Kiesha D. Lewis
2305 Prima Way
Bowie, MD 20721
Phone: (240) 346 – 8398, Email: kieshalewis@hotmail.com

August 2, 2019

Internal Revenue Service
Central Processing Unit
Stop 211
PO Box 621506
Atlanta, GA 30362-3006
(fax) 877-807-9215

Dear Disclosure Manager:
This is a request under the Freedom of Information Act/Privacy Act.

I would like to obtain all emails sent to, from, or copied to anyone in the Criminal Investigation organization from November 1, 2017 to Present day containing the non-case-sensitive key-phrase "Kiesha Lewis".

I do not wish to inspect the documents first. In order to determine my status for the applicability of fees, you should know that I am a former IRS employee, my last position with the IRS was that of a Frontline Manager.

As proof of identity I am including a photocopy of my driver's license.

I am willing to pay fees for this request up to a maximum of $50.00. If you estimate that the fees will exceed this limit, please inform me first.

Thank you for your consideration of this request.

Sincerely,


Kiesha D. Lewis
kieshalewis@hotmail.com
(240) 346-8398

Kiesha D. Lewis
P. O. Box 697
Bowie, MD 20718

April 15, 2019

Mr. David S. Wichmann
UnitedHealth Group
P.O. Box 1459
Minneapolis, MN 55440-1459

To Mr. Wichmann,

I am writing to you in hopes that you can assist me with an issue I am experiencing with your
organization; that began in August of 2018.  I have attempted to resolve this situation several
times, at much lower levels, to no avail.  Since August of 2018, my Dr.'s Office has attempted to
have a claim paid.  In June 2018, I had foot surgery. After my foot surgery, I had several follow-
up appointments with my physician to ensure everything was healing correctly.  Each of the
pervious claims the doctor's office submitted were paid and encountered no issues.  However,
this final claim has had **MANY** issues.  Moreover, when either myself or the doctor's office
contacted UnitedHealthcare (United) to obtain the reason why the claim was not paid, we
received various different excuses from the claim not being sent to the correct address (which is
odd since this doctor's office has been sending claims on my behalf to United for over two years)
or having the wrong code entered.  Despite making the requested updates, we continue to receive
a message stating that the claim was denied.  Right now, I am at a loss as to what to do next.  It
seems as if United has decided it does not want to pay this claim.

In addition to knowing why this medical claim remains unpaid, I would like to know if there is
any correlation to this unpaid claim and the 'masked' email I received from an individual with
Choice Health Insurance Company; a company that has access to and works with UnitedHealth
Insurance Company.

On March 6, 2019, I received an email from an individual with access to the choice health
insurance domain 'masked' as an email coming from the state of Maryland government; I have
enclosed a copy of the letter that I sent that company.

This concerns me for two major reasons.  The first being this continued unpaid claim and the
possibility for this to happen with any claims I may have in the future (if I decide to continue
purchasing insurance with United Healthcare). The second being an individual, whom I do not
know, who has this level of technical knowledge and savvy to hide the identity of the true sender
of the email; something that the average person would not recognize.  This person sent me an
attachment 'masked' as an email from the state government where I live and with whom I
correspond.  This makes me question if this person will also use their technical skills and
knowledge and the access, they have to medical systems to alter my medical records or change
my medical prescriptions.

I am requesting your assistance in researching and gaining an understanding of what is transpiring in reference to this claim and with this individual. However, if you are not the correct person to ask, please direct me to the correct oversight or law enforcement organization to contact.

Thank you in advance for your time and attention to this matter!


Respectfully,



Kiesha D. Lewis
kieshalewis@hotmail.com
(240) 346-8398

CC:
Stephen J. Hemsley, Executive Chairman
Larry C. Renfro, Vice Chairman
Cory B. Alexander, Executive Vice President of Corporate Affairs
Ken Ehlet, Office of Research & Development
Dirk McMahon, Office of the Chief Executive
Dan Schumacher, Office of the Chief Executive
Terry M. Clark, Chief Marketing Officer and Senior Vice President
UnitedHealthcare Shared Services
Choice Health Insurance

Enclosures:
March 14, 2019 UnitedHealthcare Shared Services Letter and Claim Copy
March 15, 2019 Email to UnitedHealthcare Ethics Office
March 30, 2019 Letter to Choice Health Insurance

Fwd: Starting/Conducting a Criminal Investigation (CI) Financial Investigation

Kiesha Lewis <kieshalewis@hotmail.com>

Thu 8/15/2019 4:18 AM

Cc: Kiesha Lewis <kieshalewis@hotmail.com>

FYI.

Get Outlook for Android

From: Kiesha Lewis <kieshalewis@hotmail.com>
Sent: Saturday, August 10, 2019 9:26:35 AM
To: Kirsten.Wielobob@irs.gov <Kirsten.Wielobob@irs.gov>; Don.Fort@irs.gov <Don.Fort@irs.gov>
Cc: Charles.Rettig@irs.gov <Charles.Rettig@irs.gov>; Charles.P.Rettig@irs.gov <Charles.P.Rettig@irs.gov>; Lia.Colbert@irs.gov <Lia.Colbert@irs.gov>; Jeff.Tribiano@irs.gov <Jeff.Tribiano@irs.gov>; Alex.Kiles@mail.house.gov <Alex.Kiles@mail.house.gov>; senator@cardin.senate.gov <senator@cardin.senate.gov>; Naki_Frierson@vanhollen.senate.gov <Naki_Frierson@vanhollen.senate.gov>; Kiesha.Lewis <kieshalewis@hotmail.com>; whistleblower@ronjohnson.senate.gov <whistleblower@ronjohnson.senate.gov>; Peters_Whistleblower@hsgac.senate.gov <Peters_Whistleblower@hsgac.senate.gov>; FSCDems@mail.house.gov <FSCDems@mail.house.gov>
Subject: Starting/Conducting a Criminal Investigation (CI) Financial Investigation

Hello Deputy Commissioner for Services and Enforcement Kirsten Wielobob, CI Chief Don Fort,

My name is Kiesha D. Lewis and I am a former IRS employee.  Since December 2017, I believe that I have been the victim of senior management officials within the Department of Treasury, who have access to intelligence and counterintelligence capabilities, mis-using their access to such capabilities to retaliate against me due to fact that I am a whistle-blower.  Since this time, I have experienced things such as (and this is just to name a few):

- Various cellular telephone anomalies:
    - Overheated phone, reduced battery life.
    - Background noise when using phone, either echo or static. (also reported by family and friends)
    - Translator software installed without me installing it. Websites being translated into foreign language (?mandarin) when I am on the internet.
    - Text messages duplicating when I text select individuals; failing to deliver when I text select people; delivering, then reversing course to say undelivered, receiving 'message queued' when I text select people; however, I am able to text others with no issues.
    - Phone Microphone turning on (with a message that states Voice not Recognized) or dual home screen displaying on phone arbitrarily.
    - Contacted cell phone carrier to obtain three year (2016 - 2019) log of any SIM swaps on my phone; Carrier POC told me that there was a SIM swap in October 2018; which I did not authorize. However, over five minutes later, the information pertaining to that transaction changed AFTER I requested that I be provided with additional information on each SIM Swamp.
- Receiving a different login screen to the MSPB system when I logged in on my laptop (one that did not allow me to make entries) and a different screen when I used a different computer.
- A Car Dealership having issues being able to switch my vehicle tags to my new vehicle
- Car dealership encountering issues paying off car lien
- An automatic debit, from my Fedchoice Account, switching deductions from my checking and savings account without me or the deducting company making any changes.
- My parents experiencing NUMEROUS issues with their mortgage company while attempting to obtain their insurance claim funds to make repairs to their home.

While I was aware that the CI organization had access to these capabilities in order for them to perform investigations; it wasn't until recently that I became aware that CI had the ability to view/monitor/manipulate individuals bank accounts, real estate records, motor vehicle records and health insurance information - areas in which I or members of my family have recently encountered issues, issues we never encountered before.

Therefore, I am reaching out to both of you to obtain more information concerning the capabilities CI has, the tools CI uses, and what controls CI has in place to ensure that these capabilities are not compromised or abused.  The specific questions I have are:

- How is an investigation started?
- Can a manager or IRS executive (such as the CIO, Deputy CIO, ACIO) make investigation requests from CI?
- What controls are in place to ensure that these capabilities are not misused?
- Does CI perform digital forensics?
- What types of investigative tools does CI use?
- How can one learn if he or she has had an investigation opened on them (whether it is a formal inquiry or just someone asking for someone to look at specific items)?
- How do I request a search to see if anyone in CI did any type of investigation/analysis/research on me whether it be formal or informal?  I have sent a formal FOIA request asking for similar information (see attached)?

I am attaching some documents that outline some of the oddness that I or my family have endured.

Thank you for your time and attention to this matter and I look forward to the IRS' response!

Kiesha D. Lewis
kieshalewis@hotmail.com

FOIA Requests for Kiesha D. Lewis

Kiesha Lewis <kieshalewis@hotmail.com>

To: Francisca.N Eyetsemitan@irs.gov <Francisca.N.Eyetsemitan@irs.gov>; Francisca.N Eyetsemitan@irs.gov <Francisca.N.Eyetsemitan@irs.gov>
Cc: Kiesha Lewis <kieshalewis@hotmail.com>

Hello Ms. Eyetsemitan,

I received your letter in reference to the FOIA requests I submitted on August 2, 2019. However, you letter on references one request, I faxed in a total of three (I did them all at the same time). Can you tell me if you have more than one request from me for that day?

Thanks in advance!

Kiesha D. Lewis
kieshalewis@hotmail.com

Kiesha D. Lewis
2305 Prima Way
Bowie, MD 20721

March 30, 2019

Choice Health Insurance
200 Rodeo Dr.
Myrtle Beach, SC 29579

To Whom It May Concern:

I am writing to your company in refence to an email message I received.  On March 6, 2019, I received
an email supposedly from the State of Maryland (see screen shot below), with an attachment.



However, when I view the email properties, it shows that the email did not originate from Maryland.gov,
but from domain "smtp.mailfrom=choicehealthins.com"; see screenshot below.



As I view even more of the email properties, I see that it originated from "X-Sender-Id:
cwilliamson@choicehealthins.com"; see screenshot below.



Using this information, I did a search for the domain "choicehealthins.com" and it returned your
organization.  Can someone in your organization provide me with the following information:

1. Is "choicehealthins.com" your company's domain?
2. If so, do emails from your company have the address "choicehealthins.com" in them?
3. If so, is there someone from your organization have the email address
   cwilliamson@choicehealthins.com? I have sent an email to this person and did not receive a
   return message, therefore I'm quite certain that it is a valid email address.

2

4. Lastly, if this is a valid email address, can someone explain to me why this person sent me an email, masked as an email from Maryland.gov.  Also, can they please explain what was attached to this email.

Thanks in advance for your time and attention to this matter!


Kiesha D. Lewis

## Issuing Using the e-Appeal System

Kiesha Lewis

Fri 3/29/2019 10:21 PM

**To:** mspb@mspb.gov <mspb@mspb.gov>; washingtonregionaloffice@mspb.gov <washingtonregionaloffice@mspb.gov>
**Cc:** Kiesha Lewis <kieshalewis@hotmail.com>
**Bcc** kieshalewis89@gmail.com <kieshalewis89@gmail.com>

Hello,

Today, I was attempting to use the e-File system and I was unable to. When I logged in from my laptop, I got the following screen; which doesn't allow me to do anything, file a Pleading or view any files associated with my account.



However, when I used a different computer, and logged in, the correct screen displayed, see below. Is anyone able to tell me what caused this error? I am quite concerned about this issue because if I was not able to locate another computer, I could have missed one of my filing deadlines. Therefore, I would like to understand what happened and how to avoid or address this issue if it happens in the future.



And I have entered a helpdesk ticket, however, I was unable to attach screenshots.

Thanks in advance!

Kiesha D. Lewis
kieshalewis@hotmail.com

Mail - Kiesha Lewis - Outlook

## Fw: PHH Response | Case # 22757624

Kiesha Lewis

Tue 7/2/2019 6:11 PM

To: Frierson, Naki (Van Hollen) <Naki_Frierson@vanhollen.senate.gov>
Cc: Girard, Brent (Van Hollen) <Brent_Girard@vanhollen.senate.gov>

Hello Ms. Frierson,

I wanted to provide you with this information. As you can see below, my parents reached out to Senator Van Hollen in reference to the issue they were having getting their mortgage company to release the insurance claim funds so that they can start the repairs to their home.

I didn't think much about the situation until a company representative contacted my father today and stated that the current issue is that the W9 form, that it is not legible for the IRS due to it being faxed tooo many times.

In the complaint I outlined for Senator Van Hollen, I mentioned that the intelligence and counter intelligence capabilities retaliation from the IRS and Treasury had spread beyond me, and was impacting my family and close friends. While it seems quite far-fetched to me, I thought that I should share this information with you just in case.... because this IS a financial transaction and the rep specifically mentioned the IRS in her conversations with my father.

If I can provide any additional information, please feel free to contact me!

Kiesha D. Lewis

---

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Tuesday, July 2, 2019 12:25 PM
**To:** Girard, Brent (Van Hollen)
**Cc:** Father
**Subject:** Re: PHH Response | Case # 22757624

Hello Mr. Girard,

I just wanted to give you an update. Today, my father received a call from PHH Mortgage, pertaining to the insuarance claim funds. The story today is that the W9 form needs to faxed again, because the form is not legible and the IRS is unable to read it because it has been faxed too many times.

My father followed up with the insurance adjuster, who stated that he had faxed the form. He also verified that the insurance claim check has been cashed.

I will definitely keep your office informed of any additional updates.

Kiesha D. Lewis

Sent from my iPad

On Jul 1, 2019, at 11:58 AM, Kiesha Lewis <kieshalewis@hotmail.com> wrote:

Good Afternoon,

As of today, my parents have not received anything from PHH, in fact, when the insurance adjuster, our contractor, and my parents called none were able to obtain a status as to when the funds would be dispersed.

Also, we submitted a CFPB claim also this morning.

Kiesha

---

**From:** Girard, Brent (Van Hollen) <Brent_Girard@vanhollen.senate.gov>
**Sent:** Monday, July 1, 2019 11:33 AM
**To:** 'Kiesha Lewis'
**Cc:** Father
**Subject:** RE: PHH Response | Case # 22757624

Ms. Lewis,

I am checking in to make sure that your father received the insurance from PHH. We have also notified the Consumer Financial Protection Bureau on Mr. Lewis's behalf.

Brent Girard
Constituent Services and Community Outreach
Office of U.S. Senator Chris Van Hollen
1900 N Howard Street, Suite 100
Baltimore, MD 21218
Office: (667) 212-4610
Fax: (301) 545-1512

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Tuesday, June 18, 2019 8:57 PM
**To:** Chetan.Bachale@mortgagefamily.com; Girard, Brent (Van Hollen) <Brent_Girard@vanhollen.senate.gov>
**Cc:** Father <natlewis@live.com>
**Subject:** Fw: PHH Response | Case # 22757624

Good Evening Everyone,

My name is Kiesha D. Lewis and I'm providing this response on behalf of my parents, Mr. Nathaniel and Sharon Lewis. I am both troubled and disgusted by the misleading and disingenuous response that PHH mortgage is providing in an attempt to cover up its mishandling of my elderly parents insurance claim. Based on PHH's response, miraculously, all the documentation needed appeared in your office on Monday, June 17, 2019 and the only thing outstanding is for my parents to sign paperwork so the funds can be dispersed.

However, PHH completely failed to mention the **NUMEROUS** times that my parents, the Geico Insurance Claims Adjuster, and the contractor completed this information and either faxed or uploaded, via the internet, the necessary paperwork to PHH. In the website upload instances, my parents would receive a confirmation email that would be soon be followed by another email stating that the documentation package was incomplete.

To provide evidence of this occurrence, I'm attaching the upload correspondence that they received. Moreover, I will be working with Verizon, their phone carrier, the insurance adjuster, and the contractor to develop both a complete timeline of events and to obtain documentation of all the instances PHH was provided this information.

In addition to **FIXING** the problem so that my parents cease being displaced from their home (because the problem has *NOT* been resolved), I'm requesting that an independent investigation be conducted to determine exactly what occurred. It is completely unacceptable to me that senior citizens have to contact their congressional and state representatives and the Better Business Bureau before they are able to obtain the money that is due them to fix their home.

Kiesha D Lewis
kieshalewis@hotmail.com

---

**From:** ▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Tuesday, June 18, 2019 7:15 PM
**To:** Kiesha
**Subject:** Fw: PHH Response | Case # 22757624

??
natlewis@live.com
??

---

**From:** Bachale, Chetan (OCW) <Chetan.Bachale@mortgagefamily.com>
**Sent:** Tuesday, June 18, 2019 6:24 PM
**To:** Brent_Girard@vanhollen.senate.gov
**Cc:** ▮▮▮▮▮▮▮▮▮▮
**Subject:** PHH Response | Case # 22757624

Dear Brent Girard:

Thank you for contacting the Office of the Consumer Ombudsman. This email is in response to your recent communication on behalf of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (the ▮▮▮▮). I have been assigned to review this request and my findings are outlined below.

Based on the information received, we understand that the Lewis' concern revolves around the release of the insurance claim funds.

We have responded to similar concerns regarding release of insurance claim funds via Better Business Bureaus and a copy was sent to the Lewis's attention. We have not attached a copy of this letter along with this email and it is available upon request.

Hazard claim funds are released based on a monitored process, and the receipt of all required documentation relative to the claim. Records indicate on June 17, 2019, our loss draft team spoke to the contractor. The contractor has completed the Signed Contractor form and is available for the customer to sign. The contractor has also completed a corrected W9 form. Once we receive the W9 form and the Signed Contractor form, we would create a payee for the contractor and release the first disbursement. Should the customer have any

## Tag Transfer Error for Tags 3CC9843

Kiesha Lewis

Mon 4/1/2019 7:44 PM

**To:** MVACS@mdot.state.md.us <MVACS@mdot.state.md.us>
**Cc:** Kiesha Lewis <kieshalewis@hotmail.com>

Good Evening,

I am writing to you in hope's of gaining some understanding concerning the issue my dealership had transferring my tags (3CC9843) from my old verhicle, 2016 Ford Fusion, to my new vehicle, 2019 Ford Taurus.

Today, April 1, 2019, Darcars Ford in Lanham, MD attempted to transfer my tags. However, each time they tried, they received an error message stating that the tags didn't exist.

I have had these tags registered to me for over two years. I also paid to renew the tags in November 2017. I am providing screenshots below.

Can someone please research this issue and let me know what transpired?

Thanks in advance!

Kiesha D. Lewis
kieshalewis@hotmail.com







Exhibit E:



- Deactivating an employee's IRS Email Account *[The Agency objects that this request is not relevant to Appellant's claims or to the Agency's defenses in this matter and is therefore unduly burdensome and not proportional to the needs of this appeal.]*

6

- Deactivation and/or removing an employee from the IRS' Discovery Directory Application *[The Agency objects that this request is not relevant to Appellant's claims or to the Agency's defenses in this matter and is therefore unduly burdensome and not proportional to the needs of this appeal.]*

Fw: Asking Questions and Sharing Information

Kiesha Lewis <kieshalewis@hotmail.com>

wed 11/20/2019 8:18 PM

To: Rebecca.Koch@usdoj.gov <Rebecca.Koch@usdoj.gov>

Case: 8:20-cv-0059, Kiesha D. Lewis vs. Kevin McCreight

My response to IRS Counsel pertaining to this matter.

Kiesha D. Lewis
kieshalewis@hotmail.com

From: Kiesha Lewis <kieshalewis@hotmail.com>
Sent: Friday, August 30, 2019 2:27 PM
To: Wines Mark A <Mark.A.Wines@irscounsel.treas.gov>
Cc: FSCDems@mail.house.gov <FSCDems@mail.house.gov>; Charles.Rettig@irs.gov <Charles.Rettig@irs.gov>; Charles.P.Rettig@irs.gov <Charles.P.Rettig@irs.gov>; Liz.Colbert@irs.gov <Liz.Colbert@irs.gov>;
Michael.Desmond@irscounsel.treas.gov <Michael.Desmond@irscounsel.treas.gov>; Alex.Kiles@mail.house.gov <Alex.Kiles@mail.house.gov>; senator@cardin.senate.gov <senator@cardin.senate.gov>;
Naki_Frierson@vanhollen.senate.gov <Naki_Frierson@vanhollen.senate.gov>; Kiesha Lewis <kieshalewis@hotmail.com>; whistleblower@ronjohnson.senate.gov <whistleblower@ronjohnson.senate.gov>;
Peters_Whistleblower@hsgac.senate.gov <Peters_Whistleblower@hsgac.senate.gov>; Michael.J.Desmond@irscounsel.treas.gov <Michael.J.Desmond@irscounsel.treas.gov>
Subject: Asking Questions and Sharing Information

Good Afternoon Mr. Wines,

Ms. Kiersten Cashel notified me that you were 'displeased' that I had exercised my Constitutional right of free speech to ask questions of public servants employed by the IRS.  Since I am not an attorney (and don't
pretend to be one), I ask you what laws I am breaking by sending emails to IRS employees to ask questions or sharing information with them without having everything being sent to you first.  I would also like to know if
this is a requirement for the general public or if it only applies to me.

I perceive that this is an effort by the IRS to stifle my voice and conceal the truth. During the Discovery phase of my first MSPB complaint, I had requested information pertaining to the deactivation of my IRS email
account and my removal from the IRS Discovery Directory system.  The Agency responded in June 2019 that "The Agency objects that this request is not relevant to Appellant's claims or to the Agency's defenses in this
matter and is therefore unduly burdensome and not proportional to the needs of this appeal." (see first attachment).  However, in April 2019, I was able to obtain screenshots of the STILL active IRS email account (I had
resigned from the IRS in October 2017) with an out of office message that gave the appearance of me still being an IRS employee and of me not being listed in the IRS Discovery Directory (see second attachment).
Moreover, I had an email conversation with a CSIRC POC in May of 2019 to verify that the email had been deactivated (from my knowledge, part of the information security controls tasks would be removing system
access and deactivating email accounts when an employee left, usually within 30 days).  Both obtaining this information AND the task of deactivating the account, was not a time-consuming or 'burdensome' task, it was
accomplished in less than four hours (total time spent on the effort). Also, it provided supporting evidence to me, which I thought WAS the goal of discovery, to obtain files that supported ones arguments.

However, the actions by you and the Agency seemed designed to ensure that I did not obtain this information.  How does this type of conduct support and align with IRS IRM Part 39, General Legal Services, 39.1.1.2 (08-
11-2004) - Standards of Ethical and Professional Conduct and the American Bar Association (ABA) Model Rules of Professional Conduct?

V/R,

Kiesha D. Lewis
kieshalewis@hotmail.com

CC: Mr. Charles P. Rettig, IRS Commissioner
      Mr. Michael J. Desmond, IRS Chief Counsel
      Mr. Jeff Tribiano, Deputy Commissioner for Operations Support
      Ms. Nancy Sieger, Acting Chief Information Officer
      Congressman Anthony Brown



**Your last search didn't find anything.**

**Who are you looking for?** (Click for more options)

Last Name: [____] ✕   ⦿ Exactly ○ Sounds like ○ Contains

First Name: kiesha   ⦿ Exactly ○ Sounds like ○ Contains

S E I D : ⑦ [____]

Job Series [____]

**What do you want to see?**

○ Just a list of names
○ Names, telephone numbers and E-Mail addresses
⦿ All available information
○ Display results in Excel

[ Search ]   [ Clear Form ]

natic reply: "  I am currently our of the office.  John Kailey will be Acting Section Chief on my behalf and can be reached via email or OCS.  Thank you."

is Kiesha D; |

I am currently our of the office.  John Kailey will be Acting Section Chief on my behalf and ca
Thank you.

## Re: Active IRS Email Account

Kiesha Lewis

Thu 4/18/2019 12:22 PM

**To:** phishing@irs.gov <phishing@irs.gov>

Nope, it should be

Kiesha.d.lewis@irs.gov

You misspelled my first name. Please try with the correct spelling. If you get bounce back. Problem solved. If not, I will contact the email address you provided.

Again, thanks so much for the great customer service!

Get Outlook for Android

---

**From:** phishing@irs.gov <phishing@irs.gov>
**Sent:** Thursday, April 18, 2019 12:17:45 PM
**To:** kieshalewis@hotmail.com
**Subject:** Re: Active IRS Email Account

Thank you for your email.

Assuming your email address was keisha.d.lewis@irs.gov when we sent a test email that email address could not be found. There is a potential bounceback messages have been suppressed.

We would suggest you contact your former manager to resolve the matter and/or email CSIRC@irs.gov.

Regards,

phishing@irs.gov
Online Fraud Detection and Prevention (OFDP)
Internal Revenue Service
United States Department of the Treasury

## Re: Re: Active IRS Email Account

phishing@irs.gov
Thu 4/18/2019 12:52 PM
**To:** kieshalewis@hotmail.com <kieshalewis@hotmail.com>
Thank you for your email.

We notified CSIRC@irs.gov and the Acting Section Chief on your behalf.

Regards,

phishing@irs.gov
Online Fraud Detection and Prevention (OFDP)
Internal Revenue Service
United States Department of the Treasury

## Re: Re: Active IRS Email Account

**phishing@irs.gov**
Thu 4/18/2019 12:52 PM
**To:** kieshalewis@hotmail.com <kieshalewis@hotmail.com>

Thank you for your email.

We notified CSIRC@irs.gov and the Acting Section Chief on your behalf.

Regards,

phishing@irs.gov
Online Fraud Detection and Prevention (OFDP)
Internal Revenue Service
United States Department of the Treasury

## RE: Re: Active IRS Email Account - 2nd Request

**\*CSIRC <CSIRC@irs.gov>**
Wed 5/15/2019 8:17 AM
**To:** Kiesha Lewis <kieshalewis@hotmail.com>
**Cc:** \*CSIRC <CSIRC@irs.gov>

Good morning,

The request was handled by the appropriate email team and your old email account has since been deprovisioned.

Regards,

IRS Computer Security Incident Response Center (CSIRC)
OPS: 240-613-3606
ADK

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Wednesday, May 15, 2019 8:03 AM
**To:** \*CSIRC <CSIRC@irs.gov>
**Cc:** Kiesha Lewis <kieshalewis@hotmail.com>
**Subject:** Re: Re: Active IRS Email Account - 2nd Request

Good morning,

This is a follow up to my previous email. Can you provide me with a status of this request?

If not, can you tell me who I need to contact to obtain a status?

Thanks in advance!

Kiesha D Lewis
Kieshalewis@hotmail.com

Get Outlook for Android

From: Kiesha Lewis
Sent: Thursday, May 9, 11:46 AM
Subject: Fwd: Re: Active IRS Email Account
To: CSIRC@irs.gov

Good morning,

Can you tell me how I would obtain a status on this ticket?

Thanks in advance!

Kiesha D Lewis

Get Outlook for Android

From: phishing@irs.gov
Sent: Thursday, April 18, 12:52 PM
Subject: Re: Re: Active IRS Email Account
To: kieshalewis@hotmail.com

Thank you for your email.

We notified CSIRC@irs.gov and the Acting Section Chief on your behalf.

Regards,

phishing@irs.gov
Online Fraud Detection and Prevention (OFDP)
Internal Revenue Service
United States Department of the Treasury

## OSC Fwd: Official Personnel Folder for Kiesha Danielle Lewis (SEID 0D7NB)

Kiesha Lewis

Tue 6/18/2019 11:46 AM

**To:** bcritz@osc.gov <bcritz@osc.gov>
**Cc:** Kiesha Lewis <kieshalewis@hotmail.com>

📎 1 attachments (1 MB)
scan0122.pdf;

Get Outlook for Android

---

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Tuesday, May 21, 2019 6:27:07 PM
**To:** edi@irs.gov; sbse2extapp@irs.gov; KCjobs@irs.gov; cincinnatideu@irs.gov; ecw.sec7@irs.gov; ogdenirsrecruiting@irs.gov; hco.mphs.ext.apply@irs.gov; ctr.bsc.personnel@irs.gov
**Cc:** Lia.Colbert@irs.gov; Jeff.Tribiano@irs.gov; Robin.D.Bailey@irs.gov; Edward.Killen@irs.gov; Thomas.Brandt@irs.gov; silvana.g.garza@irs.gov; Kiesha Lewis
**Subject:** Official Personnel Folder for Kiesha Danielle Lewis (SEID 0D7NB)

Hello Everyone,

My name is Kiesha Danielle Lewis (SEID 0D7NB) and I am a former IRS employee (resigned October 20, 2017). I am contacting the IRS to request a copy of my eOPM/OPM/PERSONNEL file. I contacted the National Archives and Records Administration (NARA), and they stated they do not have these records and told me to followup with my last agency (see attached correspondence).

Please let me know if IRS has this information. If so:

- What do I need to do to obtain these records;
- Why does IRS still have them;
- When will they be forwarded to NARA; and
- Is there any correlation to me having an active IRS email account (Kiesha.D.Lewis@irs.gov) to my personnel records not being forwarded to NARA.

Thanks in advance for your time and attention to this matter!

Kiesha D. Lewis
kieshalewis@hotmail.com
(240) 346-8398

Exhibit F:

Active Email Address

Kiesha Lewis <kieshalewis@hotmail.com>
Wed 1x/13/2019 7:35 AM
To: privacy@bep.gov <privacy@bep.gov>, moneyfactor.info@bep.gov <moneyfactor.info@bep.gov>
Cc: Kiesha Lewis <kieshalewis@hotmail.com>;

Good morning,

I was a contractor supporting BEP. Leaving the service in October 2019.  However, it seems that that my email address is still active.  Can someone tell me who I should contact to have this issue addressed?

The email address in question is kiesha.lewis@bep.gov

Thanks in advance,

Kiesha D. Lewis
Kieshalewis@hotmail.com

Sent from my iPad

Re: DCF Closure

Kiesha Lewis <kieshalewis@hotmail.com>
Thu 4/30/2020 12:35 PM
To: McCray, Brian <Brian.McCray@bep.gov>

Again - thanks sooo much for your assistance!

---

**From:** McCray, Brian <Brian.McCray@bep.gov>
**Sent:** Thursday, April 30, 2020 12:31 PM
**To:** Kiesha Lewis <kieshalewis@hotmail.com>
**Subject:** RE: DCF Closure

I've disabled and deleted your account so you will not receive any more BADS notifications.

*Brian A. McCray*
*Facility Emergency Coordinator*
*Office of Security*
*Bureau of Engraving and Printing*
*Department of the Treasury*
*Office 202/874-2251*
*Cell 202/340-8594*

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Thursday, April 30, 2020 12:29 PM
**To:** McCray, Brian <Brian.McCray@bep.gov>
**Subject:** Re: DCF Closure

Thanks so much!

My email address is still active also (I have no idea why). Is there a way to have that deactivated as well?

**From:** McCray, Brian <Brian.McCray@bep.gov>
**Sent:** Thursday, April 30, 2020 11:22 AM
**To:** Kiesha Lewis <kieshalewis@hotmail.com>
**Subject:** RE: DCF Closure

Yes, I will remove you from the database.

*Brian A. McCray*
*Facility Emergency Coordinator*
*Office of Security*
*Bureau of Engraving and Printing*
*Department of the Treasury*
*Office 202/874-2251*
*Cell 202/340-8594*

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Thursday, April 30, 2020 11:21 AM
**To:** McCray, Brian <Brian.McCray@bep.gov>
**Subject:** Fw: DCF Closure

Hello Mr. McCray - I am no longer with BEP (have not been since October 2019). Is there a way that I can be taken off these distribution lists?

---

**From:** BEP Alert Distribution System (BADS)
**Sent:** Thursday, April 30, 2020 11:05 AM
**To:** kieshalewis@hotmail.com
**Subject:** DCF Closure

Bureau of Engraving and Printing

## DCF Closure

| Type: Safety | Severity: Moderate |
|---|---|

**Hello Kiesha Lewis,**

The Bureau of Engraving and Printing's Washington, DC Facility is currently closed until further notice, due to a confirmed case of the COVID-19 virus. Weekend overtime is cancelled. The Landover warehouse remains open.

Essential personnel, who have been notified by their supervisor, will report as required. There is no change to the status of employees who are teleworking.

Employees should continue to call the work information hotline at (800) 752-5033 or (202) 874-1000 for work schedule updates. Thank you.

**Please reply with one of the numbers below:**
1. I acknowledge receipt
Thank you,
McCray, Brian

Published on: 04/30/2020 11:04:50 Eastern Time (US & Canada) by AtHoc
IWSAlerts

Copyright ©2019 BlackBerry Limited. All Rights Reserved.

Exhibit G:



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C.

November 22, 2018

RE: 2017-11-151

**VIA ELECTRONIC MAIL**

Ms. Kiesha Lewis
2305 Prima Way
Bowie, Maryland 20721

Email: kieshalewis@hotmail.com

Dear Ms. Lewis:

This is the final response to your Freedom of Information Act (FOIA) request dated November 16, 2017 to the Department of the Treasury (Treasury). You request "… a complete audit log on all activity on my HR Connect Account from 9/1/2017 to 11/15/2017. This should include: the name of the person accessing my account, the date and time of this event, and details of the action taken during that access event. My IRS HR Connect system information was as follows: SSN: XXX-XX-XXXX, Email: Kiesha.D.Lewis@irs.gov. SEID: 0D7NB."

