FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2020 FEB 25 A 10: 31

CLERK'S OFFICE
AT [...]
BY _____

Kiesha Danielle Lewis

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-against-

Department of Treasury

Internal Revenue Service

see attached

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

**Complaint for a Civil Case**

Case No. GLS 20 CV 0494

(to be filled in by the Clerk's Office)

Jury Trial:  ☐ Yes  ■ No
(check one)

I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Kiesha D Lewis |
| Street Address | 2305 Prima Rd |
| City and County | Bowie, PG |
| State and Zip Code | Maryland, 20721 |
| Telephone Number | 240-346-8398 |
| E-mail Address | kieshalewis@hotmail.com |

    B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Department of the Treasury |
| Job or Title (if known) | |
| Street Address | 1500 Pennsylvania Ave., N.W. |
| City and County | Washington |
| State and Zip Code | D.C. 20220 |
| Telephone Number | (202) 622-2000 |
| E-mail Address (if known) | |

2

Defendant No. 2

| | |
|---|---|
| Name | Internal Revenue Service |
| Job or Title (if known) | |
| Street Address | 1111 Constitution Ave., NW |
| City and County | Washington |
| State and Zip Code | D.C. 20224 |
| Telephone Number | (202) 622-2000 |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | Bureau of the Fiscal Service |
| Job or Title (if known) | |
| Street Address | 3201 Pennsy Drive, Building E |
| City and County | Landover, PG |
| State and Zip Code | MD 20785 |
| Telephone Number | 202-504-3502 |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | Treasury Inspector General for Tax Administi |
| Job or Title (if known) | Ben Franklin Station |
| Street Address | P.O. Box 589 |
| City and County | Washington |
| State and Zip Code | DC 20044-0589 |
| Telephone Number | 800-589-3718 |
| E-mail Address (if known) | |

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

3

II.  **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

■ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.  **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Privacy Act of 1974, 5 U.S.C. § 552a et seq.

Freedom of Information Act, 5 U.S.C. § 552(a) et seq.

Federal Declaratory Judgment Act, 28 U.S.C. § 2201

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.  If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

   The defendant, *(name)* Department of Treasury, is incorporated under the laws of the State of *(name)* District of Columbia, and has its principal place of business in the State of *(name)* District of Columbia. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

   $300,000.00

5

**2. The Defendant(s)**

b. If the defendant is a corporation
The defendant, (name) Internal Revenue Service , is incorporated under the laws of the State of (name) District of Columbia, and has its principal place of business in the State of (name) Maryland .

The defendant, (name) Treasury Inspector General for Tax Administration _, is incorporated under the laws of the State of (name) District of Columbia, and has its principal place of business in the State of (name) District of Columbia __.

The defendant, (name) Bureau of Fiscal Services, is incorporated under the laws of the State of (name) District of Columbia _, and has its principal place of business in the State of (name) District of Columbia __.

The defendant, (name) Bureau of Engraving and Printing _, is incorporated under the laws of the State of (name) District of Columbia _, and has its principal place of business in the State of (name) District of Columbia __.

The defendant, (name) U.S. Department of Veterans Affairs, is incorporated under the laws of the State of (name) District of Columbia _, and has its principal place of business in the State of (name) District of Columbia _.

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**see enclosed sheet**

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

See enclosed sheet

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/22, 2020.

Signature of Plaintiff _Kiesha Lewis_
Printed Name of Plaintiff  Kiesha D. Lewis

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

B. **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Address  _____
Telephone Number  _____
Email Address  _____

8