Kiesha D. Lewis
2305 Prima Rd.
Bowie, MD 20721
(240) 346-8398
kieshalewis@hotmail.com

September 29, 2021

United States District Court for the District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770
(301) 344-0660

RE: Civil Action No. TDC-20-0494 - Judge's Order

To Whom It May Concern:

Enclosed is my amended complaint in reference to Judge Theodore D. Chuang's Order to provide the amended complaint for Civil Action No. TDC-20-0494.

V/R,

*[signature]*

Kiesha D. Lewis
Plaintiff