IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KIESHA DANIELLE LEWIS,<br><br>  Plaintiff,<br><br>v.<br><br>DEPT. OF TREASURY, ET AL.,<br><br>  Defendants. | Case No. 8:20-cv-00494-TDC |

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME**

On September 29, 2021, pursuant to the Court's Order, Kiesha Lewis filed an amended complaint under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, and the Privacy Act of 1974, 5 U.S.C. § 552a, naming as Defendants, the Department of Treasury (Department), Internal Revenue Service (Service), Treasury Inspector General for Tax Administration (TIGTA), and Bureau of Engraving and Printing (BEP) (collectively, Treasury Defendants), as well as the Department of Veterans Affairs.  Pursuant to Fed. R. Civ. P. 15(a)(3), the Defendants are required to file an answer or otherwise responsive pleading on or before Wednesday, October 13, 2021.

The Defendants hereby move for a thirty-day extension of time, up to and including Friday, November 12, 2020, to answer or otherwise file a responsive pleading.  Rule 6(b) permits a court to extend time if good cause exists to do so.  While "good cause" is necessarily factual and unique to each case, courts have considered whether the moving party has acted diligently or made reasonably efforts, whether the non-moving party will be prejudiced, and whether the delay is outside of the moving party's control.  *See, Scott v. Maryland State Dept. of Labor*, 673 F.App'x 299, 306 (4th Cir. 2016).

1

Here, Lewis has filed suit regarding numerous alleged FOIA and Privacy Act requests from multiple agencies.  The broad scope of the complaint requires the undersigned to confer with the offices of multiple agencies and secure detailed information regarding each of Lewis's alleged requests.  Counsel for the Treasury Defendants attempted to confer with employees of the Department, the Service, TIGTA, and BEP immediately after Lewis filed the amended complaint.  Unfortunately, counsel for the Treasury Defendants was unable to reach the appropriate employee in the Department until the afternoon of October 8, 2021, and the appropriate official in the BEP is on leave through October 19.  Additionally, counsel for the Department of Veterans Affairs is in the process of receiving and reviewing information, and consulting the agency.  Thus, counsel for all Defendants need additional time to confer with the agencies before filing a responsive pleading.  Given Lewis's *pro se* status, the Defendants have not consulted her concerning this motion, but the Defendants do not envision any prejudice to Lewis from the brief extension of time they request.

Thus, "good cause" supports an extension of time in this case.  The Defendants therefore request that its deadline to file an answer or otherwise responsive pleading be extended up to and including November 12, 2021.

Dated: October 13, 2021

Respectfully submitted,

DAVID A. HUBBERT
Acting Deputy Assistant Attorney General

*/s/ Emily K. Miller*
EMILY K. MILLER (Ky. Bar No. 97725)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
202-353-7509 (v)

Emily.K.Miller@usdoj.gov

EREK L. BARRON
United States Attorney

*/s/*_____
REBECCA A. KOCH (Bar No. 802108)
Assistant United States Attorney
6406 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
Telephone: 301-344-4433
Facsimile: 410-962-2310
Rebecca.Koch@usdoj.gov
*Counsel for the VA*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 13th day of October 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to those parties registered to receive it.

      /s/_____
REBECCA KOCH
Assistant United States Attorney