IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KIESHA DANIELLE LEWIS, | ) |
| | ) Case No. 8:20-cv-00494-TDC |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DEPT. OF TREASURY, ET AL., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER**

This matter is before the Court on the motion of the Defendants for an extension of time to file an answer or otherwise responsive pleading. Accordingly, and the Court being sufficiently advised, the Defendants' Motion to for Extension of Time is **GRANTED** and the Defendants are directed to file an answer or otherwise responsive pleading **on or before November 12, 2021**.

Dated this the _____ day of _____, 2021.

_____
THEODORE D. CHUANG
United States District Judge