Kiesha D. Lewis

2305 Prima Rd.

Bowie, MD 20721

November 22, 2021

RE: Changing Email Address on File

Case No.: TDC-20-0494

To Whom It May Concern:

I am writing to request that the current email address on file for this case, kieshalewis@hotmail.com, be changed to **aklaltacct@gmail.com**.

The kieshalewis@hotmail.com email account is compromised and has been closed.

Respectfully,

*[signature]*

Kiesha D. Lewis

(240) 346-8398

aklaltacct@gmail.com