Kiesha D. Lewis
2305 Prima Rd
Bowie, MD 20721



CAPITAL DISTRICT 208

26 NOV 2021 PM 2 L

United States District Court
6500 Cherrywood Lane
Greenbelt, MD 20770

_____ FILED   ✓ ENTERED
_____ LOGGED   _____ RECEIVED

NOV 29 2021

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                                DEPUTY

20770-720350