UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| KIESHA D. LEWIS,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF THE TREASURY,<br>INTERNAL REVENUE SERVICE,<br>TREASURY INSPECTOR GENERAL FOR<br>TAX ADMINISTRATION,<br>BUREAU OF ENGRAVING AND<br>PRINTING and<br>U.S. DEPARTMENT OF VETERANS<br>AFFAIRS,<br><br>    Defendants. | Civil Action No. TDC-20-0494 |

**ORDER**

For the reasons stated during the December 1, 2021 Case Management Conference, it is hereby ORDERED that the parties shall meet and confer regarding the outstanding Privacy Act and Freedom of Information Act claims in this case and file a Joint Status Report by **Wednesday, December 8, 2021** addressing:

1. What claims, if any, remain outstanding against Defendants Department of the Treasury, Internal Revenue Service, Treasury Inspector General for Tax Administration, and the Bureau of Engraving and Printing (collectively, "the Treasury Defendants") and whether any claims against the Treasury Defendants will be voluntarily dismissed;

2. What claims, if any, remain outstanding against Defendant Department of Veterans Affairs and whether the Department of Veterans Affairs will be voluntarily dismissed as a defendant; and

3. A proposed briefing schedule for the proposed Motion to Dismiss, or in the Alternative, for Summary Judgment referenced in ECF No. 31.

Date: December 2, 2021

                                                  THEODORE D. CHUANG
                                                  United States District Judge