IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KIESHA DANIELLE LEWIS, <br><br> Plaintiff, <br><br> v. <br><br> DEPT. OF TREASURY, ET AL., <br><br> Defendants. | Case No. 8:20-cv-00494-TDC |

**STATUS REPORT & STIPULATION OF PARTIAL DISMISSAL**

Pursuant to the Court's order, the parties met and extensively conferred on December 2, 2021. The parties discussed Plaintiff Kiesha Lewis's complaint and agreed upon a briefing schedule.

### Stipulation of Partial Dismissal and/or Amendments to Complaint

The parties agreed upon the following stipulations and/or amendments and clarifications to Plaintiff Lewis's Amended Complaint (Doc. No. 27; Doc. No. 28):

1. As to the First Cause of Action, the parties stipulate to the dismissal of the claims as asserted against the Internal Revenue Service (IRS), Bureau of Engraving and Printing (BEP), and Department of Treasury. Plaintiff Lewis maintains her Privacy Act and FOIA claims against TIGTA as they relate to Request No. 2020-FOI-00023. TIGTA intends to move for summary judgment on the grounds that the exemptions claimed in the redacted responsive records were proper.

2. As to the Second Cause of Action, the parties stipulate to the dismissal of all claims.

3. As to the Third Cause of Action, Plaintiff agrees that the VA has provided the information Plaintiff requested from the VA. However, Plaintiff refuses to dismiss her

claim against the VA, because she believes the VA acted unreasonably and arbitrarily when it redacted the single-page document it produced to Plaintiff on March 19, 2021, and Plaintiff believes she is entitled to monetary compensation.  The VA intends to move for dismissal on the grounds that Plaintiff's claim is moot, FOIA does not provide for monetary damages, and Plaintiff cannot show actual damages under the Privacy Act.

4. As to the Fourth Cause of Action, the parties stipulate to the dismissal of all claims.

5. As to the Fifth Cause of Action, Plaintiff Lewis clarifies that this cause of action asserts a Privacy Act claim against the IRS pursuant to 5 U.S.C. § 552a(g)(1)(C) for failure to update her agency separation records. The IRS intends to move for dismissal, or in the alternative for summary judgment, because Plaintiff has failed to state a claim under the Privacy Act.  Additionally, Lewis's attempts to relitigate her Merit Systems Protection Board (MSPB) determination here are improper.

6. As to the Sixth Cause of Action, the parties stipulate to the dismissal of all claims.

7. As to the Seventh Cause of Action, the parties stipulate to the dismissal of all claims.

8. As to the Eighth Cause of Action, the parties stipulate to dismissal of the claims asserted against the IRS, TIGTA, Treasury Inspector General (OIG), and the Department of Homeland Security.  The parties agree to allow Plaintiff Lewis to amend this claim to be asserted against the BEP.  Plaintiff Lewis further clarifies this cause of action to assert a Privacy Act claim against BEP pursuant to 5 U.S.C. § 552a(g)(1)(D) for an alleged failure to provide the appropriate Privacy Act Statement under 5 U.S.C. § 552a(e)(3) before soliciting her social security number, address, email address, and date of birth. The BEP intends to move for dismissal, or in the alternative for summary judgment, because Plaintiff has failed to state a claim under the Privacy Act.

9. As to the Nineth Cause of Action, the parties stipulate to the dismissal of claims against BFS. Plaintiff Lewis clarifies that this cause of action asserts a Privacy Act claim against the IRS pursuant to 5 U.S.C. § 552a(g)(1)(D) for allegedly accessing and modifying her USAJobs account. The IRS intends to move for dismissal, or in the alternative for summary judgment, because these are not agency records maintained in a system of records notice by the IRS and therefore Plaintiff has failed to state a claim under the Privacy Act.

