UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| KIESHA D. LEWIS,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF THE TREASURY,<br>INTERNAL REVENUE SERVICE,<br>TREASURY INSPECTOR GENERAL FOR<br>TAX ADMINISTRATION,<br>BUREAU OF ENGRAVING AND<br>PRINTING and<br>U.S. DEPARTMENT OF VETERANS<br>AFFAIRS,<br><br>    Defendants. | Civil Action No. TDC-20-0494 |

## ORDER

Plaintiff Kiesha Lewis has filed a 16-count Complaint alleging violations of the Privacy Act and the Freedom of Information Act ("FOIA") by Defendants the United States Department of Treasury, its component agencies the Internal Revenue Service ("IRS"), the Treasury Inspector General for Tax Administration ("TIGTA"), the Bureau of Engraving and Printing ("BEP"), and the United States Department of Veterans Affairs ("VA"). The Court previously resolved a Motion to Dismiss and ordered Lewis to file an Amended Complaint with a more definite statement on the Privacy Act claims and on two of the FOIA claims. ECF No. 25. After Lewis filed an Amended Complaint, Defendants filed a Notice of Intent to File a Motion to Dismiss, or in the Alternative, for Summary Judgment. ECF Nos. 28, 31. The Court ordered the parties to meet and confer regarding the remaining claims in this case, and the parties have filed a Status Report and

Stipulation of Partial Dismissal ("the Status Report").  Upon review of the Status Report, it is hereby ORDERED that:

1. With the agreement of the parties, the following claims are dismissed:

    a. All claims asserted in Count 1 except the Privacy Act and FOIA claims against TIGTA relating to Request No. 2020-FOI-0023;

    b. All claims asserted in Count 2;

    c. All claims asserted in Count 4;

    d. All claims asserted in Count 6;

    e. All claims asserted in Count 7;

    f. All claims asserted in Count 8 except the Privacy Act claim against the BEP;

    g. All claims asserted in Count 9 except the Privacy Act claim against the IRS;

    h. All claims asserted in Count 10;

    i. All claims asserted in Count 12 except the Privacy Act claim against TIGTA;

    j. All claims asserted in Count 13;

    k. All claims asserted in Count 14;

    l. All claims asserted in Count 15; and

    m. All claims asserted in Count 16.

2. The following claims remain:

    a. Count 1:  the Privacy Act claim and the FOIA claim against TIGTA relating to Request No. 2020-FOI-00023;

    b. Count 3:  the Privacy Act claim and the FOIA claim against the VA relating to Request No. 20-00012-FOIP;

    c. Count 5: the Privacy Act claim against the IRS asserting that the IRS failed to update Lewis's agency separation records, in violation of 5 U.S.C. § 552a(g)(1)(C);

    d. Count 8: the Privacy Act claim against the BEP asserting that the BEP failed to provide the appropriate Privacy Act statement under 5 U.S.C. § 552a(e)(3) before soliciting Lewis's social security number, address, email address, and date of birth, in violation of 5 U.S.C. § 552a(g)(1)(D);

    e. Count 9: the Privacy Act claim against the IRS asserting that the IRS accessed and modified Lewis's USAJobs account, in violation of 5 U.S.C. § 552a(g)(1)(D);

    f. Count 11: the Privacy Act claim against the IRS asserting that the IRS failed to process Lewis's Fresh Start Application, in violation of 5 U.S.C. § 552a(g)(1)(C); and

    g. Count 12: the Privacy Act claim against TIGTA asserting that TIGTA removed or deleted the TIGTA complaint Lewis filed on November 16, 2017, in violation of 5 U.S.C. § 552a(g)(1)(C).

3. The Court does not find that an Amended Complaint is necessary to maintain the claims as clarified in (2) above. There presently is no claim in Count 14 against the Defense Counterintelligence and Security Agency. If Lewis wishes to assert such a claim, Lewis must first file a Motion for Leave to Amend the Complaint explaining why she should be permitted to assert this claim against this new potential defendant. Any such Motion must be filed by **Wednesday, December 22, 2021**. Any response to the Motion

must be filed by **Wednesday, January 5, 2022**. The submissions are limited to no more than 10 pages each, and no reply brief will be permitted.

4. Defendants are granted leave to file a Motion to Dismiss, or in the Alternative, for Summary Judgment as to the remaining claims. The Motion will be deemed timely if filed by **Tuesday, January 18, 2022**. Defendants' Motion shall address whether the parties have resolved the pending issues in Counts 11 and 12. Lewis's Memorandum in Opposition to Defendants' Motion is due by **Tuesday, February 1, 2022**. Any reply brief shall be filed no later than **Tuesday, February 15, 2022**.

Date: December 15, 2021

THEODORE D. CHUANG
United States District Judge