Additional Information
– Amended Submission

Case # 8:20-CV5-00494-TDC
USDC- GREENBELT

## Defendant Names
- Treasury Inspector General for Tax Administration
- Bureau of Fiscal Services
- Bureau of Engraving and Printing
- U.S. Department of Veterans Affairs

## Defendant Addresses
Bureau of Engraving and Printing
Address: 300 14th St SW, Washington, DC 20228
Phone: (202) 874-3188

U.S. Department of Veterans Affairs
810 Vermont Ave NW, Washington, DC 20420
(800) 827-1000

## Statement of Claim
- First Cause of Action - Privacy Act/Freedom of Information Act-Denial of Access to Records; TIGTA Reports; this violation involves Treasury officials improperly denying Kiesha D. Lewis complete, non-redacted FOIA responses for requested TIGTA reports.

| ID the Privacy Act Request Made | Date of Request | The Recipient Agency | Agency's Response | Whether any appeal was filed | Statutory Basis for Claim |
|---|---|---|---|---|---|
| TGITA Case Numbers TRN-1611-0623 and TRN-1701-0215<br><br>HR Connect Audit Log Information | 2017, 2018, 2019 | TIGTA<br><br>IRS<br><br>Treasury<br><br>BEP | TIGTA – failed to provide requested information.<br><br>IRS – Suppressed my ability to obtain the HR Connect Request and the TIGTA Case files.<br><br>Treasury – provided redacted information.<br><br>BEP – provided files that had been modified. provided. | I contend that appeals were filed, either in follow-up emails or phone call conversations. | 5 U.S.C. 552a (g)(1)(B) |

1