IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KIESHA DANIELLE LEWIS, | ) |
|     Plaintiff, | ) Case No. 8:20-cv-00494-TDC |
| v. | ) |
| DEPT. OF TREASURY, ET AL., | ) |
|     Defendants. | ) |

**DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE,
MOTION FOR SUMMARY JUDGMENT**

The Defendants Department of Treasury (Department), Internal Revenue Service (Service), Treasury Inspector General for Tax Administration (TIGTA), and Bureau of Engraving and Printing (BEP) (collectively, "Treasury Defendants"), as well as the Department of Veterans Affairs move to dismiss the Plaintiff's Amended Complaint (Doc. No. 27) for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) and for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6).  In the alternative, they move for summary judgment in favor of the Defendants.  In support of this motion, the Defendants also file a memorandum of law and accompanying declarations.

Dated: January 18, 2022

Respectfully submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Emily K. Miller*
EMILY K. MILLER (Ky. Bar No. 97725)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044

1

202-353-7509 (v)
Emily.K.Miller@usdoj.gov
*Counsel for the Treasury Defendants*


EREK L. BARRON
United States Attorney

*/s/*
REBECCA A. KOCH (Bar No. 802108)
Assistant United States Attorney
6406 Ivy Lane, Suite 800
Greenbelt, Maryland 20770
Telephone: 301-344-4433
Facsimile: 410-962-2310
Rebecca.Koch@usdoj.gov
*Counsel for the VA*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of January, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to those parties registered to receive it.

/s/_____
REBECCA KOCH
Assistant United States Attorney