IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KIESHA DANIELLE LEWIS, | ) |
| Plaintiff, | ) Case No. 8:20-cv-00494-TDC |
| v. | ) |
| DEPT. OF TREASURY, ET AL., | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on the motion of the Defendants to dismiss Plaintiff's Complaint in its entirety, or in the alternative, grant summary judgment for the Defendants. Accordingly, and the Court being sufficiently advised, the Defendants' Motion is **GRANTED** and the Complaint filed by Kiesha Danielle Lewis is **DISMISSED**.

Dated this the _____ day of _____, 2022.


_____
United States District Judge
District of Maryland