IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| KIESHA DANIELLE LEWIS, | ) | |
|---|---|---|
| | ) | Case No. 8:20-cv-00494-TDC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DEPT. OF TREASURY, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**EXHIBIT INDEX**

| Exh. No. | Description |
|---|---|
| 1 | Declaration of Alexis Turner, TIGTA |
| 2 | Declaration of John Kirk, TIGTA (with attached Exhibits A and B) |
| 3 | Declaration of Joel Weaver, TIGTA (with attached Exhibit C) |
| 4 | Declaration of Jee Eun Ahn, IRS (with attached Exhibits D) |
| 5 | Declaration of Venancio R. Biela, Jr., BEP (with attached Exhibit E) |
| 6 | Nov. 3, 2021 Correspondence to K. Lewis |