IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KIESHA DANIELLE LEWIS, )<br>          )<br>           Plaintiff,    )<br>          )<br>v.          )<br>          )<br>DEPT. OF TREASURY, ET AL.,   )<br>          )<br>           Defendant.   )<br>_____ ) | Case No. 8:20-cv-00494-PJM |

**DECLARATION OF JEE EUN AHN**

I, Jee Eun Ahn, pursuant to the provisions of 28 U.S.C. § 1746(2) declare as follows:

1. I am an attorney in Branch 7 within the Office of Chief Counsel for Procedure & Administration (P&A), a national office practice group within the Internal Revenue Service's Office of Chief Counsel in Washington, D.C. I have been employed by the Internal Revenue Service (IRS) since September 27, 2021.

2. As part of my official duties, I am responsible for assisting the Department of Justice with the IRS' views on defending against claims made pursuant to the Freedom of Information Act, 5 U.S.C. § 552 (FOIA) and the Privacy Act, 5 U.S.C. § 552a. These duties require that I have knowledge of the procedures and requirements for making FOIA and Privacy Act requests.

3. On February 25, 2020, plaintiff Kiesha Danielle Lewis filed a civil complaint against the IRS and other defendants. In her complaint, Ms. Lewis asserts several causes of action under the Privacy Act, including the following:

>   a.   Fifth Cause of Action: Lewis asserts a claim against the IRS pursuant to 5 U.S.C. § 552a(g)(1)(C) for failure to update her agency separation records. Doc. No. 37, ¶ 5.

      b.      Nineth Cause of Action: Lewis asserts a Privacy Act claim against the IRS pursuant to 5 U.S.C. § 552a(g)(1)(D) for allegedly accessing and modifying her USAJOBS account. Doc. No. 37, ¶ 9.

      c.      Eleventh Cause of Action: Lewis asserts a Privacy Act claim against the IRS pursuant to 5 U.S.C. § 552a(g)(1)(C) for failing to process her Fresh Start Application. Doc. No. 37, ¶ 11.

## IRS Employment Separation Procedures

4.      The IRS uses Standard Form 50 (SF-50), the Notification of Personnel Action, to document numerous personnel actions, including when an employee separates from the IRS.

5.      SF-50s are automatically generated after the close of the pay period in which the employee separated.

6.      Ms. Lewis separated from the IRS during 2017 Pay Period 21, which ran from October 10, 2017, through October 23, 2017.

7.      A personnel action request (PAR) for Ms. Lewis was timely processed for 2017 Pay Period 21 and Ms. Lewis' SF-50 was timely generated after 2017 Pay Period 21 closed. Exhibit D, *Lewis SF-50*.

8.      When an employee separates from the IRS, the deprovisioning process, which is the process of removing user access from applications and systems within the IRS network, is automatic. Once the employee moves into the deprovisioned organizational unit, a computer script automatically restricts the employee's email account from its ability to send email and removes the email address from the Global Address List.

9.      Prior to October 1, 2021, the IRS retained the email addresses of separated employees within the HR Connect system, even though the accounts could no longer send emails.

Exhibit 4

10. As of October 1, 2021, the IRS removed the email addresses of separated employees from the HR Connect system as part of a system cleanup in effect as of this date.

11. Ms. Lewis separated from the IRS prior to October 1, 2021, and therefore, her email address remained displayed within the HR Connect system, though restricted from sending any emails.

12. As of October 1, 2021, Ms. Lewis' email address is no longer displayed in the HR Connect system.

### IRS Access to USAJOBS Accounts

13. USAJOBS is the United States' official employment website for federal employees.  https://www.usajobs.gov/

14. It is my understanding that USAJOBS is a system of records under the control of the United States Office of Personnel Management (OPM). *See, Privacy Impact Assessment for USAJOBS*, OPM, https://www.opm.gov/information-management/privacy-policy/privacy-policy/usajobs-pia.pdf.

15. USAJOBS is not an IRS system of records.  *See, System of Records Notices*, United States Department of Treasury, https://home.treasury.gov/footer/privacy-act/system-of-records-notices-sorns#irs1.

16. The IRS has limited access to the USA Staffing hiring system in order to process applications submitted to job announcements posted by the IRS.  However, this access does not permit the IRS to access any applicant information in the USAJOBS system.

17. The IRS does not retrieve information from the USAJOBS system using a personal identifier.

18. The IRS is only able to retrieve information from USAJOBS that was submitted in an application for employment to the IRS.

### **Fresh Start Program**

19. The IRS initiated its Fresh Start Program in 2011 to assist individuals and small businesses in paying overdue taxes.

20. The Fresh Start Program is not a single program, but rather a collection of changes to IRS Collection policy for lien filing thresholds, lien withdrawals, installment agreements, and offers in compromise.

21. There is no application for the Fresh Start Program: Individuals instead are able to take advantage of the changes to the tax code by applying for various types of relief, including offers in compromise, penalty abatements, and installment agreements.

I declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed on January 7, 2022, in Chapel Hill, N.C.

_____
JEE EUN (JULIE) AHN
Office of Chief Counsel
Procedure and Administration
Internal Revenue Service

Exhibit 4

Standard Form 50
Rev 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

**NOTIFICATION OF PERSONNEL ACTION**

1. Name (Last, First, Middle): LEWIS, KIESHA D

PII (Second Action)

4. Effective Date: 10-20-2017

**FIRST ACTION**

PII

7. FROM: Position Title and Number: SUPERVISORY IT PROJECT MANAGER
PII

PII

**EMPLOYEE DATA**

PII

**POSITION DATA**

PII

46. Employing Department or Agency: DEPARTMENT OF THE TREASURY
PII
48. Personnel Office ID: 2771
49. Approval Date: 10-20-2017
PII

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6236

1 - Employee Copy - Keep for Future Reference

Exhibit 4