IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KIESHA DANIELLE LEWIS, | ) | |
| | ) | Case No. 8:20-cv-00494-TDC |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DEPT. OF TREASURY, ET AL., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DECLARATION OF VENANCIO R. BIELA, JR.**

I, Venancio R. Biela, Jr., pursuant to the provisions of 28 U.S.C. § 1746(2) declare as follows:

1.     I am the Division Director, with the Acquisition Program Management Division, Office of Chief Procurement Officer, at the Bureau of Engraving and Printing (the BEP) in Washington, D.C.  I have been employed by the BEP since 2015.

2.     As part of my official duties, I have been asked to provide information pertaining to the onboarding and departure processes for contractors.

3.      It is my understanding that on February 25, 2020, Kiesha Danielle Lewis filed a civil Complaint against the BEP and other defendants.  In her complaint, Ms. Lewis asserts several causes of action under the Privacy Act, including the following:

   a.  Eighth Cause of Action: Lewis asserts a Privacy Act claim against BEP pursuant to 5 U.S.C. § 552a(g)(1)(D) for an alleged failure to provide the appropriate Privacy Act Statement under 5 U.S.C. § 552a(e)(3) before soliciting her social security number, address, email address, and date of birth.  Doc. No. 37, ¶ 8.

Exhibit 5

**BEP Onboarding and Departure Processes for Contractors**

4.      To onboard a new contractor within BEP, the contractor's designated Contracting Officer Representative (COR) initiates a contractor access request form (CAR) known as BEP Form 2276.

5.      BEP Form 2276 includes the following disclosure:

Purpose of this Form: The United States conducts background investigations and reinvestigations to establish that applicants or incumbents either employed by the Government or working for the Government under contract are suitable for the job and/or eligible for a public trust or sensitive position.  Information from this form is used as the basis to initiate the investigations through the Office of Personnel Management (OPM) electronic Questionnaires for Investigations Processing (eQIP).  This information is used for the purpose of initiating the security paperwork for the listed person/s so that a background investigation can be conducted to determine suitability.  In addition, the information on this form will be used to satisfy the requirements of HSPD 12, FIPS 201-PIV (Personal Identity Verification of Federal Contractors).  Information on this form must be protected from unauthorized disclosure.

Authority to Request this information: The United States Government is authorized to ask for this information under Executive Orders 10450 and 10577, sections 3301 and 3302 of title 5 United States Code; and parts 5, 731, 732, and 736 of Title 5 Code of Federal Regulations.

Due to some persons having the same name and date of birth, Social Security numbers are needed to keep records accurate.  Public Law 104-134 (April 26, 1996), as amended in title 31, section 7701, also asks Federal agencies to use this number to help identify individuals in agency records.  The collection, maintenance, and disclosure of this information are governed by the Privacy Act and must be safeguarded from unauthorized disclosure.

Exhibit, E, *BEP Form 2276*.

6.      To initiate the CAR, a COR must collect Personal Identifiable Information (PII) from the onboarding contractor, such as name, address, telephone number, and social security number.  CORs have discretion on how to collect this information: a COR may call the contractor and speak with them directly, email the contractor via secure email and request the information, or send the form to the contractor and ask that they provide the required information.

2

Exhibit 5

7.      The designated COR enters the information into the online fillable form and submits it to Personnel Security (PerSec) and Human Resources (HR).

8.      Upon receipt of the CAR form, Personnel Security verifies the accuracy of the form. Once the form has been vetted/verified by Personnel Security, Personnel Security will then determine if a background investigation is needed.  If a background investigation is needed, then the contractor will be required to complete the Electronic Questionnaire for Investigations Processing (e-QIP). Additionally, HR will enter the contractor's information into HRConnect for sponsorship.

9.      CORs do not have access to the information stored in e-QIP; they only have access to the CARs they create.

10.     When a contractor departs BEP, the designated COR is responsible for collecting physical items like the contractor's badge, laptop, keys, etc.  The COR is also responsible for accessing the CAR to create a departure action.

