# Memorandum

**Department of Veterans Affairs**

Date: December 11, 2017

From: (b)(6)

Subj: Executive Resources Board

To: (b)(6)

(b)(5); (b)(6)