

**PRIVACY, GOVERNMENTAL
LIAISON AND DISCLOSURE**

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

June 6, 2018

Kiesha D Lewis
2305 Prima Way
Bowie, MD 20721

Dear Kiesha D Lewis:

I am responding to your Freedom of Information Act (FOIA) request dated May 28, 2018 that we received on May 28, 2018.

You asked for a copy of your final SF50 document. I am enclosing a copy of the requested records consisting of one page. This is a full grant of your request.

You may contact me, the FOIA Public Liaison, Phillip H Hatcher, to discuss your request at:

> Internal Revenue Service
> Disclosure Office 12
> 1222 Spruce MS 7000 STL
> St Louis MO 63103
> (314) 339-1557

The FOIA Public Liaison responds to FOIA and Privacy Act requests for copies of documents maintained by the IRS. There is no provision in either Act to resolve tax, collection, or processing issues and our staff is not trained to answer questions regarding those issues. If you need assistance with tax related issues you may call the IRS toll free number at 1-800-829-1040.

If you have any questions please call Tax Law Specialist Jody M Mecham ID # 1000141871, at 801-620-7635 or write to: Internal Revenue Service, Centralized Processing Unit – Stop 211, PO Box 621506, Atlanta, GA 30362. Please refer to case number F18149-0012.

                                Sincerely,

                                *Phillip H. Hatcher*

                                Phillip H Hatcher
                                Disclosure Manager
                                Disclosure Office 12

Enclosure
  Responsive Records

Kiesha D. Lewis
2305 Prima Way
Bowie, MD 20721
Phone: (240) 346 – 8398, Email: kieshalewis@hotmail.com

May 28, 2018

Internal Revenue Service
Central Processing Unit
Stop 211
PO Box 621506
Atlanta, GA 30362-3006
(fax) 877-807-9215

Dear Disclosure Manager:
This is a request under the Freedom of Information Act/Privacy Act.

I request that I be provided my final SF50 document. I resigned from the IRS on October 20, 2017. To date, I have not received my final SF50 despite several phones calls and emails. Therefore, I am requesting now that I be provided with this document.

I do not wish to inspect the documents first. In order to determine my status for the applicability of fees, you should know that I am a former IRS employee, my last position with the IRS was that of a Frontline Manager reporting to Mr. Kevin McCreight.

As proof of identity I am including a photocopy of my driver's license.

I am not willing to pay fees for this request due to this being a document that I should have been provided with once I terminated my employment with IRS.

Thank you for your consideration of this request.

Sincerely,


Kiesha D. Lewis

| | |
|---|---|
| **From:** | Kiesha Lewis <kieshalewis@hotmail.com> |
| **Sent:** | Saturday, April 28, 2018 7:36 PM |
| **To:** | Katherine.Coffman@irs.gov; Katherine.M.Coffman@irs.gov |
| **Cc:** | kieshalewis@hotmail.com |
| **Subject:** | Final SF50 for Kiesha D. Lewis - SEID 0D7NB |

Hello Ms. Coffman,

My name is Kiesha D. Lewis (SEID 0D7NB) and I am a former IRS employee; my last day with the service was 10/20/2017. To date, I have NOT received my final SF50. I have contacted the IRS Helpdesk twice requesting this information and was told that it was in the email (however, the second specialist with whom I spoke was under the misconception that I had returned to the IRS).

Please let me know what I need to do for IRS to provide me with this artifact.

Thanks in advance!

Kiesha D. Lewis
kieshalewis@hotmail.com