| | |
|---|---|
| From: | usastaffingoffice@opm.gov |
| Sent: | Wednesday, January 17, 2018 9:54 AM |
| To: | kieshalewis@hotmail.com |
| Subject: | Notice of Referral for Supervisory Management and Program Analyst, ST-10073970-18-LM |

Dear Kiesha Lewis,

This refers to the application you recently submitted to this office for the position below:

Position Title: Supervisory Management and Program Analyst

Pay plan/ Series/ Grade: GS-0343-15

Hiring Office: DHS NPPD CSC

Location: Arlington, Virginia

Your rating is:

Ineligible for the following position or positions:

- GS-0343-15; You were not considered because you failed to submit an SF-50 that confirms you meet the Time In Grade requirement for this position.

The following is your referral status for the position or positions to which you applied:

- You have not been referred to the hiring manager for position GS-0343-15 in Arlington, Virginia

Please Note:

- This letter serves as the final notification of your status for referral. Initially, applicant responses determine whether you fall within the group of best qualified candidates.
- A quality review was only completed of the candidates who were among the most highly qualified candidates for the position.
- If you are eligible and your application was not referred, it is because your responses to the assessment questionnaire did not place you among the most highly qualified candidates.
- It is also possible that under Category Rating procedures, veteran preference eligible applicants receive selection consideration before non-preference eligible applicants within each quality category. Due to the high volume of applications received for this position, only the veteran preference eligible applicants in the highest category were referred to the hiring agency.

Thank you for your interest in Federal employment. You are encouraged to visit www.usajobs.gov to view additional Federal employment opportunities and information.

PLEASE DO NOT RESPOND TO THIS EMAIL MESSAGE. IT IS AUTOMATICALLY GENERATED.

For additional information, please refer to the job opportunity announcement for this position.

| | |
|---|---|
| **From:** | Murphy, June <noreply@mgsapps.monster.com> |
| **Sent:** | Tuesday, April 10, 2018 4:28 PM |
| **To:** | kieshalewis@hotmail.com |
| **Subject:** | Status of Your Application |

Dear Applicant,

Thank you for your interest in employment with the Pension Benefit Guaranty Corporation (PBGC). Your application has been reviewed for the VACANCY_NAME>, GS-SL position, advertised under vacancy announcement number PRAD-2018-0001.

Based on our review, we have determined that you do not meet Time-in-Grade requirements as outlined in the Qualifications and Evaluations section of the vacancy announcement. Therefore, you will not be considered further for this position.

We appreciate your interest in the PBGC. Please visit our website at www.pbgc.gov for a list of current job opportunities within the corporation. Our hope is that you will still consider the PBGC as your employer of choice.

We wish you success in your future employment endeavors.

Sincerely,

June Murphy
Human Resources Specialist
Pension Benefit Guaranty Corporation

| | |
|---|---|
| From: | Vacancy ID: 1981443  <usastaffingoffice@opm.gov> |
| Sent: | Thursday, April 12, 2018 3:16 PM |
| To: | kieshalewis@hotmail.com |
| Subject: | Referral Letter Vacancy ID: 1981443 |

HHS FDA CENTER

10903 NEW HAMPSHIRE AVENUE

SILVER SPRING MD  20993

Dear    KIESHA  D  LEWIS,

This refers to the application you recently submitted to this office for the position below:

Position Title:   Supervisory Ethics Specialist, GS-0301-15

Vacancy ID:   1981443

Announcement: FDA-CDER-17-MP-1981443SM

Pay Plan:   GS

Series/Grade:

0301-15

Hiring Office:   FDA CDER Center for Drug Evaluation and Research

---

Spec Code:   301

Spec Title:   Supervisory Ethics Specialist

Grade:  15

Rating: IE

---

Referral Type:   Current or former employees with Federal Civil Service status or VEOA candidates

Referral Name:  AJW-17-SMo-24062S0

Status:   IN - Ineligible

1

Vet Pref:

Locations:

Silver Spring, MD

-----------------------------------------------------------

Referral Type:   Former employees eligible for reinstatement and current employees eligible for transfer without

competition

Referral Name:   AJW-17-SMo-24063S0

Status:   IN - Ineligible

Vet Pref:

Locations:

Silver Spring, MD

-----------------------------------------------------------

Referral Type:   Non-Traditional

Referral Name:   AJW-17-SMo-24064S0

Status:   IN - Ineligible

Vet Pref:

Locations:

Silver Spring, MD

_____


Status Code:   Status Message:

IN - Ineligible   We have carefully reviewed your application and determined that you are not eligible for the position

with this Status code.  Please refer to the rating codes and message description.

Rating Code:   Rating Message:

IE   Your application does not show that you have the length of specialized/specific experience needed for

2

this specialty and grade.

Thank you for your interest in Federal employment.  You are encouraged to visit https://eur02.safelinks.protection.outlook.com/?url=www.usajobs.gov&data=02%7C01%7C%7Ce2e9ef3cfdfe4662c01008d5a0a9c9c4%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C636591573443106846&sdata=ZO7m%2B9IEjr8VA5mLtorWSeefFLT4psrsyYFroDFHKCM%3D&reserved=0 to view additional Federal

employment opportunities and information.

PLEASE DO NOT RESPOND TO THIS EMAIL MESSAGE.  IT IS AUTOMATICALLY GENERATED.

For additional information, please refer to the vacancy announcement for this position.