**From:** Lewis, Kiesha (Contractor) <Kiesha.Lewis@bep.gov>
**Sent:** Thursday, October 24, 2019 12:34 PM
**To:** kieshalewis@hotmail.com
**Subject:** FW: Close Out

**From:** Hall, Gail <Gail.Hall@bep.gov>
**Sent:** Thursday, October 24, 2019 10:00 AM
**To:** Lewis, Kiesha (Contractor) <Kiesha.Lewis@bep.gov>
**Cc:** Riddick, Patricia <Patricia.Riddick@bep.gov>
**Subject:** RE: Close Out

Hi Keisha,

I hate to see you go.  You were good at what you did.  Please lets talk today before you leave to make sure of close out.  I got in not too long ago and will look into this asap today.

**From:** Lewis, Kiesha (Contractor) <Kiesha.Lewis@bep.gov>
**Sent:** Thursday, October 24, 2019 7:47 AM
**To:** Hall, Gail <Gail.Hall@bep.gov>
**Cc:** Riddick, Patricia <Patricia.Riddick@bep.gov>
**Subject:** Close Out

Good Morning Ms Gail,

Today will be my last day :-(

So, I wanted to know what I needed to do to sign out/off.

Thanks in advance!

Kiesha

| | |
|---|---|
| **From:** | Hall Gail <Gail.Hall@bep.gov> |
| **Sent:** | Wednesday, November 14, 2018 9:31 AM |
| **To:** | Kiesha Lewis |
| **Cc:** | Cheryl Queen; Evans Julie |
| **Subject:** | RE: Premier Management Corporation - Keisha Lewis |

Ok. I have scheduled you for 10:30am 11/16/18. Thank you.

Sent with BlackBerry Work
(https://eur03.safelinks.protection.outlook.com/?url=www.blackberry.com&amp;data=02%7C01%7C%7Cdf62debd752441c08cf808d64a3dd469%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C636778026749049200&amp;sdata=IQzpG%2BaUWir4vmKfCAn7H5Ve%2BJsjIx3FL0XZK2vCWnU%3D&amp;reserved=0)

From: Kiesha Lewis <kieshalewis@hotmail.com<mailto:kieshalewis@hotmail.com>>
Date: Tuesday, Nov 13, 2018, 5:15 PM
To: Hall Gail <Gail.Hall@bep.gov<mailto:Gail.Hall@bep.gov>>
Cc: Cheryl Queen <Cheryl.Queen@premgtcorp.com<mailto:Cheryl.Queen@premgtcorp.com>>, Evans Julie <Julie.Evans@bep.gov<mailto:Julie.Evans@bep.gov>>
Subject: Re: Premier Management Corporation - Keisha Lewis

Hello Ms. Hall,

I would like to schedule an appointment for Friday at 11 am.

Kiesha

_____

From: Hall Gail <Gail.Hall@bep.gov>
Sent: Tuesday, November 13, 2018 4:57 PM
To: kieshalewis@hotmail.com
Cc: Cheryl Queen; Evans Julie
Subject: Premier Management Corporation - Keisha Lewis

Keisha Lewis,


Keisha Lewis,


We have been informed that you may not need to do our eQip process because there is a previous investigation that BEP may be able to accept.

Please schedule a time and date with me to come in to submit these forms for review.   Currently there are open times for tomorrow  (10, 11am, 1 or 2PM) or Friday morning is open (8, 9, 10 or 11am)

1

Forms are to be signed and dated on the day of fingerprint processing. You will need to bring two forms of government-issued photo identification (for example, driver's license and passport). You must have ID with you the day of fingerprinting or you will be unable to be processed.

Please note that two forms of identification will be collected during this appointment. It is recommended that at least one form of ID provides proof of citizenship in the form of a birth certificate, passport or naturalization documentation.

