12:22

 

# Credit & Identity Alerts



View your alerts for credit report changes, use of your SSN with a different name or address, or dark web activity associated with your identity.

 Back to All Alerts

**Compromised Email Address**

**Email Address**
kieshalewis@hotmail.com

**Password**
Exposed

Date found on dark web

Sep 24, 2021



6:19 ◢ .ıl 5G

 creditwise  ✕

## Alerts

(?)

View your alerts for credit report changes, use of your SSN with a different name or address, or dark web activity associated with your identity.

← Back to All Alerts

### Compromised Email Address

**Email Address**
kieshalewis@hotmail.com

**Password**
Not Exposed

**Date found on dark web**
Mar 19, 2020

6:16 ✓ .ıl 5G

 creditwise  ✕

view your alerts for credit report changes, use of your SSN with a different name or address, or dark web activity associated with your identity.

 ← Back to All Alerts

## Compromised Email Address

**Email Address**
kieshalewis@hotmail.com

**Password**
Exposed

**Date found on dark web**
Dec 18, 2019

## Why am I getting this alert?

kieshalewis@hotmail.com

Protocol: IMAP

IP: 14.245.165.87

Account alias:
kieshalewis@hotmail.com

Time: 10/5/2021 8:34 PM

Approximate location: Vietnam

Type: Unsuccessful sync

Look unfamiliar?
Secure your account

---

Yesterday 9:26 AM

Device/platform
Windows

Browser/app
Chrome

IP address
168.80.96.84

Unsuccessful sign-in

Account alias
kieshalewis@hotmail.com

Session activity
Incorrect password entered

South Africa

nburg • Pretoria
odepoort
nnesburg • Germiston

Look unfamiliar?
Secure your account

Yesterday 8:50 AM    Successful sign-in    United States

Yesterday 8:32 AM    Successful sign-in    United States

`account.live.com/Activity?mkt=en-US&refd=account.microsoft.com&refp=security&client_flight=shhelp%20...defam...uid=5786719...`

**Microsoft account** | Your info | Privacy | **Security** | Rewards | Payment & billing ∨ | Services & subscriptions | Devices

---

Yesterday 7:15 AM — Unsuccessful sign-in — United States

Device/platform: Windows
Browser/app: Chrome
IP address: 192.200.158.166

Account alias: kieshalewis@hotmail.com
Session activity: Incorrect password entered

Tonto Na Fores
Phoenix • Mesa
Chandler

Look unfamiliar?
Secure your account

---

Yesterday 5:24 AM — Automatic Sync — Not available

Protocol: IMAP
IP: 240e:378:c01:6074:4460:a720:78f6:b16c
Account alias: kieshalewis@hotmail.com

Time: Yesterday 5:24 AM
Approximate location: Not available
Type: Unsuccessful sync

Look unfamiliar?
Secure your account

---

Protocol: IMAP
IP: 121.204.115.166

Time: Yesterday 4:45 AM
Approximate location: China

Look unfamiliar?
Secure your account

IP address
172.58.191.255

| | | | |
|---|---|---|---|
| 11/16/2021 9:41 AM | Successful sign-in | | United States |
| Device/platform: Mac OS<br><br>Browser/app: Safari<br><br>IP address: 54.219.239.82 | Account alias: kieshalewis@hotmail.com<br><br>Session activity: Successful sign-in | | Look unfamiliar?<br>Secure your account |
| 11/16/2021 9:07 AM | Successful sign-in | | United States |
| Device/platform: iOS<br><br>Browser/app: Safari<br><br>IP address: 172.58.189.14 | Account alias: kieshalewis@hotmail.com<br><br>Session activity: Successful sign-in | | Map is not available for mobile devices<br><br>Look unfamiliar?<br>Secure your account |