The second one is the one where I rec'd that non-standard email response. I'd like to know if the person who is listed on this email is the same person who changed/updated the USAJobs account.

Again, thanks so much for your assistance in this matter!

Kiesha D. Lewis
kieshalewis@hotmail.com

---

**From:** Stephen G. Jarvis <stephen.jarvis@fiscal.treasury.gov>
**Sent:** Wednesday, August 21, 2019 11:40 AM
**To:** kieshalewis@hotmail.com <kieshalewis@hotmail.com>
**Cc:** Carrie R. Sharp <Carrie.Sharp@fiscal.treasury.gov>; David J. Ambrose <David.Ambrose@fiscal.treasury.gov>; Michael Neal Satterfield <Michael.Satterfield@fiscal.treasury.gov>; Kelly J. Nettleton <Kelly.Nettleton@fiscal.treasury.gov>; Robert Hall <Robert.Hall@fiscal.treasury.gov>; Kevin M. Kelley <Kevin.Kelley@fiscal.treasury.gov>; Jim D. Mclaughlin <Jim.McLaughlin@fiscal.treasury.gov>; Mitchell D. Kuster <Mitchell.Kuster@fiscal.treasury.gov>; Stephen G. Jarvis <stephen.jarvis@fiscal.treasury.gov>
**Subject:** Treasury Human Resources (HR) Shared Services

Ms. Lewis,

1. We take protecting an individual's personal information very seriously. The Chief Privacy Officer for the Bureau of the Fiscal Service has initiated an investigation to determine if any of your personal information was compromised. You will be contacted by a security investigator if it is determined an investigation is warranted based on the information you provided.

2. With regard to the incidents you experienced:

   a. This is a normal step in our staffing process. When a specialist changes the status of an application package to "REV" (reviewing applications) in our internal staffing system, it automatically changes the USAJOBS status to "Reviewed". When review of the application package is complete, the status changes again in USAJOBS from "Reviewed" to one of a variety of others (Best Qualified, Not Qualified for whatever reason, Not Referred, etc.).

   b. This is not standard communication from us. Recommend you contact IRS for information concerning this incident.

   c. We are unable to ascertain where the "Not Hired" to "Reviewed" status change originated. Our history on your application for 19-VAOIG-44 doesn't show "Not Hired" anywhere on it (see attached).

   d. You included contact information in the header of the document. It is possible that the hiring manager(s) reviewing your resume had the option for hiding margins switched on in MS Word. This would prevent him or her from seeing header information. Recommend you save and upload your resume as a .pdf file instead of a MS Word document.

   e. We are not aware of any system outages during the timeframe that 19-VAOIG-44 was open. The issues you experienced may have been associated with the browser you were using to submit application packages. It is also possible that Google Chrome auto-downloaded an update to browser software that created a security disconnect with the CareerConnector website.

3. Finally, your PII information flows from USAJOBS to CareerConnector when you apply to a Job Opportunity Announcement (JOA) that we post. Only our staffing specialists with access to CareerConnector and the JOA you applied to can see your information; unless of course you are referred to a selecting official for consideration.

4. If you have any questions please contact the undersigned at stephen.jarvis@fiscal.treasury.gov or call 304-480-8309.

//sgj signs—21 Aug 19//

STEPHEN G. JARVIS
Manager, Staffing Acquisition
Employment Services Division

Phone: (304) 480-8309



----------ORIGINAL MESSAGE----------

**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Sunday, August 11, 2019 2:48 PM
**To:** ARC Communications Mailbox <ARCCommunicationsMailbox@fiscal.treasury.gov>
**Cc:** Timothy E. Gribben <timothy.gribben@fiscal.treasury.gov>; Timothy.E.Gribben@fiscal.treasury.gov; Matt.Miller@fiscal.treasury.gov; Charles.Rettig@irs.gov; Charles.P.Rettig@irs.gov; Lia.Colbert@irs.gov; Alex.Kiles@mail.house.gov; senator@cardin.senate.gov; Naki_Frierson@vanhollen.senate.gov; whistleblower@ronjohnson.senate.gov; Peters_Whistleblower@hsgac.senate.gov; FSCDems@mail.house.gov; Kiesha Lewis <kieshalewis@hotmail.com>
**Subject:** Treasury Human Resources (HR) Shared Services

Good afternoon,

I am contacting your organization due to some issues and odd experiences I have had with the USAJobs system, for positions processed by the Bureau of Fiscal Services (BFS) or managed by the Treasury organization (that use '..treas..' in the URL). Outlined below are some of the incidents that I have experienced:

- The status of Treasury processed job announcements changing the day AFTER the announcement closing date from 'Received' to 'Reviewed';
- Receiving an email message that interviews were not required AFTER I did not accept an IRS job because I had not interviewed for the position;
- The Status of a job application, for which I had withdrawn my application, changing from 'Not Hired' to 'Reviewed' the day AFTER the announcement closing date;

3

- Being told by two potential employers that the first page of my resume, from the USAJobs system, was missing the part of my resume that contains my contact information) making it difficult for them to contact me for interviews; this is for "Referred" Applications within the USAJobs application; and
- Encountering security error messages or a frozen screen when I attempt to apply to positions either processed by BFS or located on the treasury site (occurrences that could not be duplicated by Monster POC or others when they apply).

I am bringing these occurrences to your attention to ask how I would request an investigation into this matter, to include determining if my name, social security number, phone numbers, or email addresses (kieshalewis@hotmail.com or kieshalewis89@gmail.com) have somehow been compromised or marked.

Attached are some documents supporting my assertions.

Thanks in advance for your time and attention to this matter and I look forward to your response.


Kiesha D. Lewis
kieshalewis@hotmail.com

4