| | |
|---|---|
| **From:** | IRS <careerconnector@mgsapps.monster.com> |
| **Sent:** | Thursday, September 28, 2017 10:13 AM |
| **To:** | kieshalewis@hotmail.com |
| **Subject:** | IRS Vacancy Notice-Referred - ITN0304 |

This mailbox (IRSJOBS@irs.gov) does not process replies. Do not copy and paste email address when replying to this message.

Department of the Treasury
Internal Revenue Service

Human Capital Office
Employment, Talent & Security
Employment Center East II

Announcement: 17CE2-ITN0304-0343-15-ML
Position: MANAGEMENT PROGRAM ANALYST
Series: 0343 Grade: 15

Dear KIESHA LEWIS

Determination:  IRS Vacancy Notice- Referred to Selecting Official

Your name has been referred to the Selecting Official for the MANAGEMENT PROGRAM ANALYST position in <CERT_LOCS>.  You MAY be contacted for a selection interview within the next 2 weeks.  Please keep in mind, Interviews are NOT mandated.

You may return at any time to check the status of your application by logging into your USAJOBS account at http://jobsearch.usajobs.gov/, and/or you may modify your "Notification Settings" to be automatically notified throughout the hiring process. This USAJOBS notification feature will automatically notify you via email each time there is a change in the status of your application and/or this vacancy announcement.

To set up this feature to receive e-mail notification, follow these instructions:
- Log into USAJOBS and Click the My Account - Main Page tab at the top of the page and log-in to your account. If you need to create a new account, click "Create a new account," enter your information and follow the instructions provided.
- Once you are logged in, click the "Notification Settings" link found:
   -in your profile under "account information," or
   -at the bottom of the "Application Status" feature.
- Select the items that you would like to be notified of via email.
- Click "Finish."
It is important that you check your "spam" settings to be sure you will receive future emails from USAJOBS and IRS.

Contact our office if you have any questions.  When responding to this correspondence, please remember to include your name AND the vacancy announcement number 17CE2-ITN0304-0343-15-ML, so I can promptly respond to your inquiry.