**IRS** Department of the Treasury
Internal Revenue Service
PO BOX 7346
PHILADELPHIA PA 19101-7346



7106 8796 9324 8216 6326

KIESHA D LEWIS

CUT OUT AND RETURN THE VOUCHER IMMEDIATELY BELOW IF YOU ONLY HAVE AN INQUIRY. DO NOT USE IF YOU ARE MAKING A PAYMENT.

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT, EVEN IF YOU ALSO HAVE AN INQUIRY.

---

The IRS address must appear in the window.
0578743937

BODCD-SB

Use for inquiries only
Letter Number:  LTR2975C
Letter Date   :  2019-11-05
Tax Period    :  201712

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

KIESHA D LEWIS

PS LEWI 30 0 201712 670 00000000000

---

The IRS address must appear in the window.
0578743937

BODCD-SB

Use for payments
Letter Number: LTR2975C
Letter Date   : 2019-11-05
Tax Period    : 201712

INTERNAL REVENUE SERVICE
PO BOX 7317
PHILADELPHIA PA 19107-7317

KIESHA D LEWIS

PS LEWI 30 0 201712 670 00000000000

IRS Department of the Treasury
Internal Revenue Service
PO BOX 7346
PHILADELPHIA PA 19101-7346

In reply refer to: 0578743937
Nov. 05, 2019   LTR 2975C   3
                201712 30
                         00017111
BODC: SB

71068796932482166326

KIESHA D LEWIS

CERTIFIED MAIL

Taxpayer identification number:

Contact Customer Service: 1-800-829-8374

Dear Taxpayer:

This is our notice of intent to levy and intent to terminate your Installment Agreement. The amount due immediately is: $17,397.27.

Unless you act now, we will terminate your installment agreement 30 days from the date of this letter because you didn't pay the additional federal tax you owed after your installment agreement was granted. Detailed information regarding the amount due is listed at the end of this letter.

In addition, the IRS may seize ("levy") any state refund that you're entitled to and apply it to your overdue taxes.

WHAT YOU NEED TO DO IMMEDIATELY

- Contact us within 30 days from the date of this notice, or we will terminate your installment agreement under Internal Revenue Code (IRC) section 6159(b) and the full amount you owe will be due immediately.

- If you already paid your balance in full or think we haven't credited a payment to your account, please contact us, and have your payment information available to review with us.

- If you don't agree, you have the right to request an appeal under the Collection Appeals Program. Please call us or send us a Form 9423, Collection Appeal Request, within 30 days from the date of this letter. You can get this form at www.irs.gov, or call 1-800-TAX-FORM (1-800-829-3676).

IF WE DON'T HEAR FROM YOU

- If you don't pay the amount due, we may seize ("levy") any state tax refund that you're entitled to. This is your notice of intent to levy as required by IRC section 6331(d).

0578743937
Nov. 05, 2019   LTR 2975C   3
201712 30
00017112

KIESHA D LEWIS

- If you still have an outstanding balance after we seize ("levy") your state tax refund, we may send you a notice giving you a right to a hearing before the IRS Office of Appeals, if you have not already received such a notice. We may then seize ("levy") or take possession of your other property or your rights to property. Property includes:
    - Wages, real estate commissions and other income
    - Bank accounts
    - Business assets
    - Personal assets (including your car and home)
    - Social Security benefits

- If you don't pay the amount due or call us to make payment arrangements, we can file a Notice of Federal Tax Lien on your property at any time, if we haven't already done so.

- If the lien is in place, you may find it difficult to sell or borrow against your property. The tax lien would also appear on your credit report - which may harm your credit rating - and your creditors would also be publicly notified that the IRS has priority to seize your property.

FAILURE-TO-PAY PENALTY

When you pay your taxes after the due date, we charge a penalty of 0.5% (reduced to 0.25% on installment agreements) of the unpaid amount due per month, up to 25% of the amount due. Beginning 10 days after we issue a Notice of Intent to Levy, the penalty increases to 1.0% for each month the amount remains unpaid. We count part of a month as a full month when computing the penalty (IRC section 6651). For a detailed calculation of your penalty charges, please call us.

REMOVAL OR REDUCTION OF PENALTIES

We understand that circumstances - such as serious illness or injury, a family member's death, or loss of financial records due to natural disaster - may make it difficult for you to meet your taxpayer responsibility in a timely manner. If you want us to consider removing or reducing any of your penalty charges, please do the following:

- Identify which penalty charges you would like us to remove or reduce (e.g., 2005 late filing penalty).
- For each penalty charge, explain why you believe removal or reduction is appropriate.
- Sign your statement, and mail it to us along with any supporting documents.

```
                                                           0578743937
                                          Nov. 05, 2019 LTR 2975C    3
                                                       201712 30
                                                             00017113
```

KIESHA D LEWIS

We'll review your statement and let you know whether we accept your explanation as reasonable cause to reduce or remove the penalty charges.

REMOVAL OF PENALTIES DUE TO ERRONEOUS WRITTEN ADVICE FROM THE IRS

If you were penalized based on written advice from the IRS, we will remove the penalty if you meet the following criteria:

- If you sent a written request to the IRS for written advice on a specific issue
- You gave us complete and accurate information
- You received written advice from us
- You reasonably relied on our written advice and were penalized based on that advice

To request removal of penalties based on erroneous written advice from us, submit a completed Form 843, Claim for Refund and Request for Abatement, to the IRS service center where you filed your tax return. For a copy of the form or to find your IRS service center, go to www.irs.gov or call us.

INTEREST CHARGES

We are required by law to charge interest when you do not pay your liability on time. Generally, we calculate interest from the due date of your return (regardless of extensions) until you pay the amount you owe in full, including accrued interest and any penalty charges. Interest on some penalties accrues from the date we notify you of the penalty until it is paid in full. Interest on other penalties, such as failure to file a tax return, starts from the due date or extended due date of the return. Interest rates are variable and may change quarterly. (IRC Section 6601).

Additional information
  - Review the enclosed:
    - Publication 594, IRS Collection Process
    - Publication 1660, IRS Collection Appeal Rights

  - Keep this letter for your records.

If you have any questions, you can call us at the telephone number listed in the letter heading.

```
                                                      0578743937
                                     Nov. 05, 2019  LTR 2975C    3
                                     ▆▆▆▆▆▆▆▆▆       201712 30
                                                         00017114
```

KIESHA D LEWIS

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

                                      Sincerely yours,


                                      *Dominic Lozada* (signature)
                                      Dominic Lozada
                                      Operation Manager, CIO

Enclosures:
Envelope
Copy of this letter
Publication 1660
Publication 594