**IRS** Department of the Treasury
Internal Revenue Service

ACS Correspondence P.O. Box 8208
Philadelphia  PA  19101-8208

006485.213630.248148.10309 1 MB 0.428 530



KIESHA D LEWIS

006485

**IRS** Department of the Treasury
Internal Revenue Service

ACS Correspondence P.O. Box 8208
Philadelphia PA 19101-8208

In reply refer to: 0568600003
Dec. 31, 2019 LTR 2645C L0
                 201812 30
Input Op: 0509905256 00007851
BODC: SB

KIESHA D LEWIS



006485

        Taxpayer identification number:
                  Tax periods: Dec. 31, 2018
                        Form: 1040

Dear Taxpayer:

We received one of the following items from you or your authorized third party on Dec. 20, 2019.

- Correspondence
- Telephone inquiry
- Payment
- Form
- Response to our inquiry or notice
- Penalty abatement request
- Installment agreement
- Other

Before we can resolve this matter, we need to process all of your information. We'll send you our complete response within 90 days. We don't need any further information from you right now.

If you have a current installment agreement with us, continue to make scheduled payments while waiting for our response. Even if you do not have a formal installment agreement, you can make payments to reduce the balance owed and minimize interest and penalty charges.

To help us apply payments properly, make your check or money order payable to the United States Treasury and provide on each payment: name, address, social security or employer identification number, daytime telephone number, tax year and tax form.

We stopped any further notices to you while we research this matter. If you receive, or have received, additional notices about this account, please contact us.

If you have questions, you can call us toll free at 800-829-3903.

If you prefer, you can write to the address at the top of the first page of this letter.

You can get any of the forms or publications mentioned in this letter

**IRS Department of the Treasury**
**Internal Revenue Service**

310 Lowell Street Stop 832
Andover MA 01810

In reply refer to: 0865225476
Jan. 16, 2020    LTR 86C  0
　　　　　　　　201812 30
　　　　　　　　　　00000245
BODC: SB



KIESHA D LEWIS
2305 PRIMA RD
BOWIE MD 20721-2211

002786

Taxpayer identification number: ▓▓▓▓▓▓▓▓▓
　　　　　Tax periods: Dec. 31, 2017  Dec. 31, 2018
　　　　　　　　Form: 1040

Dear Taxpayer:

Thank you for your correspondence of Sep. 25, 2019.

We're sending your letter to our office at the address shown at the end of this letter, because they are responsible for collecting the amount you owe on your account.

If you need forms, schedules, or publications, you can obtain them by visiting the IRS website at www.irs.gov or by calling toll-free at 800-TAX-FORM (800-829-3676).

If you have questions, call us at 800-829-3903.

If you prefer, you can write to us at the address at the top of the first page of this letter.

When you write, include a copy of this letter, and provide your telephone number and the hours we can reach you in the spaces below.

Telephone number (   ) _____  Hours _____

Keep a copy of this letter for your records.

Thank you for your cooperation.

```
                                                    0865225476
                              Jan. 16, 2020    LTR 86C   0
                                                 201812 30
                                                    00000246
```

KIESHA D LEWIS

Sincerely yours,

C. K. O'Neal
Operations Manager, Collections

Enclosures:
Envelope