

THE OFFICE OF THE TAXPAYER ADVOCATE OPERATES INDEPENDENTLY OF ANY OTHER IRS OFFICE AND REPORTS DIRECTLY TO CONGRESS THROUGH THE NATIONAL TAXPAYER ADVOCATE.

YOUR VOICE AT THE IRS



January 10, 2020

Kiesha Lewis
███████████
███████████

Dear Taxpayer:

I'm writing you about your inquiry received on January 3, 2020. We make every effort to help taxpayer; and based on the facts of your issue, you do not meet the criteria for Taxpayer Advocate Service (TAS).

In closing, it appears you have additionally addressed your concerns to the investigative offices that can properly evaluate the merits of your claim. You may reach out to them directly.

I apologize for any inconvenience this may have caused for you.

Sincerely,



Alisha Fleming
Intake Advocate

Taxpayer Advocate Service
31 Hopkins Plaza MS MD0055
Baltimore, MD 21201
www.irs.gov/advocate

Contact: Alisha Fleming - Employee Number 1003266908
Available Hours: Monday-Friday 8:30 a.m. - 5:00 p.m. EST
Direct Extension: 443-853-5254, Toll-Free: 800-865-6198
Fax: 000-000-0000, Toll-Free Fax: 866-330-0817

TAS.IAT | IAT TAS 1686 Letter(02/2017)