**From:** Kiesha Lewis <kieshalewis@hotmail.com>
**Sent:** Thursday, November 16, 2017 12:45 PM
**To:** OIGCounsel
**Subject:** Re: Retaliation in the form of a Human Resource Management Adverse Action

Thank you very much!

Kiesha D. Lewis kieshalewis@hotmail.com

---

**From:** OIGCounsel <OIGCounsel@oig.treas.gov>
**Sent:** Thursday, November 16, 2017 12:43 PM
**To:** 'Kiesha Lewis'
**Subject:** RE: Retaliation in the form of a Human Resource Management Adverse Action

Dear Ms. Lewis:
We do not have jurisdiction over IRS matters. We have forwarded your complaint to the Treasury Inspector General for Tax Administration.
Sincerely,
AJ Altemus
Office of Counsel

**From:** Kiesha Lewis [mailto:kieshalewis@hotmail.com]
**Sent:** Thursday, November 16, 2017 12:35 PM
**To:** Jeff.Tribiano@irs.gov; Ursula.Gillis@irs.gov; plr@opm.gov; perform-mgmt@opm.gov; mspb@mspb.gov; ppp@osc.gov; OIGCounsel <OIGCounsel@oig.treas.gov>; Julie.A.Tolle@irs.gov
**Cc:** Kiesha Lewis <kieshalewis@hotmail.com>
**Subject:** Retaliation in the form of a Human Resource Management Adverse Action

Please see the attached memorandum to formally dispute the Fiscal Year 2017 End of Year Performance Appraisal assessment provided by my supervisor on record Kevin McCreight.

Kiesha D. Lewis
kieshalewis@hotmail.com

1