UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

KIESHA D. LEWIS,

    Plaintiff,

v.

DEPARTMENT OF THE TREASURY,
INTERNAL REVENUE SERVICE,
TREASURY INSPECTOR GENERAL FOR
TAX ADMINISTRATION,
BUREAU OF ENGRAVING AND
PRINTING and
U.S. DEPARTMENT OF VETERANS
AFFAIRS,

    Defendants.

Civil Action No. TDC-20-0494

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment, ECF No. 40, is GRANTED IN PART and DENIED IN PART, as follows:

1. The Motion is granted as to Counts 3, 5, 8, 9, 11, and 12.

2. As to Count 1, the Motion is granted as to personally identifiable information and descriptions of the alleged violations and denied as to the remaining redacted or withheld material. Defendants may withhold the following information on the following pages as numbered by the CM/ECF system:

   a. Boxes 6-10 on Page 1, ECF No. 41-1.
   b. Box 22 on Page 2, ECF No. 41-1.
   c. The boxes for Primary Violation, TIN/SSN, Address, DOB, Gender, and City/State/Zip on Page 47, ECF No. 41-2.
   d. The boxes for Primary Violation and TIN on Page 49, ECF No. 41-2.

    e. The boxes for DOB, Address, City, State, Zip, and Gender on Page 50, ECF No. 41-2.
    f. Boxes 6-10 on Page 1, ECF No. 41-3.
    g. Box 22 on Page 2, ECF No. 41-3.
    h. The boxes for Primary Violation, TIN/SSN, Address, DOB, Gender, and City/State/Zip on Page 32, ECF No. 41-3.
    i. The boxes for Primary Violation and TIN on Page 34, ECF No. 41-3.
    j. The boxes for DOB, Address, City, State, Zip, and Gender on Page 35, ECF No. 41-3.

All other information shall be disclosed to Lewis within **14 days** of the date of this Order.

3. Within **seven days** of the disclosure of this information, the parties shall file a Notice with the Court confirming that the information was disclosed and received. Upon receipt of such confirmation, the Court will close this case.

Date: July 21, 2022

                                            THEODORE D. CHUANG
                                            United States District Judge