IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KIESHA DANIELLE LEWIS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEPT. OF TREASURY, ET AL., ) <br> ) <br> Defendants. ) <br> ) | Case No. 8:20-cv-00494-TDC |

**ORDER**

This matter is before the Court on the motion of TIGTA for relief from the Court's Order dated July 21, 2022, pursuant to Rule 60(b)(6). Accordingly, and the Court being sufficiently advised, TIGTA's Motion is **GRANTED** and the portion of the order requiring TIGTA to release the unredacted records related to Count I is **VACATED**.

Dated this the _____ day of _____, 2022.

_____
United States District Judge
District of Maryland