UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

KIESHA D. LEWIS,

    Plaintiff,

v.

DEPARTMENT OF THE TREASURY,
INTERNAL REVENUE SERVICE,
TREASURY INSPECTOR GENERAL FOR
TAX ADMINISTRATION,
BUREAU OF ENGRAVING AND
PRINTING and
U.S. DEPARTMENT OF VETERANS
AFFAIRS,

    Defendants.

Civil Action No. TDC-20-0494

# ORDER

For the reasons stated during the August 3, 2022 Case Management Conference, it is hereby ORDERED that:

1. Defendant Treasury Inspector General for Tax Administration's (TIGTA) Motion for Relief from Order, ECF No. 47, is construed as a Motion to Stay the Deadline and a Notice of Intent to File a Motion for Reconsideration.

2. The Motion to Stay the Deadline, ECF No. 47, is GRANTED. The deadline set in the Court's July 21, 2022 Order, ECF No. 46, for TIGTA to disclose information to Plaintiff Keisha Lewis is stayed pending resolution of the proposed Motion for Reconsideration.

3. TIGTA is granted leave to file the proposed Motion for Reconsideration. The Motion will be deemed timely if filed by **Wednesday, August 10, 2022**. Lewis's Opposition to the

Motion is due by **Wednesday, August 17, 2022**. TIGTA's Reply to Lewis's Opposition is due by **Monday, August 22, 2022**.

Date: August 3, 2022

/s/ Theodore D. Chuang
THEODORE D. CHUANG
United States District Judge