IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KIESHA DANIELLE LEWIS,
PLAINTIFF,

V.

DEPARTMENT OF
TREASURY, ET AL.,
DEFENDANTS.

Case No. 8:20-cv-00494-TDC

**PLAINTIFF'S OBJECTION TO TIGTA'S MOTION FOR RELIEF FROM ORDER PURSUANT TO RULE 60(b)(6)**

The Plaintiff files this response in opposition to the Defendant's motion for relief from Order Pursuant to Rule 60(b)(6). The Plaintiff respectfully submits that the concerns and objections outlined in the Defendant's brief are null and void and without merit. TIGTA, through an attorney representing the IRS, has previously provided the Plaintiff with a complete TIGTA report, "EMU Case Number 2018-19950 (TIGTA Report of Investigation) ". The report provided was complete with none of the information redacted. None of the concerns or objectives TIGTA is currently raising were raised or mitigated prior to the IRS providing Ms. Lewis with the TIGTA report. In addition, none of TIGTA's law enforcement methods were or have been exposed.

Moreover, the IRS attorney filed the complete, non-redacted report as part of a case filing in the case: Short Case Title: *KIESHA D. LEWIS v. DEPARTMENT OF THE TREASURY, Docket #: DC-1221-19-0365-W-1*. To Ms. Lewis' knowledge, none of the concerns or objections TIGTA is currently expressing were a concern at the time of the attorney's filing.

For the foregoing reasons, the Plaintiff respectfully requests that the Court deny TIGTA's motion for relief from Order Pursuant to Rule 60(b)(6).

Respectfully Submitted,

Date: 8/2/2022

Kiesha D. Lewis

## Certificate of Service

I certify that the attached Document was sent as indicated this day to each of the following:

Electronic Mail    Emily K. Miller
Trial Attorney
United States Department of Justice, Tax Division
P.O. Box 227
Washington, DC 20044
emily.k.miller@usdoj.gov

August 2, 2022
(Date)

Kiesha D. Lewis