IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KIESHA DANIELLE LEWIS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEPT. OF TREASURY, ET AL., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 8:20-cv-00494-TDC |

**TIGTA'S MOTION FOR RECONSIDERATION**

The Treasury Inspector General for Tax Administration (TIGTA) hereby moves for reconsideration as to the Court's denial of summary judgment pursuant to Rule 60(b)(6).[1] The Court should reconsider its order and grant summary judgment for TIGTA because TIGTA is properly withholding the "third category" of information pursuant to valid FOIA exemptions and because the Privacy Act prohibits disclosure of the information. In support of this motion, TIGTA also submits a memorandum of law, and asks that it review and consider two additional *in camera* declarations it has filed *ex parte* in connection with TIGTA's motion requesting leave to submit the two *in camera* declarations for the Court's review.

*(Signature block on the following page.)*

---

[1] Contemporaneously with this motion, the Treasury Inspector General for Tax Administration (TIGTA) has filed a motion for leave to submit two supplemental declarations for the Court's *in camera* review.

Dated: August 10, 2022

Respectfully submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Emily K. Miller*
EMILY K. MILLER (Ky. Bar No. 97725)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
202-353-7509 (v)
Emily.K.Miller@usdoj.gov
*Counsel for TIGTA*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of August, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to those parties registered to receive it. Additionally, I hereby certify that on the same date I have mailed the document by United States Postal Service to the following non-CM/ECF participants:

KIESHA D. LEWIS
2305 Prima Way
Bowie, Maryland 20721
aklaltacct@gmail.com
*Plaintiff*

                                                */s/ Emily K. Miller*
                                                EMILY K. MILLER
                                                Trial Attorney, Tax Division
                                                U.S. Department of Justice