IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KIESHA DANIELLE LEWIS, | ) |
| Plaintiff, | ) Case No. 8:20-cv-00494-TDC |
| v. | ) |
| DEPT. OF TREASURY, ET AL., | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on the motion of TIGTA for reconsideration.

Accordingly, and the Court being sufficiently advised, TIGTA's Motion for Reconsideration is **GRANTED,** and summary judgment is entered for TIGTA as to Count 1 of the Amended Complaint.

Dated this the _____ day of _____, 2022.

_____
United States District Judge
District of Maryland

1