IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KIESHA DANIELLE LEWIS, ) | |
| ) | Case No. 8:20-cv-00494-TDC |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DEPT. OF TREASURY, ET AL., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**TIGTA'S MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL DOCUMENTS FOR THE COURT'S *IN CAMERA* REVIEW**

TIGA moves for leave to submit *in camera* two supplemental declarations, and any other materials the Court orders, in support of this motion in this Freedom of Information (FOIA) case.[1]

TIGTA has properly withheld the disputed records pursuant to 5 U.S.C. §§ 552(b)(6) (Exemption 6) and (7)(C) (Exemption 7). To support its justification of these exemptions, TIGTA requests leave to submit two supplemental declarations *in camera* for the Court's review.

If these documents were filed publicly or disclosed to Lewis, the documents would disclose information that would thwart TIGTA's basis for withholding the documents. The documents previously filed by TIGTA contain as much information as possible without disclosing further information protected by Exemptions 6 and 7(C). Doc. No. 20; Doc. No. 20-5 (Declaration of Alexis Turner); Doc. No. 40; Doc. No. 40-1 (Declaration of Alexis Turner); Doc. No. 40-2 (Declaration of John Kirk); Doc. No. 40-3 (Declaration of Joel Weaver). To provide Lewis or the public with any additional information would nullify TIGTA's assertion of these exemptions.

---

[1] Contemporaneously with this motion, the Treasury Inspector General for Tax Administration (TIGTA) has filed a motion for reconsideration of the Court's denial of summary judgment as to Count I of Lewis's complaint.

1

For these reasons, TIGTA asks the Court to grant this motion for leave to submit the two additional declarations *in camera*.

Dated: August 10, 2022

Respectfully submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Emily K. Miller*
EMILY K. MILLER (Ky. Bar No. 97725)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C.  20044
202-353-7509 (v)
Emily.K.Miller@usdoj.gov
*Counsel for TIGTA*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of August, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to those parties registered to receive it.  Additionally, I hereby certify that on the same date I have mailed the document by United States Postal Service to the following non-CM/ECF participants:

KIESHA D. LEWIS
2305 Prima Way
Bowie, Maryland 20721
aklaltacct@gmail.com
*Plaintiff*

/s/ Emily K. Miller
EMILY K. MILLER
Trial Attorney, Tax Division
U.S. Department of Justice