IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KIESHA DANIELLE LEWIS, | ) |
| Plaintiff, | ) Case No. 8:20-cv-00494-TDC |
| v. | ) |
| DEPT. OF TREASURY, ET AL., | ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on the motion of TIGTA for leave to submit additional written material, including two supplemental declarations, *in camera* for the Court's review. Accordingly, and the Court being sufficiently advised, TIGTA's Motion for Leave is **GRANTED** and TIGTA has leave to file the following documents *in camera*:

1. Declaration of Trevor R. Nelson, Deputy Inspector General for Investigations, TIGTA; and

2. Declaration of Alexis Turner, attorney in the Office of Chief Counsel, TIGTA.

Dated this the _____ day of _____, 2022.

_____
United States District Judge
District of Maryland

1