IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KIESHA DANIELLE LEWIS,<br>      PLAINTIFF,<br>V.<br>DEPARTMENT OF<br>TREASURY, ET AL.,<br>      DEFENDANTS. | Case No. 8:20-cv-00494-TDC |

### PLAINTIFF'S OBJECTION TO TIGTA'S MOTION FOR RECONSIDERATION

The Plaintiff files this response in opposition to the Defendant's motion for reconsideration. The Plaintiff respectfully submits that the concerns and objections outlined in the Defendant's brief are null and void and without merit. Not only has TIGTA, through an IRS attorney, previously provided the Plaintiff with a complete TIGTA report, "EMU Case Number 2018-19950 (TIGTA Report of Investigation) ", but the information contained in the report is not considered Classified information. Moreover, none of TIGTA's law enforcement methods were or have been exposed.

For the foregoing reasons, the Plaintiff respectfully requests that the Court deny TIGTA's motion for reconsideration.

Respectfully Submitted,

Date: 8/15/2022

Kiesha D. Lewis

## Certificate of Service

I certify that the attached Document was sent as indicated this day to each of the following:

Electronic Mail    Emily K. Miller
Trial Attorney
United States Department of Justice, Tax Division
P.O. Box 227
Washington, DC 20044
emily.k.miller@usdoj.gov

August 15, 2022
(Date)

Kiesha D. Lewis