UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

KIESHA D. LEWIS,

    Plaintiff,

v.

DEPARTMENT OF THE TREASURY,
INTERNAL REVENUE SERVICE,
BUREAU OF THE FISCAL SERVICE,
TREASURY INSPECTOR GENERAL FOR
TAX ADMINISTRATION,
BUREAU OF ENGRAVING AND
PRINTING and
U.S. DEPARTMENT OF VETERANS
AFFAIRS,

    Defendants.

Civil Action No. TDC-20-0494

## ORDER

On August 18, 2022, the Treasury Inspector General for Tax Administration ("TIGTA") filed a Reply in Support of TIGTA's Motion for Reconsideration. ECF No. 56. However, the Case Management Order states that "[n]o reply brief may be longer than the brief to which it is responding." Case Management Order § II.A.6, ECF No. 14. Plaintiff Kiesha Lewis's Response was one paragraph. ECF No. 55. TIGTA's reply brief was five pages. Accordingly, it is hereby ORDERED that TIGTA's Reply in Support of the Motion for Reconsideration is STRICKEN.

Date: October 24, 2022

THEODORE D. CHUANG
United States District Judge