Your request has been processed under the provisions of the FOIA, 5 U.S.C. § 552. A reasonable search was conducted for records responsive to your request. A search for records resulted in locating three responsive pages. After carefully considering these records, I am releasing all three pages to you in part. The withheld information is protected from disclosure under the FOIA pursuant to 5 U.S.C. § 552(b) (6) and (b) (7) (C).

**FOIA Exemption 6** provides protection for records and information the disclosure of which would constitute a clearly unwarranted invasion of personal privacy. This requires a balancing of the public's right to disclosure against the individual's right to privacy. The privacy interests of the individual in the records you have requested outweigh any minimal public interest in disclosure of the information.

**FOIA Exemption 7(C)** protects records or information compiled for law enforcement purposes that could reasonably be expected to constitute an unwarranted invasion of personal privacy. This exemption takes particular note of the strong interests of individuals, whether they are suspects, witnesses, or investigators, in not being unwarrantably associated with alleged criminal activity. That interest extends to persons who are not only the subjects of the investigation, but those who may have their privacy invaded by having their identities and information about them revealed in connection with an investigation. Based upon the traditional recognition of strong privacy interest in law enforcement records, categorical withholding of information that identifies third parties in law enforcement records is ordinarily appropriate. As such, I have determined that the privacy interest in the identities of individuals in the records you have requested clearly outweigh any minimal public interest in disclosure of the information. Please note that any interest you may have in that information does not factor into this determination.

There are no fees assessed at this time since allowable charges fell below $25.

Since Treasury's response constitutes an adverse action, you have the right to appeal this determination within 90 days from the date of this letter. By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision. Your appeal must be in writing, signed by you or your representative, and should contain the rationale for your appeal. Please also cite the FOIA reference number noted above. Your appeal should be addressed to:

> Ryan Law, Deputy Assistant Secretary for Privacy, Transparency and Records
> FOIA Appeal
> FOIA and Transparency
> Privacy, Transparency, and Records
> Department of the Treasury
> 1500 Pennsylvania Ave., N.W.
> Washington, D.C. 20220

If you submit your appeal by mail, clearly mark the letter and the envelope with the words "Freedom of Information Act Appeal." Your appeal must be postmarked or electronically transmitted within **90 days** from the date of this letter.

If you would like to discuss this response before filing an appeal to attempt to resolve your dispute without going through the appeals process, you may contact Paul Levitan, the FOIA Public Liaison, for assistance via email at FOIAPL@treasury.gov, or via phone at (202) 622-8098.

A FOIA Public Liaison is a supervisory official to whom FOIA requesters can raise questions or concerns about the agency's FOIA process. FOIA Public Liaisons can explain agency records, suggest agency offices that may have responsive records, provide an estimated date of completion, and discuss how to reformulate and/or reduce the scope of requests in order to minimize fees and expedite processing time.

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison, the Office of Government Information Services (OGIS) also mediates disputes between FOIA requesters and federal agencies as a non-exclusive alternative to litigation. If you wish to contact OGIS, you may contact the agency directly at the following address, email address, fax or telephone numbers:

> Office of Government Information Services
> National Archives and Records Administration
> 8601 Adelphi Road – OGIS
> College Park, MD 20740-6001
> Email: ogis@nara.gov
> Telephone: 202 741-5770
> Toll free: 1-877 684-6448
> Fax: 202 741-5769

Please note that contacting any agency official (including the FOIA Analyst, FOIA Requester Service Center, FOIA Public Liaison) and/or OGIS is not an alternative to filing an administrative appeal and does not stop the 90 day appeal clock.

You may reach me via telephone at 202 927-8989 or via email at karen.edwards@treasury.gov. Please reference the FOIA case number at the top of this letter when contacting our office about this request.

Sincerely,

**Karen M. Edwards** Digitally signed by Karen M. Edwards
Date: 2018.11.22 23:52:22 -05'00'

Karen Edwards
FOIA Analyst, FOIA and Transparency
Privacy, Transparency, and Records (PTR)

Enclosures
Original FOIA request
Responsive document set (3 pages)

go **FOIA**  goFOIA Manager › Online FOIA Queue: (no title)



I Like It   Tags & Notes

| Title | |
|---|---|
| Online FOIA ID | ea29d0624ed344bb96c43ca7fdc6c4a9 |
| First Name | Kiesha |
| Middle Initial | D |
| Last Name | Lewis |
| Company Organization | N/A |
| Phone Number | (240) 346-8398 |
| Other Phone Number | N/A |
| Fax Number | N/A |
| Street Address Line1 | 2305 Prima Way |
| Street Address Line2 | N/A |
| City | Bowie |
| State | MD |
| Zip | 20721 |
| Country | United States |
| Email Address | kieshalewis@hotmail.com |
| Delivery Method | Electronic Copy |
| Bureau | Departmental Offices (Headquarters) |
| Description | I am requesting a complete audit log on all activity on my HR Connect Account from 9/1/2017 to 11/15/2017. This should include: the name of the person accessing my account, the date and time of this event, and details of the action taken during that access event.

My IRS HR Connect system information was as follows:
SSN: ▮▮▮▮▮
Email: Kiesha.D.Lewis@irs.gov
SEID: 0D7NB |
| Fee Category | All Other Requestors |
| Request Type | FOIA |
| Request Fee Waiver | 0 |
| Request Expedited Processing | 1 |
| Will Pay Up To | 100.00 |
| Enter Electronic Signature Code | ea29d0624ed344bb96c43ca7fdc6c4a9 |
| Full Name | N/A |
| Created Date | 11/16/2017 8:51:11 AM |
| UserRefCode | ea29d0624ed344bb96c43ca7fdc6c4a9 |
| Processed Status | 2017-11-151 site created on 11/22/2017 10:35:08 AM |
| Expedited Processing Justification | I am requested expedited handling of this request because this impacts my last performance rating as an IRS employee. |
| Expedited Request Date | 2017-11-16 08:51:06 |
| Fee Waiver Justification | N/A |
| Fee Waiver Request Date | N/A |

Created at 11/16/2017 8:55 AM by SpAdmin
Last modified at 11/22/2017 10:35 AM by Reid, Kathy

Close

| Audit_Description | AUDIT_STAMP | AUDIT_ACTION_DESCR |
|---|---|---|
| | (b)(6), (b)(7)(c) | |
| | (b)(6), (b)(7)(c) | |
| | (b)(6), (b)(7)(c) | |
| | (b)(6), (b)(7)(c) | |
| Lewis,Kiesha D - IRS01 | 10/12/2017 2:34:30.000000 PM | Row Updated, New Value |
| Lewis,Kiesha D - IRS01 | 10/12/2017 2:34:30.000000 PM | Row Updated, Old Value |
| Lewis,Kiesha D - IRS01 | 10/12/2017 2:34:27.000000 PM | Added new value or row |
| | (b)(6), (b)(7)(c) | |

**Record of Last Login to HRConnect for User:**

| OPRID | ACTIONDTTM |
|---|---|
| Lewis,Kiesha D - IRS01 | 10/12/2017 2:29:23.000000 PM |

| EMPLID | EFFDT | EMPL_ST | ACTION | ACTION_R | GVT_NOA | GVT_LEG | POSITION | GVT_WIP |
|--------|-------|---------|--------|----------|---------|---------|----------|---------|
| (b)(6), (b)(7)(c) | | | | | | | | |
| (b)(6), (b)(7)(c) | | | | | | | | |
| (b)(6), (b)(7)(c) | | | | | | | | |
| (b)(6), (b)(7)(c) | | | | | | | | |
| 323044 | 10/20/2017 | T | TER | PER | 317 | | 65931676 | INI |
| 323044 | 10/20/2017 | T | TER | PER | 317 | | 65931676 | WEB |
| 323044 | 10/20/2017 | T | TER | PER | 317 | | 65931676 | WEB |
| (b)(6), (b)(7)(c) | | | | | | | | |

| GRADE | STEP | SAL_ADM | GVT_PAY | GVT_LOC | GVT_COMPRATE |
|-------|------|---------|---------|---------|--------------|
| (b)(6), (b)(7)(c) | | | | | |
| (b)(6), (b)(7)(c) | | | | | |
| (b)(6), (b)(7)(c) | | | | | |
| (b)(6), (b)(7)(c) | | | | | |
| 04 | 0 | 0000 | IR | 31051 | 114,578 |
| 04 | 0 | 0000 | IR | 31051 | 114,578 |
| 04 | 0 | 0000 | IR | 31051 | 114,578 |
| (b)(6), (b)(7)(c) | | | | | |

FOIA Analyst's Contact Information (Treasury FOIA Case #2017-11-151)

Karen.Edwards@treasury.gov <Karen.Edwards@treasury.gov>
To 11/16/2018 10:20 AM

To: kieshalewis@hotmail.com <kieshalewis@hotmail.com>

Cc: Karen.Edwards@treasury.gov <Karen.Edwards@treasury.gov>; Cewana.Pearson@treasury.gov <Cewana.Pearson@treasury.gov>

Ms. Lewis ...

My name is Karen Edwards.  I'm a FOIA Analyst with the United States Department of the Treasury.  I was recently assigned to handle the FOIA case/request you filed with our office.  Per our discussion earlier today, if you have any further questions, please feel free to reach out to me directly at karen.edwards@treasury.gov.  I can also be reached on either of the telephone numbers listed below.

Thank you again for your patience.

Sincerely,
Karen M. Edwards
FOIA Analyst, FOIA and Transparency
Privacy, Transparency, and Records
U.S. Department of the Treasury
Washington, DC 20020
karen.edwards@treasury.gov
202 927-8989 (work)
202 339-7604 (cell)

RE: 2017-11-151 Request for Status

Cawana.Pearson@treasury.gov <Cawana.Pearson@treasury.gov>
Fri 11/16/2018 8:16 AM
To: kieshalewis@hotmail.com <kieshalewis@hotmail.com>

Good morning,

I will have the FOIA Analyst contact you directly regarding the status of your case.

Thank you,

Cawana

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Wednesday, November 14, 2018 10:24 PM
**To:** Pearson, Cawana <Cawana.Pearson@treasury.gov>
**Subject:** Re: 2017-11-151 Request for Status

Good Morning Ms. Pearson,

I just wanted to follow-up to see if I could get an updated status on my request.

Thanks in advance!

Kiesha D. Lewis

**From:** Cawana.Pearson@treasury.gov <Cawana.Pearson@treasury.gov>
**Sent:** Tuesday, October 16, 2018 10:52 AM
**To:** kieshalewis@hotmail.com
**Subject:** RE: 2017-11-151 Request for Status

You are welcome.

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Tuesday, October 16, 2018 10:05 AM
**To:** Pearson, Cawana <Cawana.Pearson@treasury.gov>
**Subject:** Re: 2017-11-151 Request for Status

Good morning!

This is awesome news!

Thanks!

Get Outlook for Android

**From:** Cawana.Pearson@treasury.gov <Cawana.Pearson@treasury.gov>
**Sent:** Tuesday, October 16, 2018 9:57:21 AM
**To:** kieshalewis@hotmail.com
**Subject:** RE: 2017-11-151 Request for Status

Good morning,

The program office sent our office potentially responsive records to be processed.  Please feel free to reach out to me in two weeks for a status.

Thanks

**From:** Pearson, Cawana
**Sent:** Thursday, October 11, 2018 4:28 PM
**To:** 'Kiesha Lewis' <kieshalewis@hotmail.com>
**Subject:** RE: 2017-11-151 Request for Status

Hello,

I just sent another email to the point of contact in the program office.  Perhaps she's been out of the office a couple of days.  Please feel free to reach out to me early next week.

Thank you,

Cawana

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Thursday, October 11, 2018 2:30 PM
**To:** Pearson, Cawana <Cawana.Pearson@treasury.gov>
**Subject:** Re: 2017-11-151 Request for Status

Hello Ms. Pearson - just wanted to follow-up to see if there was any additional information you could provide.

Thanks in advance!

Kiesha

**From:** Cawana.Pearson@treasury.gov <Cawana.Pearson@treasury.gov>
**Sent:** Tuesday, October 9, 2018 10:33 AM
**To:** kieshalewis@hotmail.com
**Subject:** RE: 2017-11-151 Request for Status

You are welcome.  If you do not hear back from me by Thursday, please feel free to send me another email.

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Tuesday, October 9, 2018 9:55 AM
**To:** Pearson, Cawana <Cawana.Pearson@treasury.gov>
**Subject:** Re: 2017-11-151 Request for Status

Good Morning - Thank you very much!

Kiesha

**From:** Cawana.Pearson@treasury.gov <Cawana.Pearson@treasury.gov>
**Sent:** Tuesday, October 9, 2018 9:47 AM
**To:** kieshalewis@hotmail.com
**Cc:** gailliard@employmentlegalteam.com; Cawana.Pearson@treasury.gov
**Subject:** : 2017-11-151 Request for Status

Good morning Ms. Lewis,

I just sent an email to the program office responsible for processing your case. I will be in touch as soon as I receive a response.

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Sunday, October 7, 2018 2:00 PM
**To:** Pearson, Cawana <Cawana.Pearson@treasury.gov>
**Cc:** Gerald Gilliard <ggilliard@emoloymentlegalteam.com>
**Subject:** Re: 2017-11-151 Acknowledgement Letter to Requester

Hello Ms. Pearson - this is my monthly status request email; to request the status of my FOIA request.

Thanks in advance!

Kiesha D. Lewis

**From:** Cawana.Pearson@treasury.gov <Cawana.Pearson@treasury.gov>
**Sent:** Wednesday, September 5, 2018 8:42 AM
**To:** kieshalewis@hotmail.com
**Cc:** Cawana.Pearson@treasury.gov
**Subject:** RE: 2017-11-151 Acknowledgement Letter to Requester

Good morning Ms. Lewis,

Unfortunately, the program office assigned your request is still processing it. We have a FOIA backlog and working diligently to process our requests as quickly as possible. I will touch bases with the program office processing your request. Last year, our average processing time was 305 business days.

Thanks you,

Cawana

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Tuesday, September 4, 2018 9:19 PM
**To:** Pearson, Cawana <Cawana.Pearson@treasury.gov>
**Cc:** Gerald Gilliard <ggilliard@emoloymentlegalteam.com>
**Subject:** Re: 2017-11-151 Acknowledgement Letter to Requester

Hello Ms. Pearson,

I wanted to follow-up on m FOIA request. Can you provide me with an updated status?

Thanks in advance!

Kiesha D. Lewis

**From:** Cawana.Pearson@treasury.gov <Cawana.Pearson@treasury.gov>
**Sent:** Monday, February 26, 2018 8:16 AM
**To:** kieshalewis@hotmail.com
**Subject:** RE: 2017-11-151 Acknowledgement Letter to Requester

Good morning Ms. Lewis,

Your request is currently still being processed by the program offices assigned to conduct a search for potentially responsive records. Please note that your request is #774 in the complex track of #879 FOIA cases. Last year our average processing time for complex cases was between 124 – 574 business days. Please rest assured that we are doing our very best to process your request as quickly as possible

You can follow the status of your request posted bi-monthly on Treasury's FOIA website at . https://www.treasury.gov/FOIA/Pages/reports_index2.aspx; just select/click Complex and search for your assigned case number

**From:** Kiesha Lewis [mailto:kieshalewis@hotmail.com]
**Sent:** Saturday, February 24, 2018 8:09 PM
**To:** Pearson, Cawana
**Subject:** Re: 2017-11-151 Acknowledgement Letter to Requester

Hello Ms. Pearson,

I just wanted to follow-up. Can you provide me with a status with my request?

Thanks in advance!

Kiesha D. Lewis
kieshalewis@hotmail.com

**From:** Cawana.Pearson@treasury.gov <Cawana.Pearson@treasury.gov>
**Sent:** Tuesday, January 16, 2018 8:02 AM
**To:** kieshalewis@hotmail.com
**Subject:** RE: 2017-11-151 Acknowledgement Letter to Requester

Good morning Ms. Lewis

Your request is currently still being processed by the program offices assigned to conduct a search for potentially responsive records. Please note that your request is #783 in the complex track of #810 FOIA cases. Last year our average processing time for complex cases was between 124 – 574 business days. Please rest assured that we are doing our very best to process your request as quickly as possible.

You can follow the status of your request posted bi-monthly on Treasury's FOIA website at . https://www.treasury.gov/FOIA/Pages/reports_index2.aspx; just select/click Complex and search for your assigned case number

Thank you,

Cawana

**From:** Kiesha Lewis [mailto:kieshalewis@hotmail.com]
**Sent:** Sunday, January 14, 2018 4:15 PM
**To:** Pearson, Cawana
**Subject:** Re: 2017-11-151 Acknowledgement Letter to Requester

Good Morning Ms. Pearson,

Can you provide me with timeframe for when my request will be processed?

Thanks in advance!

Kiesha D. Lewis kieshalewis@hotmail.com

---

**From:** Cawana.Pearson@treasury.gov <Cawana.Pearson@treasury.gov>
**Sent:** Thursday, December 21, 2017 9:23 AM
**To:** kieshalewis@hotmail.com
**Subject:** RE: 2017-11-151 Acknowledgement Letter to Requester

Good morning,

Your request is still with the program office assigned for processing.

Thank you,

Cawana

---

**From:** Kiesha Lewis [mailto:kieshalewis@hotmail.com]
**Sent:** Thursday, December 21, 2017 5:55 AM
**To:** Pearson, Cawana
**Subject:** Re: 2017-11-151 Acknowledgement Letter to Requester

Good morning Ms. Pearson,

I just wanted to follow-up and get a status on my FOIA request.

Thanks in advance!

Kiesha D. Lewis kieshalewis@hotmail.com

---

**From:** Cawana.Pearson@treasury.gov <Cawana.Pearson@treasury.gov>
**Sent:** Tuesday, December 12, 2017 10:37 AM
**To:** kieshalewis@hotmail.com
**Subject:** 2017-11-151 Acknowledgement Letter to Requester

Good morning,

Treasury acknowledges the receipt of your FOIA request and your follow up email providing proof of identity.

Thanks!

Cawana Pearson
FOIA Case Manager, FOIA and Transparency
Privacy, Transparency, and Records
U.S. Department of the Treasury
Cawana.pearson@treasury.gov
(202) 622-3503

Re: Kiesha Lewis FOIA Request

Kiesha Lewis <kieshalewis@hotmail.com>
Tue 12/31/2019 9:54 AM
To: FOIA@treasury.gov <FOIA@treasury.gov>

Thanks Michelle, but that leaves me with more questions. Bc the IRS specifically stated that they could not provide this information because it was outside of their jurisdiction.

I have their official response, I'll look for it now and provide.  Because if then they have no rationale for not providing me with this information.

Get Outlook for Android

---

**From:** FOIA@treasury.gov <FOIA@treasury.gov>
**Sent:** Tuesday, December 31, 2019 9:50:50 AM
**To:** kieshalewis@hotmail.com <kieshalewis@hotmail.com>
**Subject:** RE: Kiesha Lewis FOIA Request

From what I was told Treasury may own the system, but the records belong to the bureau.  That is why BEP processed your request.

Michelle

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Tuesday, December 31, 2019 9:49 AM
**To:** FOIA <FOIA@treasury.gov>
**Subject:** Re: Kiesha Lewis FOIA Request

Good morning Ms. Henshaw,

Thank you very much for your response.

I have followed up with BEP concerning the request response. However, THAT was not my question to Treasury.  My question to Treasury was WHY was BEP responding to a FOIA request that I sent to Treasury, especially since Treasury is the HR Connect system owner (or at least that was what I was told by the IRS). Can someone in Treasury provide an explanation?

Kiesha D. Lewis
Kieshalewis@hotmail.com

Get Outlook for Android

---

**From:** FOIA@treasury.gov <FOIA@treasury.gov>
**Sent:** Tuesday, December 31, 2019 9:44:07 AM
**To:** kieshalewis@hotmail.com <kieshalewis@hotmail.com>
**Subject:** RE: Kiesha Lewis FOIA Request

Good morning Ms. Lewis,

The request was processed by the Bureau of Engraving and Printing (BEP) and has been closed.  If you need additional information, you will need to contact BEP

Sincerely,

*Michelle Henshaw*
Case Manager, FOIA & Transparency
Privacy, Transparency, and Records
FOIA@Treasury.gov
Phone: 202-622-0930

---

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Saturday, December 28, 2019 3:30 PM
**To:** FOIA <FOIA@treasury.gov>
**Cc:** Kiesha Lewis <kieshalewis@hotmail.com>
**Subject:** Re: Kiesha Lewis FOIA Request

Hello,

Attached is information pertaining to the FOIA request.

In October 2019, I submitted an online FOIA request to the Department of Treasury, see attachment number 1.  In this request, I requested the HR Connect System Activity information.

I never received a FOIA request number from Treasury.

However, on December 17, 2019, I received an email response from the Bureau of Engraving and Printing (BEP) responding to this FOIA request, see attachments 2 and 3.  In the response from BEP, the provided FOIA Request No. 2019-10-116.

Let me know if I can provide any additional information.

Kiesha D. Lewis
kieshalewis@hotmail.com
(240) 346-8398

---

**From:** FOIA@treasury.gov <FOIA@treasury.gov>
**Sent:** Friday, December 27, 2019 2:46 PM
**To:** kieshalewis@hotmail.com <kieshalewis@hotmail.com>; FOIA@treasury.gov <FOIA@treasury.gov>
**Subject:** Kiesha Lewis FOIA Request

Treasury is in receipt of your recently submitted FOIA request.  Additional information is required to process your FOIA request.  Please provide the FOIA case number that you are referring to in the letter

Best Regards,

FOIA and Transparency
Department of the Treasury
FOIA@Treasury.gov
Phone: 202-622-0930

Re: Treasury Touhy Request

Kiesha Lewis <kieshalewis@hotmail.com>

Tue 6/25/2019 11:28 AM

To: Wines Mark A <Mark.A.Wines@irscounsel.treas.gov>; Andrew.Stein@treasury.gov <Andrew.Stein@treasury.gov>
Cc: Brian.Sonfield@treasury.gov <Brian.Sonfield@treasury.gov>; Smalley Byron D <Byron.D.Smalley@irscounsel.treas.gov>

Good morning Mr. Wines,

Based on the MSPB Procedures, specifically 1201.73, as the Appellant, I can make discovery requests from non parties, especially if the evidence is pertinent to my case.

The information I am requesting is pertinent to my case and was previously provided by Treasury in a redacted form. In the email below, Treasury stated that in its conversations with IRS, I would be provided this information later this month.

However, the statements provided by the Agency in its response to my discovery, the statements made to Treasury seem misleading and appear to be an obstruction effort to me obtaining neccessary and pertinent information to my case.

Consequently, I am returning to my original diacovery request to Treasury for this information.

V/R

Kiesha D. Lewis

Get Outlook for Android

From: Wines Mark A <Mark.A.Wines@irscounsel.treas.gov>
Sent: Tuesday, June 25, 2019 9:51:40 AM
To: Kiesha Lewis; Andrew.Stein@treasury.gov
Cc: Brian.Sonfield@treasury.gov; Smalley Byron D; Kiesha Lewis
Subject: RE: Treasury Touhy Request

Ms. Lewis,

Your rights to discovery in your pending MSPB litigation do not extend to separately seeking discovery from the Departmental Office of the Department of Treasury or from Treasury bureaus other than the IRS.

Mr Smalley and I represent the Agency in your MSPB matter. Kindly direct your correspondence regarding it to us.

Thanks,

Mark Wines
BB (301) 863-2722
Office (202) 317-6027

From: Kiesha Lewis <kieshalewis@hotmail.com>
Date: Monday, Jun 24, 2019, 11:17 PM
To: Andrew.Stein@treasury.gov <Andrew.Stein@treasury.gov>
Cc: Brian.Sonfield@treasury.gov <Brian.Sonfield@treasury.gov>, Wines Mark A <Mark.A.Wines@irscounsel.treas.gov>, Smalley Byron D <Byron.D.Smalley@irscounsel.treas.gov>, Kiesha Lewis <kieshalewis@hotmail.com>
Subject: Re: Treasury Touhy Request

Good Evening Mr. Stein, Mr. Sonfield,

I just recieved the IRS response to my discovery request as it pertains to the HR Connect System Logs, please see below:

*AGENCY RESPONSE*: The Agency objects that this request is not relevant to Appellant's claims or to the Agency's defenses in this matter and is therefore unduly burdensome and not proportional to the needs of this appeal.

I need to know if Treasury is in agreement with the IRS response and is unwilling to comply with my discovery request.

V/R,

Kiesha D. Lewis
kieshalewis@hotmail.com

From: Andrew.Stein@treasury.gov <Andrew.Stein@treasury.gov>
Sent: Friday, June 7, 2019 2:27 PM
To: kieshalewis@hotmail.com
Cc: Brian.Sonfield@treasury.gov
Subject: RE: Treasury Touhy Request

Hi Kiesha-

I followed up with the IRS Counsel attorneys handling your MSPB case, and they have informed me that you requested the same material from them (HR Connect audit trail documentation), they are able to access this material, and expect to make a production in your case by the end of the month. Accordingly, there's no need for Departmental Offices to separately search for and produce these materials.

Please contact IRS Counsel if you have any additional questions.

Best,
Andrew

From: Kiesha Lewis <kieshalewis@hotmail.com>
Sent: Wednesday, May 22, 2019 6:35 PM
To: Stein, Andrew <Andrew.Stein@treasury.gov>
Cc: Sonfield, Brian <Brian.Sonfield@treasury.gov>
Subject: Re: Treasury Touhy Request

Hello Mr. Stein,

Please see the attached Acknowledgement Order (pages 7 - 8) stating that Discovery has commenced. Based on my interpretation of the MSPB Discovery rules, § 1201.72 Explanation and scope of discovery (https://www.mspb.gov/mspbsearch/viewdocs.aspx?docnumber=274862&version=275173&application=HTMLBB-Discovery), I can make requests to "nonparties and nonparty Federal agencies and employees", as long as they are are directly related to matters in my case. Due to the fact that one of the key issues in my case is my Performance Rating and the information located in my Performance Rating electronic file, the information I am requesting is directly related to my case.

Please let me know if Treasury is unwilling to comply with my Discovery documentation request.

Thanks in advance!

Kiesha D. Lewis
kieshalewis@hotmail.com

**From:** Andrew.Stein@Treasury.gov <Andrew.Stein@treasury.gov>
**Sent:** Wednesday, May 8, 2019 10:52 AM
**To:** kieshalewis@hotmail.com
**Cc:** Brian.Sonfield@treasury.gov
**Subject:** RE: Treasury Touhy Request

Ms. Lewis-

I'm responding on behalf of Brian Sonfield to your purported Touhy request to Treasury. Treasury's Touhy regulation (31 CFR 1.11) is not applicable to this request, as it provides internal housekeeping procedures in response to a demand or request for information pursuant to a request, order, or subpoena issued through a pending legal proceeding. The regulation does not provide an independent vehicle to request Treasury documents outside of an existing proceeding, and the mere fact that you have an open MSPB case is not a sufficient basis for Treasury to process your document request.

Accordingly, the proper ways to request this information would be through a FOIA request (per your email below, I understand that Treasury has provided documents to you in response to a FOIA request in 2017) or through discovery originating from your MSPB case. If you have any questions about the MSPB discovery process, you may contact IRS Counsel attorneys Mark Wine (Mark.A.Wines@irscounsel.treas.gov) or Byron Smalley (Byron.D.Smalley@irscounsel.treas.gov) who are familiar with your case.

Andrew Stein
Attorney Advisor
General Law and Regulation
U.S. Department of the Treasury

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Tuesday, May 7, 2019 9:53 PM
**To:** Sonfield, Brian <Brian.Sonfield@treasury.gov>
**Cc:** Kiesha Lewis <kieshalewis@hotmail.com>
**Subject:** Treasury Touhy Request

Hello Mr. Sonfield,

Enclosed is my Touhy request for document production and written response from Treasury employees.

Please feel free to contact me with any questions or comments.

Kiesha D. Lewis
kieshalewis@hotmail.com

**From:** Brian.Sonfield@treasury.gov <Brian.Sonfield@treasury.gov>
**Sent:** Monday, May 6, 2019 3:37 PM
**To:** kieshalewis@hotmail.com
**Subject:** RE: Non-redacted Document Request

Hi Ms. Lewis.   If you wish to file a new FOIA request with Treasury, you can do so.   However, if the Treasury FOIA office made appropriate redactions previously, its analysis would not change due to the fact that you now have an MSPB case.  If you think that you are entitled to additional information due to your MSPB case, the best way to obtain it would be through discovery to IRS in that case.

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Monday, May 6, 2019 3:07 PM
**To:** Sonfield, Brian <Brian.Sonfield@treasury.gov>
**Subject:** Re: Non-redacted Document Request

Hi Mr. Sonfield,

I have submitted a Discovery Request to IRS. However, I am requesting this information from Treasury, not IRS. I obtained the redacted information from Treasury (not the IRS) via the FIOA process and now that I have a court case number am requesting the unredacted version of this information. Is there another method by which I request the unredacted information from Treasury, especially since HR Connect IS a Treasury system.

Thanks in advance!

Kiesha D. Lewis
kieshalewis@hotmail.com

**From:** Brian.Sonfield@treasury.gov <Brian.Sonfield@treasury.gov>
**Sent:** Monday, May 6, 2019 2:28 PM
**To:** kieshalewis@hotmail.com
**Subject:** RE: Non-redacted Document Request

Hello Ms. Lewis.  It appears that you are asking for discovery in connection with an MSPB matter.  I forwarded your inquiry to IRS counsel's office, and I have been informed that you should reach out to Byron Smalley or Mark Wines regarding the matter.  Thanks

**Brian J. Sonfield**
*Assistant General Counsel*
General Law, Ethics and Regulation | Department of the Treasury
1500 Pennsylvania Ave, NW | Washington, DC 20220
202.622.9804 | brian.sonfield@treasury.gov

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Sunday, May 5, 2019 5:08 PM
**To:** Sonfield, Brian <Brian.Sonfield@treasury.gov>
**Cc:** Kiesha Lewis <kieshalewis@hotmail.com>
**Subject:** Re: Non-redacted Document Request

Hello Mr. Sonfield,

I wanted to follow-up on my request because I have not had a response to date. How do I obtain this information for Treasury?

Thanks in advance!

Kiesha D. Lewis
kieshalewis@hotmail.com

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Friday, April 19, 2019 3:51 PM

**To:** Brian Sonfield[JP]regsury.gov
**Subject:** Non-redacted Document Request

Good Afternoon Mr. Sonfield,

I am contacting you to fulfill a document request. In 2017, I contacted the Treasury FOIA department, for a FOIA request; FOIA Case # 2017-11-151. The request was partially fulfilled; what I was provided was not complete and it was redacted - I was provided what I could be provided under the FOIA rules and regulations.

Today, I have a MSPB case, Docket No. DC-1221-19-0365-W-1, which entitles me to be able to obtain my performance information in full and in a non-redacted form. As such, I am providing my document request below. I am also enclosing a copy of my original complaint that I filed on MSPB.

Please feel free to contact me if I can provide any additional information to assist you with completing this request.

Thanks in advance!

Kiesha D. Lewis
kieshalewis@hotmail.com

**Document Request**
I request that a copy of the following documents be provided to me; the Non-REDACTED System Audit Trail (also known as the 'System Audit Log') information for the HR Connect system and IT HRB emails and reports for Kiesha Danielle Lewis, SEID 0D7NB, for the time period of September 1, 2017 to November 13, 2017.

For the System Logs, this information should include ALL actions, that is the series of system activities (by the system and application processes) and the records of computer events and user activities, related to Kiesha Danielle Lewis, including the person executing the action.

Exhibit H:



**IRS**

**Department of the Treasury**
**Internal Revenue Service**
**Privacy, Governmental Liaison and Disclosure**
**Centralized Processing Unit**
Stop 93A
PO Box 621506
Atlanta, GA 30362

Kiesha D. Lewis
2305 Prima Way
Bowie, MD 20721

Date:
June 3, 2021
Employee name:
Lauri Takeguchi
Employee ID number:
1000682891
Telephone number:
408-283-1465
Fax number:
855-205-9335
Case number:
2021-16279

Dear Kiesha D. Lewis:

This is a final response to your Freedom of Information Act (FOIA) request, dated May 20, 2021, we received on May 20, 2021.

You asked for a copy of unredacted emails, documents and computer/system logs pertaining to "soft pulls" or requests for your credit report for the time frame of 1-13-20 to 2-21-20. The two IRS offices that requested this information are the IRS office at 4057 Carmicheal Rd, Jacksonville, FL 32207 and 250 Murall Dr, Kearneysville, WV 25430.

On May 31, 2021, you clarified your request seeking the following: UNREDACTED documents related to the "soft inquiries" made on 1-13-20 and 2-21-20 by IRS offices in Jacksonville, Florida and in Kearneysville, WV. Such documents would include: the credit report inquiry document used to make the request to Experian, the credit report the IRS received from Experian from this request, and any documents and/or reports that were created/generated from the credit report information the IRS received.

A search was conducted, and no records were located in response to your request.