10. As to the Tenth Cause of Action, the parties stipulate to the dismissal of all claims.

11. As to the Eleventh Cause of Action, the parties are still investigating to determine if this can be resolved. Plaintiff Lewis clarifies that this cause of action asserts a Privacy Act claim against the IRS pursuant to 5 U.S.C. § 552a(g)(1)(C) for failing to process her Fresh Start Application. If this cause of action cannot be resolved, the IRS intends to move for dismissal because Plaintiff has failed to state a claim under the Privacy Act.

12. As to the Twelfth Cause of Action, the parties stipulate to the dismissal of claims against the Treasury Inspector General. The parties are still investigating to determine if this can be resolved. Plaintiff Lewis clarifies that this cause of action asserts a Privacy Act claim against TIGTA pursuant to 5 U.S.C. § 552a(g)(1)(C) for allegedly removing or deleting the TIGTA complaint she filed on November 16, 2017. TIGTA intends to move for dismissal, or in the alternative for summary judgment, as moot because Lewis admits TIGTA processed this complaint and Plaintiff has failed to state a claim under the Privacy Act.

13. As to the Thirteenth Cause of Action, the parties agree this is duplicative of Plaintiff Lewis's Fifth Cause of Action and stipulate to the dismissal of this as a separate cause of action.

14. As to the Fourteenth Cause of Action, the parties stipulate to the dismissal of claims against the Treasury Defendants. The Defendants do not agree to allow Plaintiff Lewis to amend this claim to assert a cause of action against the Defense Counterintelligence and Security Agency (DCSA).

15. As to the Fifteenth Cause of Action, the partis stipulate to the dismissal of all claims.

16. As to the Sixteenth Cause of Action, the parties agree the Court has already resolved these claims against the IRS and TIGTA. The parties further stipulate to the dismissal of the claims against the Treasury, fully resolving this cause of action.

## Status Report and Proposed Briefing Schedule

The parties further met and conferred regarding a briefing schedule for this matter. The parties propose the following deadlines:

If the Court orders Plaintiff Lewis to file an amended complaint including the clarifications above, Plaintiff Lewis shall file such Second Amended Complaint on or before **December 15, 2021.**

The Defendants will file a Motion to Dismiss, or in the alternative, Motion for Summary Judgment as to the remaining Causes of Action as alleged in this stipulation on or before **January 18, 2022.**

The Plaintiff will file a response to Defendants' Motion on or before **February 1, 2022.**

The Defendants will file a reply in support of their Motion on or before **February 15, 2022.**

Dated: December 8, 2021                               Respectfully submitted,


*/s/ Kiesha D. Lewis (with permission)*            DAVID A. HUBBERT
KIESHA D. LEWIS                                    Deputy Assistant Attorney General
2305 Prima Way
Bowie, Maryland 20721                              */s/ Emily K. Miller*
aklaltacct@gmail.com                               EMILY K. MILLER (Ky. Bar No. 97725)
*Plaintiff*                                        Trial Attorney, Tax Division
                                                   U.S. Department of Justice
                                                   P.O. Box 227
                                                   Washington, D.C.  20044
                                                   202-353-7509 (v)
                                                   Emily.K.Miller@usdoj.gov
                                                   *Counsel for the Treasury Defendants*


                                                   EREK L. BARRON
                                                   United States Attorney

                                                   */s/ Rebecca A. Koch (with permission)*
                                                   REBECCA A. KOCH (Bar No. 802108)
                                                   Assistant United States Attorney
                                                   6406 Ivy Lane, Suite 800
                                                   Greenbelt, Maryland 20770
                                                   Telephone: 301-344-4433
                                                   Facsimile: 410-962-2310
                                                   Rebecca.Koch@usdoj.gov
                                                   *Counsel for the VA*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of December, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to those parties registered to receive it.  Additionally, I hereby certify that on the same date I have mailed the document by United States Postal Service to the following non-CM/ECF participants:

KIESHA D. LEWIS
2305 Prima Way
Bowie, Maryland 20721
KieshaLewis@hotmail.com
*Plaintiff*

                                          */s/ Emily K. Miller*
                                          EMILY K. MILLER
                                          Trial Attorney, Tax Division
                                          U.S. Department of Justice