11.     CORs only have access to CAR documents they themselves created and do not have access to CARs created by other CORs.  Thus, if the designated COR at departure did not create the original CAR, the designated COR does not have access to the original CAR and would need to create a new CAR to process the departure.

12.     Creating a new CAR requires the COR to collect the same PII from the contractor that was collected at onboarding.

### BEP Onboarding and Departure for Lewis

13.     Lewis worked as a contractor for BEP.

14.     When Lewis started work for BEP, her supervising COR was Julie Evans, and therefore, Julie Evans most likely initiated the original CAR to bring Lewis onboard.

3

Exhibit 5

15.    At some point during Lewis's tenure, Evans left BEP and Lewis was transferred to COR Gail Hall.

16.    Because Hall did not create the initial CAR, or any other documents generated by Evans, Hall needed to create a new CAR, by collecting PII from Lewis, to generate the departure action.

I declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge.

Executed on January 7, 2022, in Washington, DC.

Venancio D. Biela Jr.

Digitally signed by Venancio D. Biela Jr. Date: 2022.01.07 15:39:32 -05'00'

VENANCIO R. BIELA, JR.
Division Director
Acquisition Program Management Division (APMD)
Office of Chief Procurement Officer (OCPO)
Bureau of Engraving and Printing
14th & C St SW
Washington, D.C. 20228

Exhibit 5



Exhibit
E

| BEP | FORM 2276 Rev 06-20 | **Contractor Access Request** |
|---|---|---|

## INSTRUCTIONS FOR COMPLETING CONTRACTOR ACCESS REQUEST (CAR) FORM

***Personnel security will determine the contract risk level.*** *If you have not provided Personnel Security (PERSEC) with the **Statement of Work (SOW)** or **Performance Work Statement (PWS)** to assist PERSEC in determining the Risk Designation level(s) for each contract position within the contract (High, Moderate, or Low), do not submit this form.  Not knowing the Risk Designation will delay all processing of any CAR form.*  The purpose of this form is to notify Personnel Security (PERSEC) and Human Resources (HR) that a contractor requires a background investigation so physical and/or logical access to the BEP can be determined.  The form is also used to notify both offices of any changes to the individuals' status within the contract.

Only Bureau of Engraving and Printing (BEP) Contracting Officer's Representative (COR) or agency designated contract Point of Contact (POC) are authorized to complete this form.

> COR's are required to be current in their certification.  The primary (assigned) COR may designate an alternate COR (must have current certification), to act on their behalf when they are unavailable to submit a CAR.

> POC - If a Service Agreement or the contract is held by another Federal Agency and access to the BEP is necessary (i.e., Safety Contractors and Armored Carriers), a BEP employee who has been designated by BEP Management as a POC, may submit CAR's on behalf of the Service Agreement or other Federal Agency. POC's are not required to be a certified COR.

All fields are required and the form must be completed in its entirety, then signed (or digitally signed) and dated by the authorized COR or POC for submission.  Incomplete forms will be returned and no action taken to initiate access until the corrected CAR has been resubmitted and approved.

Request section identifies what Request you are submitting and the Effective Date of this Request.  Provide the Contractor's position, Job Code identifier, Network and FERO information. This information assists PERSEC and IT in identifying access needs.  For all CON1 Job Codes ensure you provide a "Yes" to Network access and if the contract position is a Federal Emergency Response Official provide "Yes."  If neither are true, then your responses will be "No."

| Request | * ⌄ | Job Code | * ⌄ | Effective Date | * 🗓 |
|---|---|---|---|---|---|
| Contractor's position | * | | Departing Reason | | * ⌄ |
| Network Access Required * | Yes ○ No ○ | | Federal Emergency Response Official (FERO) | No ⌄ | |