Following confirmation of your scheduled appointment time, please arrive at the BEP's 14th & C Street, SW entrance at the agreed upon date and time. Once you clear the security checkpoint that day, proceed directly to the Police Post desk and present a photo ID to the Police Officer in order to obtain a visitors' pass. I will meet you there to escort you to the Personnel Security Office.

Please don't hesitate to call me if you have any questions.

Gail Ann Hall

Quality Assurance Specialist/COR

Bureau Engraving Printing

Quality Directorate

Desk: 202/874/0627 or Cell: 202/435/8033

**From:** Lewis, Kiesha (Contractor) <Kiesha.Lewis@bep.gov>
**Sent:** Thursday, October 24, 2019 3:41 PM
**To:** kieshalewis@hotmail.com
**Subject:** FW: Applicant-Kiesha Lewis

**From:** Hall, Gail <Gail.Hall@bep.gov>
**Sent:** Thursday, October 24, 2019 3:17 PM
**To:** Lewis, Kiesha (Contractor) <Kiesha.Lewis@bep.gov>
**Subject:** RE: Applicant-Kiesha Lewis

Ok, cool. Yes, just leave them in the desk. No key to the main door to 310A?

**From:** Lewis, Kiesha (Contractor) <Kiesha.Lewis@bep.gov>
**Sent:** Thursday, October 24, 2019 3:13 PM
**To:** Hall, Gail <Gail.Hall@bep.gov>
**Subject:** RE: Applicant-Kiesha Lewis

2 are to the overhead cabinets and the other 2 are to file cabinets under the desk.

**From:** Hall, Gail <Gail.Hall@bep.gov>
**Sent:** Thursday, October 24, 2019 3:12 PM
**To:** Lewis, Kiesha (Contractor) <Kiesha.Lewis@bep.gov>
**Subject:** RE: Applicant-Kiesha Lewis

What were they keys to?

**From:** Lewis, Kiesha (Contractor) <Kiesha.Lewis@bep.gov>
**Sent:** Thursday, October 24, 2019 3:11 PM
**To:** Hall, Gail <Gail.Hall@bep.gov>
**Subject:** RE: Applicant-Kiesha Lewis

Yes. There are Keys in the desk, several of them.

I never locked anything so they are in each cabinet.

**From:** Hall, Gail <Gail.Hall@bep.gov>
**Sent:** Thursday, October 24, 2019 3:10 PM
**To:** Lewis, Kiesha (Contractor) <Kiesha.Lewis@bep.gov>
**Subject:** RE: Applicant-Kiesha Lewis

Do you have any keys? I'll need to get them.

**From:** Lewis, Kiesha (Contractor) <Kiesha.Lewis@bep.gov>
**Sent:** Thursday, October 24, 2019 2:40 PM

1

**To:** Hall, Gail <Gail.Hall@bep.gov>
**Subject:** FW: Applicant-Kiesha Lewis

FYI.

So, I don't need to leave with you; I leave with the Officers when I leave.

But, I will call you before I walk out, just to let you know I am leaving.

Kiesha

**From:** McKnight, Roderick <Roderick.McKnight@bep.gov>
**Sent:** Thursday, October 24, 2019 2:36 PM
**To:** Lewis, Kiesha (Contractor) <Kiesha.Lewis@bep.gov>; Cevallos, Noe <Noe.Cevallos@bep.gov>
**Cc:** SSOC <SSOC@bep.gov>
**Subject:** RE: Applicant-Kiesha Lewis

Hello,

You can leave it with the Police Officers upon your departure.

V/R

Roderick

**From:** Lewis, Kiesha (Contractor) <Kiesha.Lewis@bep.gov>
**Sent:** Thursday, October 24, 2019 12:56 PM
**To:** Cevallos, Noe <Noe.Cevallos@bep.gov>
**Cc:** McKnight, Roderick <Roderick.McKnight@bep.gov>
**Subject:** RE: Applicant-Kiesha Lewis

Good Afternoon Noe,

Today will be my last day with BEP.  Can you tell me what I can/should do with my PIV badge?

Thanks in advance!

Kiesha

2