The IRS may use a third-party credit reporting company to assist with IRS systems relating to the identity-verification process. A common transaction is establishing an online account to enable you to access your tax records. This helps confirm your identity and protect your privacy as well as to ensure that your tax information is coming from and going out to only you. The credit reporting company uses information from your credit report to generate questions for you to answer. The action creates an entry on your credit report called a "soft inquiry". However, the IRS can't view or access your credit report and the credit reporting company can't view or access your tax information.

If you would like to discuss our response, you have the right to contact the FOIA public liaison, Summer Sutherland, at 801-620-2149.

The FOIA Public Liaison responds to FOIA requests for copies of documents maintained by the IRS. There is no provision in the FOIA to resolve tax, collection, or processing issues. If you need assistance with tax-related issues, you can call the IRS at 800-829-1040.

You also have the right to contact the Office of Government Information Services (OGIS). The Office of Government Information Services, the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and federal agencies. The contact information for OGIS is:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road--OGIS
College Park, MD 20740-6001
202-741-5770
877-684-6448
ogis@nara.gov
ogis.archives.gov

You have the right to file an administrative appeal within 90 days from the date of this letter. By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision. I've enclosed Notice 393, Information on an IRS Determination to Withhold Records Exempt From the Freedom of Information Act - 5 U.S.C. 552, to explain your appeal rights.

Your decision to contact the FOIA public liaison or OGIS for assistance resolving your dispute does not extend the 90-day period in which you can file an appeal.

If you have questions, you can contact the person at the telephone number at the top of this letter.

Sincerely,

David Nimmo
Disclosure Manager
Disclosure Office 13

Enclosure:
Notice 393

 Department of the Treasury
Internal Revenue Service

## Notice 393

(Rev. September 2016)

**Information on an IRS Determination to Withhold Records Exempt From The Freedom of Information Act – 5 U.S.C. 552**

### Appeal Rights

You may file an appeal with the Internal Revenue Service (IRS) within 90 days after we (1) deny you access to a record in whole or in part; (2) have made an adverse determination as to your category as a requester; (3) deny your request for a fee waiver or reduction; or (4) have advised you that no records responsive to your request exist. You may file an appeal within 10 days when a request for expedited processing has been denied.

Your appeal must be in writing, must be signed by you, and must contain:

Your name and address,
- Description of the requested records,
- Date of the request (and a copy, if possible),
- Identity of the office and contact on the response letter, and
- Date of the letter denying the request (and a copy, if possible)

Mail your appeal to:

**IRS Appeals**
Attention: FOIA Appeals
M/Stop 55202
5045 E. Butler Ave.
Fresno, California  93727-5136

### Judicial Review

If we deny your appeal, or do not address an issue raised in your appeal within 20 days (excluding Saturdays, Sundays, or legal public holidays) after the date we receive your appeal, you may file a complaint in United States District Court in the district in which (1) you reside; (2) your principal place of business is located; (3) the records are located; or (4) the District of Columbia. A complaint may be filed within 10 days (excluding Saturdays, Sundays, or legal public holidays) after the date we receive your appeal if your appeal is from an adverse determination of a request for expedited processing. If you choose to file suit before receipt of a final determination by the Appeals office, the administrative appeals process may cease.

The rule for effecting service of judicial process upon the Internal Revenue Service is set forth in Federal Rule of

Civil Procedure 4(i). In addition to service upon the United States, as set forth in Rule 4(i)(1), service must be made upon the Internal Revenue Service by registered or certified mail as set forth in Rule 4(i)(2)(A).

The address of the Internal Revenue Service is: Internal Revenue Service, Attention CC:PA, 1111 Constitution Avenue, N.W., Washington, D.C. 20224.

### Exemptions

The Freedom of Information Act, 5 U.S.C. 552, does not apply to matters that are:

(b)(1) • specifically authorized under criteria established by an Executive order to be kept secret in the interest of national defense or foreign policy and are in fact properly classified under such executive order,

(b)(2) • related solely to the internal personnel rules and practices of an agency,

(b)(3) • specifically exempted from disclosure by statute (other than section 552b of this title), provided that the statute:

(A) requires that the matters be withheld from the public in such a manner as to leave no discretion on the issue, or

(B) establishes particular criteria for withholding or refers to particular types of matters to be withheld.

**Note:** Internal Revenue Code sections 6103 and 6105 are statutes which qualify for exemption 3 treatment. Section 6103 protects the confidentiality of tax returns and information pertaining to a taxpayer collected by the IRS. Section 6105 protects information obtained from a foreign country under a tax treaty.

(b)(4) • trade secrets and commercial or financial information obtained from a person and privileged or confidential,

(b)(5) • inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency,

(b)(6) • personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy,

(b)(7) • records or information compiled for law enforcement purposes, but only to the extent that the production of such law enforcement records or information:

(A) could reasonably be expected to interfere with enforcement proceedings,

(B) would deprive a person of a right to a fair trial or an impartial adjudication,

(C) could reasonably be expected to constitute an unwarranted invasion of personal privacy,

(D) could reasonably be expected to disclose the identity of a confidential source, including a State, local or foreign agency or authority or any private institution which furnished information on a confidential basis, and, in the case of a record or information compiled by a criminal law enforcement authority in the course of a criminal investigation or by an agency conducting a lawful national security intelligence investigation, information furnished by a confidential source,

(E) would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or

(F) could reasonably be expected to endanger the life or physical safety of any individual.

(b)(8) • contained in or related to examination, operating, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions, or

(b)(9) • geological and geophysical information and data, including maps, concerning wells.

## Fwd: Potential Bureau of Engraving and Printing (BEP) PII Data Breach Incident - DHS

Kiesha Lewis <kieshalewis@hotmail.com>

Sun 11/24/2019 10:15 AM

**To:** NCCICCUSTOMERSERVICE@hq.dhs.gov <NCCICCUSTOMERSERVICE@hq.dhs.gov>
**Cc:** Kiesha Lewis <kieshalewis@hotmail.com>

Hello,

Last week, I reported two Department of Treasury security incidents, one of which is outlined below.

Since DHS manages risks for ALL of the government cyber resources, I am making you aware so that my reports do not disappear and both incidents are fully investigated and addressed as appropriate.

If I can provide any additional information, please feel free to contact me.

Kiesha D Lewis
Kieshalewis@hotmail.com
240-346-8398

Get Outlook for Android

---

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Friday, November 22, 2019, 8:03 PM
**To:** csirc@csirc.irs.gov; DAT@tigta.treas.gov
**Cc:** OIGCounsel@oig.treas.gov; Kiesha Lewis
**Subject:** Potential Bureau of Engraving and Printing (BEP) PII Data Breach Incident

My name is Kiesha Lewis and I am contacting your organization to report a potential Personally Identifiable Information (PII) incident. Earlier today, I received a phone call from my old COR at the BEP. Someone within Treasury had reached out to her to tell to contact me to obtain my PII (e.g. SSN, Address, Date of Birth, etc.) so that I could be removed from a BEP system and not have any future PIV credential issues. I did question WHY this information would be needed - it doesn't seem logical for someone to need this information to be **REMOVED** from a system. However, I did not question the sincerity of her request.

To be clear, I am in **NO WAY** questioning the COR; I know she was following instructions. I am questioning WHY someone in Treasury contacted her to make this request. Which is why I am requesting that this matter be investigated and that someone provide me with a rationale for this request, to include the organization and the person who initiated the request and if this is a standard BEP business/operations process.

Thank you for your time and attention to this matter and if I can provide any additional information, please let me know.

Kiesha D. Lewis
kieshalewis@hotmail.com
(240) 346-8398

Re: Criminal Investigation Request - Followup Information

Kiesha Lewis <kieshalewis@hotmail.com>
Sat 1/25/2019 10:41 PM

To: Joseph.Cooney@usdoj.gov <Joseph.Cooney@usdoj.gov>; Jonathan.Kravis3@usdoj.gov <Jonathan.Kravis3@usdoj.gov>; Michelle.Zamarin@usdoj.gov <Michelle.Zamarin@usdoj.gov>; Tasha.Harris@usdoj.gov <Tasha.Harris@usdoj.gov>; Ralph.Cox@usdoj.gov <Ralph.Cox@usdoj.gov>; Kimberly.Rich@usdoj.gov <Kimberly.Rich@usdoj.gov>; usavae.usattys@usdoj.gov <usavae.usattys@usdoj.gov>

Cc: FSCDems@mail.house.gov <FSCDems@mail.house.gov>; Kiles, Alex <Alex.Kiles@mail.house.gov>; senator@cardin.senate.gov <senator@cardin.senate.gov>; Naki_Frierson@vanhollen.senate.gov <Naki_Frierson@vanhollen.senate.gov>; whistleblower@ronjohnson.senate.gov <whistleblower@ronjohnson.senate.gov>; Peters_Whistleblower@hsgac.senate.gov <Peters_Whistleblower@hsgac.senate.gov>; Kiesha Lewis <kieshalewis@hotmail.com>

Hello Everyone,

This is another followup email to provide additional information concerning my case. Since I last contacted each of your organizations, some additional instances have occurred, to include two security breaches and privacy violations. I have outlined each instance below and have included supporting documentation.

**Bureau of Engraving and Printing (BEP) Privacy Act Violation.** A few weeks ago, I received a request from BEP for my PII. The rationale given for this request was that I needed to be removed from a certain system. As I noted in my CSIRC email, I do not fault the BEP COR for requesting this information. Rather, I fault the entities telling her that this information was required. See the first attachment.

**Fraudulent IRS FOIA Request.** On December 10, 2019, I received a letter from the IRS FOIA office in reference to a request for personnel records Kevin McCreight, Ramona Henby, and Linda Gilpin. This information is of importance for a few reasons. First, it is a fraudulent request, I never made that request. Secondly, there is the possibility of exposure of PII for the three people mentioned. Lastly, this incident has possibly impacted three other federal agencies, FDIC, HUD, and DHS. See the second and third attachments.

**Treasury FOIA Response.** I recently received a response from BEP, in reference to my Treasury request for HR Connect system activity report. The information is of importance for two reasons, one is because for some reason, BEP was chosen to respond to a Treasury FOIA request. The second is because the response provided by BEP, which is a data pull from a federal government system, seems to be altered. The information is missing two entries. See the last two attachments.

Thanks in advance for your time and attention to this matter and please feel free to contact me if I can provide any additional information.

Kiesha D. Lewis
Kieshalewis@hotmail.com
(240) 346-8398

From: Kiesha Lewis <kieshalewis@hotmail.com>
Sent: Thursday, October 17, 2019 12:56 PM
To: Joseph.Cooney@usdoj.gov <Joseph.Cooney@usdoj.gov>; Jonathan.Kravis3@usdoj.gov <Jonathan.Kravis3@usdoj.gov>; Michelle.Zamarin@usdoj.gov <Michelle.Zamarin@usdoj.gov>; Tasha.Harris@usdoj.gov <Tasha.Harris@usdoj.gov>; Ralph.Cox@usdoj.gov <Ralph.Cox@usdoj.gov>; Kimberly.Rich@usdoj.gov <Kimberly.Rich@usdoj.gov>; usavae.usattys@usdoj.gov <usavae.usattys@usdoj.gov>
Cc: FSCDems@mail.house.gov <FSCDems@mail.house.gov>; Kiles, Alex <Alex.Kiles@mail.house.gov>; senator@cardin.senate.gov <senator@cardin.senate.gov>; Naki_Frierson@vanhollen.senate.gov
<Naki_Frierson@vanhollen.senate.gov>; whistleblower@ronjohnson.senate.gov <whistleblower@ronjohnson.senate.gov>; Peters_Whistleblower@hsgac.senate.gov <Peters_Whistleblower@hsgac.senate.gov>; Kiesha Lewis <kieshalewis@hotmail.com>
Subject: Criminal Investigation Request

Kiesha D. Lewis
2305 Prima Rd
Bowie, MD 20721
(240) 346-8398
kieshalewis@hotmail.com

October 17, 2019

To Whom It May Concern:

I am contacting the U.S. Attorney General's office to request that a criminal inquiry be opened regarding suspicious and retaliatory activities perpetrated by the IRS, its employees and/or its agents against me, a former IRS civilian employee, as a result of my decision to report abuses of power / authority and capabilities within the IRS. In addition, I am requesting that you investigate the use of advanced intelligence tactics, techniques and procedures (TTP) commonly used to counter criminals (e.g., terrorists, sex/child traffickers and money launders) against me to prevent me from obtaining / maintaining employment.

As a federal career civil servant with over twenty (20) years of service, I have demonstrated a high standard of ethics and competency in the execution of my profession. As an individual with multiple advanced degrees and certifications, to include two (2) Master degrees, I have demonstrated my ability to learn, and have used my knowledge to educate others. I am a private, law-abiding citizen.

Beginning in 2016, I reported the illegal and unethical conduct and actions of my manager to IRS management. Instead of addressing the misbehavior, I was unfairly and inappropriately targeted and retaliated against first by my manager and then by senior management officials within the IRS. When I escalated my complaint to the Inspector General (IG), I was increasingly retaliated against using taxpayer funds and federal information resources and systems. Details and supporting documentation of my complaint are enclosed. Moreover, I have contacted several Inspector General offices, however, none have seemed interested in pursuing an investigation into the matter. I have even filed a complaint with both the Office of the Special Counsel (OSC) and the MERIT system protection board. In both instances, they stated that their organizations do not have jurisdiction in this matter.

Other issues I have experienced include:

- The use of Identity Management, Tracking and Monitoring technology capabilities to monitor my USAJOBS account and submitted applications;
- collusion with the Treasury Bureau of Fiscal Services (BFS), its employees or its agents to manipulate or alter human resource capabilities as it relates to USAJOBS applications, HR Connect System for performance management and mandatory training so that I am unable to complete mandated training for new employee/contractor onboarding, and
- abuse and misuse of the personnel security background investigation capabilities to include adjudication and verification systems and processes to prevent and delay my new employer from fully onboarding me in a timely fashion

Based on the information I have provided, I am requesting that a criminal investigation be pursued to ensure that taxpayer funds and federal capabilities, systems and tools are being properly used as appropriated by Congress to support agency missions.

Please feel free to contact me if I can provide any additional information

Sincerely,

Kiesha D. Lewis
kieshalewis@hotmail.com

CC: U. S. Secret Service
    FBI, Baltimore Office
    FBI, Washington Office
    Central Intelligence Agency
    U. S. Attorney General, District of Columbia
    U. S. Attorney General, District of Maryland
    U. S. Attorney General, Southern District of New York

Enclosures
OSC Preliminary Determination Letter
MSPB Initial Ruling
IRS Timeline of Events (on mailed CD)
Supporting Emails (on mailed CD





10:51    99%

‹   ▓▓▓▓ - BEP COR, 14432552555   ⋮

12:24 PM, Nov 22

**(No subject)**

No Problem. This is the same information I needed to put you in the system. I do not save it because of the PII.  after I submit it electronically I shred the form. So that is why I did not have this info. This is for you to get cleared out of BEP for your PIV card so that you can get a new PIV card at where you are now. Thank you



Copy text      Share

RE: Credit Report Inquiries for Kiesha Danielle Lewis (SEID 0D7NB)

**\*CTR KC Recruiter** <KCJobs@irs.gov>
Wed 5/19/2021 3:19 PM
To: Kiesha Lewis, PMP <kieshalewis@hotmail.com>

Hi,
If you are not a current employee then the Agency does not have a need to pull your credit report.  Thanks

**From:** Kiesha Lewis, PMP <kieshalewis@hotmail.com>
**Sent:** Wednesday, May 19, 2021 2:14 PM
**To:** \*CTR KC Recruiter <KCJobs@irs.gov>
**Subject:** Re: Credit Report Inquiries for Kiesha Danielle Lewis (SEID 0D7NB)

Thank you very much for this information!

Does this mean that because I signed that form IRS is able to check my credit at anytime, even though I am I longer employed with them?

Also, what triggered IRS viewing my credit?

**From:** \*CTR KC Recruiter <KCJobs@irs.gov>
**Sent:** Wednesday, May 19, 2021 2:27 PM
**To:** Kiesha Lewis, PMP <kieshalewis@hotmail.com>
**Subject:** RE: Credit Report Inquiries for Kiesha Danielle Lewis (SEID 0D7NB)

Hi,
When you were hired you signed the Form 14330 (credit bureau form consent)  in your initial onboarding forms.  The form is a part of the new hire forms.  Thanks

**From:** Kiesha Lewis, PMP <kieshalewis@hotmail.com>
**Sent:** Tuesday, May 18, 2021 8:30 PM
**To:** \*EDI <edi@irs.gov>; \*SBSE PHL2ExtApp <sbse2extapp@irs.gov>; \*CTR KC Recruiter <KCJobs@irs.gov>; \*IT Cincinnati deu <Cincinnatideu@irs.gov>; \*HCO Employment Sec 7 <ECW.SEC7@irs.gov>; \*CTR ODN Ogden IRS Recruiting <ctr.odn.ogden.irs.recruiting@irs.gov>; \*HCO MPHS EXT APPLY <hco.mphs.ext.apply@irs.gov>; \*CTR BSC Personnel <ctr.bsc.personnel@irs.gov>
**Cc:** Robin.D.Bailey@irs.gov; \*PHISHING <phishing@irs.gov>; \*CSIRC <CSIRC@irs.gov>; Robert.Choi@irs.gov; Kiesha Lewis, PMP <kieshalewis@hotmail.com>
**Subject:** Re: Credit Report Inquiries for Kiesha Danielle Lewis (SEID 0D7NB)

Hello Everyone,

My name is Kiesha Danielle Lewis (SEID 0D7NB) and I am a former IRS employee (resigned October 20, 2017).  I am contacting the IRS in reference to three entries on my Credit Report. In 2020, the IRS offices in Jacksonville, Florida and in KEARNEYSVILLE, WV made "soft inquiries" to my credit profile, see screenshot below .  I need to know **why** my credit profile was viewed; **what** information was accessed; **who** authorized this inquiry and **how** the IRS used the information it obtained.

Thank you very much for your time and attention to this matter and I look forward to your written response!

V/R,

Kiesha D. Lewis
kieshalewis@hotmail.com
Former IRS Employee



CONSUMER REPORT VIEWS/SOFT INQUIRIES

| Account name | Date of request(s) |
|---|---|
| LEXISNEXIS/OPM | 02/27/2020 |

| Account name | Date of request(s) |
|---|---|
| INTERNAL REVENUE SERVICE | 02/21/2020 |
| | 01/13/2020 |
| 4057 CARMICHAEL RD | |
| JACKSONVILLE, FL 32207 | |
| No phone number available | |

| Account name | Date of request(s) |
|---|---|
| INTERNAL REVENUE SERVICE | 02/21/2020 |
| 260 MURALL DR | |
| KEARNEYSVILLE, WV 25430 | |
| No phone number available | |

| Account name | Date of request(s) |
|---|---|
| INTERNAL REVENUE SERVICE | 01/13/2020 |
| 4057 CARMICHAEL RD | |
| JACKSONVILLE, FL 32207 | |
| No phone number available | |

Congressman Brown_Ms. Lewis_TAS Final Response (Intranet Quorum IMA00112167)

Office of Congressman Anthony Brown (imailagent) <MD04AB.DistrictServices@mail.house.gov>
Thu 6/3/2021 1:18 PM
To: kieshalewis@hotmail.com <kieshalewis@hotmail.com>

<table>
<tr><td>ANTHONY G. BROWN<br>4TH DISTRICT, MARYLAND<br><br>HOUSE ARMED SERVICES COMMITTEE<br>VICE CHAIR<br>TRANSPORTATION &<br>INFRASTRUCTURE COMMITTEE<br>NATURAL RESOURCES COMMITTEE<br>HOUSE ETHICS COMMITTEE</td><td>**U.S. House of Representatives**</td><td>WASHINGTON OFFICE<br>1323 LONGWORTH HOUSE OFFICE BUILDING<br>WASHINGTON, DC 20515<br>(202) 225-8699<br><br>PRINCE GEORGE'S OFFICE<br>9701 APOLLO DRIVE, SUITE 103<br>UPPER MARLBORO, MD 20774<br>(301) 458-3868<br><br>ANNE ARUNDEL OFFICE<br>2666 RIVA ROAD, SUITE 120<br>ANNAPOLIS, MD 21401<br>(410) 295-3249</td></tr>
</table>

Dear Ms. Lewis

As you know, my staff and I have been working to assist you. I am enclosing a copy of the final response to the inquiry we made on your behalf. I hope the response will be helpful to you.

**Call from Ms. Smith of the TAS**

**- Made Contact with Ms. Lewis**

**- Have suggested she send certified letters to the addresses on the Credit reports asking why reports were pulled**

**- She will take this step.**

**-Ms. Smith also made her aware that there was nothing she could advocate for and TAS would be closing the case**

Thank you for giving me the opportunity to assist you.

Sincerely,

Anthony Brown

Exhibit I:

Re: Treasury Human Resources (HR) Shared Services

Kiesha Lewis <kieshalewis@hotmail.com>
Thu 9/5/2019 3:19 PM
To: Stephen G. Jarvis <stephen.jarvis@fiscal.treasury.gov>
Thank you!

I will follow-up with Monster.

**From:** Stephen G. Jarvis <stephen.jarvis@fiscal.treasury.gov>
**Sent:** Thursday, September 5, 2019 7:58 AM
**To:** Kiesha Lewis <kieshalewis@hotmail.com>
**Subject:** RE: Treasury Human Resources (HR) Shared Services

Ms. Lewis,

19-077-DC is not one of our job announcements. We don't provide HR services to the Peace Corps, so I don't have access to their Career Connector instance. Recommend you reach out to the POC identified in the job announcement or the Peace Corps Human Resources office to determine if the email is valid or not.

STEPHEN G. JARVIS
Manager, Staffing Acquisition
Employment Services Division

Phone: (304) 480-8309



**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Wednesday, September 4, 2019 5:25 PM
**To:** Stephen G. Jarvis <stephen.jarvis@fiscal.treasury.gov>
**Subject:** Re: Treasury Human Resources (HR) Shared Services

Hi Mr. Jarvis,

Can you have your security person do research on this email I received?

I have attached both a copy of the email and the email header information. I am trying to obtain more information concerning the email (like where it generated from) and if the email is legitimate?

As always, I am available if any additional information is needed.

Thanks in advance!

Kiesha D. Lewis

**From:** Stephen G. Jarvis <stephen.jarvis@fiscal.treasury.gov>
**Sent:** Wednesday, August 28, 2019 12:38 PM
**To:** Kiesha Lewis <kieshalewis@hotmail.com>
**Subject:** RE: Treasury Human Resources (HR) Shared Services

According to our hiring process, staffing specialists have a total of 15 calendar days to determine basic eligibility, minimum qualifications, veterans preference, etc. The clock starts as soon as the job announcement closes.

As you can imagine, this can be a very tedious and time-consuming task, especially if there is a large applicant pool. Our specialists like to start the review as early as possible to give themselves time to recover if something unexpected comes up. So, the new norm is for a specialist to start application package review one or two days after the job announcement closes.

STEPHEN G. JARVIS
Manager, Staffing Acquisition
Employment Services Division

Phone: (304) 480-8309



**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Wednesday, August 28, 2019 12:06 PM
**To:** Stephen G. Jarvis <stephen.jarvis@fiscal.treasury.gov>
**Subject:** Re: Treasury Human Resources (HR) Shared Services

Good Afternoon Mr. Jarvis,

Again, thank you sooo much for this information!

The one additional question I have, was concerning the process. Is it standard procedure now, for applications processed by ARC, for the status of the application to change from "Received" to "Reviewed" one or two days after the announcement closes? As I stated earlier, this isn't something that I noticed before, just in the past two years. And, it is something that continues to happen - see screenshot below. These are positions to which I applied and a day (two at the most), the status of the application changed.



**From:** Stephen G. Jarvis <stephen.jarvis@fiscal.treasury.gov>
**Sent:** Wednesday, August 28, 2019 11:06 AM
**To:** Kiesha Lewis <kieshalewis@hotmail.com>
**Subject:** RE: Treasury Human Resources (HR) Shared Services

Ms. Lewis,

Attached are applicant history reports for the jobs you identified that ARC posted and processed. The following announcements aren't ours, so I don't have insight into them:

RP-19-TJ-10406882-113
MP-HQ-MT-18-1585
MP-HQ-MT-19-1761
2018-HQ-0297
2017-HQ-0890
2017-HQ-0914
2017-HQD-1030
2018-HQ-B0330

Also, you weren't among the list of applicants for 17-FS-137-P or 17-CFPB-299-P; however, you did apply for these positions via the corresponding merit promotion announcements (17-FS-136-MP and 17-CFPB-298-MP). Reports for both are attached.

STEPHEN G. JARVIS
Manager, Staffing Acquisition
Employment Services Division

Phone: (304) 480-8309



**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Friday, August 23, 2019 8:03 AM
**To:** Stephen G. Jarvis <stephen.jarvis@fiscal.treasury.gov>
**Subject:** Re: Treasury Human Resources (HR) Shared Services

Good Morning Mr. Jarvis,

If possible, would I be able to obtain the same report for the following announcement numbers (I believe they were all processed by ARC).

- Staff Assistant - Announcement number: RP-19-TJ-10406882-113
- Assistant Inspector General for Management and Administration - Announcement number: 18-VAOIG-1-SES
- Deputy Assistant Inspector General for Management and Administration - Announcement number: 18-VAOIG-18-SES
- Deputy Assistant Inspector General for Management and Administration - Announcement number: 18-VAOIG-97-SES
- Supervisory Executive Assistant - Announcement number: 18-VAOIG-195
- Program Director (Budget, Information Technology and Reporting) - Announcement number: 18-DO-326-OH
- Program Manager 17-FS-137-P
- Management and Program Analyst - Announcement number: MP-HQ-MT-18-1585
- Management and Program Analyst - Announcement number: MP-HQ-MT-19-1761
- Supervisory Budget Officer - Announcement number: 18-HUDIG-71
- Quality Assurance Manager - Announcement number: 17-CFPB-29B-MP & 17-CFPB-299-P
- Supervisory IT Specialist CM-2210-01 - Announcement number: 2018-HQ-0297
- Supervisory Financial Program Analyst, CM-0501-01 - 2017-HQ-0890
- SENIOR PLANNING AND FINANCIAL MANAGEMENT ANALYST, CG-501-14 - 2017-HQ-0914
- SUPERVISORY ADMINISTRATIVE MANAGEMENT ANALYST - 2017-HQD-1030
- Senior IT Specialist (Procurement) CG-2210-14 - 2018-HQ-B0330

Thanks in advance!

Kiesha D. Lewis
kieshalewis@hotmail.com

**From:** Stephen G. Jarvis <stephen.jarvis@fiscal.treasury.gov>
**Sent:** Thursday, August 22, 2019 8:50 AM
**To:** Kiesha Lewis <kieshalewis@hotmail.com>
**Subject:** RE: Treasury Human Resources (HR) Shared Services

Ms Lewis,

These aren't Fiscal Service Administrative Resource Center (ARC) announcements, so I can't provide the reports you're requesting. For 17CE2-ITN0304-0343-15-ML, I suggest you contact the IRS point of contact, Marie Lupira, identified at the bottom of the document you attached. I assume you were provided with a similar response for 17CE1-ITN0243-2210-14-LA. If so, there should be a point of contact for that announcement as well.

STEPHEN G. JARVIS
Manager, Staffing Acquisition
Employment Services Division

Phone: (304) 480-8309



**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Wednesday, August 21, 2019 11:42 PM
**To:** Stephen G. Jarvis <stephen.jarvis@fiscal.treasury.gov>
**Subject:** Re: Treasury Human Resources (HR) Shared Services

Hello Mr. Jarvis,

I just had one follow-up request.

If possible, can I get the same report for the following two announcement numbers?

17CE1-ITN0243-2210-14-LA
17CE2-ITN0304-0343-15-ML

The first one, this the first time that I noticed the status of my application changing. Someone changed the status to 'selected' without my knowledge (usually this doesn't happen until AFTER a job offer has been made and the person accepts).

The second one is the one where I rec'd that non-standard email response. I'd like to know if the person who is listed on this email is the same person who changed/updated the USAJobs account.

Again, thanks so much for your assistance in this matter!

Kiesha D. Lewis
kieshalewis@hotmail.com

**From:** Stephen G. Jarvis <stephen.jarvis@fiscal.treasury.gov>
**Sent:** Wednesday, August 21, 2019 11:40 AM
**To:** kieshalewis@hotmail.com <kieshalewis@hotmail.com>
**Cc:** Carrie R. Sharp <Carrie.Sharp@fiscal.treasury.gov>; David J. Ambrose <David.Ambrose@fiscal.treasury.gov>; Michael Neal Satterfield <Michael.Satterfield@fiscal.treasury.gov>; Kelly J. Nettleton <Kelly.Nettleton@fiscal.treasury.gov>; Robert Hall <Robert.Hall@fiscal.treasury.gov>; Kevin M. Kelley <Kevin.Kelley@fiscal.treasury.gov>; Jim D. Mclaughlin <Jim.McLaughlin@fiscal.treasury.gov>; Mitchell D. Kuster <Mitchell.Kuster@fiscal.treasury.gov>; Stephen G. Jarvis <stephen.jarvis@fiscal.treasury.gov>
**Subject:** Treasury Human Resources (HR) Shared Services

Ms. Lewis,

1. We take protecting an individual's personal information very seriously. The Chief Privacy Officer for the Bureau of the Fiscal Service has initiated an investigation to determine if any of your personal information was compromised. You will be contacted by a security investigator if it is determined an investigation is warranted based on the information you provided.

2. With regard to the incidents you experienced:

   a. This is a normal step to our staffing process. When a specialist changes the status of an application package to "REV" (reviewing applications) in our internal staffing system, it automatically changes the USAJOBS status to "Reviewed". When review of the application package is complete, the status changes again in USAJOBS from "Reviewed" to one of a variety of others (Best Qualified, Not Qualified for whatever reason, Not Referred, etc.).

   b. This is not standard communication from us. Recommend you contact IRS for information concerning this incident.

   c. We are unable to ascertain where the "Not Hired" to "Reviewed" status change originated. Our history on your application for 19-VAOIG-44 doesn't show "Not Hired" anywhere on it (see attached).

   d. You included contact information in the header of the document. It is possible that the hiring manager(s) reviewing your resume had the option for hiding margins switched on in MS Word. This would prevent him or her from seeing header information. Recommend you save and upload your resume as a .pdf file instead of a MS Word document.

   e. We are not aware of any system outages during the timeframe that 19-VAOIG-44 was open. The issues you experienced may have been associated with the browser you were using to submit application packages. It is also possible that Google Chrome auto-downloaded an update to browser software that created a security disconnect with the CareerConnector website.

3. Finally, your PII information flows from USAJOBS to CareerConnector when you apply to a Job Opportunity Announcement (JOA) that we post. Only our staffing specialists with access to CareerConnector and the JOA you applied to can see your information; unless of course you are referred to a selecting official for consideration.

4. If you have any questions please contact the undersigned at stephen.jarvis@fiscal.treasury.gov or call 304-480-8309.

//sjg signs—21 Aug 19//

STEPHEN G. JARVIS
Manager, Staffing Acquisition
Employment Services Division

Phone: (304) 480-8309



————ORIGINAL MESSAGE————

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Sunday, August 11, 2019 2:48 PM
**To:** ARC Communications Mailbox <ARCCommunicationsMailbox@fiscal.treasury.gov>
**Cc:** Timothy E. Gribben <timothy.gribben@fiscal.treasury.gov>; Timothy.E.Gribben@fiscal.treasury.gov; Matt.Miller@fiscal.treasury.gov; Charles.Rettig@irs.gov; Charles.P.Rettig@irs.gov; Lia.Colbert@irs.gov; Alex.Kiles@mail.house.gov; senator@cardin.senate.gov; Naki_Frierson@vanhollen.senate.gov; whistleblower@ronjohnson.senate.gov; Peters_Whistleblower@hsgac.senate.gov; FSCDems@mail.house.gov; Kiesha Lewis <kieshalewis@hotmail.com>
**Subject:** Treasury Human Resources (HR) Shared Services

Good afternoon,

I am contacting your organization due to some issues and odd experiences I have had with the USAJobs system, for positions processed by the Bureau of Fiscal Services (BFS) or managed by the Treasury organization (that use '..treas..' in the URL). Outlined below are some of the incidents that I have experienced:

- The status of Treasury processed job announcements changing the day AFTER the announcement closing date from 'Received' to 'Reviewed';
- Receiving an email message that interviews were not required AFTER I did not accept an IRS job because I had not interviewed for the position;
- The Status of a job application, for which I had withdrawn my application, changing from 'Not Hired' to 'Reviewed' the day AFTER the announcement closing date;
- Being told by two potential employers that the first page of my resume, from the USAJobs system, was missing the part of my resume that contains my contact information) making it difficult for them to contact me for interviews; this is for "Referred" Applications within the USAJobs application; and
- Encountering security error messages or a frozen screen when I attempt to apply to positions either processed by BFS or located on the treasury site (occurrences that could not be duplicated by Monster POC or others when they apply).

I am bringing these occurrences to your attention to ask how I would request an investigation into this matter, to include determining if my name, social security number, phone numbers, or email addresses (kieshalewis@hotmail.com or kieshalewis89@gmail.com) have somehow been compromised or marked.

Attached are some documents supporting my assertions.

Thanks in advance for your time and attention to this matter and I look forward to your response.