| **Identify what the CAR is requesting** | **Job Code – If Request is 1, 3, 6 or 7 you MUST select one:** | **DEPARTING REASON if Request was 1, 2, 3 or 4 select related reason:** |
|---|---|---|
| **1. Change Job Code** (i.e. contractor needs a PIV card but did not need one when originally started (indicate new Job Code)  **2. Cancel Investigative Request** (no longer on contract & investigation is pending)  **3. Changing Contracts w/in the BEP** (i.e. moving from Goodwill to Pride [Gaining COR initiates Changing and indicates Job Code for gaining contract. Upon notification from PERSEC, change has been initiated, losing COR submits Departing CAR to close out prior investigative case record])  **4. Departing BEP** (select related Departing Reason)  **5. Name Change**  **6. New to BEP** (requires Job Code)  **7. Returning to BEP** (requires Job Code) | **Job Code – If "Request" is 1, 3, 6 or 7 you must select one:** <ul><li>**CON1**= needs both physical and logical (network) access. Requires PIV based on work being performed (i.e. IT contract, etc.) Check "Yes" to Network access.</li><li>**CON2**= needs physical access only (no PIV or network). Requires a PACs or SACs badge for physical access to the facility. Check "No" to Network access.</li><li>**CON3**= 180-days or less contract. Check "No" to Network access.</li></ul> | <ul><li>Contract information or risk level changing [Request 1]</li><li>Changing to different contract [Request 3]</li><li>Deceased [Request 2 or 4]</li><li>Removed (Misconduct / Other) [Request 2 or 4</li><li>Resigned, left in good standing [Request 2 or 4]</li><li>Retired [Request 2 or 4]</li><li>Separated (Contract end / access no longer needed) [Request 2 or 4]</li><li>Withdrew / Offer</li></ul> |

Exhibit 5

| | | |
|---|---|---|
| **8. Re-Submit**(updating or correcting information for previously submitted CAR) | | Withdrawn [Request 2] |

<u>Section 1</u> – All fields are required. If applicable, identify both the Primary and Sub-contract and for which the individual physically works.  The full address of the Contract Company is required, to include city, state and zip.  The Start Date and End Date are the dates the contract was awarded to perform the work identified in the SOW or PWS.  Prior or Current Contract/Agency: This information can have an impact on investigative requirements.  If currently or within the last 5 years, worked for BEP or any other Federal Agency, identify that current or prior federal contract and the dates they were employed on that contract.

**Section 2:**  All fields are required (enter N/A if it does not apply) **New to BEP**: Complete all fields as required. **Changing** or **Departing**: Complete Name and Social Security fields and enter N/A in all other fields. **Name Change**: Complete "Current" and "Former" fields.

- Name – all fields are required.  Provide <u>full</u> LEGAL name as shown on their Birth Certificate or State/Federally issued authorized picture ID.  If no middle name enter "NMN" or if only an initial provide the initial and "IO."  Identify if they are a Senior (Sr), Junior (Jr) or I, II, III or other.
- Social Security Number – Enter numbers only (no dashes) and before submitting verify the number to ensure what you have listed is correct (error will delay processing).
- Date, Place of Birth (city), US State of Birth, Country of Birth and Citizenship – before submitting ensure the information is correct (errors will delay processing)
- Home address must be current physical home address. (Do not use a P.O. Box.)
- Email and phone number must be "Best contact" This will be how they are contacted by Personnel Security or Human Resources during the eQIP process.

**Section 3:** The responsible BEP COR, Alt COR or POC must complete this section. The Primary COR and COR# <u>must</u> be annotated on the form even when it is the Alt COR submitting on their behalf.  Primary COR, Alt COR, or POC position numbers can be obtained from Human Resources. Alt COR's will provide the primary COR's information and then annotate their information in the Alt COR or POC field.  POC's annotate their information on the Alt COR line providing their printed name and contact phone number (COR # for POC is their position number obtained from HR).

For submission, all forms must be physically or digitally signed.