Kiesha D. Lewis
kieshalewis@hotmail.com

Announcement Number: 18-HUDIG-71 Questions

Kiesha Lewis <kieshalewis@hotmail.com>

To: HUDIGINQUIRIES@Fiscal.treasury.gov <HUDIGINQUIRIES@Fiscal.treasury.gov>
Cc: Kiesha Lewis <kieshalewis@hotmail.com>

Hello,

My name is Kiesha D. Lewis and I am contacting you in reference to Announcement Number: 18-HUDIG-71. Via a FOIA request, I was able to obtain the Applicant Listing Report for this announcement. While reviewing the report, I noticed that there were 12 applicants, including myself, who were not Veterans, who had a ranking of 100. I also noticed that there were several veterans, that with the assistance of their Veterans Preference points, also scored 100. However, the individual who was selected for the position scored below 100. Based on the information I received, I have a few followup questions:

1. Were interviews conducted?  If so, how was it determined which candidates were selected for interviews?
2. If not, what factors were used to determine which candidate would be selected for the position?

If you are unable to provide me with this information, please let me know who can.

Thanks in advance for your time and attention to this matter!

Kiesha D. Lewis
kieshalewis@hotmail.com

## Applicant Listing Report

Organization
Department
Announcement Number
Staging Area
Certificate Number
Certificate Location(s)
Ranking
Series
Pay Plan
Interest by Location(s)
Grade

| Name | Score | Interview Preference | Status |
|------|-------|---------------------|--------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| Grade | | | |
|------|-------|---------------------|--------|
| Name | Score | Interview Preference | Status |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| Grade<br>Name | Score | Veterans<br>Preference | Status |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Page 2

IRS Vacancy Notice-Referred - ITN0304

IRS <careerconnector@mgisapps.monster.com>

Thu, 4/30/2017 9:11 AM

To: kimshalewis@hotmail.com <kimshalewis@hotmail.com>

This mailbox (IRSJOBS@irs.gov) does not process replies. Do not copy and paste email address when replying to this message.

Department of the Treasury
Internal Revenue Service

Human Capital Office
Employment, Talent & Security
Employment Center East II

Announcement: 17CE2-ITN0304-0343-15-ML
Position: MANAGEMENT PROGRAM ANALYST
Series: 0343 Grade: 15

Dear KIESHA LEWIS

Determination: IRS Vacancy Notice- Referred to Selecting Official

Your name has been referred to the Selecting Official for the MANAGEMENT PROGRAM ANALYST position in <CERT_LOCS>.  You MAY be contacted for a selection interview within the next 2 weeks.  Please keep in mind, Interviews are NOT mandated.

You may return at any time to check the status of your application by logging into your USAJOBS account at http://jobsearch.usajobs.gov/, and/or you may modify your "Notification Settings" to be automatically notified throughout the hiring process. This USAJOBS notification feature will automatically notify you via email each time there is a change in the status of your application and/or this vacancy announcement.

To set up this feature to receive e-mail notification, follow these instructions:
- Log into USAJOBS and Click the My Account - Main Page tab at the top of the page and log-in to your account. If you need to create a new account, click "Create a new account", enter your information and follow the instructions provided.
- Once you are logged in, click the "Notification Settings" link found:
    -in your profile under "account information," or
    -at the bottom of the "Application Status" feature.
- Select the items that you would like to be notified of via email.
- Click "Finish."
It is important that you check your "spam" settings to be sure you will receive future emails from USAJOBS and IRS.

Contact our office if you have any questions.  When responding to this correspondence, please remember to include your name AND the vacancy announcement number 17CE2-ITN0304-0343-15-ML, so I can promptly respond to your inquiry.

Sincerely,

Marie Lipira
AD HR Specialist

## Fwd: OCPM Deputy Director Interview - Supporting Documentation

Kiesha Lewis

Tue 6/18/2019 11:15 AM

**To:** bcritz@osc.gov <bcritz@osc.gov>
**Cc:** Kiesha Lewis <kieshalewis@hotmail.com>

Sent from my iPad

Begin forwarded message:

> **From:** Kiesha Lewis <kieshalewis@hotmail.com>
> **Date:** May 5, 2019 at 4:59:03 PM EDT
> **To:** "Dillard, Marchele" <Marchele.Dillard@fda.hhs.gov>
> **Cc:** Kiesha Lewis <kieshalewis@hotmail.com>
> **Subject: Re: OCPM Deputy Director Interview**
>
> Good Morning,
>
> I just wanted to follow-up because I hadn't received a response to my email question. Can you provide me with the information I requested below?
>
> Thanks in advance!
>
> Kiesha D. Lewis
> kieshalewis@hotmail.com
>
> ---
>
> **From:** Kiesha Lewis <kieshalewis@hotmail.com>
> **Sent:** Monday, April 22, 2019 7:52 AM
> **To:** Dillard, Marchele
> **Subject:** Re: OCPM Deputy Director Interview
>
> Good Morning Marchele,
>
> I just wanted to follow-up to obtain additional information pertaining to the announcement.
>
> Has the selection been finalized? If so, can you provide me with additional information?
>
> Thanks in advance!
>
> Kiesha D. Lewis
> kieshalewis@hotmail.com

**From:** Dillard, Marchele <Marchele.Dillard@fda.hhs.gov>
**Sent:** Tuesday, March 5, 2019 8:23 AM
**To:** Kiesha Lewis
**Subject:** RE: OCPM Deputy Director Interview

Good Morning,

I cannot share details about the selection until finalized with OHR and with the candidate.

You can check back in a few weeks if you like.

Thanks,

Marchele

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Monday, March 4, 2019 3:27 PM
**To:** Dillard, Marchele <Marchele.Dillard@fda.hhs.gov>
**Subject:** Re: OCPM Deputy Director Interview

Hello Marchele

Thank you very much for letting me.

I did have one question, can you tell me if an internal candidate was selected?

Thanks in advance!

Kiesha

**From:** Dillard, Marchele <Marchele.Dillard@fda.hhs.gov>
**Sent:** Monday, March 4, 2019 2:24:09 PM
**To:** kieshalewis@hotmail.com
**Subject:** OCPM Deputy Director Interview

Good afternoon,

I am writing to advise you that we will be cancelling your interview, scheduled for Monday, March 11 at 1:30 p.m. After careful consideration, a decision has been made to fill the position with another candidate.

We appreciate your interest in the position and wish you the best in your endeavors.

Best Regards,

Marchele Dillard
Executive Assistant

| | |
|---|---|
| **From:** | Nordlund Mary L |
| **To:** | Lewis Kiesha D |
| **Cc:** | Murchison Roza L |
| **Subject:** | RE: Selection: GS-2214-14 /17CE1-ITN0243-2210-14-LA |
| **Date:** | Monday, September 25, 2017 11:33:48 AM |

Kiesha,

Thank you for responding so promptly.  I appreciate it!  Mary

Mary Nordlund
HCO, HRCS, IT Hiring Branch
651-361-1716

---

**From:** Lewis Kiesha D
**Sent:** Monday, September 25, 2017 10:33 AM
**To:** Nordlund Mary L
**Cc:** Murchison Roza L
**Subject:** RE: Selection: GS-2214-14 /17CE1-ITN0243-2210-14-LA

Hello Mary,

Thank you for the updated information. After reviewing the information provided, I still respectfully
decline the offer of employment.

**Kiesha D. Lewis**
EPMO, Web Apps PM&I Frontline Manager
NCFB 3-458
Office: (240) 613-6431
Cell: (240) 346-8398

**From:** Nordlund Mary L
**Sent:** Monday, September 25, 2017 10:29 AM
**To:** Lewis Kiesha D <Kiesha.D.Lewis@irs.gov>
**Cc:** Nordlund Mary L <MARY.L.NORDLUND@irs.gov>; Murchison Roza L <Roza.L.Murchison@irs.gov>
**Subject:** Selection: GS-2214-14 /17CE1-ITN0243-2210-14-LA

Kiesha,

I apologize because I provided the wrong announcement number to Roza and that got
included in the title of the email below she sent you when offering the position.  I want to
make sure there is no misunderstanding.  The offer Roza extended is for a GS-2214-14
position from announcement 17CE1-ITN0243-2210-14-LA .   The position being offered is a
full time, permanent position as an Information Technology Specialist (Policy and Planning),
PD 94648, with a POD of NCFB.  The position is in Information Technology, Strategy and
Planning, Business Planning & Risk Mgmt, IRAP Office, 508 Program Support reporting to Roza
Murchison.

Please respond again to indicate if you are declining or accepting the offer.  I apologize for the inconvenience!  Mary

Mary Nordlund
HCO, HRCS, IT Hiring Branch
651-361-1716

**From:** Murchison Roza L
**Sent:** Monday, September 25, 2017 8:50 AM
**To:** Nordlund Mary L
**Subject:** FW: IRS VACANCY: Selection: GS-2214-14 / 17CE1-ITB0249-2210-13-VA


*Roza L. Murchison*

**From:** Lewis Kiesha D
**Sent:** Monday, September 25, 2017 9:08 AM
**To:** Murchison Roza L <Roza.L.Murchison@irs.gov>
**Subject:** RE: IRS VACANCY: Selection: GS-2214-14 / 17CE1-ITB0249-2210-13-VA

Good Morning Roza,

Thank you for considering me for this position.  Unfortunately, after much thought, I respectfully decline your offer for employment.

I do not feel that I can properly perform the requirements of the position without the opportunity to interview.  As you know, interviews are for both the receiving office and the potential candidate. Without having a chance to interview, I cannot comfortably accept this positon.  Again, thank you for your consideration and I wish you the best with your search.

**Kiesha D. Lewis**
EPMO, Web Apps PM&I Frontline Manager
NCFB 3-458
Office: (240) 613-6431
Cell: (240) 346-8398

**From:** Murchison Roza L
**Sent:** Friday, September 22, 2017 5:02 PM
**To:** Lewis Kiesha D <Kiesha.D.Lewis@irs.gov>
**Cc:** Murchison Roza L <Roza.L.Murchison@irs.gov>
**Subject:** IRS VACANCY: Selection: GS-2214-14 / 17CE1-ITB0249-2210-13-VA

Dear KIESHA D LEWIS,

Congratulations! I am pleased to inform you that you've been selected for the above position.

The position is a full time, permanent position as an IT Specialist (Policy and Planning).  Your official post of duty location will be New Carrollton, MD.  The position is in the IT Strategy and Planning, Business Planning & Risk Management, IRAP Office, 508 Program Support and you will report to me.

Please respond by email to let me know if you accept this offer.  As mentioned in the thread below, the actual start date is negotiable.


*Roza L. Murchison*

Internal Revenue Service
Requirements and Demand Management Division
IRAP (Section 508 Program Office)
**Best contact method:  IRS email**

---

**From:** Carter Vanessa L
**Sent:** Thursday, September 21, 2017 11:58 AM
**To:** Murchison Roza L
**Cc:** Nordlund Mary L; Humphrey Yolonda R
**Subject:** FW: Release of Your Employee

Mona has provided her approval to proceed.  Please reach out to Keisha with the offer.  Let me know her response.  We will work on the release date after Mona and her management team have determined who would backfill Keisha's position.

Thanks,

Vanessa


**From:** Henby Ramona C
**Sent:** Thursday, September 21, 2017 11:37 AM
**To:** Carter Vanessa L <Vanessa.L.Carter@irs.gov>
**Cc:** Allen John S <John.S.Allen@irs.gov>; McCreight Kevin L <Kevin.L.McCreight@irs.gov>
**Subject:** RE: Release of Your Employee

Please proceed.

*Mona*

Ramona C. Henby
Director, Web Applications PMO
(O) 240-613-2346 (C) 703-725-8024
NCFB B4-300


**From:** Carter Vanessa L
**Sent:** Thursday, September 21, 2017 9:36 AM

**To:** Henby Ramona C <Ramona.C.Henby@irs.gov>
**Cc:** Allen John S <John.S.Allen@irs.gov>
**Subject:** Release of Your Employee

Hi Mona:

We would like to reach out to Keisha Lewis today to offer her the position in BPRM's IRAP Office. Once we get her acceptance, HCO can release the cert so others can select from it – so they are anxiously awaiting a response. I know you want to talk with Kevin about a release date, which is fine. We will certainly be flexible about the actual reporting date so this does not pose a hardship to your organization. I just wanted to let you know that we will contact Keisha today and leave the release date open ended at this time.

Let me know if you concur.

Thanks so much,

Vanessa

Mail - Kiesha Lewis - Outlook

Re: Kiesha D. Lewis USAJOBS Account Error

Kiesha Lewis

Tue 7/30/2019 8:18 AM

To: Hardenburgh, Cricket <Cricket.Hardenburgh@Monster.com>

I actually almost use wi fi, only my data plan (because I have unlimited data usage).

I just attempted to apply to a different position, and it worked, I experienced no issues. Like I said yesterday, I'm only experiencing the problems when I apply to positions that have "...treas" in the url, any other url works fine:



Get Outlook for Android

**From:** Hardenburgh, Cricket <Cricket.Hardenburgh@Monster.com>
**Sent:** Tuesday, July 30, 2019 8:04:40 AM

To: Kiesha Lewis <kieshalewis@hotmail.com>
**Subject:** RE: Kiesha D. Lewis USAJOBS Account Error

I noticed your phone is not connected to Wi-Fi.  Connect to Wi-Fi and try again.

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Tuesday, July 30, 2019 8:00 AM
**To:** Hardenburgh, Cricket <Cricket.Hardenburgh@Monster.com>
**Subject:** Re: Kiesha D. Lewis USAJOBS Account Error

I can try later tonight on my laptop, but when I try from my phone, I get the security error message.

Please keep in mind that I have NEVER had any problems previously and have successfully submitted applications using Chrome and my phone in the past. The problems I am experiencing now are recent.  Moreover, I have not made any security changes or updates.

7:14                                              87% ■

           careerconnector.jobs.treas.gov          

There was a security error processing your request. Please try again or contact the system administrator.

Main application page URL: /doc/main.hms



Get Outlook for Android

**From:** Hardenburgh, Cricket <Cricket.Hardenburgh@Monster.com>
**Sent:** Tuesday, July 30, 2019 7:13:58 AM
**To:** Kiesha Lewis <kieshalewis@hotmail.com>
**Subject:** RE: Kiesha D. Lewis USAJOBS Account Error

Ok, sometimes that happens in chrome try IE

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Tuesday, July 30, 2019 7:12 AM
**To:** Hardenburgh, Cricket <Cricket.Hardenburgh@Monster.com>
**Subject:** Re: Kiesha D. Lewis USAJOBS Account Error

This was chrome.

Get Outlook for Android

**From:** Hardenburgh, Cricket <Cricket.Hardenburgh@Monster.com>
**Sent:** Tuesday, July 30, 2019 6:49:53 AM
**To:** Kiesha Lewis <kieshalewis@hotmail.com>
**Subject:** RE: Kiesha D. Lewis USAJOBS Account Error

What browser are you using?

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Monday, July 29, 2019 6:56 PM
**To:** Hardenburgh, Cricket <Cricket.Hardenburgh@Monster.com>
**Subject:** Re: Kiesha D. Lewis USAJOBS Account Error

Hello,

When I attempted from my laptop, I do not get an error message, the screen just freezes.  This is as far as I can go, I can go no further.



**From:** Hardenburgh, Cricket <Cricket.Hardenburgh@Monster.com>
**Sent:** Monday, July 29, 2019 9:50 AM
**To:** Kiesha Lewis <kieshalewis@hotmail.com>
**Subject:** RE: Kiesha D. Lewis USAJOBS Account Error

Good morning,

Upon reviewing the attached screen shot it look as if you trying to apply using a phone.  Please try again on a laptop or desktop computer.  If you receive the same error message, please send a screen shot of that error message.  Please be sure to include the URL.

Thank you
Cricket

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Monday, July 29, 2019 9:32 AM
**To:** Hardenburgh, Cricket <Cricket.Hardenburgh@Monster.com>
**Subject:** Kiesha D. Lewis USAJOBS Account Error

Good morning Ms. Hardenburgh,

Attached are s̶c̶r̶e̶e̶n̶s̶h̶o̶t̶s̶ I've been receiving when speaking with the individual I submitted two for positions, two submitted two did not. Moreover, they seemed to keep pointing to the same position. It is for a total of four positions, two submitted two did not. Moreover, they seemed to keep pointing to the same position.

I'll keep trying again to see if the problem resolves itself. However, I would like to note that I have made NO changes to my security settings and did and haven't changed anything.

Kiesha D. Lewis
Kieshalewis@hotmail.com



Mail - Kiesha Lewis - Outlook



**COMPLETE APPLICATION**

ⓘ **Account Updated**

Congratulations. Your account has been updated.

**POWERED BY MONSTER**

AGENCY FINANCIAL REPORT

COMMENT POLICY

|||      ◯     ‹

9:15   🔇 LTE 📶 100% 🔋

☆    🔒 careerconnector.jobs.treas.gov    ↻

There was a security error processing your request. Please try again or contact the system administrator.

Main application page URL: /cc/main.hms

Mail - Kiesha Lewis - Outlook



8:59   ☐   ☑   ☐ ▷ ☐     ◀{ LTE ⳾⳾⳾ 100% ▮

☆     🔒 careerconnector.jobs.treas.gov     ↻

There was a security error processing your request. Please try again or contact the system administrator.

Main application page URL: /cc/main.hms

Mail- Kiesha Lewis Outlook



10:07 

There was a security error processing your request. Please try ag

Main application page URL: /doc/main.hms

9:57 Sprint         LTE ᴵᴵᴵ 97% 🔋

☆     🔒 careerconnector.jobs.treas.gov     ↻

There was a security error processing your request. Please try again or contact the system administrator.

Main application page URL: /doc/main.hms



Get Outlook for Android

NOTICE:

This message, and any attachments, contain(s) information that may be confidential or protected by privilege from disclosure and is intended only for the individual or entity named above. No one else may disclose, copy, distribute or use the contents of this message for any purpose. Its unauthorized use, dissemination or duplication is strictly prohibited and may be unlawful. If you receive this message in error or you otherwise are not an authorized recipient, please immediately delete the message and any attachments and notify the sender.

Re: Kiesha D. Lewis USAJOBS Account Error

Kiesha Lewis <kieshalewis@hotmail.com>
Wed 9/11/2019 12:56 PM
To: Schmid, Deanna <deanna.schmid@monster.com>

Thank you Deanne for your response!

I didn't get a bounceback from my emails so I didn't know she was no longer with Monster. However I will say that Cricket was very helpful in assisting me with my previous issue.

Get Outlook for Android

---

From: Schmid, Deanna <deanna.schmid@monster.com>
Sent: Wednesday, September 11, 2019 10:24:51 AM
To: Kiesha Lewis <kieshalewis@hotmail.com>
Subject: RE: Kiesha D. Lewis USAJOBS Account Error

Kiesha,

I apologize for the delay in getting back to you. Cricket is no longer with Monster. This email was not sent to you by Monster. It was sent to you by someone in Peace Corps HR, using the Monster software. You will need to reach out to the Peace Corps for more information on this email and your application.

Thank you,

[Monster logo]
Deanna Schmid
MANAGER • CUSTOMER SUPPORT
DIRECT:   978.461.8493
MOBILE:   978.394.9710

---

From: Kiesha Lewis <kieshalewis@hotmail.com>
Sent: Saturday, September 07, 2019 8:21 PM
To: cschberdenburgh, Cricket <Cricket.Hardenburgh@Monster.com>
Subject: Re: Kiesha D. Lewis USAJOBS Account Error

Hello - I just realized that I forgot to include the attachments.

---

From: Kiesha Lewis <kieshalewis@hotmail.com>
Sent: Thursday, September 5, 2019 4:00 PM
To: Hardenburgh, Cricket <Cricket.Hardenburgh@Monster.com>
Subject: Re: Kiesha D. Lewis USAJOBS Account Error

Hello Ms. Hardenburgh,

I had worked with you previously concerning some issues I was having with this system.  Now, I am having another issue, concerning this announcement number and the attachment email.  Are you (or someone in your area) able to do some research on this information.

I have attached an email and the email header properties.  Can you tell me who at Monster sent this email to me?  and at who's direction?  I'd also like to know if I can obtain the Applicant history report for this announcement number 19-077-DC?

Right now, it is still showing me as being referred, the status has not changed.

Kiesha D. Lewis
kieshalewis@hotmail.com

---

From: Hardenburgh, Cricket <Cricket.Hardenburgh@Monster.com>
Sent: Tuesday, July 30, 2019 8:04 AM
To: Kiesha Lewis <kieshalewis@hotmail.com>
Subject: RE: Kiesha D. Lewis USAJOBS Account Error

I noticed your phone is not connected to Wi-Fi.  Connect to Wi-Fi and try again.

---

From: Kiesha Lewis <kieshalewis@hotmail.com>
Sent: Tuesday, July 30, 2019 8:00 AM
To: Hardenburgh, Cricket <Cricket.Hardenburgh@Monster.com>
Subject: Re: Kiesha D. Lewis USAJOBS Account Error

I can try later tonight on my laptop, but when I try from my phone, I get the security error message.

Please keep in mind that I have NEVER had any problems previously and have successfully submitted applications using Chrome and my phone in the past. The problems I am experiencing now are recent.  Moreover, I have not made any security changes or updates.



There was a security error processing your request. Please try again or contact the system administrator.

Main application page URL: /doc/main.hms



Get Outlook for Android

**From:** Hardenburgh, Cricket <Cricket.Hardenburgh@Kforce.com>
**Sent:** Tuesday, July 30, 2019 7:13:58 AM
**To:** Kiesha Lewis <kieshalewis@hotmail.com>
**Subject:** RE: Kiesha D. Lewis USAJOBS Account Error

Ok, sometimes that happens in chrome try it

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Tuesday, July 30, 2019 7:12 AM
**To:** Hardenburgh, Cricket <Cricket.Hardenburgh@Kforce.com>
**Subject:** Re: Kiesha D. Lewis USAJOBS Account Error

This was chrome.

Get Outlook for Android

**From:** Hardenburgh, Cricket <Cricket.Hardenburgh@Kforce.com>
**Sent:** Tuesday, July 30, 2019 6:49:53 AM
**To:** Kiesha Lewis <kieshalewis@hotmail.com>
**Subject:** RE: Kiesha D. Lewis USAJOBS Account Error

What browser are you using?

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Monday, July 29, 2019 6:56 PM
**To:** Hardenburgh, Cricket <Cricket.Hardenburgh@Kforce.com>
**Subject:** Re: Kiesha D. Lewis USAJOBS Account Error

Hello,

When I attempted from my laptop, I do not get an error message, the screen just freezes. This is as far as I can go, I can go no further:



**From:** Hardenburgh, Cricket <cricket.hardenburgh@FRVMonster.com>
**Sent:** Monday, July 29, 2019 9:56 AM
**To:** Kiesha Lewis <Kieshalewis@hotmail.com>
**Subject:** RE: Kiesha D. Lewis USAJOBS Account Error

Good morning,

Upon reviewing the attached screen shot it look as if you trying to apply using a phone.   Please try again on a laptop or desktop computer.  If you receive the same error message, please send a screen shot of that error message.   Please be sure to include the URL.

Thank you
Cricket

**From:** Kiesha Lewis <Kieshalewis@hotmail.com>
**Sent:** Monday, July 29, 2019 9:32 AM
**To:** Hardenburgh, Cricket <Cricket.Hardenburgh@FRVMonster.com>
**Subject:** Kiesha D. Lewis USAJOBS Account Error

Good morning Ms. Hardenburgh,

Attached are screenshots of the error messages I have been receiving.  After speaking with you, I did attempt to submit the applications again, it is for a total of four positions, two submitted two did not.  Moreover, they seemed to keep pointing to the same position.

I'll keep trying again to see if the problem resolves itself. However, I would like to note that I have made NO changes to my security settings and did and haven't changed anything.

Kiesha D. Lewis
Kieshalewis@hotmail.com

9:17 🖥 💬 🖻 🖼 🗗 ▷ 🗎          ◄⁞⸴⁞ 100% 🔋



⌂ Dashboard                    ↰ Return to USAJOBS

# Welcome Back, KIESHA LEWIS

You have arrived here from USAJOBS to continue your application.

Your application is incomplete until it has been submitted.
Do you want to return to your application?

COMPLETE APPLICATION

ⓘ **Account Updated**

Congratulations. Your account has been updated.



**POWERED BY MONSTER˙**

AGENCY FINANCIAL REPORT
COMMENT POLICY

‖‖‖            ◯            ‹

9:15



☆   🔒 careerconnector.jobs.treas.gov   ↺

There was a security error processing your request. Please try again or contact the system administrator.

Main application page URL: /cc/main.html





8:59   ⇌ 💬 📧 🖼 ▷ 📷            ◀¦ ▒ 100% 🔋

☆      🔒 careerconnector.jobs.treas.gov      ↻

There was a security error processing your request. Please try again or contact the system administrator.

Main application page URL: /cc/main.hms



10:07 🖼                                                                    🔇 📶 96% 🔋

There was a security error processing your request. Please try again or contact the system administrator.

Main application page URL: /doc/main.hms

9:57 Sprint                                  97%

☆    🔒 careerconnector.jobs.treas.gov    ↻

There was a security error processing your request. Please try again or contact the system administrator.

Main application page URL: /doc/main.hms



||| ○ ‹

Get Outlook for Android

NOTICE

This message, and any attachments, contain(s) information that may be confidential or protected by privilege from disclosure and is intended only for the individual or entity named above. No one else may disclose, copy, distribute or use the contents of this message for any purpose. Its unauthorized use, dissemination or duplication is strictly prohibited and may be unlawful. If you receive this message in error or you otherwise are not an authorized recipient, please immediately delete the message and any attachments and notify the sender.

Mail - Kiesha Lewis - Outlook

RE: Application Withdrawal for Announcement Numbers: 19-VAOIG-45-P/19-VAOIG-44 Ticket# 2578

Melissa L. Storey <Melissa.Storey@fiscal.treasury.gov>
Thu 12/6/2018 9:26 AM
**To:** Kiesha Lewis <kieshalewis@hotmail.com>
**Cc:** Applicant Inquiries <GCERC.Inquiries@fiscal.treasury.gov>
Good morning
Your applicant package has been withdrawn..
Melissa Storey

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Thursday, December 06, 2018 9:20 AM
**To:** Melissa L. Storey <Melissa.Storey@fiscal.treasury.gov>
**Cc:** Applicant Inquiries <GCERC.Inquiries@fiscal.treasury.gov>
**Subject:** Re: Application Withdrawal for Announcement Numbers: 19-VAOIG-45-P/19-VAOIG-44 Ticket# 2578

Good Morning.

I checked my account this morning and my name has moved forward in the process, please see screenshot. However, two days ago, my name had been withdrawn.

Can you tell me what happened, who reversed this, without my permission?

Thanks in advance!

Kiesha Lewis

      

  www.usajobs.gov   



# Legal Administrative Specialist (Executive Assistant)

## Veterans Affairs, Inspector General

Washington DC, District of Columbia

Closed 12/4/2018

**Reviewed**

Last updated 12/3/2018

## Application Status

**Reviewed**

Applications are being reviewed.

## Locations

Washington DC, District of Columbia

## Work Schedule

Full-Time - Permanent

## Job announcement number

19-VAOIG-44

## Series & Grade





 

 96% 11:22 AM

www.usajobs.gov



## ⚙ Notifications

## ⊕ Legal Administrative Specialist ( Executive Assistant)

### Veterans Affairs, Inspector General

📍 Washington DC, District of Columbia

🕐 *Closes 12/4/2018*

**Not Hired**

Last updated 12/3/2018

## ⊕ Legal Administrative Specialist (Executive Assistant)

### Veterans Affairs, Inspector General

📍 Washington DC, District of Columbia



Get Outlook for Android

**From:** Melissa L. Storey <Melissa.Storey@fiscal.treasury.gov>
**Sent:** Tuesday, December 4, 2018 9:32:33 AM
**To:** kieshalewis@hotmail.com
**Cc:** Applicant Inquiries
**Subject:** RE: Application Withdrawal for Announcement Numbers: 19-VAOIG-45-P/19-VAOIG-44 Ticket# 2578

Good morning ,
Your name has been withdrawn.


Melissa Storey
Human Resources Specialist
Employment Services Division
Staffing Acquisition Branch


**From:** Applicant Inquiries <GCERC.Inquiries@fiscal.treasury.gov>
**Sent:** Tuesday, December 04, 2018 8:40 AM
**To:** Melissa L. Storey <Melissa.Storey@fiscal.treasury.gov>
**Subject:** FW: Application Withdrawal for Announcement Numbers: 19-VAOIG-45-P/19-VAOIG-44 Ticket# 2578

Hello,

Applicant would like to withdraw application from both the above announcements.

Thank you,
Robin

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Monday, December 3, 2018 6:00 PM
**To:** Applicant Inquiries <GCERC.Inquiries@fiscal.treasury.gov>
**Subject:** Application Withdrawal for Announcement Numbers: 19-VAOIG-45-P/19-VAOIG-44

Hello,

I need to withdraw my application for Announcement Numbers: 19-VAOIG-45-P and 19-VAOIG-44. I attempted to do this on USAJobs however the option is not available. Can you tell me how I can accomplish this?

Thanks in advance!

Kiesha D. Lewis

Exhibit J:

RE: Fiscal Service Touhy Request

Nathanael P. DeJonge <Nathanael.DeJonge@fiscal.treasury.gov>
Tue 6/4/2019 10:07 AM
To: Kiesha Lewis <kieshalewis@hotmail.com>

Ms. Lewis,

I reviewed the order you attached.  It does not state that discovery has commenced.  Instead it provides instructions on how to engage in discovery.  Regardless, any request you make must be made *through* the discovery process.  It is not sufficient to make an informal request through email simply because discovery is ongoing.  You should discuss how to make discovery requests with the IRS attorneys assigned to your case, or with the administrative judge.

From: Kiesha Lewis <kieshalewis@hotmail.com>
Sent: Wednesday, May 22, 2019 6:38 PM
To: Nathanael P. DeJonge <nathanael.dejonge@fiscal.treasury.gov>
Subject: Re: Fiscal Service Touhy Request

Hello Mr. DeJonge,

Please see the attached Acknowledgement Order (pages 7 - 8) stating that Discovery has commenced.  Based on my interpretation of the MSPB Discovery rules, § 1201.72 Explanation and scope of discovery (https://www.mspb.gov/mspbsearch/viewdocs.aspx?docnumber=274862&version=275173&application=HTML#B-Discovery), I can make requests to "nonparties and nonparty Federal agencies and employees", as long as they are directly related to matters in my case.  Due to the fact that one of the key issues in my case is retaliation from senior management to include circumventing my freewill to pursue other employment opportunities, the information I am requesting from BFS is directly related to my case.

Please let me know if BFS is unwilling to comply with my Discovery documentation request.

Thanks in advance!

Kiesha D. Lewis
kieshalewis@hotmail.com

From: Nathanael P. DeJonge <Nathanael.DeJonge@fiscal.treasury.gov>
Sent: Tuesday, May 14, 2019 10:48 AM
To: Kiesha Lewis
Subject: RE: Fiscal Service Touhy Request

Ms. Lewis,

I cited that particular regulation because it is the regulation that is applicable when someone intends to make a Touhy request of a Treasury bureau.  Because you cited the Touhy regulations for another government agency (National Credit Union Administration), I assumed that you were in fact intending to make a Touhy request.  The NCUA's regulations are not applicable to Treasury bureaus.  Rather than dismiss your request for citing the incorrect regulations, we evaluated it as if you were trying to make a Touhy request under Treasury regulations.

From: Kiesha Lewis <kieshalewis@hotmail.com>
Sent: Tuesday, May 14, 2019 9:46 AM
To: Nathanael P. DeJonge <nathanael.dejonge@fiscal.treasury.gov>
Subject: Re: Fiscal Service Touhy Request

Good morning,

I do understand both regulations. However, that question that I was asking was why you quoted that particular regulation when I did not mention it.

From: Nathanael P. DeJonge <Nathanael.DeJonge@fiscal.treasury.gov>
Sent: Tuesday, May 14, 2019 9:41:54 AM
To: Kiesha Lewis
Subject: RE: Fiscal Service Touhy Request

Ms. Lewis,

12 CFR Part 792 are regulations that apply to the National Credit Union Administration.  31 CFR 1.11 are regulations that apply to the U.S. Department of the Treasury.  Since the Bureau of the Fiscal Service is within Treasury, these are the applicable regulations.  Both regulations are considered Touhy regulations, but apply to different parts of the government.

From: Kiesha Lewis <kieshalewis@hotmail.com>
Sent: Monday, May 13, 2019 8:19 PM
To: Nathanael P. DeJonge <nathanael.dejonge@fiscal.treasury.gov>
Subject: Re: Fiscal Service Touhy Request

Thanks Mr. DeJonge for your response.  However, I am confused.  The regulation I quoted was 12 CFR Part 792 Subpart C not 31 CFR 1.11.  Can you tell me why you quoted that specific regulation?

Thanks in advance!