Exhibit 5

**BEP** FORM 2276 Rev 06-20 — **Contractor Access Request**

| Request | | Job Code | | Effective Date | |
|---|---|---|---|---|---|

| Contractor's position | | | Departing Reason | |
|---|---|---|---|---|

| Network Access Required | Yes ○ No ○ | Federal Emergency Response Official (FERO) | No |
|---|---|---|---|

**Section 1:** COR **provide Contract Company:** if a Sub-Contract, indicate who the individual works for (Primary or Sub), then list the address of that company.  If no Sub-Contract, please fill in N/A. For Departing contractors provide Contract name (address is not required):

| Primary Contract Company Name | |
|---|---|

| Are there subcontracts to this primary? | Yes ☐ No ☐ | Individual works for | Primary Contract ☐ | Sub-Contract ☐ |
|---|---|---|---|---|

| Sub-Contract Company Name | |
|---|---|

| Contract Employer's Street Address | City |
|---|---|

| State | | Zip | | Start Date | | End Date | |
|---|---|---|---|---|---|---|---|

| Contract Risk Level Designation | | Facility Work Location | |
|---|---|---|---|

| Work Location Directorate | |
|---|---|

| Office / Division Location | | Branch/Section | |
|---|---|---|---|

*Is the Contractor currently working under contract with another Federal Agency or have they,* within the past 5 *years worked as a contractor for the BEP or another Federal Agency?*  If "Yes" please list Contract or Agency name and approximate dates of employment. *Answer to this question is required.*   Yes ☐   No ☐

| Prior or Current Contract / Agency | From Date: | To Date: |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Section 2:** COR provide Contract Employee's Full Legal Name according to instructions provided on page 1.  Completion of all fields in this section is required except when request is Changing or Departing, then complete Name and Social Security only or for NAME CHANGE, complete Current and Former name fields (any non-applicable fields for Changing/Departing or Change requests should be N/A). If any field is non-applicable, you must fill in N/A to submit.

| Current Last | | First | |
|---|---|---|---|
| Full Middle | | Suffix | |
| Former Last | | First | |
| Full Middle | | Suffix | |

| Social Security | | DOB | | Place of Birth (City) | | US State of Birth | |
|---|---|---|---|---|---|---|---|

| Country of Birth | | Citizenship | |
|---|---|---|---|

Exhibit 5

| **Home Address:** Physical address of residence, cannot be a P.O. Box | **City** | **State** | **Zip** |
|---|---|---|---|
| | | | |

| **Contractor phone number (Best Contact Number)** | **Contractor email address (Personal or Work)** |
|---|---|
| | |

**Section 3: Responsible COR, Alt COR's ECF / WCF Delegated or POC** Incomplete forms will not be processed.

| Primary COR Printed Name: | Primary Core Position #: | Phone: |
|---|---|---|
| | | |
| **Alt COR  Name:** | **POC or COR Position #:** | **Phone:** |
| | | |

| | **Signature and Date for COR, Alt COR or POC** | |
|---|---|---|
| | **Signing as COR, Alt COR or POC** | **Date:** |
| | 🖉 Click here to sign this section | |

Purpose of this Form: The United States Government conducts background investigations and reinvestigations to establish that applicants or incumbents either employed by the Government or working for the Government under contract are suitable for the job and/or eligible for a public trust or sensitive position. Information from this form is used as the basis to initiate the investigations through the Office of Personnel Management (OPM) electronic Questionnaires for Investigations Processing (eQIP). This information is used for the purpose of initiating the security paperwork for the listed person/s so that a background investigation can be conducted to determine suitability. In addition, the information on this form will be used to satisfy the requirements of HSPD 12, FIPS 201-PIV (Personal Identity Verification of Federal Contractors).  Information on this form must be protected from unauthorized disclosure.

Authority to Request this Information: The United States Government is authorized to ask for this information under Executive Orders 10450 and 10577, sections 3301 and 3302 of title 5 United States Code; and parts 5, 731, 732 and 736 of Title 5 Cod of Federal Regulations.

Due to some persons having the same name and date of birth Social Security numbers are needed to keep records accurate.  Public Law 104-134 (April 26, 1996), as amended in title 31, section 7701, also asks Federal agencies to use this number to help identify individuals in agency records. The collection, maintenance and disclosure of this information are governed by the Privacy Act and must be safeguarded from unauthorized disclosure.

Exhibit 5