Kiesha D. Lewis
kieshalewis@hotmail.com

From: Nathanael P. DeJonge <Nathanael.DeJonge@fiscal.treasury.gov>
Sent: Monday, May 13, 2019 5:28 PM
To: kieshalewis@hotmail.com
Subject: Fiscal Service Touhy Request

Ms. Lewis,

I'm responding on behalf of Paul Wolfteich to your purported Touhy request to the Bureau of the Fiscal Service. (See attached.) Treasury's Touhy regulation (31 CFR 1.11) is not applicable to this request, as it provides internal housekeeping procedures in response to a demand or request for information pursuant to a request, order, or subpoena issued through a pending legal proceeding. The regulation does not provide an independent vehicle to request Treasury documents outside of an existing proceeding, and the mere fact that you have an open MSPB case is not a sufficient basis for Fiscal Service to process your document request.

Accordingly, the proper way to request this information would be through discovery originating from your MSPB case. If you have any questions about the MSPB discovery process, you may contact IRS attorney Mark Wines (Mark.A.Wines@irscounsel.treas.gov) who is familiar with your case.

Nathanael P. DeJonge
Attorney-Advisor
Office of the Chief Counsel
Bureau of the Fiscal Service
Department of the Treasury

## Re: Organizational Change Management Consultant

Kiesha Lewis

Thu 10/4/2018 10:51 AM

**To:** stella <stella@technogeninc.com>

Good Morning Stella - I just wanted to check-in to see if there was any movement on my application/profile submission.

Thanks in advance!

Kiesha

---

**From:** stella <stella@technogeninc.com>
**Sent:** Wednesday, October 3, 2018 4:04 PM
**To:** 'Kiesha Lewis'
**Subject:** RE: Organizational Change Management Consultant

I got an information that you submitted for the same client.so,previously for which client did you submitted your profile.let me know the client name please.

---

**From:** Kiesha Lewis [mailto:kieshalewis@hotmail.com]
**Sent:** Thursday, October 04, 2018 1:29 AM
**To:** stella
**Subject:** Re: Organizational Change Management Consultant

No I did not. I only submitted an application with you.

What is or would be the next step or has the position been filled?

Get Outlook for Android

---

**From:** stella <stella@technogeninc.com>
**Sent:** Wednesday, October 3, 2018 3:56:39 PM
**To:** 'Kiesha Lewis'
**Subject:** RE: Organizational Change Management Consultant

Ohhk,but I got the reply from manager is  you went through another vendor also it seems

---

**From:** Kiesha Lewis [mailto:kieshalewis@hotmail.com]
**Sent:** Thursday, October 04, 2018 1:25 AM
**To:** stella
**Subject:** Re: Organizational Change Management Consultant

No, just to you.

Get Outlook for Android

---

**From:** stella <stella@technogeninc.com>
**Sent:** Wednesday, October 3, 2018 3:53:41 PM

Mail - Kiesha Lewis - Outlook

**To:** 'Kiesha Lewis'
**Subject:** RE: Organizational Change Management Consultant

No,Did you submitted your profile to any vendor for the same position

---

**From:** Kiesha Lewis [mailto:kieshalewis@hotmail.com]
**Sent:** Thursday, October 04, 2018 1:21 AM
**To:** stella
**Subject:** Re: Organizational Change Management Consultant

I'm a little confused, was I supposed to submit some additional information?

Get Outlook for Android

---

**From:** stella <stella@technogeninc.com>
**Sent:** Wednesday, October 3, 2018 3:44:34 PM
**To:** 'Kiesha Lewis'
**Subject:** RE: Organizational Change Management Consultant

I just wanted to check that did you submitted your profile for the same position

---

**From:** Kiesha Lewis [mailto:kieshalewis@hotmail.com]
**Sent:** Thursday, October 04, 2018 1:02 AM
**To:** stella
**Subject:** Re: Organizational Change Management Consultant

Hello Stella - I just wanted to check-in and see if I should continue to expect a call this week or has the organization/client decided to go in another direction.

Thanks in advance!

Kiesha D. Lewis

**From:** stella <stella@technogeninc.com>
**Sent:** Tuesday, October 2, 2018 9:19 AM
**To:** 'Kiesha Lewis'
**Subject:** RE: Organizational Change Management Consultant

That's great ,I am going to submit this certificate aswell

---

**From:** Kiesha Lewis [mailto:kieshalewis@hotmail.com]
**Sent:** Tuesday, October 02, 2018 6:26 AM
**To:** stella
**Subject:** Re: Organizational Change Management Consultant

Hi Stella - I was able to locate my Lean Six Sigma information, it is attached.

Kiesha D. Lewis

---

**From:** stella <stella@technogeninc.com>
**Sent:** Monday, October 1, 2018 12:37 PM

**To:** 'Kiesha Lewis'
**Subject:** RE: Organizational Change Management Consultant

Hi lewis,

You can expect a call by this week.

**From:** Kiesha Lewis [mailto:kieshalewis@hotmail.com]
**Sent:** Monday, October 01, 2018 10:03 PM
**To:** stella
**Subject:** Re: Organizational Change Management Consultant

Hello Stella,

Quick question, when should I expect the call from your management?

Get Outlook for Android

**From:** stella <stella@technogeninc.com>
**Sent:** Friday, September 28, 2018 5:01:09 PM
**To:** 'Kiesha Lewis'
**Subject:** RE: Organizational Change Management Consultant

Firstly,You will get the call from my manager.after that,the interview details is revealed

**From:** Kiesha Lewis [mailto:kieshalewis@hotmail.com]
**Sent:** Saturday, September 29, 2018 2:29 AM
**To:** stella
**Subject:** Re: Organizational Change Management Consultant

Hello,

ok. The call on Monday will be to schedule an interview?

**From:** stella <stella@technogeninc.com>
**Sent:** Friday, September 28, 2018 4:52 PM
**To:** 'Kiesha Lewis'
**Subject:** RE: Organizational Change Management Consultant

Hi lewis,

Sorry,please ignore that mail.i have submitted your profile to the client.you will get the call on Monday.

**From:** Kiesha Lewis [mailto:kieshalewis@hotmail.com]
**Sent:** Saturday, September 29, 2018 2:17 AM
**To:** stella
**Subject:** Re: Organizational Change Management Consultant

Hello - Did you need me to update this document?

**From:** stella <stella@technogeninc.com>
**Sent:** Friday, September 28, 2018 2:53 PM
**To:** kieshalewis@hotmail.com
**Subject:** Organizational Change Management Consultant

Hi lewis,

Please mention the name of the candidate and position title.


**Thanks & Regards,**
**Stella ||Talent Aquicistion specialist**



4229 Lafayette Center Dr, Suite 1880,
Chantilly, VA 20151
**Phone: 703-565-2313|Fax: 703-991-5645**
**Email:** stella@technogeninc.com | **Web: www.technogeninc.com**

Disclaimer: The information contained in this e-mail and any accompanying documents is confidential, may be privileged, and is intended solely for the person and/or entity to whom it is addressed and is a property of TechnoGen, INC (Formerly, Syscom Technologies Inc.) Unauthorized review, use, disclosure, or copying of this communication, or any part thereof, is strictly prohibited and may be unlawful. If you have received this e-mail in error, please return the e-mail and attachments to the sender and delete the e-mail and attachments and any copy from your system. To be removed from our mailing list please click on "REMOVE" with your email address in the body, include complete e-mail address and/or domain/ aliases to be removed.

## Re: Fw: MD THINK Project Representation

### Sue Howells -DoIT- <sue.howells1@maryland.gov>

Mon 10/22/2018 11:14 AM

**To:** Subi Muniasamy -DHS- SSC <subi.muniasamy@maryland.gov>
**Cc:** kieshalewis@hotmail.com <kieshalewis@hotmail.com>

Ms. Lewis,

I am looking into this matter and will get back to you shortly.

Sue Howells

On Mon, Oct 22, 2018 at 10:55 AM, Subi Muniasamy -DHS- SSC <subi.muniasamy@maryland.gov> wrote:

> Kiesha,
>
> Thanks for reaching out to me. I am adding my procurement contact, who can help on this matter.
>
> Sue - Can you please look into this matter ?
>
>
> --
> Regards
> Subi



**Subramanian Muniasamy**
Chief Technology Officer
**Department of Human Services**
Mobile: +1 443 845-8427
Email: Subi.Muniasamy@Maryland.Gov

*For scheduling, please contact*

*Annie Dell at* Annie.Dell@maryland.gov
*Work: 410-412-7582 | Cell: 443-800-1058*

On Mon, Oct 22, 2018 at 9:08 AM Kiesha Lewis <kieshalewis@hotmail.com> wrote:
> Good Morning Mr. Muniasamy,
>
> My name is Kiesha D. Lewis and I was referred to you by Mr. Sini Jacob as someone who could possible assist me with an issue/problem I am having. On September 28, 2018, I signed with an local company to represent me for a contracting position supporting the MD THINK project. When the company submitted my name as a possible resource, they were told that I was already being represented by another company, however, the name of this other organization was withheld. I

have not and did not authorize any other organization to represent me and hearing this information is very concerning to me because an unauthorized organization is using my name and credentials without my knowledge or consent. How would I research this issue and learn the name of this organization?

Thank you very much in advance for your time and consideration in this matter!

Kiesha D. Lewis

**From:** Sini Jacob -DoIT- <sini.jacob@maryland.gov>
**Sent:** Monday, October 22, 2018 8:32 AM
**To:** kieshalewis@hotmail.com
**Cc:** Dave DelGaudio -DoIT-
**Subject:** Re: MD THINK Project Representation

Hi Kiesha,

Please reach out to Subi Muniasamy at the Department of Human Services who manages the MDTHINK project. He can be reached at subi.muniasamy@maryland.gov.

Kind regards,



CHANGING
Maryland
*for the Better*

DoIT
Online





Sini Jacob
Asst. Director of Procurement | ITPO
Dept. of Information Technology
100
 Community Place
Suite 2.333
Crownsville, MD 21032
410-697-9677 O
sini.jacob@maryland.gov

On Thu, Oct 18, 2018 at 2:48 PM Kiesha Lewis <kieshalewis@hotmail.com> wrote:
Good Afternoon,

My name is Kiesha D. Lewis. I am contacting both of you to request your assistance with a representation issue. Recently, I signed with an local company to represent me for a contracting position supporting the MD THINK project. When the company submitted my name as a possible resource, they were told that I was already being represented by another company, however, the name of this other organization was withheld. I have not and did not authorize any other organization to represent me and hearing this information is very concerning to me because an unauthorized organization is using my name and credentials without my knowledge or consent. How would I research this issue and learn the name of this organization?

Thank you very much in advance for your time and consideration in this matter!

Kiesha D. Lewis

~~~~~~~~~~~
Click here to complete a short customer satisfaction survey.
~~~~~~~~~~~

ATTENTION: This e-mail (including any attachment) may contain proprietary, legally privileged and/or confidential information. This e-mail is intended solely for the use of the person(s) to which it is addressed. If you are not an intended recipient, or the employee or agent responsible for delivery of this e-mail to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this message in error, please immediately notify the sender and permanently delete this e-mail and any copies.

--
Susan Howells
Procurement
Department of Information Technology
Office - 410-697-9672
Cell - 410-428-2950

Kiesha D. Lewis
Touhy Request of Department of the Treasury
Page 1

May 7, 2019

TOUHY REQUEST FOR RECORD PRODUCTION AND EMPLOYEE WRITTEN RESPONSE

VIA Electronic Mail (EMAIL)
Brian J. Sonfield
Assistant General Counsel
General Law, Ethics and Regulation | Department of the Treasury
1500 Pennsylvania Ave, NW | Washington, DC 20220
202.622.9804 | brian.sonfield@treasury.gov
Re:  Treasury Human Resources practices pertaining to IRS Employee Candidates

Mr. Sonfield:

In response to my previous FOIA request, this letter serves as a Touhy Request of the Department of the Treasury (Treasury) pursuant to 31 CFR § 1.11 - Testimony or the production of records in a court or other proceeding, requesting that the Treasury provide me with the **NONREDACTED** System Audit Trail (also known as the 'System Audit Log') information for the HR Connect system for Kiesha Danielle Lewis for the time period of July 1, 2017 to November 13, 2017 and that Treasury management provide detailed written responses detailing the relationships between the Treasury organization and the IRS IT organization and the Treasury's Human Resources (HR) policies and practices within the IT organization.

### Background

I am a former IRS employee.  While employed in the IRS IT organization, I had several questionable experiences with IRS management in my quest to obtain employment both internal and external to the IRS.  I have also noticed FOUR QUESTIONABLE entries in my HR Connect record.  Therefore, I am requesting to be provided with nonredacted HR Connect System Log Records and written responses from Treasury management to determine Treasury's policy in handling IRS employment candidates and to obtain information pertaining to my HR Connect file.  I also have an open court case with the Merit System Protection Board (MSPB), DC-1221-19-0365-W-1; I am including a copy of the original complaint I filed with the MSPB.

### Treasury Request for Production of Documents

I request to be provided with any and all emails, text messages, screenshots, and documents related to the nonredacted System Audit Trail (also known as the 'System Audit Log') information for the HR Connect system records for Kiesha Danielle Lewis for the time period of July 1, 2017 to November 13, 2017. Treasury is the system owner for the HR Connect system and as such has access to these records.

For the System Logs, this information should include ALL actions, that is the series of system activities (by the system and application processes) and the records of computer events and user activities, related to Kiesha Danielle Lewis, including the person initiating and/or executing the action.

### Treasury Management Requested Written Response

P.O. Box 697, Bowie, MD 20716
Tel: (240) 346-8398, Email: kieshalewis@hotmail.com

Kiesha D. Lewis
Touhy Request of Department of the Treasury
Page 2

Treasury Managers are the employees who have knowledge of this phenomena and can provide written responses to the following questions:

(1) Identify all persons answering or supplying information used in answering these questions.

(2) Identify all persons within the Treasury Organization who had discussions with the IRS CIO Office Staff and Direct Reports (CIO Office Staff and Direct Reports means the Chief Information Officer (CIO - Ms. Gina Garza), the Deputy CIOs (e.g. Ms. Marla Sommerville), ACIOs (e.g. Ms. Linda Gilpin), IT Executives (e.g. Ms. Ramona Henby), IT Sr. Manager, Mr. Kevin McCreight, and the Executive Assistants (EAs), Senior Advisers, Staff Assistants (SAs) and Secretaries for that support the CIO, Deputy CIOs, and ACIOs and any and all of its agents, representatives, employees, servants, consultants, contractors, subcontractors, investigators, attorneys, and any other persons or entities acting or purporting to act on behalf of the CIO Office) pertaining to Kiesha D. Lewis' resume or hiring the Kiesha D. Lewis for positions within the Treasury.

(3) Identify all persons within the Treasury Organization who had discussions with the IRS CIO Office Staff and Direct Reports (CIO Office Staff and Direct Reports means the Chief Information Officer (CIO - Ms. Gina Garza), the Deputy CIOs (e.g. Ms. Marla Sommerville), ACIOs (e.g. Ms. Linda Gilpin), IT Executives (e.g. Ms. Ramona Henby), IT Sr. Manager, Mr. Kevin McCreight, and the Executive Assistants (EAs), Senior Advisers, Staff Assistants (SAs) and Secretaries for that support the CIO, Deputy CIOs, and ACIOs and any and all of its agents, representatives, employees, servants, consultants, contractors, subcontractors, investigators, attorneys, and any other persons or entities acting or purporting to act on behalf of the CIO Office) pertaining to Kiesha D. Lewis' HR Connect records.

(4) During the past four years (April 2015 – April 2019), has the Treasury Organization had discussions with the IRS CIO Office Staff and Direct Reports where the Treasury was told or suggested that an IRS employee was identified as a critical employee and therefore received more scrutiny when attempting to move to other employment opportunities.

(5) During the past four years (April 2015 – April 2019), has the Treasury Organization had discussions with the IRS CIO Office Staff and Direct Reports where the Treasury was told or suggested that that there was a pending personnel action for an IRS employee.

(6) During the past four years (April 2015 – April 2019), has the Treasury Organization had discussions with the IRS CIO Office Staff and Direct Reports where the Treasury was told that an

Kiesha D. Lewis
Touhy Request of Department of the Treasury
Page 3

    IRS employee was part of the IRS succession plan when contacted to prevent that IRS employee from being hired by the Treasury.

(7) Identify all individuals who had input into the decision to deny providing the unredacted HR Connect file information to Kiesha D. Lewis.

(8) There are four entries into Kiesha D. Lewis' HR Connect record for the timeframe July 1, 2017 to October 12, 2017.  For these entries:

    a.  Identify the person making the entry;

    b.  Identify and describe the action being executed by each individual;

    c.  Describe what information was entered by each individual; and

    d.  State whether the entries entered in during this timeframe differ from what was entered after October 12, 2017.

I request a collective written response from Treasury Management, a response that reflects each individuals experience, meaning if one person is aware or has experienced any of the previous actions, that response should be provided.  I am not requesting the names of any of employees that may have been impacted by these actions.  However, for each IRS employee identified, OPM specifically MR. Mark Lambert, the Associate Director for Merit System Accountability & Compliance, should be notified. His contact information is provided below:

    1900 E St, NW Room 6484K
    Washington, DC 20415
    (Ph) 202-606-2980
    (Fax) 202-606-0557
    Email: Mark.Lambert@opm.gov

**Treasury Management's Responses is Not Available from Another Source**
Treasury is the documented system owner for the HR Connect System and as such has access to the system log and system activity history.

A search of Treasury's website does not provide this information.  Moreover, unless each interaction with IRS IT management was documented and filed, it will not be available by reviewing meeting minutes. This information can only be obtained by direct questioning of Treasury Management through either through oral or written responses and is not available from any other source.

Treasury has not issued any official records that contain the information that I am requesting from Treasury Management.

**This Touhy Request complies with 31 CFR § 1.11 - Testimony or the production of records in a court or other proceeding**

As explained above, Treasury HR Connect System Administrators and Treasury Management are the only known source of the information that I am requesting. This information does not implicate national

Kiesha D. Lewis
Touhy Request of Department of the Treasury
Page 4

security or privacy concerns in any fashion and is consistent with the goals of the Freedom of
Information Act.

Treasury HR Connect System Administrators and Treasury Management written response to these
questions, provided in written form, does not impede the Treasury's ability to conduct its official
business, create an undue burden, ask that the Treasury assist private interests or be less than impartial.
It also does not provide any negative cumulative effect of granting similar requests. Rather, Treasury's
responses will bring clarity the relationships and Human Resource practices and policies between IRS IT
Management and Treasury.

**Kiesha D. Lewis Will Reimburse the Bureau for its Costs for this Request up to $100.00**

This Touhy Request is made on my behalf, and I agree to submit a check for costs to the Treasury if this
request is granted.

Thank you for your consideration of this request. Please contact me directly to discuss this request or if
you need any additional information. I look forward to hearing from you soon.

Kiesha D. Lewis
Former IRS Employee

Enclosure:
Kiesha D. Lewis' Submitted MSPB Complaint

Treasury Touhy Request

Kiesha Lewis <kieshalewis@hotmail.com>
Tue 5/7/2019 9:34 PM
To: Brian.Sonfield@treasury.gov <Brian.Sonfield@treasury.gov>
Cc: Kiesha Lewis <kieshalewis@hotmail.com>

Hello Mr. Sonfield,

Enclosed is my Touhy request for document production and written response from Treasury employees.

Please feel free to contact me with any questions or comments.

Kiesha D. Lewis
kieshalewis@hotmail.com

---

From: Brian.Sonfield@treasury.gov <Brian.Sonfield@treasury.gov>
Sent: Monday, May 6, 2019 3:37 PM
To: kieshalewis@hotmail.com
Subject: RE: Non-redacted Document Request

Hi Ms. Lewis.  If you wish to file a new FOIA request with Treasury, you can do so.  However, if the Treasury FOIA office made appropriate redactions previously, its analysis would not change due to the fact that you now have an MSPB case.  If you think that you are entitled to additional information due to your MSPB case, the best way to obtain it would be through discovery to IRS in that case.

From: Kiesha Lewis <kieshalewis@hotmail.com>
Sent: Monday, May 6, 2019 3:07 PM
To: Sonfield, Brian <Brian.Sonfield@treasury.gov>
Subject: Re: Non-redacted Document Request

Hi Mr. Sonfield,

I have submitted a Discovery Request to IRS.  However, I am requesting this information from Treasury, not IRS.  I obtained the redacted information from Treasury (not the IRS) via the FIOA process and now that I have a court case number am requesting the unredacted version of this information.  Is there another method by which I request the unredacted information from Treasury, especially since HR Connect IS a Treasury system?

Thanks in advance!

Kiesha D. Lewis
kieshalewis@hotmail.com

---

From: Brian.Sonfield@treasury.gov <Brian.Sonfield@treasury.gov>
Sent: Monday, May 6, 2019 2:28 PM
To: kieshalewis@hotmail.com
Subject: RE: Non-redacted Document Request

Hello Ms. Lewis. It appears that you are asking for discovery in connection with an MSPB matter.  I forwarded your inquiry to IRS counsel's office, and I have been informed that you should reach out to Byron Smalley or Mark Wines regarding the matter.  Thanks.

Brian I. Sonfield
Assistant General Counsel
General Law, Ethics and Regulation | Department of the Treasury
1500 Pennsylvania Ave, NW | Washington, DC 20220
202.622.9804 | brian.sonfield@treasury.gov

From: Kiesha Lewis <kieshalewis@hotmail.com>
Sent: Sunday, May 5, 2019 5:08 PM
To: Sonfield, Brian <Brian.Sonfield@treasury.gov>
Cc: Kiesha Lewis <kieshalewis@hotmail.com>
Subject: Re: Non-redacted Document Request

Hello Mr. Sonfield,

I wanted to follow-up on my request because I have not had a response to date. How do I obtain this information for Treasury?

Thanks in advance!

Kiesha D. Lewis
kieshalewis@hotmail.com

---

From: Kiesha Lewis <kieshalewis@hotmail.com>
Sent: Friday, April 19, 2019 3:51 PM
To: Brian.Sonfield@treasury.gov
Subject: Non-redacted Document Request

Good Afternoon Mr. Sonfield,

I am contacting you to fulfill a document request. In 2017, I contacted the Treasury FOIA department, for a FOIA request, FOIA Case # 2017-11-151. The request was partially fulfilled; what I was provided was not complete and it was redacted - I was provided what I could be provided under the FOIA rules and regulations.

Today, I have a MSPB case, Docket No.  DC-1221-19-0365-W-1, which entitles me to be able to obtain my performance information in full and in a non-redacted form. As such, I am providing my document request below.  I am also enclosing a copy of my original complaint that I filed on MSPB.

Please feel free to contact me if I can provide any additional information to assist you with completing this request.

Thanks in advance!

Kiesha D. Lewis
kieshalewis@hotmail.com

Document Request
I request that a copy of the following documents be provided to me; the Non-REDACTED System Audit Trail (also known as the 'System Audit Log') information for the HR Connect system and IT HRB emails and reports for Kiesha Danielle Lewis, SEID 0D7NB, for the time period of September 1, 2017 to November 13, 2017.

For the System Logs, this information should include ALL actions, that is the series of system activities (by the system and application processes) and the records of computer events and user activities, related to Kiesha Danielle Lewis, including the person executing the action.

Exhibit K:

IRS Taxpayer Advocate Service

Kiesha Lewis <kieshalewis@hotmail.com>

Tue 11/28/2017 12:7 PM

To: edi.civil.rights.division@irs.gov <edi.civil.rights.division@irs.gov>; Complaints@tigta.treas.gov <Complaints@tigta.treas.gov>

Cc: Lia.Colbert@irs.gov <Lia.Colbert@irs.gov>; Bridget.Roberts@irs.gov <Bridget.Roberts@irs.gov>; Kiesha Lewis <kieshalewis@hotmail.com>

Hello Everyone,

My name is Kiesha D. Lewis, a former IRS employee, a whistle-blower and I am contacting your office to report what I perceive to be both a perversion and exploitation of the federal income tax system.  Starting in November 2017, I reported management activities that I perceived to be illegal, unethical, a violation of established IRS policy, or not in the IRS' best interest. Such activities include over obligating the federal government by requesting that a contractor perform duties that the project did not have the funding to pay for (e.g. violating the Anti-deficiency Act), to include providing information to the Treasury Inspector General and Congress. Since reporting this misconduct, I have experienced various acts of retaliation from senior IRS management officials. I believe that this retaliation has now crossed over into the income tax processing function of the IRS.

Therefore I am contacting each of your organizations to ask for assistance in researching and investigating this matter.  This investigation should include determining what happened with my fresh start application, the timeline of the garnishment notification, and a determination of if there was any outside influence/interest in my individual tax case, to include a complete investigation into who has accessed my tax account and any 'markers', 'flags', or 'indicators' that may have been placed on my account.

To assist with this investigation, I am including applicable supporting documentation. If I can provide any additional information, please feel to contact me.

V/R,

Kiesha D. Lewis
kieshalewis@hotmail.com
(240) 346-8398

CC: IRS Taxpayer Advocate Service, Baltimore

## Your parcel has been delivered

iShip_Services@iship.com <iShip_Services@iship.com>

Sun 9/29/2019 1:16 AM

**To:** kieshalewis@hotmail.com <kieshalewis@hotmail.com>

Your parcel has been delivered

Join our email program to receive exclusive offers and resources



## Your parcel has been delivered

The parcel to **Department of the Treasurey-IRS** has been delivered.

## Your shipment information

Who sent it...
**KIESHA D. LEWIS**

(Sender's street address omitted
intentionally from this email)
**Bowie, MD 20721**

Who will receive it...
**Department of the Treasurey-IRS**

(Recipient's street address omitted
intentionally from this email)
**ANDOVER, MA 01810-5430 US**
**Sat 28 Sep 2019 10:23 AM**

Who is carrying it...
**The UPS Store #6293**
**301-583-1360**

Carrier detail...
**USPS First Class Package
Service**

Tracking details...
Tracking No.:
**9400110200881139802726**
Shipment ID: **MMQKMKSR94YZ3**
Order / Item #: **--**
Reference #: **--**

Ship date
**Thursday, September 26, 2019**

Delivery date...
**Sat 28 Sep 2019 10:23 AM**

## Tracking your item

To get complete tracking information, click the following link:

**https://iship.com/trackit/track.aspx?
t=1&Track=MMQKMKSR94YZ3&src=_e**

## Have a question?

For any queries about this shipment, please contact **USPS** directly at **1-800-ASK-USPS (1-800-275-8777)**, and have your tracking number ready.

## Great offers, direct to your inbox

At The UPS Store®, we do all we can to help our customers stay one step ahead. Join our email program today and we'll regularly send great offers and resources direct to your inbox - so you can make more of your time and money.

Sign up now

DO NOT REPLY DIRECTLY TO THIS EMAIL

The UPS Store

On-Line manifesting and tracking technologies powered by iShip(r). Shipping Insight.(r)

Saturday, September 28, 2019 10:16 PM Pacific Daylight Time

Exhibit L:

Fw: Retaliation in the form of a Human Resource Management Adverse Action

Kiesha Lewis <kieshalewis@hotmail.com>

Mon 3/19/2018 11:11 PM

To: baltimore@ic.fbi.gov <baltimore@ic.fbi.gov>

Cc: Kiesha Lewis <kieshalewis@hotmail.com>

Hello,

I am forwarding this email to the FBI to request that an investigation be launched into the TIGTA organization.

As stated below, I submitted an on-line complaint on November 16, 2017. One of the attachments show that my submission was sucessful. Moreover, the IG office for Treasury also submitted this information to TIGTA for them to investigate.

However, when I spoke with an investigator today, at 7:20 PM EST, I was told that there was NO record of either my submission or the submission provided by the IG's office. This is EXTREMLY troubling to me. How can two submissions, from two entirely different entities just disappear?

Kiesha D. Lewis
kieshalewis@hotmail.com

From: Kiesha Lewis <kieshalewis@hotmail.com>
Sent: Sunday, February 25, 2018 2:04 PM
To: Michele.Mackin@gao.gov; contact@gao.gov; spel@gao.gov; fraudnet@gao.gov; ContactOGE@oge.gov; Dale.Christopher@oge.gov; David.Apol@oge.gov; Shelley.Finlayson@oge.gov; cigie.information@cigie.gov; dc.outreach@usdoj.gov; Andrew.Vale@fbi.gov
Cc: WhistleblowerProtection@tigta.treas.gov; TIGTA-webmaster@tigta.treas.gov; Russell.George@tigta.treas.gov; OIGCounsel@oig.treas.gov; James.Jackson@tigta.treas.gov; kieshalewis@hotmail.com
Subject: Retaliation in the form of a Human Resource Management Adverse Action

Hello,

My name is Kiesha D. Lewis and I am contacting your office in hopes that you can assist me with a concern that I raised with the IRS and several other agencies.

On November 16, 2017, I submitted the attached email and memo to IRS management, the IG office, and OPM. I received the attached message from the IG office, and contacted TIGTA myself, see attached submission form. However, to date, I have yet to receive anything from TIGTA, not even a case number. Moreover, when I attempted to follow up with IG, I received no response.

Please let me know what other measures I should take to have my concern addressed.

Thank you in advance for your time and attention to this matter!

Kiesha D. Lewis
kieshalewis@hotmail.com

Retaliation in the form of a Human Resource Management Adverse Action

Kiesha Lewis <kieshalewis@hotmail.com>

Tue 11/21/2018 3:14 PM

To: Michele Mackin@gao.gov <Michele.Mackin@gao.gov>; contact@gao.gov <contact@gao.gov>; spel@gao.gov <spel@gao.gov>; fraudnet@gao.gov <fraudnet@gao.gov>; ContactOGE@oge.gov <ContactOGE@oge.gov>; Dale.Christopher@oge.gov <Dale.Christopher@oge.gov>; David.Apol@oge.gov <David.Apol@oge.gov>; Shelley.Finlayson@oge.gov <Shelley.Finlayson@oge.gov>; cigie.information@cigie.gov <cigie.information@cigie.gov>; dc.outreach@usdoj.gov <dc.outreach@usdoj.gov>; Andrew.Vale@fbi.gov <Andrew.Vale@fbi.gov>

Cc: WhistleblowerProtection@tigta.treas.gov <WhistleblowerProtection@tigta.treas.gov>; TIGTA-webmaster@tigta.treas.gov <TIGTA-webmaster@tigta.treas.gov>; Russell.George@tigta.treas.gov <Russell.George@tigta.treas.gov>; OIGCounsel@oig.treas.gov <OIGCounsel@oig.treas.gov>; James.Jackson@tigta.treas.gov <James.Jackson@tigta.treas.gov>; kieshalewis@hotmail.com <kieshalewis@hotmail.com>

Hello,

My name is Kiesha D. Lewis and I am contacting your office in hopes that you can assist me with a concern that I raised with the IRS and several other agencies.

On November 16, 2017, I submitted the attached email and memo to IRS management, the IG office, and OPM. I received the attached message from the IG office, and contacted TIGTA myself, see attached submission form. However, to date, I have yet to receive anything from TIGTA, not even a case number. Moreover, when I attempted to follow up with IG, I received no response.

Please let me know what other measures I should take to have my concern addressed.

Thank you in advance for your time and attention to this matter!

Kiesha D. Lewis
kieshalewis@hotmail.com

Re: Retaliation in the form of a Human Resource Management Adverse Action

Kiesha Lewis <kieshalewis@hotmail.com>
Tue 1/9/2018 10:29 PM
To: OIGCounsel <OIGCounsel@oig.treas.gov>

Hello Mr. Altemus,

I have yet to hear from TIGTA in reference to memo.  Did they provide you with a case number? Or do you have a POC with whom I can follow-up?

Thanks in advance for any assistance you can provide!

Kiesha D. Lewis
kieshalewis@hotmail.com

---

**From:** OIGCounsel <OIGCounsel@oig.treas.gov>
**Sent:** Thursday, November 16, 2017 12:43 PM
**To:** 'Kiesha Lewis'
**Subject:** RE: Retaliation in the form of a Human Resource Management Adverse Action

Dear Ms. Lewis:

We do not have jurisdiction over IRS matters. We have forwarded your complaint to the Treasury Inspector General for Tax Administration

Sincerely,

AJ Altemus

Office of Counsel

**From:** Kiesha Lewis [mailto:kieshalewis@hotmail.com]
**Sent:** Thursday, November 16, 2017 12:35 PM
**To:** Jeff.Tribiano@irs.gov; Ursula.Gillis@irs.gov; plr@opm.gov; perform-mgmt@opm.gov; mspb@mspb.gov; ppp@osc.gov; OIGCounsel <OIGCounsel@oig.treas.gov>; Julie.A.Tolle@irs.gov
**Cc:** Kiesha Lewis <kieshalewis@hotmail.com>
**Subject:** Retaliation in the form of a Human Resource Management Adverse Action

Please see the attached memorandum to formally dispute the Fiscal Year 2017 End of Year Performance Appraisal assessment provided by my supervisor on record Kevin McCreight.

Kiesha D. Lewis
kieshalewis@hotmail.com

RE: Retaliation in the form of a Human Resource Management Adverse Action

OIGCounsel <OIGCounsel@oig.treas.gov>

Mon 2/26/2018 8:26 AM

To: 'Kiesha Lewis' <kieshalewis@hotmail.com>

Cc: 'complaints@tigta.gov' <complaints@tigta.gov>

Dear Ms. Lewis:

Although your complaint was forwarded to TIGTA, we cannot advise you as to the status. We forwarded it to TIGTA because we have no jurisdiction over IRS matters. We recommend you contact that Office directly.

Sincerely,

AJ Altemus

Office of Counsel

**From:** Kiesha Lewis [mailto:kieshalewis@hotmail.com]
**Sent:** Sunday, February 25, 2018 2:04 PM
**To:** Michele.Mackin@gao.gov; contact@gao.gov; spel@gao.gov; fraudnet@gao.gov; ContactOGE@oge.gov; Dale.Christopher@oge.gov; David.Apol@oge.gov; Shelley.Finlayson@oge.gov; cigie.information@cigie.gov; dc.outreach@usdoj.gov; Andrew.Vale@fbi.gov
**Cc:** WhistleblowerProtection@tigta.treas.gov; TIGTA-webmaster@tigta.treas.gov; Russell.George@tigta.treas.gov; OIGCounsel <OIGCounsel@oig.treas.gov>; James.Jackson@tigta.treas.gov; Kiesha Lewis <kieshalewis@hotmail.com>
**Subject:** Retaliation in the form of a Human Resource Management Adverse Action

Hello,

My name is Kiesha D. Lewis and I am contacting your office in hopes that you can assist me with a concern that I raised with the IRS and several other agencies.

On November 16, 2017, I submitted the attached email and memo to IRS management, the IG office, and OPM.  I received the attached message from the IG office, and contacted TIGTA myself, see attached submission form. However, to date, I have yet to receive anything from TIGTA, not even a case number. Moreover, when I attempted to follow up with IG, I received no response.

Please let me know what other measures I should take to have my concern addressed.

Thank you in advance  for your time and attention to this matter!

Kiesha D. Lewis
kieshalewis@hotmail.com

RE: TIGTA Question

Austin Andrew V TIGTA <Andrew.Austin@tigta.treas.gov>
Mon 2/26/2018 12:44 PM
To: Kiesha Lewis <kieshalewis@hotmail.com>
Sure — You can call me around 7 EST.

I'll talk with you then.

**From:** Kiesha Lewis [mailto:kieshalewis@hotmail.com]
**Sent:** Monday, February 26, 2018 10:33 AM
**To:** Austin Andrew V TIGTA <Andrew.Austin@tigta.treas.gov>
**Subject:** Re: TIGTA Question

Hello Andrew,

Yes. Unfortunately, I'm in meetings all afternoon and I have a Dr appt this evening.

Is it possible for me to call you around 7 or 730 this evening?

Get Outlook for Android

**From:** Austin Andrew V TIGTA <Andrew.Austin@tigta.treas.gov>
**Sent:** Monday, February 26, 2018 11:48:22 AM
**To:** kieshalewis@hotmail.com
**Subject:** TIGTA Question

Greetings –

Is there a time you can call me regarding your TIGTA complaint?
Feel free to contact me at 801-391-3078.

Respectfully,
*Andrew Austin*
*Special Agent*
*Treasury I.G. for Tax Administration*
*Desk (801) 622-8587*
*Cell (801) 391-3078*
*Fax (801) 622-8584*

http://www.tigta.gov/
**Treasury Inspector General**
for Tax Administration

**Printed on Thursday, Nov 16, 2017**

Home    About TIGTA    Audit    Investigations    Inspections & Evaluations    Publications    Careers    Contact



► **LATEST IRS IMPERSONATION SCAM UPDATE: Do not use iTunes Gift Cards to pay your taxes...** learn more.
► If you believe you have been a victim of an IRS Impersonation Scam, contact us.
► View this Public Service Announcement video.
► Downloadable IRS Scam Files: Warning Flyer, 5X8 Poster & 11X17 Poster.
► TIGTA partners with the Department of Justice's Elder Justice Initiative, view webinar.

## Report Form Confirmation

We appreciate you taking the time to provide information that will assist us in improving and strengthening the Internal Revenue Service. The information you provided has been sent to our Complaints Unit via e-mail.

Thank you for your assistance,
TIGTA Complaints Unit

Privacy Policy | Google Privacy | Accessibility | Site Index

Last Updated: March 27, 2014

Exhibit M:

Re: [icam@gsa] Fwd: Treasury/IRS HSPD12/PIV Process

Matthew Arnold - M1EI <matthew.arnold@gsa.gov>
Tue 5/7/2019 8:59 AM
To: Kiesha Lewis <kieshalewis@hotmail.com>
Cc: Darlene Gore (QTGBAC) <darlene.gore@gsa.gov>; Jamie Moloney <James.Moloney@treasury.gov>

Ms. Lewis,

I have forwarded your questions to Mrs. Darlene Gore. She is the program manager for USAccess at GSA. DHS does not play in the issuance of PIV credentials for Treasury. Mr. Jamie Moloney is the head of the PIV issuing organization within Treasury.

Matt

Matthew Arnold
703-254-6750 (cell)
matthew.arnold@gsa.gov

On Tue, May 7, 2019 at 8:50 AM Kiesha Lewis <kieshalewis@hotmail.com> wrote:
Good Morning,

I am contacting your organization because I am having challenges obtaining response to my questions. Can you tell me who in GSA and DHS is responsible for the overall management of the HSPD 12 and PIV card process. Also, I need to know who I should contact if I believe the process has been compromised and/or manipulated to retaliate against current or former employees.

Thanks in advance for your time and attention to this matter!

Kiesha D. Lewis
Kieshalewis@hotmail.com

Sent from my iPad

Begin forwarded message:

> From: Kiesha Lewis <kieshalewis@hotmail.com>
> Date: May 5, 2019 at 4:54:59 PM EDT
> To: "sheila.dawson@gsa.gov" <sheila.dawson@gsa.gov>, "fedidcard@gsa.gov" <fedidcard@gsa.gov>, "james.moloney@treasury.gov" <james.moloney@treasury.gov>, "Amy.L.Albee-Johnson@irs.gov" <Amy.L.Albee-Johnson@irs.gov>
> Cc: "kieshalewis@hotmail.com" <kieshalewis@hotmail.com>
> Subject: Re: Treasury/IRS HSPD12/PIV Process

Good morning everyone,

I just wanted to follow-up on this request because I have not had a response. If none of you are the correct people to ask, please provide me with the person or agency I should contact.

Thanks in advance!

From: Kiesha Lewis <kieshalewis@hotmail.com>
Sent: Thursday, April 25, 2019 11:12 PM
To: sheila.dawson@gsa.gov; fedidcard@gsa.gov; james.moloney@treasury.gov; Amy.L.Albee-Johnson@irs.gov
Cc: Kiesha Lewis
Subject: Fw: Treasury/IRS HSPD12/PIV Process

Hello Everyone,

I wanted to follow-up concerning the HSPD12/PIV issues I experienced.

I have a few follow-up questions/concerns.

- I needed to know if this issue has been completely resolved?
- I need to know what steps were taken to resolve the situation and obtain screenshots or a copy of the report showing what was done to resolve the problem.
- Could an active IRS email account, Kiesha.D.Lewis@irs.gov contribute to this PIV issue (I recently learned that my IRS email account was never deactivated as it should have been when I resigned October 2017)
- (Sheila) I am requesting the USAccess ticket numbers and corresponding reports that BEP entered pertaining to this issue on my behalf.

Lastly, I am still having a few issues pertaining to my PIV card. On occasion, when I attempt to leave, my card will not work and the guards who are researching the issue will receive an error message saying that my "credentials can not be found." Approx. 10-15 mins later or the next day, the situation has resolved itself without any further action; I am researching why this is occurring. On BEP's end, there is nothing they can do because when they check the system; they receive the error message that I quoted earlier and once the situation is elevated, the error message goes away and the situation resolves itself without anyone doing anything.

Please feel free to reach out to me if I can provide any additional information or if there are other people with whom I need to speak to obtain this information.

Thanks in advance for your assistance in this matter!

Kiesha D. Lewis
kieshalewis@hotmail.com

From: Kiesha Lewis <kieshalewis@hotmail.com>
Sent: Thursday, January 17, 2019 8:48 PM
To: james.moloney@treasury.gov; Amy.L.Albee-Johnson@irs.gov
Cc: Kiesha Lewis
Subject: Treasury/IRS HSPD12/PIV Process

Good Evening Mr. Moloney, Ms. Albee-Johnson,

My name Kiesha D. Lewis and I am contacting both of your offices to request information pertaining to the process that both the IRS and Treasury use pertaining to the implementation of HSPD12/PIV. I was a former IRS employee (I left the agency in 2017) and am currently a contract employee with the Bureau of Engraving and Printing (BEP). However, BEP has been having problems getting my PIV credentials transferred from the IRS to BEP; whenever BEP attempts to activate my PIV credentials they obtain an error message. BEP has contacted the GSA USAccess twice concerning this matter, to which they have been told that Treasury was going to remove the PIV credentials from the IRS, transfer them to Treasury and then transfer to BEP.

Therefore, I am reaching out to both of you in hopes of learning what the standard process is pertaining to PIV credentials, especially when an employee leaves an agency. I would also like to know what the process is for transferring those PIV credentials to another government agency, if and when that individual decides to accept employment with another agency and the time-frame to complete each of these tasks/actions.

Thank you very much for your time and attention to this matter!

Kiesha D. Lewis
kiesha.lewis@hotmail.com

Re: Retaliation in the form of a Human Resource Management Adverse Action

Kiesha Lewis <kieshalewis@hotmail.com>

Thu, 7/26/2019 9:06 PM

To: baltimore@ic.fbi.gov <baltimore@ic.fbi.gov>

Cc: Kiesha Lewis <kieshalewis@hotmail.com>

Hello - I wanted to make you aware of the continued retaliation I am receiving from the IRS. As I previously stated, in October 2017, I resigned from the IRS. In November 2017, I reported the retaliation I suffered from my then manager of record Kevin McCreight. Since reporting this behavior, I have been subjected to retaliation tactics from the management within the IRS organization. The latest of these actions has been IRS abusing and misusing the presidentially mandated HSPD 12/PIV credentialing system. The IRS has chosen to "freeze" my PIV account under the IRS; attempting to permanently associate me with the IRS even though I ended my association with the agency in 2017. This action taken by the IRS is blocking my ability to obtain/maintain employment with any other agency because it hampers the other agency's ability to be in compliance with the HSPD12/PIV mandate because IRS is choosing not to follow proper and established protocols and procedures as it relates to PIV credentialing. I am requesting that a formal investigation be opened into this matter AND that there be outside oversight and auditing of the IRS HSPD12/PIV program and process.

Kiesha D. Lewis
kieshalewis@hotmail.com

From: Kiesha Lewis <kieshalewis@hotmail.com>
Sent: Tuesday, April 17, 2018 6:09 AM
To: baltimore@ic.fbi.gov
Subject: Fw: Retaliation in the form of a Human Resource Management Adverse Action

FYI

Kiesha D. Lewis kieshalewis@hotmail.com

From: Kiesha Lewis <kieshalewis@hotmail.com>
Sent: Sunday, April 15, 2018 9:37 PM
To: cigie.information@cigie.gov; dc.outreach@usdoj.gov; spel@gao.gov; fraudnet@gao.gov
Cc: Andrew.Austin@tigta.treas.gov; OIGCounsel@oig.treas.gov; Gerald Gilliard
Subject: Re: Retaliation in the form of a Human Resource Management Adverse Action

Hello Everyone,

Shortly, I will be providing a series of emails containing documentation that I believe support my complaint (TIGTA Case # TRN-1802-0751; POC: Andrew Austin email address: Andrew.Austin@tigta.treas.gov and OSC Case Number: MA-18-0980; POC: Rhoan Jones email address: rjones@osc.gov).

I am also including the different FIOA Requests that I have sent to the IRS; which may provide assistance in your investigations.

The Audit Logs and Performance Rating FIOA Requests will provide information concerning the activity related to my performance rating prior to my resignation and information concerning the rating provided to my supervisor and the accomplishments on which it was given.

The Program Costs FIOA Request will provide detailed information concerning the costs for the Web Apps program, especially costs associated with Travel, Contracts, and Overtime.

The Web Apps Contract (BPA) FIOA Request will provide information on the criteria that was used to rate each vendor who submitted proposals.

The Contracting Policy and Practices FIOA Request will provide information on how many contractors charged to contracts prior to completing the security clearance process and the impact that had on the IRS. For this particular request, I have included an email from 2014, when I was a certified COR on the ICCE contract. During this time, I had issues with management pressuring me to do things that I knew were wrong (e.g. using funds associated with another program to fund ICCE projects or assign a Work Request to a contractor without the funds); the information obtained by this FIOA request will assist in determining how widespread this problem is within IT.

Lastly, the HR Policy and Practices FIOA Request will provide information on IRS IT management practices as it relates to employees seeking other employment opportunities.

In each of my requests, I have provided detailed instructions on how this information can be obtained. Therefore, I anticipate a response from the IRS by May 30, 2018. As soon as I obtain this information, I will provide.

Thanks in advance for your support and please feel free to contact me if I can provide any additional information.

Kiesha D. Lewis kieshalewis@hotmail.com

From: Kiesha Lewis <kieshalewis@hotmail.com>
Sent: Monday, March 19, 2018 5:18 AM
To: cigie.information@cigie.gov; dc.outreach@usdoj.gov; spel@gao.gov; fraudnet@gao.gov
Cc: Gerald Gilliard
Subject: Re: Retaliation in the form of a Human Resource Management Adverse Action

Good Morning,

To assist with the investigation, I have developed a timeline of events that includes the laws and/or rules that I believe were broken. Please let me know if I can provide any additional information.

Thanks in advance!

Kiesha D. Lewis
kieshalewis@hotmail.com

From: Kiesha Lewis <kieshalewis@hotmail.com>
Sent: Monday, February 26, 2018 11:33 PM
To: cigie.information@cigie.gov; dc.outreach@usdoj.gov; spel@gao.gov; fraudnet@gao.gov
Cc: Kiesha Lewis
Subject: Fw: Retaliation in the form of a Human Resource Management Adverse Action

Hello,

I am forwarding this email to request that an investigation be launched into the TIGTA organization.

As stated below, I submitted an on-line complaint on November 16, 2017. One of the attachments show that my submission was sucessful. Moreover, the IG office for Treasury also submitted this information to TIGTA for them to investigate.

However, when I spoke with an investigator today, at 7:20 PM EST, I was told that there was **NO** record of my submission or the submission provided by the IG's office. This is EXTREMELY troubling to me. How can two submissions, from two entirely different entities just disappear?

Kiesha D. Lewis
kieshalewis@hotmail.com

From: Kiesha Lewis <kieshalewis@hotmail.com>
Sent: Sunday, February 25, 2018 2:04 PM
To: Michele.Mackin@gao.gov; contact@gao.gov; spel@gao.gov; fraudnet@gao.gov; ContactOGE@oge.gov; Dale.Christopher@oge.gov; David.Apol@oge.gov; Shelley.Finlayson@oge.gov; cigie.information@cigie.gov; dc.outreach@usdoj.gov; Andrew.Vale@fbi.gov
Cc: WhistleblowerProtection@tigta.treas.gov; TIGTA-webmaster@tigta.treas.gov; Russell.George@tigta.treas.gov; OIGCounsel@oig.treas.gov; James.Jackson@tigta.treas.gov; kieshalewis@hotmail.com
Subject: Retaliation in the form of a Human Resource Management Adverse Action

Hello,

My name is Kiesha D. Lewis and I am contacting your office in hopes that you can assist me with a concern that I raised with the IRS and several other agencies.

On November 16, 2017, I submitted the attached email and memo to IRS management, the IG office, and OPM. I received the attached message from the IG office, and contacted TIGTA myself, see attached submission form. However, to date, I have yet to receive anything from TIGTA, not even a case number. Moreover, when I attempted to follow up with IG, I received no response.

Please let me know what other measures I should take to have my concern addressed.

Thank you in advance for your time and attention to this matter!

Kiesha D. Lewis
kieshalewis@hotmail.com

Fw: Treasury/IRS HSPD12/PIV Process

Kiesha Lewis <kieshalewis@hotmail.com>

Thu 4/25/2019 11:15 PM

To: sheila.dawson@gsa.gov <sheila.dawson@gsa.gov>; fedidcard@gsa.gov <fedidcard@gsa.gov>; james.moloney@treasury.gov <james.moloney@treasury.gov>; Amy.L.Albee-Johnson@irs.gov <Amy.L.Albee-Johnson@irs.gov>

Cc: Kiesha Lewis <kieshalewis@hotmail.com>

Hello Everyone,

I wanted to follow-up concerning the HSPD12/PIV issues I experienced.

I have a few follow-up questions/concerns.

- I needed to follow up if this issue has been completely resolved?
- I need to know what steps were taken to resolve the situation and obtain screenshots or a copy of the report showing what was done to resolve the problem.
- Could an active IRS email account, Kiesha.D.Lewis@irs.gov contribute to this PIV issue (I recently learned that my IRS email account was never deactivated as it should have been when I resigned October 2017)
- (Sheila) I am requesting the USAccess ticket numbers and corresponding reports that BEP entered pertaining to this issue on my behalf.

Lastly, I am still having a few issues pertaining to my PIV card.  On occasion, when I attempt to leave, my card will not work and the guards who are researching the issue will receive an error message saying that my "credentials can not be found." Approx. 10-15 mins later or the next day, the situation has resolved itself without any further action; I am researching why this is occurring. On BEP's end, there is nothing they can do because when they check the system; they receive the error message that I quoted earlier and once the situation is elevated, the error message goes away and the situation resolves itself without anyone doing anything.

Please feel free to reach out to me if I can provide any additional information or if there are other people with whom I need to speak to obtain this information.

Thanks in advance for your assistance in this matter!

Kiesha D. Lewis
kieshalewis@hotmail.com

From: Kiesha Lewis <kieshalewis@hotmail.com>
Sent: Thursday, January 17, 2019 8:48 PM
To: james.moloney@treasury.gov; Amy.L.Albee-Johnson@irs.gov
Cc: Kiesha Lewis
Subject: Treasury/IRS HSPD12/PIV Process

Good Evening Mr. Moloney, Ms. Albee-Johnson,

My name Kiesha D. Lewis and I am contacting both of your offices to request information pertaining to the process that both the IRS and Treasury use pertaining to the implementation of HSPD12/PIV. I was a former IRS employee (I left the agency in 2017) and am currently a contract employee with the Bureau of Engraving and Printing (BEP). However, BEP has been having problems getting my PIV credentials transferred from the IRS to BEP; whenever BEP attempts to activate my PIV credentials they obtain an error message.  BEP has contacted the GSA USAccess twice concerning this matter, to which they have been told that Treasury was going to remove the PIV credentials from the IRS, transfer them to Treasury and then transfer to BEP.

Therefore, I am reaching out to both of you in hopes of learning what the standard process is pertaining to PIV credentials, especially when an employee leaves an agency.  I would also like to know what the process is for transferring those PIV credentials to another government agency, if and when that individual decides to accept employment with another agency and the time-frame to complete each of these tasks/actions.

Thank you very much for your time and attention to this matter!

Kiesha D. Lewis
kieshalewis@hotmail.com

Treasury/IRS HSPD12/PIV Process

Kiesha Lewis <kieshalewis@hotmail.com>

Thu 1/17/2019 8:44 PM

To: james.moloney@treasury.gov <james.moloney@treasury.gov>; Amy.L.Albee-Johnson@irs.gov <Amy.L.Albee-Johnson@irs.gov>

Cc: Kiesha Lewis <kieshalewis@hotmail.com>

Good Evening Mr. Moloney, Ms. Albee-Johnson,

My name Kiesha D. Lewis and I am contacting both of your offices to request information pertaining to the process that both the IRS and Treasury use pertaining to the implementation of HSPD12/PIV. I was a former IRS employee (I left the agency in 2017) and am currently a contract employee with the Bureau of Engraving and Printing (BEP). However, BEP has been having problems getting my PIV credentials transferred from the IRS to BEP; whenever BEP attempts to activate my PIV credentials they obtain an error message.  BEP has contacted the GSA USAccess twice concerning this matter; to which they have been told that Treasury was going to remove the PIV credentials from the IRS, transfer them to Treasury and then transfer to BEP.

Therefore, I am reaching out to both of you in hopes of learning what the standard process is pertaining to PIV credentials, especially when an employee leaves an agency.  I would also like to know what the process is for transferring those PIV credentials to another government agency, if and when that individual decides to accept employment with another agency and the time-frame to complete each of these tasks/actions.

Thank you very much for your time and attention to this matter!

Kiesha D. Lewis
kieshalewis@hotmail.com

Fwd: Treasury/IRS HSPD12/PIV Process

Kiesha Lewis <kieshalewis@hotmail.com>
Tue 5/7/2019 8:50 AM
To: icam@gsa.gov <icam@gsa.gov>; Kiesha Lewis <kieshalewis@hotmail.com>

Good Morning,

I am contacting your organization because I am having challenges obtaining response to my questions. Can you tell me who in GSA and DHS is responsible for the overall management of the HSPD 12 and PIV card process. Also, I need to know who I should contact if I believe the process has been compromised and/or manipulated to retaliate against current or former employees.

Thanks in advance for your time and attention to this matter!

Kiesha D. Lewis
Kieshalewis@hotmail.com

Sent from my iPad

Begin forwarded message:

> **From:** Kiesha Lewis <kieshalewis@hotmail.com>
> **Date:** May 5, 2019 at 4:54:59 PM EDT
> **To:** "sheila.dawson@gsa.gov" <sheila.dawson@gsa.gov>, "fedidcard@gsa.gov" <fedidcard@gsa.gov>, "james.moloney@treasury.gov" <james.moloney@treasury.gov>, "Amy.L.Albee-Johnson@irs.gov" <Amy.L.Albee-Johnson@irs.gov>
> **Cc:** "kieshalewis@hotmail.com" <kieshalewis@hotmail.com>
> **Subject: Re: Treasury/IRS HSPD12/PIV Process**
>
> Good morning everyone,
>
> I just wanted to follow-up on this request because I have not had a response.  If none of you are the correct people to ask, please provide me with the person or agency I should contact.
>
> Thanks in advance!
>
>
> **From:** Kiesha Lewis <kieshalewis@hotmail.com>
> **Sent:** Thursday, April 25, 2019 11:12 PM
> **To:** sheila.dawson@gsa.gov; fedidcard@gsa.gov; james.moloney@treasury.gov; Amy.L.Albee-Johnson@irs.gov
> **Cc:** Kiesha Lewis
> **Subject:** Fw: Treasury/IRS HSPD12/PIV Process
>
> Hello Everyone,
>
> I wanted to follow-up concerning the HSPD/PIV issues I experienced.
>
> I have a few follow-up questions/concerns.
>
> * I needed to know if this issue has been completely resolved?
> * I need to know what steps were taken to resolve the situation and obtain screenshots or a copy of the report showing what was done to resolve the problem.
> * Could an active IRS email account, Kiesha.D.Lewis@irs.gov contribute to this PIV issue (I recently learned that my IRS email account was never deactivated as it should have been when I resigned October 2017)
> * (Sheila) I am requesting the USAccess ticket numbers and corresponding reports that BEP entered pertaining to this issue on my behalf.
>
> Lastly, I am still having a few issues pertaining to my PIV card. On occasion, when I attempt to leave, my card will not work and the guards who are researching the issue will receive an error message saying that my "credentials can not be found." Approx. 10-15 mins later or the next day, the situation has resolved itself without any further action; I am researching why this is occurring. On BEP's end, there is nothing they can do because when they check the system; they receive the error message that I quoted earlier and once the situation is elevated, the error message goes away and the situation resolves itself without anyone doing anything.
>
> Please feel free to reach out to me if I can provide any additional information or if there are other people with whom I need to speak to obtain this information.
>
> Thanks in advance for your assistance in this matter!
>
> Kiesha D. Lewis
> kieshalewis@hotmail.com
>
> **From:** Kiesha Lewis <kieshalewis@hotmail.com>
> **Sent:** Thursday, January 17, 2019 8:48 PM
> **To:** james.moloney@treasury.gov; Amy.L.Albee-Johnson@irs.gov
> **Cc:** Kiesha Lewis
> **Subject:** Treasury/IRS HSPD12/PIV Process
>
> Good Evening Mr. Moloney, Ms. Albee-Johnson,
>
> My name Kiesha D. Lewis and I am contacting both of your offices to request information pertaining to the process that both the IRS and Treasury use pertaining to the implementation of HSPD12/PIV. I was a former IRS employee (I left the agency in 2017) and am currently a contract employee with the Bureau of Engraving and Printing (BEP). However, BEP has been having problems getting my PIV credentials transferred from the IRS to BEP; whenever BEP attempts to activate my PIV credentials they obtain an error message.  BEP has contacted the GSA USAccess twice concerning this matter, to which they have been told that Treasury was going to remove the PIV credentials from the IRS, transfer them to Treasury and then transfer to BEP.
>
> Therefore, I am reaching out to both of you in hopes of learning what the standard process is pertaining to PIV credentials, especially when an employee leaves an agency.  I would also like to know what the process is for transferring those PIV credentials to another government agency, if and when that individual decides to accept employment with another agency and the time-frame to complete each of these tasks/actions.
>
> Thank you very much for your time and attention to this matter!
>
> Kiesha D. Lewis
> kieshalewis@hotmail.com

Fwd: Treasury/IRS HSPD12/PIV Process

Kiesha Lewis <kieshalewis@hotmail.com>

Tue 1/7/2019 8:50 AM

To: icam@gsa.gov <icam@gsa.gov>; Kiesha Lewis <kieshalewis@hotmail.com>

Good Morning,

I am contacting your organization because I am having challenges obtaining response to my questions. Can you tell me who in GSA and DHS is responsible for the overall management of the HSPD 12 and PIV card process. Also, I need to know who I should contact if I believe the process has been compromised and/or manipulated to retaliate against current or former employees.

Thanks in advance for your time and attention to this matter!

Kiesha D. Lewis
Kieshalewis@hotmail.com

Sent from my iPad

Begin forwarded message:

> **From:** Kiesha Lewis <kieshalewis@hotmail.com>
> **Date:** May 5, 2019 at 4:54:59 PM EDT
> **To:** "sheila.dawson@gsa.gov" <sheila.dawson@gsa.gov>, "fedidcard@gsa.gov" <fedidcard@gsa.gov>, "james.moloney@treasury.gov" <james.moloney@treasury.gov>, "Amy.L.Albee-Johnson@irs.gov" <Amy.L.Albee-Johnson@irs.gov>
> **Cc:** "kieshalewis@hotmail.com" <kieshalewis@hotmail.com>
> **Subject: Re: Treasury/IRS HSPD12/PIV Process**
>
> Good morning everyone,
>
> I just wanted to follow-up on this request because I have not had a response. If none of you are the correct people to ask, please provide me with the person or agency I should contact.
>
> Thanks in advance!
>
> ---
>
> **From:** Kiesha Lewis <kieshalewis@hotmail.com>
> **Sent:** Thursday, April 25, 2019 11:12 PM
> **To:** sheila.dawson@gsa.gov; fedidcard@gsa.gov; james.moloney@treasury.gov; Amy.L.Albee-Johnson@irs.gov
> **Cc:** Kiesha Lewis
> **Subject:** Fw: Treasury/IRS HSPD12/PIV Process
>
> Hello Everyone,
>
> I wanted to follow-up concerning the HSPD/PIV issues I experienced.
>
> I have a few follow-up questions/concerns.
>
> * I needed to know if this issue has been completely resolved?
> * I need to know what steps were taken to resolve the situation and obtain screenshots or a copy of the report showing what was done to resolve the problem.
> * Could an active IRS email account, Kiesha.D.Lewis@irs.gov contribute to this PIV issue (I recently learned that my IRS email account was never deactivated as it should have been when I resigned October 2017)
> * (Sheila) I am requesting the USAccess ticket numbers and corresponding reports that BEP entered pertaining to this issue on my behalf.
>
> Lastly, I am still having a few issues pertaining to my PIV card. On occasion, when I attempt to leave, my card will not work and the guards who are researching the issue will receive an error message saying that my "credentials can not be found." Approx. 10-15 mins later on the next day, the situation has resolved itself without any further action; I am researching why this is occurring. On BEP's end, there is nothing they can do because when they check the system; they receive the error message that I quoted earlier and once the situation is elevated; the error message goes away and the situation resolves itself without anyone doing anything.
>
> Please feel free to reach out to me if I can provide any additional information or if there are other people with whom I need to speak to obtain this information.
>
> Thanks in advance for your assistance in this matter!
>
> Kiesha D. Lewis
> kieshalewis@hotmail.com
>
> ---
>
> **From:** Kiesha Lewis <kieshalewis@hotmail.com>
> **Sent:** Thursday, January 17, 2019 8:48 PM
> **To:** james.moloney@treasury.gov; Amy.L.Albee-Johnson@irs.gov
> **Cc:** Kiesha Lewis
> **Subject:** Treasury/IRS HSPD12/PIV Process
>
> Good Evening Mr. Moloney, Ms. Albee-Johnson,
>
> My name Kiesha D. Lewis and I am contacting both of your offices to request information pertaining to the process that both the IRS and Treasury use pertaining to the implementation of HSPD12/PIV. I was a former IRS employee (I left the agency in 2017) and am currently a contract employee with the Bureau of Engraving and Printing (BEP). However, BEP has been having problems getting my PIV credentials transferred from the IRS to BEP; whenever BEP attempts to activate my PIV credentials they obtain an error message. BEP has contacted the GSA USAccess twice concerning this matter, to which they have been told that Treasury was going to remove the PIV credentials from the IRS, transfer them to Treasury and then transfer to BEP.
>
> Therefore, I am reaching out to both of you in hopes of learning what the standard process is pertaining to PIV credentials, especially when an employee leaves an agency. I would also like to know what the process is for transferring those PIV credentials to another government agency, if and when that individual decides to accept employment with another agency and the time-frame to complete each of these tasks/actions.
>
> Thank you very much for your time and attention to this matter!
>
> Kiesha D. Lewis
> kieshalewis@hotmail.com

Re: Retaliation in the form of a Human Resource Management Adverse Action

Kiesha Lewis <kieshalewis@hotmail.com>
Thu 5/24/2019 1:08:27 PM

To: cigie.information@cigie.gov <cigie.information@cigie.gov>; dc.outreach@usdoj.gov <dc.outreach@usdoj.gov>; spel@gao.gov <spel@gao.gov>; fraudnet@gao.gov <fraudnet@gao.gov>
Cc: Andrew.Austin@tigta.treas.gov <Andrew.Austin@tigta.treas.gov>; OIGCounsel@oig.treas.gov <OIGCounsel@oig.treas.gov>; Kiesha Lewis <kieshalewis@hotmail.com>

Hello - I wanted to make you aware of the continued retaliation I am receiving from the IRS. As I previously stated, in October 2017, I resigned from the IRS. In November 2017, I reported the retaliation I suffered from my then manager of record Kevin McCreight. Since reporting this behavior, I have been subjected to retaliation tactics from the management within the IRS organization. The latest of these actions has been IRS abusing and misusing the presidentially mandated HSPD 12/PIV credentialing system. The IRS has chosen to "freeze" my PIV account under the IRS; attempting to permanently associate me with the IRS even though I ended my association with the agency in 2017. This action taken by the IRS is blocking my ability to obtain/maintain employment with any other agency because it hampers the other agency's ability to be in compliance with the HSPD12/PIV mandate because IRS is choosing not to follow proper and established protocols and procedures as it relates to PIV credentialing. I am requesting that a formal investigation be opened into this matter AND that there be outside oversight and auditing of the IRS HSPD12/PIV program and process.

Kiesha D. Lewis
kieshalewis@hotmail.com

---

From: Kiesha Lewis <kieshalewis@hotmail.com>
Sent: Sunday, April 15, 2018 9:39 PM
To: cigie.information@cigie.gov; dc.outreach@usdoj.gov; spel@gao.gov; fraudnet@gao.gov
Cc: Andrew.Austin@tigta.treas.gov; OIGCounsel@oig.treas.gov
Subject: Re: Retaliation in the form of a Human Resource Management Adverse Action

Supporting Documentation

Kiesha D. Lewis kieshalewis@hotmail.com

---

From: Kiesha Lewis <kieshalewis@hotmail.com>
Sent: Sunday, April 15, 2018 9:37 PM
To: cigie.information@cigie.gov; dc.outreach@usdoj.gov; spel@gao.gov; fraudnet@gao.gov
Cc: Andrew.Austin@tigta.treas.gov; OIGCounsel@oig.treas.gov; Gerald Gilliard
Subject: Re: Retaliation in the form of a Human Resource Management Adverse Action

Hello Everyone,

Shortly, I will be providing a series of emails containing documentation that I believe support my complaint (TIGTA Case # TRN-1802-0751; POC: Andrew Austin email address: Andrew.Austin@tigta.treas.gov and OSC Case Number: MA-18-0980; POC: Rhoan Jones email address: rjones@osc.gov).

I am also including the different FIOA Requests that I have sent to the IRS; which may provide assistance in your investigations.

The Audit Logs and Performance Rating FIOA Requests will provide information concerning the activity related to my performance rating prior to my resignation and information concerning the rating provided to my supervisor and the accomplishments on which it was given.

The Program Costs FIOA Request will provide detailed information concerning the costs for the Web Apps program, especially costs associated with Travel, Contracts, and Overtime.

The Web Apps Contract (BPA) FIOA Request will provide information on the criteria that was used to rate each vendor who submitted proposals.

The Contracting Policy and Practices FIOA Request will provide information on how many contractors charged to contracts prior to completing the security clearance process and the impact that had on the IRS. For this particular request, I have included an email from 2014, when I was a certified COR on the ICCE contract. During this time, I had issues with management pressuring me to do things that I knew were wrong (e.g. using funds associated with another program to fund ICCE projects or assign a Work Request to a contractor without the funds); the information obtained by this FIOA request will assist in determining how widespread this problem is within IT.

Lastly, the HR Policy and Practices FIOA Request will provide information on IRS IT management practices as it relates to employees seeking other employment opportunities.

In each of my requests, I have provided detailed instructions on how this information can be obtained. Therefore, I anticipate a response from the IRS by May 30, 2018. As soon as I obtain this information, I will provide.

Thanks in advance for your support and please feel free to contact me if I can provide any additional information.

Kiesha D. Lewis kieshalewis@hotmail.com

---

From: Kiesha Lewis <kieshalewis@hotmail.com>
Sent: Monday, March 19, 2018 5:18 AM
To: cigie.information@cigie.gov; dc.outreach@usdoj.gov; spel@gao.gov; fraudnet@gao.gov
Cc: Gerald Gilliard
Subject: Re: Retaliation in the form of a Human Resource Management Adverse Action

Good Morning,

To assist with the investigation, I have developed a timeline of events that includes the laws and/or rules that I believe were broken. Please let me know if I can provide any additional information.

Thanks in advance!

Kiesha D. Lewis
kieshalewis@hotmail.com

---

From: Kiesha Lewis <kieshalewis@hotmail.com>
Sent: Monday, February 26, 2018 11:13 PM
To: cigie.information@cigie.gov; dc.outreach@usdoj.gov; spel@gao.gov; fraudnet@gao.gov
Cc: Kiesha Lewis
Subject: Fw: Retaliation in the form of a Human Resource Management Adverse Action

Hello,

I am forwarding this email to request that an investigation be launched into the TIGTA organization.

As stated below, I submitted an on-line complaint on November 16, 2017. One of the attachments show that my submission was sucessful. Moreover, the IG office for Treasury also submitted this information to TIGTA for them to investigate.

However, when I spoke with an investigator today, at 7:20 PM EST, I was told that there was NO record of either my submission or the submission provided by the IG's office. This is EXTREMELY troubling to me. How can two submissions, from two entirely different entities just disappear?

Kiesha D. Lewis

kieshalewis@hotmail.com

From: Kiesha Lewis <kieshalewis@hotmail.com>
Sent: Sunday, February 25, 2018 2:04 PM
To: Michele.Mackin@gao.gov; contact@gao.gov; spell@gao.gov; fraudnet@gao.gov; ContactOGE@oge.gov; Dale.Christopher@oge.gov; David.Apol@oge.gov; Shelley.Finlayson@oge.gov; cigie.information@cigie.gov; dc.outreach@usdoj.gov; Andrew.Vale@fbi.gov
Cc: WhistleblowerProtection@tigta.treas.gov; TIGTA-webmaster@tigta.treas.gov; Russell.George@tigta.treas.gov; OIGCounsel@oig.treas.gov; James.Jackson@tigta.treas.gov; kieshalewis@hotmail.com
Subject: Retaliation in the form of a Human Resource Management Adverse Action

Hello,

My name is Kiesha D. Lewis and I am contacting your office in hopes that you can assist me with a concern that I raised with the IRS and several other agencies.

On November 16, 2017, I submitted the attached email and memo to IRS management, the IG office, and OPM.  I received the attached message from the IG office, and contacted TIGTA myself, see attached submission form. However, to date, I have yet to receive anything from TIGTA, not even a case number. Moreover, when I attempted to follow up with IG, I received no response.

Please let me know what other measures I should take to have my concern addressed.

Thank you in advance  for your time and attention to this matter!

Kiesha D. Lewis
kieshalewis@hotmail.com

RE: Receipt of information

Miles Marc L TIGTA <Marc.Miles@tigta.treas.gov>

Tue 1/29/2019 4:16 PM

To: Kiesha Lewis <kieshalewis@hotmail.com>

That works, thank you!

Marc:

From: Kiesha Lewis <kieshalewis@hotmail.com>
Sent: Monday, January 28, 2019 5:33 PM
To: Miles Marc L TIGTA <Marc.Miles@tigta.treas.gov>
Subject: Re: Receipt of information

Let's plan in Thursday at 5, just learned that the weather is supposed to be bad tomorrow evening.

Thanks again! Speak with you Thursday!

Get Outlook for Android

From: Miles Marc L TIGTA <Marc.Miles@tigta.treas.gov>
Sent: Monday, January 28, 2019 5:29:02 PM
To: Kiesha Lewis
Subject: RE: Receipt of information

I'm based in Detroit so we would have to speak via telephone. Any of the times you mentioned will work for me.

Sent with BlackBerry Work
(www.blackberry.com)

From: Kiesha Lewis <kieshalewis@hotmail.com>
Date: Monday, Jan 28, 2019, 4:12 PM
To: Miles Marc L TIGTA <Marc.Miles@tigta.treas.gov>
Subject: Re: Receipt of information

Hello.

If you are available, I can meet late tomorrow or Thursday afternoon, after 5. Or Friday morning, before 10.

Get Outlook for Android

From: Miles Marc L TIGTA <Marc.Miles@tigta.treas.gov>
Sent: Monday, January 28, 2019 3:46:50 PM
To: kieshalewis@hotmail.com
Subject: Receipt of information

Ms. Lewis,

I have received the information you submitted on January 24th and would like to discuss it with you. Please let me know what day and time would work for you and I will give you a call. Thank you.

MARC MILES
SENIOR SPECIAL AGENT

TIGTA — INTERNAL AFFAIRS DIVISION

OFFICE: 313.226.2945
MOBILE: 313.204.6013
FAX: 313.226.2951

This communication is intended for the sole use of the individual to whom it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this communication is not the intended recipient, or the employee or agent for delivering the communication to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify the sender immediately by telephone call, and delete this message and all its attachments from your inbox and deleted messages folders.

Exhibit N:

RE: [Non-DoD Source] Re: Background Investigation scope

DCSA MCB Quantico DCSA HQ Mailbox Inspector General <dcsa.quantico.dcsa-hq.mbx.inspector-general@mail.mil>

Mol 5/26/2020 8:49 AM

To: Kiesha Lewis <kieshalewis@hotmail.com>

📎 2 attachments (6 MB)
Signed Closure Letter.pdf; Attachment.pdf;

Ms. Lewis,
Please review the attached closure letter and attachment.
Feel free to contact the DCSA IG Hotline if you have any questions.
Respectfully,
Shannon A. Sylvester
Deputy Inspector General (Hotline Operations)
Office of the Inspector General
Defense Counterintelligence and Security Agency
27130 Telegraph Road
Quantico, VA  22134-2253
DCSA IG Hotline: 1-855-865-1508 (toll-free)
Fax: 571-305-6917
Email: dcsa.ig@mail.mil

The information contained in this email and any accompanying attachments may contain Inspector General sensitive information, which is protected from mandatory disclosure under the Freedom of Information Act (FOIA). 5 U.S.C. Section 552. Matters within IG records are often pre-decisional in nature and do not represent final approved DCSA policy. Do no release outside of DCSA channels without prior authorization from the DCSA Inspector General. If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is prohibited. If you received this email in error, please notify the sender immediately by return email.

-----Original Message-----
From: Kiesha Lewis [mailto:kieshalewis@hotmail.com]
Sent: Saturday, June 20, 2020 10:45 AM
To: DCSA MCB Quantico DCSA HQ Mailbox Inspector General <dcsa.quantico.dcsa-hq.mbx.inspector-general@mail.mil>
Cc: Kiesha Lewis <kieshalewis@hotmail.com>
Subject: [Non-DoD Source] Re: Background Investigation scope

All active links contained in this email were disabled. Please verify the identity of the sender, and confirm the authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.

_____

Hello,

There was some additional information that I forgot to provide in my initial email concerning my Public Trust background investigation

*    Number of Investigators. There has been a total of four (4) different people contacting me concerning my background investigation - this seem very exorbitant to me. I have undergone this process numerous times before and have never had more than one.
*    Form Information Verification. Three of the special agents who contacted, all did so under the guise of needing to verify information that I provided on my form. However, it is (and was) my understanding that the purpose of the background investigation interview was to accomplish this. Moreover, during each call, each person requested that I provide them with reference contact information (information that I had provided on my SF85P form) so that they could contact these people. If these individuals where actually verifying information, why would they not already have this information?
*    Public Trust vs. Security Clearance. As I stated earlier, this effort should NOT be for a security clearance. I am undergoing a Public Trust Background Investigation. However, I was told that these efforts were all part of the security clearance process. I am attaching the voice mail where one of the special agents states this. When I called her back to verify that this was NOT for a security clearance, she corrected me and said that it was.

Thank you in advance for you time and attention to this matter and please free to contact me if I can provide any additional information.

Kiesha D. Lewis

kieshalewis@hotmail.com

(240) 346-8398

_____

From: Kiesha Lewis <kieshalewis@hotmail.com>
Sent: Friday, June 19, 2020 7:18 AM
To: dcsa.ig@mail.mil <dcsa.ig@mail.mil>
Cc: Kiesha Lewis <kieshalewis@hotmail.com>
Subject: Fw: Background Investigation scope

Good Morning,

I am contacting the DCSA Inspector General office to request an investigation into the process used to conduct my public trust background investigation. When I first brought this matter to the attention of the organization, I was told that if I wanted specific answers to my situation, that I would need to complete a form and send it back - which I did (see attached). However, based on the two responses I have received thus far, the agency is refusing to honor my request. Therefore, I am sending my request to the IG.

In addition to the questions I have outlined in my email below, I need to fully understand what process was used to conduct my investigation - was it for a public trust or a security clearance. This should include why I was asked information concerning topics not covered on the SF85P form. I also need to understand the source for information that is not present on my credit report - and what was the driver to use this source. Lastly, I also need to understand why the references I provided were asked very intrusive questions about both me and my family - topics such as what was my knowledge of computer hacking, have I hacked into a computer, what was my family's financial situation and if any of them could be bribed.

Thank you in advance for you time and attention to this matter and please feel free to contact me if I can provide any additional information.

Kiesha D. Lewis

kieshalewis@hotmail.com

(240) 346-8398

---

From: Kiesha Lewis <kieshalewis@hotmail.com>
Sent: Thursday, June 18, 2020 5:02 PM
To: NBIB Policy <Policy@nbib.gov>
Cc: NBIB FOIPA Requests <FOIPARequests@nbib.gov>; Kiesha Lewis <kieshalewis@hotmail.com>
Subject: Re: Background Investigation scope

Good Afternoon,

Thank you for your response. While I am very familiar with the generic information you provided, both my initial and follow-up requests were asking for information specifically related to my background investigation.

As I stated previously, I am very concerned about the scope of questions and actions demanded of me for this investigation. My perception is that I was targeted for this type of interrogation because I am single,African American, and female.

For example, on the topic of Sexual Misconduct, I was unable to locate this question in the SF85P. Moreover, based on the 2008 OPM information (see attached document, page 15), Suitability Determination says "Persons who engage in sexual behavior of a criminal nature may not demonstrate the character and conduct required to promote the efficiency or protect the integrity of the service." This partREMOTELY indicates that I had or am engaged in criminal sexual behavior. Despite this fact, the investigator decided to ask me questions pertaining to my sexual behavior. WHY? Why did she believe this was an appropriate line of questioning for me? Did she send something in my 'file' that caused alarm? Is this a standard question asked during ALL Public Trust background investigations? Is this question asked of married individuals or is it only asked to single individuals? Is this asked to single Caucasian males or single Caucasian females? Or is only asked of single African-Americans?

Also, in your response, you pointed out that a public trust position is NOT a national security clearance position. However, during my interview, I was asked a series of national security related questions, specifically related to how I have handled classified materials. Is this a standard question asked of Caucasian individuals undergoing a Public Trust background investigation? Or is it only asked of African-Americans?

I was also required to provide detailed and accurate date information for my degrees, which are older than seven years. Is this a standard requirement for Caucasian individuals undergoing a Public Trust background investigation? Or is it only a requirement for African-Americans?

I reached out to your organization, and not my agency, because it was your organization that conducted the background interview. If it was the agency, I would have contacted them to address each of these instances. Therefore, I will provide a list of these instances again, and await a non-generic, specialized response that addresses each.

V/R,

Kiesha D. Lewis

kieshalewis@hotmail.com

*****Previously provided Instances Below********

1.    SF85/85P vs. SF86. To begin my security process, I was instructed to complete the SF85P form, not the SF86. Can the SF85P form be used to initiate a security clearance process?
2.    Security Clearance. Based on the information in the job announcement, I was under the impression that I was undergoing a Public Trust Background Investigation. However, when I recently spoke with an investigator, I was told that I was undergoing a Public Trust Security Clearance investigation. Can someone explain to me what the difference is between the two? Moreover, what form is used to initiate a Public Trust Security Clearance?
3.    Education. During both the 2018 and 2020 interviews with the investigators, I was asked in-depth questions concerning my educational background, well beyond the seven (7) years indicated on the SF85/85P form. For example, in 2018, I was requested to provide contact information for individuals who I went to college with from the 1990's. Recently, in 2020, I was requested to provide exact dates/timeframes for each of my degrees (something that necessitated me locating transcripts so that I could provide accurate information). The timeframes for each were in the 1990's, 2001, and 2003. However, the timeframe on the SF85/85P was seven (7) years. Can someone explain why I would be requested to provide accurate date for timeframes beyond the seven (7) years? Moreover, is this a standard for Public Trust investigations?
4.    Intelligence/Counter-Intelligence Line of Questioning. Both in 2018 and 2020, I was asked a series of questions that seemed to align with a national security position, or someone who would be assessing classified and/or state secret data. For example, I was asked if I had been approached by anyone to be given a security clearance (non-job-related), or if I ever misused or incorrectly accessed classified materials. To best of my remembrance, I have NEVER had a security clearance, nor have I held a position requiring me to have access to classified information or state secrets. Furthermore, the position aligned with this investigation request is not one requiring access to classified information or state secrets. Is a public trust background investigation used to give individuals access/clearance to classified materials? For an individual to be cleared to access classified information, which form would they complete?
5.    Sexual Behavior. During my 2020 interview, I was asked if I participate in or have participated in any sexual activities that could be used to blackmail me. However, I do not recall seeing that question on the form I completed. Can someone tell me is that question on the SF85 or SF86; Is this a standard question asked of individuals undergoing a Public Trust investigation; and Is this a standard question asked if individuals undergoing a security clearance investigation?
6.    Financial. During my interview, the investigator required me to "walk" her through my personal budget which included explaining how much money I made yearly, how frequently I was paid (e.g. weekly, bi-weekly, monthly), and when I received my paycheck, the amount of money I made - both gross pay and net pay. I was also made to provide a list of my monthly expenses, both the name/description and amount of that expense. I don't remember seeing this question on the form I completed. Can someone tell me if this information is requested on the SF85 or SF86; Is this a standard information asked of individuals undergoing a Public Trust investigation; and Is this standard information asked of individuals undergoing a security clearance investigation?

7.    Questionable Financial Entries. During the investigation, I was asked about the following four entries. Entries dated 12/2013, 11/2013, and 3/2013 are NOT on my credit report. Therefore, I wanted to know:

*    The source used to generate this information;
*    What was the driver for using this source to generate this information (meaning what did the individual see in their investigation that triggered them to use this source to obtain information on me, who requested this information, is this standard protocol for Public Trust investigations or Security Clearance Investigations);
*    What file was it added too (meaning if it isn't on my credit report, what other file is there for this to be added too);
*    Do I have access to this information;
*    When was it added to this file;
*    Who has permission to add entries to file;
*    Are people notified when negative entries are added to this file (whatever file this is);
*    What is the protocol to address incorrect entries like this so that they are removed from the file;

1.    Also, during the interview, the investigator when the investigator was verifying address/residence dates with me and she mentioned an April 2016 date. However, that was not a date that I remember entering on my application. How do I verify that the data that I entered on my application/form was not modified AFTER I signed and submitted my application?

From: NBIB Policy <Policy@nbib.gov>
Sent: Thursday, June 18, 2020 2:33 PM
To: Kiesha Lewis <kieshalewis@hotmail.com>
Subject: RE: Background Investigation scope

The investigator may ask the applicant to explain answers to any question on the questionnaire. This provides the applicant the opportunity to update, clarify, and explain information on your form more completely, which often assists in completing your investigation.

In addition to the questions on this form, inquiry also is made about and applicants adherence to security requirements, honesty and integrity, vulnerability to exploitation or coercion, falsification, misrepresentation, and any other behavior, activities, or associations that tend to demonstrate a person is not reliable, trustworthy, or loyal.

The designation of a position as a "public trust" position is not a clearance. A position is designated as a public trust position depending on the potential damage that could be done to the integrity and efficiency of the service and the public's trust. Positions are designated as low, moderate, or high risk. A position is considered a public trust position when it is designated as moderate or high risk. Clearances are granted when there is a need for access to classified information. Agencies take into account the risk level of the position as well as the national security sensitivity of the position, including need for access to classified information, when designating positions to determine the type of investigation required

Investigative requirements are established based on the level of public trust or sensitivity of the position that the individual will occupy. The Position Designation System was developed by the Office of Personnel Management (OPM) to guide agencies in determining the proper level of investigation and screening required base on an assessment of risk and national security sensitivity. In November 2008, OPM introduced a new Position Designation System and Automated Tool to simplify and automate the designation process. The position designation tool has since been updated and is now available on the OPM website at Caution-https://nam12.safelinks.protection.outlook.com/?url=http%3A%2F%2Fwww.opm.gov%2Finvestigate&amp;data=02%7C01%7C%7Cedf1b7474eeb4673ffa408d82cadf43a%7CB4df9e7fe9f640afb435aaaaaaaaaaaaa%7C1%7C0%7C637308474039476173&amp;sdata=alK2BmK3HVr4ocCmMOpYN%2BNmUPMX7Ln19r4TZtIUSdYHY%3D&amp;reserved=0. Its use is recommended for all agencies requesting OPM investigations and required for all positions in the competitive service, positions in the excepted service where the incumbent can be noncompetitively converted to the competitive service, and career appointments in the Senior Executive Service. Agency personnel responsible for position designation who are not using the tool are encouraged to visit the website as soon as possible to begin using the automated tool. Having access to sensitive information is certainly a factor that elevates the level of trust required of individuals occupying the position, but there are other factors that are also considered. The employing agency makes the determination of public trust and/or sensitivity based on guidelines that consider totality of the position and responsibilities. There are multiple regulations that apply when validating the need to investigate an individual. Suitability and security investigation regulations apply depending on the position's required type of investigation (position designation), the type and age of the individual's current investigation, and the individual's specific circumstances.

Please reference the following sources for additional information:

Caution-https://nam12.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.dcsa.mil%2F&amp;data=02%7C01%7C%7Cedf1b7474eeb4673ffa408d82cadf43a%7CB4df9e7fe9f640afb435aaaaaaaaaaaaa%7C1%7C0%7C637308474039476173&amp;sdata=DwRZEL1TVOc8jJSyYzLpPB3pNAd8Az7Wao1OT5Z87e0%3D&amp;reserved=0 < Caution-https://nam12.safelinks.protection.outlook.com/?url=https%3A%2F%2FCaution-www.dcsa.mil%2F&amp;data=02%7C01%7C%7Cedf1b7474eeb4673ffa408d82cadf43a%7CB4df9e7fe9f640afb435aaaaaaaaaaaaa%7C1%7C0%7C637308474039476173&amp;sdata=ER2%2FgP%2FDmUN9RcaxB2tkNCNeAkIey4z9COFUa%2BqpC2U%3D&amp;reserved=0 >

Title 5 Code of Federal Regulations, part 731

Title 5 Code of Federal Regulations, part 732

Executive Order 10450

Executive Order 12968

Executive Order 13467

Executive Order 13488

Intelligence Community Policy Guidance 704.1

Please reach out to your agency's security office for more information.

Thank you,

DCSA, Personnel Vetting Operational Policy

From: Kiesha Lewis [Caution-mailto:kieshalewis@hotmail.com]
Sent: Tuesday, June 16, 2020 1:49 PM
To: NBIB Policy <Policy@nbib.gov>
Cc: Kiesha Lewis <kieshalewis@hotmail.com>; NBIB FOIPA Requests <FOIPARequests@nbib.gov>
Subject: Re: Background Investigation scope

Hello,

Thank you very much for your quick response!

I have read this information, plus information from OPM concerning suitability and fitness determinations.

However, the position for which I applied and was selected was NOT designated as a national security level position - meaning I will not require access to classified data. I also did NOT complete a SF86 form, the form used to initiate a security clearance. This is why I was very puzzled, confused, and concerned by the invasiveness and line of questioning I endured or the fact that the investigator stated that I was part of the process for a public trust security clearance when USAjobs states very clearly that a Public Trust background investigation is not a security clearance

I am also very concerned about being asked to provide accurate information for topics NOT covered on the form or for information not present on my credit report. For example, for the education topic, per the SF85P form instructions, for degrees older than 7 years, I was to skip that section and move to the next section. However, the person doing the interview required me to provide accurate dates for my degrees well beyond over the 7-year timespan requested on the form. Therefore, the questions I have now are (in addition to the questions I raised previously) why would this be required, why would you ask for one set of information on the form then change it in the interview (and demand accurate information) and is this a standard practice or was I singled out for this type of interrogation

I do understand that when I completed the SF85P form, that I gave permission for there to be an investigation into my affairs. I also understand that this investigation maybe somewhat intrusive. However, I do not believe that I am being unreasonable to question if this effort is going well beyond the scope and my privacy maybe violated and to know what sources were used to obtain information on me given the fact that this is NOT national security position

Kiesha D. Lewis

kieshalewis@hotmail.com < Caution-mailto:kieshalewis@hotmail.com >

—————————————

From: NBIB Policy <Policy@nbib.gov < Caution-mailto:Policy@nbib.gov > >
Sent: Tuesday, June 16, 2020 11:40 AM
To: kieshalewis@hotmail.com < Caution-mailto:kieshalewis@hotmail.com >  < kieshalewis@hotmail.com < Caution-mailto:kieshalewis@hotmail.com > > >
Subject: Background Investigation scope

The scope of the investigation will vary, depending on the nature of the position and degree of harm that could be caused by the individual in that position. Requirements to be investigated for the purpose of a suitability determination apply whether or not the position requires a security clearance to have access to classified national security information.

You can find additional information about the background investigation process by visitingCaution-https://nam12.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.dcsa.mil%2Fmc%2Fpv%2Fmbi%2Fgicp%2F&amp;data=02%7C01%7C%7Cedf1b7474eeb4673ffa408d82cadf43a%7C84df9e7fe9f640afb435aaaaaaaaaaa%7C1%7C0%7C637308474039476173&amp;sdata=05bKMZQIOHaXREjvr4zVIbEhLxzSq%2Bq%2FIE1g6iTisgw%3D&amp;reserved=0 < Caution-https://nam12.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.dcsa.mil%2Fmc%2Fpv%2Fmbi%2Fgicp%2F&amp;data=02%7C01%7C%7Cedf1b7474eeb4673ffa408d82cadf43a%7C84df9e7fe9f640afb435aaaaaaaaaaa%7C1%7C0%7C637308474039476173&amp;sdata=pPoYhfpiYl5rUcWMo0FT227cxqLhtk2a7IfGAaZtaO4%3D&amp;reserved=0 >

Re: Premier Mgmt. Corp - BEP PM Position



Thu, 12/6/2018 3:45 PM
To: Kiesha Lewis <kieshalewis@hotmail.com>

Thanks for the update. I hope it is really soon, too!

~~~~~~~~~~~~

[Outlook for Android](Outlook for Android)

---

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Thursday, December 6, 2018 12:41:42 PM
**To:** ~~~~~~~~~~~~
**Subject:** Re: Premier Mgmt. Corp - BEP PM Position

Hello ~~~~~~~ I just got off the phone with the Security Specialist (Ebony Harrison). She stated that my package is with the Adjudication Department and that they will be making a decision really soon (she could not give me a time frame). She also said that after they make their decision that they will be in contact with the COR.

Kiesha

**From:** ~~~~~~~~~~~~~~~~~~~~~~~~
**Sent:** Thursday, December 6, 2018 11:31 AM
**To:** Kiesha Lewis
**Subject:** Premier Mgmt. Corp - BEP PM Position

Hello Kiesha,

I'm sending the email to check in with you to see if you've heard from BEP security? The last email I received was that you didn't have to fill out the eQuip due to your Treasury clearance. I was expecting you to be cleared by now. Security will not provide me with information nor will they provide the COR with information.

Do you mind calling your security contact and ask your status?

Thanks,

~~~~~~~~~, PMP, ITIL
*Sr. Program Manager*
~~~~~~~~~~~~~~~~~~~~~
Premier Management Corporation | **www.premgtcorp.com**
8894 Stanford Boulevard, Suite 405 | Columbia, MD 21045
DIRECT: ~~~~~~~~~~~~~ | CELL: ~~~~~~~~ | FAX: 443.656.3570

 PREMIER

**CONFIDENTIALITY:**
*This e-mail and any attachments are for the intended recipient(s) only and may contain proprietary, confidential material. If you are not the intended recipient, (even if the email address above is yours) do not use, retain, copy or disclose any part of this communication or any attachment as it is strictly prohibited and may be unlawful. If you believe that you have received this e-mail in error, please notify the sender immediately and permanently delete. This email may be a personal communication from the sender and as such does not represent the views of the company.*

Premier Management Corporation - Keisha Lewis

~~Julie~~

Tue 11/13/2018 4:58 PM

To: kieshalewis@hotmail.com <kieshalewis@hotmail.com>

Cc: ~~...~~Evans Julie <Julie.Evans@bep.gov>

Keisha Lewis,

Kiesha Lewis,

We have been informed that you may not need to do our eQip process because there is a previous investigation that BEP may be able to accept.

Please schedule a time and date with me to come in to submit these forms for review.  Currently there are open times for tomorrow (10, 11am, 1 or 2PM) or Friday morning is open (8, 9, 10 or 11am)

**Forms are to be signed and dated on the day of fingerprint processing.  You will need to bring** two forms of government-issued photo identification **(for example,** driver's license and passport**).**  *You must have ID with you the day of fingerprinting or you will be unable to be processed.*

Please note that two forms of identification will be collected during this appointment. It is recommended that at least one form of ID provides proof of citizenship in the form of a birth certificate, passport or naturalization documentation.

Following confirmation of your scheduled appointment time, please arrive at the BEP's 14th & C Street, SW entrance at the agreed upon date and time.  Once you clear the security checkpoint that day, proceed directly to the Police Post desk and present a photo ID to the Police Officer in order to obtain a visitors' pass.  I will meet you there to escort you to the Personnel Security Office.

Please don't hesitate to call me if you have any questions.

~~...~~

Quality Assurance Specialist/COR
Bureau Engraving Printing
Quality Directorate
~~...~~



UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
Washington, DC 20415

JAN 1 4 2008

The Director

MEMORANDUM FOR HEADS OF DEPARTMENTS AND AGENCIES,
CHIEF HUMAN CAPITAL OFFICERS, AND
AGENCY SECURITY OFFICERS

FROM:            LINDA M. SPRINGER
                 DIRECTOR

SUBJECT:         INTRODUCTION OF CREDENTIALING, SUITABILITY,
                 AND SECURITY CLEARANCE DECISION-MAKING
                 GUIDE

As a result of an initiative to create a more simplified system of Federal Government
investigative and adjudicative procedures that applies to all persons, including contract
personnel, who perform work on behalf of the government, we are providing the attached
Credentialing, Suitability, and Security Clearance Decision-Making Guide. The Guide
reflects current processes, authorities, and regulations for those decisions and discusses
other actions that may be taken when unfavorable information is developed to assist
agencies in considering all of their options. The Guide will be revised as future
enhancements to the decision-making process develop. As it is refined, any future
enhancements will supersede the information contained in and attached to this
memorandum.

**Purpose of the Guide**

This tool is primarily for use in adjudicative decisions for HSPD-12 credentialing,
suitability determinations, and national security determinations. HSPD-12 credentialing
involves all Federal employees and contract personnel requiring long-term access to
Government-controlled facilities and/or information systems; suitability determinations
involve competitive service and career SES positions; and national security
determinations involve candidates for appointments to sensitive national security
positions in the Federal service, as well as individuals (typically Federal employees,
contractors, or military personnel) who require eligibility for access to classified
information.

While there are distinct purposes and processes behind each decision that must be made
when unfavorable information is developed about a person's background, there also are
some commonalities in the criteria applied to each decision-making process. The goal of
this decision-making tool is to: (1) provide a reference guide to outline and clarify the
scope of the various authorities agencies may currently utilize to act on unfavorable
information, and (2) define and outline the various adjudicative criteria at each decision
point so that agencies may take advantage of the commonalities in the criteria while still
recognizing the essential differences in the considerations for these decisions. We
believe this will aid decision-makers in using their existing authorities to adopt a tiered
approach to the decision-making process, and allow them to streamline their processes so

**2. Issues related to Sexual Behavior[3]** (OPM investigation issue code 4, Sexual Misconduct)

| Decision Point | Nature of Concern and Applicable Criteria |
|---|---|
| **Credentialing Determination (HSPD-12)** (all Federal employees and contractor personnel requiring access to Government facilities and/or information systems) | No applicable criteria |
| **Additional Considerations for Credentialing (HSPD-12)** (contractor personnel not requiring a security clearance) | Sexual behavior of a criminal nature that poses an unacceptable risk if access is granted to federally-controlled facilities and information systems.  The following consideration may apply:<br><br>**There is a reasonable basis to believe, based on the individual's criminal or dishonest conduct, that issuance of a PIV card poses an unacceptable risk**<br>In OPM's credentialing standards, an "unacceptable risk" refers to an unacceptable risk to the life, safety, or health of employees, contractors, vendors, or visitors; to the Government's physical assets or information systems; to personal property; to records, including classified, privileged, proprietary, financial, or medical records; or to the privacy of data subjects.  Thus, for example, convictions for sexual assault may indicate that granting a PIV poses an unacceptable risk to the life and safety of persons on Government facilities, while a documented history of misusing workplace information systems to distribute pornography may indicate that granting a PIV poses an unacceptable risk to the Government's information systems. |
| **Suitability Determination** (competitive service and career SES only) | Persons who engage in sexual behavior of a criminal nature may not demonstrate the character and conduct required to promote the efficiency or protect the integrity of the service.  The following suitability factor may apply:<br><br>**Criminal or dishonest conduct**<br>*The following are examples of conduct that may be disqualifying (Note: This list is not meant to be all inclusive):*<br>(a)  a recent, serious criminal offense<br>(b)  a pattern of sexual behavior of a criminal nature |

---

[3]It is important to note that under 5 U.S.C. 2302(b)(10), it is a prohibited personnel practice to "discriminate for or against any employee or applicant for employment on the basis of conduct which does not adversely affect the performance of the employee or applicant or the performance of others; except that nothing in this paragraph shall prohibit an agency from taking into account in determining suitability or fitness any conviction of the employee or applicant for any crime under the laws of any State, of the District of Columbia, or of the United States."  Further, under E.O. 11478, as amended, "it is the policy of the Government of the United States to provide equal opportunity in Federal employment for all persons, to prohibit discrimination in employment because of race, color, religion, sex, national origin, handicap, age, sexual orientation, or status as a parent."

| Decision Point | Nature of Concern and Applicable Criteria |
|---|---|
| **Clearance Determination** (Federal employees and contractor personnel who need a clearance)<br><br><br><br>**Clearance Determination** (Continued) | **Guideline D. Sexual Behavior**<br>Sexual behavior that involves a criminal offense, indicates a personality or emotional disorder, reflects lack of judgment or discretion, or which may subject the individual to undue influence or coercion, exploitation, or duress can raise questions about an individual's reliability, trustworthiness and ability to protect classified information.<br><br>No adverse inference concerning the standards in the guideline may be raised solely on the basis of the sexual orientation of the individual.<br><br>Conditions that could raise a security concern and may be disqualifying include:<br>(a) sexual behavior of a criminal nature, whether or not the individual has been prosecuted<br>(b) a pattern of compulsive, self-destructive, or high-risk sexual behavior that the person is unable to stop or that may be symptomatic of a personality disorder<br>(c) sexual behavior that causes an individual to be vulnerable to coercion, exploitation, or duress<br>(d) sexual behavior of a public nature and/or that reflects lack of discretion or judgment |

14

**12. Issues related to handling protected information** (No specific OPM issue code; could fall under issue code 7, Employment Misconduct or Negligence or issue code 11, Loyalty and Security)

| Decision Point | Nature of Concern and Applicable Criteria |
|---|---|
| **Credentialing Determination (HSPD-12)** (all Federal employees and contractor personnel requiring access to Government facilities and/or information systems) | Unauthorized access to government information or improper use of government information once access is granted may pose a significant risk to national security, may compromise the privacy of individuals, and may make public, information that is proprietary in nature, thus compromising the operations and missions of Federal entities.  A PIV card will not be issued to a person if:<br><br>**There is a reasonable basis to believe the individual will attempt to gain unauthorized access to classified documents, information protected by the Privacy Act, information that is proprietary in nature, or other sensitive or protected information** |
| **Additional Considerations for Credentialing (HSPD-12)** (contractor personnel not requiring a clearance) | Most disqualifying acts will be covered by the above criteria.  See also criminal or dishonest conduct and misconduct or negligence in employment considerations. |
| **Suitability Determination** (competitive service and career SES only) | While there is no specific suitability factor, issues involving criminal acts should be evaluated under the criminal or dishonest conduct factor.  Incidents on the job should be evaluated under the misconduct or negligence in employment factor. |
| **Clearance Determination** (Federal employees and contractor personnel who need a clearance) | **Guideline K: Handling Protected Information**<br><br>Deliberate or negligent failure to comply with rules and regulations for protecting classified or other sensitive information raises doubt about an individual's trustworthiness, judgment, reliability, or willingness and ability to safeguard such information, and is a serious security concern.<br><br>Conditions that could raise a security concern and may be disqualifying include:<br>(a) deliberate or negligent disclosure of classified or other protected information to unauthorized persons, including but not limited to personal or business contacts, to the media, or to persons present at seminars, meetings, or conferences<br>(b) collecting or storing classified or other protected information in any unauthorized location<br>(c) loading, drafting, editing, modifying, storing, transmitting, or otherwise handling classified reports, data, or other information on any unapproved equipment including but not limited to any typewriter, word processor, or computer hardware, software, drive, system, gameboard, handheld, "palm" or pocket device or other adjunct equipment |

| Decision Point | Nature of Concern and Applicable Criteria |
|---|---|
| **Clearance Determination** (Continued) | **Guideline C.  Foreign Preference** <br> When an individual acts in such a way as to indicate a preference for a foreign country over the United States, then he or she may be prone to provide information or make decisions that are harmful to the interests of the United States. <br><br> Conditions that could raise a security concern and may be disqualifying include: <br> (a)  exercise of any right, privilege, or obligation of foreign citizenship after becoming a U.S. citizen or through the foreign citizenship of a family member.  This includes but is not limited to: <br>     (1) possession of a current foreign passport <br>     (2) military service or a willingness to bear arms for a foreign country <br>     (3) accepting educational, medical, retirement, social welfare, or other such benefits from a foreign country <br>     (4) residence in a foreign country to meet citizenship requirements <br>     (5) using foreign citizenship to protect financial or business interests in another country <br>     (6) seeking or holding political office in a foreign country <br>     (7) voting in a foreign election <br> (b)  action to acquire or obtain recognition of a foreign citizenship by an American citizen <br> (c)  performing or attempting to perform duties, or otherwise acting, so as to serve the interests of a foreign person, group, organization, or government in conflict with the national security interest <br> (d)  any statement or action that shows allegiance to a country other than the United States: for example, declaration of intent to renounce United States citizenship; renunciation of United States citizenship |

| Decision Point | Nature of Concern and Applicable Criteria |
|---|---|
| **Clearance Determination** (Continued) | (c) association or sympathy with persons or organizations that advocate, threaten, or use force or violence, or use any other illegal or unconstitutional means, in an effort to:<br>(1) overthrow or influence the government of the United States or any state or local government<br>(2) prevent Federal, state, or local government personnel from performing their official duties<br>(3) gain retribution for perceived wrongs caused by the Federal, state, or local government<br>(4) prevent others from exercising their rights under the Constitution or laws of the United States or of any state<br><br>**Guideline B: Foreign Influence**<br>Foreign contacts and interests may be a security concern if the individual has divided loyalties or foreign financial interests, may be manipulated or induced to help a foreign person, group, organization, or government in a way that is not in U.S. interests, or is vulnerable to pressure or coercion by any foreign interest.<br><br>Conditions that could raise a security concern and may be disqualifying include:<br>(a) contact with a foreign family member, business or professional associate, friend, or other person who is a citizen of or resident in a foreign country if that contact creates a heightened risk of foreign exploitation, inducement, manipulation, pressure, or coercion<br>(b) connections to a foreign person, group, government, or country that create a potential conflict of interest between the individual's obligation to protect sensitive information or technology and the individual's desire to help a foreign person, group, or country by providing that information<br>(c) counterintelligence information, that may be classified, indicates that the individual's access to protected information may involve unacceptable risk to national security<br>(d) sharing living quarters with a person or persons, regardless of citizenship status, if that relationship creates a heightened risk of foreign inducement, manipulation, pressure, or coercion<br>(e) a substantial business, financial, or property interest in a foreign country, or in any foreign-owned or foreign-operated business, which could subject the individual to heightened risk of foreign influence or exploitation<br>(f) failure to report, when required, association with a foreign national<br>(g) unauthorized association with a suspected or known agent, associate, or employee of a foreign intelligence service<br>(h) indications that representatives or nationals from a foreign country are acting to increase the vulnerability of the individual to possible future exploitation, inducement, manipulation, pressure, or coercion<br>(i) conduct, especially while traveling outside the U.S., which may make the individual vulnerable to exploitation, pressure, or coercion by a foreign person, group, government, or country |

11

Exhibit O:

Order Confirmation #Z0452933

Coach Outlet Online <coach@e.coachoutlet.com>
Sun 5/28/2017 2:08 PM
To: kieshalewis@hotmail.com <kieshalewis@hotmail.com>

View in web browser



# THANKS

*for shopping Coach Outlet online*

Your order number is Z0452933. We received your order and will send you a
shipping confirmation email as soon as it's on it's way.
To check your order status and view your account, click here.

If you have any questions please contact us by email at coachoutlet@coach.com
or by phone at 1.800.307.0040.

ORDER Z0452933

| DESCRIPTION | | QUANTITY | PRICE |
|---|---|---|---|
|  | CITY ZIP TOTE IN SIGNATURE COATED CANVAS<br>style: F58292IMBDX<br>color: IMBDX | 1 | $84.50 |

| ORDER TOTALS | |
|---|---|
| Shopping bag total: | $84.50 |
| Sales tax: | $5.07 |
| Shipping: | $0.00 |
| Total: | $89.57 |

**PAYMENT INFORMATION**

mcXXXXXXXXXX2124
expires on 06/19
Kiesha Lewis
Po Box 334
Bowie, Maryland 20719
2403468398

**SHIPPING INFORMATION**

████████████ Michigan 48220

## YOU MIGHT ALSO BE INTERESTED IN:



MINI BENNETT SATCHEL IN
SIGNATURE



ACCORDION ZIP WALLET IN
SIGNATURE COATED CANVAS WITH
LEATHER STRIPE



MANHATTAN HEEL

**1.800.307.0040  |  FIND A COACH OUTLET STORE NEAR YOU**

FREE SHIPPING ON ALL ORDERS, CONTINENTAL U.S. ONLY

Please do not reply to this message. If you have any questions, please contact us via email at
coachtoutlet@coach.com or call us at 800-307-0040. Add coach@e.coachoutlet.com to your address book.

This message may constitute an advertisement or solicitation under federal law.
If you wish to unsubscribe or change your email address, please click here.

© 2017 Coach, Inc. 10 Hudson Yards, New York, NY 10001

Possible Identity Theft Situation

Kiesha Lewis <kieshalewis@hotmail.com>

Sun 1/10/2021 2:17 PM

To: info@herschslawnspray.com <info@herschslawnspray.com>
Cc: Kiesha Lewis <kieshalewis@hotmail.com>

Hello Sir/Madam,

My name is Kiesha Lewis and I am contacting your organization because I was recently made aware of the fact that your company has been sending me mail at a Michigan address, ████████ St, Ferndale, 48220 – 3013.

This is completely incorrect. I am a state of Maryland resident and have been for 45 years; I have never lived in another state. This is very concerning to me because I was recently the victim of both identity and credit card theft and am concerned that this maybe part of that issue. If possible, can you tell me HOW your company received my name and how it was associated with that address.

Thanks in advance for any assistance you can provide in this matter!

Kiesha Lewis
Kieshalewis@hotmail.com

P



**Hersch's**
**Lawn Spray**
**1·800·THE·LAWN**

26650 Harding
Oak Park, MI 48237

**Lewis family Act**
**Beau**
**Special Cod**

\*\*\*\*SCH 5-DIGIT 48220\*\*\*\*    71266  63778  306
Kiesha Lewis
▬▬▬▬▬▬▬▬
Ferndale, MI 48220 3013

Exhibit P:

Kiesha D. Lewis 2305 Prima Way
Bowie, MD 20721
Phone: (240) 346 – 8398
Email: kieshalewis@hotmail.com

November 17, 2019

**Case Number: F18057-0060**

Ms. Lauri Takeguchi, ID # 1000682891
Internal Revenue Service
Central Processing Unit Stop 211
PO Box 621506
Atlanta, GA 30362-3006
(fax) 877-807-9215

Dear Ms. Takeguchi:

I wanted to follow-up on the information I received.

Page 53 of the information packet (I have included in this correspondence), includes emails from Linda Gilpin to Ramona Henby. In this response, Linda responds on Thursday, October 12, 2017 at 9:18 AM. However, Ramona sent the email to which she is responding, on Thursday, October 12 at 10:17 AM. Can someone explain how Linda responded to an email almost an hour before it was sent?

Secondly, for the reports that begin on page 56 of the packet of information, a few questions/concerns:
- None of them have date/timestamps; can this information be provided?
- The reports seem to print over more than one page, meaning they are covering two or three pages. Is it possible to obtain the entire date/time stamped report on one page?

Lastly, I am requesting that the IRS reconsider its decision to withhold files under Exemption 6 of the FOIA. The Department of Justice FOIA Guidelines (https://www.justice.gov/oip/foia-guide-2004-edition-exemption-6) explicitly states that this exemption "cannot be invoked to withhold from a requester information pertaining only to himself." I am requesting to be provided with ALL information pertaining to myself, Kiesha Danielle Lewis, therefore, the missing pages and files can and should be provided to me.

I am willing to pay fees for this request up to a maximum of $50.00. If you estimate that the fees will exceed this limit, please inform me first.

Thank you for your consideration of this request. Sincerely,


Kiesha D. Lewis
kieshalewis@hotmail.com
(240) 346-8398

Kiesha D. Lewis
2305 Prima Way
Bowie, MD 20721
Phone: (240) 346 – 8398, Email: kieshalewis@hotmail.com

February 25, 2018

Internal Revenue Service
Central Processing Unit
Stop 211
PO Box 621506
Atlanta, GA 30362-3006
(fax) 877-807-9215

Dear Disclosure Manager:
This is a request under the Freedom of Information Act/Privacy Act.

I request that a copy of the following documents be provided to me; the **UNREDACTED** System Audit Trail (also known as the 'System Audit Log') information for the HR Connect system and IT HRB emails and reports for Kiesha Danielle Lewis for the time period of September 1, 2017 to November 13, 2017.

I do not wish to inspect the documents first. In order to determine my status for the applicability of fees, you should know that I am a former IRS employee, my last position with the IRS was that of a Frontline Manager.

For the System Logs, this information should include **ALL** actions, that is the series of system activities (by the system and application processes) and the records of computer events and user activities, related to Kiesha Danielle Lewis, including the person executing the action.

For the IT HRB emails and reports, it should include **ALL UNREDACTED** discussions concerning the FY2017 Performance Rating related to Kiesha Danielle Lewis, including the person making the comment. Discussions concerning other persons, may be redacted.

As proof of identity I am including a photocopy of my driver's license.

I am willing to pay fees for this request up to a maximum of $500.00. If you estimate that the fees will exceed this limit, please inform me first.

Thank you for your consideration of this request.

Sincerely,



Kiesha D. Lewis

Requires Response: Follow up on the information you received

Takeguchi Lauri L <Lauri.L.Takeguchi@irs.gov>
Mon 11/18/2019 4:11 PM
To: kieshalewis@hotmail.com <kieshalewis@hotmail.com>

Hello Kiesha,

I am in receipt of your follow-up letter dated November 17, 2019, received in our office November 18, 2019, pertaining to information received in response to F18057-0060.

In your second follow up issue below, can you please provide me with a copy of the pages in question so that I may see what you are referring to?  I am unsure by what you mean by "date/time stamps".  You may e-fax me at my e-fax number shown below or you can scan/email them to me.

    **2) Secondly, for the reports that begin on page 56 of the packet of information, a few questions/concerns:**
        • **None of them have date/timestamps; can this information be provided?**
        • **The reports seem to print over more than one page, meaning they are covering two or three pages. Is it possible to obtain the entire date/time stamped report on one page?**

Please provide your response to me by: Wednesday, November 20, 2019.

Thank you,

*Lauri Takeguchi*

Tax Law Specialist
55 S. Market St., Stop HQ 4600
San Jose, CA 95113
Phone: 408.283.1465
E-Fax: 855.205-9335
**Help Desk for Disclosure Questions:**
**866-591-0860 or send email to: *Disclosure**

IRS FOIA Request

Kiesha Lewis <kieshalewis@hotmail.com>

Fri 8/16/2019 8:47 AM

To  ogis@nara.gov <ogis@nara.gov>
Cc  Kiesha Lewis <kieshalewis@hotmail.com>

Good Morning,

I am contacting your agency in hopes that it can assist me with getting a FOIA request answered.  For over a year, I have been waiting for the IRS to fulfill my FOIA request.  Attached is the latest correspondence in reference to this request.  I am contacting NARA because I anticipate that IRS will contact me again delaying its response.  I do understand that I am not the only request on which they are working, however, I believe that 18 months suffices for me to have this request fulfilled.

I am also including my original FOIA request.

If I can provide any additional information, please feel free to contact me at kieshalewis@hotmail.com or (240) 346-8398.

Thanks in advance for any assistance you can provide!

Kiesha D. Lewis
kieshalewis@hotmail.com

Email and System Record Alteration

Kiesha Lewis <kieshalewis@hotmail.com>

Wed 9/18/2019 10:16 AM

To: Complaints@tigta.treas.gov <Complaints@tigta.treas.gov>
Cc: Kiesha Lewis <kieshalewis@hotmail.com>

📎 4 attachments (893 KB)
Ack Final Letter Lewis.pdf; FOIA Kiesha Lewis Records.pdf; BEP Followup 12 21 2019.doc; Treasury BEP Followup 12 19 2019.doc;

Hello,

I am submitting this TIGTA complaint to report IRS officials altering an official document (an email) prior to submitting a FOIA response and IRS officials of either altering or commissioning others to alter my HR Connect files - removing several entries made during the timeframe of August 2017 to December 2017.

**Altered Email by Linda Gilpin**

In the IRS (dated) October 30, 2019 FOIA Response, it appears that Ms. Gilpin or an Agency employee has altered an email conversation between Ms. Gilpin and Ms. Ramona Henby, DC-1221-19-0365-W-1, tab 27, page-57. In this response, Ms. Linda Gilpin responds to Ms. Ramona Henby on Thursday, October 12, 2017 at 9:18 AM. However, Ms. Ramona Henby sent the email, to which Ms. Linda Gilpin is responding, on Thursday, October 12 at 10:17 AM. This email is material because it outlines the logic and methodology used by Ms. Gilpin and Ms. Henby in determining my FY2017 Performance Rating. It is my belief that this alteration was a purposeful attempt to hide material conversations between Ms. Gilpin and Ms. Henby, which would undermine the information provided during a previous TIGTA investigation and in Sworn Statements given during court cases. Therefore, I am requesting that TIGTA investigate this incident to determine what happened to those entries.

**Altered HR Connect Files**

I am forwarding the information I provided to BEP concerning the altered HR Connect files. At least two entries are missing, one from Kevin McCreight on October 13, 2017 and another from Ramona Henby on November 14, 2017. I asked BEP why these entries were missing and have received no response. An accurate HR Connect record is very important because it provides a complete accounting of everyone who has accessed my HR Connect file and the actions that each person executed. As such, I assuming that these, and other entries were purposely removed by someone with high-level access to the HR Connect system to hide actions executed on my file. Therefore, I am requesting that TIGTA investigate this incident to determine what happened to those entries.

If I can provide any additional information, please let me know.

Kiesha D. Lewis
kieshalewis@hotmail.com
240-346-8398

From: Kiesha Lewis <kieshalewis@hotmail.com>
Sent: Saturday, December 21, 2019 11:50 AM
To: Kiesha Lewis <kieshalewis@hotmail.com>
Subject: Fw: FOIA/PA Request - Print Out

From: Hoggan, Mark <Mark.Hoggan@bep.gov>
Sent: Tuesday, December 17, 2019 5:12 PM
To: kieshalewis@hotmail.com <kieshalewis@hotmail.com>
Subject: FOIA/PA Request

Ms. Lewis,

Please find herewith two attachments in response to your FOIA/PA request.

Sincerely,
Mark Hoggan
Disclosure Officer

Re: Perjury Inquiry Request - Follow-up Request

Kiesha Lewis <kieshalewis@hotmail.com>

One 12/10/2019 4:02 PM

To: Complaints@tigta.treas.gov <Complaints@tigta.treas.gov>; Integrity-Complaint <Integrity-Complaint@cigie.gov>; Clark Drew T TIGTA <Drew.Clark@tigta.treas.gov>;

Cc: Russell.George@tigta.treas.gov <Russell.George@tigta.treas.gov>; Gladys.Hernandez@tigta.treas.gov <Gladys.Hernandez@tigta.treas.gov>; James.Jackson@tigta.treas.gov <James.Jackson@tigta.treas.gov>; Kiles, Alex <Alex.Kiles@mail.house.gov>; senator@cardin.senate.gov <senator@cardin.senate.gov>; Emerson, Naki (Van Hollen) <Naki_Emerson@vanhollen.senate.gov>; whistleblower@ronjohnson.senate.gov <whistleblower@ronjohnson.senate.gov>; Whistleblower, Peters (HSGAC) <Peters_Whistleblower@hsgac.senate.gov>; FSCDems@mail.house.gov <FSCDems@mail.house.gov>; Kiesha Lewis <kieshalewis@hotmail.com>

Hello everyone,

I am following up on this complaint that I sent TIGTA.

This weekend, I was doing research and I came across this MSPB case; Docket No. SF-0752-11-0122-I-1 (first attachment). It involved a TIGTA employee who was disciplined for a "lack of candor." Lack of Candor cases "involve charges alleging that a federal employee did not disclose information that the agency thinks should have been disclosed by the employee." (https://www.mspblawblog.com/2016/12/lack-of-candor-charges-at-the-mspb.html).

In addition to the other issues I have brought to the forefront, I believe that this is another issue that applies in this case. When TIGTA interviewed Ms. Henby and Mr. McCreight, neither of them mentioned that I had a different Performance Rating (as demonstrated by both the HR CONNECT system records and the FY2017 Frontline Managers performance rating reports) prior to me resigning - which differs from what is showing presently. They also didn't mention that Agile Accounting was not an official or accepted accounting practice (as demonstrated by the IRS' FOIA response, the IRS CFO email response and the responses by various accounting organizations).

Moreover, Ms. Gilpin failed to mention that she was aware of this different rating and the rationale of Ms. Henby and Mr. McCreight when they decided to change the rating when she choose to say that no managerial misconduct occurred as indicated in her email response to Ms. Henby - the second attachment.

All of this information was vital in the TIGTA investigation, which should have been disclosed during the TIGTA interviews.

Lastly, as I reviewed this case, the TIGTA investigator went as far to investigate the SharePoint properties to confirm when this individual actually uploaded this file. However, in my TIGTA compliant, this level of analysis and investigation was not done. No one looked at the HR Connect system report to investigate when my rating was recorded into the system; No one investigated this concept of Agile Accounting to determine if it actually existed and what the IRS' policy was concerning Agile Accounting; No one viewed or even asked about these frontline manager reports that were developed for Ms. Gilpin; AND No one has looked into the email response by Ms. Gilpin to Ms. Henby in which Ms. Gilpin responded to Ms. Henby almost an hour before Ms. Henby sent the email (the second attachment).

The question I have is why would TIGTA find that this one individual was guilty of lacking candor and not find that this charge does not apply in my case? Can someone please explain this to me?

V/R,

Kiesha D. Lewis
kieshalewis@hotmail.com
(240) 346-8398

From: Kiesha Lewis <kieshalewis@hotmail.com>
Sent: Thursday, November 21, 2019 1:12 PM
To: Complaints@tigta.treas.gov <Complaints@tigta.treas.gov>
Cc: Kiesha Lewis <kieshalewis@hotmail.com>
Subject: Fw: Perjury Inquiry Request - Follow-up Request

Hello - I am submitting this TIGTA complaint in reference to under-oath statements made in TIGTA Case: TRN-1802-0751 by Mr. Kevin McCreight and Ms. Ramona Henby and Ms. Linda Gilin's decision in TIGTA Case: TRN-1802-0751.

My name is Kiesha D. Lewis. I am former IRS employee and a Whistle-blower who is contacting each of your offices to request that a Perjury Investigation and/or Inquiry be opened against Mrs. Ramona Henby and Mr. Kevin McCreight. While employed at the IRS, I made senior IRS management officials aware of the conduct and actions of my second line managers that I perceived to be both illegal and unethical. I also escalated my complaint to the Inspector General (IG) and now have a pending case with the Merit System Protection Board (MSPB), Docket # DC-1221-19-0365-W-1. While participating in the Treasury Inspector General for Tax Administration (TIGTA) investigation and/or the MSPB Discovery process, I believe that both of these individuals provided false and misleading statements while they were under-oath.

Perjury is defined as the "the criminal offense of lying under oath" (https://criminal-law.freeadvice.com/criminal-law/white_collar_crimes/perjury.htm). An individual can be charged with committing perjury if they make "a false statement after being sworn in or promising to tell the truth in a legal situation" (https://criminal-law.freeadvice.com/criminal-law/white_collar_crimes/perjury.htm). To prove that an individual committed perjury, that individual 1) must have been sworn in or made a solemn legal promise to tell the truth; 2) must have intentionally or knowingly made a false statement; and 3) the misstatement made by that individual was material or important to the proceedings in which it was made.

The statements provided by Mrs. Henby and Mr. McCreight meet all three requirements.

Perjury Requirement 1 - Promise to Tell the Truth
In both instances, Mrs. Henby and Mr. McCreight made a legal promise to tell the truth. When both individuals were interviewed by the TIGTA investigator, the statements provided were made under oath.

When Mr. McCreight responded to the Appellant's Interrogatories, the responses that he provided were provided under oath.

Perjury Requirement 2 - Intentionally or Knowingly Made a False Statement
In each instance, Mrs. Henby and Mr. McCreight intentionally and knowingly made statements that were false and/or misleading.

Perjury Offense 1 - Quid Pro Quo
In this instance, Mrs. Henby and Mr. McCreight made statements contradicting one another; Ms. Henby stated that there was no Quid Pro Quo while Mr. McCreight remembers the conversations concerning this topic and how the group was still using the processes I developed and implemented.

See Attachment 1, Page 1 for the Statements in Questions.

Perjury Offense 2 - Agile Accounting
In this instance, Mr. Kevin McCreight and Ms. Ramona Henby 'invented' an accounting methodology as means to demean my work knowledge and the issues that I raised. Both stated that I did not understand the concept of 'Agile Accounting'. However, when I was employed in the Web Applications (Web Apps) organization, 'Agile Accounting' was not an accounting methodology that was sanctioned and approved by the federal government. After much research, I was unable to find any professional accounting or federal government entity that could provide information on this concept, to include a review of the Governmental Accounting Standards Board, GASB (https://www.gasb.org/home). I even reached out to the Federal Accounting Standards Advisory Board ('FASAB') and they were unable to provide me with any information, in fact, they stated that they never heard of Agile Accounting. Moreover, the IRS CFO stated something similar, she had not heard of Agile being associated with accounting.

See Attachment 1, Page 2 for the Statements.
See Attachment 2 for Agile Accounting supporting documentation

Perjury Offense 3 - Performance Assessment
In this instance, Mr. Kevin McCreight and Mrs. Ramona Henby provide various reasons and rationales for why my Performance Rating was lowered, all of which were false. In Ms. Henby's TIGTA statements, she stated that I was failing in my performance objectives and that these failures were well documented. However, Ms. Henby failed to provide any such documentation. Moreover, in an email to Ms. Gilpin and Ms. Chambers, Ms. Henby stated that Mr. McCreight decided that the rating given me by a previous manager, Ms. Grant, was "lower than what we were working towards", therefore, they would just go with a 'Met' and the points would balance, contradicting her TIGTA statement. If the basis for the lowered rating was due to me failing my performance objectives, it should have been stated in this email.

In Mr. McCreight's TIGTA statements, he provides various reasons for the lowered rating. One such reason was that I was a first-time manager and that it was common for first-time managers to receive a rating of 'Met.' In another statement, Mr. McCreight stated that his rating of me was based on his observations of me; that I did somethings well and other things I didn't do as well.

See Attachment 1, Page 3 for the Statements
See Attachment 3 for Performance Assessment supporting documentation

Perjury Offense 4 - Job Knowledge
In this instance, Ms. Henby made the statement that I did not know my job. However, Mr. McCreight provided statements that contradicted Ms. Henby's statement, statements that proved that I knew my job and that many of the processes that I developed and implemented were still being used.

See Attachment 1, Page 4 - 5 for the Statements

*Perjury Offense 5 – FATCA Detail*
In this instance, Mr. Kevin McCreight and Mrs. Ramona Henby provided contradictory statements concerning a detail opportunity within the IRS. In Mrs. Henby's statement, she says that I requested the detail. In Mr. McCreight's statement, he acknowledges that he spoke with Mrs. Henby concerning the detail. Moreover, the email provided in the supporting documentation section shows that I did not request this detail.

See Attachment 1, Page 6 - 7 for the Statements in Questions

*Perjury Offense 6 – Previous Performance Assessment Rating*
In Mr. McCreight's interrogatory response, he states that I did not have a rating that was different from 'Met' prior to me resigning on October 12, 2017. However, in the email Ms. Henby sent to Ms. Gilpin and Ms. Deana Chambers, on 10/12/2017, Ms. Henby specifically states that Web Apps management was working towards a 'higher' rating and was in the process of obtaining more points so that I could be rated properly. Moreover, in the redacted system audit logs provided to me by the Department of the Treasury for the timeframe of 9/1/2017 – 11/15/2017, prior to my resignation, there are four unaccounted for redacted entries. I believe these system entries will show that the rating was different.

See Attachment 1, Page 8 for the Statements
See Attachment 3 for Previous Performance Assessment Rating supporting documentation

*Perjury Offense 7 – Performance Assessment Input*
In this instance, Ms. Linda Gilpin (an IRS executive) and Mr. Kevin McCreight provide contradictory statements as to who provided input into my Performance Assessment.

See Attachment 1, Page 9-10 for the Statements

*Perjury Offense 8 – Treasury Detail Denial*
In this instance, Mr. McCreight provided false/misleading information as to why I was denied an employment opportunity. Moreover, the email conversations provided in the supporting documentation section support my assertion that the rationale used by Mr. McCreight for denying me the detail opportunity were false and/or misleading.

See Attachment 1, Page 11 – 13 for the Statements in Questions

**Perjury Requirement 3 - Misstatement made was Material**
In each instance, the false and/or misleading statements were material to both the TIGTA investigation and the MSPB case. In both cases, the purpose of the misstatements were to cover-up the fact that there was managerial mis-conduct as it relates to managers within the IRS retaliating against me because I made a protected disclosure. The retaliation I endured included actions such as a lowering of my performance rating and management blocking employment opportunities for me. In each instance, if Mrs. Henby and Mr. McCreight had been more forthcoming and honest in their responses, the managerial misconduct would have been exposed and there would have been repercussions for their actions, especially for Mr. McCreight. Mr. McCreight would have been guilty of committing a Section 1203 Violation.

According to section 1203 (https://www.irs.gov/businesses/small-businesses-self-employed/irs-non-retaliation-policy) and (https://www.irs.gov/pub/irs-drop/n-99-27.pdf):

Section 1203 of the IRS Restructuring and Reform Act of 1998 (RRA '98), created a statutory provision requiring termination of IRS employment for misconduct. Section 1203(a) provides that the Commissioner of the Internal Revenue shall terminate the employment of any employee of the Internal Revenue Service if there is a final administrative or judicial determination that such employee committed any act or omission described under subsection (b) in the performance of the employee's official duties. One of the acts described in subsection (b) is retaliation.

Section 1203 (b)(6) provides that:

*Violations of the Internal Revenue Code of 1986, Department of Treasury regulations, or policies of the Internal Revenue Service (including the Internal Revenue Manual) for the purpose of retaliating against, or harassing, a taxpayer, taxpayer representative, or other employee of the Internal Revenue Service.*

is an act or omission requiring termination.

While in IRS employment, two IRS IRMs were violated, IRM 6.335.1.12.16 and IRM 6.430, specifically 6.430.1.5.2. and 6.430.1.5.3. IRM 6.335.1.12.16 was violated because IRS management, specifically Mr. McCreight and Mrs. Henby stopped me from being able to accept positions for which I was selected, in one instance, Mr. McCreight contacted the selecting agency to have them rescind the offer.

The second violation, IRM 6.430, is in reference to my performance rating. In the testimony given by both Ms. Henby and Mr. McCreight, both state that I was failing my commitments and that this failure was well documented, however, neither provided documentation of such. In various understatements by Mr. McCreight, he provides various reasonings for the lowered rating. One such reasoning was that I was a first-time manager and that it was common for first-time managers to receive a rating of 'Met'. 5 U.S. Code § 4302. Establishment of performance appraisal systems and the IRS IRM are very clear; an employee's rating is to be based on a set of standards and not the length of time he/she has been in a position. In another statement, Mr. McCreight stated that his rating of me was based his observations; that I did somethings well and other things I didn't do as well. This too is in violation of 5 U.S. Code § 4302. Establishment of performance appraisal systems and the IRS IRM.

The false and misleading statements provided by Mrs. Henby and Mr. McCreight altered both the direction and the outcome of the TIGTA investigation, to ensure that the IRS failed to take any follow-up actions.

In February 2018, I submitted a FOIA request to the IRS. On 11/9/2019, I received the IRS' response to this request (the last attachment). Included in this response were copies of Fiscal Year (FY) 2017 performance ratings for the Frontline Managers, which included me. I believe that this response showcases four important facts:

**The Existence of an 'Exceeds' Performance Rating**
The Agency FOIA response shows that I had an 'Exceeds' rating for both my FY17 Commitments and my Overall Performance rating categories (due to the orientation of the report, it prints on two pages. I combined the pages to show all the information on one page). It also displays differing points values for each version of the report, displaying a points value that does not balance until the final report, when my Overall rating was lowered to a 'Mets'. Lastly, the response provides clarity and substance to Ms. Henby's email statement to Ms. Gilpin, that "we will go with a Met and our points are balanced."

**The Impeachment of Ms. Ramona Henby**
The Agency FOIA response shows that Ms. Henby impeached herself in her TIGTA statement. In Ms. Henby's statement, she stated that I was failing my commitments. However, the Agency FOIA response shows that I was rated as 'Exceeds' in the commitments category; how can someone who was failing in her commitments ever receive a rating of 'Exceeds.'

**The Impeachment of Mr. Kevin McCreight**
The Agency FOIA response shows that Mr. McCreight impeached himself in his Discovery Interrogatory response. In Mr. McCreight's response, he stated that I did not have a different Performance Rating Prior to resigning. However, the Agency FOIA response shows the presence of a different, higher rating, one that differs than what had been entered into the HR Connect system.

**Ms. Linda Gilpin's awareness of both a prior Performance Rating and the impeachment statements by Ms. Henby and Mr. McCreight**

The Agency assigned Ms. Gilpin as the person responsible for reviewing the TIGTA case investigation to determine if any managerial misconduct occurred. After a review of the TIGTA case information, Ms. Gilpin concluded that there was not managerial misconduct by management; which included that Ms. Lewis was properly rated. However, the Agency FOIA response shows that Ms. Gilpin was aware that I had an 'Exceeds' rating for both the FY17 Commitments and Overall Performance rating categories. It also shows that Ms. Gilpin was aware that Ms. Henby impeached herself in her TIGTA statement by stating that I was failing in my Commitments; according to the report, I was rated as 'Exceeds' for my FY17 Commitments.

Moreover, the Agency response shows that Ms. Gilpin provided misleading information in her Discovery Interrogatory response. In Ms. Gilpin's response, she stated that she doesn't recall Ms. Lewis' having any interaction in the IT HR hor any emails about my performance rating. However, the Agency was able to find several pages of documents that were responsive to my FOIA request, to include 33 pages that were not provided.

If I can provide any additional information, please feel free to contact me.

Kiesha D. Lewis
Kieshalewis@hotmail.com
(240) 346 - 8398

Providing Altered Information as an Official IRS Response

Kiesha Lewis <kieshalewis@hotmail.com>

Thu, 10/26/2018 6:18 PM

To: Complaints@tigta.treas.gov <Complaints@tigta.treas.gov>

Cc: Kiesha Lewis <kieshalewis@hotmail.com>

I am submitting this complaint to request in investigation in information the IRS sent as part of an official FOIA response; in one of the emails provided (see attached), an email conversation between Linda Gilpin and Ramona Henby. In this response, Linda Gilpin responds to Ramona Henby on Thursday, October 12, 2017 at 9:18 AM. However, Ramona Henby sent the email, to which Linda Gilpin is responding, on Thursday, October 12 at 10:17 AM. The question I have is how can Linda Gilpin respond to an email almost an hour before it was sent? And if the IRS has a pattern of providing information with such discrepancies to other individuals, organizations or oversight bodies?

If I can provide any additional information, please feel free to contact me.

Kiesha D. Lewis
kieshalewis@hotmail.com
240-346-8398